IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYNARD B. HILL, | ) |
| Plaintiff(s), | ) No. C 07-3165 CRB (PR) |
| vs. | ) ORDER OF DISMISSAL WITH |
| JOSEPH CHUDY, et al., | ) LEAVE TO AMEND |
| Defendant(s). | ) (Docs # 3, 4, 5, 6 & 7) |

Plaintiff, a prisoner at the California Correctional Institution in Tehachapi ("CCC"), filed a pro se civil rights complaint under 42 U.S.C. § 1983 alleging deliberate indifference to his medical needs (and related constitutional violations) while he was incarcerated at the Correctional Training Facility in Soledad ("CTF) and at CCC. Plaintiff since filed a motion to amend his complaint and various other miscellaneous motions.

Plaintiff's request to amend (doc # 7) is GRANTED and the complaint is DISMISSED with leave to amend within 30 days of this order. The instant action will be limited to claims for damages against CTF defendants. Any claims for injunctive relief or for damages against CCC defendants must be brought in the United States District Court for the Eastern District of California, where CCC lies. See 28 U.S.C. § 84(b).

1  The amended complaint must be simple and concise and must include the
2  caption and civil case number used in this order and the words FIRST
3  AMENDED COMPLAINT on the first page.  Failure to file a proper amended
4  complaint within 30 days of this order will result in the dismissal of this action.
5  Plaintiff is advised that the amended complaint will supersede the original
6  complaint and all other pleadings.  Claims and defendants not included in the
7  amended complaint will not be considered by the court.  See King v. Atiyeh, 814
8  F.2d 565, 567 (9th Cir. 1987).
9  Plaintiff's pending miscellaneous motions (see, e.g., docs # 3, 4, 5 & 6) are
10 dismissed as premature and/or unnecessary.  Plaintiff may renew his motion for
11 appointment of counsel after he files an amended complaint.
12 SO ORDERED.
13 DATED:  November 7, 2007
          _____
14                                  CHARLES R. BREYER
                                    United States District Judge

28 G:\PRO-SE\CRB\CR.07\Hill, R1.or1.wpd                2