RAYNARD B HILL  H43428
DORM 2. BED 82 LOW
CALIFORNIA CORRECTIONAL INSTITUTION
PO BOX 608
TEHACHAPI, CA. 93581



FILED
08 MAR -6 PM 3:34
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HILL, RAYNARD B.
    PLAINTIFF,

V.

CHUDY, JOSEPH ET AL.
    DEFENDANTS.

CASE No. C-07-3165 CRB (PR)

Motion For Clarification

1) I, RAYNARD B HILL, PLAINTIFF IN THE ABOVE ENTITLED ACTION, IS AN INMATE AT THE CALIFORNIA CORRECTIONAL INSTITUTION IN TEHACHAPI, CA., ASK THE COURT FOR CLARIFICATION PURSUANT TO THIS MOTION REQUESTING GUIDANCE CONCERNING "LETTER OF INTENT".

2) PLAINTIFF FILED A CDC 602 APPEAL. LOG# CTF N-06-02486 UPON THE DEFENDANTS. EXHAUSTING ADMINISTRATIVE REMEDIES ON 6-12-07.

3) ON 12-12-07 PLAINTIFF FILED AN 1983 CIVIL COMPLAINT AGAINST THE DEFENDANTS WHO ARE/WERE EMPLOYED

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 05 90192

(1)

AT CCI'S MEDICAL DEPARTMENT, CASE NUMBER C07-3165 CRB (PR).

4) IT HAS COME TO MY ATTENTION, THAT IT'S POSSIBLE THAT A "LETTER OF INTENT" SHOULD'VE BEEN FILED, AND SENT TO THE DEFENDANTS, BEFORE CIVIL COMPLAINT WAS FILED.

5) IT'S MY INTENSION TO FOLLOW AND OBEY ALL RULES OF THE COURT. UPON THE COURTS DIRECTION, I'M WILLING TO DO WHATEVER IS NECESSARY TO ACHIEVE COMPLIANCE WITH THE COURT, AND ASK THE COURT FOR CLARIFICATION

6) IF A "LETTER OF INTENT" IS ESSENTIAL TO CIVIL ACTION, PLAINTIFF ASK THE COURT FOR LEAVE TO FILE "LETTER OF INTENT" TO THE DEFENDANTS. AND ASK THE COURT FOR AN ALLOTED AMOUNT OF TIME FOR DEFENDANTS TO RESPOND. AND PROCEED IN "NUNC PRO TUNC", IF THE COURT SO ORDER.

I DECLARE, UNDER THE PENALTY OF PURJURY THAT ALL OF THE FOREMENTIONED IS TRUE & CORRECT, AND TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF, THE MOTION IS BASED ON FACTS, AND NOT INTERPOSED FOR ANY IMPROPER PURPOSE.

DATE: 2-28-08

SINCERELY
Raynard B Hill
RAYNARD B. HILL IN PRO SE.

PROOF OF SERVICE BY MAIL (07-3165 CRB)

I, RAYNARD B. HILL, AM A RESIDENT OF A CALIFORNIA STATE PRISON IN KERN COUNTY, AM OVER THE AGE OF EIGHTEEN (18), AND AM A PARTY TO THIS LEGAL ACTION. MY PRISON ADDRESS IS: California Correctional Institution, PO Box 1031, Tehachapi, CA. 93581

ON 28TH FEB. 2008, I SERVED THE FOLLOWING DOCUMENTS.

  Motion For Clarification / Leave To File
  "Letter of Intent"

UPON THE PARTY(S) LISTED HEREIN BY PLACING A TRUE COPY(S) ENCLOSED IN A SEALED ENVELOPE(S) WITH SUFFICIENT POSTAGE AFFIXED, INTO THE RECEPTICAL PROVIDED FOR THE UNITED STATE MAIL SERVICE, DEPOSITED IN THE MANNER PRESCRIBED BY CDC, AT THE CALIFORNIA CORRECTIONAL INSTITUTION, AND ADDRESSED AS FOLLOWS.

  United States District Court
  Northern District of California
  450 Golden Gate Ave.
  San Francisco, CA. 94102-3483
  ATTN: District Court Clerk

THERE IS REGULAR DELIVERY SERVICE BY THE UNITED STATES POSTAL SERVICE BETWEEN THE TWO LOCATIONS.

I DECLARE, UNDER PENALTY OF PERJURY, THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT.

EXECUTED ON 28TH FEB 2008

_Raynard B Hill_
DECLARANT / SERVER

Rainard B. Hill H43428
Unit II, Gym - 5 Low
California Correctional Institution
PO Box 608
Tehachapi, CA. 93581

Confidential
Legal Mail

Per CCR Title 15. 3141 (C)(5)



United States District Court
Northern District of California
450 Golden Gate Ave
San Francisco CA, 94102-3483
ATTN: District Court Clerk