UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYNARD B. HILL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH CHUDY et al,<br><br>　　　　　Defendant._____ / | Case Number: CV07-03165 CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raynard B. Hill H-43428
California Correctional Institution
Dorm 2, Bed 82Low
2490 Hwy202
P.O. Box 608
Tehachapi, CA 93581

Dated: April 8, 2008

　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　　By: Barbara Espinoza, Deputy Clerk