RAYNARD B. HILL CDC #: H43428
Unit 2 Gym - 21L ( )
California Correctional Institution
P.O. Box 608 -State Prison-
Tehachapi, California 93581-0608

FILED
08 JUN -4 PM 1:14
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In Propria Persona

Hill, Raynard B,
Plaintiff/Petitioner

CASE NO: C07-3165 CRB (PR)

NOTICE OF CHANGE OF ADDRESS

vs.

Chudy, Joseph et al.,
Defendant/Respondent

TO: THE HONORABLE C.R.B. (PR), JUDGE OF THE Northern District COURT OF California.

PLEASE TAKE NOTICE, that Raynard B Hill, CDC #: H43428, files this Notice of Change of Address to this Honorable Court.

Movant has recently transferred to another CDC Institution/Facility and/or been released on State Prison Parole to the following location; SATF, PO Box 7100, in the city of Corcoran, county of Tulare 93212-07100.

This change of address took place on May 19th, 2008.

Movant can be notified at the following location/address: SATF PO Box 7100, in the city of Corcoran, county of Tulare 93212-07100

Executed this 30th day of May, 2008 at the California Correctional Institution located at Tehachapi, California.

1

PROOF OF SERVICE BY MAIL

1. I, Raynard B Hill, am a resident of a California State Prison in Kern County, am over the age of eighteen (18), and am a party to this legal action. My prison address is: California Correctional Institution, P.O. Box 1031, Tehachapi, CA 93581.

On 1st June 2008, I served the following documents:

Notice of Change of Address

upon the party(s) listed herein by placing a true copy(s), enclosed in a sealed envelope(s), with sufficient postage affixed, into the receptical provided for the United States Mail Service, deposited in the manner prescribed by the CDC, at the California Correctional Institution and addressed as follows

1) Joseph Chudy MD.
2) Cesar Sinnaco MD
3) I. Grewal MD
4) Dr Pompan MD (ortho)

California Training Facility
Hwy 101 North
PO Box 686
Soledad, CA. 93960-0686
ATTN: Litigation Coordinator

There is regular delivery service by the United States Postal Service between the two locations.

I declare, under penalty of perjury, that the foregoing information is true and correct.

Executed on 1st June 2008

Raynard B. Hill
Declarant / Server


COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 98 10924

Raynard B. Hill AY3428
FB-B-126 Low
CSATF/SOP
PO Box 5244
Corcoran, CA. 93212

Confidential
Legal Mail

Per CCR Title 15. 3141 (c)(s)3661

United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA. 94102
Northern District Court Clerk