1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  PAUL T. HAMMERNESS
   Supervising Deputy Attorney General
3  JENNIFER C. ADDAMS, State Bar No. 209355
   Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
5   Telephone:     (415) 703-5382
    Facsimile:     (415) 703-5480
6   Email:  Jennifer.Addams@doj.ca.gov

7  Attorneys for Defendants
   J. Chudy, M.D.; D. Pompan, M.D.; and I. Grewal,
8  M.D.

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  **RAYNARD B. HILL, JR.,**                    Case No. C 07-3165-CRB (PR)

13                          Plaintiff,           **NOTICE OF MOTION AND
                                                 MOTION FOR PROTECTIVE
14      v.                                       ORDER**

15  **JOSEPH CHUDY, et al.,**

16                          Defendants.          The Honorable Charles R. Breyer

17

18      **TO PLAINTIFF RAYNARD B. HILL, JR.:**

19      **NOTICE IS HEREBY GIVEN** that defendants J. Chudy, M.D.; D. Pompan, M.D.; and I.

20  Grewal, M.D., will and do hereby move the above-entitled Court by and through their counsel,

21  the Office of the Attorney General, to enter a protective order, pursuant to Federal Rules of Civil

22  Procedure, Rule 26(c)(1), regarding plaintiff's "Request for Admission" to "all defendants" and

23  plaintiff's First Set of Interrogatories Propounded Upon the Defendants."  Defendants request

24  that this Court limit all discovery until after a ruling on defendants' forthcoming Motion for

25  Summary Judgment.

26  ///

27  ///

28  ///

Defendants' Motion for Protective Order                    *HILL,  Raynard B. v. Chudy, et al.*
                                                           C 07-3165-CRB (PR)

1

# MOTION FOR PROTECTIVE ORDER

2      Defendants move the above-entitled Court to enter, pursuant to Rule 26(c)(1)(B), Federal

3  Rules of Civil Procedure, for a protective order specifying terms, including time and place, for

4  the disclosure of discovery.  Defendants move the Court to limit all discovery in this action until

5  after the Court rules on defendants' forthcoming Motion for Summary Judgment.

6      This motion is brought upon this notice of motion and motion; the memorandum of points

7  and authorities and declarations in support hereof; the pleadings, files, and records on file in this

8  action; such further written and oral documentation as may be requested; and matters of which

9  the Court may take judicial notice.

10      WHEREFORE, defendants pray that the motion for a protective order be granted, and that

11  defendants be awarded such other and further relief as the Court deems proper.

12

13      Dated:  June 16, 2008.

14

15                          Respectfully submitted,

16                          EDMUND G. BROWN JR.
                           Attorney General of the State of California

17                          PAUL T. HAMMERNESS
                           Supervising Deputy Attorney General

18

19                              */s/ Jennifer C. Addams*

20                          JENNIFER C. ADDAMS
                           Deputy Attorney General

21                          Attorneys for Defendants

22

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Defendants' Motion for Protective Order                    *HILL,  Raynard B. v. Chudy, et al.*
                                                          C 07-3165-CRB (PR)

1

## MEMORANDUM OF POINTS AND AUTHORITIES

2

3  **A.  FACTS**

4      Plaintiff, a prisoner at the California Correctional Institution in Tehachapi ("CCI"), filed a

5  First Amended Complaint for damages under 42 U.S.C. § 1983 alleging deliberate indifference

6  to his medical needs while he was incarcerated at the Correctional Training Facility in Soledad

7  ("CTF") and denial of equal protection.  On April 8, 2008, this Court filed an Order of Service

8  ordering, in part, that defendants shall file a motion for summary judgment or other dispositive

9  motion no later than 90 days from the date of the order.  (Declaration of Jennifer C. Addams in

10  Support of Motion for Protective Order (Addams Declaration), ¶ 2, Exhibit A.)

11      Plaintiff prepared and served 31 interrogatories and a request for admissions on each

12  defendant.[1/]  (Addams Declaration, ¶ 4, Exhibit B.)  Defendants are currently gathering medical

13  records, and anticipate filing a motion for summary judgment as ordered by the Court.

14  Defendants thus move this Court for a protective order delaying discovery until after the

15  outcome of the motion.  (Addams Declaration, ¶ 5.)

16

17  **B.  ARGUMENT**

18      Upon motion by a person responding to a discovery request, the court "may for good cause,

19  issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue

20  burden or expense..."  Federal Rules of Civil Procedure, rule 26(c)(1).  Protective orders provide

21  a safeguard for parties and other persons in light of the otherwise broad reach of discovery.

