EDMUND G. BROWN JR.
Attorney General of the State of California
PAUL T. HAMMERNESS
Supervising Deputy Attorney General
JENNIFER C. ADDAMS, State Bar No. 209355
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5382
 Facsimile:   (415) 703-5480
 Email:  Jennifer.Addams@doj.ca.gov

Attorneys for Defendants
J. Chudy, M.D.; D. Pompan, M.D.; and I. Grewal, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYNARD B. HILL, JR.,** | Case No. C 07-3165-CRB (PR) |
| Plaintiff, | **DECLARATION OF JENNIFER C. ADDAMS IN SUPPORT OF MOTION FOR PROTECTIVE ORDER** |
| v. | |
| **JOSEPH CHUDY, et al.,** | |
| Defendants. | The Honorable Charles R. Breyer |

I, Jennifer C. Addams, hereby declare:

1.  I am a deputy attorney general for the State of California and attorney of record for Defendants J. Chudy, M.D.; D. Pompan, M.D.; and I. Grewal, M.D.  If called upon to testify, I could competently testify as to the facts within this declaration, based on my personal knowledge.

2.  In May of 2008, I was assigned to the above-captioned case and given a copy of the April 8, 2008.  Order of Service ordering defendants to bring a motion for summary judgment within 90 days of the order.  A true and correct copy of this order is attached hereto and incorporated herein as Exhibit A.

3.  I immediately set forth contacting the defendants and acquiring the needed documentation in order to bring a motion for summary judgment.

1. 4. On May 27, 2008, I received plaintiff's Request for Admission. On June 3, 2008, I received plaintiff's interrogatories. A true and correct copy of these documents is attached hereto and incorporated herein as Exhibit B.

5. I am in the process of gathering medical records and making contact with defendants J. Chudy, M.D.; D. Pompan, M.D.; and I. Grewal, M.D., in order to prepare a motion for summary judgment in this matter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and accurate.

Executed this 16th day of June, 2008, at San Francisco, California.

/s/ Jennifer C. Addams
_____
Jennifer C. Addams

40264136.wpd
SF2008401759

Dec. of Jennifer C. Addams In Support Of Motion for Protective Order     *HILL, Raynard B. v. Joseph Chudy, et al.*
C 07-3165-CRB (PR)

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  **HILL, Raynard B. v. Joseph Chudy, et al.**

No.  **C 07-3165-CRB (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On June 16, 2008, I served the attached **DECLARATION OF JENNIFER C. ADDAMS IN SUPPORT OF MOTION FOR PROTECTIVE ORDER, with Exhibits A and B,** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

> Raynard B. Hill, Jr.
> H43428
> California Correctional Institution
> P.O. Box 608
> Tehachapi, CA 93581

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 16, 2008, at San Francisco, California.

| C. Deuel | /s/ C. Deuel |
|---|---|
| Declarant | Signature |

20116795.wpd