# EXHIBIT  B

*Hill v. Chudy, et al.*
C 07-3165-CRB (PR)
Declaration of Jennifer C. Addams

20116771.wpd

*15*

PROOF OF SERVICE BY MAIL

1.

2. I, *Raynard B Hill*, am a resident of a California State Prison in

3. Kern County, am over the age of eighteen (18), and am    a party to this

4. legal action. My prison address is: California Correctional Institution, P.O.

5. Box 1031, Tehachapi, CA 93581.

6.    On *24TH April* 2008, I served the following documents:

7.    *Request For Admission*

8. _____

9. upon the party(s) listed herein by placing a true copy(s), enclosed in a

10. sealed envelope(s), with sufficient postage affixed, into the receptical

11. provided for the United States Mail Service, deposited in the manner prescribed

12. by the GDC, at the California Correctional Institution and addressed as follows:

13. Joseph Chudy M.D.                      I. Grewal M.D.
14. California Training Facility           California Training Facility
15. Hwy 101 North                          Hwy 101 North
    PO Box 686                             PO Box 686
16. Soledad, CA. 93960-0686                Soledad, CA. 93960-0686

17.

18. Cesar Sinnaco M.D.                     Dr Pompan M.D, Orthopedic
19. California Training Facility           California Training Facility
    Hwy 101 North                          Hwy 101 North
20. PO Box 686                             PO Box 686
21. Soledad, CA. 93960-0686                Soledad, CA. 93960-0686

    There is regular delivery service by the United States Postal Service

22. between the two locations.

23.    I declare, under penalty of perjury, that the foregoing information is

24. true and correct.

25. Executed on *24TH April* 200*8*

26.

27.

                                    *Raynard B Hill*
                                    Declarant / Server

1   Raynard B. Hill H43428
2   FAC 2, Dorm 6, Bed 4/Low
    California Correctional Institution
3   PO Box 608
4   Tehachapi, CA. 93581-0608

5

6           United States District Court
7           Northern District of California

8
9   Hill, Raynard B.              Case No. C07-3165 CRB (PR)
              Plaintiff,
10
11  V.                            Request For Admission
                                  Rule 36(a) of F.C.P.R.
12
13  Chudy, Joseph et. al.
14           Defendant.

15

16

17

18      I, Raynard B. Hill a Prisoner at the California
19  Correctional Institution in Tehachapi, CA., is the Plaintiff
20  in the above entitled action, is filing an "Request
21  For Admission" pursuant to Rule 36(a) of the F.C.
22  P.R., for the Purpose of Establishing Truth of
23  Any matter, and the Genuineness of any Doc-
24  umentation, which the Defendant my "Admit" or
25  "Deny" as Required.

26  "

27  "



1  1) IS IT TRUE, CTF MEDICAL RECORDS SHOW UPON THE
2  PLAINTIFF ARRIVAL IN 2002, STAFF WAS AWARE OF PLAINTIFFS
3  RE-INJURY AND PAIN IN RT. SHOULDER?

5  2) IS IT TRUE, THAT THE BASIC X-RAY DOES NOT SHOW
6  DAMAGE TO TENDONS, LIGIMENTS, OR TISSUE DAMAGE?

8  3) IS IT TRUE, THE RESPONSIBILITY OF ANY PHYSICIAN
9  ADMINISTERING MEDICATION OR TREATMENT TO A PATIENT,
10  SHOULD THOROUGHLY REVIEW PATIENTS MEDICAL FILE?

12  4) IS IT TRUE, THAT ANY PATIENT WHO HAS BEEN IN PAIN
13  FROM AN INJURY CONTINUEOUSLY FOR MANY YEARS. IS
14  TO BE CONCIDERED A CRONIC CARE PATIENT?

16  5) IS IT TRUE, THAT PLAINTIFF'S INJURY WAS MIS-
17  DIAGNOSIS, CAUSING DELAYS IN MEDICAL CARE AND
18  TREATMENT FOR NUMEROUS YEARS?

20  6) IS IT TRUE, AFTER X-RAY AND NO FINDINGS, PLAINTIFF
21  WAS STILL IN CRONIC PAIN, ISN'T STANDARD PROCEDURE
22  IS TO ORDER AN M.R.I.?

24  7) IS IT TRUE, FROM 3-14-03 — 9-8-06 PLAINTIFF
25  WAS GIVEN MASSIVE AMOUNTS OF MOTRIN/IBUPROFEN-TABS.
26  BY CTF MEDICAL STAFF?

8) Is it true, Plaintiff sent Numerous CDC 7362 Medical Request Forms stating Pain Medication Given is not effective, and in extreme Pain?

9) Is it true, that it's Common Knowledge in the Medical Field, that excessive amounts of Ibuprofen / Motrin Given to a Patient is potential to Cause some to liver or Organs of Patient?

10) Is it true, that the Delays, Denials, Picking and Choosing which Patient will See the Doctor is Due to Overcrowding of the Prison?

11) Is it true, that those Patients in Cronic Pain and Need a stronger Medication for Injury until Procedure can be Performed, are Placed in a Pain Management Program, where Medication is issued by the Medical Dept. Daily?

