# MAR SHEET FOR SELF-ADMINISTERED MEDICATIONS

HILL, R MAY 0 5 2006 H-43428
LA2-255L DR: GREWAL
781086- 0 RPH: MN MFG: GO
CHLORPHENIRAMINE TAB 4MG QTY: 28
1 TAB 2 TIMES DAILY AS
NEEDED
START: 05/04/06 STOP: 10/31/06

HILL, R
LA2-255L H-43428
781084- 1 DR: GREWAL
AEROBID-M INHALER 7GM RPH: MN MFG: SC
2 PUFFS 2 TIMES DAILY. QTY: 1
1/21DAYS
START: 05/19/06 STOP: 10/31/06

HILL, R MAY 0 5 2006 H-43428
LA2-255L DR: GREWAL
781088- 0 RPH: MN MFG: UR
ARTIFICIAL TEARS 15ML O/S QTY: 1
1 DROP TO BOTH EYES 3
TIMES DAILY AS NEEDED
START: 05/04/06 STOP: 10/31/06

HILL, R
LA2-255L H-43428
781085- 1 DR: GREWAL
ALBUTEROL INHALER 17GM RPH: MN MFG: ZZ
2 PUFFS EVERY 4 HRS AS QTY: 1
NEEDED.1/21DAYS
START: 05/19/06 STOP: 10/31/06

HILL, R MAY 0 5 2006 H-43428
LA2-255L DR: GREWAL
781090- 0 RPH: MN MFG: PA
IBUPROFEN 600MG TAB QTY: 56
1 TAB 4 TIMES DAILY AFTER
MEALS AS NEEDED.
START: 05/04/06 STOP: 10/31/06

HILL, R
LA2-255L H-43428
781086- 1 DR: GREWAL
CHLORPHENIRAMINE TAB 4MG RPH: MN MFG: GO
1 TAB 2 TIMES DAILY AS QTY: 28
NEEDED
START: 05/27/06 STOP: 10/31/06

HILL, R MAY 0 5 2006 H-43428
LA2-255L DR: AUNG,H
780908- 0 RPH: MN MFG: ZZ
ALBUTEROL INHALER 17GM QTY: 1
2 PUFFS 4 TIMES A DAY AS
NEEDED.1/21DAYS
START: 05/04/06 STOP: 08/02/06

HILL, R MAY 0 5 2006 H-43428
LA2-255L DR: AUNG,H
780909- 0 RPH: MN MFG: SC
AEROBID-M INHALER 7GM QTY: 1
2 PUFFS 2 TIMES DAILY.
1/21DAYS
START: 05/04/06 STOP: 08/02/06

HILL, R
LA2-255L MAY 2 6 200_ H-43428
781090- 1 DR: GREWAL
IBUPROFEN 600MG TAB RPH: MN MFG: PA
1 TAB 4 TIMES DAILY AFTER QTY: 56
MEALS AS NEEDED.
START: 05/27/06 STOP: 10/31/06

NAME:__________ CDC NUMBER:__________ HOUSING:__________

CTF SOLEDAD

# MAR SHEET FOR SELF-ADMINISTERED MEDICATIONS

| | |
|---|---|
| HILL, R H-43428<br>LA2-255L DR: GREWAL<br>781090- 2 RPH: MN MFG: PA<br>IBUPROFEN 600MG TAB QTY: 56<br>1 TAB 4 TIMES DAILY AFTER 6/20/06<br>MEALS AS NEEDED. VB<br>START: 06/19/06 STOP: 10/31/06 | |
| HILL, R H-43428<br>LA2-255L DR: GREWAL<br>781086- 2 RPH: MN MFG: GO<br>CHLORPHENIRAMINE TAB 4MG QTY: 28<br>1 TAB 2 TIMES DAILY AS 6/20/06<br>NEEDED VB<br>START: 06/19/06 STOP: 10/31/06 | |
| | |
| | |
| | |
| | |
| | |
| | |

NAME: ______________ CDC NUMBER: ___________ HOUSING: _______

CTF SOLEDAD

| DATE | TIME | |
|---|---|---|
| | | (Medical due - N/A) |
| 5/3/06 | | (see 7362) |
| | | (S) H/o Br. Asthma, Allergic Rhinitis, Ch. Pain lt Shoulder |
| | | - Need Rx renewed. |
| | | (O) Lungs - clear, [illegible] |
| | | (A) (P) A Abx |
| | | PO [illegible] |
| | | [signature] I. Grewal, M.D. Staff Physician and Surgeon CTF Soledad |
| 7-13-06 | | URC approves Rotator Cuff repair By Dr. Pompan. |
| | | [signature] C. SINNACO |
| 7/18/06 | | "602" Inmate not seen - Called from yard |
| | 1000 | Seen by orthopedist 3/7/06 Dx (R) Rotator Cuff tear OS [illegible] 1000 |
| | | -1- |

| INSTITUTION | HOUSING UNIT | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| CTF N | LA 255 | Hill H43428 |

INTERDISCIPLINARY PROGRESS NOTES

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# MAR SHEET FOR SELF-ADMINISTERED MEDICATIONS

| | |
|---|---|
| HILL, R H-43428<br>LA2-255L DR: GREWAL<br>781086- 3 RPH: SH MFG: GO<br>CHLORPHENIRAMINE TAB 4MG QTY: 28<br>1 TAB 2 TIMES DAILY AS<br>NEEDED<br>START: 07/18/06 STOP: 10/31/06<br>7/20/06 | HILL, R H-43428<br>LA2-255L DR: GREWAL<br>781084- 2 RPH: SH MFG: SC<br>AEROBID-M INHALER 7GM QTY: 1<br>2 PUFFS 2 TIMES DAILY.<br>1/21DAYS<br>START: 07/18/06 STOP: 10/31/06<br>7/20/06 |
| HILL, R H-43428<br>LA2-255L DR: GREWAL<br>781085- 2 RPH: SH MFG: ZZ<br>ALBUTEROL INHALER 17GM QTY: 1<br>2 PUFFS EVERY 4 HRS AS<br>NEEDED.1/21DAYS<br>START: 07/18/06 STOP: 10/31/06<br>7/20/06 | HILL, R H-43428<br>LA2-255L DR: GREWAL<br>781090- 3 RPH: SH MFG: PA<br>IBUPROFEN 600MG TAB QTY: 56<br>1 TAB 4 TIMES DAILY AFTER<br>MEALS AS NEEDED.<br>START: 07/18/06 STOP: 10/31/06<br>7/20/06 |
| | |
| | |
| | |
| | |
| | |
| | |

NAME: ______________ CDC NUMBER: __________ HOUSING: ______

CTF SOLEDAD

# MAR SHEET FOR SELF-ADMINISTERED MEDICATIONS

| HILL, R H-43428<br>LA2-255L DR: GREWAL<br>781086-4 RPH: MN MFG: GO<br>CHLORPHENIRAMINE TAB 4MG QTY: 28<br>1 TAB 2 TIMES DAILY AS<br>NEEDED<br>START: 08/10/06 STOP: 10/31/06<br>8/10/06 | HILL, R H-43428<br>LA2-255L DR: GREWAL<br>781090-4 RPH: MN MFG: PA<br>IBUPROFEN 600MG TAB QTY: 56<br>1 TAB 4 TIMES DAILY AFTER<br>MEALS AS NEEDED.<br>START: 08/10/06 STOP: 10/31/06<br>8/10/06 |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

NAME: ________________ CDC NUMBER: ____________ HOUSING: ________

CTF SOLEDAD

# MAR SHEET FOR SELF-ADMINISTERED MEDICATIONS

| | |
|---|---|
| HILL, R H-43428<br>LA2-255L DR: GREWAL<br>781090- 5 RPH: MN MFG: PA<br>IBUPROFEN 600MG TAB QTY: 56<br>1 TAB 4 TIMES DAILY AFTER<br>MEALS AS NEEDED.<br>START: 08/29/06 STOP: 10/31/06 | |
| HILL, R H-43428<br>LA2-255L DR: GREWAL<br>781086- 5 RPH: MN MFG: GO<br>CHLORPHENIRAMINE TAB 4MG QTY: 28<br>1 TAB 2 TIMES DAILY AS<br>NEEDED<br>START: 08/29/06 STOP: 10/31/06 | |
| | |
| | |
| | |
| | |
| | |
| | |

NAME: ____________ CDC NUMBER: ____________ HOUSING: ________

CTF SOLEDAD

EXHIBIT 4

3/7/05

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

№ 206182
DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR: MEDICAL ☐ MENTAL HEALTH ☐ DENTAL ☐ MEDICATION REFILL ☒

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Hill, R.B | H43428 | LB-320 UP |

| PATIENT SIGNATURE | DATE |
|---|---|
| Raymond B Hill | 2-22-05 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) Need Refill of Asthma & Allergy medication & Renewal of Sharing Chrono exp 12-04 Medications: Albuterol & Aerobid inhalers Chlorpheniramine & Artificial Tears Shoulder problems since 11-17-01 Thank you

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| | |
|---|---|
| **Date / Time Received:** | **Received by:** |
| **Date / Time Reviewed by RN:** | **Reviewed by:** |

S: Pain Scale: 1 2 3 4 5 6 7 8 9 10

O: T: 98.6 P: 70 R: 18 BP: 154/78 WEIGHT: 232 lbs

[signature] MTA 3/7/05 1050

A:

P:

☐ **See Nursing Encounter Form**

E:

APPOINTMENT SCHEDULED AS: EMERGENCY (IMMEDIATELY) ☐ URGENT (WITHIN 24 HOURS) ☐ ROUTINE (WITHIN 14 CALENDAR DAYS) ☐

| REFERRED TO PCP: | DATE OF APPOINTMENT: |
|---|---|
| COMPLETED BY | NAME OF INSTITUTION |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|
| | | |

CDC 7362 (Rev. 03/04) Original - Unit Health Record Yellow - Inmate (if copayment applicable) Pink - Inmate Trust Office (if copayment applicable) Gold - Inmate

