1  HILL, RAYNARD B HY3428 FILED
2  CSATF, F3-B-126Low
3  PO BOX 5244         08 JUL -2 PM 12: 40
   CORCORAN, CA 93212. RICHARD W. WIEKING
                      CLERK. U.S. DISTRICT COURT
4                     NORTHERN DISTRICT OF CALIFORNIA

5              UNITED STATE DISTRICT COURT

6             NORTHERN DISTRICT OF CALIFORNIA

7

8  HILL, RAYNARD B.            CASE NO. C07-3165 CRB (PR)
           PLAINTIFF,
9

10 V.                         PLAINTIFF'S OPPOSITION TO DEFEND-
                              ANTS NOTICE OF MOTION AND
11                            MOTION FOR PROTECTIVE ORDER.
12 CHUDY, JOSEPH. ET AL.
           DEFENDANT.
13

14

15     HERE COMES. RAYNARD B. HILL, PLAINTIFF IN
16 THE ABOVE ENTITLED ACTION, BRING FORTH THIS OPPOSITION
17 TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER. PURSUANT
18 TO RULE 56(A) & (C) OF THE F.C.P.R..

19

20     PLAINTIFF HAS PROCEEDED TO PROSECUTE THIS CASE
21 AS ORDERED BY THE COURT, WHICH OPENED DISCOVERY
22 IN "ORDER OF SERVICE DATED & FINED 4-8-08, WITH No
23 FURTHER COURT ORDER REQUIRED. ALL COMMUNICATION
24 SERVED UPON DEFENDANTS. AND CHANGE OF ADDRESS BE
25 NOTIFIED TO DEFENDANT AND COURT.

26

27     ON 6-16-08. DEFENDANTS MOTION FOR PROTECTIVE

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)

OSP 05 90192

1

1  ORDER PURSUANT TO Rule 26(c)(1)&(2) WHICH PROTECT
2  A PERSON FROM ANNOYANCE, EMBARRASSMENT, OPPRESSION,
3  OR UNDUE BURDEN OF EXPENSE INCLUDING ONE OR MORE
4  OF THE FOLLOWING: 1) DISCOVERY NOT BE HAD, 2) HAD ON
5  SPECIFIED TERMS & CONDITIONS INCLUDING DESTINATION OF TIME
6  AND PLACE, 3) DUE TO SCOPE BEING LIMITED TO CERTAIN MAT-
7  TERS, 4) CONDUCT WITH NO ONE PRESENT EXCEPT DESIGNATED
8  BY THE COURT. 5) THAT SEALED DISPOSITION BE OPENED, 6)
9  TRADE SECRETS OR CONFIDENTIAL INFO. NOT BE DISCLOSED, 7)
10  THAT THE PARTY SIMULTANEOUSLY FILE SPECIFIED DOCUMENT-
11  ATION OR INFORMATION ENCLOSED IN SEALED ENVELOPS TO
12  BE OPENED AS DIRECTED BY THE COURT. TO GRANT, THIS
13  PROTECTIVE ORDER WOULD BE UNTIMELY, PREMATURE, AND
14  UNJUST. TO DENY, IN WHOLE OR IN PART, THE COURT
15  IN TERMS & CONDITIONS AS ARE JUST, AND ORDER ANY
16  PARTY TO PROVIDE OR PERMIT DISCOVERY.
17
18  IN VIOLATION OF PLAINTIFF'S DUE PROCESS, TO BE FREE
19  FROM RESTAINTS ON POWER OF DOING WHATEVER THE LAW
20  PERMITS, AND ORDER OF SERVICE DATED & FILED 4-8-08
21  WHICH STATES IN Rule 56(c) THAT ITS ESSENTIAL TO OB-
22  TAIN DEPOSITIONS, ADMISSIONS, INTERROGATORIES TO CON-
23  TRADICT FACTS SHOWN IN DECLARATIONS & DOCUMENTS AND
24  SHOW A GENUINE ISSUE OF MATERIAL FACT FOR TRIAL. THE
25  PLAINTIFF NEED THESE FACTUAL RECORDS AND ASSERTIONS
26  PURSUANT TO WYATT V TERHUNE 315 F.3d 1118, 1120 n 14
27  (9TH CIR 2003)

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)

OSP 05 90192

2

1  Rule 56(C) States Summary Judgement Sought
2  Shall Be Rendered Forthwith if Pleadings, Depositions,
3  Answers To Interrogatories, And Admissions on File, To-
4  Gether With Affidavits, If Any, Show That There Is No
5  Genuine Issue As To Any Material Fact, And That The
6  Moving Party Is Entitled To A Summery Judgement As
7  A Matter of Law.
8
9  Plaintiff Ask The Court, After Careful Concideration
10 Of The Facts & Conditions Which Would Restrict The Plaintiff
11 From Properly Prosecuting This Case, And Deny The
12 Defendants Motion For Protective Order or In Part.
13
14 Plaintiff Has No Intension To Harrass, To Abuse The
15 Service of Process, or At This Time To file Any Other Doc-
16 umentation Within Discovery, until After Summarry
17 Judgement Is filed.
18
19 Plaintiff Ask The Court To Order Defendants To
20 Answer Plaintiff's Request For Admissions, And The
21 First Set of Interrogatories, For It Is Essential To The
22 Plaintiff's Defense To The Defendants Summdiary
23 Judgement When It Occurs, As Order By The Court
24 Pursuant To Rule 56 (c) of The F.C.P.R.
25
26 I Declare Under Penalty of Perjury That The
27 Forementien Is True And Correct, And Not Interposed

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)

OSP 05 90192

1   FOR ANY IMPROPER PURPOSE.

2

3

4   DATE: JUNE 28th, 2008

5

6

7

8

9   RAYNARD B. HILL, PLAINTIFF IN PRO SE.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)

OSP 05 90192

4

PROOF OF SERVICE BY MAIL

I, RAYMOND B HILL, AM A RESIDENT OF A CALIFORNIA STATE PRISON IN KINGS COUNTY, AM OVER THE AGE OF EIGHTEEN (18) AND A PARTY TO THIS LEGAL ACTION. MY PRISON ADDRESS IS: CALIFORNIA SUBSTANCE ABUSE TREATMENT FACILITY, PO BOX 7100, CORCORAN, CA 93212.

On 26th JUNE 2008, I SERVED THE following DOCUMENTS:
" PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION AND MOTION FOR PROTECTIVE ORDER

UPON THE PARTY(S) LISTED HEREIN BY PLACING A TRUE COPY(S) ENCLOSED IN A SEALED ENVELOP(S), WITH SUFFICIENT POSTAGE AFFIXED, INTO THE RECEPTICAL PROVIDED FOR THE UNITED STATES MAIL SERVICE, DEPOSITED IN THE MANNER PRESCRIBED BY THE CDC, AT CSATF, AND ADDRESSED AS FOLLOWS:

OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
455 GOLDEN GATE AVE STE 11000
SAN FRANCISCO, CA 94102-7004
ATTN: A.G. JENNIFER C ADDAMS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102
ATTN: DISTRICT COURT CLERK

THERE IS REGULAR DELIVERY SERVICE BY THE UNITED STATES POSTAL SERVICE BETWEEN THE TWO LOCATIONS.

I DECLARE UNDER PENALTY OF PERJURY, THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT.

EXECUTED ON 28th JUNE 2008

DECLARANT / SERVER