CSATF/STATE PRISON AT CORCORAN
P.O. 5244 700
CORCORAN, CA 93212
NAME Raymond B Hill
NUMBER H43428
HOUSING FB-B-126low

Confidential
Legal Mail

**STATE PRISON
GENERATED MAIL**
Per CCR Title 15.3141 (C)(5)



United States District Court
Northern District of California
450 Golden Gate Ave
San Francisco, CA 94102
ATTN: District Court Clerk