1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  PAUL T. HAMMERNESS
   Supervising Deputy Attorney General
3  JENNIFER C. ADDAMS, State Bar No. 209355
   Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
5   Telephone:    (415) 703-5382
    Facsimile:    (415) 703-5480
6   Email:  Jennifer.Addams@doj.ca.gov

7  Attorneys for Defendants J. Chudy, M.D.;
   D. Pompan, M.D.; and I. Grewal, M.D.

8

9              IN THE UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  **RAYNARD B. HILL, JR.,**                    Case No. C 07-3165-CRB (PR)

13                              Plaintiff,       **DECLARATION OF
                                                 JENNIFER C. ADDAMS IN
14        v.                                     SUPPORT OF MOTION FOR
                                                 SUMMARY JUDGMENT OR,
15  **JOSEPH CHUDY, et al.,**                    IN THE ALTERNATIVE,
                                                 SUMMARY ADJUDICATION**
16                             Defendants.
                                                 The Honorable Charles R. Breyer
17

18       I, Jennifer C. Addams, declare:

19       1.    I am a Deputy Attorney General for the State of California and attorney of record for

20  defendants J. Chudy, M.D., D. Pompan, M.D., and I. Grewal, M.D.  If called upon to testify, I

21  could and would competently testify as to the facts within this declaration, based on my personal

22  knowledge.

23       2.    On November 29, 2007, Plaintiff Raynard B. Hill, Jr., filed a First Amended

24  Complaint.  A true and correct copy of this First Amended Complaint is attached hereto, and

25  incorporated herein, as Exhibit A.

26  ///

27  ///

28

---

Decl. of Jennifer C. Addams in Support of Motion for Summary Judgment    *HILL, Raynard B. v. Joseph Chudy, et al.*
                                                                          C 07-3165-CRB (PR)

1

1    I declare under penalty of perjury under the laws of the State of California that the

2  foregoing is true and accurate.

3    Executed this 7th day of July, 2008, at San Francisco, California.

4

5                          */s/ Jennifer C. Addams*

                    _____

6                          Jennifer C. Addams

7

8

9

10

11

12  40266752.wpd
    SF2008401759

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Decl. of Jennifer C. Addams in Support of Motion for Summary Judgment      *HILL, Raynard B. v. Joseph Chudy, et al.*
                                                                            C 07-3165-CRB (PR)

2