# EXHIBIT  A

## to

# Declaration of Jennifer C. Addams

RAYNARD B. HILL HY3428
DORM 2, BED 82 LOW
CALIFORNIA CORRECTIONAL INSTITUTION
PO BOX 608
TEHACHAPI, CA. 93581



FILED
RECEIVED

NOV 2 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HILL, RAYNARD B.
        PLAINTIFF,

CASE# C 07 3165 CRB (PR)

V.

FIRST AMENDED COMPLAINT

CHUDY, JOSEPH ET. AL



I, RAYNARD B. HILL, A PRISONER INCARCERATED AT THE CALIFORNIA CORRECTIONAL INSTITUTION, BRINGS FORTH A CIVIL ACTION AGAINST THE FOLLOWING DEFENDANTS WHO ARE EMPLOYED BY THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, VIOLATED PLAINTIFF'S 8TH AMENDMENT RIGHTS BY SHOWING DELIBERATED INDIFFERENCE TO THE PLAINTIFF'S MEDICAL CARE, CAUSING UNNECESSARY AND WANTON INFLICTION OF PAIN, RESULTING IN CRUEL AND UN-USUAL PUNISHMENT AND DEPRIVATION WHILE ACTING UNDER THE COLOR OF STATE LAW.

THESE DEFENDANTS SHOWED RECKLESS AND CALLOUS DISREGARD TO PLAINTIFF'S RIGHTS TO MEDICAL CARE. FURTHER-MORE, DEFENDANT'S CONDUCT DO NOT PURPORT TO PUNISH-

1  MENT FOR CRIME OF INCARCERATION, BUT TO THE PLAINTIFF'S
2  MEDICAL CARE.    (SEE EX#1 602 CTFN 06-02486)
3     A PRISONER DO NOT FORFEIT ALL EQUAL PROTECTION AND
4  TREATMENT RIGHTS UPON INCARCERATION. PLAINTIFF SHOULD
5  RECIEVE THE SAME TREATMENT AS SIMILARLY SITUATED INMATES
6  ARE. WHEN THERE'S NO RATIONAL BASIS FOR DISSIMILAR KIND
7  OF TREATMENT.
8     I DECLARE UNDER THE PENALTY OF PURJURY THAT
9  THE FOREMENTIONED IS TRUE AND CORRECT.

11 DATE  11-27-07

14                          RAUNARD B. HILL  PLAINTIFF

## DEFENDANTS

1. JOSEPH CHUDY M.D., CHIEF MEDICAL OFFICER, WHO RESIDES OR WORK AT THE CALIFORNIA TRAINING FACILITY ON HWY 101 NORTH, PO BOX 686, SOLEDAD, CA. 93960-0686.
* DEFENDANT IS SUED IN HIS "INDIVIDUAL" & "OFFICIAL CAPACITY".

2. CESAR SINNACO M.D., MEDICAL DOCTOR, WHO WORKS AT THE CALIFORNIA TRAINING FACILITY ON HWY 101 NORTH, PO BOX 686, SOLEDAD, CA. 93960-0686.
* DEFENDANT IS SUED IN HIS "INDIVIDUAL CAPACITY".

3. I. GREWAL MD, MEDICAL DOCTOR, WHO WORKS AT THE CALIFORNIA TRAINING FACILITY ON HWY 101 NORTH, PO BOX 686, SOLEDAD, CA 93960-0686.
* DEFENDANT IS SUED IN HIS "INDIVIDUAL CAPACITY".

4. DR. POMPAN MD, ORTHOPEDIC SURGEON, WHO WORKS AT THE CALIFORNIA TRAINING FACILITY ON HWY 101 NORTH, PO BOX 686, SOLEDAD, CA. 93960-0686.
* DEFENDANT IS SUED IN HIS "INDIVIDUAL CAPACITY".



# CLAIM #1

DELIBERATE INDIFFERENCE TO MEDICAL CARE, DEPRIVATION, CRUEL AND UNUSUAL PUNISHMENT, IN VIOLATION OF THE 8TH AMENDMENT, WHILE ACTING UNDER THE COLOR OF STATE LAW.

## NATURE OF CLAIM

① FROM 3-7-05 TO 3-15-06, DR C. SINNACO AT C.T.F. (CTF= MEANS CALIFORNIA TRAINING FACILITY) IN SOLEDAD, CA. ACTED IN A CULPABLE STATE OF MIND IN RESPECT TO PLAINTIFF'S MEDICAL CARE, VIOLATING PLAINTIFF'S 8TH AMENDMENT RIGHTS, WHEN DEFENDANT HAS KNOWLEDGE OF PLAINTIFF'S CRONIC PAIN, DISTRESS, AND INEFFECTIVE MEDICATION GIVEN TO PLAINTIFF. (SEE EXHIBIT #2 CDC 7362 MED REQUEST FORMS), DID FAIL TO PRESCRIBE THE APPROPRIATE MEDICATION OR CARE, CAUSING UNNECESSARY PAIN & SUFFERING, BY GIVING PLAINTIFF MASSIVE AMOUNT OF MOTRIN / IBRUPROPHEN, WHEN HAVING KNOWLEDGE IT WAS INEFFECTIVE. (SEE EXHIBIT #3 602 CTF N 05 01422), DISREGARDING THE SERIOUS HARM OR DAMAGE TO PLAINTIFF FROM TOXCITY AND ADVERSE EFFECTS WHICH IS DESCRIBED BY MANUFACTURE "WATSON LABORATORIES, INC" (SEE EXHIBIT #5 MANUFACTURE'S DOCUMENTATION) ALL WHILE ACTING UNDER THE COLOR OF STATE LAW. EVEN AFTER MRI ON 11-21-05, (SEE EXHIBIT #7 MRI), AND DOCTOR'S ORDER FOR TREATMENT (SEE EXHIBIT #8 TREATMENT ORDERS), PLAINTIFF STILL DID NOT RECIEVE ANY TYPE OF TREATMENT, AND DR SINNACO FAILED TO

1  TAKE REASONABLE MEASURES TO ABATE OR CORRECT THE DE-
2  LAY OR IF TREATMENT WAS DENIED, CAUSING UNNECESSARY
3  & WANTON INFLICTION OF PAIN. & SUFFERING.

5  ② FROM 5-4-06 TO 9-13-06 DR. I. GREWAL AT CTF, IN
6  SOLEDAD, CA. ACTED IN RESPECT TO ( PARAGRAPH #1 DR.C. SINNACA)
7  ORDERING MASSIVE AMOUNTS OF INEFFECTIVE MEDS FOR THE
8  TYPE OF INJURY OF PLAINTIFF. (SEE EXHIBIT #4 PRESCRIBED MEDS).
9  DEFENDANT ACTED IN A CULPABLE STATE OF MIND. WHEN ANY LICENSED
10 MEDICAL DOCTOR SHOULD KNOW THE TOXCITY OF THAT AMOUNT
11 OF MEDICATION GIVEN TO PLAINTIFF.

13 ③ ON 7-13-06 ORTHOPEDIC DR. POMPAN WAS APPROVED BY
14 U.R.C. TO PERFORM A ROTATOR CUFF REPAIR ON THE R.T.
15 SHOULDER OF THE PLAINTIFF. (SEE EXHIBIT #10 DOC OF URC
16 APPROVAL BY DR. I. GREWAL). DR. POMPAN HAS DENIED TREAT-
17 MENT, CAUSING DEPRIVATION TO PLAINTIFF'S PHYSICIAN PRE-
18 SCRIBED TREATMENT AND MEDICAL CARE, IN VIOLATION OF
19 PLAINTIFF'S RIGHTS, CAUSING AN ATYPICAL AND SIGNIFICANT
20 HARDSHIP UPON THE PLAINTIFF. DR. POMPAN'S LACK OF CARE
21 TO THE PLAINTIFF, HAS CAUSED UNNECESSARY AND WANTON
22 INFLICTION OF PAIN & SUFFERING, WHICH CONSTITUTES CRUEL
23 AND UNUSUAL PUNISHMENT. THIS LACK OF MEDICAL CARE,
24 AND DENIAL OF PHYSICIAN PRESCRIBED TREATMENT IS A VIO-
25 LATION OF PLAINTIFF'S RIGHTS.

27 ④ DR. JOSEPH CHUDY M.D. ACTED AS CHIEF MEDICAL OF-

1  FICER AT C.T.F., AS CHIEF IT'S HIS DUTY TO DENY, DELAY,
2  APPROVE, OR DISAPPROVE ANY AND ALL PHYSICIAN PRESCRIBED
3  TREATMENTS FOR THE PLAINTIFF, AND ALL INMATE POPULATION
4  AT C.T.F. IN SOLEDAD, CA.. THEREFORE, THE DEFENDANT CHUDY,
5  FAILED TO SUPERVISE, DIRECT, OR DENIED THE PLAINTIFF'S
6  TREATMENT, WHEN HAVING KNOWLEDGE OF INJURY WAS 6-10-02
7  X-RAY, AND REFERRED TO ORTHOPEDIC ON 4-4-05, AND MRI
8  SHOW SMALL FRAGMENTS ON 11-21-05. THIS DENIAL OF PROPER
9  CARE TO PLAINTIFF MEDICAL NEEDS WHICH STARTED ON 6-10-02
10 AND PROCEED BY DELAYS & DENIALS TO 7-13-06 (SEE EXHIBIT
11 #9 PHYSICIAN ORDER FOR TREATMENT LOG), (X RAYS EXHIBIT #6)
12 (MRI EXHIBIT #7). C.T.F. HAS A PRACTICE OF SCREENING
13 HEALTH CARE REQUEST BY INMATES. PICKING & CHOOSING
14 THOSE THEY FEEL NEED MEDICAL ATTENTION, TO WHERE
15 PLAINTIFF SENT NUMEROUS REQUEST BETWEEN 6-10-02 THRU
16 4-4-05 CONCERNING RT SHOULDER & THE EXTREME PAIN
17 I WAS GOING THROUGH, AND WAS DENIED MEDICAL CARE.
18 J. CHUDY, AS (C.M.D.) VIOLATED PLAINTIFF RIGHT TO ADEQUATE
19 MEDICAL CARE AND BE FREE OF CRUEL AND UNUSUAL PUNISH-
20 MENT. (SEE EXHIBIT #8 PHYSICIAN ORDERS FOR TREATMENT)
21 (602 LOG # CTF N 05-01422 CRONIC PAIN, INEFFECTIVE MEDICATION,
22 AND REASON FOR DELAY OF NOT EQUIPPED WITH MRI).
23     I, DECLARE UNDER THE PENALTY OF PURSURY THAT ALL OF THE FORE-
24 MENTIONED IS TRUE & CORRECT.
25 DATE _____

26                                    RAYNARD B. HILL  PLAINTIFF
27

# Claim 2

Violation of Equal Treatment and Protection Rights of Plaintiff, While Acting under the Color of State Law.

1) Defendant Dr. C. Sinwaco is in Violation of Plaintiff's Equal Treatment Rights. Due to Defendants insistance on Continuing to Give Plaintiff an Excessive Amount of Ineffective Medication For a Prolong Period of Time, which has the Pertenial Danger of Toxcity and Damage to Plaintiff's Organs. (See Manufacture Docs Exhibit #5), (Drs. Proscribed Med Exhibit #4)

Defendant's could've Placed Plaintiff on a Controled Medication "Pain Management" Program with Less, to Minor Risk of Adverse Effects as other Inmates Participate in at CTF. Those Inmates with Cronic Pain, who Needs a Stronger Medication to Ellieviate Pain, Are Given "Control Medication which is Distributed through the Medical Department's Medication Line Window.

