NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 12/6/99 | | | _R Finday_ _DB_ |
| | | | Noted - LH____ MD 12/6/99 1115 |
| 3-9-00 | | ① | _X-ray STAT_ |
| 3/9 | | | _noted LSP R Shoulder_ _c 155_ |
| 3-9-00 | | ① | _Sling R arm_ |
| | | ② | _Pass to ortho on Monday_ |
| | | ③ | _Tylenol tabs ii q6h prn_ |
| | | ④ | _Percone_ |
| 3-9-00 | | | _Tylenol 650 po QID PRN po x 5 days_ |
| | | | _noted 3/9/00 7__ |

| ALLERGIES: | INSTITUTION | ROOM/WING |
|---|---|---|
| NKA | | |

Confidential
client information
See W & I Code, Sections 4514 and
5328

CDC NUMBER, NAME (LAST, FIRST, MI)

H- 43428
HILL, RAYMOND

## PHYSICIAN'S ORDERS

CDC 7221 (4/90)
STATE OF CALIFORNIA    OSP 98 14552    DEPARTMENT OF CORRECTIONS

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION**
**TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 10/5/99 | | | TCR Tuesday tetanus booster 0.5cc 1 dose |
| | | | *(illegible handwritten order)* |
| 10/8/99 | | | noted |
| 10/12/99 | | | *(illegible)* |
| 10/18/99 | | | *(illegible)* |
| 11/15/99 | 3PM | | D/C chrono |
| | | | *(illegible)* 11/15/99 @ 1500 *(illegible)* |
| 12/4/99 | | | Return to surgery clinic for wound check in 2 days *(illegible)* |
| 12/4/99 | | | noted |

ALLERGIES: NKA

INSTITUTION: CMC East

ROOM/WING: 2225

CDC NUMBER, NAME (LAST, FIRST, MI): #43428
Hill, Raymond
DOB 3/10/60

Confidential
client information
See W & I Code, Sections 4514 and
5328

**PHYSICIAN'S ORDERS**

CDC 7221 (4/90)
STATE OF CALIFORNIA          98  37882          DEPARTMENT OF CORRECTIONS

00070

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 5/18/99 | | ① | CBC _[illegible]_ |
| | | | Chest Xray |
| 5/18/99 | | | _[illegible]_ 1615 copy to lab & X-ray |
| 5-18- | 435 | | _[illegible]_ Albuterol _[illegible]_ OHS |
| | | | PRN SOB × luk. |
| | | | _[illegible]_ |
| | | | issued _[illegible]_ copy copy |
| 5-18-99 | 1715 | | Noted _[illegible]_ RN |

| ALLERGIES: | NKA | INSTITUTION | CMC-EMT | ROOM/WING | 2235 |

Confidential
client information
See W & I Code, Sections 4514 and
5328

CDC NUMBER, NAME (LAST, FIRST, MI)
_[illegible]_
HILL, RAYBARD
3-10-69     BLK

**PHYSICIAN'S ORDERS**

CDC 7221 (4/90)
STATE OF CALIFORNIA          98  37882          DEPARTMENT OF CORRECTIONS

00071

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 4/8/99 | | | ① albuterol _see HHN_ *illegible* |
| | | | ② albuterol inhale ʒ inhal QID × 3 mo |
| | | | ③ _illegible_ inhal QID × 3 mo |
| | | | ④ _illegible_ 5mg ea nostril BID × 3 mo |
| | | | ⑤ _illegible_ × 1 week. |
| | | | ⑥ _illegible_ |
| 4/29/99 | 1630 | | hrs noted _illegible_ |
| 4/8/99 | | | ① Nebulizer Tx Jalbuterol and _illegible_ |
| | | | ② _illegible_ |
| | | | ③ _illegible_ × 1 week. |
| | | | ④ _illegible_ |
| | | | need _illegible_ |

ALLERGIES: NKA    INSTITUTION: CMC ☦    ROOM/WING: 223

Confidential
client information
See W & I Code, Sections 4514 and
5328

CDC NUMBER, NAME (LAST, FIRST, MI)

Hill Raymond
H 43428
3/10/60

**PHYSICIAN'S ORDERS**

CDC 7221 (4/90)
STATE OF CALIFORNIA          98 37882          DEPARTMENT OF CORRECTIONS

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 11-2-98 | 4:05 | 1 | ℞ Motrin 400mg bid prn x 2wks |
| | | | Drmetapp ↑ Bid prn x 3d |
| | | | Robi toz ↑ qid prn x 5d |
| | | C | ℞ Chrono 1am SS on SS |
| | | | Wear SS/TS all areas 1yr |
| | | | medical |
| | | C | ℞ 2 CBs chrono — _(signature)_ |
| | | | 11/2/98    1700    _(signature)_ |
| 11-30-98 | 1030 | 1 | Chrono — SS or TS all areas |
| | | | x 1yr medical |
| | | | 16td 11/30/98 1000 _(signature)_ |
| | | | _(signature)_ |

ALLERGIES:

INSTITUTION: CMC-E

ROOM / WING: 2235

Confidential
client information
See W & I Code, Sections 4514 and 5328

CDC NUMBER, NAME (LAST, FIRST, MI)

H43428
Hill, Raymond

**PHYSICIAN'S ORDERS**

00073

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 11-3-97 | | | Kellogg cream Ap 1% 45G |
| | | | Apply to rash |
| | | | CHRONO: Dictated  J. Fuller MD |

ALLERGIES: NKDA    INSTITUTION  ISP    ROOM/WING  CH - 137

CDC NUMBER, NAME (LAST, FIRST, MI)

H- 43428

HILL, RAYNARD

03/10/50  M BLK

Confidential
client information
See W & I Code, Sections 4514 and
5328

**PHYSICIAN'S ORDERS**

CDC 7221 (4/90)
STATE OF CALIFORNIA        94  85598        DEPARTMENT OF CORRECTIONS

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 3/7/97 | | | Chrono to receive prescription glasses from line |
| | | | KHAI Q. TRAN, M.D. |
| 5/14/97 | | | Clear for full duty |
| | | | KHAI Q. TRAN, M.D. |
| 9/18/97 | | | Motrin 600 mg x 14 T/O |
| 9/18/97 | | | noted M. |

ALLERGIES: NKDA   INSTITUTION: ISP   ROOM/WING: C4-137L

Confidential
client information
See W & I Code, Sections 4514 and
5328

CDC NUMBER, NAME (LAST, FIRST, MI)

H- 43428

HILL, RAYMOND

03/10/60  M BLK

**PHYSICIAN'S ORDERS**

DC 7221 (4/90)
STATE OF CALIFORNIA          94  85598          DEPARTMENT OF CORRECTIONS

00075

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 2/18/97 | | | _illegible_ referral |
| | | | _illegible_ #8 i bid prn for |
| | | | headache |
| | | | |
| | | | KHAI G. TRAN, M.D. |
| | | | |
| 4/10/97 | | | _illegible_ #8 i bid prn for |
| | | | _illegible_ |
| | | | |
| | | | KHAI G. TRAN |
| | | | noted 4-10-97 _illegible_ |

ALLERGIES: **NKDA**    INSTITUTION: **ISP**    ROOM/WING: **C1-203U**

Confidential
client information
See W & I Code, Sections 4514 and
5328

CDC NUMBER, NAME (LAST, FIRST, MI)

HILL, RAYNARD
H-43428

DOB
07/02/73

**PHYSICIAN'S ORDERS**

7221 (4/90)
_illegible_ OF CALIFORNIA    94  85598    DEPARTMENT OF CORRECTIONS

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 02/28/90 |  | ① | Motrin 600 PO qid × 60 d |
|  |  | ② | Robaxin 750 PO qid × 60 d |
|  |  |  | Dao Chu M.D |
|  |  |  | DAO TAT CHU, M.D STAFF PHYSICIAN |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| ALLERGIES: | INSTITUTION | ROOM/WING D2 - 140 |
|---|---|---|

