563527

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

(MD)

**HEALTH CARE SERVICES REQUEST FORM**

DEPARTMENT OF CORRECTIONS

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☒

NAME Hill, R.B                CDC NUMBER H43428            HOUSING 2-81 Low

PATIENT SIGNATURE *Raymond B Hill*        DATE 2/26/07

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) My Meds ( 3-14)end w/ Cupiene will expire on 8/3/07, for the last two refills ( after putting in these Request for Refills, I havent been called in for Dr's One before meds expire. I'm pro-surgery and need my pain pills for my Shoulder

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.) |

| PART II:  TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE | | |
|---|---|---|
| Date / Time Received: 7-27-07 | Received by: | |
| Date / Time Reviewed by RN: 7-27-07  09/T | Reviewed by: | |
| S: | Pain Scale:  1  2  3  4  5  6  7  8  9  10 | |
| | | |
| | | |
| | | |
| | | |
| O:    T:        P:        R:        BP:            WEIGHT: | | |
| | | |
| | | |
| A: | | |
| P: | | |
| ☐ See Nursing Encounter Form | | |
| | Sur 8/3 | |
| E: | | |
| | | |
| | | |

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

*ma*

9/19  563413

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL ☒   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

| NAME: *Hile, R. B* | CDC NUMBER *H93428* | HOUSING *2-81L* |
|---|---|---|
| PATIENT SIGNATURE *Raymond B. Hile* | | DATE *7-11-07* |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

*I would like an HIV and other sexual desease test*

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | Received by: |
|---|---|
| Date / Time Reviewed by RN: *7/12/07 CRB* | Reviewed by: |

S:                                          Pain Scale:   1  2  3  4  5  6  7  8  9  10

O:    T:        P:        R:        BP:          WEIGHT:

A:

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

00117

STATE OF CALIFORNIA

## PRIMARY CARE FLOW SHEET

DEPARTMENT OF CORRECTIONS

| Date of Visit | 6-14-0 | 6/15/02 | 7/20/0 | 8-27-01 | 9-24-01 | | |
|---|---|---|---|---|---|---|---|
| **Enter values** | | | | | | | |
| Temp., Pulse, Resp. | | 99 90 18 | 98 74 18 | 98 69 16 | 99 74 16 | | |
| Blood Pressure | 139/86 | 137/85 | 140/86 | 154/93 | 162/90 | | |
| Weight | BP✓ | 255 | 254 | 253 | 255 | | |
| Peak Flow | | | | | | | |
| **Enter Normal or Abnormal** | | | | | | | |
| *EKG | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *CXR | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| **Enter values** | | | | | | | |
| *Hgb/Hct | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Hgb A1c | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Fasting LDL/HDL | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Cholesterol/Triglycerides | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Urinalysis | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *AST/ALT | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *HCV Viral Load | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *HIV Viral Load | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *CD-4 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Fasting Blood Sugar | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Urine Microalbumin | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Drug Level | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| **Enter date of procedure. If patient refused, enter "Refused"** | | | | | | | |
| *PAP Smear | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *FOBT/Guaiac | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Eye Exam | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Mammogram | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Influenza Vaccine | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Pneumococcal Vaccine | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Tetanus Toxoid | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Hepatitis A Vaccine | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Hepatitis B Vaccine | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Clinic RN/MTA | SBarker | Dill | Mir | SBarker LVN | SBarker | | |
| Clinic Provider | | | | | MIIWan | | |
| ALLERGIES: | | | | | | | |

* If the provider orders a procedure to be completed after the current visit,
  check the box under the date of the visit that the procedure was ordered. On
  the next visit, review the chart and document any pending results under the
  date of the visit that the procedure was ordered.

| Consults: | Chronos: |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

CDC 7392 (11/02)
**PRIMARY CARE FLOW SHEET**

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

H.11

H43428

| DATE | TIME | | |
|------|------|---|---|
| 9/24/7 | S 8:30 | S | 47 y/o who had rotator cuff injury surgery in 2000. Re-injured shoulder and is now awaiting surgical repair for a 2nd time. Had MRI done last week. Missed telemed appt in Sept and will be seen by Dr Burns or Dr Smith in Oct 07. Pain persists and pt needs refills of medication Tyl#3 & Ibuprofen. Can't lift arm alone. Shoulder because of pain & popping. Worsened since re-injury in 200?. Denies med H/O for asthma. On albuterol + Flovent inhalers. Only surgery was rotator cuff in 2000. No psych hx. NKDA. Requested Hep + HIV testing. Protected sex on streets. 2 yrs ago. No tattoos a 11/30. Add no H/O dyspnea, SOB, chest pain, palpitations or edema. |
| | | O | 162/90  74 16 97.4  255  5'11"  75 lbs overweight. Fundi - unremarkable. PERRL bilat. Neck - Supple. No thyromegaly. Chest - bec wheezes diffusely. Thoron't PFM 660 Reg rhythm s to (murmur) Abd soft obese NT. No m/o BS nl. No cvat. Extr - No C.C.E. Surgical scar ® shoulder. Limitation of movement rotator - elevation + external < 90° Abduction ~ 90° c pain w/all field. |
| | | A | Rotator cuff tear ® shoulder. Asthma / High blood pressure / Anemia by H. |
| | | P | Pt refuses antihypertensive meds. To be rescheduled for telemed. Awaiting MRI done on 9/13 or 9/14/07. |
| | | E | Discussed c pt lifestyle modif + diet. See orders dated 9/24/7. Lab has no record of 8/01/7 anemia w/u. |

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Hill
H43428

| DATE | TIME | |
|------|------|---|
| 12/7/07 | 1133 am | Int. Medicine – note |

Here for refills
Has rotator cuff tear
Doesn't need albuterol everyday — usually ↑
when he exercises – see CC program note
for full exam                          J. French

INSTITUTION                HOUSING UNIT

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Hill
H43428

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

00120

List Chronic Diseases:

(1) Asthma  (2) Chronic Shoulder pain  (3) Anemia

HISTORY: (Attach a progress note form, if needed, to provide a more complete history.)  See orders
Current medications (if no pharmacy profile attached) and adherence since last visit:

_____  RN SIGNATURE

Complaints/Problems: (Discuss in space provided) None

CV / Hypertension: Chest Pain: ☐ Yes ☒ No   SOB: ☐ Yes ☒ No

Asthma: # attacks since last visit?  Ø
# short acting beta agonist canisters in last month:  1
# visits to ETA for asthma since last visit:  1
# times awakening with asthma symptoms per week:  1-2

Additional History: _____

Diabetes Mellitus: # of hypoglycemic reactions since last visit:  N/A  N/A

Seizure Disorder: # seizures since last visit:  N/A

Discussion: Found to have anemia Hg 12.7
Denies hematuria, bloody stool
or other symptom.

CCP compliance (e.g. diet, exercise, medications):  Compliant c̄ meds

EXAM: HEENT/Neck:

Heart: RRR

Lungs: Bilateral mild wheezes

Abdomen: NABS, soft, obese

Extremities/Pulses: ⊕ pulses ⊖ edema

Rectal:  Realc # evo
Neurological:  O2 Sat 96%  350/350/429
Other (specify):  Predicted shmid
be: 587.

ASSESSMENT: Diagnoses:

1. Asthma – mild persistent
2. Anemia – needs w/u
3. Rotator cuff damage

Comments on BP or Glucose Monitoring:

| | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|
| | G | F | P | NA | I | S | W | NA |
| 1. | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 2. | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 3. | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

PLAN:
Medications: Refill meds
Diagnostics: → CBC, Ferritin, Iron, TIBC, HO x3 (stool); Colonoscopy
Labs:

Monitoring: ☐ BP / Frequency: _____   ☐ Glucose / Frequency: _____   ☒ Peak flow  ☐ Other:
( X day / week / month)   ( X day / week / month)  @ home

Education provided: ☐ Nutrition  ☐ Exercise  ☐ Smoking  ☒ Test Results  ☒ Medication Management
☐ Other (specify):  → MD line Au 30d re'

Referral: ☐ Specialist (indicate type): _____   ☐ Other Chronic Care Program

Interval to next visit: ☒ 90 Days CCP   ☐ 30 Days   ☒ Other 30 Days   ☐ Discharge from CCP (specify):

PROVIDER SIGNATURE  _____  DATE  8/27/07
INSTITUTION  CCI LII

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH
Hill, Raymond
H43428

**CHRONIC CARE**
**FOLLOW-UP VISIT**

CDC 7402 (03/03)
STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS

00121

| | TIME | |
|---|---|---|
| 7/11/07 | | [illegible handwritten progress notes] |

7/11/07

@ 67 yo ♂ DM ♂ Hep  ORIF (staples in shoulder)
c/o B/L pain in Balls of feet (sesamoids
sore), T/O. orthotics helped
c/o Head feel pain RLL, occ, ⊕IAP
On Tyl #3 for shoulder. ⊕65 [illegible]
⊕ B/L pt flexed 1st [illegible] c pop sesamoids B/L
antalgic gait
peroneal pain ® [illegible] leg on exam
No major pt [illegible] pain
Ⓐ sesamoiditis
peroneal soreness
Ⓟ [illegible] good to 3/4 length insoles
Pt to take [illegible] Motrin TID
F/u 6wk
T [illegible]

| 8/3/07 | 1557 | Here for refill T3, Cast [illegible] + surgery still |
| | | pending refill x30 days Per Dr [illegible] |