22  Federal Rules of Civil Procedure, Rule 26(c), Advisory Comm. Notes (1970); *United States v.*

23  *CBS, Inc.*, 666 F.2d 364, 368-369 (9th Cir. 1982).  Specifying terms, including time and place for

24  the discovery, is one of the categories of protection available by court order.  Federal Rules of

25

26  _____

27      1.  This discovery is objectionable because there are interrogatories in excess of 25, the
interrogatories and requests for admissions are compound, vague and ambiguous, overbroad and

28  burdensome, and irrelevant to the case at hand; however, these issues are not the subject of this
motion and could be addressed at a later time.

Defendants' Motion for Protective Order                    *HILL,  Raynard B. v. Chudy, et al.*
                                                           C 07-3165-CRB (PR)

1   Civil Procedure, rule 26(c)(1).  The trial court has wide discretion to impose  limits on discovery.

2   *United States v. CBS, Inc., supra,* 666 F.2d at 368-369.

3       To obtain a protective order, the party resisting discovery or seeking limitations thereon

4   must show good cause for its issuance.  Federal Rules of Civil Procedure, rule 26(c)(1).  The

5   moving party must make a clear showing of a particular and specific need for the order.

6   *Blankenship v. Hearst Corp.*, 519 F.2d 418, 429 (9th Cir. 1975).  Even if good cause for a

7   protective order is shown, the court must still balance the interest in allowing discovery against

8   the relative burdens to the parties.  *Wood v. McEwen*, 644 F.2d 797, 801-802 (9th Cir. 1981).

9       In the present case, there is good cause for a protective order.  In order to expedite the

10  resolution of the case, this Court has ordered that defendants shall file a motion for summary

11  judgment or other dispositive motion.  Defendants were given 90 days to do so.  Defendants

12  anticipate filing a motion for summary judgment.  In preparation of their motion for summary

13  judgment, defendants are gathering medical records, and counsel for defendants is contacting the

14  doctors who are named as defendants in this lawsuit in order for them to take part in their

15  defense.  In line with this Court's order to expedite the resolution of the case, defendants request

16  that discovery be postponed until defendants' motion has been received by the Court and the

17  Court has ruled on it.  Proceeding with discovery at this time will only delay defendants in

18  gathering the information needed to comply with the Court's April 8, 2008, Order of Service.

19      This will not prejudice plaintiff in that his rights to discovery are not being terminated,

20  rather they are simply being postponed.  If defendants' motion for summary judgment is not

21  granted in full, discovery can commence according to whatever schedule the Court sees fit.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Defendants' Motion for Protective Order                                    *HILL,  Raynard B. v. Chudy, et al.*
                                                                           C 07-3165-CRB (PR)

**C.    CONCLUSION**

In order to expedite the resolution of this case, defendants J. Chudy, M.D.; D. Pompan, M.D.; and I. Grewal, M.D., request that the Court enter a protective order postponing all discovery until their motion for summary judgment has been ruled upon.


Dated:  June 16, 2008.

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California


*/s/ Jennifer C. Addams*


JENNIFER C. ADDAMS
Deputy Attorney General

Attorneys for Defendants

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1

## ORDER

2      The Court having reviewed the Defendants' Motion for Protective Order, and good cause

3 appearing therefor,

4      **IT IS HEREBY ORDERED** that all discovery shall be continued until after the Court has

5 ruled on defendants' forthcoming motion for summary judgment and that defendants are not

6 required to respond to plaintiff's interrogatories and request for admissions until then, if at all.

7

8      Dated:    _____, 2008.

9

10                                     _____

11                                     Honorable Charles R. Breyer
                                       United States District Judge

12

13

14

15

16

17

18    40264000.wpd
      SF2008401759

19

20

21

22

23

24

25

26

27

28

Defendants' Motion for Protective Order                    *HILL,  Raynard B. v. Chudy, et al.*
                                                           C 07-3165-CRB (PR)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **HILL,  Raynard B. v. Joseph Chudy, et al.**

No.    **C 07-3165-CRB (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On June 16, 2008, I served the attached **NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

> Raynard B. Hill, Jr.
> H43428
> California Correctional Institution
> P.O. Box 608
> Tehachapi, CA 93581

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 16, 2008, at San Francisco, California.

| C. Deuel | */s/ C. Deuel* |
|---|---|
| Declarant | Signature |

20116789.wpd