12) Is it true, Due to the inadequate Equipment and Unavailability of the M.R.I. Trailer at the Time, was a Contributing factor in Plaintiff's being Denied or Delayed Medical Treatment to his R.T. Shoulder, After Doctor's Order on 4/17/05

13) Is it true, that upon a Doctor Placing an Order of Treatment for a Patient, that it's his /

1  HER DUTY AND RESPONSIBILITY TO ASSURE THAT THE
2  PATIENT RECIEVES THAT ORDERED TREATMENT?

4  14) IS IT TRUE, THAT THE CHIEF MEDICAL OFFICER OVER-
5  SEES, SUPERVISE, APPROVE, AND DENYS ALL REQUEST
6  OF TREATMENT OF PATIENTS PLACED BY DOCTOR'S THAT
7  ARE UNDER HIS/HER CONTROL?

9  15) IS IT TRUE, ON 7-13-06 ORTHOPEDIC DR POMPAN
10  WAS APPROVED BY U.R.C. TO PERFORM ROTATOR CUFF RE-
11  PAIR ON PLAINTIFF'S RT SHOULDER?

13  16) IS IT TRUE, THAT ON 9-8-06 PLAINTIFF WAS
14  TRANSFERED OUT OF CTF IN SOLEDAD, CA., TO CCI
15  IN TEHACHAPI, CA.?

17  17) IS IT TRUE, THAT AFTER 2YRS of COMPLAINING
18  THAT MEDICATION WAS INEFFECTIVE, ON 4-4-05 MEDS
19  DOSAGE WAS INCREASED TO 800mG., AND THEN ON 8-
20  26-05 WAS REDUCED WITHOUT ANY TYPE OF TREAT-
21  MENT?

23  18) EXHIBIT #1, CDC 602 APPEAL LOG# CTF-C-05-
24  01422, filED 5-2-05.

26  19) EXHIBIT #2, CDC 602 APPEAL LOG# CTF-N-06-
27  02486, filED 6-26-6

20) CDC 7221, PHYSICIAN ORDERS, MEDICATION LOG, & MAR SHEET FOR SELF ADMINISTERED MEDICATIONS EX#3

21) CDC 7362 HEALTH CARE SERVICES REQUEST DATED 2/05, 3/05, 8/05, 11/05  EX#4

22) EXHIBIT #5, CDC 7243 HEALTH CARE SERVICES PHYSICIAN REQUEST FOR SERVICE DATED 4/05, 6/05, 1/06, 7/06.

23) EXHIBIT #6, X-RAYS PERFORMED ON 6-17-02 & 3-10-05

24) EXHIBIT #7, SALINAS VALLEY RADIOLOGIST MRI ON 11-21-05, KERN RADIOLOGY MEDICAL GROUP MRI ON 9-12-07

25) EXHIBIT #8, U C DAVIS HEALTH SYSTEM CONSULTATION BY DR JEFFERY L. TANJI, 11-3-06

26) EXHIBIT #9, DR MARSHALL S. LEWIS ORTHOPEDIC SURGEON CONSULTATION REPORT 10-29-07

27) EXHIBIT #10, WATSON LABORATORIES INC., MANUFACTURE OF IBUPROFEN 3-6-07

28) EXHIBIT #11, FOUNDATION LABORATORY, BLOOD TEST 6-27-07

1  29) EXHIBIT # 12, DR. MARSHALL S. LEWIS. ORTHO.
2  SURGEON RE-EVALUATION & RECOMENDATION 2-8-08.

3

4     I DECLARE UNDER THE PENALTY OF PERJURY THAT
5  ALL OF THE ABOVE MENTIONED AND DOCUMENTS LISTED
6  IS TRUE & CORRECT, AND BROUGHT FORTH PENDING THE
7  ABOVE ENTITLED ACTION, AND NOT INTERPOSED FOR ANY
8  IMPROPER PURPOSE.

9

10  DATE: April 24TH, 2008

11

12

13

14         RAYNARD B. HILL, PLAINTIFF PRO SE.

15

16

17

18

19

20

21

22

23

24

25

26

27

**EXHIBIT 1**

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

2ND LEVEL

Document: Institution/Parole Region
1. JUN 18 2005
2.

Log No. 05-01422    Category B-1
2. JUL 26 2005

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| Hill, R.B. | H43428 | Textiles | LA-255L |

A. Describe Problem: CTF Medical Dept & Physician Dr Sinnaco, Refuse to Take the Appropriate Steps To Give Treatment or the Medical Attention Necessary to Elleviate Injury to RT Shoulder & Cronic Pain. Due to Shoulder, RT Arm Has Become Useless and in Consent Pain. For the Past Few Years, Doctors Keep Feeding me With Ibuproten 200, 600, & 800 mg, Which I Informed The Doctors Do Nothing for the Pain. Injury is Not to a Bone, (X-Ray Show) But To Liiment, Tendon or Muscle Damage.

See ADD Pg #1

If you need more space, attach one additional sheet.

B. Action Requested: Need To See A Specialist To Perform MRI or Scope To Identify The Injury to RT Shoulder That is Causing me All of This Pain.