4/4/05

№ 187944

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR: MEDICAL ☒ MENTAL HEALTH ☐ DENTAL ☐ MEDICATION REFILL ☒

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| HILL, R.B. | H43428 | 2A-255L |

| PATIENT SIGNATURE | DATE |
|---|---|
| Raymond B Hill | 3-23-05 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) WOULD LIKE A FOLLOW-UP ON X-RAYS TAKEN ON 3-10-05 OF RT SHOULDER WHICH WAS RE-INJURED ON 11-17-01. HAD A PREVIOUS ROTATOR CUFF SURGERY, AND AFTER SEVERAL ATTEMPTS TO GET TREATMENT, INJURY HAS BEEN DISREGARDED, AND NOW IN CRONIC PAIN & ON MEDICATION.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| **Date / Time Received:** | **Received by:** |
|---|---|
| **Date / Time Reviewed by RN:** | **Reviewed by:** |

S: Pain Scale: 1 2 3 4 5 6 7 8 9 10

O: T: 97.5 P: 80 R: 16 BP: 130/86 WEIGHT: 231 J Laffertz 4-4-05

A:

P:

☐ **See Nursing Encounter Form**

E:

APPOINTMENT SCHEDULED AS: EMERGENCY (IMMEDIATELY) ☐ URGENT (WITHIN 24 HOURS) ☐ ROUTINE (WITHIN 14 CALENDAR DAYS) ☐

| REFERRED TO PCP: | DATE OF APPOINTMENT: |
|---|---|
| COMPLETED BY | NAME OF INSTITUTION |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|
| | | |

CDC 7362 (Rev. 03/04) Original - Unit Health Record Yellow - Inmate (if copayment applicable) Pink - Inmate Trust Office (if copayment applicable) Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

**PART I: TO BE COMPLETED BY THE PATIENT**

*A fee of $5.00 may be charged to your trust account for each health care visit.*

If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.

REQUEST FOR: MEDICAL ☒ MENTAL HEALTH ☐ DENTAL ☐ MEDICATION REFILL ☒

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| HILL, R.B. | H43428 | LA-255L |

| PATIENT SIGNATURE | DATE |
|---|---|
| Raynard B Hill | 8-11-05 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) NEED ASTHMA & ALLERGY MEDS RENEWED (2 INHALERS, ALLERGY PILLS & ARTIFICIAL TEARS, ) 800 MG IBRUPROFFENS for PAIN in RT SHOULDER

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

**PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT**

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

**PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE**

| **Date / Time Received:** | **Received by:** |
|---|---|
| **Date / Time Reviewed by RN:** | **Reviewed by:** |

S: Pain Scale: 1 2 3 4 5 6 7 8 9 10

O: T: 99.4 P: 78 R: 16 BP: 127/72 WEIGHT: 235½

8-26-05
1055
[signature] MTA

A:

P:

☐ See Nursing Encounter Form

E:

APPOINTMENT SCHEDULED AS: EMERGENCY (IMMEDIATELY) ☐ URGENT (WITHIN 24 HOURS) ☐ ROUTINE (WITHIN 14 CALENDAR DAYS) ☐

| REFERRED TO PCP: | DATE OF APPOINTMENT: |
|---|---|
| COMPLETED BY | NAME OF INSTITUTION |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|
| | | |

CDC 7362 (Rev. 03/04) Original - Unit Health Record Yellow - Inmate (if copayment applicable) Pink - Inmate Trust Office (if copayment applicable) Gold - Inmate

B

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

**PART I: TO BE COMPLETED BY THE PATIENT**

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR: MEDICAL ☒ MENTAL HEALTH ☐ DENTAL ☐ MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Hill, R. B. | H43428 | LA-255 Low |

| PATIENT SIGNATURE | DATE |
|---|---|
| Raymond B. Hill | 11-13-05 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) R/T SHOULDER in EXTREME PAIN, WHICH YOU ARE AWHEREOF, AND ANY PAIN MEDICATION GIVEN, IS NOT SUFFIENT WAS SCHEDULED FOR MRI ON JUNE 21, 2005, AND TO THIS DATE NO MRI OR ATTEMPT TO ELLIEVATE PAIN!!

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

**PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT**

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

**PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE**

| **Date / Time Received:** | **Received by:** |
|---|---|
| **Date / Time Reviewed by RN:** | **Reviewed by:** |

S: Pain Scale: 1 2 3 4 5 6 7 8 9 10

O: T: P: R: BP: WEIGHT:

A:

P:

☐ **See Nursing Encounter Form**

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|

| REFERRED TO PCP: | DATE OF APPOINTMENT: |
|---|---|
| COMPLETED BY | NAME OF INSTITUTION |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|
| | | |

CDC 7362 (Rev. 03/04) Original - Unit Health Record Yellow - Inmate (if copayment applicable) Pink - Inmate Trust Office (if copayment applicable) Gold - Inmate

B

EXHIBIT 5

STATE OF CALIFORNIA | DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES

(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME | CDC NUMBER | INSTITUTION |
|---|---|---|
| HILL | H43428 | |

| DATE OF BIRTH | EPRD DATE | GENDER |
|---|---|---|
| 3-10-60 | 2009 | |

| PRINCIPLE DIAGNOSIS | ICD-9 CODE | CPT CODE(S) |
|---|---|---|
| (R) Shoulder Pain, S/P Rotator Cuff Repair | | |

| REQUESTED SERVICE(S) | # OF DAYS RECOMMENDED |
|---|---|
| Orthopedics / Dr. Pompan | |

*Please circle all that apply:* Diagnostic Procedure/Consultation Outpatient/Inpatient Initial/Follow-up

Requested Treatment/Service is: EMERGENT URGENT ROUTINE (circled)

*For the purpose of retrospective review,* if emergent or urgent, please justify:

Proposed Provider: Anticipated Length of Stay:

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer):

Medical Necessity (*briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant*): DOI – Mar 2000, MRI – Full thickness Rotator Cuff tear.
DOS – Sept 21, 2000
Another injury – Nov 2001, XR – No changes.

Estimated time for service delivery, recovery, rehabilitation and follow-up:

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months):

Comments (diagrams, risk factors, prognosis, alternative management, etc.):

| REQUESTING PHYSICIAN PRINTED NAME | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE |
|---|---|---|
| C.L. Sinnaco M.D. | | 4/17/05 |

| REQUESTING PHYSICIAN SIGNATURE | DATE | Utilization management tracking #: |
|---|---|---|
| [signature] | 4-4-05 | D410514 DP1970 |

| DATE OF CONSULTATION | PRINTED NAME OF CONSULTANT |
|---|---|
| 6/21/0– | Pompan |

FINDINGS: s/p (R) [illegible] [illegible] cuff repair – [illegible]

RECOMMENDATIONS: MRI (R) shoulder [illegible] MRI

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED:

| CONSULTANT SIGNATURE | DATE |
|---|---|
| [signature] | 6/21/0– |
| ETA RN SIGNATURE | DATE |
| | |
| PCP SIGNATURE | DATE |
| | |

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH
Hill,
H#43428

Attach Progress Note page for additional information.

**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT
PINK - UM
GOLD - SPECIALTY SCHEDULER

STATE OF CALIFORNIA logged DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES
# PHYSICIAN REQUEST FOR SERVICES

(To be completed by requesting Physician and forwarded to Utilization Management Unit) No LA 255L

| PATIENT NAME HILL, RAYNARD | CDC NUMBER H43428 | INSTITUTION CTF (N) |
|---|---|---|
| DATE OF BIRTH 3-10-60 | EPRD DATE 2009 | GENDER |
| PRINCIPLE DIAGNOSIS S/P Rotator Cuff Repair, (R) | ICD-9 CODE | CPT CODE(S) |
| REQUESTED SERVICE(S) MRI at Corcoran as Recomm. by Ortho. | | # OF DAYS RECOMMENDED |

*Please circle all that apply:* Diagnostic Procedure/Consultation Outpatient/Inpatient Initial/Follow-up

Requested Treatment/Service is: EMERGENT URGENT ROUTINE

*For the purpose of retrospective review,* if emergent or urgent, please justify:

Proposed Provider: Corcoran Anticipated Length of Stay:

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer):

Medical Necessity (*briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant*): DOI – Mar 2000
DOS/Repair – Sept 2000
Another Injury – Nov 2001, XR – no change

Estimated time for service delivery, recovery, rehabilitation and follow-up:

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): NSAIDs

Comments (diagrams, risk factors, prognosis, alternative management, etc.):

| REQUESTING PHYSICIAN PRINTED NAME C. Sinnaca M.D. | APPROVED / AUTHORIZED / DENIED / DEFERRED BY [signature] | DATE 6-21-05 |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE [signature] | DATE 6-21-05 | Utilization management tracking #: 0405 14 OP 2747 |

| DATE OF CONSULTATION | PRINTED NAME OF CONSULTANT |
|---|---|

FINDINGS: MRI done 11/21/05

RECOMMENDATIONS:

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED:

| CONSULTANT SIGNATURE [signature] | DATE 11/21/05 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE [signature] | DATE 11/21/05 | |
| PCP SIGNATURE | DATE | |

Attach Progress Note page for additional information.

**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

6/21/05: Orig to Sandy

RCVD 8/23/05 – MRI SCREEN COMPLETED
NO MRI TRAILER YET

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT
PINK - UM
GOLD - SPECIALTY SCHEDULER

11/21/05 com

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES

(To be completed by requesting Physician and forwarded to Utilization Management Unit)

PATIENT NAME: Hill
CDC NUMBER: H43428
INSTITUTION:

DATE OF BIRTH: 3-10-60
EPRD DATE: 2009
GENDER:

PRINCIPLE DIAGNOSIS: S/P (R) Rotator Cuff Repair (2000)
ICD-9 CODE:
CPT CODE(S):

REQUESTED SERVICE(S): Orthopedics
# OF DAYS RECOMMENDED:

*Please circle all that apply:* Diagnostic Procedure/Consultation Outpatient/Inpatient Initial/Follow-up

Requested Treatment/Service is: EMERGENT URGENT **ROUTINE** (circled)

*For the purpose of retrospective review,* if emergent or urgent, please justify:

Proposed Provider: CTF Ortho. Anticipated Length of Stay:

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer):

Medical Necessity (*briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant*): DOI - Mar 2000
POS - Sept 2000
Another Injury - ~~[illegible]~~ Nov 2001

Estimated time for service delivery, recovery, rehabilitation and follow-up:

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months):

Comments (diagrams, risk factors, prognosis, alternative management, etc.):

REQUESTING PHYSICIAN PRINTED NAME: C. Sinnaco [illegible]
APPROVED / AUTHORIZED / DENIED / DEFERRED BY:
DATE:

REQUESTING PHYSICIAN SIGNATURE: 3/26 [signature]
DATE: 1-9-06
Utilization management tracking #:

DATE OF CONSULTATION: 3/7/06
PRINTED NAME OF CONSULTANT: [illegible]

FINDINGS: (+) impingement (+) speeds test [illegible] for [illegible]
MRI suspicious for re-tear
Arthrogram

RECOMMENDATIONS: (R) shoulder arthrogram
Possible SLAP / rotator cuff repair

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: (RTC [illegible] approval (R) shoulder arthrogram)

CONSULTANT SIGNATURE: [signature]
DATE: 3/7/06

RTR RN SIGNATURE: S. Morris RN
DATE: 3/7/06

PCP SIGNATURE:
DATE:

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH: Hill H43428

Attach Progress Note page for additional information.