Plaintiff Needs Arthroscopy Rotator Cuff Repair, and the Cronic Pain will Cuntinue until Procedure is Complete, which has Not Happened. So there's No Rational Basis For the Dissimilar Treatment, and Denial of "Pain Management" To Abate Pain until I Recieve the Prescribed Medical Care. All Request For Relief Has Been Ignored. (602 Log# CTF-N-05-01422. Exhibit #3)

2) Defendant Dr I. Grewal is in Violation of Plaintiff's

1  EQUAL TREATMENT RIGHTS in SAME REPECTS TO DEFENDANT #1
2  forementioned ( SEE EXHIBIT's #3, #4,& #5)
3      PRISONERS DO NOT FORFEIT ALL EQUAL PROTECTION RIGHTS UPON
4  INCARCERATION. THE CALIFORNIA TRAINING FACILITY HAS A MEDICAL
5  DEPARTMENT WITH A "PAIN MANAGEMENT PROGRAM" FOR INMATES.
6      PLAINTIFF HAS CLEARLY ESTABLISHED RIGHTS TO BE PROTECTED
7  BY THE 8TH AMENDMENT AGAINST DELIBERATE INDIFFERENCE, TO-
8  WARDS MEDICAL CARE, CAUSING DEPRIVATION AND CRUEL AND
9  UNUSUAL PUNISHMENT.
10     DEFENDANTS CONDUCT & ACTIONS, OR LACK THEREOF, DOES
11  NOT PURPORT TO PUNISHMENT FOR INCARCERATION CRIME, BUT TO
12  MEDICAL CARE WHICH IS A RIGHT.
13     DEFENDANTS ACTIONS WERE RECKLESS AND CALLOUS, WITH
14  DISREGARD TO PLAINTIFF's RIGHT TO MEDICAL CARE, WHEN RISK
15  AND HARM WAS OBVIOUS, AND A REASONABLE MEDICAL OFFICIAL
16  WOULD'VE NOTICED, AND TAKEN APPROPRIATE ACTION.

17
18     I, DECLARE UNDER THE PENALTY OF PURJURY, THAT
19  BEST OF MY INFORMATION, AND BELIEF, THAT THE FORE-
20  MENTIONED IS TRUE AND CORRECT.

21
22  DATE  11-27-07

23
24                                    Raynard B. Hill
                                      RAYNARD B. HILL    PLAINTIFF
25
26
27

# EXHIBITS LOG

| # | |
|---|---|
| 1 | 602 CTF-N 06-02486 "DENY MEDICAL TREATMENT" |
| 2 | CDC 7362 HEALTH CARE REQUEST FORMS "PAIN & MEDS" |
| 3 | 602 CTF-N 05-01422 "MASSIVE IBRUPROPHEN" |
| 4 | DOCTOR'S PRESCRIBED MEDICATION LOG |
| 5 | MANUFACTURE "WATSON LABORATORIES" (IBRUPROPHEN) |
| 6 | X-RAY REPORTS OF RT SHOULDER |
| 7 | M.R.I. REPORT |
| 8 | PHYSICIAN ORDER FOR SERVICE / TREATMENT. |
| 9 | PHYSICIAN ORDER LOG (SHOWS DELAY / DENIED) |
| 10 | URC APPROVAL FOR ARTHOSCOPY BY DR. POMPAN |
| 11 | UC DAVIS. DR. TANJI. CONSULTATION REPORT. |
| 12 | DR HELMER PRESCRIBED T3's (TYLENOL WITH CODIENE) |
| 13 | BLOOD TEST BY FOUNDATION LABORATORY SHOWS BLOOD LOSS. |

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)

# RELIEF REQUESTED:

WHEREFORE, PLAINTIFF REQUEST THAT THE COURT GRANT THE FOLLOWING RELIEF:

A. DECLARATORY JUDGEMENT STATING:
  1) DEFENDANTS ACTED WITH DELIBERATE INDIFFERENCE TOWARD PLAINTIFF'S MEDICAL NEEDS, IN VIOLATION OF THE 8TH AMENDMENT, AND EQUAL PROTECTION RIGHTS.

B. COMPENSATORY DAMAGES IN THE FOLLOWING AMTS:
  <u>CLAIM 1</u>
  1) JOSEPH CHUDY M.D. (CMO) $50,000.00
  2) CESAR SINNACO MD $50,000.00
  3) I. GREWAL MD $50,000.00
  4) DR. POMPAN ORTHO. $50,000.00
  <u>CLAIM 2</u>
  1) CESAR SINNACO MD $50,000.00
  2) I. GREWAL MD $50,000.00

C. PUNITIVE DAMAGES IN THE FOLLOWING AMTS:
  <u>CLAIM 1</u>
  1) JOSEPH CHUDY M.D. (CMO) $100,000.00
  2) CESAR SINNACO MD. $100,000.00
  3) I. GREWAL MD $100,000.00
  4) DR. POMPAN ORTHO $100,000.00

CLAIM 2
1) CESAR SINNACO MD  $ 100,000.00
2) I. GREWAL MD  $ 100,000.00

D. FOR PAIN AND SUFFERING, MENTAL & EMOTIONAL DIS-
TRESS.
1) PLAINTIFF ASK THE COURT TO AWARD THE PLAINTIFF
THE AMOUNT DEEMED APPROPRIATE.

DATE  11-27-07

_Raynard B. Hill_

RAYNARD B. HILL  PLAINTIFF

**EXHIBIT** 1

2/8/Low

STATE OF CALIFORNIA

**INMATE/PAROLEE** Not
**APPEAL FORM** Her
CDC 602 (12/87)

n: Institution/Parole Region
CTF-N

1.
2. CCN

Log No. 06- 2486   Category 8-

1.
2. SEP 2 7 2006   2ND LEVEL

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|-----------|------------------|
| HILL, R. B | H-43428 | FABRIC PRODUCTS | LA-255L |

A. Describe Problem: § 832.5 CITIZEN'S COMPLAINT AGAINST MEDICAL STAFF AT CTF NORTH MEDICAL DEPT., DR C. SINNIAH, & DR PAMPAN ARE IN VIO-LATION OF THE FOLLOWING DEPT OF CORRECTIONS RULES & REGULATIONS, CIVIL & CONSTITUTIONAL RIGHTS. TITLE 15. SEC 3350 (a)(1) & (4), SEC 3350.1 (d) (1)(2)(B)(1-5), SEC 3350.2 (a)(b). RESPECTFULLY "MEDICAL TREATMENT, AUTHORIZED & PRESCRIBED TREATMENT BY DOCTORS & OFF-SIT HEALTH CARE TREATMENT, DELIBERATE INDIFFERENCE TO PRISONER'S MEDICAL NEEDS, AND DELAY IN TREATMENT FOR NON-MEDICAL REASONS.

If you need more space, attach one additional sheet. (SEE ADDITIONAL PG #1)

B. Action Requested: ① PROPER MEDICATION TO NUMB THE PAIN OF RT SHOULDER, ② ORTHOSCOPY SURGERY TO RT SHOULDER, ③ DOCUMENTATION SHOWING CHANGE TO TREATMENT & MEDICAL CARE IN TIMELY MANNER ④ REPRIMAND TO MEDICAL DEPT & DR SINNIAH FOR INDIFFERENCE TO PRISONER'S MEDICAL NEEDS.

Inmate/Parolee Signature: _Raymond B. Hill_     Date Submitted: 6/23/06

C. INFORMAL LEVEL (Date Received: )

Staff Response:

**BYPASS**

RECEIVED NOV 16 2006 INMATE APPEALS BRANCH

Staff Signature: _____     Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

**BYPASS**

Signature: _____  RECEIVED  RECEIVED RECEIVED     Date Submitted: _____     CDC Appeal Number:

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim      SEP 2 7 2006  JUL 2 8 2006

SEP 8 2006

06-02486

CTF APPEALS  CTF APPEALS

ADDITIONAL PG #1

As Records will show Due to Reinjury to RT Shoulder Rotator Cuff Surgery on 11-17-01, Since Arrival to CTF in Soledad, I've complained about Severe & Cronic Pain Throughout the Past (4) four years to CTF Medical Dept & Dr. Sinnaco.

I've Been Forced to Ingest Motrin 600 mg & 800 mg Continuously From 2002-Present To alleviate The Pain, But After Complaint, After Complaint That Motrin was not Affective, And Need A MRI, Request was Denied, Due To X-Rays Doesn't Show any Tissue Damage.

Finally after 3 yrs, A Physician Order For M.R.I. on 6/21/05, and it took Another 5 mos to Actually Recieve it on 11/21/05 Through Dr Pompan Orthopedic.

Approx 4 months Later after MRI Reviewed By Ortho Dr Pompan, He Orders Orthoscopy Surgery to RT Shoulder.

Finally on 7/13/06, over 4 yrs Later, U.R.C. Approves Rotator Cuff Repair (Orthoscopy) By Dr. Pompan, I've Put Numerous Request Stating my Pain is Severe and The Motrin is ineffective)

Why when A Physician Gives a Prescribed Medical Order, That it is Ignored for Months or Years.

Due to the massive Amount of Motrin I've Taken, I Don't know If it may Have Cause other Damage to my Body.

Raymond B. Hill

6/23/06

STATE OF CALIFORNIA                    DEPARTMENT OF CO.    ..CTIONS AND REHABILITATION
ECTIONAL TRAINING FACILITY - SOLEDAD

# Memorandum

Date:      September 23, 2006

To:        HILL, H43428

Subject:   **CTF APPEAL LOG # CTF-N-06-02486**
           **SECOND LEVEL RESPONSE**

**ISSUE:**    Your CDC 602 indicates that you are requesting proper medication to numb the pain of your right shoulder, surgery and documentation of treatment and medical care in timely manner.  You are also requesting Dr. Sinnaco and the Medical Department be reprimanded for indifference to your medical needs.

**APPEAL RESPONSE:**  Dr. Parkinson interviewed you August 15, 2006 at the 1st Level of your CDC 602.  You were advised you were referred to orthopedics for consultation of possible repair of the right shoulder July 13, 2006.  Your medications were current and appropriate.

You were transferred September 8, 2006 to CCI.  Due to this transfer CTF Medical is unable to provide treatment recommendations.

**APPEAL DECISION:** Your Second Level appeal has been **partially granted** in accordance with the policy and procedures as set forth in CCR Title 15 and DOM.

If you are dissatisfied with this decision, you may appeal to the Director's Level by completing section "H" on your appeal form, and submitting it by mail within 15 days of receipt of this response.

Joseph Chudy, M.D.
**Chief Medical Officer (A)**

STATE OF CALIFORNIA
DEPAR  T OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

# DIRECTOR'S LEVEL APPEAL DECISION

Date:  **JUN 1 2 2007**

In re:  Hill, H-43428
California Correctional Institution
P.O. Box 1031
Tehachapi, CA 93581

IAB Case No.: 0615535          Local Log No.: CTF 06-02486

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner B. Sullivan, Staff Services Manager I. All submitted documentation and supporting arguments of the parties have been considered.

**I   APPELLANT'S ARGUMENT:**  It is the appellant's position that he has a complaint against medical staff at Correctional Training Facility (CTF), North Facility. He states they have not properly treated the pain he has in his right shoulder since his surgery four years ago. He says he has been given Motrin but it has been ineffective. He has complained many times. He says he asked for a magnetic resonance imaging (MRI) but it was denied because x-rays did not show anything. He says finally after three years, a physician ordered an MRI and it took another five months to receive it. Four months later, the MRI was reviewed and Dr. Pompan ordered arthroscopy surgery for the appellant's right shoulder. On July 13, 2006, rotator cuff repair was approved. In the interim the appellant is in extreme pain. He asks for proper medication to numb the pain in his right shoulder. He asks for the surgery and for documentation of treatment and medical care in a timely manner. He also requests that Dr. Sinnaco and the medical department be reprimanded for indifference to his medical needs.

**II   SECOND LEVEL'S DECISION:**  The reviewer found that Dr. Parkinson interviewed the appellant on August 15, 2006, at the First Level of Review. The appellant was advised that he was referred to orthopedics for consultation of possible repair of the right shoulder. The appellant transferred to California Correctional Institution (CCI) on September 8, 2006. Due to this transfer, the CTF medical staff are unable to provide treatment recommendations. The appeal is granted in part at the Second Level of Review.

**III   DIRECTOR'S LEVEL DECISION:**  Appeal is denied.

   **A.  FINDINGS:**  At the Director's Level of Review, the appellant continues to state the medical departments at CTF and CCI have not given him any medical treatment to alleviate the pain. He says that since 2002 he has been in extreme pain and his right shoulder goes out on him. He says he has had doctors' orders which have been ignored for months.

The appellant transferred to CCI on September 8, 2006. On June 8, 2007, the examiner spoke to the Medical Appeals Analyst at CCI, J. Zanchi, to inquire as to the appellant's healthcare at CCI. It was learned that the appellant received a telemedicine orthopedic appointment on November 3, 2006. He was seen via telemedicine by University of California at Davis Medical Center Doctor Tanji. The appellant was provided with information at the appointment and he indicated that he understood. In addition, Ms. Zanchi provided the examiner with a list of medications the appellant has received for the last nine months. The appellant has consistently received Ibuprofen 800 milligrams (mg) for pain and is also currently receiving Tylenol with Codeine (30 mg) for pain.