Confidential
client information
See W & I Code, Sections 4514 and
5328

CDC NUMBER, NAME (LAST, FIRST, MI)

Hill Raymond
H- 43428

## PHYSICIAN'S ORDERS

(4/90)
FORNIA         94  83593         DEPARTMENT OF CORRECTIONS

00077

STATE OF CALIFORNIA—HEALTH AND WELFARE AGENCY          DEPARTMENT OF MENTAL HEALTH
NOTE: SEND COPY OF PHYSICIAN'S ORDER TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Date | Time | Problem No. | PHYSICIAN'S ORDERS AND MEDICATION     (PHYSICIAN MUST SIGN *EACH* ORDER) |
|------|------|-------------|------|
| 9-10-92 | | | C F C |
| | 1130 hrs | | *Noted 9-10-92 at 1300 by Monegate* |
| 9-11-92 | 07ᴬ | | *Tes gr ī as directed* |
| | | | |
| 12/24/92 | 0940 | | Refer optometry — Ro Astigmatism by LHA |
| | | | *Delario, MD* |
| | | | |
| 5-11-93 | | | *CXR lu pneumonia — Slip made* |
| | | RX 2 | *Albuterol n ↓ T 2 puffs Ø10 Par s zz x 6 units* |
| | 1250 hrs | RX 3 | *Theoder 300 mg P.O. BID Pra, 600 mg P.O. bar then start* |
| | | RX 4 | *medrine 60 mg P.O. bar then 30 mg P.O. Tom, then 50x1 40x1 30x1 20x1 10x1* |
| | | | *1 L IV tdy — Active cont'd* |
| | | RX 6 | *Bact DS BID x 7 days* |
| 5/11/93 | | | |

ALLERGIES: NKA

**PHYSICIAN'S ORDERS**

CONFIDENTIAL CLIENT/PATIENT INFORMATION
SEE W & I CODE 5328

H 5660 (5/89)
4000

Start a New
Form if No
Number Shows.

Hill, R.
H A3428
12-245

'89. 87427

00078

NOTE: SEND COPY OF PHYSICIAN'S ORDER TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Date Institution | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|
| 12 02 9 | | Albalon A eye drop tptt qid x 10 days OU |

ALLERGIES:

Confidential
client information
See W & I Code, Sections 4514 and
5328

CDC NUMBER, NAME (LAST, FIRST, MI)

Hill, Raynard
N56318
503-63

**PHYSICIAN'S ORDERS**

CDC 7221 (4/90)
STATE OF CALIFORNIA          90 90120          DEPARTMENT OF CORRECTIONS

00079

STATE OF CALIFORNIA                                            DEPARTMENT OF CORRECTIONS AND REHABILITATION

# PROBLEM LIST

Admitted to High Risk: ☐
Discharged from High Risk: ☐                        *DRUG ALLERGIES*  NKDA

Primary Care Physician: Enter any medical problem expected to last more than 6 months.  Include related on-going treatments (e.g., Dialysis, Chemo Rx, Anticoagulation) and past surgeries (e.g., CABG, Transplant) on the second problem line.  Please Date and Initial when the Problem Resolves.

Psychiatrist: Enter Axis I diagnoses.  Please Date and Initial when the Problem Resolves.

### THIS FORM IS TO REMAIN AT THE TOP OF THE PHYSICIAN ORDER SECTION

| Date Identified | Problem | Signature | Date Resolved | Initials |
|---|---|---|---|---|
|  | Asthma | | | |
|  | Rotator Cuff | | | |
|  | Anemia | | | |
|  | Obesity | | | |
| 12-11-07 | Hypertension | Harold Sith MD | | |
| 1/2/08 | R Rot. Cuff tear chronic | MR | | |
|  | | | | |
|  | | | | |
|  | | | | |
|  | | | | |
|  | | | | |
|  | | | | |

| INSTITUTION: | CDCR NUMBER, NAME (LAST, FIRST MI), DATE OF BIRTH |
|---|---|
|  | Hill  #43428 |

# ALWAYS KEEP THIS FORM ON TOP

STATE OF CALIFORNIA

# PRIMARY CARE FLOW SHEET

DEPARTMENT OF CORRECTIONS

| Date of Visit | 2-19-08 | 02/21/08 | 4/14/08 | 04-21-08 | 4/22/08 | 05/05/08 | |
|---|---|---|---|---|---|---|---|
| **Enter Values** | | | | | | | |
| Temp., Pulse, Resp. | 91 8 72 | 98 91 18 | 98 81 16 | 98 71 18 | 976 74 18 | 971 57 R | |
| Blood Pressure | 158/90 | 138/81 | 136/88 | 132/81 | 127/81 | 124/77 | |
| Weight | 255 | 258 | 252 | 251 | 251 | 246 | |
| Peak Flow | | | 98% | | | | |
| **Enter Normal or Abnormal** | | | | | | | |
| *EKG | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *CXR | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| **Enter TRUE** | | | | | | | |
| *Hgb/Hct | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Hgb A1c | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Fasting LDL/HDL | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Cholesterol/Triglycerides | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Urinalysis | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *AST/ALT | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *HCV Viral Load | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *HIV Viral Load | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *CD-4 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Fasting Blood Sugar | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Urine Microalbumin | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Drug Level | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| **Enter date of procedure. If patient refused, enter "Refused"** | | | | | | | |
| *PAP Smear | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *FOBT/Guaiac | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Eye Exam | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Mammogram | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Influenza Vaccine | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Pneumococcal Vaccine | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Tetanus Toxoid | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Hepatitis A Vaccine | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Hepatitis B Vaccine | ☐ | ☐ | ☐ | ☐ | A Hep B 2 | ☐ | ☐ |
| Clinic RN/MTA | Beverly Eh LVP | | RN | | 11 | | |
| Clinic Provider | | | | | | | |

**ALLERGIES:** NKDA

* If the provider orders a procedure to be completed after the current visit,
  check the box under the date of the visit that the procedure was ordered. On
  the next visit, review the chart and document any pending results under the
  date of the visit that the procedure was ordered.

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Hill
H43428

Consults:
_____
_____
_____
_____

Chronos:
_____
_____
_____
_____

CDC 7392 (11/02)
PRIMARY CARE FLOW SHEET

STATE OF CALIFORNIA

# PRIMARY CARE FLOW SHEET

DEPARTMENT OF CORRECTIONS

| Date of Visit | 12-7-01 | | | | | | |
|---|---|---|---|---|---|---|---|
| **Enter values** | | | | | | | |
| Temp., Pulse, Resp. | 9? | | | | | | |
| Blood Pressure | 146/90 | | | | | | |
| Weight | | | | | | | |
| Peak Flow | BP✓ | | | | | | |
| **Enter "Normal" or "Abnormal"** | | | | | | | |
| *EKG | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *CXR | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| **Enter DATE** | | | | | | | |
| *Hgb/Hct | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Hgb A1c | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Fasting LDL/HDL | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Cholesterol/Triglycerides | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Urinalysis | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *AST/ALT | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *HCV Viral Load | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *HIV Viral Load | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *CD-4 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Fasting Blood Sugar | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Urine Microalbumin | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Drug Level | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| **Enter DATE Procedure Completed/Indicate Either Refused** | | | | | | | |
| *PAP Smear | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *FOBT/Guaiac | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Eye Exam | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Mammogram | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Influenza Vaccine | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Pneumococcal Vaccine | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Tetanus Toxoid | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Hepatitis A Vaccine | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Hepatitis B Vaccine | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Clinic RN/MTA | Bailey | | | | | | |
| Clinic Provider | W | | | | | | |
| **ALLERGIES:** | | | | | | | |

* If the provider orders a procedure to be completed after the current visit,
  check the box under the date of the visit that the procedure was ordered. On
  the next visit, review the chart and document any pending results under the
  date of the visit that the procedure was ordered.