F. RUNYAN, PA-C

| 8-22-07 | | [illegible] Review done [illegible] |
| 8-23-07 | | IM to be seen by MDE — urgent [illegible] |

| INSTITUTION | HOUSING UNIT | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| | | Hill, Raynard |
| | | H43428 |

**INTERDISCIPLINARY PROGRESS NOTES**

7230 (Rev 04/03)
[STATE] OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

00122

554838

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

NAME: Hill, Roynard

CDC NUMBER: H43428

HOUSING:

PATIENT SIGNATURE: *Roynard Hill*

DATE: 7-11-07

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem): Podiatry app.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☒ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | Received by: |
|---|---|
| Date / Time Reviewed by RN: | Reviewed by: |

S:                     Pain Scale:  1  2  3  4  5  6  7  8  9  10

O:    T:        P:        R:        BP:        WEIGHT:

**See Nursing Encounter Form**

I/M seen by POD

| EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☒ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|
| ...MENT ...ED AS: | | |
| ...D TO PCP: ...BY | DATE OF APPOINTMENT: 7-11-07 | |
| | NAME OF INSTITUTION | |
| ...P NAME: SILL | SIGNATURE / TITLE | DATE/TIME COMPLETED: 7-11-07 |

(Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

00123

*M D*

№ 585510

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME Hill R.B | CDC NUMBER H43428 | HOUSING 2-81 Low |
|---|---|---|
| PATIENT SIGNATURE *Raymond B. Hill* | | DATE 6-7-07 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)  I NEED RENEWAL of PAIN MEDICATION WHICH EXPIRES on THE 15TH (T3s), ALLERGY PILLS, ASTHMA INHALERS.

RENEWAL of CRONOS & LOWER BUNK DUE TO SHOULDER
EXPIRES SOON!!    SOFT/TENNIS SHOE

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | Received by: |  |
|---|---|---|
| Date / Time Reviewed by RN: 06/08/07  0702 | Reviewed by: | Jim Settles RN |

S:                        Pain Scale:    1    2    3    4    5    6    7    8    9    10

O:    T:    P:    R:    BP:    WEIGHT:

A:

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

**CDC 7362 (Rev. 03/04)**    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

*EMERGENCY PER MTA*
*(MD?)*

545293

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:  MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☒

| NAME | CDC NUMBER | HOUSING |
|------|-----------|---------|
| Hill, R B | H43428 | Unit II § 2-81L |

PATIENT SIGNATURE *Raymond B Hill*      DATE 6-13-07

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)  *Put in a Health Care Service Request form for a Refill of my medication. Im on Control medication & MTA said meds end on 6-15-07. I put Request in last week or more, and have not seen Doctor for Refill. I take T3's for Pre-Surgery of RT shoulder.            Thank you*

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM.

*Done 4K*

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | Received by: |
|---|---|
| Date / Time Reviewed by RN: | Reviewed by: |

S:                                    Pain Scale:  1  2  3  4  5  6  7  8  9  10

O:   T:         P:         R:         BP:         WEIGHT:

A:

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

CDC 7362 (Rev. 03/04)    Original – Unit Health Record    Yellow – Inmate (if copayment applicable)    Pink – Inmate Trust Office (if copayment applicable)    Gold – Inmate

**List Chronic Diseases:**

| (1) asthma | (2) | (3) |

**HISTORY:** (Attach a progress note form, if needed, to provide a more complete history.)
Current medications *(if no pharmacy profile attached)* and adherence since last visit:

albuterol inhaler          albuterol          Mytrin
C T M          Robrex

_____ RN SIGNATURE

**Complaints/Problems:** (Discuss in space provided)

CV / Hypertension: Chest Pain: ☐ Yes ☐ No   SOB: ☐ Yes ☐ No   Diabetes Mellitus: # of hypoglycemic reactions since last visit: _____

Asthma: # attacks since last visit? _____   Seizure Disorder: # seizures since last visit: _____
  # short acting beta agonist canisters in last month: 2-3 x wk.   Discussion: _____
  # visits to ETA for asthma since last visit: _____
  # times awakening with asthma symptoms per week: _____

Additional History: _____

**CCP compliance** *(e.g. diet, exercise, medications):* _____

**EXAM: HEENT/Neck:** nad         **Rectal:** CBC rate diff drawn

**Heart:** reg         **Neurological:**

**Lungs:** clear         **Other** (specify):

**Abdomen:** nt

**Extremities/Pulses:**

**Comments on BP or Glucose Monitoring:**

**ASSESSMENT:** Diagnoses

| | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|
| | G | F | P | NA | I | S | W | NA |
| 1. asthma | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 2. rotor cuff ten | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 3. | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**PLAN:**

**Medications:** refill all Rx

**Diagnostics:**

**Labs:** CBC

**Monitoring:** ☐ BP / Frequency: _____ ☐ Glucose / Frequency: _____ ☐ Peak flow ☐ Other:
  ( X day / week / month)   ( X day / week / month)

**Education provided:** ☐ Nutrition ☐ Exercise ☐ Smoking ☐ Test Results ☐ Medication Management
☐ Other (specify):

**Referral:** ☐ Specialist (indicate type): _____   ☐ Other Chronic Care Program

**Interval to next visit:** ☒ 90 Days   ☐ 30 Days   ☐ Other _____ Days   ☐ Discharge from CCP (specify):

| PROVIDER SIGNATURE | DATE 6/15/07 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
| INSTITUTION  C c I | | Hill, Raymond  H43428  3/10/60 |

**CHRONIC CARE
FOLLOW-UP VISIT**

CDC 7402 (03/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

00126

California Department of Corrections                    Health Care Services Division

Inst: _CA_

**Encounter Form: Wound Care**

Name: _Hill, R_    CDC#: _H43428_    DOB: _3/10/(a)_    Date/Time: _d/3/07 8._

Fill in the blanks and check all that apply

**SUBJECTIVE:**

Chief Complaint: _Slidon gravel_ L/R

Date and time of injury: _12/07_

Precipitating event: _Slip & feet_

Pain: Scale of 0-10 (0=no pain 10=worst pain)
  Area of pain: _R calf_    _Burning_
  Quality of pain: _L 0_
  What makes it better/worse? ___
Associated injuries: ☐ Fractures ☐ Dislocations
  ☐ Weakness ☐ Paralysis ☐ Other: ___
  Describe: ___

Chronic Diseases: ☐ HIV ☐ Bleeding tendencies
  ☐ Peripheral Vascular Disease ☐ Diabetes
  ☐ Alcoholic Liver Disease ☐ Cancer
  ☐ Other ___ Describe: ___

Last Meal (Time/type) _6/13/07 lund._

Allergies: _NKA_

Current medications: _T/3 - shoulder_
_Pain_

Date of last tetanus: ___

**OBJECTIVE:**

☒ ABCs Present
☐ Awake, alert, oriented to person, place, time
VS: Temp _98_ Pulse _74_ Resp _10_ B/P _153/99_

Wound: (location size, depth, foreign body, contamination, swelling,)
_(R) calf_

Bleeding ☐ past ☐ current Describe:(location, amt, color) ___

CSM distal to the wound: (Area) _unl._

| Time | Color | Sensation | Movement | Strength |
|------|-------|-----------|----------|----------|
|      |       |           |          |          |
|      |       |           |          |          |
|      |       |           |          |          |
|      |       |           |          |          |

| Time | BP | Pulse | Resp. |
|------|----|----|----|
|      |    |       |       |
|      |    |       |       |
|      |    |       |       |
|      |    |       |       |

**ASSESSMENT:**

☐ Risk for infection evidenced by/related to: ___

☒ Impaired skin integrity evidenced by/related to: _(R) calf_ ___

**PLAN:**

MD referral completed: (circle) NO / YES If yes:

☐ STAT (Bite wounds, human or animal; puncture wounds to the feet; wounds containing foreign objects; contaminated wounds; lacerations involving the face, palms, soles of feet, joints, or genitals; superficial lacerations more than 6 hours old; and deep lacerations: avulsions)

  ☐ Urgent    ☐ Routine

  Physician called (name / time) ___

  Physician responded (time) ___

☐ Patient NPO
☐ Wound irrigated with 500 – 1000 ml Normal Saline until clear
☐ Affected area elevated
☐ Using a gauze sponge, continuous pressure applied to area to control bleeding
☐ Skin adjacent to wound cleaned with hibiclens
☒ Tetanus Prophylaxis given: ☒ Td ☐ TIG
  (amount/site)

**Abrasion**
  ☐ 4% lidocaine gel applied to abrasion on (location) ___ for pain before cleansing.
  ☒ Antimicrobial ointment applied to abrasion (specify) _Bactroban_
  ☒ Wound cleansed with sterile 4 x 4 soaked in normal saline solution.
  ☐ Wound left open and exposed to air.