Inmate/Parolee Signature: _Raymond B. Hill_    Date Submitted: 5-2-05

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

BYPASS

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS

INMATE APPEALS BRANCH
AUG 10 2005
RECEIVED

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

RECEIVED    RECEIVED    RECEIVED
MAY 10 2005    JUN 10 2005    OCT 12 2005    JUN 27 2005
CTF APPEALS    JUN 21 2005    CTF APPEALS

05-01422

ADDITIONAL PG #1

On 9-20-00, I had Surgery to repair my RT Shoulder Rototor Cuff Repair. Due to a fall. At CMC-East.

On 11-17-01 During an incident at CMC with Staff, RT Shoulder was Reinjured.

On or about the first couple of months in 2002, X-Rays was taken Due to pain. Subscribed Motrin and stated no Change, But Pain Continue to Get Worst.

After Numerous Vistis for Pain, And Given Ibuprofen. Dr Sinnaco ordered X-Rays for 3-10-05

On 4-4-05 for Review of X-Ray, Dr Sinnaco Stated X-Ray Shows no Change, Subscribed 800mg Ibuprofen & Referred to Orthoperic.

Whatever is Wrong with my Shoulder and pain is Beyond an Ibuprofen Solution. And if Doctors Here at CTF are not Qualified to Handle This Type of Injury as Dr Sinnaco Stated, I need to See an Specialist A.S.A.P to Stop This on-Going Pain. Seen no one as of This Date.

Thanks

Date: 5-2-05

Raymond B Aux

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
CORRECTIONAL TREATMENT FACILITY

# Memorandum

## Date:     June 7, 2005

To:      HILL, H43428

Subject:   **CTF APPEAL LOG # CTF-C-05-01422
FIRST LEVEL RESPONSE**

**ISSUE:**    Your CDC 602 indicates that you have an injury to your right shoulder. You feel that Dr. Sinnaco and the Medical Department at CTF – Soledad, have refused to take the appropriate steps to give treatment and medical attention to your injury. You allege your right arm has become useless and is in constant pain. You state the past few years that the doctors keep feeding you Ibuprofen and it does nothing. You also state the injury is not to a bone but to a ligament, tendon or muscle damage. September 20, 2000 you had surgery to repair your right shoulder rotator cuff due to a fall at CMC-East. You also state that November 17, 2001 during an incident at CMC with staff your right shoulder was re-injured. 2002 x-rays were taken due to the pain and the prescribed medications did not change anything. Dr. Sinnaco, CTF ordered x-rays March 10, 2005. April 4, 2005 review of the x-rays showed no change and you were referred to orthopedic. You feel that whatever is wrong with your shoulder and pain is beyond Ibuprofen and if doctors at CTF are not qualified to handle this injury then you need a specialist ASAP. You also state, as of May 2, 2005 you have not seen anyone.

You are requesting to see a specialist to perform a MRI or Scope to identify the injury to your right shoulder that is causing you all of this pain.

**APPEAL RESPONSE:** X-rays were taken June 17, 2002. Upon review of your medical file since June 2002 the first notation of problems with your right shoulder is February 22, 2005. You noted on your CDC 7362 "shoulder problems since November 17, 2001". Dr. Sinnaco examined you March 7, 2005 and prescribed appropriate medications.

Dr. Sinnaco examined you again April 4, 2005. You were prescribed appropriate medication and referred to Orthopedics. It is approximately a 15-30 working day waiting period as of this date. X-rays were taken of the right shoulder March 10, 2005. Once you have been re-evaluated, the specialist will then determine if an MRI or Scope is medically necessary. Your request to see a specialist is **granted.**

STATE OF CALIFORNIA

CORRECTIONAL TRAINING FACILITY
PAGE 2

**APPEAL DECISION:** Your First Level appeal has been **granted** in accordance with the policy and procedures as set forth in CCR Title 15 and DOM.

If you are dissatisfied with this decision, you may appeal to the Director's Level by completing section "H" on your appeal form, and submitting it by mail within 15 days of receipt of this response.

K. Dennis, SSA
Medical Appeals Coordinator

Kyle B. Sather, DDS
Chief Dental Officer

STATE OF CALIFORNIA                                      DEPARTMENT OF CORRECTIONS
                                                          CORRECTIONAL TREATMENT FACILITY

# Memorandum

Date:     July 11, 2005

To:       HILL, H43428

Subject:  **CTF APPEAL LOG # CTF-C-05-01422-2**
          **SECOND LEVEL RESPONSE**

**ISSUE:**   Your CDC 602 indicates that you have an injury to your right shoulder. You feel that Dr. Sinnaco and the Medical Department at CTF – Soledad, have refused to take the appropriate steps to give treatment and medical attention to your injury. You allege your right arm has become useless and is in constant pain. You state the past few years that the doctors keep feeding you Ibuprofen and it does nothing. You also state the injury is not to a bone but to a ligament, tendon or muscle damage. September 20, 2000 you had surgery to repair your right shoulder rotator cuff due to a fall at CMC-East. You also state that November 17, 2001 during an incident at CMC with staff your right shoulder was re-injured. 2002 x-rays were taken due to the pain and the prescribed medications did not change anything. Dr. Sinnaco, CTF ordered x-rays March 10, 2005. April 4, 2005 review of the x-rays showed no change and you were referred to orthopedic. You feel that whatever is wrong with your shoulder and pain is beyond Ibuprofen and if doctors at CTF are not qualified to handle this injury then you need a specialist ASAP. You also state, as of May 2, 2005 you have not seen anyone.