**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT
PINK - UM
GOLD - SPECIALTY SCHEDULER

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS

Transferred

# HEALTH CARE SERVICES

# PHYSICIAN REQUEST FOR SERVICES

(To be completed by requesting Physician and forwarded to Utilization Management Unit) NO LA 235 L

| PATIENT NAME | | CDC NUMBER | INSTITUTION |
|---|---|---|---|
| Hill, Raymond | | H93428 | CTF |
| DATE OF BIRTH | EPRD DATE | | GENDER |
| 3-10-60 | 2009 | | Male |
| PRINCIPLE DIAGNOSIS | | ICD-9 CODE | CPT CODE(S) |
| Rotator Cuff Tear | | | |
| REQUESTED SERVICE(S) | | | # OF DAYS RECOMMENDED |
| (R) Shoulder Arthroscopy / Repair / Rotator Cuff | | | |

*Please circle all that apply:* Diagnostic Procedure/Consultation Outpatient/Inpatient Initial/Follow-up

Requested Treatment/Service is: EMERGENT URGENT ROUTINE (circled)

*For the purpose of retrospective review,* if emergent or urgent, please justify:

Proposed Provider: Dr Pompan Anticipated Length of Stay:

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer):

Medical Necessity (*briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant*):

Requested by provider

Estimated time for service delivery, recovery, rehabilitation and follow-up:

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months):

Comments (diagrams, risk factors, prognosis, alternative management, etc.):

| REQUESTING PHYSICIAN PRINTED NAME | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE |
|---|---|---|
| C. Sinnaco M.D. | (APPROVED / AUTHORIZED circled) Dr. Vue N. Dayal | 7.13 |
| REQUESTING PHYSICIAN SIGNATURE | DATE | Utilization management tracking #: |
| [signature] | | |

| DATE OF CONSULTATION | PRINTED NAME OF CONSULTANT |
|---|---|
| | |

FINDINGS:

RECOMMENDATIONS:

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED:

| CONSULTANT SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE | |
| PCP SIGNATURE | DATE | |

**Attach Progress Note page for additional information.**

**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT
PINK - UM
GOLD - SPECIALTY SCHEDULER

PHYSICIAN REQUEST FOR SERVICES (RFS) CDC 7243 (Rev. 11/02)

EXHIBIT 6

# X-RAY REQUEST REPORT FORM

Institution: CCI

PLEASE PRINT OR TYPE

NAME: Raymond Hill

AGE: 42 DOB: 3/10/60 HOUSING: VB5A 103

NUMBER: H43428 UNIT: IVB

PREVIOUS X-RAYS [X] YES [ ] NO

X-RAY EXAM REQUESTED: (ANATOMICAL TERMS ONLY) (R) Shoulder Bilat feet

ORDERING M.D. HIRSCH

RN/MTA: M. Phillips MTA

DATE ORDERED: 6/10/02

DATE COMPLETED: 6-18-02

NO. OF VIEWS: 2+3+3

CLINICAL HISTORY: Surgery (R) shoulder

## REPORT

THE CURRENT EXAMINATIONS CONSIST OF BOTH FEET AND RIGHT SHOULDER AND ARE INCORRECTILY DATED, AS HAVING BEEN PERFORMED ON 6/18/02. THE EXAMINATIONS WERE ACTUALLY OBTAINED ON 6/17/02.

RIGHT SHOULDER, 2 VIEWS: 6/17/02

Two orthopedically introduced small, metal anchors are seen over the humeral head, probably associated with previous tendon repair. No fracture or subluxation is seen. No soft tissue calcifications noted.

IMPRESSION: NO ACUTE, TRAUMATIC OR DESTRUCTIVE CHANGES.

STATUS POST-ORTHOPEDIC INTERVENTION.

BOTH FEET, 3 VIEWS EACH: 6/17/02

Mild, valgus deformities, of both great toes noted, slightly more marked on the right than the left. Very early tendon calcifications are seen bilaterally, involving the Achilles' insertion site along the posterior aspects of the calcanei.

IMPRESSION: MILD, HALLUX VALGUS DEFORMITIES, BOTH GREAT TOES.

EARLY CALCIFIC TENDONITIS, ACHILLES' TENDON, BILATERALLY.

BERNARD KORDAN, M.D.
t: 6/19/02 jk

7/8/02

File

DATE DICTATED:
DATE TRANSCRIBED:
TRANSCRIBER:

RADIOLOGIST ________________ M.D.

X-RAY EXAM: ?

X-RAY TECH INITIAL: ?

NAME: Hill, Raymond

CDC NUMBER: H43428

White=Medical File Yellow=X-Ray File Manila Card=Department File

X-RAY REPORT

**DEPARTMENT OF CORRECTIONS**
**CORRECTIONAL TRAINING FACILITY**

| NAME: | CDC #: | CELL: | DOB: | DATE: |
|---|---|---|---|---|
| HILL, R. | H-43428 | LB 320 | 3/10/60 | 3/10/05 |

**EXAM REQUESTED:**
RIGHT SHOULDER

**CLINICAL DATA:**

**REFERRING PHYSICIAN:**
C. SINNACO, M.D.

**RADIOGRAPHIC REPORT:**

**RIGHT SHOULDER:** Multiple views of the right shoulder are obtained on 3/10/05.

There is no evidence of any acute fracture or dislocation. The patient is status post surgery with two radiopaque densities overlying the humeral head similar with the previous examination. There is no evidence of calcific tendonitis.

**IMPRESSION:**

**NO ACUTE ABNORMALITY IS IDENTIFIED. POST SURGICAL CHANGES ARE PRESENT AS NOTED.**

3/10/05
DATE READ

G. FALKOFF, M.D.
RADIOLOGIST

GF/cjw
3/14/05

EXHIBIT 7

SALINAS VALLEY RADIOLOGISTS, I...
A MEDICAL GROUP
559 Abbott Street • Salinas, California 93901
Telephone (831) 775-5200

JAMES A. KOWALSKI, M.D.
DONALD A. CATALANO, M.D.
GILES A. DUESDIEKER, M.D.
MICHAEL E. BASSE, M.D.
DAVID A. STAUNTON, M.D.

GARY E. FALKOFF, M.D.
RICHARD A. VILLALOBOS, M.D.
CHRIS GLENN, M.D.
B. MISA HOSOHAMA, M.D.
Y-LAN HO, M.D.

| PATIENT NAME | ACCOUNT NO | | RADIOLOGY NUMBER |
|---|---|---|---|
| RAYNARD-H43428 HILL | 9349986 | | 9349986 |
| AT THE REQUEST OF | DATE OF BIRTH | AGE/SEX | DATE OF SERVICE |
| CESAR SINNACO MD<br>PO BOX 686<br>SOLEDAD, CA 93960 | 03/10/1960 | 45/ | 11/21/2005 |

The study was performed by an outside facility and the film submitted to Salinas Valley Radiologists for interpretation.

MRI RIGHT SHOULDER

HISTORY: Status post rotator cuff repair. I have no further specific history.

PROCEDURE: 1.5T imaging was performed in three standard planes with T1 and T2 techniques as well as gradient echo imaging.

FINDINGS: There is a good deal of small fragment metallic artifact presenting with low and high signal in and around the rotator cuff. I cannot define the cuff anatomy except for the infraspinatus tendon which shows increased signal consistent with tendinitis. The subscapularis is also intact and the bicipital also, as far as I can tell. There is some ill-defined marrow signal. The labrum is grossly normal. I cannot see any cysts or masses.

IMPRESSION: Gross distortion of the anatomy in and around the supraspinatus muscle and tendon as well as the acromioclavicular joint in view of the prior surgery. It is really not possible to discern the presence of a recurrent tear or other specific pathology in these areas. The other regions appear to be free of gross disease.

Thank you for referring your patient to us,

Arthur M. Nathanson, MD
AMN/pa
11/29/05

L-2

**KERN RADIOLOGY MEDICAL GROUP, INC.**
2301 Bahamas Drive
Bakersfield, CA 93309
(661) 326-9600

**CCI TEHACHAPI STATE PRISON**
**FAX# 823-5018 OR 823-3328**

PATIENT: HILL DOB: CDC# H43428
HOUSING: 2

INTERPRETATION OF OUTSIDE FILMS: MRI OF THE RIGHT SHOULDER: 09/12/07

A variety of imaging planes and parameters were utilized for visualization of suspected pathology.

FINDINGS: This study is extremely suboptimal due to the presence of paramagnetic signal artifact, possibly due to prior surgery or a gunshot wound without clear visualization of the acromion or acromioclavicular joint. This could be due to the distortions caused by the paramagnetic signal artifact or posttraumatic or postsurgical removal. The supraspinatus tendon is not visible at all, most probably completely torn and only the insertion of the infraspinatus tendon on the greater tubercle is visible suggesting a complete tear here as well. There is also marked narrowing of what remains of the coracoacromial arch tending to confirm these findings. The subscapularis and teres minor tendons are intact otherwise. The bicipital labral complex is poorly visualized for reasons described above, although the proximal biceps tendon is identified in the bicipital groove. There is no evidence for a labral tear. The glenohumeral ligaments are otherwise unremarkable.