It is evident the appellant is receiving doctor care at CCI and medications on a regular basis. The institution shall only provide medical services for inmates which are based on medical necessity and supported by outcome data as effective medical care. The appellant is advised that each practitioner determines, at the time of treatment, the extent of treatment for the health care problem. The appellant has not provided a compelling argument to warrant modification of the decision reached by the institution.

HILL, H-43428
CASE NO. 0615535
PAGE 2



**B.  BASIS FOR THE DECISION:**
California Code of Regulations, Title 15, Section: 3350, 3354, 3391

**C.  ORDER:** No changes or modifications are required by the institution.

This decision exhausts the administrative remedy available to the appellant within CDCR.

N. GRANNIS, Chief
Inmate Appeals Branch

cc:      Warden, CCI
         Health Care Manager, CCI
         Appeals Coordinator, CCI
         Medical Appeals Analyst, CCI
         Appeals Coordinator, CTF
         Medical Appeals Analyst, CTF

EXHIBIT 2

3/7/05

№ 206182

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☒

NAME HILL, R.B    CDC NUMBER H43428    HOUSING LB-320 UP

PATIENT SIGNATURE Raynard B Hill    DATE 2-22-05

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I Need Refill a Asthma & Allergy Medication
& Renewal of Shampoo Crono exp 12-04
Medications: Albuterol & Aerobid Inhalers    Thank You
Chlorpheniramine & Artificial Tears
Shoulder Problems Since 11-17-01

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| | |
|---|---|
| Date / Time Received: | Received by: |
| Date / Time Reviewed by RN: | Reviewed by: |

S:    Pain Scale:  1  2  3  4  5  6  7  8  9  10

O:  T: 98.6 P: 70   R: 18   BP: 154/78  WEIGHT: 232 lbs

3/7/05  1850

A:

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT. (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|

REFERRED TO PCP:    DATE OF APPOINTMENT:

COMPLETED BY    NAME OF INSTITUTION

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I    BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☒

NAME *HILL R.B.*    CDC NUMBER *H43428*    HOUSING *LA-255 L*

PATIENT SIGNATURE *Raymond B Hill*    DATE *8-11-05*

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) *① NEED ASTHMA & ALLERGY MEDS RENEWED (2 INHALERS, ALLERGY PILLS & ARTIFICAL TEARS,)*

*800 mg IBUPROPHENS for PAIN in RT SHOULDER*

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| | |
|---|---|
| Date / Time Received: | Received by: |
| Date / Time Reviewed by RN: | Reviewed by: |

S:    Pain Scale: 1  2  3  4  5  6  7  8  9  10

O:    T: *99°*  P: *78*  R: *16*  BP: *127/73*    WEIGHT: *235½*

*8-26-05*

*1055*

A:

P:

☐ **See Nursing Encounter Form**

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|
| | | |

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

*B*

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I.    BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

NAME  Hill, R. B.

CDC NUMBER  H43428

HOUSING  LA-250 Low

PATIENT SIGNATURE  Raymond B. Hill

DATE  11-13-05

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) *R1 shoulder in extreme pain, which you are aware of, and any pain medication given, is not sufficient (was scheduled for MRI on June 21, 2005, and to this date no MRI or attempt to eliviate pain!!*

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | Received by: |
|---|---|
| Date / Time Reviewed by RN: | Reviewed by: |

S:                    Pain Scale:  1  2  3  4  5  6  7  8  9  10

O:    T:        P:        R:        BP:            WEIGHT:

A:

P:

☐ **See Nursing Encounter Form**

E:

| APPOINTMENT. SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP  NAME | SIGNATURE / TITLE | | DATE/TIME  COMPLETED |

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

B

# EXHIBIT _3_

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

2ND LEVEL

Institution/Parole Region
1. JUN 17 2005
2.

Log No. 05-01422
2. JUL 26 2005

Category D-1

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|-----------|------------------|
| HILL, R.B. | H43428 | TEXTILES | LA-255L |

A. Describe Problem: CTF MEDICAL DEPT & PHYSICIAN DR SINNACO, REFUSE TO TAKE THE APPROPRIATE STEPS TO GIVE TREATMENT OR THE MEDICAL ATTENTION NECESSARY TO ELLEVIATE INJURY TO RT SHOULDER, & CRONIC PAIN. DUE TO SHOULDER, RT ARM HAS BECOME USELESS AND IN CONSENT PAIN. FOR THE PAST FEW YEARS, DOCTORS KEEP FEEDING ME WITH IBUPROFEN 200, 600, & 800 mg, WHICH I INFORMED THE DOCTORS DO NOTHING FOR THE PAIN. INJURY IS NOT TO A BONE, (X-RAY SHOW) BUT TO LIGIMENT, TENDON OR MUSCLE DAMAGE.

If you need more space, attach one additional sheet.                    SEE ADD PG #1

B. Action Requested: NEED TO SEE A SPECIALIST TO PERFORM M.R.I OR SCOPE TO IDENTIFY THE INJURY TO RT SHOULDER THAT IS CAUSING ME ALL of THIS PAIN.

Inmate/Parolee Signature: _Raymond B. Hill_          Date Submitted: 5-2-05

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: _____

BYPASS

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS

RECEIVED    RECEIVED                    RECEIVED

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

RECEIVED    CDC Appeal Number:
MAY 10 2005    JUN 10 2005    OCT 12 2005    JUN 27 2005

05-01422

CTF APPEALS    CTF APPEALS    CTF APPEALS    JUN 21 2005    CTF APPEALS

ADDITIONAL PG #1

On 9-20-00, I had surgery to repair my RT shoulder Rotator Cuff Repair. Due to a fall at CMC-EAST.

On 11-17-01 during an incident at CMC with staff, RT shoulder was reinjured.

On or about the first couple of months in 2002, X-rays was taken due to pain. Subscribed Motrin and stated no change, but pain continue to get worst.

After numerous visits for pain, and given I Buprofen. Dr Sinnaco ordered X-rays for 3-10-05

On 4-4-05 for review of X-ray, Dr Sinnaco stated x-ray shows no change, subscribed 800mg I Buprofen & referred to Orthopedic.

Whatever is wrong with my shoulder and pain is beyond an I Buprofen solution. And if doctors here at CTF are not qualified to handle this type of injury as Dr Sinnaco stated, I need to see an specialist A.S.A.P. to stop this or-going pain. Seen no one as of this date.

Thanks

Date: 5-2-05

STATE OF CALIFORNIA

DE     TMENT OF CORRECTIONS
CORRECTIONAL TREATMENT FACILITY

# Memorandum

**Date:     June 7, 2005**

To:     HILL, H43428

Subject:   **CTF APPEAL LOG # CTF-C-05-01422**
**FIRST LEVEL RESPONSE**

**ISSUE:**   Your CDC 602 indicates that you have an injury to your right shoulder. You feel that Dr. Sinnaco and the Medical Department at CTF – Soledad, have refused to take the appropriate steps to give treatment and medical attention to your injury. You allege your right arm has become useless and is in constant pain. You state the past few years that the doctors keep feeding you Ibuprofen and it does nothing. You also state the injury is not to a bone but to a ligament, tendon or muscle damage. September 20, 2000 you had surgery to repair your right shoulder rotator cuff due to a fall at CMC-East. You also state that November 17, 2001 during an incident at CMC with staff your right shoulder was re-injured. 2002 x-rays were taken due to the pain and the prescribed medications did not change anything. Dr. Sinnaco, CTF ordered x-rays March 10, 2005. April 4, 2005 review of the x-rays showed no change and you were referred to orthopedic. You feel that whatever is wrong with your shoulder and pain is beyond Ibuprofen and if doctors at CTF are not qualified to handle this injury then you need a specialist ASAP. You also state, as of May 2, 2005 you have not seen anyone.

You are requesting to see a specialist to perform a MRI or Scope to identify the injury to your right shoulder that is causing you all of this pain.

**APPEAL RESPONSE:** X-rays were taken June 17, 2002. Upon review of your medical file since June 2002 the first notation of problems with your right shoulder is February 22, 2005. You noted on your CDC 7362 "shoulder problems since November 17, 2001". Dr. Sinnaco examined you March 7, 2005 and prescribed appropriate medications.

Dr. Sinnaco examined you again April 4, 2005. You were prescribed appropriate medication and referred to Orthopedics. It is approximately a 15-30 working day waiting period as of this date. X-rays were taken of the right shoulder March 10, 2005. Once you have been re-evaluated, the specialist will then determine if an MRI or Scope is medically necessary. Your request to see a specialist is **granted**.

STATE OF CALIFORNIA

CORRE(   )NAL TRAINING FACILITY
PAGE 2

**APPEAL DECISION:** Your First Level appeal has been **granted** in accordance with the policy and procedures as set forth in CCR Title 15 and DOM.

If you are dissatisfied with this decision, you may appeal to the Director's Level by completing section "H" on your appeal form, and submitting it by mail within 15 days of receipt of this response.


K. Dennis, SSA
Medical Appeals Coordinator

Kyle B. Sather, DDS
Chief Dental Officer

STATE OF CALIFORNIA                                    DE.    .TMENT OF CORRECTIONS
                                                       CORRECTIONAL TREATMENT FACILITY

# Memorandum

Date:      July 11, 2005

To:        HILL, H43428

Subject:   **CTF APPEAL LOG # CTF-C-05-01422-2
           SECOND LEVEL RESPONSE**

**ISSUE:**    Your CDC 602 indicates that you have an injury to your right shoulder. You feel
that Dr. Sinnaco and the Medical Department at CTF – Soledad, have refused to take the
appropriate steps to give treatment and medical attention to your injury. You allege your
right arm has become useless and is in constant pain. You state the past few years that the
doctors keep feeding you Ibuprofen and it does nothing. You also state the injury is not to a
bone but to a ligament, tendon or muscle damage. September 20, 2000 you had surgery to
repair your right shoulder rotator cuff due to a fall at CMC-East. You also state that
November 17, 2001 during an incident at CMC with staff your right shoulder was re-injured.
2002 x-rays were taken due to the pain and the prescribed medications did not change
anything. Dr. Sinnaco, CTF ordered x-rays March 10, 2005. April 4, 2005 review of the x-
rays showed no change and you were referred to orthopedic. You feel that whatever is
wrong with your shoulder and pain is beyond Ibuprofen and if doctors at CTF are not
qualified to handle this injury then you need a specialist ASAP. You also state, as of May 2,
2005 you have not seen anyone.

You are requesting to see a specialist to perform a MRI or Scope to identify the injury to
your right shoulder that is causing you all of this pain.

**APPEAL RESPONSE:** X-rays were taken June 17, 2002. Upon review of your medical
file since June 2002 the first notation of problems with your right shoulder is February 22,
2005. You noted on your CDC 7362 "shoulder problems since November 17, 2001". Dr.
Sinnaco examined you March 7, 2005 and prescribed appropriate medications.

Dr. Sinnaco examined you again April 4, 2005. You were prescribed appropriate medication
and referred to Orthopedics. It is approximately a 15-30 working day waiting period as of
this date. X-rays were taken of the right shoulder March 10, 2005. Once you have been re-
evaluated, the specialist will then determine if an MRI or Scope is medically necessary.
Your request to see a specialist was **granted.**

Dr. Pompan examined you June 21, 2005. Dr. Pompan recommended a MRI and Dr.
Sinnaco ordered the MRI June 21, 2005. CSP is unable to schedule MRI's due to the large
backlog of patients. CTF Soledad has made arrangements for a Mobile MRI Unit to come to
CTF. You have been scheduled and will be ducated for your MRI within 15 - 30 working
days.

STATE OF CALIFORNIA

CORRE⏟IONAL TRAINING FACILITY
PAGE 2

**APPEAL DECISION:** Your Second Level appeal has been **granted** in accordance with the policy and procedures as set forth in CCR Title 15 and DOM.

If you are dissatisfied with this decision, you may appeal to the Director's Level by completing section "H" on your appeal form, and submitting it by mail within 15 days of receipt of this response.

Michael L. Friedman, MD
Chief Medical Officer

STATE OF CALIFORNIA — DEPARTMENT OF CORRECT    AND REHABILITATION                    ARNOLD    HWARZENEGGER, GOVERNOR

**INMATE APPEALS BRANCH**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



October 1, 2005

Hill, CDC #H-43428
Correctional Training Facility
P.O. Box 686
Soledad, CA  93960

Re: Institution Appeal Log #CTF-C-05-01422 Medical

Dear Mr. Hill:

The Inmate Appeals Branch has received your correspondence regarding the above
matter.  It has been forwarded to the Appeals Coordinator at your location for
further review.   They will contact you directly in order to further resolve your
appeal issues.  It is expected that you will receive a response by October 31, 2005.