| Consults: | Chronos: |
|---|---|
| | |

CDC 7392 (11/02)
**PRIMARY CARE FLOW SHEET**

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Hill

H43428

STATE OF CALIFORNIA

## PRIMARY CARE FLOW SHEET

DEPARTMENT OF CORRECTIONS

| Date of Visit | 11-27-0 | 11-27-07 | 11-29-0 | 11-30-0 | 2/07/08 | 1/02/08 | 2-11-08 |
|---|---|---|---|---|---|---|---|
| **Enter values** | | | | | | | |
| Temp., Pulse, Resp. | 67 | 97-80-18 | 9.1 | 97-84-16 | | 98-91-20 | 97-91-16 |
| Blood Pressure | 167/97 | 175/110 | 138/94 | 133/90 | | 118/76 | 126/85 |
| Weight | | | | 253 | 259½ | 258# | 253 |
| Peak Flow | | | | | | | |
| **Enter "Normal" or "Abnormal"** | | | | | | | |
| *EKG | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *CXR | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| **Enter results** | | | | | | | |
| *Hgb/Hct | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Hgb A1c | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Fasting LDL/HDL | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Cholesterol/Triglycerides | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Urinalysis | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *AST/ALT | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *HCV Viral Load | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *HIV Viral Load | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *CD-4 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Fasting Blood Sugar | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Urine Microalbumin | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Drug Level | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| **Enter date of procedure, "Done" or "Refused" and or "Remarks"** | | | | | | | |
| *PAP Smear | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *FOBT/Guaiac | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Eye Exam | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Mammogram | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Influenza Vaccine | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Pneumococcal Vaccine | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Tetanus Toxoid | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Hepatitis A Vaccine | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Hepatitis B Vaccine | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Clinic RN/MTA | | SBryn LVN | SBailey LVN | SBailey LVN | | SRug | SBailey LVN |
| Clinic Provider | | | | | | | |

**ALLERGIES:** NKDA

* If the provider orders a procedure to be completed after the current visit,
  check the box under the date of the visit that the procedure was ordered. On
  the next visit, review the chart and document any pending results under the
  date of the visit that the procedure was ordered.

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Hill

H43428

Consults:

Chronos:

CDC 7392 (11/02)
PRIMARY CARE FLOW SHEET

STATE OF CALIFORNIA

## PRIMARY CARE FLOW SHEET

DEPARTMENT OF CORRECTIONS

| Date of Visit | 1-21-0 | 1-21-0 | | | | | |
|---|---|---|---|---|---|---|---|
| Temp., Pulse, Resp. | 98 | | | | | | |
| Blood Pressure | 14/115 Mpeat | 152/91 | | | | | |
| Weight | | | | | | | |
| Peak Flow | 80 ✓ | 80 | | | | | |
| **Enter Normal or Abnormal** | | | | | | | |
| *EKG | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *CXR | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| **Enter Value** | | | | | | | |
| *Hgb/Hct | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Hgb A1c | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Fasting LDL/HDL | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Cholesterol/Triglycerides | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Urinalysis | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *AST/ALT | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *HCV Viral Load | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *HIV Viral Load | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *CD-4 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Fasting Blood Sugar | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Urine Microalbumin | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Drug Level | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| **Enter Date of procedure. If patient refused enter 'Refused'** | | | | | | | |
| *PAP Smear | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *FOBT/Guaiac | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Eye Exam | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Mammogram | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Influenza Vaccine | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Pneumococcal Vaccine | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Tetanus Toxoid | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Hepatitis A Vaccine | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Hepatitis B Vaccine | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Clinic RN/MTA | Bailey LVN | Bailey LVN | | | | | |
| Clinic Provider | | | | | | | |

**ALLERGIES:**

\* If the provider orders a procedure to be completed after the current visit,
check the box under the date of the visit that the procedure was ordered. On
the next visit, review the chart and document any pending results under the
date of the visit that the procedure was ordered.

| Consults: | Chronos: |
|---|---|
| | |

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Hill
H 43428

CDC 7392 (11/02)
**PRIMARY CARE FLOW SHEET**

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS

## PRIMARY CARE FLOW SHEET

| Date of Visit | 10-25-07 | 11-1-07 | 11-2-07 | 11-6-07 | 11-8-07 | 11-13-07 | 11-15-07 |
|---|---|---|---|---|---|---|---|
| | | | *Enter values* | | | | |
| Temp., Pulse, Resp. | 71 | 74 | 82 | 79 | 81 | 105 | 70 |
| Blood Pressure | 157/87 | 152/96 | 147/88 | 140/92 | 132/85 | 143/87 | 135/80 |
| Weight | 257 | | | | | | |
| Peak Flow | | B/P ✓ | B/P ✓ | B/P ✓ | B/P ✓ | B/P ✓ | B/P ✓ |
| | | | *Enter Normal or Abnormal* | | | | |
| *EKG | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *CXR | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ✓ |
| | | | *Enter values* | | | | |
| *Hgb/Hct | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Hgb A1c | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Fasting LDL/HDL | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Cholesterol/Triglycerides | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Urinalysis | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *AST/ALT | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *HCV Viral Load | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *HIV Viral Load | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *CD-4 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Fasting Blood Sugar | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Urine Microalbumin | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Drug Level | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | *Enter date of procedure. If patient refused, enter Refused.* | | | | |
| *PAP Smear | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *FOBT/Guaiac | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Eye Exam | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Mammogram | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Influenza Vaccine | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Pneumococcal Vaccine | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Tetanus Toxoid | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Hepatitis A Vaccine | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Hepatitis B Vaccine | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Clinic RN/MTA | SBaxter LVN | SBaxter LVN | SBaxter LVN | SBaxter LVN | SBaxter LVN | SBaxter LVN | SBaxter LVN |
| Clinic Provider | | | | | | | |

**ALLERGIES:**

* If the provider orders a procedure to be completed after the current visit,
  check the box under the date of the visit that the procedure was ordered. On
  the next visit, review the chart and document any pending results under the
  date of the visit that the procedure was ordered.

| CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|
| H. ll |
| H 43428 |

Consults:
_____
_____
_____
_____
_____

Chronos:
_____
_____
_____
_____
_____

CDC 7392 (11/02)
PRIMARY CARE FLOW SHEET

00085

| DATE | TIME | |
|------|------|---|
| 5/15/08 | 2237 | 7371 completed for transfer to SATF-SAP. TB code 22, MAR attached. Moye rn |

INSTITUTION | HOUSING UNIT

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

# H 43428
Hill, Raynard

## INTERDISCIPLINARY PROGRESS NOTES

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

| DATE | TIME | |
|------|------|---|
| 5/5/08 | | Tr Note |
| | | A/P |
| | | 1) [illegible handwritten notes] |
| | | [illegible] |
| | | [illegible] |
| | | ✓ [illegible] |
| | | 2) [illegible handwritten notes] |
| | | [illegible] |
| | | 3) [illegible handwritten notes] |
| | | [illegible] |
| | | [illegible] |
| | | 4) [illegible handwritten notes] |
| | | [illegible] |
| | | [illegible] |
| 05/05/08 | 1130 | LABS Drawn per MD orders 05/08/08 — Cmp stat. [signature] CUNI |
| 05/06/08 | 0751 | Not necessary for Labs Drawn today. Drawn 5/05/08. [signature] CUNI |

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

INSTITUTION    HOUSING UNIT

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

[illegible handwritten name]
H 43 424

| DATE | TIME |
|------|------|
| 3/6/08 | |

Im Note

(illegible handwritten clinical progress notes)

INSTITUTION | HOUSING UNIT

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Hill, Roland
H43428

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

RETURN FROM OFFSITE VISIT

| DATE | TIME | |
|------|------|---|
| 5-01-08 | 2225 | S: Hosp. Return from Lancaster Comm. Hosp. |
| | | DX! Angina / Hypokalemia |
| | | O: BP 127/77 HR 74 T 98³ Resp 20   O2 Sat -96% |
| | | A: Anxiety RT Hosp visit DX |
| | | P: Call MD |
| | | MD line in next 5 day |
| | | Add Klor-Con 10 meq 2 tabs PO Daily |
| | | Add Aspirin 81 mg PO Q Day |
| | | No Bad News |
| | | E. Inmate understands meds added & |
| | | plan of care ——————— S Thompson |

INSTITUTION  CCI
HOUSING UNIT  4B R&R          (Level II)

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Hill, Raynard
H 43428
DOB 3-10-60

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                         DEPARTMENT OF CORRECTIONS

| DATE | TIME |
|------|------|
| | |

48. PPM

05/01/08 Called by RN to evaluate IM c/o increased ↑ frequency of sharp localized ∅ rest c/p. Still exac c̄ pointed ∅'s & non-exertional.