**Avulsion**
  ☐ Soft tissue realigned over wound
  ☐ Wound covered with saline-soaked gauze and dry sterile 4x4s.

**Superficial laceration/Small open wound**
  ☐ Steri Strips applied to wound
  ☐ Dry sterile dressing applied to wound
  ☐ Instructed to keep extremity elevated for 24 hours.

**Puncture wound**
  ☐ Wood splinters removed before cleansing wound.
  Describe: ___

☒ Treatment given per RN Protocol: _wound_

_Nancy Atchison RN_
Signature/Title

**ENCOUNTER FORM: WOUND CARE**
**CDC XXXX**

Page 1 of 2

12/044

STATE OF CALIFORNIA

**PRIMARY CARE FLOW SHEET**

DEPARTMENT OF CORRECTIONS

| Date of Visit | 9-18-06 | 10-18-06 | 11-16-06 | 12-1-06 | 1/18/07 | 2-27-07 | 5/16/07 |
|---|---|---|---|---|---|---|---|
| | | | | | Enter values | | |
| Temp., Pulse, Resp. | 97° 82 16 | 97-83 -16 | 99-7 76 16 | 97.2 80 | 97.83 16 96 99 16 | | 97-70 18 |
| Blood Pressure | 134/85 | 129/80 | 140/94 | 151/98 | 139/90 | 137/86 | 129/86 |
| Weight | scale broken | 240 | 250 | 253 | 261 | 261 | 260 |
| Peak Flow | | | | | | 1 | |
| | | | | Enter "Normal" or "Abnormal" | | | |
| *EKG | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *CXR | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | | Enter values | | | |
| *Hgb/Hct | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Hgb A1c | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Fasting LDL/HDL | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Cholesterol/Triglycerides | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Urinalysis | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *AST/ALT | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *HCV Viral Load | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *HIV Viral Load | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *CD-4 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Fasting Blood Sugar | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Urine Microalbumin | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Drug Level | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | Enter date of procedure. If patient refused, enter "Refused." | | | | |
| *PAP Smear | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *FOBT/Guaiac | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Eye Exam | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Mammogram | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Influenza Vaccine | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Pneumococcal Vaccine | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Tetanus Toxoid | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Hepatitis A Vaccine | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| *Hepatitis B Vaccine | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Clinic RN/MTA | Gilles M | | Gillis | U. HLU Bettina | Gillis | | Bett |
| Clinic Provider | | | | | | | |

**ALLERGIES:**

* If the provider orders a procedure to be completed after the current visit,
  check the box under the date of the visit that the procedure was ordered. On
  the next visit, review the chart and document any pending results under the
  date of the visit that the procedure was ordered.

| Consults: | Chronos: |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

CDC 7392 (11/02)
PRIMARY CARE FLOW SHEET

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Hll
T43428

**California Department of Corrections**

Inst: _____

**Health Care Services Division**

Name: _HillR_    CDC#: _H43434_    DOB: _3/10/68_    Date/Time:: _6/3/07_

## Encounter Form: Wound Care

Fill in the blanks and check all that apply

**EDUCATION:**

Patient instructed in:

☒ Use of medication

☒ Wound care:

    ☐ Instructed to keep extremity elevated for 24 hours

    ☐ Watch for signs of infection including redness, warmth, fever, swelling, drainage, and increased pain. Notify health care staff if present

    ☐ Keep dressing clean and dry

    ☐ Dressing changes: _____

☒ Follow up in RN clinic in 3 days if not improved

☐ Other: _____

☐ Resubmit Health Care Service Request Form (CDC 7362) if redness, warmth, fever, swelling, drainage or increased pain at the wound site.

☐ Patient verbalized understanding of instructions

☐ Education deferred due to patient condition

**DISPOSITION**

Time released: _____

☐ Condition on release: _Stable_

☐ Returned to housing Unit

☐ Housing reassignment to: _____

☐ Referred for follow-up

    ☐ Physician clinic      ☐ RN clinic

☐ Referred to higher level of care: (specify) _____

Person/time contacted: _____

☐ Records faxed to facility

Time/Mode of transfer: _____

ERV contacted (time) _____

ERV arrived (time) _____

Additional Comments: _I/M given meds to FU in clinic in AM by RN to wound care. Referred changed (R) calf with no signs. I/M informed will (R) distress fever_

_Nancy Atchison_
Signature/Title

**ENCOUNTER FORM: WOUND CARE**
**CDC XXXX**

12/04

00129

| DATE | TIME | |
|------|------|---|
| 7/20/07 | 919 | Pt here for refill T3, low back crono. Durin review of chart it was revealed No RFS was placed for the arthroscopy. Chated c̄ outside referals & will get current MRI & request tetanf ortho. refol 2° over 6 w old. Refill crono. |
| | | _P. Runyan_ — P. RUNYAN, PA-C |

INSTITUTION          HOUSING UNIT

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Hill, Raymond
H 43428
3/10/60

| DATE | TIME | |
|------|------|---|

5-16-7  47.   Lab) 4-25-7 > 1 DL 150.5
TSH = N

To have arthroscopy of ® shoulder
Hx) rotator c. Surg OR → reinjured
'01 — Dr. Tate has seen him &
requested above.
C. C. Needs more pain cmmmgmt.
gets IBU only — Ant pain.
Radicular pain ⊘.

O) 129/81

A) ® Shoulder pain — Rot.
Cuff Surg in Past — Prob
Re-tear of RC.     LDL border

P) Start Tyl #3 TT TID until
we do his arthroscopy
↓ fats in diet
F/U - mo until procedure    [signature]

4/23/08  CBC Drawn. JCP

7/31/7   PT visit 4 pac mds, prn Tyl #3 TI F/U 7 mo n/d.
                                                    [signature]

| INSTITUTION | HOUSING UNIT | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|-------------|--------------|------------------------------------------------------|
| | | Hill R. H43428 |

## INTERDISCIPLINARY PROGRESS NOTES

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

**List Chronic Diseases:**

(1) Asthma    (2) Chronic (R) Shoulder Pain    (3)

**HISTORY of present illness:**

**Current symptoms, frequency and severity:**

PT c/o m/s Easton Exacerbation of chronic (R) shoulder pain

**Current medications** (*Describe adherence over last month*):    **Drug allergies:**

9 CA effuse opiate

**Past medical history** (*e.g. hospitalizations, serious illnesses*):    ☐ Non-Contributory

**Lifestyle factors** (*e.g. alcohol, tobacco, or drug use*):    ☐ Non-Contributory

Hx of Tobacco use 1995-2010

**Family history:**    ☐ Non-Contributory

(+) CAD DStw HP CA5G 56

| EXAMINATION | Peak flow: | VITAL SIGNS | Weight: | | Temp: | Pulse: | Resp: | BP: |
|---|---|---|---|---|---|---|---|---|

**HEENT/Neck:**    **Rectal:**

Perr, norm, cl WD

**Heart:**    **Neurological:**

RRR    N. f.o deft

**Lungs:**    **Other (specify):**

mild GW for wheezy q Peak expratal    Peripheral see c con R shell

**Abdomen:**

**Extremities/Pulses:**

C clubly

| ASSESSMENT: Diagnoses | DEGREE OF CONTROL: | G | F | P | NA |
|---|---|---|---|---|---|
| 1. Asthma _ Refill Meds | | ☒ | ☐ | ☐ | ☐ |
| 2. Chronic (R) shldr pa | Hx SW m-57 cortico | 2xful refs | ☐ | ☒ | ☐ | ☐ |
| 3. | | ☐ | ☐ | ☐ | ☐ |

**PLAN:**

**Medications:**    Refill Meds

q Aspirin 5, TID q Tyli-Enal

**Diagnostics:**

**Labs:** CBC, TSH, CMP, Fasting lipid panel, UA, PSA

**Education provided:** ☑ Nutrition  ☑ Exercise  ☑ Smoking  ☑ Medication Management  ☐ Other (specify):

**Referral:** ☐ Specialist (indicate type):    ☐ Other Chronic Care Program

**Interval to next visit:** ☑ 90 Days  ☐ 30 Days  ☐ Other ___ Days  ☐ Enroll in GMCCP

**PROVIDER SIGNATURE** Sohal Arora M.D    **DATE** 2/11/11

**INSTITUTION** CCI G

**CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH**

Hill, Raymond
H43428

# GENERAL MEDICINE CHRONIC CARE
# INTAKE EVALUATION

CDC 7396 (03/03)
STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS

| DATE | TIME | |
|------|------|--|
| 11-17-06 | 0830 | I'm Ducated in error — Per NP ma connel I'm has already been seen ____ _____ MTA |
| 2.27.07 | | Olson review approved.    M. Zolis, Psy. D. |
| 2.22.07 | | Olson Review done (SEHCP) |
| 4/05/07 | | 3/27/07 labs drawn ————    Clark, LVN |

| INSTITUTION | HOUSING UNIT | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|-------------|--------------|------------------------------------------------------|
| CCI | level II | Hill H-43428 |

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

00133

№ 617828

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☑    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