You are requesting to see a specialist to perform a MRI or Scope to identify the injury to your right shoulder that is causing you all of this pain.

**APPEAL RESPONSE:** X-rays were taken June 17, 2002. Upon review of your medical file since June 2002 the first notation of problems with your right shoulder is February 22, 2005. You noted on your CDC 7362 "shoulder problems since November 17, 2001". Dr. Sinnaco examined you March 7, 2005 and prescribed appropriate medications.

Dr. Sinnaco examined you again April 4, 2005. You were prescribed appropriate medication and referred to Orthopedics. It is approximately a 15-30 working day waiting period as of this date. X-rays were taken of the right shoulder March 10, 2005. Once you have been re-evaluated, the specialist will then determine if an MRI or Scope is medically necessary. Your request to see a specialist was **granted**.

Dr. Pompan examined you June 21, 2005. Dr. Pompan recommended a MRI and Dr. Sinnaco ordered the MRI June 21, 2005. CSP is unable to schedule MRI's due to the large backlog of patients. CTF Soledad has made arrangements for a Mobile MRI Unit to come to CTF. You have been scheduled and will be ducated for your MRI within 15 - 30 working days.

**STATE OF CALIFORNIA**

**CORRECTIONAL TRAINING FACILITY**
**PAGE 2**

**APPEAL DECISION:** Your Second Level appeal has been **granted** in accordance with the policy and procedures as set forth in CCR Title 15 and DOM.

If you are dissatisfied with this decision, you may appeal to the Director's Level by completing section "H" on your appeal form, and submitting it by mail within 15 days of receipt of this response.

Michael L. Friedman, MD
Chief Medical Officer

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                 ARNOLD SCHWARZENEGGER, GOVERNOR

**INMATE APPEALS BRANCH**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



October 1, 2005

Hill, CDC #H-43428
Correctional Training Facility
P.O. Box 686
Soledad, CA 93960

Re: Institution Appeal Log #CTF-C-05-01422 Medical

Dear Mr. Hill:

The Inmate Appeals Branch has received your correspondence regarding the above matter. It has been forwarded to the Appeals Coordinator at your location for further review. They will contact you directly in order to further resolve your appeal issues. It is expected that you will receive a response by October 31, 2005.

N. GRANNIS, Chief
Inmate Appeals Branch

****PERMANENT APPEAL ATTACHMENT DO NOT REMOVE****

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVENOR

## DIVISION OF ADULT OPERATIONS
CORRECTIONAL TRAINING FACILITY
P. O. Box 686
Soledad, CA 93960



October 21, 2005

Inmate Appeals Branch
P.O. Box 942883
Sacramento, CA 94283-0001

RE:  HILL, CDC #H43428 Institution Appeal Log #CTF-C-05-01422 Medical

N. Grannis, Chief:

Dr. Pompan, Orthopedic Specialist evaluated Inmate Hill June 21, 2005.   Dr. Pompan
recommended a MRI of his right shoulder.  CTF Physician, Dr. Sinnaco ordered the MRI June 21,
2005.  A Mobile MRI Unit started coming to CTF-Soledad September 21, 2005.  Before that date
we were unable to schedule Inmate Hill due to the backlog at CSP Hospital and contract issues
with other outside specialists for this service.  I have verified with S. Morris, RN who is in charge of
scheduling all MRI's that Inmate Hill is on the list and it will be approximately 60-90 working days
for his MRI of the right shoulder to be completed.  The mobile unit completes approximately 10
MRI's each visit.   Inmate Hill will be re-evaluated by Dr. Pompan within 30-60 days of the
completed MRI.

K. Dennis, SSA
Medical Appeals Analyst

RECEIVED
OCT 28 2005
INMATE APPEALS
BRANCH

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**INMATE APPEALS BRANCH**
1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



January 15, 2006

Hill, CDC #H-43428
Correctional Training Facility
P.O. Box 686
Soledad, CA 93960

Re:

Dear Mr. Hill:

The enclosed documents are being returned to you for the following reasons:

Your appeal was granted at the institutional level. There is no unresolved issue to be reviewed at the Director's Level of Review.

Your assigned counselor, the Appeals Coordinator, or your Parole Agent can answer any questions you may have regarding the appeals process. Library staff can help you obtain any addresses you need.



N. GRANNIS, Chief
Inmate Appeals Branch

---

****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE****

**EXHIBIT** 2

2/8/2010

STATE OF CALIFORNIA

**INMATE/PAROLEE** *Not Hen*
**APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region
CTF-N
1. _CCN_
2.

Log No. 06 - 02486    Category 8-
1.
2. SEP 2 7 2006

AUG 30

**2ND LEVEL**

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|-----------|------------------|
| HILL, R.B | H-43428 | FABRIC PRODUCTS | LA-255L |

A. Describe Problem: § 832.5 CITIZEN'S COMPLAINT AGAINST MEDICAL STAFF AT CTF NORTH MEDICAL DEPT., DR C. SINNACO, & DR PAMPAN ARE IN VIO-LATION OF THE FOLLOWING DEPT OF CORRECTIONS RULES & REGULATIONS, CIVIL & CONSTITUTIONAL RIGHTS TITLE 15. SEC 3350 (a)(1) &(4), SEC 3350.1 (d) (1).(2)(B)(1-5), SEC 3350.2 (a)(b). RESPECTFULLY "MEDICAL TREATMENT, AUTHORIZED & PRESCRIBED TREATMENT BY DOCTORS & OFF-SIT HEALTH CARE TREATMENT, DELIBERATE INDIFFERENCE TO PRISONER'S MEDICAL NEEDS, AND DELAY IN TREATMENT FOR NON-MEDICAL REASONS.