**CONCLUSION:**

1. Severely degraded study as a result of multiple paramagnetic signal artifacts from metal, either postsurgical or posttraumatic with nonvisualized distal acromion and acromioclavicular joint either due to distortion from posttraumatic or postsurgical absence.
2. Probable complete tears of the supraspinatus and infraspinatus tendons with retraction and cephalic migration of the humeral head.
3. Nonvisualized bicipital labral complex, most probably due to the paramagnetic signal artifact described above.

Jeffrey K. Child, M.D. D: 09/24/2007 T: 09/25/2007/lmj

Referring Physician: P. RUNYAN, PA-C

EXHIBIT 8

UCDAVIS
HEALTH SYSTEM
TELEMEDICINE

November 03, 2006

RE: HILL, RAYMOND
MR#: 1844475
DOB: 03/10/1960
Date of Service: 11/03/2006
CDC#:H43428

Harold Tate, MD
California Correctional Institution
P.O. Box 1031
Tehachapi, CA 93581

Dear Dr. Tate:

Thank you very much for requesting a consultation on behalf of Raymond Hill, whom I had the pleasure of seeing in Orthopedic Telemedicine Clinic.

**History Of Present Illness:**
As you know, Mr. Hill is a gentleman who underwent a right shoulder large rotator cuff repair in 2000 with anchors. He was doing very well for one year and anticipated a one year recovery time. His strength returned when, unfortunately, about a year later he reinjured the right shoulder. Unfortunately, since that time, the shoulder has again become weak. He has pain with reaching, pain with impingement maneuvers, pain at night. He denies any neurogenic symptoms. He had an MRI which, unfortunately, distorted the normal architecture because of the metal anchor screws. He was told by another orthopedic surgeon that he needed to have a repeat rotator cuff repair and is waiting for that now.

**Past Surgeries:**
1. Status post right shoulder rotator cuff repair in 2000.
2. Status post left fifth finger open reduction and internal fixation.

**Medical Illnesses:**
1. Right shoulder pain.
2. Asthma.
3. Allergic rhinitis.

**Medications:**
Albuterol inhaler, triamcinolone inhaler, chlorpheniramine, methocarbamol, Motrin.

**Allergies:**
None known.

**Family History:**
Noncontributory.

**Social History:**
He is incarcerated.

**Review Of Systems:**
I refer you to the paper medical record.

**Physical Examination:**
On physical examination, he is an alert, pleasant, cooperative gentleman in no acute distress. Gait and posture are normal. Right shoulder reveals forward flexion limited from 0 to 90, abduction from 0 to 90 with a painful arc, external rotation from 0 to 50, and with internal rotation he can bring his thumb to T10. Strength testing of supraspinatus reveals 4/5 strength. Infraspinatus and subscapularis testing reveal 4+/5 strength.

**Assessment:**
Right shoulder probable rotator cuff re-tear.

**Plan:**
I am recommending to proceed with arthroscopy for a rotator cuff repair on Mr. Hill's right shoulder. He is very willing to do this.

The patient was educated in the impression and the plan of care.

Thank you very much for your kind request for consultation.

Sincerely yours,

JEFFREY L TANJI, MD
ASSOCIATE MEDICAL DIRECTOR
DIVISION OF UCDHS PRIMARY CARE NETWORK
DEPARTMENT OF SPORTS MEDICINE
*THIS WAS ELECTRONICALLY SIGNED - 11/06/2006 8:04 AM PST BY:*

JLT:js(ml006)

D: 11/03/2006 09:00 AM
T: 11/03/2006 03:15 PM
C#: 2268756

EXHIBIT 9

# *MARSHALL S. LEWIS, M.D.*

## *TEHACHAPI CLINIC*

October 29, 2007

RE: HILL, RAYNARD
CHART#: IMC0667
CDC#: H43428/California Correctional Institute

### INITIAL COMPREHENSIVE ORTHOPEDIC TELEMED CONSULTATION

This is a 47-year-old black male who sustained injury in 2000 and a second injury in 2001. The patient claims that he initially sustained injury to his right shoulder from a fall on a wet surface. He claims that he was told that he had a torn rotator cuff and had rotator cuff repair in 2000. He was trying to improve his motion when he had another injury in 2001.

The patient continues to have pain in the right shoulder. He describes night pain and increased pain in the right shoulder with activity. This is the patient's dominant extremity. He also describes decreased range of motion in the shoulder.

**PAST MEDICAL HISTORY:**

| | |
|---|---|
| Allergies: | None. |
| Current Medications: | Tylenol #3 with Codeine, ibuprofen, Albuterol inhaler and Methocarbamol. |
| Illnesses: | The patient has a history of asthma and is taking Albuterol inhaler. |
| Surgeries: | Right shoulder rotator cuff repair in 2000. He also had a prior ligament repair of the fifth digit of the left hand. |

13061 Rosedale Highway, Ste. G, PMB-102-Bakersfield, CA 93312 (661) 589-2190 Fax (661) 587-1427

RH

01:42 From: To:5045 P.2/4
CINDY FUGAICHNIK

RE: HILL, RAYNARD
Page 2
October 29, 2007

**PAST MEDICAL HISTORY:** (continued)

Fractures: Fracture of the left humerus 30 years ago.

**FAMILY HISTORY:**

There is a history of diabetes on the mother's side and lung cancer on the father's side. His father is a heavy smoker.

**PHYSICAL EXAMINATION:**

Examination of the right shoulder reveals a well-healed scar, which is about 3" long from prior rotator cuff repair. There is only 90 degrees of abduction in the right shoulder compared to 165 degrees on the left side. The patient has 90 degrees forward flexion in the right shoulder compared to 165 degrees on the left side. There is 50% restriction of external and internal rotation compared to the left shoulder. The patient has 20 degrees less internal rotation in the right shoulder compared to the left side and compared to 50% restriction of external rotation in the right shoulder compared to the left side. There is markedly decreased strength of the abductors and external rotators of the right shoulder. The patient has exquisite tenderness over the AC joint of the shoulder and exquisite tenderness over the anterolateral and lateral aspect of the acromion. Flexion, adduction and internal rotation cause accentuated pain.

**RADIOGRAPHIC DATA:**

The patient had a recent MRI performed two weeks ago. Unfortunately, the copy of the MRI report is not yet available. The patient had a prior MRI of the right shoulder performed in Salinas on November 21, 2005, read by Dr. Nathanson, and the impression was "Gross distortion of the anatomy in and around the supraspinatus muscle and tendon, as well as the acromioclavicular joint in view of the prior surgery. It is really not possible to discern the presence of recurrent tear or other specific pathology in these areas. The other regions appear to be free of gross disease."

I am in receipt of UC Davis Telemed Consult dated November 3, 2006, from Dr. Tanji. The assessment was "right shoulder probable rotator cuff re-tear." Under the plan, it stated, "I recommended arthroscopy for rotator cuff repair on Mr. Hill's right shoulder. He is very willing to do this."

**IMPRESSION:**

1. Right rotator cuff tendinitis.

RE: HILL, RAYNARD
Page 3
October 29, 2007

**IMPRESSION:** (continued)

2. Status post right rotator cuff repair in 2000.
3. Recurrent tear, right rotator cuff.
4. Impingement syndrome of the right shoulder clinically.
5. Right subacromial bursitis of the shoulder.

**TREATMENT PLAN:**

The MRI of the right shoulder has been performed and it is felt that we should wait for the report, which, hopefully, should be here sometime in the near future as it was performed two weeks ago. It is not understandable to this orthopedic surgeon why we should have to wait two weeks to obtain a report on an MRI. The patient is to be given a follow-up appointment for evaluation in three weeks, at which time the MRI can be reviewed and further discussion over treatment will take place. From a clinical point of view, it is felt this patient will require arthroscopy with arthroscopic surgery of the right shoulder. I will not do a primary re-repair of the rotator cuff. If there is evidence on MRI of impingement, which persists, I would de-impinge the shoulder, release adhesions, do a little further acromioplasty and some resection at the distal end of the right clavicle. If this not successful, at a later time on a different surgical procedure, I would consider an open rotator cuff repair of the right shoulder. However, this is fraught with the possibility of stiff shoulder and it is clearly noted that this patient has never recovered full range of motion from the first surgery. At this time, the patient 50% restriction of abduction, 50% restriction of external rotation in the right shoulder and 50% restriction of forward flexion in the right shoulder when compared to the left side. This has been discussed with the patient and he will be re-evaluated in three weeks.

Marshall S. Lewis, M.D.

/sl
11/9/07

EXHIBIT 10

WATSON Laboratories, Inc.
A Subsidiary of Watson Pharmaceuticals, Inc.

March 6, 2007

Raynard Hill
California Correctional Institution
P.O. Box 608
H43428, Unit 2, Dorm 2, Bed 81 Low
Tehachapi, CA 93581

Dear Mr. Hill:

Thank you for your recent request for information concerning the availability of a package insert for ibuprofen tablets, USP.

The above information is supplied to you as a professional service in response to your specific request. Watson Pharmaceuticals, Inc. makes no recommendation regarding unapproved uses. The full prescribing information is enclosed for your review.

Please contact our Medical Communications Department at 800-272-5525 should you have any further questions.

Thank you for your interest in Watson Pharmaceuticals, Inc. products.

Sincerely,

Olivia Kim OK

Olivia Kim, Pharm.D.
Medical Communications Specialist
Watson Laboratories, Inc.
(800)272-5525

2161

**Enclosure:** Ibuprofen PI Interpharm

The ibuprofen tablets, USP package insert you requested is enclosed. It provides medical information that was included for the FDA review and approval of the product. We recommend that you contact your healthcare provider for any further questions, as they will best be able to address them in the context of your specific medical needs.

**IBUPROFEN TABLETS, USP**

**DESCRIPTION:**

Ibuprofen has the chemical name (±)-2-(p-isobutylphenyl) propionic acid. Ibuprofen is a white to off-white, crystalline powder having a slight characteristic odor with a melting point of 74°-77°C, and is practically insoluble in water and very soluble in organic solvents such as alcohol and acetone.

The structural formula is represented below:

CH3 — OH — CH3 — H3C — O

Ibuprofen, a Nonsteroidal Anti-Inflammatory Drug (NSAID) is available in 400 mg, 600 mg and 800 mg tablets for oral administration.