N. GRANNIS, Chief
Inmate Appeals Branch

****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE****

STATE OF CALIFORNIA — DEPARTMENT OF CORREC    AND REHABILITATION                    SCHWARZENEGGER, GOVENOR

**DIVISION OF ADULT OPERATIONS**
CORRECTIONAL TRAINING FACILITY
P. O. Box 686
Soledad, CA 93960



October 21, 2005

Inmate Appeals Branch
P.O. Box 942883
Sacramento, CA 94283-0001

RE:  HILL, CDC #H43428 Institution Appeal Log #CTF-C-05-01422 Medical

N. Grannis, Chief:

Dr. Pompan, Orthopedic Specialist evaluated Inmate Hill June 21, 2005.   Dr. Pompan recommended a MRI of his right shoulder.  CTF Physician, Dr. Sinnaco ordered the MRI June 21, 2005.  A Mobile MRI Unit started coming to CTF-Soledad September 21, 2005.  Before that date we were unable to schedule Inmate Hill due to the backlog at CSP Hospital and contract issues with other outside specialists for this service.  I have verified with S. Morris, RN who is in charge of scheduling all MRI's that Inmate Hill is on the list and it will be approximately 60-90 working days for his MRI of the right shoulder to be completed.  The mobile unit completes approximately 10 MRI's each visit.   Inmate Hill will be re-evaluated by Dr. Pompan within 30-60 days of the completed MRI.

K. Dennis, SSA
Medical Appeals Analyst

RECEIVED
OCT 28 2005
INMATE APPEALS
BRANCH

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**INMATE APPEALS BRANCH**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



January 15, 2006

Hill, CDC #H-43428
Correctional Training Facility
P.O. Box 686
Soledad, CA 93960

Re:

Dear Mr. Hill:

The enclosed documents are being returned to you for the following reasons:

Your appeal was granted at the institutional level. There is no unresolved issue to be reviewed at the Director's Level of Review.

Your assigned counselor, the Appeals Coordinator, or your Parole Agent can answer any questions you may have regarding the appeals process. Library staff can help you obtain any addresses you need.

N. GRANNIS, Chief
Inmate Appeals Branch

****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE****

EXHIBIT __4__

# TABLE OF DRS PRESCRIBED MEDS ( MOTRIN / IBRUPROPHEN )

| DATE | AMT | AMT DOSAGE | PRESCRIBED DOCTOR / PRISON |
|---|---|---|---|
| 3-14-03 | 1×3 | 600 mG | C. KRISHNA MD / CTF |
| 8-12-04 | 90 DAY | " " | A. ROSENTHAL / " |
| 3-7-05 | 30 DAY | " " | C. SINNACO / " |
| 4-4-05 | 90 Day | 800 mG | " " / " |
| 8-26-05 | 90 DAY | 600 mG | " " / " |
| 12-2-05 | 7 DAYS | 400 mG | H. AUNG MD / CTF |
| 12-5-05 | 21 TAB | 400 mG | C. SINNACO / CTF |
| 1-9-06 | 90 DAY | 600 mG | " " / CTF |
| 1-24-06 | 42 TAB | " " | " " / " |
| 2-15-06 | 42 TAB | " " | " " / " |
| 3-15-06 | 42 " | " " | " " / " |
| 5-4-06 | 56 " | " " | I. GREWAL MD / CTF |
| 5-27-06 | 56 " | " " | " " / " |
| 6-19-06 | 56 " | " " | " " / " |
| 7-18-06 | 56 " | " " | " " / " |
| 8-10-06 | 56 " | " " | " " / " |
| 8-29-06 | 56 " | " " | " " / " |
| 9-13-06 | 90 " | " " | " " / " |
| 4-6-07 | 44 " | 800 mG | AFIA SCHAILK MD / CCI |
| " | | | |

# MAR SHEET FOR SELF-ADMINISTERED MEDICATIONS

| | |
|---|---|
| HILL, R<br>LA2-255L     MAY 0 5 2006   DR: GREWAL<br>781086-0     RPH: MN     MFG: 60<br>CHLORPHENIRAMINE TAB 4MG     QTY: 28<br>1 TAB 2 TIMES DAILY AS<br>NEEDED<br>START: 05/04/06     STOP: 10/31/06    H-43428 | HILL, R     H-43428<br>LA2-255L<br>781084-1     RPH: MN     DR: GREWAL<br>AEROBID-M INHALER 7GM     MFG: SC<br>2 PUFFS 2 TIMES DAILY.     QTY: 1<br>1/21DAYS<br>START: 05/15/06     STOP: 10/31/06 |
| HILL, R     H-43428<br>LA2-255L     MAY 0 5 2006   DR: GREWAL<br>781088-0     RPH: MN     MFG: UR<br>ARTIFICIAL TEARS 15ML O/S     QTY: 1<br>1 DROP TO BOTH EYES 3<br>TIMES DAILY AS NEEDED<br>START: 05/04/06     STOP: 10/31/06 | HILL, R     H-43428<br>LA2-255L<br>781085-1     RPH: MN     DR: GREWAL<br>ALBUTEROL INHALER 17GM     MFG:<br>2 PUFFS EVERY 4 HRS AS<br>NEEDED.     QTY:<br>START: 05/19/06     STOP: 10/31/06 |
| HILL, R     H-43428<br>LA2-255L     MAY 0 5 2006   DR: GREWAL<br>781090-0     RPH: MN     MFG: PA<br>IBUPROFEN 600MG TAB     QTY: 56<br>1 TAB 4 TIMES DAILY AFTER<br>MEALS AS NEEDED.<br>START: 05/04/06     STOP: 10/31/06 | HILL, R     H-43428<br>LA2-255L<br>781085-1     RPH: MN     DR: GREWAL<br>CHLORPHENIRAMINE TAB 4MG     MFG: 60<br>1 TAB 2 TIMES DAILY AS     QTY: 28<br>NEEDED<br>START: 05/27/06     STOP: 10/31/06 |
| HILL, R     H-43428<br>LA2-255L     MAY 0 5 2006   DR: AUNG,H<br>780908-0     RPH: MN     MFG: ZZ<br>ALBUTEROL INHALER 17GM     QTY:<br>2 PUFFS 4 TIMES A DAY AS<br>NEEDED.1/21DAYS<br>START: 05/04/06     STOP: 08/02/06 | |
| HILL, R     H-43428<br>LA2-255L     MAY 0 5 2006   DR: AUNG,H<br>780909-0     RPH: MN     MFG: SC<br>AEROBID-M INHALER 7GM     QTY: 1<br>2 PUFFS 2 TIMES DAILY.<br>1/21DAYS<br>START: 05/04/06     STOP: 08/02/06 | |
| HILL, R     H-43428<br>LA2-255L     MAY 2 6 2006   DR: GREWAL<br>781650-1     RPH: MN     MFG: PA<br>IBUPROFEN 600MG TAB     QTY: 56<br>1 TAB 4 TIMES DAILY AFTER<br>MEALS AS NEEDED.<br>START: 05/27/06     STOP: 10/31/06 | |
| | |
| | |

NAME: _____     CDC NUMBER: _____     HOUSING: _____

CTF SOLEDAD

# MAR SHEET ☾ R SELF-ADMINISTERE ☾ EDICATIONS

HILL, R
LA2-255L
781090- 2
IBUPROFEN 600MG TAB
1 TAB 4 TIMES DAILY AFTER
MEALS AS NEEDED.
START: 06/19/06

RPH: MN
DR: GREWAL
MFG: PA
QTY: 56
H-43428

6/20/06
VS
STOP: 10/31/06

HILL, R
LA2-255L
781086- 2
CHLORPHENIRAMINE TAB 4MG
1 TAB 2 TIMES DAILY AS
NEEDED
START: 06/19/06

RPH: MN
DR: GREWAL
MFG: GO
QTY: 28
H-43428

6/20/06
VS
STOP: 10/31/06

NAME: _____ CDC NUMBER: _____ HOUSING: _____

CTF SOLEDAD

# MAR SHEET FOR SELF-ADMINISTERED MEDICATIONS

| | |
|---|---|
| HILL, R<br>LA2-255L<br>781086- 3     RPH: SH<br>CHLORPHENIRAMINE TAB 4MG<br>1 TAB 2 TIMES DAILY AS<br>NEEDED<br>START: 07/18/06       H-43428<br>DR: GREWAL<br>MFG: GO<br>QTY: 28<br>7/25/06<br>STOP: 10/31/06 | HILL, R<br>LA2-255L<br>781084- 2     RPH: SH<br>ARROBID-N INHALER 7GM<br>2 PUFFS 2 TIMES DAILY,<br>1/21DAYS<br>START: 07/18/06      H-43428<br>DR: GREWAL<br>MFG: SC<br>QTY: 1<br>7/20/06<br>STOP: 10/31/06 |
| HILL, R<br>LA2-255L<br>781085- 2     RPH: SH<br>ALBUTEROL INHALER 17GM<br>2 PUFFS EVERY 4 HRS AS<br>NEEDED,1/21DAYS<br>START: 07/18/06      H-43428<br>DR: GREWAL<br>MFG: ZZ<br>QTY: 1<br>7/20/06<br>STOP: 10/31/06 | HILL, R<br>LA2-255L<br>781090- 3     RPH: SH<br>IBUPROFEN 600MG TAB<br>1 TAB 4 TIMES DAILY AFTER<br>MEALS AS NEEDED,<br>START: 07/18/06      H-43428<br>DR: GREWAL<br>MFG: PA<br>QTY: 56<br>7/20/06<br>STOP: 10/31/06 |
| | |
| | |
| | |
| | |
| | |
| | |

NAME: _____ CDC NUMBER: _____ HOUSING: _____

CTF SOLEDAD

# MAR SHEET FOR SELF-ADMINISTERED MEDICATIONS

H-43428

HILL, R
LA2-255L
781086-4          RPH: MN          DR:          L
CHLORPHENIRAMINE TAB 4MG                    MFG: GO
1 TAB 2 TIMES DAILY AS                      QTY: 28
NEEDED.
START:  08/10/06          8/10/06M          STOP:  10/31/06

HILL, R
LA2-255L
781099-4          RPH: MN          DR: GHEWAL          H-43428
IBUPROFEN 600MG TAB                    MFG: PA
1 TAB 4 TIMES DAILY AFTER              QTY: 56
MEALS AS NEEDED.
START:  08/10/06          8/10/06 M          STOP:  10/31/06

NAME: _____  CDC NUMBER: _____  HOUSING: _____

CTF SOLEDAD

# MAR SHEET FOR SELF-ADMINISTERED MEDICATIONS

| | |
|---|---|
| HILL, R                                H-43428<br>LA2-255L                   DR: GREWAL<br>781090-5          RPH: WN       MFG: PA<br>IBUPROFEN 600MG TAB               QTY: 56<br>1 TAB 4 TIMES DAILY AFTER<br>MEALS AS NEEDED.<br>START: 08/29/06              STOP: 10/31/06 | |
| HILL, R                                H-43428<br>LA2-255L                   DR: GREWAL<br>781086-5          RPH: WN       MFG: GO<br>CHLORPHENIRAMINE TAB 4MG          QTY: 28<br>1 TAB 2 TIMES DAILY AS<br>NEEDED<br>START: 08/29/06              STOP: 10/31/06 | |
| | |
| | |
| | |
| | |
| | |
| | |

NAME: _____    CDC NUMBER: _____    HOUSING: _____

CTF SOLEDAD

EXHIBIT  5

# WATSON Laboratorie Inc.

A Subsidiary of Watson Pharmaceutical

March 6, 2007

Raynard Hill
California Correctional Institution
P.O. Box 608
H43428, Unit 2, Dorm 2, Bed 81 Low
Tehachapi, CA  93581

Dear Mr. Hill:

Thank you for your recent request for information concerning the availability of a
package insert for ibuprofen tablets, USP.

The above information is supplied to you as a professional service in response to
your specific request.  Watson Pharmaceuticals, Inc. makes no recommendation
regarding unapproved uses. The full prescribing information is enclosed for your
review.

Please contact our Medical Communications Department at 800-272-5525
should you have any further questions.

Thank you for your interest in Watson Pharmaceuticals, Inc. products.