Vrad ∅ 90%, palp, N/V/D/C, diaphoresis, tightness in chest, f/c/n.s. ∅ inc SLB-told need.

∅ POE (orthopnea) PND / edema. Last c/p rested

∅ AP. afternoon @ rest in bed. On lock down, not active.

∅ NAD, S&O, non-diaphoretic, non-labored / clear speech.

RR ∅c

CTAB ∅w 1R1R

∅ CVAT    ∅ pedal edema / JVD

∅ reproducible LLSB c/p & TTP

EKG shows cont III & AVF inversion c̄ new II flattening / 1mm inversion ∅ ST elevation / Q wave

A/P 1) atypical c/p c̄ EKG ∆'s.
   - code II LCH RO MI; Dr. Bennett accept
   -IV Hep loc, ASA 325 now
   - pt ed / agrees.                        pprt
                                           nstian

| INSTITUTION | HOUSING UNIT | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|-------------|--------------|-----------------------------------------------------|
| | 061 948 4781 LCH Bennett | Hill  442428 |

## INTERDISCIPLINARY PROGRESS NOTES

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

00090

W/E

7629168

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

**PART I: TO BE COMPLETED BY THE PATIENT**

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:  MEDICAL ☒   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

| NAME HILL, R. B. | CDC NUMBER H43428 | HOUSING 2 GYM-71 Low |
|---|---|---|

| PATIENT SIGNATURE Maynard B. Hill | DATE 4/29/08 |
|---|---|

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) ON 4/16/08 I WAS INFORMED BY ORTHOPEDIC SURGEON MARSHALL S Lewis of DAMAGE TO my HEART AFTER Given E.K.G. I've BEEN EXPERIENCING TIGHTNESS & SLIGHT pain in Lf CHEST AREA, Was TOLD BY DOCTOR on or ABOUT 4/22/08. THAT EKG will BE CHECKED BY CARDIOLOGIST, and TO THIS DATE I HAVE NOT HEARD ANYTHING from NO ONE   Help!!

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

**PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT**

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

**PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE**

| Date / Time Received: 5/1/08 | Received by: N. Adams |
|---|---|
| Date / Time Reviewed by RN: 0717 | Reviewed by: |

S: I/M in clinic, no c/o chest pain, SOB @ this time. States comes + goes last pain was @ 1300 yesterday, normally @ rest. S/P (R) shoulder arthroscopy suture removed.

O: T. 97.3  P: 81  R: 18  BP: 134/92   WEIGHT: 251   99% RA
AO, NAD, ø SOB c/p, ø diaphoresis. I/m talks in complete sentences
VSS, HCTZ, Atenolol. EKG done, shown. O to Dr. Matern.
Orders followed 18g Saline lock to (L) hand - ASA 325mg given

A:

P: Dr. Matern to eval
☐ See Nursing Encounter Form

transfer code 2 to ML

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|

| REFERRED TO PCP: N/A | DATE OF APPOINTMENT: |
|---|---|

| COMPLETED BY N/A | NAME OF INSTITUTION |
|---|---|

| PRINT / STAMP NAME N. Adams | SIGNATURE / TITLE N. Adams RN | DATE/TIME COMPLETED 5/1/08 1625 |
|---|---|---|

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

To Be Scheduled, needs appt
RFS approved N. Adams

| DATE | TIME | |
|------|------|---|
| 110/79 07-16 | | S/P ® shoulder scope. 8- "I'm true 7-8/10 throbbing pain to ® shoulder. Pain ↑ c̄ ROM. Pain ↓ c̄ meds maybe." O- A/O ⊖ distress. ROM, limited. Cap Refill ® hand/fingers <2sec. A- Potential for infection r/t surgical procedure. ② Pain 7-8/10 throbbing E/B report. P- mae- TO rec'd. 7362 prn. E- instructed on above f/u. med instructions + S/s infection discussed. Verbalizes understanding. Aware of post op instructions. Verbal instructions. ___ Begg ___ |
| 4/12/03 1620 | | Hepatitis B vaccine #2 done. VS WNL afebrile. I/M tolerated to well. ___ Riney RN ___ |
| 5/1/08 1525 | | Suture removal ® shoulder x 2 sutures. Incisions s̄ redness swelling or drainage ___ Hardaman ___ |

| INSTITUTION CCI | HOUSING UNIT L 2. | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH<br><br>Hill, Raynard. H43428 |

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

| DATE | TIME | |
|---|---|---|
| | | 48 y/o AAM                    EPRD 5/09 |
| 04/21/08 | | s/p s/p (R) shoulder arthroscopy 04/16/08. |
| 1120 | | Ø c/o chg.   Ø SOB, C/P, palp. |
| | | c/o residual SOB c exertion c mild backlog |
| PMH | | sharp pain head, Øexer c pain ≈'s. |
| active | | gets it occas @ rest too. |
| HTN | | Albuterol ≈ 3 x/week. |
| Ø Hx C | | Ø shoulder pain   Ø SOB (on therapy |
| Meds | | Ø/ NAD, P°   s₁s₂ 130's , HR 80's. |
| albuterol | | RRØ° , CTAB bw/R/R , Ø pedal ede. |
| Diazide | | Ø reproducible parasternal c/p TTP |
| EH | | Ø CVAT   Ø/ss S-NT-ND Ø HSM RRG |
| Mom MI | | 03/08   LDL 191 |
| 60 y/o | | EKG pre op 4/16/08   III,avF TWI |
| | | Ø QW or ST↑ |
| | | A/P 1) s/p (R) arthroscopy shoulder, POD #5. |
| S) appro – | | suture removal @ 9 days |
| oud | | heme removed, F/A P/P ROM, C/D/I, Ø erythema |
| oozevance | | or TTP,   WD 2 weeks. |
| | | 2) costochondritis c non exertional angina, atypical c/p. |
| | | incidental EKG findings ; no acute symptoms – |
| | | Cont. use ASA, post op – Start in 2 days. |
| | | Start low dose BB c tighten asthma control. |
| INSTITUTION | HOUSING UNIT | Urgent cardiac ref. |
| | | Activity restriction, ↑ Diazide |
| | | 3) HLP – start statin |
| | | 4) MDLic 1 week |