NAME _Hill, R. B_    CDC NUMBER _H43428_    HOUSING _2-81 Low_

PATIENT SIGNATURE _Raymond B. Hill_    DATE _1-11-07_

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) _Like an Olsen Review of Medical File_

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

Date / Time Received: _AN 0700 1/2/07_    Received by: _A Marsh RN_

Date / Time Reviewed by RN: /    Reviewed by: /

S:    Pain Scale:  1  2  3  4  5  6  7  8  9  10

_2-22-07    olsen review done B CHP?_
_2-22-07    copies (26) given B CHP?_

O:    T:    P:    R:    BP:    WEIGHT:

A:

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |

| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |
|---|---|---|---|

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

00134

*EMERGENCY*

545754

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
| --- |
| A fee of $5.00 may be charged to your trust account for each health care visit. |
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR:    MEDICAL ☑    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

NAME: Hill, R.B

CDC NUMBER: H43428

HOUSING: Fac 2 Dorm 2-812

PATIENT SIGNATURE: Raymond B Hill

DATE: 1-29-07

REASON YOU ARE REQUESTING HEALTH CARE SERVICES: (Describe Your Health Problem And How Long You Have Had The Problem) RT SHoulDER HAS BEEN in PAIN for YEARS. PAIN MeDICINeS DOeS NO GOOD. DoctoR's ORDER for ORTHoScopy IS NOT followED. AND SINCE TRANSfering HERE To CCI, in HIGHER ElleVation & EXTREMELY COLD TEMPERATURES. PAIN IN RT SHOULDER HAS INCREASED 10 fold, PLEASE HELP

NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
| --- |
| ☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.) |

| PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE |
| --- |

Date / Time Received: 1 30 07 0910    Received by:

Date / Time Reviewed by RN:    Reviewed by: Nancy Aitchison

S: I am having a lot Pain Scale: 1 2 3 4 5 6 7 8 9 10 of Pain in my (R) Shoulder. 8-9. It hurts so much more than that it is cold

O:    T:    P: 92    R: 20    BP: 153/80    WEIGHT: 259 — d/m grimaces in pain @ times c̄ Movement.

A: alteration in comfort R/t Pain

P: f/u c̄ NP for med. adjustment
☐ See Nursing Encounter Form

E: d/m to follow up on pill line in am formats — Motrin Naves

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
| --- | --- | --- | --- |

REFERRED TO PCP:    DATE OF APPOINTMENT:

COMPLETED BY: N Aitchison    NAME OF INSTITUTION: CCI

PRINT / STAMP NAME: Nancy Aitchison    SIGNATURE / TITLE: Nancy Aitchison    DATE/TIME COMPLETED: 1/30/07 13

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

00135



№ 624237

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**    DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☒

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Hill, R.B. | H43428 | 2-81 Low |

PATIENT SIGNATURE  *Raymond B. Hill*    DATE  12/26/06

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) *Pain in Rt Shoulder is Chronic and been Denied Medical Treatment after Doctor's Order Need Better Pain Medication!!*
*Tolnaftate Cr 1% 30 mg*
*Methocarbamol 750 mg Not Effective*

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM.*

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | 12/27/06 | Received by: | |
|---|---|---|---|
| Date / Time Reviewed by RN: | 0730 | Reviewed by: | |

S:    Pain Scale:  1  2  3  4  5  6  7  8  9  10

O:    T:    P:    R:    BP:    WEIGHT:

A:

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

*MD*                                    No.

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF COR...

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☒

NAME *Hill, R. B*    CDC NUMBER *H43428*    HOUSING *2-81 Low*

PATIENT SIGNATURE *Raynard B. Hill*    DATE *11/9/06*

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) *Need Refill of Pain / Relaxer Methacarbamol 75 mg. I Had QTY: 40 Start 10/18/06 Stop 11/07/06. This Medication Doesn't Eliminate Pain in Shoulder!!*

NOTE: *IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐  Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.) |

| PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE |
|---|

Date / Time Received: *11-10-06    0630*    Received by:

Date / Time Reviewed by RN: *11-10-06    0730*    Reviewed by: */N*

S:                                    Pain Scale:  1  2  3  4  5  6  7  8  9  10

O:    T:    P:    R:    BP:    WEIGHT:

A:

P: *Rx refill*

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE *P. Ruman, PA-C* | | DATE/TIME COMPLETED *1/18/07   1803* |

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

00137

MD

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

No 92933

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☒ |
|---|---|---|---|---|

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| HILL R.B | H43428 | 2-82 Low |

| PATIENT SIGNATURE | DATE |
|---|---|
| Raymond B Hill | 10-12-06 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) *Need Refill on Arthma Inhalers (2) Allergy pills & Need Something Stronger Than Ibruprofen for Shoulder Pain Which I'm suppose to have an scoperoscopy on Shoulder Which Pain is Cronic.!!*

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: 10/11/06 @ 1100 | Received by: C Maiblen |
|---|---|
| Date / Time Reviewed by RN: | Reviewed by: |

| S: | Pain Scale: 1 2 3 4 5 6 7 8 9 10 |
|---|---|

| O: | T: | P: | R: | BP: | WEIGHT: |
|---|---|---|---|---|---|

A:

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|

| REFERRED TO PCP: | DATE OF APPOINTMENT: |
|---|---|
| COMPLETED BY | NAME OF INSTITUTION |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|

CDC 7362 (Rev. 03/04)    Original – Unit Health Record    Yellow – Inmate (if copayment applicable)    Pink – Inmate Trust Office (if copayment applicable)    Gold – Inmate

00138

*MD*

№ 660559

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☒ |
|---|---|---|---|---|

NAME *Hall, R.B*   CDC NUMBER *H43428*   HOUSING *BCD 8-38 up*

PATIENT SIGNATURE *Raymond B Hill*   DATE *9/13/00*

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)  *I Need foot Ortho Renewal, (And Medication Refill) Follow-up Appointment*

*to MTA 9-14-00*

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT.

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: *9-14-00 @ 0845* | Received by: | |
|---|---|---|
| Date / Time Reviewed by RN: *9-14-00 @ 0845* | Reviewed by: | |

S:                                    Pain Scale:   1   2   3   4   5   6   7   8   9   10

O:   T:        P:        R:        BP:        WEIGHT

A:

P:
☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE *J McConnell FNP-c* | | DATE/TIME COMPLETED *10/18/06* |

CDC 7362 (Rev. 03/04)     Original - Unit Health Record     Yellow - Inmate (if copayment applicable)     Pink - Inmate Trust Office (if copayment applicable)     Gold - Inmate

00139

List Chronic Diseases:

(1) Asthma    (2) Rt Shoulder Pain    (3)

HISTORY of present illness: Dx Asthma 15 yrs ago

Dx Rt Shoulder Rotaton 200 Cuff @ 2000 q Re inserg 2001.

Current symptoms, frequency and severity: Last Asthma episode 5 months ago.

Current medications (Describe adherence over last month):    Drug allergies: NKDA

See MAR

Past medical history (e.g. hospitalizations, serious illnesses):    ☒ Non-Contributory

Lifestyle factors (e.g. alcohol, tobacco, or drug use):    ☐ Non-Contributory

Hx @ Smoker 1 PPD x 25 yrs,    Hx Drug

Family history:    ☐ Non-Contributory

Mother, Diab & CAD c Bypass

| EXAMINATION | Peak flow: | VITAL SIGNS | Weight: 247 | Temp: 97 | Pulse: 83 | Resp: 6 | BP: 129/80 |

HEENT/Neck: Normal Findings    Rectal: Deffered

Heart: S1 S2 heart sounds    Neurological: WNL

Lungs: CTAB c no adventitous sounds    Other (specify):

Abdomen: Soft, NON tender, Normoactive BS&y

Extremities/Pulses:

2+ c pedal

ASSESSMENT: Diagnoses

| | | DEGREE OF CONTROL: | G | F | P | NA |
|---|---|---|---|---|---|---|
| 1. | Asthma | | ☐ | ☐ | ☐ | ☐ |
| 2. | Rt shoulder Rotaton Cuff tear. | | ☐ | ☐ | ☐ | ☐ |
| 3. | | | ☐ | ☐ | ☐ | ☐ |

PLAN: Renew Rx. PT to continue Med

Medications:

Diagnostics:

Labs:

Education provided: ☒ Nutrition  ☒ Exercise  ☒ Smoking  ☒ Medication Management  ☒ Other (specify):
Peak Flow 600

Referral:    ☐ Specialist (indicate type):    ☐ Other Chronic Care Program

Interval to next visit: ☒ 90 Days    ☐ 30 Days    ☐ Other ____ Days    ☐ Enroll in GMCCP

| PROVIDER SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| J. McConnell, FNP.C | 10/18/06 | Hill |
| INSTITUTION  CCI II | | H. 43428 |