If you need more space, attach one additional sheet. (SEE ADDITIONAL PG # 1 )

B. Action Requested: ① PROPER MEDICATION TO NUMB THE PAIN OF RT SHOULDER, ② ORTHOSCOPY SURGERY TO RT SHOULDER, ③ DOCUMENTATION SHOWING CHANGE TO TREATMENT & MEDICAL CARE IN TIMELY MANNER ④ REPRIMAND TO MEDICAL DEPT & DR SINNACO FOR INDIFFERENCE TO PRISONER'S MEDICAL NEEDS"

Inmate/Parolee Signature: *Raymond B. Hill*    Date Submitted: 6/23/06

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response:

**BYPASS**

RECEIVED NOV 16 2006 INMATE APPEALS BRANCH

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

**BYPASS**

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

RECEIVED    RECEIVED RECEIVED
SEP 8 2006    SEP 2 7 2006 JUL 2 8 2006
CTF APPEALS

CDC Appeal Number:
00 - 02466

ADDITIONAL PG #1

As Records will show Due to Reinjury to RT Shoulder Rotator Cuff Surgery on 11-17-01, Since arrival to CTF in Soledad, I've complained about Severe & Cronic Pain throughout the past (4) four years to CTF Medical Dept & Dr. Sinnaco. I've been forced to ingest Motrin 600 mg & 800 mg continuously from 2002 — Present to eliminate the pain, but after complaint, after complaint that Motrin was not affective and need a M.R.I, request was Denied, Due to X-Rays Doesn't show any Tissue Damage.

Finally after 3yrs, a physician order for M.R.I. on 6/21/05 and it took another 5 mos to actually recieve it on 11/21/05. Through Dr. Pompan Orthopedic.

Approx 4 months later, after M.R.I reviewed by Ortho Dr. Pompan, He orders Orthoscopy Surgery to RT Shoulder.

Finally on 7/13/06, over 4yrs later, U.R.C. approves Rotator Cuff Repair (Orthoscopy) by Dr. Pompan, I've put Numerous request stating my pain is Severe and the Motrin is ineffective.

Why when a physician gives a prescribed Medical order, that it is ignored for months or years.

Due to the massive amount of Motrin I've taken, I don't know if it may have cause other Damage to my Body.

Raymond J Blue

10/23/06

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION
CORRECTIONAL TRAINING FACILITY - SOLEDAD

# Memorandum

Date:       September 23, 2006

To:         HILL, H43428

Subject:    **CTF APPEAL LOG # CTF-N-06-02486**
            **SECOND LEVEL RESPONSE**

**ISSUE:**   Your CDC 602 indicates that you are requesting proper medication to numb the pain of your right shoulder, surgery and documentation of treatment and medical care in timely manner.   You are also requesting Dr. Sinnaco and the Medical Department be reprimanded for indifference to your medical needs.

**APPEAL RESPONSE:** Dr. Parkinson interviewed you August 15, 2006 at the 1st Level of your CDC 602.   You were advised you were referred to orthopedics for consultation of possible repair of the right shoulder July 13, 2006.   Your medications were current and appropriate.

You were transferred September 8, 2006 to CCI.   Due to this transfer CTF Medical is unable to provide treatment recommendations.

**APPEAL DECISION:** Your Second Level appeal has been **partially granted** in accordance with the policy and procedures as set forth in CCR Title 15 and DOM.

If you are dissatisfied with this decision, you may appeal to the Director's Level by completing section "H" on your appeal form, and submitting it by mail within 15 days of receipt of this response.

Joseph Chudy, M.D.
Chief Medical Officer (A)

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION          ARNOLD SCHWARZENEGGER, GOVERNOR

**INMATE APPEALS BRANCH**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



January 29, 2007

HILL, CDC #H-43428
California Correctional Institution
P.O. Box 1031
Tehachapi, CA 93581

Re: Institution Appeal Log #CTF 06-02486 Medical

Dear Mr. HILL:

The enclosed documents are being returned to you for the following reasons:

An appellant must submit the appeal within 15 working days of the event or decision being appealed, or of receiving a lower level decision in accordance with CCR 3084.6(c).

Your assigned counselor, the Appeals Coordinator, or your Parole Agent can answer any questions you may have regarding the appeals process. Library staff can help you obtain any addresses you need.