**Inactive Ingredients:** Colloidal Silicon Dioxide, Corn Starch, Hydroxypropyl Cellulose, Hypromellose, Lactose Anhydrous, Magnesium Stearate, Microcrystalline Cellulose, Polyethylene Glycol, Povidone, Sodium Lauryl Sulfate, Sodium Starch Glycolate, Titanium Dioxide.

**CLINICAL PHARMACOLOGY:**

Ibuprofen possesses analgesic and antipyretic activities. Its mode of action, like that of other nonsteroidal anti-inflammatory agents, is not completely understood, but may be related to prostaglandin synthetase inhibition.

In clinical studies in patients with rheumatoid arthritis and osteoarthritis, ibuprofen has been shown to be comparable to aspirin in controlling the pain and inflammation and to be associated with a statistically significant reduction in the milder gastrointestinal side effects (see ADVERSE REACTIONS). Ibuprofen may be well tolerated in some patients who have had gastrointestinal side effects with aspirin, but these patients when treated with ibuprofen should be carefully followed for signs and symptoms of gastrointestinal ulceration and bleeding. Although it is not definitely known whether ibuprofen causes less peptic ulceration than aspirin, in one study involving 885 patients with rheumatoid arthritis treated for up to one year, there were no reports of gastric ulceration with ibuprofen whereas frank ulceration was reported in 13 patients in the aspirin group (statistically significant $p < .001$).

*Gastroscopic studies at varying doses* show an increased tendency toward gastric irritation at higher doses. However, at comparable doses, *gastric irritation* is approximately half that seen with aspirin. Studies using $^{51}Cr$-*tagged red cells indicate that fecal* blood loss associated with ibuprofen in doses up to 2400 mg daily did not exceed the normal range, and was *significantly* less than that seen in *aspirin-treated* patients.

In clinical studies in patients with rheumatoid arthritis, ibuprofen has been shown to be comparable to indomethacin in controlling the signs and symptoms of disease activity and to be associated with a statistically significant reduction of the milder gastrointestinal (see ADVERSE REACTIONS) and CNS side effects.

Ibuprofen may be used in combination with gold salts and/or corticosteroids.

Controlled studies have demonstrated that ibuprofen is a more effective analgesic than propoxyphene for the relief of episiotomy pain or pain following dental extraction procedures, and for the relief of the symptoms of primary dysmenorrhea.

In patients with primary dysmenorrhea, ibuprofen has been shown to reduce elevated levels of prostaglandin activity in the menstrual fluid and to reduce resting and active intrauterine pressure, as well as the frequency of uterine contractions. The probable mechanism of action is to inhibit prostaglandin synthesis rather than simply to provide analgesia.

Ibuprofen is rapidly absorbed. Peak serum ibuprofen levels are generally attained one to two hours after administration. With single doses up to 800 mg, a linear relationship exists between amount of drug administered and the integrated area under the serum drug concentration vs. *time curve. Above 800 mg, however, the area under the curve increases* less than *proportional to increase in dose. There is no evidence of drug accumulation or enzyme induction.*

The administration of ibuprofen tablets either under fasting conditions or immediately before meals yields quite similar serum ibuprofen concentration-time profiles. When ibuprofen is administered immediately after a meal, there is a reduction in the rate of absorption but no appreciable decrease in the extent of absorption. The bioavailability of the drug is minimally altered by the presence of food.

There is no interference with the absorption of ibuprofen when given in conjunction with an antacid containing both aluminum hydroxide and magnesium hydroxide.

Ibuprofen is rapidly metabolized and eliminated in the urine. The excretion of ibuprofen is virtually complete 24 hours after the last dose. The serum half-life is 1.8 to 2.0 hours.

Studies have shown that following ingestion of the drug, 45% to 79% of the dose was recovered in the urine within 24 hours as metabolite A (25%), (+)-2-[p-(2 hydroxymethylpropyl)phenyl], propionic acid and metabolite B (37%), (+)-2-[p-(2 carboxypropyl)phenyl] propionic acid; the percentages of free and conjugated ibuprofen were approximately 1% and 14%, respectively.

**INDICATIONS AND USAGE:**

Ibuprofen Tablets are indicated for relief of the signs and symptoms of rheumatoid arthritis and osteoarthritis.

Ibuprofen is indicated for relief of mild to moderate pain.

Ibuprofen is also indicated for the treatment of primary dysmenorrhea.

Since there have been no controlled clinical trials to demonstrate whether or not there is any beneficial effect or harmful interaction with the use of ibuprofen in conjunction with aspirin, the combination cannot be recommended (see Drug Interactions).

Controlled clinical trials to establish the safety and effectiveness of ibuprofen in children have not been conducted.

**CONTRAINDICATIONS:**

Ibuprofen Tablets should not be used in patients who have previously exhibited hypersensitivity to the drug, or in individuals with the syndrome of nasal polyps, angioedema and bronchospastic reactivity to aspirin or other nonsteroidal anti-inflammatory agents. Anaphylactoid reactions have occurred in such patients.

**WARNINGS:**

**Risk of GI Ulceration, Bleeding and Perforation with NSAID Therapy:** Serious gastrointestinal toxicity such as bleeding, ulceration, and perforation, can occur at any time, with or without warning symptoms, in patients treated chronically with NSAID therapy. Although minor upper *gastrointestinal problems such as dyspepsia, are common,* usually developing early in therapy, physicians should remain alert for ulceration and bleeding in patients treated chronically with NSAIDS even in the absence of previous GI tract symptoms. In patients observed in clinical trials of several months to two years duration, symptomatic upper GI ulcers, gross bleeding or perforation appear to occur in approximately 1% of patients treated for 3-6 months, and in about 2-4% of patients treated for one year. Physicians should inform patients about the signs and/or symptoms of serious GI toxicity and what steps to take if they occur.

Studies to date have not identified any subset of patients not at risk of developing peptic ulceration and bleeding. Except for a prior history of serious GI events and other risk factors known to be associated with peptic ulcer disease, such as alcoholism, smoking, etc., no risk factors (e.g. age, sex) have been associated with increased risk. Elderly or debilitated patients seem to tolerate ulceration or bleeding less well than other individuals and most spontaneous reports of fatal GI events are in this population. Studies to date are inconclusive concerning the relative risk of various NSAIDS in causing such reactions. High doses of any NSAID probably carry a greater risk of these reactions, although controlled clinical trials showing this do not exist in most cases. In considering the use of relatively large doses (within the recommended dosage range), sufficient benefit should be anticipated to offset the potential increased risk of GI toxicity.

**PRECAUTIONS:**

**General:** Blurred *and/or diminished* vision, scotomata, and/or changes in color vision have been reported. If a patient develops such complaints while receiving ibuprofen tablets, the drug should be discontinued, and the patient should have an ophthalmologic examination which includes central visual fields and color vision testing.

Fluid retention and edema have been reported in association with ibuprofen; therefore, the drug should be used with caution in patients with a history of cardiac decompensation or hypertension.

Ibuprofen like other nonsteroidal anti-inflammatory agents, can inhibit platelet aggregation but the effect is quantitatively less and of shorter duration than that seen with aspirin. Ibuprofen has been shown to prolong bleeding time (but within the normal range) in normal subjects. Because this prolonged bleeding effect may be exaggerated in patients with underlying hemostatic defects, ibuprofen should be used with caution in persons with intrinsic coagulation defects and those on anticoagulant therapy.

Patients on ibuprofen should report to their physicians signs or symptoms of gastrointestinal ulceration or bleeding, blurred vision or other eye symptoms, skin rash, weight gain, or edema.

In order to avoid exacerbation of disease or adrenal insufficiency, patients who have been on prolonged corticosteroid therapy should have their therapy tapered slowly rather than discontinued abruptly when ibuprofen is added to the treatment program.

*The antipyretic and anti-inflammatory activity of ibuprofen may reduce* fever and inflammation, thus diminishing their utility as diagnostic signs in detecting complications of presumed non-infectious noninflammatory painful conditions.

**Liver Effects:** As with other nonsteroidal anti-inflammatory drugs, borderline elevations of one or more liver tests may occur in up to 15% of patients. These abnormalities may progress, may remain essentially unchanged, or may be transient with continued therapy. The SGPT (ALT) test is probably the most sensitive indicator of liver dysfunction. Meaningful (3 times the upper limit of normal) elevations of SGPT or SGOT (AST) occurred in controlled clinical trials in less than 1% of patients. A patient with symptoms and/or signs suggesting liver dysfunction, or in whom an abnormal liver test has occurred, should be evaluated for evidence of the development of more severe hepatic reaction while on therapy with ibuprofen. Severe hepatic reactions, including jaundice and cases of fatal hepatitis, have been reported with ibuprofen as with other nonsteroidal anti-inflammatory drugs. Although such reactions are rare, if abnormal liver tests persist or worsen, if clinical signs and symptoms consistent with liver disease develop, or if systemic manifestations occur (e.g. eosinophilia, rash, etc.), ibuprofen should be discontinued.

**Hemoglobin Levels:** In cross-study comparisons with doses ranging from 1200 mg to 3200 mg daily for [illegible] decrease in hemoglobin/hematocrit was noted. This has been observed with other nonsteroidal anti-inflammatory drugs; the mechanism is unknown. However, even with daily doses of 3200 mg, the total decrease in hemoglobin usually does not exceed 1 gram; if there are no signs of bleeding, it is probably not clinically important.

In two postmarketing clinical studies the incidence of a decreased hemoglobin level was greater than previously reported. Decrease in hemoglobin of 1 gram or more was observed in 17.1% of 193 patients on 1600 mg ibuprofen daily (osteoarthritis), and in 22.8% of 189 patients taking 2400 mg of ibuprofen daily (rheumatoid arthritis). Positive stool occult blood tests and elevated serum creatinine levels were also observed in these studies.

**Aseptic Meningitis:** Aseptic meningitis with fever and coma has been observed on rare occasions in patients on ibuprofen therapy. Although it is probably more likely to occur in patients with systemic lupus erythematosus and related connective tissue diseases, it has been reported in patients who do not have an underlying chronic disease. If signs or symptoms of meningitis develop in a patient on ibuprofen, the possibility of its being related to ibuprofen should be considered.