Sincerely,

Olivia Kim    OK

Olivia Kim, Pharm.D.
Medical Communications Specialist
Watson Laboratories, Inc.
(800)272-5525

2161

**Enclosure:**  Ibuprofen PI Interpharm

360 Mt. Kemble Avenue, Morristown, NJ 07962-1953 • Tel: 973/355-8300 • Website: www.watsonpharm.com

2

The ibuprofen tablets, USP package insert you requested is enclosed. It provides medical information that was included for the FDA review and approval of the product. We recommend that you contact your healthcare provider for any further questions, as they will best be able to address them in the context of your specific medical needs.

**IBUPROFEN TABLETS, USP**

## DESCRIPTION:

Ibuprofen has its _____ical name ( ± )-2-(p-isobutylphenyl) propionic acid. Ibuprofen is a white, _____hite, crystalline powder having a slight characteristic od_____ a melting point of 74°-77°C, and is practically insoluble in water and ve_____ble in organic solvents such as alcohol and acetone.

The structural formula ____sented below:



Ibuprofen, a Nonsteroidal Anti-Inflammatory Drug (NSAID) is available in 400 mg, 600 mg and 800 mg tablets for oral administration.

**Inactive Ingredients:** Colloidal Silicon Dioxide, Corn Starch, Hydroxypropyl Cellulose, Hypromellose, Lactose Anhydrous, Magnesium Stearate, Microcrystalline Cellulose, Polyethylene Glycol, Povidone, Sodium Lauryl Sulfate, Sodium Starch Glycolate, Titanium Dioxide.

## CLINICAL PHARMACOLOGY:

Ibuprofen possesses analgesic and antipyretic activities. Its mode of action, like that of other nonsteroidal anti-inflammatory agents, is not completely understood, but may be related to prostaglandin synthetase inhibition.

In clinical studies in patients with rheumatoid arthritis and osteoarthritis, ibuprofen has been shown to be comparable to aspirin in controlling the pain and inflammation and to be associated with a statistically significant reduction in the milder gastrointestinal side effects (see ADVERSE REACTIONS). Ibuprofen may be well tolerated in some patients who have had gastrointestinal side effects with aspirin, but these patients when treated with ibuprofen should be carefully followed for signs and symptoms of gastrointestinal ulceration and bleeding. Although it is not definitely known whether ibuprofen causes less peptic ulceration than aspirin, in one study involving 885 patients with rheumatoid arthritis treated for up to one year, there were no reports of gastric ulceration with ibuprofen whereas frank ulceration was reported in 13 patients in the aspirin group (statistically significant p < .001).

Gastroscopic studies at varying doses show an increased tendency toward gastric irritation at higher doses. However, at comparable doses, gastric irritation is approximately half that seen with aspirin. Studies using [14]Cr-tagged red cells indicate that fecal blood loss associated with ibuprofen in doses up to 2400 mg daily did not exceed the normal range, and was significantly less than that seen in aspirin-treated patients.

In clinical studies in patients with rheumatoid arthritis, ibuprofen has been shown to be comparable to indomethacin in controlling the signs and symptoms of disease activity and to be associated with a statistically significant reduction of the milder gastrointestinal (see ADVERSE REACTIONS) and CNS side effects.

Ibuprofen may be used in combination with gold salts and/or corticosteroids.

Controlled studies have demonstrated that ibuprofen is a more effective analgesic than propoxyphene for the relief of episiotomy pain or pain following dental extraction procedures, and for the relief of the symptoms of primary dysmenorrhea.

In patients with primary dysmenorrhea, ibuprofen has been shown to reduce elevated levels of prostaglandin activity in the menstrual fluid and to reduce resting and active intrauterine pressure, as well as the frequency of uterine contractions. The probable mechanism of action is to inhibit prostaglandin synthesis rather than simply to provide analgesia.

Ibuprofen is rapidly absorbed. Peak serum ibuprofen levels are generally attained one to two hours after administration. With single doses up to 800 mg, a linear relationship exists between amount of drug administered and the integrated area under the serum concentration vs. time curve. Above 800 mg, however, the area under the curve increases less than proportional to increase in dose. There is no evidence of drug accumulation or enzyme induction.

The administration of ibuprofen tablets either under fasting conditions or immediately before meals yields quite similar serum ibuprofen concentration-time profiles. When ibuprofen is administered immediately after a meal, there is a reduction in the rate of absorption but no appreciable decrease in the extent of absorption. The bioavailability of the drug is minimally altered by the presence of food.

There is no interference with the absorption of ibuprofen when given in conjunction with an antacid containing both aluminum hydroxide and magnesium hydroxide.

Ibuprofen is rapidly metabolized and eliminated in the urine. The excretion of ibuprofen is virtually complete 24 hours after the last dose. The serum half-life is 1.8 to 2.0 hours.

Studies have shown that following ingestion of the drug, 45% to 79% of the dose was recovered in the urine within 24 hours as metabolite A (25%), ( + )-2-[p-(2 hydroxymethylpropyl)phenyl], propionic acid and metabolite B (37%), ( + )-2-[p-(2 carboxypropyl)phenyl] propionic acid; the percentages of free and conjugated ibuprofen were approximately 1% and 14%, respectively.

## INDICATIONS AND USAGE:

Ibuprofen Tablets are indicated for relief of the signs and symptoms of rheumatoid arthritis and osteoarthritis.

Ibuprofen is indicated for relief of mild to moderate pain.

Ibuprofen is also indicated for the treatment of primary dysmenorrhea.

Since there have been no controlled clinical trials to demonstrate whether or not there is any beneficial effect or harmful interaction with the use of ibuprofen in conjunction with aspirin, the combination cannot be recommended (see Drug Interactions).

Controlled clinical trials to establish the safety and effectiveness of ibuprofen in children have not been conducted.

## CONTRAINDICATIONS:

Ibuprofen Tablets should not be used in patients who have previously exhibited hypersensitivity to the drug, or in individuals with the syndrome of nasal polyps, angioedema and bronchospastic reactivity to aspirin or other nonsteroidal anti-inflammatory agents. Anaphylactoid reactions have occurred in such patients.

## WARNINGS:

**Risk of GI Ulceration, Bleeding and Perforation with NSAID Therapy:** Serious gastrointestinal toxicity such as bleeding, ulceration, and perforation, can occur at any time, with or without warning symptoms, in patients treated chronically with NSAID therapy. Although minor upper gastrointestinal problems such as dyspepsia, are common, usually developing early in therapy, physicians should remain alert for ulceration and bleeding in patients treated chronically with NSAIDS even in the absence of previous GI tract symptoms. In patients observed in clinical trials of several months to two years duration, symptomatic upper GI ulcers, gross bleeding or perforation appear to occur in approximately 1% of patients treated for 3-6 months, and in about 2-4% of patients treated for one year. Physicians should inform patients about the signs and/or symptoms of serious GI toxicity and what steps to take if they occur.

Studies to date have not identified any subset of patients not at risk of developing peptic ulceration and bleeding. Except for a prior history of serious GI events and other risk factors known to be associated with peptic ulcer disease, such as alcoholism, smoking, etc., no risk factors (e.g, age, sex) have been associated with increased risk. Elderly or debilitated patients seem to tolerate ulceration or bleeding less well than other individuals and most spontaneous reports of fatal GI events are in this population. Studies to date are inconclusive concerning the relative risk of various NSAIDs in causing such reactions. High doses of any NSAID probably carry a greater risk of these reactions, although controlled clinical trials showing this do not exist in most cases. In considering the use of relatively large doses (within the recommended dosage range), sufficient benefit should be anticipated to offset the potential increased risk of GI toxicity.

## PRECAUTIONS:

**General:** Blurred and/or diminished vision, scotomata, and/or changes in color vision have been reported. If a patient develops such complaints while receiving ibuprofen tablets, the drug should be discontinued, and the patient should have an ophthalmologic examination which includes central visual fields and color vision testing.

Fluid retention and edema have been reported in association with ibuprofen; therefore, the drug should be used with caution in patients with a history of cardiac decompensation or hypertension.

Ibuprofen like other nonsteroidal anti-inflammatory agents, can inhibit platelet aggregation but the effect is quantitatively less and of shorter duration than that seen with aspirin. Ibuprofen has been shown to prolong bleeding time (but within the normal range) in normal subjects. Because this prolonged bleeding effect may be exaggerated in patients with underlying hemostatic defects, ibuprofen should be used with caution in persons with intrinsic coagulation defects and those on anticoagulant therapy.

Patients on ibuprofen should report to their physicians signs or symptoms of gastrointestinal ulceration or bleeding, blurred vision or other eye symptoms, skin rash, weight gain, or edema.

In order to avoid exacerbation of disease or adrenal insufficiency, patients who have been on prolonged corticosteroid therapy should have their therapy tapered slowly rather than discontinued abruptly when ibuprofen is added to the treatment program.

The antipyretic and anti-inflammatory activity of ibuprofen may reduce fever and inflammation, thus diminishing their utility as diagnostic signs in detecting complications of presumed non-infectious noninflammatory painful conditions.

**Liver Effects:** As with other nonsteroidal anti-inflammatory drugs, borderline elevations of one or more liver tests may occur in up to 15% of patients. These abnormalities may progress, may remain essentially unchanged, or may be transient with continued therapy. The SGPT (ALT) test is probably the most sensitive indicator of liver dysfunction. Meaningful (3 times the upper limit of normal) elevations of SGPT or SGOT (AST) occurred in controlled clinical trials in less than 1% of patients. A patient with symptoms and/or signs suggesting liver dysfunction, or in whom an abnormal liver test has occurred, should be evaluated for evidence of the development of more severe hepatic reaction while on therapy with ibuprofen. Severe hepatic reactions, including jaundice and cases of fatal hepatitis, have been reported with ibuprofen as with other nonsteroidal anti-inflammatory drugs. Although such reactions are rare, if abnormal liver tests persist or worsen, if clinical signs and symptoms consistent with liver disease develop, or if systemic manifestations occur (e.g. eosinophilia, rash, etc.,) ibuprofen should be discontinued.

**Hemoglobin Levels:** In cross-study comparisons with doses ranging from 1200 mg to 3200 mg per day at several weeks of treatment, a slight decrease in hemoglobin/hematocrit was noted. This has been observed with other nonsteroidal anti-inflammatory drugs; the mechanism is unknown. However, even with doses of 3200 mg, the total decrease in hemoglobin usually does not exceed 1 gram if there are no signs of bleeding. It is probably not clinically important.

In two postmarketing clinical studies the incidence of a decreased hemoglobin level was greater than previously reported. Decrease in hemoglobin of 1 gram or more was observed in 17.1% of 193 patients on 1800 mg ibuprofen daily (osteoarthritis), and in 18% of 166 patients taking 2400 mg of ibuprofen daily (rheumatoid arthritis). Positive stool occult blood tests and elevated serum creatinine levels were also observed in these studies.

**Aseptic Meningitis:** Aseptic meningitis with fever and coma has been observed on rare occasions in patients on ibuprofen therapy. Although it is probably more likely to occur in patients with systemic lupus erythematosus and related connective tissue disease, it has been reported in patients who do not have an underlying chronic disease. If signs or symptoms of meningitis develop in a patient on ibuprofen, the possibility of its being related to ibuprofen should be considered.

**Renal Effects:** As with other nonsteroidal anti-inflammatory drugs, long term administration of ibuprofen to animals has resulted in renal papillary necrosis and other abnormal renal pathology. In humans, there have been reports of acute interstitial nephritis with hematuria, proteinuria, and occasionally nephrotic syndrome.

A second form of renal toxicity has been seen in patients with prerenal conditions leading to a reduction in renal blood flow or blood volume, where the renal prostaglandins have a supportive role in the maintenance of renal perfusion. In these patients administration of nonsteroidal anti-inflammatory drugs may cause a dose dependent reduction in prostaglandin formation and may precipitate overt renal decompensation. Patients at greatest risk of this reaction are those with impaired renal function, heart failure, liver dysfunction, those taking diuretics and the elderly. Discontinuation of nonsteroidal anti-inflammatory drug therapy is typically followed by recovery to the pretreatment state. Those patients at high risk who chronically take ibuprofen should have renal function monitored if they have signs or symptoms which may be consistent with mild azotemia, such as malaise, fatigue, loss of appetite, etc. Occasional patients may develop some elevation of serum creatinine and BUN levels without signs or symptoms.

Since ibuprofen is eliminated primarily by the kidneys, patients with significantly impaired renal function should be closely monitored; and a reduction in dosage should be anticipated to avoid drug accumulation. Prospective studies on the safety of ibuprofen in patients with chronic renal failure have not been conducted.