### INTERDISCIPLINARY PROGRESS NOTES

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

| CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|
| Hill |
| H43428 |

00093

| DATE | TIME | |
|---|---|---|
| 2/11/08 | 1130 | ID: 47 yo male c̄ h/o Rotator cuff tear - (R) side |
| | | Per pt seen in telemed last week - discussion for |
| | | sx made by Dr. Lewis - pt awaiting next step. |
| | | would like chrono's renewed regarding this. |
| | | Also needs pain meds - Tylenol not work - needs too |
| | | much Motrin. |
| | | Also requesting renewal of chrono for canvas shoes - |
| | | re: h/o bone spurs - originally given 6/07 - permanent |
| | | Also re: w/o heat intolerance c̄ rash requesting renewal of request for |
| | | O: Gen: NAD    BP 126/85         minimal sunlight exposure |
| | | Heart: RRR ∅ m |
| | | Lungs: CTAB |
| | | Ext: ∅ c/c/e - will defer ortho eval / shoulder exam w̄ |
| | | recent ortho visit |
| | | |
| | | A :1) Rotator cuff tear |
| | | - Per telemed (Isabella #3254) Dr. Lewis did decide on |
| | | surgery but he also does this own scheduling. |
| | | - will place hold on pt for (R) surgery |
| | | - will not be able to do KFS until Dr. Lewis' note in |
| | | chart |
| | | - Naprosen 800 mg BID prn pain |
| | | - will redo expired chrono (low back) |
| 04/15/08 2150 | | Labs drawn per MD order [sent stat to Tehachapi (Pre-Lab) |
| | | Hospital. Notified SLN Davey |
| | | & DON Dana Buchanan] |
| | | R. Lopez RN |

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

HILL, Raynard

H43428

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

00094

| DATE | TIME | |
|------|------|---|
| 4/14/08 | 1510 | ID: 47 yo male ℗ ⓡ rotator cuff repair |
| | | States no change in status |
| | | Salicylic Acid helps some |
| | | VSSAF |
| | | O: Gen: NAD |
| | | heart: RRR ∅ m |
| | | lungs: CTAⓑ |
| | | ext: ∅ C/C/E |
| | | Per Special Services: Pt scheduled for Sx already |
| | | A: ⓡ shoulder pain |
| | | P: -will await Sx |
| | | No further issues per pt / per chart |
| | | KHⓟⓛ |
| 04/15/08 | 2030 | Educated I/M on NPO, verbal instructions, I/M verbalized understanding Klopz RN |

| INSTITUTION | HOUSING UNIT | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|-------------|--------------|----------------------------------------------------|
| | | HILL<br>H43428 |

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

| | TIME | |
|---|---|---|

(S) 44yr old Male patient with HX (R) Shoulder Rotator cuff tear and wanting for Admissory patient has pain and able to work with pain medication. Patient lab has no report Hydrocodone use. Patient has no HX of and wants to have Vicountin serum.

Patient was able to take his meds and his blood pressure is ok. Flo bowls and particular urine—

(O) 798.9. P91 R18. BP 138/87 Wt 255
HEENT      not in chest
Lungs clear      bl mild wheeze + crep °
Abd s, s, + nd
room ext 3s – 1
Ext ° °            (R) Shoulder pain while elevation of Shoulder.

(A) 47yr old Male Patient with ctos with Asthmatic with (R) Shoulder pain

(P) ① Continue Advair MDI 2 Puffs TID
② Start Salicylate for Pain
③ F/U 3wks

INSTITUTION    HOUSING UNIT

3/26/08

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

HILL RAYNARD
H 43428

3/10/60

Ⓢ. 47 yr Old Male Patient came to PCO after meeting Dr Lewis. Patient was admit d to have arthroscopy. Patient his his RFE was for surgery was written by Dr Afra and his information was verifi d from UMC. Patient is already scheduled for surgery

Patient chronos were expiring and Dr Hu saw inmate on 2/11/08 and his written chronos. Patient was informed but he needs to check in a wk to see if he had his chronos.

Patient doesn't want any medication and will f/u Clinic in 30 days

3-10-08 0715 7371 Completed for transfer 3/11/08 SHT F SAP BBaxter P

---

| INSTITUTION | HOUSING UNIT | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
| --- | --- | --- |
| | | HILL RAYNARD |
| | | H 43428 |

**INTERDISCIPLINARY PROGRESS NOTES**

3/10/60

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

| TIME | |
|---|---|
| 8/08 1000 | Vital sign: 98° P 18 BP 134/ Temp 134 R1 |
| | Pt screened for Nausea, vomitting or diarrhea, denies. Pt AOX3 MAEW, color gd, tongue moist. Inst on gd handwashing & to notify Medical if any of these symptoms should appear. Pt stated understanding. Inmate |
| 1130 | seen in telemed ortho clinic with Dr. Lewis. TM policy & procedures explained. Dictation to follow. Pt rec'd gd as indicated. ___ RN |

INSTITUTION     HOUSING UNIT

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Hill, R
H43428

00098

| DATE | TIME | |
|------|------|---|
| 4/11/08 | 1200 | A + P continued |
| | | 2) ↑ BP - stable |
| | | - cont meds - Rx good till 6/08 |
| | | |
| | | 3) Allergies / Sinuses |
| | | - Actifed T PO TID prn congestion |
| | | |
| | | 4) H/O Heat intolerance and related rashes |
| | | - issue documented in chart as recommendation |
| | | against sending / transferring inmate to hot / dry |
| | | climate and general low direct sunlight exposure |
| | | seems prudent |

| INSTITUTION | HOUSING UNIT | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|-------------|--------------|-----------------------------------------------------|
| | | Hill, Raynard |
| | | H43428 |

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

00099

7619228

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

mD

**HEALTH CARE SERVICES REQUEST FORM**

DEPARTMENT OF CORRECTIONS

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME Hitch , R.B | CDC NUMBER T43428 | HOUSING 2/82 Low |
|---|---|---|
| PATIENT SIGNATURE Raynard B Hit | | DATE 2/6/07 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

I NEED MY CHRONOS RENEWED for my Lower Bunk & Soft Shoe which have now expired. & Another plea for relief of Damaged RT Shoulder pain

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.) |

| PART II:  TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE | |
|---|---|
| Date / Time Received: 2-7-08  0707 | Received by: R Burg Rn |
| Date / Time Reviewed by RN: | Reviewed by: |

S:                                          Pain Scale:  1  2  3  4  5  6  7  8  9  10

O:    T:        P:        R:        BP:                    WEIGHT:

A:

P:                                            Addressed today

☐ See Nursing Encounter Form

E:                                            KHill  mD

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME  COMPLETED |

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**

553154
DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☒ |
|---|---|---|---|---|

NAME
Hilgh, KAYNARD

CDC NUMBER:
H43428

HOUSING
2-82 Low

PATIENT SIGNATURE
Kaynard D Hill

DATE
11-15-07

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

NEED TO SEE Doctor for REFILL OF (T3) TYLENA w/
CODIENE, I'm In PRE-SURGERY AND PRESCRIPTION RUNS
OUT on THE 22nd Nov 24TH A Now. ALSO NEED TO TALK
ABOUT HIGH BLOOD PRESSURE MEDICATION (follow up Call)

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | Received by: |
|---|---|
| Date / Time Reviewed by RN: 11/16 @ 1035 | Reviewed by: |

| S: | | Pain Scale 1 2 3 4 5 6 7 8 9 10 |
|---|---|---|

I/m is Not on BP Mediation

TO MD Line for (T3) Per MD GFRO

| O: | T: | P: | R: | BP: | WEIGHT: |
|---|---|---|---|---|---|

A:

P:

☐ **See Nursing Encounter Form**

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

PCP; CCP MD FILE

| DATE | TIME | |
|------|------|---|
| 1/7/02 | 1645 | S Here for F/u Rt Rotator Cuff tear S/p pending. No complains |
| | | O NAD Rt shoulder- diff tolerated abduction to 90° forward flexion 90° neuro- intact H/H 12/5/02  41.8/15.1 |
| | | A Rt rotator cuff tear resolving |
| | | P F/u 30 days |
| | | E discussed with patient a surgical abstention ahead F/u 30 days |

MARVIN ROSS, M.D.
DEA # AR9609148
Lic # G49398

| 1/15/08 | Chart reviewed for F/u ortho appt |
| 1-16-08 | Olson review APPROVED /E. Tenney (RN) |
| 1-16-08 | Olson review Completed K. Perez HP cd |

| INSTITUTION | HOUSING UNIT | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| | | Hill  H43428 |

## INTERDISCIPLINARY PROGRESS NOTES

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

00102

| DATE | TIME | | |
|------|------|---|---|
| 12-11-07 | 11:55 | | |

Primary Care

S: Inmate comes today as walks-in for (R) leg / (R) knee pain for the last 4-5 days. Initial problem was pain numbness in (R) foot, followed by pain behind (R) knee in about 2 days. This was followed by pain and tightness in (R) hamstring. Denies back pain, history of trauma, sports activity in the last several months. Denies history of swelling of lower extrem but has noted some mild heat to the touch.