# GENERAL MEDICINE CHRONIC CARE
# INTAKE EVALUATION

CDC 7396 (03/03)
STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS

00140

| DATE | TIME | |
|------|------|---|
| 9-12-06 | New | Chart Screened CCI L II    TB code 22  .128c on. File. No current referrals or Appts pending. R. Sand whot en |
| 11-02-06 | 1030 | Chart Review completed for ortho telemed c UCD - Dr. Tanji to be done 11-03-06. CBetz |
| 11-03-06 | 0900 | Seen by telemed - UCD / Dr Tanji for ortho consult. Given telemed pt info - verb. understanding. 7362 prn. CBetz |
| 11-16-06 | 1205 | S- Requesting medication Refills. RTC From Ortho Consult. |
| | | O- WNM, AAOO, VSS. Clinically stable. Ortho report NOT available in chart @ this time. Lung cram c no adventitous sounds. |
| | | A- Shoulder pain - seen by ortho Asthma. |
| | | P- Renew Robaxin 750mg tabs po BID prn. RTC in 60 days. ——— J McConnell FNP. |

| INSTITUTION | HOUSING UNIT | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|-------------|--------------|---------------------------------------------------|
| | | Hill, Raymond  H 43478    3-10-60 |

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

| DATE | TIME | |
|---|---|---|
| 9/6/06 | | UHR reviewed. CDC form 7371 Completed for transfer ——— C. Brown |
| 9-18-06 | | New Arrival. From Soledad. |
| | | 1. Asthma |
| | | 2. (R) Shoulder. S/p Rotator cuff tear repair |
| | | — No other complaints — except allergy. |
| | | VS 132/85, 97.6, 82, 16 |
| | | (R) Shoulder scarred |
| | | Lungs WBC c few rhonchi [illegible] |
| | | [illegible] [illegible] [illegible] [illegible] |
| | | [illegible] [illegible] [illegible] [illegible] |
| | | [illegible] |
| | | A/P 1. Asthma continue [illegible] |
| | | 2. S/p repair Rotator cuff |
| | | — Ortho. [illegible] |
| | | RTC [illegible] |
| | | [signature] |

INSTITUTION: CTF

HOUSING UNIT: C

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Hill
H43478

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

| DATE | TIME | |
|------|------|---|
| | | ortho _____ |
| 8/28/06 | | Pt (c) _____ ) ) _____ for ( recurrent for POE chronic |
| | | He was released on 8/20/06 — surgery cancelled Because He did not _____ for pre-op. |
| | | He wants surgery done |
| | | I will need to coordinate c̄ Surgical team ( I need an _____ ) |
| | | F/u c̄ surgery once _____ |
| | | _____ |

INSTITUTION: CTFN  
HOUSING UNIT: LA 255L

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Hill
H43423

| DATE | TIME | |
|------|------|---|
| 8/18/06 | | 602-2 |
| | 1000 | (1) Tx Motrin 600mg ↓ 1/9/06 → 4/9/06 |
| | | MRI 11/29/05    5/3/06 → 11/3/06 |
| | | scheduled for arthroscopy |
| | | & repair Rotor Cuff 7/13/06 |
| | | Inmate requests to numb pain @ rt |
| | | shoulder @ schedule surgery |
| | | Assess: Granted referral for arthroscopy & |
| | | possible repairing Rotor Cuff |
| | | Tx c̄ Motrin 600 g̅ c̅ until 11/3/06 |
| | | |

INSTITUTION    HOUSING UNIT

**INTERDISCIPLINARY PROGRESS NOTES**

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Hill
H 43428

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

№ 510119

CALIFORNIA
(Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**

DEPARTMENT OF CORRECTIONS

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:     MEDICAL ☐     MENTAL HEALTH ☐     DENTAL ☐     MEDICATION REFILL ☒

NAME *HILL, R. B.*     CDC NUMBER *H43428*     HOUSING *LA-255 L*

PATIENT SIGNATURE *Raymond B. Hill*     DATE *4-16-06*

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) *I NEED RE-FILL of ASTHMA, ALLERGY, & PAIN MEDICATIONS.*
*① ALBUTEROL & AEROBID INHALERS       } NO RX*
*② CHLORPHENIRAMINE 4 mg TAB  &  ARTIFICIAL TEARS DROPS  }*
*③ IBRUPROFEN 600 mg TAB       EXP 4/11*

NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

| PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.) |

| PART II:  TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE |
|---|

Date / Time Received:     Received by:

Date / Time Reviewed by RN:     Reviewed by:

S:     Pain Scale:  1  2  3  4  5  6  7  8  9  10

O:  T: 97.6  P: 70  R: 18  BP: 114/84  WEIGHT: 247     *JBob Hill*

A:

P:

☐ **See Nursing Encounter Form**

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: *5-3* | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

CDC 7362 (Rev. 03/04)     Original - Unit Health Record     Yellow - Inmate (if copayment applicable)     Pink - Inmate Trust Office (if copayment applicable)     Gold - Inmate

| DATE | TIME | |
|------|------|---|
| 5/2/06 | | (Medical clear — N(A)) |
| | | (see 7362) |
| | | ⑤ W/o Bo- Asthma. Allergic |
| | | Rhinitis, Ch' Pain lt. |
| | | Shoulder |
| | | — Need Rx reviewed. |
| | | O— Lungs— clear, hear no |
| | | A ⊙  As Above |
| | | P ⊙  So |
| 7-13-06 | | URC approves Rotator Cuff repair By Dr- Pompan. |
| | | C. SINNA-00 |
| 8/18/06 | 1600 | "602" Inmate not seen - Called from yard |
| | | Seen by orthopedist 3/7/06 Dx ℞ 1600 |
| | | Rita Cuff tear Us Shap syndrome |
| | | —//— |

*I. Grewal, M.D.*
*Staff Physician and Surgeon*
*CTF Soledad*

| INSTITUTION | HOUSING UNIT |
|-------------|--------------|
| CTF N | LA 255 V |

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Hill
H43428

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

00146

1530477

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME Hill | CDC NUMBER H43428 | HOUSING HA 255 |
|---|---|---|
| PATIENT SIGNATURE | | DATE 4/30/06 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) _____ Need to renew Exp inhaler

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: 4/30/06 | Received by: |
|---|---|
| Date / Time Reviewed by RN: | Reviewed by: |

S: RTC prob.    pt request renewl    Pain Scale:  1  2  3  4  5  6  7  8  9  10
of Asthma inhaler. c/o Hasn't been ducated for some yet.

O:  T:      P:      R:      BP:        WEIGHT:

A:

P:
☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

00147

| DATE | TIME | |
|------|------|---|
| 3.9.06 | | Ortho consult c̄ Dr. _____ approved will UUC _____ |

INSTITUTION                HOUSING UNIT

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Hill

H 43428

## INTERDISCIPLINARY PROGRESS NOTES

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                DEPARTMENT OF CORRECTIONS

00148

| DATE | TIME | |
|------|------|---|
| 3/7/06 | | |

ortho

45 yo Black o' = injury
to rotator cuff 2000 — healed
by surgery, re-injury to rotator
2001 — points to biceps
tendon. 5 year of pain
not improved.

① persistent right pain

RE

① tender biceps tendon
① needs flat
② impingment sign
+15 in rotor
① crepitus

MRI ① ?? cuff tear recurrent
?? SLAP lesion

A/ s/p rotator cuff repair
5 year of pain
not responsive to exercise

Plan — ℗ shoulder arthroscopy
?? cuff / SLAP repair
☓ may not improve

| INSTITUTION | HOUSING UNIT | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|-------------|--------------|-----------------------------------------------------|
| CTF-N | LA-255L | Hill<br>HH3428 |

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

No. 102641

DEPARTMENT CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

NAME _Hill_    CDC NUMBER _H43428_    HOUSING _LA-253_

PATIENT SIGNATURE _____    DATE _11/9/06_

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) _____

_F/U Dr. Swaco_

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | Received by: |
|---|---|
| Date / Time Reviewed by RN: | Reviewed by: |

S:                          Pain Scale:   1   2   3   4   5   6   7   8   9   10

O:   T: _97.5_ P: _80_  R: _18_  BP: _130/80_  WEIGHT: _239 lbs_

A:

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: _1-9-6_ | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applic)    Gold - Inmate

00150

| DATE | TIME | |
|------|------|---|
| 1/9/06 | | S— (R) shoulder pain since 2001 |
| | | Shoulder repair Sep 2000. |
| | | Seen by Dr. P. & recom. MRI done. |
| | | /A— S/P Rotator Cuff Repair |
| | | (A) F/u w/ Dr. P. |

INSTITUTION CTF-N    HOUSING UNIT  LA-255

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

HILL
H43428

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

00151

№ 123561

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME Hill | CDC NUMBER H43428 | HOUSING LA 2552 |
|---|---|---|
| PATIENT SIGNATURE | | DATE 12/14/05 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) _follow up for (L) axillar wound_

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | Received by: |
|---|---|
| Date / Time Reviewed by RN: | Reviewed by: |

S:                                    Pain Scale:  1  2  3  4  5  6  7  8  9  10

O:    T: 99.2  P: 80    R: 18    BP: 140/82  WEIGHT: 243/60    12/14/05  0840

A:

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

00152

| DATE | TIME | |
|---|---|---|
| 12/14/05 | | F/u of D D ② |
| | | Axilla area |
| | | [illegible] w/ granulation |
| | | A/P [illegible] ② [illegible] |
| | | [illegible] |
| | | [signature] |

| INSTITUTION | HOUSING UNIT |
|---|---|
| CTF | LA-255L |

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Hill

H43428

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

№ 155003

STATE OF CALIFORNIA
IC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☑    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME HILL ROMARD | CDC NUMBER H43428 | HOUSING LA 255 L |
|---|---|---|

PATIENT SIGNATURE _____    DATE 12-2-0J

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) _____ Abses (L) Axilla

PASS ISSUED

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | Received by: |
|---|---|
| Date / Time Reviewed by RN: | Reviewed by: |

S:                                    Pain Scale:   1   2   3   4   5   6   7   8   9   10

O:   T: 98.1   P: 92   R: 16   BP: 128/81   WEIGHT: 235 lbs   [signature] 12/3/0?(?) 0850

A:

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|

| REFERRED TO PCP: | DATE OF APPOINTMENT: |
|---|---|
| COMPLETED BY | NAME OF INSTITUTION |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

No 161103

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:     MEDICAL ☒     MENTAL HEALTH ☐     DENTAL ☐     MEDICATION REFILL ☐

| NAME Hill | CDC NUMBER H43428 | HOUSING LA-255L |
|---|---|---|
| PATIENT SIGNATURE | | DATE 12-5-05 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES: (Describe Your Health Problem And How Long You Have Had The Problem)

Eye sty / wand liv

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM.

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | Received by: |
|---|---|
| Date / Time Reviewed by RN: | Reviewed by: |

**S:**   Pain Scale:   1   2   3   4   5   6   7   8   9   10

1140   12/5/05

**O:** T: 99   P: 84   R: 18   BP: 158/100   WEIGHT: 240#

**A:**

**P:**  ☐ **See Nursing Encounter Form**

**E:**

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |

| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |
|---|---|---|---|

CDC 7362 (Rev. 03/04)     Original - Unit Health Record     Yellow - Inmate (if copayment applicable)     Pink - Inmate Trust Office (if copayment applicable)     Gold - Inmate

00155

| DATE | TIME |
|------|------|
| 12/05 | 9:30 | Patient standing

(1) (L) axilla area ~ 4cm x 8cm fluctuating swelling
c erythema

TSE 1

(1) Abscess

(2) I+D done

H. Aung, M.D.
Physician & Surgeon
CTF - Soledad

INSTITUTION        HOUSING UNIT

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Hill

H43428

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

00156

№ 500172

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:   MEDICAL ☒   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

NAME _Hill, R. B._   CDC NUMBER _T43428_   HOUSING _LA-255L_

PATIENT SIGNATURE

DATE _11-25-05_

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) _I HAVE A STYE IN MY RT EYE_

_EMERGENCY!!_

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.) |

| PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE |
|---|

Date / Time Received: _12/2/05_     Received by: _mm_

Date / Time Reviewed by RN:     Reviewed by:

S: 45 y/o male presents c̄ watch c/o     Pain Scale:  1  2  3  4  5  6  7  8  9  (10)

painful lesion to (L) axilla x 4-5 days. Pain has increased over last 2 days.

∅ drainage yet.

O:  T: 98   P: 68   R:   BP: 140/100   WEIGHT:

5 x 3 cm indurated lg erythema

A:

P: ETA RN — to evaluate p̄ 1700 for cont.

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: _12-5_ | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

CDC 7362 (Rev. 03/04)     Original - Unit Health Record     Yellow - Inmate (if copayment applicable)     Pink - Inmate Trust Office (if copayment applicable)     Gold - Inmate

00157

№ 504911

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☒

NAME *Hilb, R.B*    CDC NUMBER *H43628*    HOUSING *LA-258 Low*

PATIENT SIGNATURE *Barnard B Hill*    DATE *11-17-05*

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) *I need Medication Refill Now, On Oct. 1 Sent in Refill Slip Last week, But on Lock Down*

*(3) Inhalers, (1) Allergy Pills, (1) Liquid Tears*

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | Received by: |
|---|---|
| Date / Time Reviewed by RN: | Reviewed by: |

S:                 Pain Scale:  1  2  3  4  5  6  7  8  9  10

O:    T:    P:    R:    BP:    WEIGHT

A:

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|

REFERRED TO PCP:          DATE OF APPOINTMENT: *12-5*

COMPLETED BY          NAME OF INSTITUTION

| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |
|---|---|---|---|

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

β

00158

№ 506233

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Hill, R. B. | H93428 | LA-255 Low |

PATIENT SIGNATURE: *Raymond B. Hill*    DATE: 11-13-05

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) R.T. SHOULDER IN EXTREME PAIN, WHICH YOU ARE AWARE OF, AND ANY PAIN MEDICATION GIVEN, IS NOT SUFFIENT WAS SCHEDULED FOR MRI ON JUNE 21, 2005, AND TO THIS DATE NO MRI OR ATTEMPT TO ELLIEVIATE PAIN!!

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| | | |
|---|---|---|
| Date / Time Received: | Received by: | |
| Date / Time Reviewed by RN: | Reviewed by: | |

S:    Pain Scale:  1  2  3  4  5  6  7  8  9  10

O:    T:    P:    R:    BP:    WEIGHT:

A:

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|
| | | |

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

B

00159

№ 504901

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**

DEPARTMENT OF CORRECTIONS

**PART I: TO BE COMPLETED BY THE PATIENT**

*A fee of $5.00 may be charged to your trust account for each health care visit.*

If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☒

NAME *Hill R.B.*    CDC NUMBER *H43428*    HOUSING *LA-255 L*

PATIENT SIGNATURE *Raynard B Hill*    DATE *8-11-05*

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) *(1) Need Asthma & Allergy Meds Renewed (2 inhalers, allergy pills & artificial tears,)*

*800 mg I Bruprophens ⓧ for pain in RT Shoulder*

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

**PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT**

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

**PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE**

| | |
|---|---|
| Date / Time Received: | Received by: |
| Date / Time Reviewed by RN: | Reviewed by: |

S:    Pain Scale:    1  2  3  4  5  6  7  8  9  10

O:  T: *99.4*  P: *78*  R: *16*  BP: *127/77*    WEIGHT: *235½*

*8-26-05*

*1055*

A:

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

*B*

| DATE | TIME | |
|---|---|---|
| 8/29/03 | | [illegible] |
| | | [illegible] |
| | | [illegible] |
| | | Pt – [illegible] |
| | | [illegible] |
| | | [illegible] |
| | | [illegible] |
| | | [illegible] (signature) |

INSTITUTION

HOUSING UNIT

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Hill
H43428

# INTERDISCIPLINARY PROGRESS NOTES

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

| DATE | TIME | |
|---|---|---|
| | | ortho [illegible] |
| 6/1/05 | | [illegible] to [illegible] of [illegible] |
| | | cuff repair 2000 [illegible] |
| | | [illegible] Dr. [illegible] |
| | | re-injury 2001 - painful |
| | | anterior (R) shoulder. |
| | | pain anterior near bicipital |
| | | tendon - chronic pain |
| | | |
| | | PE |
| | | (R) tender over bicipital |
| | | tendon 0° - 140° FF / |
| | | 0° - 130° abd |
| | | ER / IR 5/5 |
| | | (↑ pain) |
| | | (A) [illegible] |
| | | Hx - old cuff repair [illegible] |
| | | [illegible] (R) [illegible] [illegible] |
| | | repair [illegible] re-injury |
| | | Need MRI to re-[illegible] |
| | | Rec |
| | | (R) shoulder MRI |
| | | Rec [illegible] MRI |

| INSTITUTION | HOUSING UNIT | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| CTF N | LA-255L | Hill HH3428 |

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

| DATE | TIME | |
|------|------|---|
| 3-7-05 | | S) i) Renew beard chrono |
| | | ii) Shoulder pain |
| EPR 2009 | | H/o - Rotator cuff surgery 2000, Surg. 1999 or 2000. |
| | | - Another injury 2001. |
| | | O - Face - + PFB |
| | | Shoulders - (R) anterior scar |
| | | - (R) abduct 95° |
| | | - Distal NV intact / Motors equally strong. |
| | | A - DJD (R) shoulder |
| | | - Mild Persisting Asthma |
| | | - PFB |
| | | P) i) 5-0- |

CESAR SINNACO, M.D.
STAFF PHYSICIAN & SURGEON
CTF  SOLEDAD

| 4-4-05 | | F/u (R) shoulder. Original DOI - ~~Aug~~ Nov '00. |
| | | 9-11 |
| | | DO Surg. late 2000 |
| | | Another inj. - Nov. 2001 → XR (2002) - No △. |
| | | Says after Surgery - 75% Improvent in ROM |
| | | AT present, ROM about 50% compared to before Surg. |
| | | P) i) Will get Ortho. opinion. |

Cesar L. Sinnaco, M.D.
Physician and Surgeon, CTF

| INSTITUTION CTF | HOUSING UNIT LB-320U | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|

HILL

H - 43428.