N. GRANNIS, Chief
Inmate Appeals Branch

CCI – TEHACHAPI
APPEALS OFFICE
2007 FEB 23  PM 2:01

****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE****

# INMATE/PAROLEE
# APPEAL FORM
CDC 602 (12/87)

| Location: | Institution/Parole Region | Log No. | | Category |
|---|---|---|---|---|
| 1. _____ | | 1. _____ | | _____ |
| 2. _____ | | 2. _____ | | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| HILL, R. B | H43028 | UNASSIGNED | 2/2-81(a) |

**A. Describe Problem:** CDC IS In Violation of Sec. 3081.1 Appeal Process, Sec. 3084.6 (b)(3) Time Limits & Sec. 3160 (a) By Denying me ACCESS TO THE COURTS By HINDERING THE EXHAUSTING OF THE APPEAL PROCESS AND ADMINISTRATIVE REMEDIES TO CDC 602 Inmate Appeal Log # CTF-06-02486

( SEE ATTACHED PG # II )

If you need more space, attach one additional sheet.

**B. Action Requested:** THAT 602 APPEAL FORM Log # CTF-06-02486 Be PROCESSED AT THE DIRECTOR'S LEVEL OF REVIEW, FINALIZED, AND DISPOSITION RECEIVED AND RETURNED TO me AT CCI, DUE TO SITUATIONS OUT OF INMATE'S CONTROL

Inmate/Parolee Signature: _Raynard B. Hill_   Date Submitted: 2-20-07

**C. INFORMAL LEVEL (Date Received:** _____ )

Staff Response: _____

_____

_____

_____

Staff Signature: _____   Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____   Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

( ATTACHED PG # II )

On 9-5-06, I Appealed to the Second Level on 602 Appeal Log# CTF-06-02486, Due to Severe pain in RT. Shoulder & Medical Staff at CTF & CCI Have failed To Follow Doctor's Orders of Orthoscopic Surgery.

I also stated at top of Response to First Level, that I would be Transfered from CTF, to CCI on 9-8-06

Second Level Partially Granted Appeal with a Due Date of October 6th, 2006, with Warden signed & Dated stamped 9-27-06 as Returned to Inmate (See Top of 602. Stating "Not Here")

602 Appeal Had to be Rerouted from CTF, to CCI Due to my Transfer, And did not Recieve Second Level Response until 11-6-06.

As stated in Response to Second Level, which was mailed to The Director's Level on 11-7-06, where I stated "That Second Level Has Back Dated The Response", or I recieved Response extremely late Because of Reroute Due to my Transfer, or its An Attempt to Hinder my Right To Appeal & the Appeal Process and Access to the Courts.

Date: Feb 20, 2007                    T. Hawk Yin

Raynard B. Kee

\* To APPEALS COORDINATOR AT CCI

STATE OF CALIFORNIA
GA-22 (9/92)

**INMATE REQUEST FOR INTERVIEW**

DEPARTMENT OF CORRECTIONS

~~Appeals Coord CCI~~

HILL, R.B

CDC NUMBER
H43428

DATE
10/29/06

HOUSING
Lev II, BLD 2

BED NUMBER
81 Low

WORK ASSIGNMENT
A1A ~~Unassigned~~

JOB NUMBER
FROM ___ TO ___

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)

ASSIGNMENT HOURS
FROM ___ TO ___

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

I HAVE NOT RECIEVED BACK my 602 MEDICAL APPEAL Log# CTF-N-06-02486. DUE DATE WAS 10/6/06. CTF APPEAL COORDINATORS ARE CCII J. Aboytes & CCII P.G. DENNIS. Could you PLEASE CHECK ON THIS
THANK You

INTERVIEWED BY

DATE
10-31-06

DISPOSITION
You need to contact the appeals office at CTI

Cory

\* SENT TO CTF on 10/30/06

---

STATE OF CALIFORNIA
GA-22 (9/92)

**INMATE REQUEST FOR INTERVIEW**

DEPARTMENT OF CORRECTION

DATE
10/30/06

TO
(CTF) Appeals Coordinator

FROM (LAST NAME)
HILL, R.B

CDC NUMBER
H43428

HOUSING
Lev II Dorm 2

BED NUMBER
81 Low

WORK ASSIGNMENT
A1A Unassigned

JOB NUMBER
FROM ___ TO ___

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)

ASSIGNMENT HOURS
FROM ___ TO ___

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

APPEAL DUE DATE: 10/6/06, Log# CTF-N-06-02486. RESPONSE TO I from THE Second level is OVERDUE. PLEASE Respond To THIS Request interview by Telephone, OR SEND APPEAL RESPONSE TO me AT CCI ASAP.
THANK You

INTERVIEWED BY

DATE

DISPOSITION

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

2-2-81

RE: Screening at the SECOND Level

*March 5, 2007*

*HILL, H43428*
*ME2AA2000000081L*

Log Number: CCI-0-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*The requested action has been responded to at the Second Level of Review and no further action is required CCR 3084.5(c) and 3084.5(d). If you are dissatisfied, complete section H and mail to the Director's Level of Review within 15 days.*

*You must submit your explanation for the delay directly to the Director's Level.*

Appeals Coordinator
California Correctional Institution

**NOTE:**  Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d).  This screening decision may not be appealed.  If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents.  You have only 15 days to comply with the above directives.

PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

# DIRECTOR'S LEVEL APPEAL DECISION

Date:   **JUN 1 2 2007**

In re:   Hill, H-43428
California Correctional Institution
P.O. Box 1031
Tehachapi, CA 93581

IAB Case No.: 0615535          Local Log No.: CTF 06-02486

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner B. Sullivan, Staff Services Manager I.   All submitted documentation and supporting arguments of the parties have been considered.