**Renal Effects:** As with other nonsteroidal anti-inflammatory drugs, long term administration of ibuprofen to animals has resulted in renal papillary necrosis and other abnormal renal pathology. In humans, there have been reports of acute interstitial nephritis with hematuria, proteinuria, and occasionally nephrotic syndrome.

A second form of renal toxicity has been seen in patients with prerenal conditions leading to a reduction in renal blood flow or blood volume, where the renal prostaglandins have a supportive role in the maintenance of renal perfusion. In these patients administration of nonsteroidal anti-inflammatory drugs may cause a dose dependent reduction in prostaglandin formation and may precipitate overt renal decompensation. Patients at greatest risk of this reaction are those with impaired renal function, heart failure, liver dysfunction, those taking diuretics and the elderly. Discontinuation of nonsteroidal anti-inflammatory drug therapy is typically followed by recovery to the pretreatment state. Those patients at high risk who chronically take ibuprofen should have renal function monitored if they have signs or symptoms which may be consistent with mild azotemia, such as malaise, fatigue, loss of appetite, etc. Occasional patients may develop some elevation of serum creatinine and BUN levels without signs or symptoms.

Since ibuprofen is eliminated primarily by the kidneys, patients with significantly impaired renal function should be closely monitored; and a reduction in dosage should be anticipated to avoid drug accumulation. Prospective studies on the safety of ibuprofen in patients with chronic renal failure have not been conducted.

**Information for Patients:** Ibuprofen, like other drugs of its class, is not free of side effects. The side effects of these drugs can cause discomfort and, rarely, there are more serious side effects, such as gastrointestinal bleeding, which may result in hospitalization and even fatal outcomes.

NSAIDs (Nonsteroidal Anti-Inflammatory Drugs) are often essential agents in the management of arthritis and have a major role in the treatment of pain, but they also may be commonly employed for conditions which are less serious.

Physicians may wish to discuss with their patients the potential risks (see WARNINGS, PRECAUTIONS, and ADVERSE REACTIONS sections) and likely benefits of NSAID treatment, particularly when the drugs are used for less serious conditions where treatment without NSAIDs may represent an acceptable alternative to both the patient and physician.

**Laboratory Tests:** Because serious GI tract ulceration and bleeding can occur without warning symptoms, physicians should follow chronically treated patients for the signs and symptoms of ulceration and bleeding and inform them of the importance of this follow-up (See WARNINGS, Risk of GI Ulcerations, Bleeding and Perforation with NSAID Therapy).

**Drug Interactions:** *Coumarin-type anticoagulants:* Several short-term controlled studies failed to show that ibuprofen significantly affected prothrombin times or a variety of other clotting factors when administered to individuals on coumarin-type anticoagulants. However, because bleeding has been reported when ibuprofen and other nonsteroidal anti-inflammatory agents have been administered to patients on coumarin-type anticoagulants, the physician should be cautious when administering ibuprofen to patients on anticoagulants.

*Aspirin:* Animal studies show that aspirin given with nonsteroidal anti-inflammatory agents, including ibuprofen, yields a net decrease in anti-inflammatory activity with lowered blood levels of the non-aspirin drug. Single dose bioavailability studies in normal volunteers have failed to show an effect of aspirin on ibuprofen blood levels. Correlative clinical studies have not been done.

*Methotrexate:* Ibuprofen, as well as other nonsteroidal anti-inflammatory drugs, probably reduces the tubular secretion of methotrexate based on *in vitro* studies in rabbit kidney slices. This may indicate that ibuprofen could enhance the toxicity of methotrexate. Caution should be used if ibuprofen is administered concomitantly with methotrexate.

*H-2 Antagonists:* In studies with human volunteers, co-administration of cimetidine or ranitidine with ibuprofen had no substantive effect on ibuprofen serum concentrations.

*Furosemide:* Clinical studies, as well as random observations, have shown that ibuprofen can reduce the natriuretic effect of furosemide and thiazides in some patients. This response has been attributed to inhibition of renal prostaglandin synthesis. During concomitant therapy with ibuprofen, the patient should be observed closely for signs of renal failure (see PRECAUTIONS Renal Effects), as well as to assure diuretic efficacy.

*Lithium:* Ibuprofen produced an elevation of plasma lithium levels and a reduction in renal lithium clearance in a study of eleven normal volunteers. The mean minimum lithium concentration increased 15% and the renal clearance of lithium was decreased by 19% during this period of concomitant drug administration.

This effect has been attributed to inhibition of renal prostaglandin synthesis by ibuprofen. Thus, when ibuprofen and lithium are administered concurrently, subjects should be observed carefully for signs of lithium toxicity. (Read circulars for lithium preparation before use of such concurrent therapy).

**Pregnancy:** Reproductive studies conducted in rats and rabbits at doses somewhat less than the maximal clinical dose did not demonstrate evidence of developmental abnormalities. However, animal reproduction studies are not always predictive of human response. As there are no adequate and well-controlled studies in pregnant women, this drug should be used during pregnancy only if clearly needed. Because of the known effects of nonsteroidal anti-inflammatory drugs on the fetal cardiovascular system (closure of ductus arteriosus), use during late pregnancy should be avoided. As with other drugs known to inhibit prostaglandin synthesis, an increased incidence of dystocia and delayed parturition occurred in rats. Administration of ibuprofen is not recommended during pregnancy.

**Nursing Mothers:** In limited studies, an assay capable of detecting 1 mcg/mL did not demonstrate ibuprofen in the milk of lactating mothers. However, because of the limited nature of the studies, and the possible adverse effects of prostaglandin-inhibiting drugs on neonates, ibuprofen is not recommended for use in nursing mothers.

## ADVERSE REACTIONS

The most frequent type of adverse reaction occurring with ibuprofen tablets is gastrointestinal. In controlled clinical trials the percentage of patients reporting one or more gastrointestinal complaints ranged from 4% to 16%.

In controlled studies when ibuprofen was compared to aspirin and indomethacin in equally effective doses the overall incidence of gastrointestinal complaints was about half that seen in either the aspirin or indomethacin-treated patients.

Adverse reactions observed during controlled clinical trials at an incidence greater than 1% are listed in the following tables. Those reactions listed in column 1 encompass observations in approximately 3,000 patients. More than 500 of these patients were treated for periods of at least 54 weeks.

Still other reactions occurring less frequently than 1 in 100 were reported in controlled clinical trials and from marketing experience. These reactions have been divided into two categories: Column 2 of the following table lists reactions with therapy with ibuprofen where the probability of a causal relationship exists; for the reactions in Column 3 a causal relationship with ibuprofen has not been established.

Reported side effects were higher at doses of 3200 mg/day than at doses of 2400 mg or less per day in clinical trials of patients with rheumatoid arthritis. The increase in incidence were slight and still within the ranges reported in the following table.

| Incidence Greater Than 1% (but less than 3%) Probable Causal Relationship | Precise Incidence Unknown (but less than 1%) Probable Causal Relationship** | Precise Incidence Unknown (but less than 1%) Causal Relationships Unknown** |
|---|---|---|
| **GASTROINTESTINAL** | | |
| Nausea*, epigastric pain*, heartburn*, diarrhea, abdominal distress, nausea and vomiting, indigestion, constipation, abdominal cramps or pain, fullness of GI tract (bloating and flatulence) | Gastric or duodenal ulcer with bleeding and/or perforation, gastrointestinal hemorrhage, melena, gastritis, hepatitis, jaundice, abnormal liver function tests; Pancreatitis | |
| **CENTRAL NERVOUS SYSTEM** | | |
| Dizziness*, headache, nervousness | Depression, insomnia, confusion, emotional lability, somnolence, aseptic meningitis with fever and coma (See PRECAUTIONS) | Paresthesias, hallucinations, dream abnormalities, pseudotumor cerebri |
| **DERMATOLOGIC** | | |
| Rash* (including maculopapular type), pruritus | Vesiculobullous eruptions, urticaria, erythema multiforme, Stevens-Johnson syndrome, alopecia | Toxic epidermal necrolysis, photoallergic skin reactions |
| **SPECIAL SENSES** | | |
| Tinnitus | Hearing loss, amblyopia (blurred and/or diminished vision, scotomata and/or changes in color vision) (see PRECAUTIONS) | Conjunctivitis, diplopia, optic neuritis, cataracts |

| | | |
|---|---|---|
| **HEMATOLOGIC** | Neutropenia, agranulocytosis, aplastic anemia, hemolytic anemia (sometimes Coombs positive), thrombocytopenia with or without purpura, eosinophilia, decreases in hemoglobin and hematocrit (see PRECAUTIONS) | Bleeding episodes (eg., epistaxis, menorrhagia) |
| **METABOLIC/ENDOCRINE** Decreased appetite | | Gynecomastia, hypoglycemic reaction, acidosis |
| **CARDIOVASCULAR** Edema, fluid retention (generally responds promptly to drug discontinuation) (see PRECAUTIONS) | Congestive heart failure in patients with marginal cardiac function, elevated blood pressure, palpitations | Arrhythmias (sinus tachycardia, sinus bradycardia) |
| ***ALLERGIC*** | *Syndrome of abdominal pain, fever,* chills, nausea and vomiting; anaphylaxis; bronchospasm (see CONTRAINDICATIONS) | Serum sickness, lupus erythematosus syndrome, Henoch-Schonlein vasculitis, angioedema |
| **RENAL** | Acute renal failure (See PRECAUTIONS), decreased creatinine clearance, polyuria, azotemia, cystitis, hematuria | Renal papillary necrosis |
| **MISCELLANEOUS** | Dry eyes and mouth, gingival ulcer, rhinitis | |

*Reactions occurring in 3% to 9% of patients treated with ibuprofen. (Those reactions occurring in less than 3% of the patients are unmarked).

**Reactions are classified under *"Probable Causal Relationship (PCR)"* if there has been one positive rechallenge or if three or more cases occur which might be causally related. Reactions are classified under *"Causal Relationship Unknown"* if seven or more events have been reported but the criteria for PCR have not been met.