**Information for Patients:** Ibuprofen, like other drugs of its class, is not free of side effects. The side effects of these drugs can cause discomfort and, rarely, there are more serious side effects, such as gastrointestinal bleeding, which may result in hospitalization and even fatal outcomes.

NSAIDs (Nonsteroidal Anti-Inflammatory Drugs) are often essential agents in the management of arthritis and have a major role in the treatment of pain, but they also may be commonly employed for conditions which are less serious.

Physicians may wish to discuss with their patients the potential risks (see WARNINGS, PRECAUTIONS, and ADVERSE REACTIONS sections) and likely benefits of NSAID treatment, particularly when the drugs are used for less serious conditions where treatment without NSAIDs may represent an acceptable alternative to both the patient and physician.

**Laboratory Tests:** Because serious GI tract ulceration and bleeding can occur without warning symptoms, physicians should follow chronically treated patients for the signs and symptoms of ulceration and bleeding and inform them of the importance of this follow-up (See WARNINGS, Risk of GI Ulcerations, Bleeding and Perforation with NSAID Therapy).

**Drug Interactions:** Coumarin-type anticoagulants: Several short-term controlled studies failed to show that ibuprofen significantly affected prothrombin times or a variety of other clotting factors when administered to individuals on coumarin-type anticoagulants. However, because bleeding has been reported when ibuprofen and other nonsteroidal anti-inflammatory agents have been administered to patients on coumarin-type anticoagulants, the physician should be cautious when administering ibuprofen to patients on anticoagulants.

Aspirin: Animal studies show that aspirin given with nonsteroidal anti-inflammatory agents, including ibuprofen, yields a net decrease in anti-inflammatory activity with lowered blood levels of the non-aspirin drug. Single dose bioavailability studies in normal volunteers have failed to show an effect of aspirin on ibuprofen blood levels. Correlative clinical studies have not been done.

Methotrexate: Ibuprofen, as well as other nonsteroidal anti-inflammatory drugs, probably reduces the tubular secretion of methotrexate based on in vitro studies in rabbit kidney slices. This may indicate that ibuprofen could enhance the toxicity of methotrexate. Caution should be used if ibuprofen is administered concomitantly with methotrexate.

H-2 Antagonists: In studies with human volunteers, co-administration of cimetidine or ranitidine with ibuprofen had no substantive effect on ibuprofen serum concentrations.

Furosemide: Clinical studies, as well as random observations, have shown that ibuprofen can reduce the natriuretic effect of furosemide and thiazides in some patients. This response has been attributed to inhibition of renal prostaglandin synthesis. During concomitant therapy with ibuprofen, the patient should be observed closely for signs of renal failure. (see PRECAUTIONS Renal Effects), as well as to assure diuretic efficacy.

Lithium: Ibuprofen produced an elevation of plasma lithium levels and a reduction in renal lithium clearance in a study of eleven normal volunteers. The mean minimum lithium concentration increased 15% and the renal clearance of lithium was decreased by 19% during this period of concomitant drug administration.

This effect has been attributed to inhibition of renal prostaglandin synthesis by ibuprofen. Thus, when ibuprofen and lithium are administered concurrently, subjects should be observed carefully for signs of lithium toxicity. (Read circulars for lithium preparation before use of such concurrent therapy.)

**Pregnancy:** Reproductive studies conducted in rats and rabbits at doses somewhat less than the maximal clinical dose did not demonstrate evidence of developmental abnormalities. However, animal reproduction studies are not always predictive of human response. As there are no adequate and well-controlled studies in pregnant women, this drug should be used during pregnancy only if clearly needed. Because of the known effects of nonsteroidal anti-inflammatory drugs on the fetal cardiovascular system (closure of ductus arteriosus), use during late pregnancy should be avoided. As with other drugs known to inhibit prostaglandin synthesis, an increased incidence of dystocia and delayed parturition occurred in rats. Administration of ibuprofen is not recommended during pregnancy.

**Nursing Mothers:** In limited studies, an assay capable of detecting 1 mcg/mL did not demonstrate ibuprofen in the milk of lactating mothers. However, because of the limited nature of the studies, and the possible adverse effects of prostaglandin-inhibiting drugs on neonates, ibuprofen is not recommended for use in nursing mothers.

## ADVERSE REACTIONS

The most frequent type of adverse reaction occurring with ibuprofen tablets is gastrointestinal. In controlled clinical trials the percentage of patients reporting one or more gastrointestinal complaints ranged from 4% to 16%.

In controlled studies when ibuprofen was compared to aspirin and indomethacin in equally effective doses the overall incidence of gastrointestinal complaints was about half that seen in either the aspirin or indomethacin-treated patients.

Adverse reactions observed during controlled clinical trials at an incidence greater than 1% are listed in the following tables. Those reactions listed in column 1 encompass observations in approximately 3,000 patients. More than 500 of these patients were treated for periods of at least 54 weeks.

Still other reactions occurring less frequently than 1 in 100 were reported in controlled clinical trials and from marketing experience. These reactions have been divided into two categories: Column 2 of the following table lists reactions with therapy with ibuprofen where the probability of a causal relationship exists; for the reactions in Column 3 a causal relationship with ibuprofen has not been established.

Reported side effects were higher at doses of 3200 mg/day than at doses of 2400 mg or less per day in clinical trials of patients with rheumatoid arthritis. The increase in incidence were slight and still within the ranges reported in the following table.

| Incidence Greater Than 1% (but less than 3%) Probable Causal Relationship | Precise Incidence Unknown (but less than 1%) Probable Causal Relationship** | Precise Incidence Unknown (but less than 1%) Causal Relationships Unknown** |
|---|---|---|
| **GASTROINTESTINAL**<br>Nausea*, epigastric pain*, heartburn*, diarrhea, abdominal distress, nausea and vomiting, indigestion, constipation, abdominal cramps or pain, fullness of GI tract (bloating and flatulence) | Gastric or duodenal ulcer with bleeding and/or perforation, gastrointestinal hemorrhage, melena, gastritis, hepatitis, jaundice, abnormal liver function tests, Pancreatitis | |
| **CENTRAL NERVOUS SYSTEM**<br>Dizziness*, headache, nervousness | Depression, insomnia, confusion, emotional lability, somnolence, aseptic meningitis with fever and coma (See PRECAUTIONS) | Paresthesias, hallucinations, dream abnormalities, pseudotumor cerebri |
| **DERMATOLOGIC**<br>Rash* (including maculopapular type), pruritus | Vesiculobullous eruptions, urticaria, erythema multiforme, Stevens-Johnson syndrome, alopecia | Toxic epidermal necrolysis, photoallergic skin reactions |
| **SPECIAL SENSES**<br>Tinnitus | Hearing loss, amblyopia (blurred and/or diminished vision, scotomata and/or changes in color vision) (see PRECAUTIONS) | Conjunctivitis, diplopia, optic neuritis, cataracts |

| HEMATOLOGIC | Neutropenia, agranulocytosis, aplastic anemia, hemolytic anemia (sometimes Coombs positive), thrombocytopenia with or without purpura, eosinophilia, decreases in hemoglobin and hematocrit (see PRECAUTIONS). | Bleeding episodes (eg., epistaxis, menorrhagia). |
|---|---|---|
| METABOLIC/ENDOCRINE | | |
| Decreased appetite | | Gynecomastia, hypoglycemic reaction, acidosis. |
| CARDIOVASCULAR | | |
| Edema, fluid retention (generally responds promptly to drug discontinuation (see PRECAUTIONS). | Congestive heart failure in patients with marginal cardiac function, elevated blood pressure, palpitations. | Arrhythmias (sinus tachycardia, sinus bradycardia). |
| ALLERGIC | Syndrome of abdominal pain, fever, chills, nausea and vomiting; anaphylaxis; bronchospasm (see CONTRAINDICATIONS). | Serum sickness, lupus erythematosus syndrome, Henoch-Schonlein vasculitis, angioedema. |
| RENAL | Acute renal failure (see PRECAUTIONS), decreased creatinine clearance, polyuria, azotemia, cystitis, hematuria | Renal papillary necrosis. |
| MISCELLANEOUS | | Dry eyes and mouth, gingival ulcer, rhinitis |

*Reactions occurring in 3% to 9% of patients treated with Ibuprofen. (those reactions occurring in less than 3% of the patients are unmarked).

**Reactions are classified under *Probable Causal Relationship (PCR)* if there has been one positive rechallenge or if three or more cases occur which might be causally related. Reactions are classified under *Causal Relationship Unknown* if seven or more events have been reported but the criteria for PCR have not been met.

## OVERDOSAGE:

Approximately 1½ hours after the reported ingestion of from 7 to 10 Ibuprofen Tablets (400 mg), a 19-month old child weighing 12 kg was seen in the hospital emergency room, apneic and cyanotic, responding only to painful stimuli. This type of stimulus, however, was sufficient to induce respiration. Oxygen and parenteral fluids were given; a greenish-yellow fluid was aspirated from the stomach with no evidence to indicate the presence of Ibuprofen. Two hours after ingestion the child's condition seemed stable; she still responded only to painful stimuli and continued to have periods of apnea lasting from 5 to 10 seconds. She was admitted to intensive care and sodium bicarbonate was administered as well as infusions of dextrose and normal saline. By four hours post-ingestion she could be aroused easily, sit by herself and respond to spoken commands. Blood level of Ibuprofen was 102.9 ug/mL approximately 8½ hours after accidental ingestion. At 12 hours she appeared to be completely recovered.

In two other reported cases where children (each weighing approximately 10 kg) accidentally, acutely ingested approximately 120 mg/kg, there were no signs of acute intoxication or late sequelae. Blood level in one child 90 minutes after ingestion was 700 ug/mL - about 10 times the peak levels seen in absorption-excretion studies.

A 19-year old male who had taken 8,000 mg of Ibuprofen over a period of a few hours complained of dizziness, and nystagmus was noted. After hospitalization, parenteral hydration and three days bed rest, he recovered with no reported sequelae.

In cases of acute overdosage, the stomach should be emptied by vomiting or lavage, though little drug will likely be recovered if more than an hour has elapsed since ingestion. Because the drug is acidic and is excreted in the urine, it is theoretically beneficial to administer alkali and induce diuresis. In addition to supportive measures, the use of oral activated charcoal may help to reduce the absorption and reabsorption of Ibuprofen.

## DOSAGE AND ADMINISTRATION:

Do not exceed 3,200 mg total daily dose. If gastrointestinal complaints occur, administer Ibuprofen tablets with meals or milk.

Rheumatoid arthritis and osteoarthritis, including flareups of chronic disease: *Suggested Dosage:* 1200-3200 mg daily (300 mg q.i.d.; 400 mg, 600 mg or 800 mg t.i.d. or q.i.d.). Individual patients may show a better response to 3200 mg daily, as compared with 2400 mg, although in well-controlled clinical trials, patients on 3200 mg did not show a better mean response in terms of efficacy. Therefore, when treating patients with 3200 mg/day, the physician should observe sufficient increased clinical benefits to offset potential increased risk.

The dose of Ibuprofen should be tailored to each patient, and may be lowered or raised from the suggested dose depending on the severity of symptoms either at the time of initiating drug therapy or as the patient responds or fails to respond.

In general, patients with rheumatoid arthritis seem to require higher doses of Ibuprofen than do patients with osteoarthritis.

The smallest dose of Ibuprofen that yields acceptable control should be employed. A linear blood level dose-response relationship exists with single doses up to 800 mg. (See CLINICAL PHARMACOLOGY for effects of food on rate of absorption).

The commercial availability of multiple strengths facilitates dosage adjustment.

*In chronic conditions,* a therapeutic response to therapy with Ibuprofen is sometimes seen in a few days to a week but most often is observed by two weeks. After a satisfactory response has been achieved, the patient's dose should be reviewed and adjusted as required.

Mild to moderate pain: 400 mg every 4 to 6 hours as necessary for relief of pain.

In controlled analgesic clinical trials, doses of Ibuprofen greater than 400 mg were no more effective than the 400 mg dose.

Dysmenorrhea: For the treatment of dysmenorrhea, beginning with the earliest onset of such pain, Ibuprofen should be given in a dose of 400 mg every 4 hours as necessary for the relief of pain.