O: Powerfully built African American man, middle aged, no acute distress

BP    P    R    T    Ht 70½"  Wt 259.5 lbs

(R) knee: no heat, redness, or obvious swelling; circumference 40 cm (38 cm (R) flexion 100° (135° in (L)); Lachman's negative; a watery cyst palpable in popliteal space

X ray (R) knee: possible Baker's (R) cyst; bilateral degen arthritis central compart

A: 1. Probable (R) Baker's cyst

2. Hypertension

3. Obesity II c̄ high cardiovascular risk

P: 1. ~~Increase~~ change HCTZ to Maxzide 25/50 ī QD

2. RFS for orthopedic evaluation of (R) Baker's cyst

3. RTC ~~3 day~~ 12-28-07 for BP check

4. Discussed lifestyle modification

| 1-3-08 | | |
|--------|---|---|

Olson (Review done) (SEE HCT)

| INSTITUTION | HOUSING UNIT | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|-------------|--------------|------------------------------------------------------|
| CCI | Level II Bldg 2 82L | H 43428<br>Hill, Ragnard<br>03-10-60 |

# INTERDISCIPLINARY PROGRESS NOTES

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**

DEPARTMENT OF CORRECTIONS

| PART I:  TO BE COMPLETED BY THE PATIENT |
| --- |

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☒ |
| --- | --- | --- | --- | --- |

| NAME Mills, R. B. | CDC NUMBER H43428 | HOUSING 2/82 Low |
| --- | --- | --- |

| PATIENT SIGNATURE Raymond B. Mills | DATE 12/25/07 |
| --- | --- |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I'm a Chronic Care patient who is in Pre-Surgery for Arthoscopy on Rt Rotator Cuff. Pain Meds T3's will expire on 11-4-08. Need to see Doctor to Refill my Prescription. Pain has increased since Re-duction of dosage.

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
| --- |

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

| PART II:  TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE |
| --- |

| Date / Time Received: 12/25/07 0740 | Received by: |
| --- | --- |
| Date / Time Reviewed by RN 12/25/07 0740 | Reviewed by: A. Busik |

S:          Pain Scale:   1   2   3   4   5   6   7   8   9   10

O:   T:         P:         R:        BP:        WEIGHT:

Order for T3 as of 12-11-07 dc to Tylenol has used Motrin - Refused to be seen A: to MD to discuss T3 issue P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
| --- | --- | --- | --- |
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

CDC 7362 (Rev. 03/04)    Original – Unit Health Record    Yellow – Inmate (if copayment applicable)    Pink – Inmate Trust Office (if copayment applicable)    Gold – Inmate

00104

1631590

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME Hill, R.B | CDC NUMBER H43428 | HOUSING 2/82 Low |
|---|---|---|

| PATIENT SIGNATURE Raymond B Hill | DATE 12/9/07 |
|---|---|

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I Have A Circulation Problem in my R.I. Leg. My RI Foot Has Been Numb And Tingling, with pain Running up & Down my Leg

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: 12-10-07 0800 | Received by: M Engel RN |
|---|---|
| Date / Time Reviewed by RN | Reviewed by: |

S:                                          Pain Scale:    1    2    3    4    5    6    7    8    9    10

O:    T:         P:         R:         BP:                WEIGHT:

A:

P:

☒ See Nursing Encounter Form    See Musculoskeletal
I/m walked over T MD by RN

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☒ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|

| REFERRED TO PCP: | DATE OF APPOINTMENT: |
|---|---|

| COMPLETED BY K. Powell RN | NAME OF INSTITUTION |
|---|---|

| PRINT / STAMP NAME K. Powell RN | SIGNATURE / TITLE Kathleen Powell RN | DATE/TIME COMPLETED 12/18/07 |
|---|---|---|

CDC 7362 (Rev. 03/04)    Original – Unit Health Record    Yellow – Inmate (if copayment applicable)    Pink – Inmate Trust Office (if copayment applicable)    Gold – Inmate

PND    MD: 1-4-08

California Department of Corrections       Health Care Services Division

Inst: CCI       Encounter Form: Musculoskeletal Complaint (Non-Traumatic)

Name: Hill Raymond     CDC# H43428     DOB: 3/10/60     Date/Time 12/11/07

Fill in the blanks and check all that apply

**SUBJECTIVE**

Chief Complaint: B Leg Pain hurting Knee     cramps; muscle weakness with or without fever; warm or acutely swollen, joints)

Date and time of onset: 1 week     Numb foot    ☐ Urgent Stat    ☐ Routine

Pain: Scale of 0-10 (0=no pain 10=worst pain): 8     Physician notified (name / time)

  Area of pain: Numbness     Physician Responded (time)

  Quality of pain:     **MUSCLE CRAMPS / EXTREMITY PAIN**

  What makes it better?     ☐ Acetaminophen 325mg 2 tabs PO Q4-6 hours PRN pain while symptoms persist; not to exceed 12tabs/24hr

  History of prior pain / duration:     ☐ Ibuprofen 200mg 1-2 tabs PO Q4-6hrs PRN pain while symptoms persist; not to exceed 6 tabs/24hrs

☐ Low back pain   ☐ Flank pain     ☐ Naproxen Sodium 220mg 2 tabs PO 1st hour; 1 tab Q8-12 hrs PRN pain while symptoms persist; not to exceed 3 tab/24hr

Urinary symptoms: ☐ Urinary frequency   ☐ Dysuria

  ☐ Burning on urination   ☐ Hematuria     ☐ Activity as tolerated.

☐ Muscle spasms   ☒ Numbness   ☒ Tingling     **JOINT PAIN / LOW BACK PAIN**

Other: (R) Foot     (R) Foot     ☐ Apply (circle one) ice or heat as appropriate.

History of chronic illness: ☐ Arthritis   ☐ Cancer     ☐ Acetaminophen 325mg 2 tabs PO Q4-6 hours PRN pain while symptoms persist; not to exceed 12 tab/24hrs

  ☐ Diabetes   ☐ Blood dyscrasias   ☐ Renal Disease

Other:     ☐ Ibuprofen 200mg 1-2 tabs PO Q4-6hrs PRN pain while symptoms persist; not to exceed 6 tab/24 hrs

History of: ☐ Fever   ☐ Chills   ☐ Headache     ☐ Naproxen Sodium 220mg 2 tabs 1st hour; 1 tab PO Q8-12 hrs PRN pain while symptoms persist; not to exceed 3 tab/24hrs

  ☐ Nausea /Vomiting   ☐ Diarrhea   ☐ Fatigue

  ☐ Recent Trauma   ☐ Other:     ☐ Activity as tolerated.