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

00163

4/4/05

№ 187944

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:  MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☒

| NAME HILL, R.B. | CDC NUMBER H43428 | HOUSING 1A-255L |
|---|---|---|

PATIENT SIGNATURE *Raymond B Hill*     DATE 3-23-05

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) Would Like a Follow-up on X-rays Taken on 3-10-05 of RT Shoulder which was Re-injured on 11-17-01. Had a previous Rotator Cuff Surgery, And After Several Attempts to Get Treatment, injury has Been Disregarded, And now in Chronic Pain on Medication.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | Received by: |
|---|---|
| Date / Time Reviewed by RN: | Reviewed by: |

S:                          Pain Scale:  1  2  3  4  5  6  7  8  9  10

O:    T: 97    P: 60    R: 16    BP: 130|86    WEIGHT 231   J. Griffith 4-4-05

A:

P:
☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

CDC 7362 (Rev. 03/04)   Original - Unit Health Record    Yellow – Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

00164

3/7/05

№ 206182

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL ☐   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☒

| NAME Hill, R. B | CDC NUMBER H43428 | HOUSING LB-320 UP |
|---|---|---|

PATIENT SIGNATURE: *Raynard B Hill*

DATE 2-22-05

REASON YOU ARE REQUESTING HEALTHCARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I Need Refill of Asthma & Allergy Medication & Renewal of Standing Chrono exp 12-04 Medication: Albuterol & Aerobid Inhalers   I Thank You Chloropheniramine & Artificial Tears Shoulder Problems since 11-17-01

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM.*

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | Received by: |
|---|---|
| Date / Time Reviewed by RN: | Reviewed by: |

S:                        Pain Scale:   1   2   3   4   5   6   7   8   9   10

O: T: 98.6 P: 70   R: 18   BP: 154/72   WEIGHT: 232 lbs

*[signature]* RN 3/7/05  1850

A:

P:

☐ **See Nursing Encounter Form**

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

**CDC 7362 (Rev. 03/04)**   Original - Unit Health Record   Yellow – Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

00165

№ 21 8074

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty**

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☒ |
|---|---|---|---|---|

NAME: HILL, R.B.

CDC NUMBER: H43428

HOUSING: LB-304P

PATIENT SIGNATURE: Raymond B Nico

DATE: 12-1-04

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

I NEED A REFILL OF MY ASTHMA MEDICATION plus ALLERGY PILLS & TEARS EYE WASH.

# MEDICAL SHAVING CRONO RENEWAL expired 12-9-04

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

Date / Time Received: 12-20-04 730    Received by: ___

Date / Time Reviewed by RN: ___    Reviewed by: ___

S:    Pain Scale: 1  2  3  4  5  6  7  8  9  10

O:  T: 99.1  P: 85  R: 20  BP: 141/82  WEIGHT: 236

A:

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: 12-24-04 | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

| DATE | TIME | |
|------|------|---|
| 12/14/07 | | — Dx well — regret refusal of meds — |
| | | 3) Not done NS side |
| | | — A/P medically stat — refused meds |
| | | R Garcia |

| INSTITUTION | HOUSING UNIT | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|-------------|--------------|------------------------------------------------------|
| CTF — North | LA   322 | H43428<br><br>Hill |

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

№ 742983

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on day.**

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |

NAME: Hiu R. B.          CDC NUMBER: H93428          HOUSING: LA-3224P

PATIENT SIGNATURE: *Raymond B Hiu*          DATE: 9-16-04

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) *follow-up.*

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM.*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: 9/16/04     1140 | Received by: Mia LVN |
| Date / Time Reviewed by RN: | Reviewed by: |

S:                    Pain Scale:   1   2   3   4   5   6   7   8   9   10

O:   T: 98⁹   P: 80   R: 18   BP: 138/80   WEIGHT: 238

A:

P:

☐ **See Nursing Encounter Form**

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☒ (WITHIN 14 CALENDAR DAYS) |
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

**CDC 7362 (Rev. 03/04)**     Original - Unit Health Record     Yellow - Inmate (if copayment applicable)     Pink - Inmate Trust Office (if copayment applicable)     Gold - Inmate

00168

| DATE | TIME | |
|------|------|---|
| 6/12/04 | | A Ⓞ Left wrist injury into possible extensor tendonitis — ck details Dupuytren— |
| | | Pⓞ √ signs panel |
| | | Ⓞ Wrist Splint |
| | | Ⓞ x-ray ⓛ wrist — no dislocat. |
| | | Ⓞ Motrin 600 po ⓧ10 |
| | | Ⓞ RTC [appte given] |

ALAN ROSENTHAL, D.O.
STAFF PHYSICIAN & SUR___
CTF - SOLEDAD

| 9/16/04 | | S. Says wrist w days alot better |
| | | Ⓞ ⓛ wrist [exam] full ROM — no neural deficit noted — ⊖ Finkelstein test |
| | | A Ⓞ Left wrist extensor tendonitis improved |

INSTITUTION     HOUSING UNIT

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

ALAN ROSENTHAL, D.O.
STAFF PHYSICIAN & SURGEON
CTF  SOLEDAD

00169

| DATE | TIME | |
|------|------|---|
| 8/12/04 | 1010 | V/S: T 98° R 18 P 80 B/P 130/76 wt 238 |
| | 0310 | O: c/o Numbness and tingling to (L) |
| LA | | arm. |
| | | 8/6/04 % Popped (L) wrist @ work now |
| | | c/o Pain 8 (0-10) pain scale |
| | | Referred to MD |
| | | (— A: above- Working at job |
| | | says his wrist popped working |
| | | on dock moving trash and |
| | | it hurts and tingles up the forearm |
| | | twisted wrist to throw heavy bags of trash |
| | | O: (L) arm + wrist exam |
| | | — Ø proximal arm |
| | | — Ø lateral or medial |
| | | epicondyle tenderness |
| | | — Wrist exam @ tender |
| | | radial styloid process |
| | | with minimal swelling |
| | | — Ø crepitance |
| | | — + pain on flexion or |
| | | extension of wrist |
| | | — Neurocirculatory intact |

ALAN ROSENTHAL, D.O.
STAFF PHYSICIAN & SURGEON
CTF - SOLEDAD

| INSTITUTION | HOUSING UNIT | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|-------------|--------------|---------------------------------------------------|
| | | HILL H43428 |

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

| DATE | TIME |
|------|------|
| 7-19-08 | 1105 |

C/o feels drained Tired and numbness (L) Arm —

LA322 x 2 months + Medicine w/ O T 100³ P 84 R 16 B/p 133/84 wT 239

_[signature]_ C Sinnaco MD

A/o - Asthma x 15y.
  - allergic Conj. x 15y.
  - Tired + fatigue x 2 mo.

O: HEENT — Ⓞ, no pallor.

Lungs — hilar Expirat. wheeze

Heart RRR 86/m

Abd — Soft, benign, Nodes (−)

A — mild Persistent Asthma / Allergic Rhinitis

Ⓟ x 3.0.

_[signature]_

CESAR SINNACO, M.D.
STAFF PHYSICIAN & SURGEON
CTF - SOLEDAD

| INSTITUTION | HOUSING UNIT | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|-------------|--------------|------------------------------------------------------|
| | | Hill H43428 |

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

00171

| DATE | TIME | |
|------|------|---|
| 2-27-04 | | not painful |
| | | Ⓢ small cyst swelling |
| | | Index 1st wrist area |
| | | Ⓐ ganglion cyst |
| | | Ⓟ no stone at this time |
| | | doesn't need surgery at this time |
| 5-12-04 | 1200 | C/o 4-epp for MD refuel / re Darryl |
| | | Ⓞ T 97³ P 86 R 16    B/P 148/92 Wt 237 |
| LA 322 rT | | [signature] Out 4 |
| | | F/U Asthma / Allergic Rhinitis & Conjunctivitis |
| 5-12-04 | 1215 | Ⓢ ran out of Azmacort & his asthma is acting up again |
| | | HEENT - mild conj. injection |
| | | Chest - prolonged exp. phase c̄ rare wheez |
| | | Ⓐ + Ⓟ Meds renewed |
| | | Ⓔ avoid dust + pollen |
| | | S. Friedri[chs] |

TIMOTHY W. FRIEDERICHS, M.D.
STAFF PHYSICIAN & SURGEON
CTF - SOLEDAD

| INSTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MI) |
|-------------|-----------|----------|-------------------------------------|
| CTF North | | LA 322 U | HVL H43428 |

## PHYSICIAN'S PROGRESS NOTES

CDC 7230 (7/90)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

00172

| TIME | |
|---|---|
| | -20-04 C/o *med* *unclear* 1# c *unclear* |
| | HO35I0 T 97⁸ P 86 R16 B/P 137/89 wT 235 |
| | LA322 ʳⁿ *[signature]* |

| | |
|---|---|
| 1/20/04 11:20 | H. Asthma |
| | *med* renewal. |
| | Shaving chrono. Renew received. |
| | soft shoe chrono! |
| | |
| | ⓟ Chart Reviewed. |
| | pt has current shaving + soft shoe chrono. |
| | Copies given to pt |
| | S.O. |
| | *[signature]* H. Aung, M.D. |
| | Physician & Surgeon |
| | CTF - Soledad |

| | |
|---|---|
| 2/23/04 | **NO SHOW @ NORTH MEDICAL CLINIC** for medical concerns 0930 |
| 2-23-04 | C/o growth ⓛ wrist |
| H50 | P T 100² P 101 R 16 B/P 115/76 wT 233 |
| LA322ʳⁿ | *[signature]* |
| | S Notices small firmly + |
| | wrist firmly |

| INSTITUTION | PHYSICIAN | | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MI) |
|---|---|---|---|---|
| | | | | Hill H43428 |