I   APPELLANT'S ARGUMENT:   It is the appellant's position that he has a complaint against medical staff at Correctional Training Facility (CTF), North Facility.  He states they have not properly treated the pain he has in his right shoulder since his surgery four years ago.  He says he has been given Motrin but it has been ineffective.  He has complained many times.  He says he asked for a magnetic resonance imaging (MRI) but it was denied because x-rays did not show anything.  He says finally after three years, a physician ordered an MRI and it took another five months to receive it.  Four months later, the MRI was reviewed and Dr. Pompan ordered arthroscopy surgery for the appellant's right shoulder.  On July 13, 2006, rotator cuff repair was approved.  In the interim the appellant is in extreme pain.  He asks for proper medication to numb the pain in his right shoulder.  He asks for the surgery and for documentation of treatment and medical care in a timely manner.  He also requests that Dr. Sinnaco and the medical department be reprimanded for indifference to his medical needs.

II   SECOND LEVEL'S DECISION:   The reviewer found that Dr. Parkinson interviewed the appellant on August 15, 2006, at the First Level of Review.  The appellant was advised that he was referred to orthopedics for consultation of possible repair of the right shoulder.  The appellant transferred to California Correctional Institution (CCI) on September 8, 2006.  Due to this transfer, the CTF medical staff are unable to provide treatment recommendations.  The appeal is granted in part at the Second Level of Review.

III   DIRECTOR'S LEVEL DECISION:   Appeal is denied.

   A.  FINDINGS:   At the Director's Level of Review, the appellant continues to state the medical departments at CTF and CCI have not given him any medical treatment to alleviate the pain.  He says that since 2002 he has been in extreme pain and his right shoulder goes out on him.  He says he has had doctors' orders which have been ignored for months.

   The appellant transferred to CCI on September 8, 2006.  On June 8, 2007, the examiner spoke to the Medical Appeals Analyst at CCI, J. Zanchi, to inquire as to the appellant's healthcare at CCI.  It was learned that the appellant received a telemedicine orthopedic appointment on November 3, 2006.  He was seen via telemedicine by University of California at Davis Medical Center Doctor Tanji.  The appellant was provided with information at the appointment and he indicated he understood.  In addition, Ms. Zanchi provided the examiner with a list of medications the appellant has received for the last nine months.  The appellant has consistently received Ibuprofen 800 milligrams (mg) for pain and is also currently receiving Tylenol with Codeine (30 mg) for pain.

   It is evident the appellant is receiving doctor care at CCI and medications on a regular basis.  The institution shall only provide medical services for inmates which are based on medical necessity and supported by outcome data as effective medical care.  The appellant is advised that each practitioner determines, at the time of treatment, the extent of treatment for the health care problem.  The appellant has not provided a compelling argument to warrant modification of the decision reached by the institution.

HILL, H-43428
CASE NO. 0615535
PAGE 2

**B. BASIS FOR THE DECISION:**
California Code of Regulations, Title 15, Section: 3350, 3354, 3391

**C. ORDER:** No changes or modifications are required by the institution.

This decision exhausts the administrative remedy available to the appellant within CDCR.

N. GRANNIS, Chief
Inmate Appeals Branch

cc:     Warden, CCI
        Health Care Manager, CCI
        Appeals Coordinator, CCI
        Medical Appeals Analyst, CCI
        Appeals Coordinator, CTF
        Medical Appeals Analyst, CTF

EXHIBIT _3_

TABLE OF DRs PRESCRIBED MEDS ( MOTRIN / IBRUPROPHEN )

| DATE | AMT | AMT DOSAGE | PRESCRIBED DOCTOR / PRISON |
|------|-----|------------|----------------------------|
| 3-14-03 | 1 X 3 | 600 MG | C. KRISHNA MD / CTF |
| 8-12-04 | 90 DAY | " " | A. ROSENTHAL / " |
| 3-7-05 | 30 DAY | " " | C. SINNACO / " |
| 4-4-05 | 90 DAY | 800 MG | " " / " |
| 8-26-05 | 90 DAY | 600 MG | " " / " |
| 12-2-05 | 7 DAYS | 400 MG | H. AUNG MD / CTF |
| 12-5-05 | 21 TAB | 400 MG | C. SINNACO / CTF |
| 1-9-06 | 90 DAY | 600 MG | " " / CTF |
| 1-24-06 | 42 TAB | " " | " " / " |
| 2-15-06 | 42 TAB | " " | " " / " |
| 3-15-06 | 42 " | " " | " " / " |
| 5-4-06 | 56 " | " " | I. GREWAL MD / CTF |
| 5-27-06 | 56 " | " " | " " / " |
| 6-19-06 | 56 " | " " | " " / " |
| 7-18-06 | 56 " | " " | " " / " |
| 8-10-06 | 56 " | " " | " " / " |
| 8-29-06 | 56 " | " " | " " / " |
| 9-13-06 | 90 " | " " | " " / " |
| 4-6-07 | 44 " | 800 MG | AFIA. SCHAILK MD / CCI |
| // | | | |

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 6/10/0_ | | | X-ray (R) Shoulder |
| | | | X-ray Both Feet |
| | | | *[illegible]* 6/10/0_ *[signature]* |
| | | | |
| | | | |
| | | | |
| 1750_ | | | MDE – *[illegible]* *[illegible]* for asthma med. *[signature]* |
| | | | |
| 7/8/02 | | | Albuterol Inhaler, 11 puffs bid X 900 |
| | | | Beclovent Inhaler 11 puffs bid X 900 |
| | | | *[signature]* 7/8/02 |

ALLERGIES: _____    INSTITUTION _____    ROOM/WING _____

Confidential
client information
See W & I Code, Sections 4514 and 5328

CDC NUMBER, NAME (LAST, FIRST, MI)

H 43420
Hill, Raymond
3-10-60

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 3/4/03 | 1015 | 6 | Sudafed 60 mg p. qid prn x10 dy |
| | | 7 | Atrovent NSI 2 puff qid prn x |
| | | 8 | Serevent MDI 3 puffs bid     } 90 days |
| | | 9 | Motrin 600 mg po tid PRN x 10 days |
| | | | D____ DMA |
| | | | 3/4/03 VSO |
| 4/10/03 | | | Nebulizer treatment c̄ Albuterol now in 3cc NS |
| | | | Dispense Albuterol inhaler and Atrovent inhaler today. |
| | | | Artificial tear ī gtt ou prn } x 90 day |
| | | | CTM 4 mg PO BID PRN } |
| | | | C. Krishna, M.D. Staff Physician & Surgeon CTF, P.O. Box 686 Soledad, CA 93960     C.C. Krishna |

| ALLERGIES | INSTITUTION | ROOM/WING |
|---|---|---|
| NKA | CTF-N | LB/120u |

CDC NUMBER, NAME (LAST, FIRST, MI)

**Hill
H43428**

Confidential
client information
See W & I Code, Sections 4514 and
5328

## PHYSICIAN'S ORDERS

CDC 7221 (2/00)     OSP 00 35617     DEPARTMENT OF CORRECTIONS
STATE OF CALIFORNIA

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 3-7-05 | | | 1) Beard chrono |
| | | | 2) Albuterol MDI, II puffs QID PRN |
| | | | 3) Aerobid MDI, II puffs BID ⎫ X 90 d |
| | | | 4) CTM 4 mg p.o. BID |
| | | | 5) Artificial tears, gtt. I O.U. QID ⎭ |
| | | | 6) XR ® shoulder. |
| | | | 7) Motrin, 600 mg p.o. BID p.c. PRN X 30 d |
| | | | C. SINNA co, M |
| | | | Send to PPL pelvis |
| 4-4-05 | | | 1) Refer to Orthopedics |
| | | | 2) ↑ Motrin to 800 mg. p.o. BID p.c. PRN ⎫ X 30 d |
| | | | 3) Prilosec, 20 mg p.o. QD |
| | | | noted patient 4/4/05 1530 |
| | | | C. SINNA co, M |

ALLERGIES: NKA     INSTITUTION: CTF     ROOM/WING: L3-320U

Confidential
client information
See W & I Code, Sections 4514 and
5328

CDC NUMBER, NAME (LAST, FIRST, MI)

HILL
H-43428

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)
STATE OF CALIFORNIA     OSP 00  35617     DEPARTMENT OF CORRECTIONS

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 1-9-06 | | | 1) Refer back to Dr. Program |
| | | | 2) Motrin, 600 mg p.o. TID p.c. PRN x 90 d. |
| 1/9/06 | 1340 | | M.D. C.SINNA |
| 5/30/06 | 17:40 | | Medication Renewal |
| | | | Albuterol Medihaler 2 puffs QID PRN  x 90 days |
| | | | Aerobid 2 puffs BID |
| | | | (Not seen) |
| | | | M.D.  H. Puy |
| | | | noted by R. Simulian LVN 5/2/06 1440 |

ALLERGIES: NKA   INSTITUTION: CTF-N   ROOM/WING: LA-256L

Confidential
client information
See W & I Code, Sections 4514 and 5328

CDC NUMBER, NAME (LAST, FIRST, MI)

Hill

H43428

**PHYSICIAN'S ORDERS**

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 5/3/06 | | | ① Aerobid cihder |
| | | | ⅱ Puff BID |
| | 1:40 PM | | ② Albuterol cihder |
| | | | ⅱ Puff q 4 hrs prn |
| | | | ③ ecen 4 mg BID prn |
| | 6 months | | ④ Artificial Tears |
| | | | ⅰ drop — TID oc prn |
| | | | ⑤ Motrin — 600mg QID |
| | | | PO prn |
| | | | noted MOB 6/6/06 1245 |

J. Grewal M.D.
Staff Physician and Surgeon
CTF Soledad

| ALLERGIES: NKA | INSTITUTION: CA 255 | ROOM/WING |
|---|---|---|

Confidential
client information
See W & I Code, Sections 4514 and
5328

CDC NUMBER, NAME (LAST, FIRST, MI)

Hill
H.43428

## PHYSICIAN'S ORDERS

CDC 7221 (2/00)
STATE OF CALIFORNIA      OSP 05  90611      DEPARTMENT OF CORRECTIONS