## OVERDOSAGE:

Approximately 1½ hours after the reported ingestion of from 7 to 10 Ibuprofen Tablets (400 mg), a 19-month old child weighing 12 kg was seen in the hospital *emergency room, apneic and cyanotic, responding only to painful stimuli. This type of stimulus, however, was sufficient to induce respiration. Oxygen and parenteral fluids were given; a greenish-yellow fluid was aspirated from the stomach with no evidence to indicate the presence of ibuprofen.* Two hours after ingestion the child's condition seemed stable; she still responded only to painful stimuli and continued to have periods of apnea lasting from 5 to 10 seconds. She was admitted to intensive care and sodium bicarbonate was administered as well as infusions of dextrose and normal saline. By four hours post-ingestion she could be aroused easily, sit by herself and respond to spoken commands. Blood level of ibuprofen was 102.9 ug/mL approximately 8½ hours after accidental ingestion. At 12 hours she appeared to be completely recovered.

In two other reported cases where children (each weighing approximately 10 kg) accidently, acutely ingested approximately 120 mg/kg, there were no signs of acute intoxication or late sequelae. Blood level in one child 90 minutes after ingestion was 700 ug/mL – about 10 times the peak levels seen in absorption-excretion studies.

A 19-year old male who had taken 8,000 mg of ibuprofen over a period of a few hours complained of dizziness, and nystagmus was noted. After hospitalization, parenteral hydration and three days bed rest, he recovered with no reported sequelae.

In cases of acute overdosage, the stomach should be emptied by vomiting or lavage, though little drug will likely be recovered if more than an hour has elapsed since ingestion. Because the drug is acidic and is excreted in the urine, it is theoretically beneficial to administer alkali and induce diuresis. In addition to supportive measures, the use of oral activated charcoal may help to reduce the absorption and reabsorption of ibuprofen.

## DOSAGE AND ADMINISTRATION:

Do not exceed 3,200 mg total daily dose. If gastrointestinal complaints occur, administer ibuprofen tablets with meals or milk.

**Rheumatoid arthritis and osteoarthritis, including flareups of chronic disease:** *Suggested Dosage:* 1200-3200 mg daily (300 mg q.i.d.; 400 mg, 600 mg or 800 mg t.i.d. or q.i.d.). Individual patients may show a better response to 3200 mg daily, as compared with 2400 mg, although in well-controlled clinical trials, patients on 3200 mg did not show a better mean response in terms of efficacy. Therefore, when treating patients with 3200 mg/day, the physician should observe sufficient increased clinical benefits to offset potential increased risk.

The dose of ibuprofen should be tailored to each patient, and may be lowered or raised from the suggested doses depending on the severity of symptoms either at time of initiating drug therapy or as the patient responds or fails to respond.

In general, patients with rheumatoid arthritis seem to require higher doses of ibuprofen than do patients with osteoarthritis.

The smallest dose of ibuprofen that yields acceptable control should be employed. A linear blood level dose-response relationship exists with single doses up to 800 mg. (See *CLINICAL PHARMACOLOGY* for effects of food on rate of absorption).

The commercial availability of multiple strengths facilitates dosage adjustment.

*In chronic conditions*, a therapeutic response to therapy with ibuprofen is sometimes seen in a few days to a week but most often is observed by two weeks. After a satisfactory response has been achieved, the patient's dose should be reviewed and adjusted as required.

**Mild to moderate pain:** 400 mg every 4 to 6 hours as necessary for relief of pain.

In controlled analgesic clinical trials, doses of ibuprofen greater than 400 mg were no more effective than the 400 mg dose.

**Dysmenorrhea:** For the treatment of dysmenorrhea, beginning with the earliest onset of such pain, ibuprofen should be given in a dose of 400 mg every 4 hours as necessary for the relief of pain.

## HOW SUPPLIED:

Ibuprofen Tablets are available as follows:

400 mg Tablets are round, convex, white, film coated tablets, debossed with IP 131 on one side, on other side debossed with 400; in bottles of 24, 30, 50, 60, 90, 100, 180, 270 and 500 tablets.

600 mg Tablets are oval shaped, white, film coated tablets, debossed with IP 132 on one side, on other side debossed with 600; in bottles of 24, 30, 50, 60, 90, 100, 180, 270 and 500 tablets.

800 mg Tablets are capsule shaped, white, film coated tablets, debossed with IP 137 on one side, on other side debossed with 800; in bottles of 24, 30, 50, 60, 90, 100 and 500 tablets.

Note: The 24 bottle size is in a unit-of-use container, provided with a child-resistant closure.

Store at controlled room temperature 15°-30°C (59°-86°F).

**Rx only**

**Manufactured by:**
**Interpharm Inc.**
**Hauppauge, NY 11788**

Revised 04/04 MG #19737

EXHIBIT 11

LABORATORY REPORT

# FOUNDATION LABORATORY

M.Y. Nasir, M.D., Director
Allen Jay M.D., Co-Director and Pathologist

CAL CORRECTION INSTITUTE
24900 HWY 202
TEHACHAPI, CA 93561

| PATIENT NAME | AGE | DOB | SEX | ID NO. | ACCESSION NO. |
|---|---|---|---|---|---|
| Hill, H43428 | 47 | 3/10/60 | M | H43428 | 1442039 |

| DRAWN DATE | DRAWN TIME | RECEIVED DATE | RECEIVED TIME | PHYSICIAN |
|---|---|---|---|---|
| 6/22/07 | 6:50 | 6/22/07 | 23:00 | RUNYAN, PA(CCI) |

| REPORT DATE | REPORT TIME | STATUS | PAGE |
|---|---|---|---|
| 6/23/07 | 9:38 | FINAL | 1 |

2
6-895
NON FASTING

| TEST | RESULT: OUT OF RANGE | RESULT: IN RANGE | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| **HEMATOLOGY** | | | | |
| WBC | | 6.5 | 10³/uL | 4.2-10.5 |
| RBC | 4.15 L | | 10⁶/uL | 4.6-6.2 |
| HgB | 12.7 L | | g/dL | 14-18 |
| HCT | 38.2 L | | % | 42-52 |
| MCV | | 91.9 | um³ | 80-94 |
| MCH | | 30.6 | pg | 27-34 |
| MCHC | | 33.3 | % | 31.5-36.0 |
| RDW | | 11.5 | % | 11-14.8 |
| PLATELETS | | 399 | 10³/uL | 150-400 |
| MPV | | 8.7 | cu/mm | 6.8-10.6 |
| GRANULOCYTES % | 45.4 L | | % | 48.9-69.9 |
| GRANULOCYTES# | | 2.97 | 10³/uL | 1.5-6.7 |
| LYMPHOCYTES % | | 41.5 | % | 22.4-43.6 |
| LYMPHOCYTES# | | 2.71 | 10³/uL | 1.5-4.0 |
| MONOCYTES % | | 6.7 | % | 6.2-9.8 |
| MONOCYTES# | | 0.44 | 10³/uL | 0.2-0.8 |
| EOSINOPHIL % | 5.2 H | | % | 0-5.0 |
| EOSINOPHIL# | | 0.34 | 10³/uL | 0-0.40 |
| BASOPHIL % | | 1.2 | % | 0-2.0 |
| BASOPHIL# | | 0.08 | 10³/uL | 0-0.20 |
| RBC MORPHOLOGY | | Normal | | |

Compare ē past

Signature: ____________

1# 6-26

FORM 100C

1716 West Holt Ave. • Pomona, CA 91768 • (909) 623-9301 • FAX (909) 623-9306

EXHIBIT 12



# *MARSHALL S. LEWIS, M.D.*

*TEHACHAPI CLINIC*

February 8, 2008

RE: HILL, RAYNARD
DOB: 3/10/60
CHART#: IMC0667
CDC#: H43428/California Correctional Institution

**ORTHOPEDIC TELEMED RE-EVALUATION**

This patient returns today. He is having continuous problems and pain in the right shoulder. The patient can only abduct about 100 degrees and forward flex 100 degrees on the right side at this time.

Review of the MRI from September 12, 2007 read by Dr. Child, with the MRI at Kern Radiology, revealed under the conclusion "1) Severely degraded studies as a result of multiple paramagnetic signal artifacts from metal either post-surgical or post-traumatic with non-visualized distal acromion and acromioclavicular joint either due to distortion from post-traumatic or post-surgical abscess; 2) Probable complete tears of the supraspinatus and infraspinatus tendons with retraction and cephalic migration of the humeral head; 3) Non-visualized bicipital labral complex most probably due to paramagnetic signal artifact described above."

It has been discussed with the patient that there is severe tearing with retraction of the supraspinatus and infraspinatus. The cephalic migration of the humeral head is also a problem, which is felt to be fraught with inability to correct. I have explained to the patient that in the body of the report there is evidence of marked narrowing of the coracoacromial arch and this would go along with my diagnosis previously of impingement syndrome in the right shoulder. I have explained to the patient that no primary repair of the rotator cuff would be performed, as I feel the blood supply would probably be compromised with prior surgery and this probably would not heal. We will perform debridement of the subacromial bursa and rotator cuff with an anterolateral acromioplasty, resection of what remains of the coracoacromial ligament and possible resection at the distal end of the right clavicle. If he does not adequately heal from that, we could try a rotator cuff repair but, again, I told the patient that I think this is fraught

13061 Rosedale Highway, Ste. G, PMB-102-Bakersfield, CA 93312 (661) 871-6200 Fax (661) 871-6400

RE: HILL, RAYNARD
Page 2
February 8, 2008

with failure as the prior rotator cuff repair from 2000 performed by Dr. Harway has failed completely. The patient accepts the risks and will undergo arthroscopy with arthroscopic surgery of the right shoulder. Appropriate blood work will be ordered along with a chest x-ray. The patient will be booked when approved by the carrier.

Marshall S. Lewis, M.D.
/sl
2/15/08

blank   page

15

PROOF OF SERVICE BY MAIL

I, Raynard B Hill, am a resident of a California State Prison in Kern County, am over the age of eighteen (18), and am a party to this legal action. My prison address is: California Correctional Institution, P.O. Box 1031, Tehachapi, CA 93581.

On 15th May 2008, I served the following documents:

First Set of Interrogatories Propounded upon the Defendants.

upon the party(s) listed herein by placing a true copy(s), enclosed in a sealed envelope(s), with sufficient postage affixed, into the receptical provided for the United States Mail Service, deposited in the manner prescribed by the CDC, at the California Correctional Institution and addressed as follows:

| | | |
|---|---|---|
| Joseph Chudy MD<br>C.T.F., Hwy 101 North<br>PO Box 686<br>Soledad, CA 93960-0686 | I. Grewal MD<br>C.T.F., Hwy 101 North<br>PO Box 686<br>Soledad, CA 93960-0686 | U.S. District Court<br>Northern Dist of California<br>450 Golden Gate Ave<br>San Francisco, CA 94102 |
| Cesar Sinnaco MD<br>C.T.F., Hwy 101 North<br>PO Box 686<br>Soledad, CA 93960-0686 | Dr. Rompaw MD (Ortho)<br>C.T.F., Hwy 101 North<br>PO Box 686<br>Soledad, CA 93960-0686 | |

There is regular delivery service by the United States Postal Service between the two locations.

I declare, under penalty of perjury, that the foregoing information is true and correct.

Executed on 15th May 2008

Raynard B Hill
Declarant / Server

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 98 10924

RAYNARD B HILL H43428
FAC 2-GYM-71 LOW
CALIFORNIA CORRECTIONAL INSTITUTION
PO BOX 608
TEHACHAPI, CA. 93581-0608

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILL, RAYNARD B.<br>PLAINTIFF,<br><br>V.<br><br>CHUDY, JOSEPH ET.AL.<br>DEFENDANTS. | CASE No. C07-3165 CRB (PR)<br><br>FIRST SET OF INTERROGATORIES PROPOUNDED UPON THE DEFENDANTS. |

HERE COMES RAYNARD B. HILL, PLAINTIFF IN THE ABOVE ENTITLE ACTION AGAINST THE DEFENDANTS AT CTF, REQUEST THAT THE DEFENDANTS ANSWER THE FOLLOWING ATTACHED INTERROGATORIES IN PURSUANT TO RULE 33 OF THE F.C.P.R.

INTERROGATORIES ARE WITHIN THE SCOPE OF ABOVE ENTITLED ACTION, AND FOR THE PURPOSE OF USE AT TRIAL, WHICH CAN BE INQUIRED INTO UNDER RULE 26(b)

//

//

//

//

//

INTERROGATORIES PROPOUNDED UPON THE DEFENDANTS:

1) WHEN A INMATE BRINGS AN SHOULDER INJURY TO YOUR ATTENTION, WHAT ARE YOUR PROCEDURES IN EVALUATING AND DIAGNOSING THE INMATES PROBLEM?

2) ONCE AN X-RAY IS TAKEN OF SHOULDER AREA WITH A NEGITIVE RESULTS, BUT PATIENT IS IN SEVERE PAIN, WHAT WOULD BE YOUR NEXT STEP OR SERIES OF STEPS TO EVALUATE THE INJURY?

3) DUE TO CDC LACK OF FUNDING & OVERCROWDING, WHAT IS THE POLICY OR PROCEDURES CONCERNING REDUCING MEDICAL COST, AND ELLIMINATING UNNECESSARY MEDICAL PROCEDURES ON INMATES?

4) ACCORDING TO CDC OR MEDICAL CARE STANDARDS, IS THERE ANY REASON OTHER THAN MEDICAL GROUNDS, THAT WOULD PREVENT, DELAY, OR DENY MEDICAL TREATMENT OF AN INMATE?

5) WHAT ARE THE DETERMINING FACTORS IN REGARD TO RATHER AN PHYSICIAN SHOULD ACT AGGRESSIVELY IN TREATMENT OF A PATIENT?

6) WHAT WOULD BE YOUR PROFESSIONAL OPINION WHEN DEALING WITH TENDON AND LIGAMENTS TEARS, THE

EFFECT OF LONG TERM DELAY OF TREATMENT & REPAIR?

7) MOST INSTITUTIONS HAVE A PAIN MANAGEMENT PROGRAM WHERE PATIENTS WITH SEVERE / CRONIC PAIN DUE TO INJURY RECIEVE STRONGER MEDICATION, CONTROLED THROUGH MED. CLINIC WINDOW. WHAT ARE THE FACTORS IN DETERMINING WHICH PATIENT WILL BE PLACED IN THIS PROGRAM?

8) ITS MY UNDERSTANDING THAT PHYSICIAN ORDERS FOR TREATMENT OF AN INMATE HAS TO BE APPROVED OR DENIED BY A HIGHER AUTHORITY. WHO IS THAT HIGHER AUTHORITY?

9) WHEN PHYSICIAN PRESCRIBED ORDER FOR TREATMENT OR A PROCEDURE IS GIVEN, WHO IS RESPONSIBLE TO ASSURE THE INMATE RECIEVES THAT TREATMENT OR PROCEDURE?

10) CCI & CTF MEDICAL DEPARTMENT CONTRACTS A M.R.I. TRAILER TO COME TO THE PRISON TO PERFORM MRI'S. HOW OFTEN DO THIS TRAILER COME TO THE PRISON?

11) DO INJURED INMATES WHO COME TO YOUR PRISON FROM ANOTHER PRISON RECIEVES PROCEDURES OR TREATMENT THAT DIFFERENTIATE FROM THOSE INMATES WHO INJURIES OCCURED AT YOUR PRISON?

12) OTHER THAN NOT HAVING THE EQUIPMENT NECESSARY, THAT HAS TO BE DELIVERED PERIODICALLY TO DIAGNOSE INJURIES &

COARSE OF TREATMENT, WHAT ARE SOME OF THE OTHER REASONS WHY THERE WOULD BE A DELAY IN TREATMENT?

13) WHEN SEVERE PAIN PERSIST IN RT. SHOULDER, AND X-RAY IS COMPLETE WITH NO FINDINGS. AS A MEDICAL PROFESSIONAL, WHEN DO YOU BELIEVE A M.R.I. IS REQUIRED?

14) IN YOUR PROFESSIONAL OPINION, WHAT IS THE MAXIMUM AMOUNT OF TIME A PATIENT IN SEVERE PAIN, SHOULD BE GIVEN IBUPROFEN ON A CONTINUEOUS BASIS?

15) COULD YOU EXPLAIN WHY ITS DANGEROUS TO THE PATIENT TO RECIEVE MASSIVE AMOUNTS OF IBUPROFEN?

16) AFTER RECIEVING NUMEROUS INMATE REQUEST AND CDC 7362 FORMS STATING PLAINTIFF'S IN EXTREME PAIN, AND MEDICATION GIVEN (IBUPROFEN) IS NOT EFFECTIVE. WHY WAS THESE PLEAS DISREGARDED, AND CONTINUED GIVEN IBUPROFEN?

17) COULD YOU GIVE ME YOUR PROFESSIONAL OPINION ON WHY AFTER 2 YRS OF COMPLAINING OF PAIN, ON 4-4-05 IBUPROFEN WAS INCREASED FROM 600 MG TO 800 MG. AND ON 8-26-05 IT WAS REDUCED BACK TO 600 MG WITHOUT ANY TYPE OF TREATMENT BEING DONE TO ELLIEVATE PAIN?

18) AFTER 3 YRS OF PAIN, ON 6-21-05 DR POMPAN EXAMINED, AND DR SINNACO ORDERED MRI RESPECTIVELY, BUT CSP WAS

UNABLE TO SCHEDULE MRI DUE TO LARGE BACKLOG OF INMATES. WHAT ARE YOUR PROCEDURES TO MEDICAL CARE OF INMATES. WHEN THESE KINDS of SITUATIONS OCCURS?

19) PLAINTIFF FIRST X-RAY WAS ON 6-17-02, AND SECOND WAS WAS ON 3-10-05 WITH THE SAME RESULTS. SO WHY AFTER 3YRS OF PAIN & SUFFERING, THAT PROCEDURES OR LEVEL OF CARE CHANGED, RECIEVED MRI & ORDER FOR ARTHOSCOPY SURGERY?

20) COULD YOU EXPLAIN WHY AFTER ORDER FOR ARTHOSCOPY ON RT. SHOULDER WAS PLACED, PROCEDURE WAS DELAYED OVER 6MOS. AND I WAS EVENTUALLY TRANSFERED OUT OF CTF ON 9-8-06.

21) IS THERE ANY MEDICAL OR PENOLOGICAL EXPLAINATION OF WHY BETWEEN 6-17-02 - 3-10-05 PLAINTIFF WAS DENIED MEDICAL CARE, AND ENDURED UNNECESSARY PAIN & SUFFERING?

22) WHEN GIVING A PATIENT MASSIVE AMOUNTS OF IBUPROFEN, WHAT IS YOUR PROCEDURES TO PREVENT BLEEDING, ULCERATION, OR DAMAGE TO ORGANS?

23) HOW LONG HAVE YOU WORKED IN THE MEDICAL PROFESSION?

24) HOW LONG HAVE YOU BEEN EMPLOYED BY THE CALIFORNIA DEPARTMENT OF CORRECTIONS?

25) WHILE EMPLOYED BY CDC, HAVE YOU EVER BEEN DISCIPLINED OR HAD ANY LEGAL ACTION TAKEN AGAINST YOU?

26) DURING YOUR FORMER EMPLOYMENT, DID YOU HAVE ANY LEGAL ACTION OR DISCIPLINARY ACTION PLACED UPON YOU?

27) ARE YOU CURRENTLY LICENSED BY THE STATE MEDICAL BOARD?, AND WHAT YEAR DID YOU RECIEVE IT?

28) HAVE YOU LICENSE (MEDICAL) EVER BEEN REVOKED OR SUSPENDED?

29) AS A LICENSED AND PRIMARY CARE PHYSICIAN, IS YOUR PRESCRIBED TREATMENT FOR INMATES DISCREATIONARY? IF SO, WHO HAS FINAL AUTHORITY?

30) WHAT ARE THE TREATMENT PROTOCAL (MEDICAL) OF THIS INSTITUTION?

31) WHAT ARE SOME OF THE MAIN REASONS FOR THE DELAY, AND DENIALS OF MEDICAL TREATMENT OF INMATES AT C.T.F?

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE INTERROGATORIES PROPOUNDED UPON THE DEFENDENTS WERE INTERPOSED FOR THE PURPOSE OF TRIAL PREPARATION, AND FOR NO IMPROPER USE.

DATE: May 15TH, 2008

Raynard B Hill

RAYNARD B HILL, PLAINTIFF in ProSe.