## HOW SUPPLIED:

Ibuprofen Tablets are available as follows:

400 mg Tablets are round, convex, white, film coated tablets, debossed with IP 131 on one side, on other side debossed with 400; in bottles of 24, 30, 50, 60, 90, 100, 180, 270 and 500 tablets.

600 mg Tablets are oval shaped, white, film-coated tablets, debossed with IP 132 on one side, on other side debossed with 600; in bottles of 24, 30, 60, 90, 100, 120, 270 and 500 tablets.

800 mg Tablets are capsule shaped, white, film coated tablets, debossed with IP 137 on one side, on other side debossed with 800; in bottles of 24, 30, 50, 60, 90, 100 and 500 tablets.

Note: The 24 bottle size is in a unit-of-use container, provided with a child-resistant closure.

Store at controlled room temperature 15°-30°C (59°-86°F).

Rx only

Manufactured by:
Interpharm Inc.
Hauppauge, NY 11788

Revised 04/04

MG #19737

EXHIBIT **6**

## X-RAY ~~QUEST~~ REPORT FORM

### PLEASE PRINT OR TYPE

Institution: _CC 1_

NAME: _Raymond Hill_
AGE: _42_ DOB: _3/10/60_ HOUSING: _VB5A 103_

NUMBER: _H 43428_ UNIT: _IVB_
PREVIOUS X-RAYS [X] YES [ ] NO

X-RAY EXAM REQUESTED: (R) Shoulder
(ANATOMICAL TERMS ONLY) Bilat feet

CLINICAL HISTORY: _Surgery (R) shoulder_

ORDERING M.D. _HIRSCH_
RN/MTA: _M Phillips mta_
DATE ORDERED: _6/10/02_
DATE COMPLETED: _6 18 02 <?_
NO. OF VIEWS: _2 + 3 + 3_

### REPORT

THE CURRENT EXAMINATIONS CONSIST OF BOTH FEET AND RIGHT SHOULDER AND
ARE INCORRECTILY DATED, AS HAVING BEEN PERFORMED ON 6/18/02. THE
EXAMINATIONS WERE ACTUALLY OBTAINED ON 6/17/02.

RIGHT SHOULDER, 2 VIEWS: 6/17/02

Two orthopedically introduced small, metal anchors are seen over the
humeral head, probably associated with previous tendon repair. No
fracture or subluxation is seen. No soft tissue calcifications noted.

IMPRESSION: NO ACUTE, TRAUMATIC OR DESTRUCTIVE CHANGES.

STATUS POST-ORTHOPEDIC INTERVENTION.

BOTH FEET, 3 VIEWS EACH: 6/17/02

Mild, valgus deformities, of both great toes noted, slightly more
marked on the right than the left. Very early tendon calcifications
are seen bilaterally, involving the Achilles' insertion site along
the posterior aspects of the calcanei.

IMPRESSION: MILD, HALLUX VALGUS DEFORMITIES, BOTH GREAT TOES.

EARLY CALCIFIC TENDONITIS; ACHILLES' TENDON, BILATERALLY.

BERNARD KORDAN, M.D.
t: 6/19/02 jk

DATE DICTATED:
DATE TRANSCRIBED:
TRANSCRIBER:
X-RAY EXAM: _? ? ? ?_

RADIOLOGIST _____ M.D.
X-RAY TECH INITIAL: _? ?_

White=Medical File          Yellow=X-Ray File          Manila Card=Department File

## X-RAY REPORT

```
DEPARTMENT OF CORRECTIONS
CORRECTIONAL TRAINING FACILITY
```

| | | | | |
|---|---|---|---|---|
| **NAME:**<br>HILL, R. | **CDC #:**<br>H-43428 | **CELL:**<br>LB 320 | **DOB:**<br>3/10/60 | **DATE:**<br>3/10/05 |

**EXAM REQUESTED:**
RIGHT SHOULDER

**CLINICAL DATA:**

**REFERRING PHYSICIAN:**
C. SINNACO, M.D.

**RADIOGRAPHIC REPORT:**

**RIGHT SHOULDER:** Multiple views of the right shoulder are obtained on 3/10/05.

There is no evidence of any acute fracture or dislocation. The patient is status post surgery with two radiopaque densities overlying the humeral head similar with the previous examination.  There is no evidence of calcific tendonitis.

**IMPRESSION:**

**NO ACUTE ABNORMALITY IS IDENTIFIED.  POST SURGICAL CHANGES ARE PRESENT AS NOTED.**

3/10/05                                     G. FALKOFF, M.D.                                     GF/cjw
DATE READ                                   RADIOLOGIST                                          3/14/05

**L BORATORY REPORTS**

PLACE TOP OF REPORT #3 HERE

PLACE TOP OF REPORT #2 HERE

DEPARTMENT OF CORRECTIONS
CMC-EAST HOSPITAL

**Name:**  HILL, RAYMOND          **CDC#:** H-43428      **Room:** AD SEG          **Age:** 3/10/60

**Date Taken:**  4/10/02          **Date Read:**  04/10/02          **Ordering M.D.:** PERRIN

## RADIOGRAPHIC REPORT:

IGHT SHOULDER:  Comparison is made with prior films from November 20, 2001.
etallic suture anchors are again noted in the right humeral head.  Widening of
he right acromioclavicular joint remains apparent.  There is a deformity along
he superolateral aspect of the humeral head which could be related to residual
ompression from previously reduced anterior dislocation.  No significant
hanges noted from November 20, 2001.

MPRESSION:  No significant change.

i:lc                          Date:        04/10/02

EXHIBIT _7

# SALINAS VALLEY RADIOLOGISTS,
### A MEDICAL GROUP
9 Abbott Street • Salinas, California 93901
Telephone (831) 775-5200

JAMES A. KOWALSKI, M.D.
DONALD A. CATALANO, M.D.
GILES A. DUESDIEKER, M.D.
MICHAEL E. BASSE, M.D.
DAVID A. STAUNTON, M.D.

GARY E. FALKOFF, M.D.
RICHARD A. VILLALOBOS, M.D.
CHRIS GLENN, M.D.
B. MISA HOSOHAMA, M.D.
Y-LAN HO, M.D.

| PATIENT NAME | ACCOUNT NO | | RADIOLOGY NUMBER |
|---|---|---|---|
| RAYNARD-H43428 HILL | 9349986 | | 9349986 |

| AT THE REQUEST OF | DATE OF BIRTH | AGE/SEX | DATE OF SERVICE |
|---|---|---|---|
| CESAR SINNACO MD | 03/10/1960 | 45/ | 11/21/2005 |
| PO BOX 686 | | | |
| SOLEDAD, CA 93960 | | | |

The study was performed by an outside facility and the film submitted to Salinas Valley Radiologists for interpretation.

MRI RIGHT SHOULDER

HISTORY: Status post rotator cuff repair. I have no further specific history.

PROCEDURE:  1.5T imaging was performed in three standard planes with T1 and T2 techniques as well as gradient echo imaging.

FINDINGS: There is a good deal of small fragment metallic artifact presenting with low and high signal in and around the rotator cuff. I cannot define the cuff anatomy except for the infraspinatus tendon which shows increased signal consistent with tendinitis. The subscapularis is also intact and the bicipital also, as far as I can tell. There is some ill-defined marrow signal. The labrum is grossly normal. I cannot see any cysts or masses.

IMPRESSION: Gross distortion of the anatomy in and around the supraspinatus muscle and tendon as well as the acromioclavicular joint in view of the prior surgery. It is really not possible to discern the presence of a recurrent tear or other specific pathology in these areas. The other regions appear to be free of gross disease.

Thank you for referring your patient to us,

Arthur M. Nathanson, MD
AMN/pa
11/29/05

EXHIBIT __8__

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME HILL | CDC NUMBER H 43428 | INSTITUTION |
|---|---|---|

| DATE OF BIRTH 3-10-60 | EPRD DATE 2009 | GENDER |
|---|---|---|

| PRINCIPLE DIAGNOSIS ® Shoulder Pain, S/P Rotator Cuff Repair | ICD-9 CODE | CPT CODE(S) |
|---|---|---|
| REQUESTED SERVICE(S) Orthopedics Dr. Pompan | | # OF DAYS RECOMMENDED |

*Please circle all that apply:*  Diagnostic Procedure/Consultation     Outpatient/Inpatient     Initial/Follow-up

Requested Treatment/Service is:   EMERGENT        URGENT        (ROUTINE)

*For the purpose of retrospective review,* if emergent or urgent, please justify: _____

Proposed Provider: _____   Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity (*briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant*): DOI - Mar 2000    MRI - Full thickness Rotator Cuff Tear.
DOS - Sept 21 2000
Another injury - Nov 2001, XR - No changes.

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME C.L. SINNACO M.D. | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE 4/17/05 |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE | DATE 4-4-05 | Utilization management tracking # D4 D514 DP1970 |

| DATE OF CONSULTATION 6/14/05 | PRINTED NAME OF CONSULTANT Pompan |
|---|---|

FINDINGS: _____

_____

RECOMMENDATIONS: _____

_____

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: _____

| CONSULTANT SIGNATURE | DATE 6/14/05 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE | Hill, H#43428 |
| PCP SIGNATURE | DATE | |

**Attach Progress Note page for additional information.**
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT
PINK - UM
GOLD - SPECIALTY SCHEDULER

PHYSICIAN REQUEST FOR SERVICES (RFS)        CDC 7243 (Rev. 11/02)

STATE OF CALIFORNIA                                                         DEPARTMENT OF CORRECTIONS

1099*ed*

# HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES
(To be completed by requesting Physician and forwarded to Utilization Management Unit)   No LA 255L

| PATIENT NAME HILL, RAYNARD | CDC NUMBER H 43428 | INSTITUTION CTF (N) |
|---|---|---|

| DATE OF BIRTH 6U 3-10-60 | EPRD DATE 2009 | | GENDER |
|---|---|---|---|

| PRINCIPLE DIAGNOSIS S/P Rotator Cuff Repair, ® | ICD-9 CODE | CPT CODE(S) |
|---|---|---|

| REQUESTED SERVICE(S)  MRI at Corcoran as Recomm. by Ortho. | # OF DAYS RECOMMENDED |
|---|---|

*Please circle all that apply:* Diagnostic Procedure/Consultation       Outpatient/Inpatient       Initial/Follow-up

Requested Treatment/Service is:    EMERGENT       URGENT       (ROUTINE)

*For the purpose of retrospective review,* if emergent or urgent, please justify: _____

Proposed Provider:  Corcoran          Anticipated Length of Stay: _____

Expected disposition (i.e., outpatient follow-up, return to institution, transfer): _____

Medical Necessity *(briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant):*  DOI — Mar 2000
       RCS/Repair — Sept 2000.
       Another injury — Nov 2001    XR — no change

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months):  NSAIDs

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME  C. SINNACO  M.D. | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE 6-27-01 |
|---|---|---|

| REQUESTING PHYSICIAN SIGNATURE | DATE 6-21-08 | Utilization management tracking #: D4O5 14 DP 2747 |
|---|---|---|

| DATE OF CONSULTATION | PRINTED NAME OF CONSULTANT |
|---|---|

FINDINGS:  MRI done 10/21/08    JJV

_____

_____

RECOMMENDATIONS: _____

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: _____

| CONSULTANT SIGNATURE | DATE 10/21/08 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE  Mull 7 78 | DATE 11/21/08 | |
| PCP SIGNATURE | DATE | |

**Attach Progress Note page for additional information.**
### THIS FORM MUST BE RETURNED WITH THE PATIENT!!!

6/21/05: Dug to Sandy

DISTRIBUTION:
ORIGINAL  -  FILE IN UHR
GREEN     -  TO UHR PENDING ORIGINAL          RCVD 8/23/05 — MRS SCREEN COMPLETED
CANARY    -  CONSULTANT                        No MRI Transfer yet
PINK      -  UM
GOLD      -  SPECIALTY SCHEDULER                                        11/21/08  cop

PHYSICIAN REQUEST FOR SERVICES (RFS)          CDC 7243 (Rev. 11/02)

STATE OF CALIFORNIA                                                                              DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME Hill, Raymond | | CDC NUMBER H43428 | | INSTITUTION CTF |
|---|---|---|---|---|
| DATE OF BIRTH 3-10-60 | EPRD DATE 2009 | | GENDER Male | |

| PRINCIPLE DIAGNOSIS Rotator Cuff Tear | ICD - 9 CODE | CPT CODE(S) |
|---|---|---|
| REQUESTED SERVICE(S) (R) Shoulder Arthroscopy / Repair of Rotator Cuff | | # OF DAYS RECOMMENDED |

*Please circle all that apply:* Diagnostic Procedure / Consultation     Outpatient/Inpatient     Initial/Follow-up

Requested Treatment/Service is: **EMERGENT**     **URGENT**     (**ROUTINE**)

*For the purpose of retrospective review,* if emergent or urgent, please justify: _____

Proposed Provider: Dr Pompan     Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity *(briefly describe the clinical situation; the history of the Illness, treatments used, pertinent lab and imaging studies, or questions for the consultant):*
Requested by provider

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME C. Simico M.D. | APPROVED / AUTHORIZED / DENIED / DEFERRED BY N Noyal | DATE 7-13-0_ |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE | DATE | Utilization management tracking #: |

| DATE OF CONSULTATION | PRINTED NAME OF CONSULTANT |
|---|---|

FINDINGS: _____

RECOMMENDATIONS: _____

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: _____

| CONSULTANT SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE | |
| PCP SIGNATURE | DATE | |

**Attach Progress Note page for additional information.**
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN   - TO UHR PENDING ORIGINAL
CANARY  - CONSULTANT
PINK    - UM
GOLD    - SPECIALTY SCHEDULER

PHYSICIAN REQUEST FOR SERVICES (RFS)          CDC 7243 (Rev. 11/02)

STATE OF CALIFORNIA                                                        DEPARTMENT OF CORRECTIONS

## HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME Hill | CDC NUMBER H43428 | INSTITUTION |
|---|---|---|

| DATE OF BIRTH 3-10-60 | EPRD DATE 2009 | GENDER |
|---|---|---|

| PRINCIPLE DIAGNOSIS S/P (R) Rotator Cuff Repair (2000) | ICD - 9 CODE | CPT CODE(S) |
|---|---|---|
| REQUESTED SERVICE(S) Orthopedics | | # OF DAYS RECOMMENDED |

*Please circle all that apply:* Diagnostic Procedure/Consultation        Outpatient/Inpatient        Initial/Follow-up

Requested Treatment/Service is:    **EMERGENT**        **URGENT**        **(ROUTINE)**

*For the purpose of retrospective review,* if emergent or urgent, please justify: _____

Proposed Provider: CTF Ortho.                    Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity *(briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant):* D01 - Mar 2000
D05 - Sept 2000
Another injury + then Nov 2001

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME C. SINNA-w | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE 3/7/06 | DATE 1-9-06 | Utilization management tracking #: |

| DATE OF CONSULTATION 3/7/06 | PRINTED NAME OF CONSULTANT _____ |
|---|---|

FINDINGS: _____

RECOMMENDATIONS: _____

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: _____

| CONSULTANT SIGNATURE _____ 3/7/06 | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| RTR RN SIGNATURE S. Morris RN | DATE 3/7/06 | Hill H43428 |
| PCP SIGNATURE | DATE | |

**Attach Progress Note page for additional information.**
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN   - TO UHR PENDING ORIGINAL
CANARY  - CONSULTANT
PINK    - UM
GOLD    - SPECIALTY SCHEDULER

PHYSICIAN REQUEST FOR SERVICES (RFS)        CDC 7243 (Rev. 11/02)

EXHIBIT __9

## PHYSICIAN'S ORDER FOR TREATMENT TABLE

CMC

| | |
|---|---|
| 11-17-01 | REINJURED (RT) ROTATOR CUFF |
| 11-20-01 | X-RAY - STATED "NO CHANGE" |
| 6-10-02 ~~4-10-02~~ STF | X-RAY - " " " " |
| 6-10-02 STF | ORDER FOR X-RAY (DELAYED 8 DAYS) |
| | 6-18-02 X-RAY TAKEN |
| 4-4-05 SINNACO | ORDER REFER TO ORTHOPEDIC (DR POMPAN DELAYED 17 DAYS) |
| | 4-21-05 SEEN ORTHOPEDIC |
| 6-21-05 SINNACO | ORDER REFER FOR MRI (DELAYED 5 MONTHS) |
| | 11-21-05 MRI TAKEN (SHOWS SMALL FRAGMENTS) |
| 1-9-06 SINNACO | ORDER REFER TO ORTHOPEDIC (DELAYED 2 MOS) |
| | 3-7-06 SEEN ORTHOPEDIC |
| 7-13-06 SINNACO | ORDER FOR ARTHROSCOPY SURGERY (DENIED) |

* NO ACTION TAKEN!

URC APPROVED ROTATOR CUFF REPAIR BY DR POMPAN

* NO ACTION TAKEN!

EXHIBIT __10__

| | TIME | |
|---|---|---|

(*illegible*)

(see 736c)

5) w/o Bx Asthma Allergic
Rhinitis, Ch' Pain Lt
Shoulder
— Need Rx renewed

O: Lungs clear, heart reg

A: A. Above
P: P. So

*J. Grewal, M.D.*
*Staff Physician and Surgeon*
*CTF Soledad*

7-13-06  URC approves Rotator Cuff repair By Dr. Pompan.

C. SINNA (*illegible*)

INSTITUTION CTF N    HOUSING UNIT LA 255 V

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Hill
H43428

# UCDAVIS
## HEALTH SYSTEM
### TELEMEDICINE

November 03, 2006

RE: HILL, RAYMOND
MR#: 1844475
DOB: 03/10/1960
Date of Service: 11/03/2006
CDC#: H43428

Harold Tate, MD
California Correctional Institution
P.O. Box 1031
Tehachapi, CA 93581

Dear Dr. Tate:

Thank you very much for requesting a consultation on behalf of Raymond Hill, whom I had the pleasure of seeing in Orthopedic Telemedicine Clinic.

**History Of Present Illness:**
As you know, Mr. Hill is a gentleman who underwent a right shoulder large rotator cuff repair in 2000 with anchors. He was doing very well for one year and anticipated a one year recovery time. His strength returned when, unfortunately, about a year later he reinjured the right shoulder. Unfortunately, since that time, the shoulder has again become weak. He has pain with reaching, pain with impingement maneuvers, pain at night. He denies any neurogenic symptoms. He had an MRI which, unfortunately, distorted the normal architecture because of the metal anchor screws. He was told by another orthopedic surgeon that he needed to have a repeat rotator cuff repair and is waiting for that now.

**Past Surgeries:**
1. Status post right shoulder rotator cuff repair in 2000.
2. Status post left fifth finger open reduction and internal fixation.

**Medical Illnesses:**
1. Right shoulder pain.
2. Asthma.
3. Allergic rhinitis.

**Medications:**
Albuterol inhaler, triamcinolone inhaler, chlorpheniramine, methocarbamol, Motrin.

**Allergies:**
None known.

**Family History:**
Noncontributory.

**Social History:**
He is incarcerated.

CDCR HCSD-ASU MEDMAR FROM (rev 12-06)

## MEDICATION ADMINISTRATION RECORD

For the Month of:   JULY     Year:   2007

| Name of LRN | Initial | Name of LRN | Initial | Name of LRN | Initial | Name of LRN | Initial |
|---|---|---|---|---|---|---|---|
| | | Blanton | LB | Jules Haganson. | | Marnica L CR | |
| | | | | Licensed Vocational Nurse | | | |

| | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 817440 - 0   DR: HELMER, JAMES | | | 8 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TYLENOL W/CODEINE 30MG | | | 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TAKE 2 TABS 3 TIMES   TID | | | 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **DAILY *** DOT *** ** | | | 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start:   6/14/2007   Stop:   7/14/2007 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CDCR #  H43428 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

CDC HCSD-ASU MED/MAR FORM Style #3 (01/93)

# MEDICATION ADMINISTRATION RECORD

For the Month of: _____ Year 2007

| NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

817991- 1     DR: RUNYAN,P/TATE
TRIAMCINOLONE INHALER          1
INHALE 2 PUFFS TWICE A
DAY
Start: 07/09/2007    Stop: 09/13/2007

| 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |

817992- 1     DR: RUNYAN,P/TATE
CHLORPHENIRAMINE 4MG          90
TAKE 1 TABLET 3 TIMES A
DAY
Start: 07/09/2007    Stop: 09/13/2007

817993- 1     DR: RUNYAN,P/TATE
ALBUTEROL INHALER 17GM          1
INHALE 2 PUFFS 4 TIMES A
DAY
Start: 07/09/2007    Stop: 09/13/2007

817??? 1     DR: RUNYAN,P/TATE
IB???EN 600MG          90
TAKE 1 TABLET 3 TIMES A
DAY
Start: 07/09/2007    Stop: 09/13/2007

817997- 0     DR: RUNYAN,P/TATE
COUGH DROP          30
USE AS DIRECTED
AS NEEDED (NO REFILLS)
Start: 06/15/2007    Stop: 09/13/2007

825627- 0     DR: AFRA,SOHAIL
TYLENOL W/CODEINE 30MG          126
TAKE 2 TABS 3 TIMES
DAILY *** DOT ***
Start: 07/13/2007    Stop: 08/03/2007

DECLARATION OF PLAINTIFF KAYNARD B. HILL

1

2

3   I HAD ROTATOR CUFF SURGERY IN 2000, AND REINSURED
4   RT SHOULDER ON 11-17-01. HAD MULTIPLE X-RAYS WHICH
5   WHERE INEFFECTIVE BECAUSE IT DOESN'T SHOW TISSUE, TENDON,
6   OR LIGAMENT DAMAGE. AFTER A LONG PERIOD OF TIME, AND
7   CONTINUOUS REQUEST FOR SOME TYPE OF PAIN HELP. I
8   WAS FINALLY GIVEN A MRI WHICH SHOWED SMALL FRAGMENTS
9   AND SIGNALS, SO ARTHROSCOPY WAS ORDERED WITH DR.
10  POMPAN. THERE    MANY DELAYS AND DENIAL OF TREAT-
11  MENTS, AS WELL AS DR SINNACO & DR GREWAL DISREGARD
12  TO MY RT SHOULDER PAIN, AND CONTINUE TO GIVE ME MASSIVE
13  AMOUNT OF IBRUPROPHEN THAT CAUSE TOXCITY, AND AFTER
14  BLOOD TEST WAS GIVEN, IT SHOWED LOW BLOOD COUNTS AND LOSS
15  OF BLOOD WHICH COULD BE FROM STOMACH BLEEDING OR UL-
16  CERATION, DOCTORS STATE I'M ANEMIC. (SEE EXHIBIT #13)
17  SINCE LEAVING CTF, I'VE SEEN UC DAVIS'S DR TANJI,
18  WHO ASSESSMENT OF INJURY IS RT SHOULDER PROBABLE
19  CUFF RE-TEAR ON 11-3-06, AND RECOMMENDATION TO PRECEDE
20  WITH ARTHROSCOPY FOR A ROTATOR CUFF REPAIR ON RIGHT
21  SHOULDER (SEE EXHIBIT #11).
22  SINCE FINDINGS WAS SUPPORTED, DR JAMES HELMER
23  AT C.C.I., REVIEWED MED FILE, AND PRESCRIBED TYLENOL
24  W/ CODIENE FOR THE PAIN, AND STATED HE COULD'NT
25  UNDERSTAND WHY THIS MEDICAL DEPARTMENT IS RAN
26  AND OPERATED IN SUCH A POOR FASHION. AND AS
27  OF 11-23-07, I STILL RECIEVE TYLENOL W/ CODIENE

*15*

PROOF OF SERVICE BY MAIL

1

2    I, *RAYNARD B. HILL* am a resident of a California State Prison in

3    Kern County, am over the age of eighteen (18); and am    a party to this

4    legal action. My prison address is: California Correctional Institution, P.O.

5    Box 1031, Tehachapi, CA 93581.

6        On *27TH NOV* 200_, I served the following documents:

7        *FIRST AMENDED Complaint*

8

9    upon the party(s) listed herein by placing a true copy(s), enclosed in a

10    sealed envelope(s), with sufficient postage affixed, into the receptical

11    provided for the United States Mail Service, deposited in the manner prescribed

12    by the CDC, at the California Correctional Institution and addressed as follows

13

14

15        *United States District Court*

16        *Northern District of California*

17        *450 Golden Gate Avenue*

18

19        *San Francisco, CA. 94102*

20        *ATTN: District Court Clerk*

21        There is regular delivery service by the United States Postal Service

22    between the two locations.

23        I declare, under penalty of perjury, that the foregoing information is

24    true and correct.

25    Executed on *27 Nov.* 200*7*

26

27                                *Raynard B. Hill*
                                _____
                                Declarant / Server