Allergies:     ☐ Treatment given per RN Protocol:

Current medications:     **EDUCATION**

Patient instructed in:   ☐ Use of medications

**OBJECTIVE**     ☐ Level of activity

Awake, alert, oriented to person, place, time     ☐ Patient Health Care Education Forms given to patient: (specify)

Vital signs: BP: 138/82 Pulse: 79 Resp: 79     ☐ Resubmit a Health Care Service Request Form (CDC 7362) if increased swelling or pain; decreased ROM or CSM; or

Temp:     ☐ Urine dipstick

Urinalysis:     ☐ Patient verbalized understanding of instructions

Assess areas involved:     **DISPOSITION**

Extremity: ☐ Upper ☐ Lower ☐ Right ☐ Left     Time released

Describe: Color: WNF     ☐ Condition on release: Stable / ambulatory

Toes Cold Better Foot

☒ Warmth   ☒ Tenderness   ☐ Swelling     ☐ Returned to housing unit Walked over to MD

☐ Deformity   ☒ Circulation   ☒ Sensation Numbness Can feel some touch     ☐ Housing reassignment to:

☒ ROM   Describe:     ☒ Referred for follow-up

  ☐ Physician clinic   ☐ RN clinic

Muscle: ☐ Atrophy ☐ Hypertrophy ☐ Weakness     ☐ Referred to higher level of care: (specify)

  ☐ Tremors

Gait / Stance (describe): Slight favoring of R     Person/time contacted:

Time/Mode of transfer:

**ASSESSMENT**     ERV contacted (time)

☒ Impaired physical mobility related to: Pain/Numbness     ERV arrived (time)

in B Leg

☐ Pain related to / evidenced:     Kathleen Powell RN

**PLAN**     Signature / Title

MD referral completed: (circle)   NO / YES If yes:

☒ STAT ( Positive urine dipstick and patient has signs and symptoms consistent with a UTI; alterations in circulation or sensation, new deformity or discoloration, or patient appears ill or has history of fever, chills, headache, nausea, vomiting, or diarrhea; severe muscle

ENCOUNTER FORM: MUSCULOSKELETAL COMPLAINTS (NON-TRAUMATIC     8/05
CDC XXXX

Chart + Pt. taken Back to clinic for MD to See Stat

| DATE | TIME | |
|------|------|---|
| 11/3/02 | 1430 | #1 Chronic Pt Both to CPE Team |
| | | Recent Sx Pending |

#2- Taking Tuc #3 īī TID & īī QHS
Discussed with Patient re Tolerance to
opiates + Being on too much Tuc's
Fn too long. Pt was already 6x
that Tuc's. Reduces and understands!

#3- Mild Anemia - Hct 38 in 8/02
Anemia Bnel ⊖ stools ⊖
Discussed c̄ Pt & Decmstin +
UA Plan to bowel Control source of
Anemia Found

O- NAD
Rt shoulder - Tenderness anterior Pt
Good muscular Cannot lift arm above
90° Probably. ABd- bent

A- See Problem List above

P ↓ Tuc #3 īī BID X 45 days.
Then will slowly Reduce Further.
See order sheet. Repeat CBC
MD F/u 30 days
Chronos for low bunk + ↑ soft stool
+ ↑ opiate + work restrictions renewed

MARVIN ROSS, M.D.
DEA # AR5609148
LIC # G43698

| INSTITUTION | HOUSING UNIT | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|-------------|--------------|---|
| CCI | | Raynard Hill H 43428 |

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

00107

MD
№ 623012

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty**

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|------|------------|---------|
| HILL, R. B. | H43428 | 2-822LOW |

| PATIENT SIGNATURE | DATE |
|-------------------|------|
| Raymond B Hill | 10-20-07 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I'm a Chronic Care patient waiting for a L1 Shoulder Surgery for the last year. For this time, I've been wear T3's for the pain, where now pain has increased due to weather and medication becoming ineffective. Could you please hurry up with the Surgery. Thank You.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM.*

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | | Received by: | Jim Settles RN |
|---|---|---|---|
| Date / Time Reviewed by RN: 10/21/07 0839 | | Reviewed by: | |

S:    Pain Scale:  1  2  3  4  5  6  7  8  9  10

O:    11-30 MD    BP:    WEIGHT:

A:

P:    ☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

California Department of Corrections      Health Care Services Division

Inst: _C.C.S_     **Encounter Form: URI / Rhinitis / Pharyngitis**

Name: _H.ll, Reynard_   CDC# _H4378_ DOB _3-10-60_ Date/Time _11/27/07 1300_

Fill in the blanks and check all that apply

## SUBJECTIVE:

Chief Complaint: "_Allergies_"

Date and time of onset: _0  Chronic_

Pain: Scale of 0-10 (0=no pain 10=worst pain): _10/10_

Area of pain: _Right Shoulder /not related_

Quality of pain: _Sharp   to allergy_

What makes it better? _T3's_

History of prior pain / duration: "_Need Surgery_"

☐ Cough  Sputum (circle) YES/NO If yes:
(describe) _____

☐ Clear ☐ Yellow ☐ Green ☐ Blood-tinged

☐ Other : _____

☑ Sneezing/nasal congestion ☑ Seasonal allergy

☐ Itchy palate/throat ☐ Stiff neck ☐ Muscular aches

☐ Tender maxillary/frontal sinus ☐ Deviated uvula

☐ Fever/chills ☐ Chest congestion ☐ Headache

☐ Shortness of breath ☐ Loss of taste / smell

☐ Watery eyes ☐ Earache ☐ Sore/swollen throat

☐ Exposed to others with similar symptoms

☑ Nasal discharge: ☑ Clear ☐ Purulent

History of: ☐ TB Disease ☐ Recent TB exposure

☑ Asthma ☐ COPD ☐ Bronchitis ☐ Smoker

☐ Diabetes ☐ HIV infection

Allergies: _NKDA_

Current medications: _Inhalers , CTM (Ran out)_
_T3's (Expired )_

## OBJECTIVE:

☑ Awake, alert, oriented to person, place, time

VS: Temp _97_ Pulse _87_ Resp _18_ BP _175/110_

Peak Flow ___ O2 Sat _98 % rm_   _Referred to Dr Clark_

Eyes: ☑ Clear ☐ Watery ☐ Red

Tympanic membrane: ☑ Normal ☐ Red

☐ Bulging ☐ Retracted ☐ Drainage
(describe)

Nose: ☐ Clear ☑ Congested

☑ Drainage: ☑ Clear ☐ Purulent

Throat: ☐ Red ☐ Enlarged tonsils ☐ Exudate _wnl_

Neck: ☐ Stiff ☐ Adenopathy ☐ Enlarged lymph nodes _wnl_

Lungs Fields: ☑ Clear ☐ Crackles ☐ Wheezes

☐ Diminished breath sounds ☐ Abnormal (describe / location)

## ASSESSMENT:

☑ Ineffective breathing pattern as evidenced by/related to: _Nasal Congestion per inmate_

☐ Risk for bacterial infection as evidenced by/related to: _____

## PLAN:

MD referral completed: (circle) YES / NO If yes:
☐ STAT ☐ Urgent ☐ Routine

ENCOUNTER FORM: URI / RHINITIS / PHARYNGITIS
CDC XXXX

---

(Refer to MD STAT for severe sore throat, difficulty breathing, fever > 101.5 F., stiff neck, severe headache, or confusion, purulent nasal discharge).

Physician notified (name / time) _Clark_

Physician Responded (time) _____

## ALLERGIC RHINITIS

☐ ChlorTrimeton 4mg 1 tab PO Q4-6 hrs PRN congestion while symptoms persist; not to exceed 6 PO tabs in 24 hrs

☐ Antihistamine Nasal Decongestant 1 tab PO Q4-6 hrs PRN nasal congestion while symptoms persist; not to exceed 12 tablets in 24 hrs

## VIRAL RHINITIS

☐ Acetaminophen 325mg 2 tabs PO Q4-6 hours PRN pain while symptoms persist; not to exceed 12 tabs in 24 hours

☐ Antihistamine Nasal Decongestant PO 1 tab PO Q4-6 hrs PRN nasal congestion while symptoms persist; not to exceed 12 tablets in 24 hours

☐ Guaifenesin Ext Release 600mg tabs PO 1-2 tabs Q12 hrs PRN cough while symptoms persist; not to exceed 4 tab/24 hrs

☐ Sugar free cough lozenges or Cough Lozenges: one drop to dissolve in mouth Q2hrs PRN cough/sore throat while symptoms persist

☑ Warm salt water gargles PRN. _Allergic/Rhinitis_

☑ Treatment given per RN Protocol: _Referred to Dr. Cl_

## EDUCATION:

Patient instructions: _P meds_   _B/P 178_ _T/C_

☑ Drink plenty of fluids

☑ Return to clinic in 3 days if no improvement

☐ Patient Health Care Education Forms given to patient: (specify) _____

☑ Resubmit a Health Care Service Request Form (CDC 7362) if purulent drainage; fever; sinus pain; difficulty breathing; or _____

☑ Patient verbalized understanding of instructions

## DISPOSITION:

Time released _11-27-08  1530_

☑ Condition on release: _Stable  ambulatory_

☑ Returned to housing unit

☐ Housing reassignment to: _____

☑ Referred for follow-up _11-30-07_
☑ Physician clinic ☐ RN clinic

☐ Referred to higher level of care: (specify) _____

Person/time contacted: _____

Time/Mode of transfer: _____

ERV contacted (time) _____

ERV arrived at TTA _____

_____
Signature / Title

8/05

_1515 - 1st dose HCTC given by RN,_
_BP 11/28/07 - Inmate denies S/S_
_on he signed out,_

00109

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

NAME: *HILD, R.B.*    CDC NUMBER: *H43428*    HOUSING: *2-82 Low*

PATIENT SIGNATURE: *Maynard B Hild*    DATE: *11-21-07*

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) *Cronic Care Monication T3 for Pre-Surgery RT Rotator Cuff Repair expires on 11-23-07. Fill out CDC 7362 for refill over 10 Day Also. Pain is tolerable with T3s, and will become extreme pain without. Was told by nurse "No Refill", by Dr Kern, Also an Asthmatic, need inhalers, sinus meds, need see Doctor!*

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM *Blood Pressure is High "Headackes"*

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: *11/22/07   0724* | Received by: *S Burgek* |
|---|---|
| Date / Time Reviewed by RN: *11/22/07   0724* | Reviewed by: *S Burgek* |

S: *I'm pre surgery for my Right shoulder c/o — Denies sob. at this time.*    Pain Scale: 1 2 3 4 5 ⑥ 7 8 9 10

O: T: *98°*  P: *87*  R: *18*  BP: *175/110*  WEIGHT:
*ROM to Right shoulder ↓. CMS intact. Cap refill < 2 sec.*
*Lungs clear. Sat 98% R/A.*

A: *Pain 6/10 on scale 1-10 for right shoulder pain per inmate.*

P: *Referred to Dr Clark*

☐ See Nursing Encounter Form

E: *Inmate aware Flu appt c MD 11-30-07*
*7362 as needed for medical needs*
*Inhaler + T3 refill tonight at pill line ———×*

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |

PRINT / STAMP NAME: *S Burge R*    SIGNATURE / TITLE: *S Burge R*    DATE/TIME COMPLETED: *11/27/07  1450*

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

*MD - 11-30-07*

| DATE | TIME | |
|------|------|---|
| 10/29/07 | 0900 | OVHR + telemed phy and procedures reading done 7362 now. Out rec'd of order Standay. Seen by Dr Lewis - no telemed ortho pexam, recerp dictation to follow. *[signature]* |
| 11/20/07 | 2000 | I/m at clinic door stating he wants his BP Reviewed - Per Dr. Gfnu I/m to be on MD line to be assessed. I/m turning angry + aggressive stating I need my blood pressure pills Reviewed - I/m is not on BP Meds - I/m stating "This won't work I need my T3" - I/m Instructed to fill out a 7362 if condition worsens. ✓ *[signature]* Evins, LVN |
| 12/5/07 | | CbC drawn |

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRT

Hill,
Raynard
H43428

00111

№ 653440

*E.Kleinx*

STATE OF CALIFORNIA
7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☒ |
|---|---|---|---|---|

NAME: HILL, RAYNARD B.    CDC NUMBER: H43428    HOUSING: 2-82 Low

PATIENT SIGNATURE: *Raynard B. Hill*    DATE: 9-20-07

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)  Need refill on (13) Elena w/ Codiene which expires on 9/27/07. Also need to see Doctor due to 13's becoming less effective due to long term use, headache is active.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: 9/21/07   0845 | Received by: *illegible* |
|---|---|
| Date / Time Reviewed by RN: 9/21/07 | Reviewed by: *illegible* |

S:    Pain Scale:  1  2  3  4  5  6  7  8  9  10

O:  T:    P:    R:    BP:    WEIGHT:

A:  *Den 7/24*

P:  *Schedule for M.D line*

☐ See Nursing Encounter Form

E:  *for M.D line 9/21/07*

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

00112

| DATE | TIME | |
|------|------|---|
| 04/07 0900 | | Blood drawn for HIV, Hep, Anemia, FOBT x3 Cards given -xp |
| 1/25 | 8 AM | 47 y o B/M c̄ ® shoulder pain. Has confirmatory S MRI. Pt according to Pam Davis has a teleultrim appt. scheduled new Sam & they will discuss his options. Pt has been taking T #3 and needs refills. Today pt just for refill of #3. Denies HA, dizzy, SOB, chest pain, palpitation, edema. Seen 8/2/5 fullexam. |
| | O | 1.59/87   71   257   5'10 |
| | P | Will renew Tyl #3 x 1 month + schedule back to renew BP. Tele visits upcoming. |
| | E | Resumed FPN SVM. Pt _____ wants further BP reading. We'll line start medications. Told he his BP. He is not convinced to take meds now but will not sign refusal. |

INSTITUTION                    HOUSING UNIT

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Hill
H43428
3/28/60

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

*URGENT!!*

MD

15144

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**

DEPART. OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

*If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.*

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

NAME: Hill, Raynard B.    CDC NUMBER: H43468    HOUSING: 2-18 Low

PATIENT SIGNATURE: Raynard B Hill    DATE: 8-22-7

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long Have Had The Problem) I'm taking Correg Meds T.3. 14 every /Codeine And expires 8-3-07. Need to see Doctor for renewal of T.3 Prescription before expires. (9/3/07)

Rec. 8/29/07

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | Received by: |
|---|---|
| Date / Time Reviewed by RN: | Reviewed by: |

Pain Scale: 1  2  3  4  5  6  7  8  9  10

S: Resolved Currently has good order X 9-27-07

O:  T:    P:    R:    BP:    WEIGHT:

A: 8/23/07 Per scheduler Inmate to be directed

P: to MDE for renewal of T3's
☐ See Nursing Encounter Form    and has pending MRI & ortho Consult
T. Farnsworth RN

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

CDC 7362 (Rev. 03/04)    Original – Unit Health Record    Yellow – Inmate (if copayment applicable)    Pink – Inmate Trust Office (if copayment applicable)    Gold – Inmate

00114

(MD)

544730

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT.

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL ☒   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☒

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Hill R.B | H43428 | 2-81 Low |

| PATIENT SIGNATURE | DATE |
|---|---|
| Raymond B Hill | 7-7-07 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES (Describe Your Health Problem And How Long You Have Had
The Problem) I. NEED TO SEE DOCTOR CONCERNING PAIN
MEDICATION THAT NEED TO BE INCREAED, AND WILL
EXPIRE ON 7/14/07, ~~PLAIN LENZAPINE AND~~ ~~Oxycarbazepine~~
~~ODPAMINE AND~~ ~~CARBAMAZEPINE~~ ~~ORPPAN~~ ~~I~~ I'm TAKING T-35 NOW!!

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON
BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: 7-8-07  8:20 | Received by: |
|---|---|
| Date / Time Reviewed by RN: 7-8-07  8:30 | Reviewed by: |

S:                                    Pain Scale:  1  2  3  4  5  6  7  8  9  10

seen
8-6-07

O:   T:      P:      R:      BP:      WEIGHT:

A:

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |

| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |
|---|---|---|---|

CDC 7362 (Rev. 03/04)   Original – Unit Health Record   Yellow – Inmate (if copayment applicable)   Pink – Inmate Trust Office (if copayment applicable)   Gold - Inmate