**PHYSICIAN'S PROGRESS NOTES**

CDC 7230 (7/90)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

00173

| DATE | TIME | |
|------|------|---|
| 9/11/03 | | S Painful Right and Left foot |
| | | O. Pt points to plantar aspect of last MET head Rt foot |
| | | X-rays are required for sesamoid fracture or hypertrophic sesamoid |
| | | A. Sesamoiditis Rt foot / Plantar wart MET head |
| | | P. #7 R Funchel Orthotics size 11 to R&L shoe. |
| | | ® Personal shoe chrono approved to one year |
| | | L. Kristal, D.P.M. <br> Staff Podiatrist <br> CTF - Soledad |
| 9-19-03 | | Out of inhalers. Not seen in clinic today. Requesting renewal of Albuterol and Beclovent, See Pyxmecont, CTM. |
| | | Not Seen [signature] RN |
| 12.8.03 | 0820 | Requesting renewal of Shaving / beard chrono - expired Nov '03 - History Nose ? and documentation of Pseudo- folliculitis — Renew beard chrono x 1 yr [signature] MS |

| INSTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MD) |
|-------------|-----------|----------|-----------------------------------|
| CTF-N | | LA 322U | Hill <br> H 43428 |

**PHYSICIAN'S PROGRESS NOTES**

CDC 7230 (7/90)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

| DATE | TIME | |
|------|------|---|
| 10 Apr | 0855 | 43yo black male in to c/o SOB |
| | | x 2 day. Today O2 sat room air 99% |
| | | V/S P 72 R 16 BP 131/101 T _____ |
| | | S: Pt known Asthmatic on Albuterol + |
| | | Atrovent. Ran out of inhalers 1 week |
| | | ago and started to experience dyspnea |
| | | and wheezing. Pt denies significant sputum |
| | | or allergies or any H/o URI preceding |
| | | his symptom. Pt has H/o occasional |
| | | allergies when his eyes itch. |
| | | P/E: Pt overweight |
| | | Chest - bilateral wheezing |
| | | Cor - S1 S2 NR |
| | | Ext - 3 edema |
| | | A/P: ① Exacerbation of Asthma after |
| | | running out of meds. Trial of |
| | | nebulizer therapy. Pt advised to |
| | | renew inhaler on time. Inhaler |
| | | use reviewed. Not use DPpuff. Avoid milk |
| | | and dairy products |
| | | ② Occasional symptom of Allergies |
| | | Nose artificial tears prn (x)repeat |
| | | _____ C. Knight _____ |

| INSTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER; NAME, LAST, FIRST, MD |
|-------------|-----------|----------|-----------------------------------|
| CTF-N | | LB 120u | Soledad, CA _____ |

**PHYSICIAN'S PROGRESS NOTES**

Hill
H 43428

CDC 7230 (7/90)
STATE OF CALIFORNIA                     DEPARTMENT OF CORRECTIONS

| DATE | TIME | |
|---|---|---|
| 3/14/03 | 1100 | 122/80 , 97.9 , 64 _____ WT: 238 |
| | | *Aljandro* |
| 3/14/03 | S: | Pt here to renew Medication To aid Allen |
| WT: 238# | | |
| BP: 138/88 | | Pt is a 42 yo BM c h/o persistent asthma, has been out of MDI |
| P: 72 | | req. med along c something for nasal congestion & tooth pain |
| T: 98.0 | | Exam: VS obbl |
| R: 16 | | O/P: no signif lesion/swelling |
| | | Lungs: ⊕ bilat rhonchi, ø wheezing or crackles |
| | | A/P: mild persistent asthma c URI. renew meds, given |
| | | SR meds. to use PRN.    F/U PRN |
| | | _____ dms |

| INSTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MI) |
|---|---|---|---|
| CTF | | LB 1204 | HILL H83428 |

## PHYSICIAN'S PROGRESS NOTES

CDC 7230 (7/90)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

| DATE | TIME | |
|------|------|---|
| | | 10/29/02   4 chudences CTF / NORTH |

11-15-02   C/O Asthma + Wed renewed
0915   @ T 97.3 P 80 R 16 B/P 160 WT 228
@ B 250 T                          David B. Burnell, M.D.

Mild Persistent Asthma X 6y.

O — lungs - cTA

A — above asthma   / PFB.

(also) — Foot pains X >10y. ( needs chrono )

P ) s.o.

CESAR SINNACO, M.D.
STAFF PHYSICIAN & SURGEON
CTF - SOLEDAD

12/12/02  1045   O. T 97.1   BP 140/84   P 64   Wgt 233 lb

A/o Referd to MD _____ pes

@ A here @ clinic for med renewal
Informed meds were discussed
on 11/15/02 — Pt states he did not
get Albuterol.  Pt wants knee chrono
explained @ hee chrono policy at
CTF.  Pt already been scheduled to
see podiatry

C. Krishna, M.D.
Staff Physician & Surgeon
CTF, P.O. Box 689
CA 93960

| INSTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER; NAME (LAST, FIRST, MI) |
|-------------|-----------|----------|-------------------------------------|
| CTF | | LB 1209 | H–43428      HILL |

**PHYSICIAN'S PROGRESS NOTES**

CDC 7230 (7/90)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

00177

| DATE | TIME | |
|------|------|---|
| 8/20/02 | | O. Per chart Ancht — multi chronos Offectin has work status |
| | | P. Durant for work chrons ⟶ H celba sorry |
| 8/23/02 | | I/m request med Renewed AD chronos — cush |
| | | • Hx of Asthma |
| | | • Chronos: Phaving chrono |
| | | < @ soft shoes |
| 9-14-02 | | 7219 comploded due to Asthma attack — Steven O mta |
| 10-9-02 | | S I m into s/c for Renewal of Inhalers Stats No problems @ this time Inhalers are working good O US WNL No wheezing noted @ this time |
| 8 12²/61 P 2⁸/16 | | MDE ⟶ T/o Dr vo Renew Inhalers x 90 days. — Aken |

| INSTITUTION | PHYSICIAN | | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MI) |
|-------------|-----------|---|----------|-----------------------------------|
| | | | | Hill H43428 |

**PHYSICIAN'S PROGRESS NOTES**

CDC 7230 (7/90)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

00178

| DATE | TIME | |
|------|------|---|
| 6/10/02 | | (Cont) |

Full rotary ROM both shoulder symetrically
Full extension + elevation ŝ pain. I/M noted to put on
shirt ŝ any problem using (R) arm while engaged in conversation.
Can grasp hands behind back ŝ problem. Shrug symetric.
Scar noted on (R) shoulder

A  No limitation of motion
P  Does not require flonelle cuffing
    X rays shoulder + feet
E  Advised

7-5-02  I/m NOT SEEN. MOE to discuss
need for sick time now.

| 7/8/02 | S | 42 y/o B/M needs a new inhaler. Asthma x years. Uses BID |
| | O | Vs: 138/88  91  14  92²  SpO₂ 100%  PFM 300 - not scaled |
| 92² 98% | |  |
| 91  96 | | Lungs - bilat diffuse wheezes |
| 90% | | Reg rhythm |

| INSTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MI) |
|-------------|-----------|----------|-------------------------------------|

A  Asthma
P  Refill meds
E  Counseled re use

Hill
H 43420

**PHYSICIAN'S PROGRESS NOTES**

CDC 7230 (7/90)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

00179

| DATE | TIME | | | | |
|---|---|---|---|---|---|

**4-30-02  CMC ORTHO CLINIC** RTC 3-26-02

Rt shoulder.

Much better — ℞ shoulder elevation 160° passive 120° active

c/o pre-op rt sup shoulder

X-ray. Bone anchors in humeral head.

A. Improved

P. Cont exercises

RTC 2 mos. to check ROM & consider cortisone injection

6-5-02  Level IVB chart screening - tb code 22 from 5-4-02, ✓ current meds & ccms —

6-10-02  43 y/o 23/M S/P Rotator cuff surgery past year. Still has pain in the arm. Claims to have been hit by a c/o Nov 17 & since then claims pain. Claims can't have his arms "go all the way back" Not as flexible. Has pain in shoulder. See 7219 dated 11/17/01. No pathology noted. No interest in MRI — no bars. Osteoarthritis. Also wants chrono for soft shoes/air boots.

O   BP 134/88   76   14   9.75   Wants double cuffing

(Cont)

| INSTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MI) |
|---|---|---|---|

H 43420
Hill Raymond
3-10-60

**PHYSICIAN'S PROGRESS NOTES**

CDC 7230 (7/90)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS