

00238



00239

GEMS IT MAC1200    RAYNARD HILL 000013562, TEHACHAPI SURGERY CENTER
Male, 48 Years (03/10/1960)

HR **57** bpm

Measurement Results:
QRS       : 108 ms
QT/QTcB   : 410 / 399 ms
PR        : 188 ms
P         : 106 ms
RR/PP     : 1052 / 1050 ms
P/QRS/T   : 54 / 55 / 6 degrees

Interpretation:
*** Age and gender specific ECG analysis ***
Sinus bradycardia
Septal infarct , age undetermined
Abnormal ECG

< P  ........
< T  - - - -
< QRS _____





TEHACHAPI SURGERY CENT...
(661) 822-2890
SHOULDER SURGERY – DR. LEWIS
DISCHARGE INSTRUCTIONS

HILL, RAYNARD
DOS: 04/16/08 CHART: 00013562
DOB: 03/10/1960 AGE: 48 SEX: M
SURGEON: M. LEWIS

*IN ORDER TO CONTINUE YOUR CARE, PLEASE FOLLOW THE INSTRUCTIONS BELOW.*

## GENERAL ANESTHESIA LOCAL – SEDATION OR SPINAL ANESTHESIA
- Do not drive or operate machinery for 24 hours or anytime that narcotics are being used.
- Do not consume alcohol, tranquilizers, sleeping medication or any non-prescribed medication for 24 hours.
- Do not make important decisions or sign any important papers in the next 24 hours.
- Children may appear flushed for several hours after surgery.
- It is not uncommon to experience some nausea/vomiting, drowsiness or dizziness after anesthesia.

**ACTIVITY** *Encourage motion of Right finger*
- You are advised to go directly home. Restrict your activities and rest for today.
- **Keep immobilizer on for four days.** Encourage movement of fingers only.
- **Remove immobilizer on the fifth day.**
- Then begin CPM machine, if ordered, and shoulder exercises, such as finger crawl up the wall, raise your arm straight up and then down, do full circle with your arm.
- No strenuous activity or heavy lifting.
- Change positions slowly to prevent dizziness.

## FLUIDS AND DIET
- Begin with clear liquids and light foods, then progress diet as tolerated.
- Increase fluids, fiber and fruit to prevent constipation associated with use of pain medication.

## PRESCRIPTION(S)
- Use as directed: *Keflex 500 mg 1 tab every 6 hours for 5 Days*
- Your prescription has been phoned to: _____
- You may resume your daily prescription medication schedule. Do not result COUMADIN unless specifically instructed. Do not take ASPIRIN or any non-steroidal anti-inflammatory drug (such as IBUPROFEN).
- Other: *Analgesic as per M D at Correctional facility*

## OPERATIVE SITE
- Keep dressing dry and intact. Sponge baths only. *ice to Right Shoulder 2 time a day for 2 week*
- Apply ▫ ice pack twenty minutes every hour the first four days; then, as needed
          ▫ ice machine, if ordered

## EXTREMITY: SHOULDER
- Check neurovascular signs at least four times a day, such as able to move fingers, pink nail beds.

**FOLLOW-UP CARE** *2 Weeks – Sutures out in 14 Days*
- If you do not already have an appointment, call Dr. Lewis' office tomorrow at 661-747-3150 to make an appointment.

*IF YOU HAVE ANY PROBLEMS, CALL CINDY POGATCHNIK, R.N./C.C.M., WHO WILL BE ON CALL FOR DR. LEWIS, AT 661-747-3150.*

### COMPLICATIONS TO WATCH FOR:
1. Fever over 101° by mouth.
2. Increased redness, warmth, hardness around operative area.
3. Excessive drainage from surgical area.
4. Swelling around operative area.
5. Rash, itching after taking any medication.
6. Excessive bleeding from operative site or blood-soaked dressing. (Small amounts of oozing may be normal.)
7. Pain not relieved by medication.
8. Continued nausea and vomiting.
9. Inability to urinate.

I have read and understand the instructions given to me. *Raynard B Hill*

Patient's Signature

Date: 4/16/08

Reference #1313

TEHACHAPI SURGERY CENTER    (661)822-2890    (661)822-2891
20960-A SAGE LANE
TEHACHAPI, CA 93561
SURGEON:    Marshall Lewis M.D.

HILL, RAYNARD
DOS: 04/16/08 CHART: 00013562
DOB: 03/10/1960 AGE: 48 SEX: M
SURGEON: M. LEWIS

## Post Operative Orders for Correctional Facility

1. Keflex 500mg q 6 h x 5 days

2. Analgesic as per MD at Correctional Facility

3. Ice packs to    L    R  shoulder      bid at Correctional Facility for 2 weeks

4. Check NV status    L  /  R    TOES    FINGERS    q 1 h in recovery room

5. Encourage motion of    L    R    TOES    FINGERS

6. Ambulate FWB    L / R    not to bend    L / R    knee x _____ days then full ROM.

7. Report any change in neurovascular status to facility MD immediately

8. To Dr. Lewis' office in _2_ week for post-op eval.
   Call 661-747-3150 for any questions.

9. Sutures out ~ 14 days

Dr. Signature: _____    Date: 4/16/08    Time: 11:4[illegible]

## SALINAS VALLEY RADIOLOGISTS, INC.
### A MEDICAL GROUP
559 Abbott Street • Salinas, California 93901
Telephone (831) 775-5200

JAMES A. KOWALSKI, M.D.
DONALD A. CATALANO, M.D.
GILES A. DUESDIEKER, M.D.
MICHAEL E. BASSE, M.D.
DAVID A. STAUNTON, M.D.

GARY E. FALKOFF, M.D.
RICHARD A. VILLALOBOS, M.D.
CHRIS GLENN, M.D.
B. MISA HOSOHAMA, M.D.
Y-LAN HO, M.D.

| PATIENT NAME | ACCOUNT NO | | RADIOLOGY NUMBER |
|---|---|---|---|
| RAYNARD-H43428 HILL | 9349986 | | 9349986 |

| AT THE REQUEST OF | DATE OF BIRTH | AGE/SEX | DATE OF SERVICE |
|---|---|---|---|
| CESAR SINNACO MD<br>PO BOX 686<br>SOLEDAD, CA 93960 | 03/10/1960 | 45/ | 11/21/2005 |

The study was performed by an outside facility and the film submitted to Salinas Valley Radiologists for interpretation.

MRI RIGHT SHOULDER

HISTORY: Status post rotator cuff repair. I have no further specific history.

PROCEDURE: 1.5T imaging was performed in three standard planes with T1 and T2 techniques as well as gradient echo imaging.

FINDINGS: There is a good deal of small fragment metallic artifact presenting with low and high signal in and around the rotator cuff. I cannot define the cuff anatomy except for the infraspinatus tendon which shows increased signal consistent with tendinitis. The subscapularis is also intact and the bicipital also, as far as I can tell. There is some ill-defined marrow signal. The labrum is grossly normal. I cannot see any cysts or masses.

IMPRESSION: Gross distortion of the anatomy in and around the supraspinatus muscle and tendon as well as the acromioclavicular joint in view of the prior surgery. It is really not possible to discern the presence of a recurrent tear or other specific pathology in these areas. The other regions appear to be free of gross disease.

Thank you for referring your patient to us,

Arthur M. Nathanson, MD
AMN/pa
11/29/05

00244

## KERN RADIOLOGY MEDICAL GROUP, INC.
2301 Bahamas Drive
Bakersfield, CA 93309
(661) 326-9600

**CCI TEHACHAPI STATE PRISON**
**FAX# 823-5018 OR 823-3328**

PATIENT: HILL          DOB:          CDC# H43428
HOUSING: 2

INTERPRETATION OF OUTSIDE FILMS: MRI OF THE RIGHT SHOULDER:  09/12/07

A variety of imaging planes and parameters were utilized for visualization of suspected pathology.

FINDINGS: This study is extremely suboptimal due to the presence of paramagnetic signal artifact, possibly due to prior surgery or a gunshot wound without clear visualization of the acromion or acromioclavicular joint. This could be due to the distortions caused by the paramagnetic signal artifact or posttraumatic or postsurgical removal. The supraspinatus tendon is not visible at all, most probably completely torn and only the insertion of the infraspinatus tendon on the greater tubercle is visible suggesting a complete tear here as well. There is also marked narrowing of what remains of the coracoacromial arch tending to confirm these findings. The subscapularis and teres minor tendons are intact otherwise. The bicipital labral complex is poorly visualized for reasons described above, although the proximal biceps tendon is identified in the bicipital groove. There is no evidence for a labral tear. The glenohumeral ligaments are otherwise unremarkable.

**CONCLUSION:**
1. Severely degraded study as a result of multiple paramagnetic signal artifacts from metal, either postsurgical or posttraumatic with nonvisualized distal acromion and acromioclavicular joint either due to distortion from posttraumatic or postsurgical absence.
2. Probable complete tears of the supraspinatus and infraspinatus tendons with retraction and cephalic migration of the humeral head.
3. Nonvisualized bicipital labral complex, most probably due to the paramagnetic signal artifact described above.

Jeffrey K. Child, M.D.          D: 09/24/2007 T: 09/25/2007/lmj

Referring Physician: P. RUNYAN, PA-C

00245

STATE OF CALIFORNIA                                                                 DEPARTMENT OF CORRECTIONS

## COMPREHENSIVE ACCOMMODATION CHRONO

**INSTRUCTIONS:** A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

### A. HOUSING

| | | | | |
|---|---|---|---|---|
| None | | Bottom Bunk | P/T | 6/11/08 |
| Barrier Free/Wheelchair Access | P/T | Single Cell (See 128-C date: _____ ) | P/T | |
| Ground Floor Cell | P/T | Permanent OHU / CTC (circle one) | P/T | |
| Continuous Powered Generator | P/T | Other _____ | P/T | |

### B. MEDICAL EQUIPMENT/SUPPLIES

| | | | | |
|---|---|---|---|---|
| None | | Wheelchair: (type) _____ | P/T | |
| Limb Prosthesis | P/T | Contact Lens(es) & Supplies | P/T | |
| Brace | P/T | Hearing Aid | P/T | |
| Crutches | P/T | Special Garment: | | |
| Cane: (type) _____ | P/T | (specify) _____ | P/T | |
| Walker | P/T | Rx. Glasses: | P/T | |
| Dressing/Catheter/Colostomy Supplies | P/T | Cotton Bedding | P/T | |
| Shoe: (specify) canvas shoes | (P)T | Extra Mattress | P/T | |
| Dialysis Peritoneal | P/T | Other _____ | P/T | |

### C. OTHER

| | | | | |
|---|---|---|---|---|
| None | | Therapeutic Diet: (specify) | P/T | |
| Attendant to assist with meal access and other movement inside the institution. | P/T | _____ | | |
| | | Communication Assistance | P/T | |
| Attendant will not feed or lift the inmate/patient or perform elements of personal hygiene. | | Transport Vehicle with Lift | P/T | |
| | | Short Beard | P/T | |
| Wheelchair Accessible Table | P/T | Other _____ | P/T | |

### D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments?    ☑ Yes    ☐ No

If yes, specify: NO pulling , no climbing , no use of (R) arm above 60° extension , no lifting >10 lbs * Medical Hold for 3 months *

| INSTITUTION CCI | COMPLETED BY (PRINT NAME) KWOAN A HU | TITLE MD |
|---|---|---|
| SIGNATURE K.Hu | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
| HCM/CMO SIGNATURE | DATE 2/11/08 | HILL, Raynard |
| (CIRCLE ONE) APPROVED DENIED | | H43428 |

**COMPREHENSIVE ACCOMMODATION CHRONO**

CDC 7410 (03/04)

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME Hill, Raynard | CDC NUMBER H43428 | INSTITUTION c c I  1 and 2 |
|---|---|---|

| DATE OF BIRTH 03-10-60 | EPRD DATE May 2009 | GENDER M |
|---|---|---|

| PRINCIPLE DIAGNOSIS Baker's Cyst ® Knee | ICD-9 CODE | CPT CODE(S) |
|---|---|---|

| REQUESTED SERVICE(S) Orthopedics | | # OF DAYS RECOMMENDED |
|---|---|---|

*Please circle all that apply:* Diagnostic Procedure/Consultation    Outpatient/Inpatient    Initial/Follow-up

Requested Treatment/Service is:    EMERGENT    URGENT    ROUTINE

*For the purpose of retrospective review,* if emergent or urgent, please justify: _____

Proposed Provider: M Lewin / Telemedicine _____ Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity *(briefly describe the clinical situation: the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant):* Soft fluid filled mass in ® popliteal space accompanied by ® foot numbness, ® leg pain and increased circumference of ® knee. X-ray shows possible increased cartilage and lateral compartment repair with implant + us of ® knee

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME Harold Tate MD | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE |
|---|---|---|

| REQUESTING PHYSICIAN SIGNATURE Harold Tate MD | DATE 12-11-07 | Utilization management tracking #: |
|---|---|---|

| DATE OF CONSULTATION | PRINTED NAME OF CONSULTANT |
|---|---|

FINDINGS: See attached progress note

1/8/08

RECOMMENDATIONS: _____

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: _____

| CONSULTANT SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA·RN SIGNATURE | DATE | H43428 |
| PCP SIGNATURE | DATE | Hill, Raynard  03-10-60 |

### Attach Progress Note page for additional information.
### THIS FORM MUST BE RETURNED WITH THE PATIENT!!!

DISTRIBUTION:
ORIGINAL -  FILE IN UHR
GREEN    - TO UHR PENDING ORIGINAL
CANARY   - CONSULTANT
PINK     - UM
GOLD     - SPECIALTY SCHEDULER

PHYSICIAN REQUEST FOR SERVICES (RFS)          CDC 7243 (Rev. 11/02)

00247

NOV-11-2004 01:42 From:                    CINDY FOKATCHIK    To:5045              P.1/4
11/28/2007 19:47 FAX 0010071427            CINDY FOKATCHIK                        @000/020

# *MARSHALL S. LEWIS, M.D.*

## *TEHACHAPI CLINIC*

October 29, 2007

RE:      HILL, RAYNARD
CHART#:  IMC0667
CDC#:     H43428/California Correctional Institute

### INITIAL COMPREHENSIVE ORTHOPEDIC
### TELEMED CONSULTATION

This is a 47-year-old black male who sustained injury in 2000 and a second injury in 2001. The patient claims that he initially sustained injury to his right shoulder from a fall on a wet surface. He claims that he was told that he had a torn rotator cuff and had rotator cuff repair in 2000. He was trying to improve his motion when he had another injury in 2001.

The patient continues to have pain in the right shoulder. He describes night pain and increased pain in the right shoulder with activity. This is the patient's dominant extremity. He also describes decreased range of motion in the shoulder.

### PAST MEDICAL HISTORY:

Allergies:                    None.

Current Medications:          Tylenol #3 with Codeine, ibuprofen, Albuterol
                              inhaler and Methocarbamol.

Illnesses:                    The patient has a history of asthma and is taking
                              Albuterol inhaler.

Surgeries:                    Right shoulder rotator cuff repair in 2000. He also
                              had a prior ligament repair of the fifth digit of the
                              left hand.

13061 Rosedale Highway, Ste. G, PMB-102-Bakersfield, CA 93312 (661) 589-2190 Fax (661) 587-1427

RE: HILL, RAYNARD
Page 2
October 29, 2007

## PAST MEDICAL HISTORY: (continued)

Fractures:                          Fracture of the left humerus 30 years ago.

## FAMILY HISTORY:

There is a history of diabetes on the mother's side and lung cancer on the father's side.
His father is a heavy smoker.

## PHYSICAL EXAMINATION:

Examination of the right shoulder reveals a well-healed scar, which is about 3" long from
prior rotator cuff repair. There is only 90 degrees of abduction in the right shoulder
compared to 165 degrees on the left side. The patient has 90 degrees forward flexion in
the right shoulder compared to 165 degrees on the left side. There is 50% restriction of
external and internal rotation compared to the left shoulder. The patient has 20 degrees
less internal rotation in the right shoulder compared to the left side and compared to 50%
restriction of external rotation in the right shoulder compared to the left side. There is
markedly decreased strength of the abductors and external rotators of the right shoulder.
The patient has exquisite tenderness over the AC joint of the shoulder and exquisite
tenderness over the anterolateral and lateral aspect of the acromion. Flexion, adduction
and internal rotation cause accentuated pain.

## RADIOGRAPHIC DATA:

The patient had a recent MRI performed two weeks ago. Unfortunately, the copy of the
MRI report is not yet available. The patient had a prior MRI of the right shoulder
performed in Salinas on November 21, 2005, read by Dr. Nathanson, and the impression
was "Gross distortion of the anatomy in and around the supraspinatus muscle and tendon,
as well as the acromioclavicular joint in view of the prior surgery. It is really not possible
to discern the presence of recurrent tear or other specific pathology in these areas. The
other regions appear to be free of gross disease."

I am in receipt of UC Davis Telemed Consult dated November 3, 2006, from Dr. Tanji.
The assessment was "right shoulder probable rotator cuff re-tear." Under the plan, it
stated, "I recommended arthroscopy for rotator cuff repair on Mr. Hill's right shoulder.
He is very willing to do this."

## IMPRESSION:

1.     Right rotator cuff tendinitis.

13061 Rosedale Highway, Ste. G, PMB-102-Bakersfield, CA 93312 (661) 589-2190 Fax (661) 587-1427

RE: HILL, RAYNARD
Page 3
October 29, 2007

**IMPRESSION**: (continued)

2.    Status post right rotator cuff repair in 2000.
3.    Recurrent tear, right rotator cuff.
4.    Impingement syndrome of the right shoulder clinically.
5.    Right subacromial bursitis of the shoulder.

**TREATMENT PLAN:**

The MRI of the right shoulder has been performed and it is felt that we should wait for the report, which, hopefully, should be here sometime in the near future as it was performed two weeks ago. It is not understandable to this orthopedic surgeon why we should have to wait two weeks to obtain a report on an MRI. The patient is to be given a follow-up appointment for evaluation in three weeks, at which time the MRI can be reviewed and further discussion over treatment will take place. From a clinical point of view, it is felt this patient will require arthroscopy with arthroscopic surgery of the right shoulder. I will not do a primary re-repair of the rotator cuff. If there is evidence on MRI of impingement, which persists, I would de-impinge the shoulder, release adhesions, do a little further acromioplasty and some resection at the distal end of the right clavicle. If this not successful, at a later time on a different surgical procedure, I would consider an open rotator cuff repair of the right shoulder. However, this is fraught with the possibility of stiff shoulder and it is clearly noted that this patient has never recovered full range of motion from the first surgery. At this time, the patient 50% restriction of abduction, 50% restriction of external rotation in the right shoulder and 50% restriction of forward flexion in the right shoulder when compared to the left side. This has been discussed with the patient and he will be re-evaluated in three weeks.

Marshall S. Lewis, M.D.

/sl
11/9/07

Raynard Hill H43428

11/21/07
Corrected dic.
10/29/07

findings
Right rotator cuff tendinitis
Recurrent tear ® rotator cuff
Impingement syndrome of ® shoulder
Right subacromial bursitis of shoulder

recommendations
Re-evaluation i 3 weeks
MRI Right shoulder report from 2wk ago
scope ® shoulder  most recent one - not
one from Nov 21, 2005
Marshall Lewis MD/Psychiat.

MRI Report obtained for 3 wk
f/u visit

12/10/-

10/31/2007 15:09 FAX 6615871427          CINDY POGATCHNIK                    ☑002
10/29/2007 07:46 FAX 6615871427          CINDY POGATCHNIK                    ☑002

STATE OF CALIFORNIA                                                  DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

PATIENT NAME: Hill + Raymond          CDC NUMBER: H43428          INSTITUTION: CCI    11

DATE OF BIRTH: 3/10/60          IMID DATE: 5/17/09          GENDER:

PRINCIPLE DIAGNOSIS: rotor cuff injur          ICD-9 CODE:          CPT CODE(S):

REQUESTED SERVICE(S): re-evaluation for possible repair          # OF DAYS RECOMMENDED:

Please circle all that apply: Diagnostic Procedure/Consultation — Outpatient/Inpatient — Initial/Follow-up

Requested Treatment/Service is:     EMERGENT     URGENT     ROUTINE

For the purpose of retrospective review, if emergent or urgent, please justify:

Proposed Provider: Telemed ortho (for trans)          Anticipated Length of Stay:

Expected disposition (i.e. outpatient follow-up, return to institution, transfer):

Medical Necessity (briefly describe the clinical situation, the history of the illness, treatment used, pertinent lab and imaging studies, or questions for the consultant): Isolat evst 11/3/06 — _____ and no surgical request
places file and to be current

Estimated time for service delivery, recovery, rehabilitation and follow-up:

Summary of preliminary or diagnostic work up, conservative treatment provided (If applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months):

Comments (diagrams, risk factors, prognosis, alternative management, etc.):

REQUESTING PHYSICIAN PRINTED NAME: Ken Yan          APPROVED / AUTHORIZED / DENIED / DEFERRED BY: _____ DATE: 8-14-07

REQUESTING PHYSICIAN SIGNATURE: _____  I. NURIAM, PA-C     DATE: 7/2/7     Utilization _____ 010X0150P0602

DATE OF CONSULTATION: 10/29/07          PRINTED NAME OF CONSULTANT: Marshall Luis MD

FINDINGS: Fx (?) distal radial, S/P ORIF (?) distal radius
Ulnar neuropathy (?) as to numbness 4th & 5th digits.
intrinsic muscle weakness

RECOMMENDATIONS: EMG, NCT upper (L) extremity
lab work CBC, UA, PT/PTT, Chem 12

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED:

CONSULTANT SIGNATURE: Marshall Luis MD/Eboz _____     DATE: 10/29/07

EFA RN SIGNATURE:          DATE:

PCP SIGNATURE:          DATE:

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH:
Hill, Raymond
3-10-60    H43428

Attach Progress Note page for additional information.
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT

00252

# UCDAVIS
## HEALTH SYSTEM
### TELEMEDICINE

November 03, 2006

RE:  HILL, RAYMOND
MR#: 1844475
DOB: 03/10/1960
Date of Service: 11/03/2006
CDC#:H43428

Harold Tate, MD
California Correctional Institution
P.O. Box 1031
Tehachapi, CA 93581

Dear Dr. Tate:

Thank you very much for requesting a consultation on behalf of Raymond
Hill, whom I had the pleasure of seeing in Orthopedic Telemedicine
Clinic.

**History Of Present Illness:**
As you know, Mr. Hill is a gentleman who underwent a right shoulder
large rotator cuff repair in 2000 with anchors. He was doing very well
for one year and anticipated a one year recovery time. His strength
returned when, unfortunately, about a year later he reinjured the
right shoulder. Unfortunately, since that time, the shoulder has again
become weak. He has pain with reaching, pain with impingement
maneuvers, pain at night. He denies any neurogenic symptoms. He had an
MRI which, unfortunately, distorted the normal architecture because of
the metal anchor screws. He was told by another orthopedic surgeon
that he needed to have a repeat rotator cuff repair and is waiting for
that now.

**Past Surgeries:**
1.    Status post right shoulder rotator cuff repair in 2000.
2.    Status post left fifth finger open reduction and internal
fixation.

**Medical Illnesses:**
1.    Right shoulder pain.
2.    Asthma.
3.    Allergic rhinitis.

**Medications:**
Albuterol inhaler, triamcinolone inhaler, chlorpheniramine,
methocarbamol, Motrin.

**Allergies:**
None known.

**Family History:**
Noncontributory.

**Social History:**
He is incarcerated.

Regional Outreach & Center of Health & Technology
2500 Stockton Boulevard, Suite 3300 • Sacramento, California 95817-1418
(916) 734-5675 • Fax (916) 734-1366

RE:  HILL, RAYMOND
MR#: 1844475

Page 2

**Review Of Systems:**
I refer you to the paper medical record.

**Physical Examination:**
On physical examination, he is an alert, pleasant, cooperative
gentleman in no acute distress. Gait and posture are normal. Right
shoulder reveals forward flexion limited from 0 to 90, abduction from
0 to 90 with a painful arc, external rotation from 0 to 50, and with
internal rotation he can bring his thumb to T10. Strength testing of
supraspinatus reveals 4/5 strength. Infraspinatus and subscapularis
testing reveal 4+/5 strength.

**Assessment:**
Right shoulder probable rotator cuff re-tear.

**Plan:**
I am recommending to proceed with arthroscopy for a rotator cuff
repair on Mr. Hill's right shoulder. He is very willing to do this.

The patient was educated in the impression and the plan of care.

Thank you very much for your kind request for consultation.

Sincerely yours,


JEFFREY L TANJI, MD
ASSOCIATE MEDICAL DIRECTOR
DIVISION OF UCDHS PRIMARY CARE NETWORK
DEPARTMENT OF SPORTS MEDICINE
*THIS WAS ELECTRONICALLY SIGNED - 11/06/2006 8:04 AM PST BY:*




JLT:js(ml006)

D:    11/03/2006 09:00 AM
T:    11/03/2006 03:15 PM
C#:   2268756

00254

## THIRTY (30)-DAY SPECIALTY CONSULT PROGRESS NOTE

| TYPE OF SPECIALTY SERVICE REQUESTED | DATE OF REQUEST |
|---|---|
| arthroscopic Surgery (R) shoulder. | 9-18-06 |

**PROBLEM SPECIALIST IS TO ADDRESS (Reason for consult):**

—— (R) Shoulder —— Rotator cuff teen

**DESCRIPTION OF PATIENT'S CURRENT CLINICAL STATUS:**

Stable

☑ DOCUMENT CHANGE IN CLINICAL STATUS SINCE INITIAL VISIT (Improved, Stable, Worse):

☐ DOCUMENT CHANGE IN CLINICAL STATUS SINCE PREVIOUS VISIT (Improved, Stable, Worse):

**CHOOSE ONE OF THE FOLLOWING:**

☑ Scheduled appointment is clinically appropriate.

☐ Change referral Priority to Urgent (High Priority)

☐ Should be seen by the specialist within _____ days.

☐ Condition resolved / Consultation request withdrawn.

No other complaint + today
BP. 157/88
HR 8, + S2 c NMR cp
Lungs c T+B,
Abd. soft NT c B5 mmm

**INTERIM PLAN FOR PROBLEM LEADING TO REFERRAL:**

30D MD f/u / ?. HTN BP check

IF THE SCHEDULED SPECIAL APPOINTMENT IS GREATER THAN 30 DAYS AWAY, AN ORDER FOR A FOLLOW-UP WITH THE PRIMARY CARE PHYSICIAN (PCP) NEEDS TO BE WRITTEN.   30D MD f/u

| PCP SIGNATURE | DATE |
|---|---|
| | 12-1-06 |

| NAME OF INSTITUTION CCI | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|
| | HILL, RAYNARD<br><br>H 43428 |

**THIRTY (30)-DAY SPECIALTY CONSULT PROGRESS NOTE**

CDC 7409 (03/04)
STATE OF CALIFORNIA            DEPARTMENT OF CORRECTIONS

00255

STATE OF CALIFORNIA

**HEALTH CARE SERVICES**
**PHYSICIAN REQUEST FOR SERVICES**
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

DEPARTMENT OF CORRECTIONS

| PATIENT NAME HILL | CDC NUMBER H43428 | INSTITUTION |
|---|---|---|

| DATE OF BIRTH 3-10-60 | EPRD DATE 2009 | GENDER |
|---|---|---|

PRINCIPLE DIAGNOSIS S/P (R) Rotator Cuff Repair (2000)   ICD-9 CODE        CPT CODE(S)

REQUESTED SERVICE(S)  Orthopedics                         # OF DAYS RECOMMENDED

*Please circle all that apply:* Diagnostic Procedure/Consultation    Outpatient/Inpatient    Initial/Follow-up

Requested Treatment/Service is:   **EMERGENT**    **URGENT**    (**ROUTINE**)

*For the purpose of retrospective review,* if emergent or urgent, please justify: _____

Proposed Provider: CTF Ortho.                  Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity (*briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant*): DOI - Mar 2000
DOS - Sept 2000
Another Injury - Nov 2001

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME C. SINNA-a | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE |
|---|---|---|

| REQUESTING PHYSICIAN SIGNATURE  3/7/06 | DATE 1-9-06 | Utilization management tracking #: |
|---|---|---|

DATE OF CONSULTATION 3/7/06                PRINTED NAME OF CONSULTANT

FINDINGS: ① impingement ② _____
_____ test ____ for 15-20°
MRI _____ or re-____

RECOMMENDATIONS: (R) _____
_____ SLAP / rotator cuff
_____

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: _____
(R shoulder Arthroscopy)

| CONSULTANT SIGNATURE        DATE 3/7/06 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|
| RN RN SIGNATURE  S. Morris Rn   DATE 3/7/06 | Hill |
| PCP SIGNATURE        DATE | H43428 |

**Attach Progress Note page for additional information.**
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN  - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT
PINK   - UM
GOLD   - SPECIALTY SCHEDULER

PHYSICIAN REQUEST FOR SERVICES (RFS)    CDC 7243 (Rev. 11/02)

00256

DEPARTMENT OF CORRECTIONS                                                      STATE OF CALIFORNIA
## Consent for Surgical Operation
HOSPITAL

| NAME | NUMBER | AGE |
|------|--------|-----|
| Hill, Raynard | CDC H43428 | 45 |
| | DATE 12/3/05 | TIME    A.M.    P.M. |

1. I hereby authorize Dr. _Anng_ _____ and/or whomever (s)he may designate to perform
                          (State Name of Patient or "Myself")

upon _____(L) axilry abscess_____, the following operation:

2. The nature and purpose of the operation, possible alternative methods of treatment, the risks involved, and the possibility of complications
have been fully explained to me. I acknowledge that no guarantee or assurance has been made as to the results that may be obtained.

3. I hereby authorize Dr. _Anng_ _____ and/or whomever (s)he may designate to administer such anesthetics as (s)he
may deem appropriate.

SIGNATURE OF PATIENT OR LEGAL GUARDIAN _Raynard V Reel_        DATE  12/3/05

WITNESS _Magney Lor_        DATE  12/3/05

REMARKS

Procedure Note:

I + D done, ℅ 1% lidocaine, ~ 5-6 cc of pus drained;
cavity packed ℅ iodoform gauze.

H. Aung, M.D.
Physician & Surgeon
CTF - Soledad

CDC-7204 (Rev. 4-77)

00257

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME HILL | CDC NUMBER H 43428 | INSTITUTION |
|---|---|---|

| DATE OF BIRTH: 3-10-60 | EPRD DATE 2009 | GENDER |
|---|---|---|

| PRINCIPLE DIAGNOSIS (R) shoulder Pain, S/P Rotator Cuff Repair | ICD - 9  CODE | CPT CODE(S) |
|---|---|---|

| REQUESTED SERVICE(S) Orthopedics Dr. Pompan | | # OF DAYS RECOMMENDED |
|---|---|---|

Please circle all that apply: Diagnostic Procedure (Consultation)     Outpatient/Inpatient        Initial/Follow-up

Requested Treatment/Service is:     **EMERGENT**        **URGENT**        (**ROUTINE**)

For the purpose of retrospective review, if emergent or urgent, please justify: _____

Proposed Provider: _____     Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity (briefly describe the clinical situation: the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant): DOI - Mar 2000    MRI - Full thickness Rotator Cuff Tear.
DOS - Sept 21 2000
Another injury Nov 2001   XR - No changes.

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME C.L. Sinnaco M.D. | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE 4/17/05 |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE | DATE 4-4-05 | Utilization management tracking #: D40514 DP1970 |

| DATE OF CONSULTATION 6/21/05 | PRINTED NAME OF CONSULTANT Pompan |
|---|---|

FINDINGS: _____

RECOMMENDATIONS: _____

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: _____

| CONSULTANT SIGNATURE | DATE 6/21/05 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE | Hill, H # 43428 |
| PCP SIGNATURE | DATE | |

**Attach Progress Note page for additional information.**
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN  - TO UHR PENDING ORIGINAL
CANARY  - CONSULTANT
PINK  - UM
GOLD  - SPECIALTY SCHEDULER

PHYSICIAN REQUEST FOR SERVICES (RFS)        CDC 7243 (Rev. 11/02)

00258

# AMBULATORY SURGERY
# PREOPERATIVE INSTRUCTIONS

CHECK IF
APPLICABLE

[X] 1.   Your surgical procedure is scheduled for ~~7-3-01~~ 11-29-01 . You are to report to
Surgery Clinic at 07:30 AM on this date.

[X] 2.   **DO NOT EAT OR DRINK ANYTHING AFTER 1145 p.m.(2345) THE NIGHT BEFORE.**
This means **NO** breakfast **(NO FOOD)** and **NO** coffee **(NO FLUIDS OF ANY KIND)**
the day of your surgery.

You may brush your teeth but **DO NOT** swallow the water or toothpaste.

[X] 3.   Shower the night before surgery, giving special attention to cleanse the operative area.

[X] 4.   **DO NOT** take your daily oral medications unless instructed to take them by the anesthetist
or nurse.

[ ] 5.   You are to take the following medications the morning of your surgery with a small sip of water:

_____

[X] 6.   You will probably be able to walk back to your quarters within one to four hours after surgery.
Admission to the Hospital as an In-Patient may be necessary after certain surgical procedures or
in the event of unforeseen circumstances.

[X] 7.   Your anesthetist or surgeon will discuss your anesthetic with you.

[ ] 8.   If you have any respiratory inhalers for your lung condition, bring them with you.

[ ] 9.   Other instructions (including any special postoperative requirements):

_____

_____

_____

Patient Signature _Reynard Hill_____     Date _11-27-01_

Witness Signature _R Phillpps n_____     Date _11-27-01_

| State of California     California Men's Colony | CDC# | NAME | D.O.B. |
|---|---|---|---|
| Ambulatory Surgery Pre-Op Instruction Sheet (ENGLISH) | | Hill, Reynard H 43428 3-10-60 | |

Original to Chart
Copy to Patient

CMC-MED-333a (02/98) 1280

00259

**OPERATING PROCEDURE:** _Repair tendon 5th Finger Lt hand_

☐ RT  ☐ LT

Arrival Time in O.R. _0930_  Mode of Transport ☐ Gurney ☑ Ambulatory  ☐ W/C  ☐ Other: _____

**Patient Check:**  Blood Pressure: _118/78_  Pulse: _68_  Respiration: _16_  Temperature: _97.9  99.1_

## NURSES NOTES

Allergies: _NKA_

NPO since: _11-28-01_    Last Time Voided: _11-28-01   0700_

| | | |
|---|---|---|
| I.D. Band intact and correct: | ☑ yes ☐ no | _____ |
| Pre-Op given (Time:_____) | ☑ yes ☐ no ☐ n/a | _____ |
| Clothing removed - Hospital gown on: | ☐ yes ☐ no ☐ n/a | _____ |
| Jewelry removed and secured: | ☐ yes ☐ no ☑ none | _____ |
| Dentures removed & secured: | ☐ yes ☐ no ☑ none | _____ |
| Permanent caps or bridges: | ☐ yes ☐ no ☑ none | _____ |
| Glasses or contacts removed: | ☐ yes ☐ no ☑ none | _____ |
| Shower or bath night before surgery: | ☐ yes ☐ no ☑ none | _____ |
| Oral hygiene on oral surgery patients: | ☐ yes ☐ no ☑ none | _____ |
| Miscellaneous (Stroke, prostesis, deaf, blind, ostomy, etc.) | ☐ yes ☑ no | |

(If yes, explain) _____

## LABORATORY TESTS & OTHER EXAMS

| | | |
|---|---|---|
| CBC on chart: | ☑ yes ☐ no ☐ n/a | _____ |
| Urinalysis on chart: | ☑ yes ☐ no ☐ n/a | _____ |
| PTT on chart: | ☑ yes ☐ no ☐ n/a | _____ |
| Blood ordered: # of units:_____ | ☐ yes ☐ no ☑ n/a | _____ |
| Chest X-ray Done: | ☑ yes ☐ no ☐ n/a | _____ |
| EKG on chart: | ☐ yes ☐ no ☐ n/a | _____ |
| History and Physical: | ☐ yes ☐ no | _____ |
| Other: _chem 18_ | | |

## MISCELLANEOUS:

| | | |
|---|---|---|
| All pre-op orders completed: | ☑ yes ☐ no ☐ n/a | _____ |
| Pre-Op enema: | ☐ yes ☑ no ☐ n/a | _____ |
| Operative area shaved: | ☐ yes ☐ no ☑ n/a | _____ |
| Out-Patient's Work Assignment/School: | ☐ yes ☐ no ☑ n/a | _____ |
| Other: _____ | | |

_Juwak Kantom_  DATE: _11-29-01_
Signature, Floor Nurse/Admitting Nurse

_Juwak Kantom_  DATE: _11-29-01_
Signature, Surgery Nurse

FACILITY: _CMC_

**PRE-OPERATIVE SURGICAL CHECK LIST**

CMC-MED-138 (09/95) 584

Patient's Last Name, First Name, CDC #, DOB, Age

_#43428_

_Hill, Raymond_

_3-10-60_



DEPARTMENT OF CORRECTIONS                          STATE OF CALIFORNIA

<u>DATE OF ADMISSION</u>:

<u>HISTORY OF PRESENT ILLNESS</u>:   This 41-year-old male is being admitted for
emergent surgery on a ten-day-old buttonhole deformity of his left fifth
finger.   The chart indicates that he was in an altercation with the
officers on the 17th of November.   He presents with flexion deformity of
the PIP joint and a hyperextension deformity of the DIP joint.   X-rays show
bone chips in the area of the joint.   I told him that if indeed this injury
is as recent as he says it is possible that it may be repairable.   He
understands that there is only a 50/50 chance of normal function.
Interestingly he has had numerous altercations and a previous x-ray in July
of 2001 showed no bony chips in and around the proximal IP joint.   This
does point to a more acute nature.

<u>PAST MEDICAL HISTORY/REVIEW OF SYSTEMS</u>:   He underwent a rotator cuff repair
in September of 2000 and claims reinjury to this area as well.   System
review is noncontributory.
ILLNESSES:   Denies hepatitis or HIV.
ALLERGIES:   No known allergies.

<u>PHYSICAL EXAMINATION</u>:
GENERAL APPEARANCE:   Alert male in no acute distress.
HEENT:   Within normal limits.
NECK:   Supple.
CHEST:   Chest clear to P&A.   There is a large surgical scar on the dorsal
aspect of the right shoulder.
ABDOMEN:   No masses.
GU:   Normal male.
MUSCULOSKELETAL:   Typical buttonhole deformity is noted left fifth finger.

<u>IMPRESSION</u>:   BUTTONHOLE INJURY LEFT FIFTH FINGER.


_____
Robert Harway, M.D.

Orig:   Health Record via Surgery

D/R/T:11/27/01/lc


|        |         |
|--------|---------|
| CDC NO: | H-43428 |
| NAME:   | HILL, RAYMOND |
| DOB:    | 3/10/60 |

CALIFORNIA MEN'S COLONY
ADMISSION HISTORY & PHYSICAL - OUTPATIENT
CDC-7206

00261

DEPARTMENT OF CORRECTIONS                                                STATE OF CALIFORNIA

**CHIEF COMPLAINT AND HISTORY:**                    AGE:          DATE & TIME:
(Include Allergies)

*10 day old buttonhole injury left 5th finger*
*no allergies*

**PHYSICAL FINDINGS: (Include Cardiac Status)**

*Typical Deformity*
*Heart & Lungs Od*

**PRELIMINARY DIAGNOSIS:** *Rupture extensor tendon*

**OPERATION:** *Tendon repair*          DATE & TIME OF PROCEDURE:

**OPERATIVE REPORT:**

**FINAL DIAGNOSIS:** *Rupture extensor tendon*

**DATE OF DISCHARGE:** *11/29/07*          CONDITION ON DISCHARGE:

**SIGNATURE:**          DATE & TIME:

**REMARKS: (Med., Diet, Follow-Up)** *Clinic Tuesday Dec 4*

California Men's Colony

**OUTPATIENT SURGERY**
History—Physical—Surgery—Summary

CMC-MED-201 (05/91) 982

NAME: *Hill Raynard*

CDC NO: *H 43428*

ROOM: *3-10-60*

PHYSICIAN:

00262

**PREOPERATIVE DIAGNOSIS:** TENDON DISRUPTION (L) 5th FINGER,

**OPERATION PROPOSED:** REPAIR (L) 5th FINGER TENDON

| AGE | SEX | WEIGHT | HEIGHT | NPO | TYPE & CROSS MATCH |
|---|---|---|---|---|---|
| 41 | ♂ | #230 | 5'0½" | | |

**PREVIOUS ANESTHESIA:**

**LAST ANESTHETIC:** 9/15/00 (R) ROTATOR CUFF DAMAGE

**FAMILY HISTORY OF ANESTHETIC COMPLICATIONS:** 0

**TEETH** GOOD

**CURRENT MEDICATIONS:**

**DRUG ALLERGIES:** NKA

| RESPIRATORY SYSTEM | CIRCULATORY SYSTEM | CNS | OTHER SYSTEMS |
|---|---|---|---|
| HISTORY  0 | HISTORY 0 | HISTORY 0 | HEPATIC 0 |
| LUNGS  0 | B.P. 0 | CVA/TIA 0 | 0 |
| ASTHMA Hx | 0 | SEIZURES 0 | RENAL 0 |
| SMOKING Hx 1½ PPD | HEART 0 | IV DRUG Hx 0 | ENDOCRINE 0 |

**LABORATORY**

WBC 5.9   Hgb/Hct 16.0/46.3   CHEM 18: GLU 96, 3.6   BUN 229   EKG   ABG/PFT

UA

**ANESTHESIA PLAN  CHOICE OF ANESTHESIA:** GENERAL [ ] (REGIONAL) [ ]  STANDBY [ ]     ASA 1 (2) 3 4 5 E

**DATE:** 11/29/01    **TIME:** 0930    **SIGNATURE:** ~

**POSTOPERATIVE NOTE**

0 PROBLEM  — VID

**DATE:** 11/29/01    **TIME:** 1400    **SIGNATURE:** ~

PRE and POST
ANESTHESIA RECORD
CALIFORNIA MENS COLONY—EAST

CDC NO: H43428

NAME: HILL, Raymond

DOB: 3-10-60

CMC-MED-231 (Rev.04/89 1154)

ANESTHESIA RECORD

CALIFORNIA MENS COLONY

CMC-MED-014 (Rev.10/88 1996)

PRE-OP MEDS

TOURNIQUET

Operation: TENDON REPAIR

Surgeon: R. ___

Anesthetist: ___

| ANES TIME: | DATE | START | ANES | SURG | STOP | SURG | ANES |
|---|---|---|---|---|---|---|---|
| 1:45 | 11/29/01 | | 0945 | 1020 | | 1105 | 1130 |

CDC NO: H 43428

NAME: Hill Raynard

DOB: 3-10-60

00264

 

DEPARTMENT OF CORRECTIONS                        STATE OF CALIFORNIA

DATE OF SURGERY:  11/29/01

SURGEON:  Robert Harway, M.D.

PREOPERATIVE DIAGNOSIS:  Buttonhole injury left fifth finger.

POSTOPERATIVE DIAGNOSIS:  Same.

NAME OF OPERATION:  Tendon repair.

OPERATIVE PROCEDURE:  Under satisfactory endotracheal anesthesia the hand
was prepped and draped in the usual manner, tourniquets inflated.
Curvilinear incision was made centered over the proximal IP joint and the
subcutaneous tissues dissected off of the tendon.  The central slip was
seen to be retracted and purplish reparative inflammatory granulation
tissue was seen to be present indicating that the patient was probably
telling the truth about the age of the injury.  The lateral bands were
mobilized and the central slip was then lifted up indicating that there
were several bony chips that were loose.  These were dissected off the
tendon and removed.  The repair was carried out by closing the decussation
of the lateral bands and oversewing the central slip into this area.  The
distal IP joint was still quite tight and therefore an oblique lengthening
of the distal tendon was carried out.  This was carried out by making a
diagonal cut distal to the repair, flexing the finger and then suturing the
tendon ends with 5-0 nylon in a more relaxed position.  Following this the
skin and subcutaneous tissues were closed in a single layer with a running
4-0 nylon suture.  Occlusive dressing and a volar plaster splint was
applied.  The patient tolerated the procedure well, returned to Recovery in
good condition.  Blood loss negligible.


ROBERT HARWAY, M.D.

RH:mc
D/R/T:     11/29/01

ORIG:      Hospital Chart
  cc:      Surgery

                                        CDC#:     H43428
                                        NAME:     HILL RAYNARD
                                        DOB:      03/10/60

CALIFORNIA MENS COLONY
REPORT OF OPERATION
CDC 7205

00265

| Date: 11-29-01 | Time to OR Suite: 0945 | Operating Room Number: II | Wound Class: ☒ Class I ☐ Class II ☐ Class III ☐ Class IV |
|---|---|---|---|

LOC: ☒ Alert & Oriented, ☐ Arousable & Oriented, ☐ Arousable to Physical Stimulation, ☐ Disoriented, ☐ Unarousable, ☐ Other:_____

Emotion: ☒ Calm ☐ Sedated ☐ Anxious ☐ Other:_____    Skin Condition: ☒ Intact ☐ Other:_____

☐ Med/Surg. ☐ Amb/Surg. ☐ Med & Return ☐ ASH ☐ Emergency ☐ Other:_____
☒ Gen ☐ Spinal/Epidural ☐ MAC ☐ Local ☐ Topical, Block Type:_____ ☐ Other:_____

| Surgeon: HARWAY | Assistant: Ø | Anesthetist: R. DICKINSON CRNA |
|---|---|---|
| Surgeon: Ø | Assistant: Ø | Observer: Ø |

| Circulator: T. LANTRIP RN | Relief: Ø | Scrub: M. ANDERSON RN | Relief: Ø |
|---|---|---|---|

| Anesthesia Began: 0940 | Surgery Began: 1020 | Surgery Ended: 1105 | Anesthesia Ended: 1125 | Surgery Total: :45 min | Anesthesia Total: 1:45 min |
|---|---|---|---|---|---|

Pre-Op Diagnosis: FRACTURED LEFT 5TH FINGER RUPTURED TENDON

Post-Op Diagnosis: - SAME -

Operation: OPEN REDUCTION effort the DELAYED REPAIR OF RUPTURED TENDON LEFT 5TH FINGER

Meds, Irrigations: 0.5% MARCAINE 18 cc

Patient Position: ☒ Supine ☐ Prone ☐ Jackknife ☐ Lateral ☐ Lithotomy ☐ Other_____

Other Item Locations:
Safety Strap .......... =
Bovie Plate .......... ☐
Monitor Leads .......... o
BP Cuff .......... o
Art. Line .......... A
IV .......... ●
Central Line .......... C.L.
Tourniquet .......... ●

**FRONT**          **BACK**

Positional Aides:
☒ Arm Boards X 1 (R)
☐ Padding
☒ Elbow Pads X ( C )
☐ Lumbar Bolster
☐ Andrews Frame
☐ Axillary Roll
☐ Bean Bag
☒ Pillow ✓ HEAD
☒ Other: TABLE TABLE (2)

Tourniquet Info:
Time On: 1019  Time Off: 1108  Applied By: ~  Pressure: 200
Time On: Ø  Time Off: Ø

Electro Surgical Unit (ESU): ☐ None  ESU#: 1  Ground Pad Applied By: ~    X-Rays Taken in OR? ☐ Yes ☒ No

Needle/Sponge Counts:  ☐ NA  ☒ Correct  ☐ Incorrect    Initial Count By: ~ / N/A    Final Count By: ~ / N/A

☒ NONE ☐ STRAIGHT CATH. ☐ T-TUBE_____ ☐ JACKSON-PRATT_____ ☐ HEMOVAC_____ ☐ PEN ROSE_____
☐ CHEST TUBE ● ☐ N/G_____ ☐ OTHER_____ ☐ FOLEY_____

☒ NONE
☐ XEROFORM ☒ ADAPTIC ☒ 4 x 4 ☐ ABD ☐ SPLINT ☐ CAST ☐ ACE ☐ Other_____

SKIN INTEGRITY: ☒ INTACT (OTHER THAN SURGICAL INCISION) ☒ UNCHANGED ☐ OTHER_____
LOC: ☐ AWAKE ☐ DROWSY ☐ OTHER_____
☐ TO RECOVERY ROOM ☐ OTHER_____

IMPLANTS (INDICATE TYPE, LOT #, SERIAL #, MODEL #, SIZE, EXP. DATE) ☒ NONE

SPECIMEN/CULTURE (INDICATE SOURCE & DISPOSITION) ☒ NONE

Circ. Nurse Signature: _____ Initials: ~
HOSPITAL: CALIFORNIA MEN'S COLONY

**OPERATING ROOM RECORD**

Patient's Last Name, First Name, CDC #, DOB, Age: 41

H43428
Hill Raymond
3-10-60

CMC-MED-068 (08/85) 1379

00266

Date: 11-29-01   Time to PACU: 1125   Accompanied by: ☑ Anesthesia Care Giver ☑ OR Nurse   To PACU Via: ☑ SurgiLift ☐ Gurney ☐ _____

Operation: Repair Rupt Tendon Lt 5th Finger   Surgeon: R HARWAY

Type of Anesthesia: gen   Anesthetist: DICKINSON   Allergies: NKA

**Respirations:**
- ☑ Deep/Reg.
- ☐ Labored
- ☑ Unlabored
- ☐ Clear to Scope

**EKG:**
- ☑ NSR
- ☐ Bradycardia
- ☐ Tachycardia

**LOC:**
- ☐ Awake
- ☑ Drowsy
- ☐ Non-Responsive

**Skin Condition:**
- ☑ Warm/Dry
- ☐ Pale
- ☐ Cool
- ☐ Moist

**O2 Therapy:** Liter/Minute: 5
- ☐ None
- ☑ Mask
- ☐ Nasal

**Airway:**
- ☑ None
- ☐ Oral
- ☐ Nasal

**Extremity: R Ⓛ**
- ☑ Warm Good Cap Refill
- ☑ Strong Pulse (Rad)(Ped)
- ☑ Sensation Present
- ☑ Extremity Elevated

Pre-Op Vital Signs: 118/98 - 68 - 16 - 97.9 - 99.7

Drains/Packing: ☑ None ☐ Penrose ☐ Naso-Gastirc ☐ Jackson-Pratt ☐ Foley ☐ _____

Time: 1125  1130  45  1200

(graph chart with values marked)

SAO2: 99  97  97  97

Key: Blood Pressure V   Pulse ^   Resp. O

| Time | Medication | Response | Dose | Route | Nurse |
|------|-----------|----------|------|-------|-------|

**Nurses Notes**

1125: Admitted to PACU p̄ gen anes.
HOB @ 25°. pt responding.
1145 sitting, up drinking
water. Says he feels OK to
walk out. No ⊘ Pain
IV d/c'd. post-op instructions
explained to pt
1205 discharged in good
condition c̄ OFFICER       K Todd

| Post Anesthesia Recovery Score | In | Out |
|---|---|---|
| **RESPIRATION** | | |
| Cough & Deep Breath  -2 | | |
| Dyspnia or Limited Resp.  -1 | 2 | 2 |
| No Spontaneous Resp.  -0 | | |
| **CIRCULATION** | | |
| Systolic 20 of Pre-Op  -2 | | |
| Systolic 20-50 of Pre-Op  -1 | 2 | 2 |
| Systolic 50 of Pre-Op  -0 | | |
| **ACTIVITY** | | |
| Moves all Extremities  -2 | | |
| Moves Two Extremities  -1 | 2 | 2 |
| Moves No Extremities  -0 | | |
| **CONSCIOUSNESS** | | |
| Alert, Oriented  -2 | | |
| Aroused When Called  -1 | 1 | 1 |
| Not Responsive  -0 | | |
| **COLOR** | | |
| Normal  -2 | | |
| Pale, Dusky, Jaundice  -1 | 2 | 2 |
| Frank Cyanosis  -0 | | |
| **TOTAL** | 9 | 10 |
| SPINAL/ANESTHETIC LEVEL | | |

**PACU INTAKE**

| Time | Site | Intravenous Solutions | From OR | To Room | Total |
|------|------|----------------------|---------|---------|-------|
| 1125 | RA | LR 1000 | 1000 | dc'd | 100 |

| | |
|---|---|
| ORAL | 100 |
| TOTAL OR | 1000 |
| TOTAL RR | 100 |
| TOTAL OR/RR INTAKE | 1200 |

Dressing: ☐ None ☑ Dry & Intact

**OUTPUT**

| | |
|---|---|
| OR EBL | 25 |
| OR Urine | |
| OR Other | |
| RR Urine | |
| RR N.G. | |
| RR Emesis | |
| RR Other | |
| TOTAL Output OR and RR | 25 |

**Discharge To:**
Room: _____
Quad: Ad5 29
- ☐ Gurney
- ☐ Surgilift
- ☑ Ambulatory
- ☐ Patient's Bed

Discharge Vital Signs:
BP: 140/76
P: 70
R: 16
O2: 97%

Surgeon/Anesthetist Signature: _____
PACU Nurse Signature: K Todd
Receiving Nurses Signature: N/A

Patient's Last Name, First Name, CDC Number, DOB:

H 434 28
HILL, RAYNARD
03/10/60

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS

NURSING RECOVERY ROOM RECORD

## POST-OPERATIVE WOUND CARE

✓ Keep dressing clean & dry.
✓ DO NOT remove dressing.
_____ Remove gauze dressing and shower 24 hours after surgery.
_____ Leave steri-strips in place.
✓ Keep arm/leg elevated as much as possible for *1 week*
✓ You may shower 24 hours after surgery. Cover dressing with a plastic bag to keep dressing dry.
_____ You may shower 24 hours after surgery. Remove all bandages, discard gauze dressing, and rewrap leg with ace bandage after shower.
✓ Go to sick call immediately if you have any of the following symptoms:
  *Severe pain
   (A little tenderness is normal)
  *Red streaking
  *Unusual redness and swelling
  *Drainage of pus
  *Extermity is cold, blue, or numb
  *Fever

## RETURN INSTRUCTIONS

_____ You've been given a _____ day lay-in.
_____ You've been given a medical unassignment for _____
_____ You may return to work/school.
✓ You will receive a ducat for routine follow-up care. *12-4-01*
_____ Return to sick call if you have any problems.

## POST-OP UROLOGY SURGERY

_____ Drink _____ glasses of water daily.
_____ Take all prescribed medications.
_____ Medication may discolor urine.
_____ Go to sickcall if any of the following occur:
  *Persistent fever and chills.
  *Severe abdominal pain.
  *Nausea and vomiting.
  *Heavy bleeding or clots.

## ACTIVITY

✓ Go directly to your room and rest today.
_____ Resume normal activity.
_____ No heavy lifting (over 25 lbs.) for 6 weeks.
_____ No weight-lifting for _____ weeks.
_____ You have been issued crutches with verbal instructions.
_____ Crutch walk for _____ weeks with no weight bearing on _____ leg.

## DIET

✓ Sack lunch issued.
✓ Resume regular diet.

## MEDICATIONS

Take ALL Medications

_____ Motrin _____ mg by mouth _____ times a day (as needed for pain) for _____ days.

_____ Tylenol #3 _____ tablets by mouth _____ times a day (as needed for pain) for _____ days.

_____ *15mg KCl*
✓ Roxicet 10 ml by mouth *3* times a day (as needed for pain) for *5* days.

_____ Bactrim DS _____ tablet(s) by mouth _____ times a day for _____ days.

_____ Pyridium 200 mg by mouth _____ times a day (for painful urination) for _____ days.

_____ Ditropan (Oxybutynin Chloride) _____ mg by mouth _____ times a day for _____ days.

_____ Cipro _____ mg by mouth _____ times daily for _____ days.

_____ Kadian _____ mg by mouth _____ times daily for _____ days.

_____ Morphine _____ mg by mouth _____ times daily for _____ days.

---

I have received all of my property. I have read and understand these post-operative instructions. I have received a copy of these post-op instructions.

_Raymond D Hill_ Date: _11-29-01_ Time: _1150_
Patient's Signature

_K Todd_ Date: _11-29-01_
Nurse/Physician's Signature

---

## OUTPATIENT SURGERY PATIENT INSTRUCTION

Original: Chart
Copy: Patient

CMC-MED-202 REVISED: 8/01

NAME:

CDC NO:  H 434 28

ROOM:  HILL, RAYNARD

DOCTOR:  03/10/60

00268

| DATE | NOTES |
|------|-------|
| 1-23-01 | PT- MMT 4/5 supraspinatus, 3+/5 ER, 4/5 IR. Pt c/o some soreness AC area on (R). Instructed on wall stabilization c̄ ER/abd/r. & Modified Push-up against table. Will recheck ~ wks & review push-up. (R) shoulder soreness. Tammy Dwin PT |
| 2-9-01 | PT- Pt c/o impingement pain c̄ resisted shoulder v̄ & supraspinatus. Reviewed neutral scapular posture & then pt able to do standing empty can s̄ pain. Also reviewed prone mid & low Trap. MMT 4+/5 IR, 4/5 ER c̄ some pain. Add SA exercise next visit. Tammy Dwin PT |
| 2-15-01 | PT- Pt instructed on SA, mid/low Trap strengthening, Abduction standing & resisted IR/ER Isometric or c̄ weight c̄ glenohumeral depression. Tammy Dwin PT |
| 2-20-01 | PT- started IR Progressing push-up c̄ scapula stability. Instruct on scapula depression next visit. Tammy Dwin P4 |
| 2-27-01 | PT- Reviewed Push-up against table pt limited by weak abdominals address next wk. Tammy Dwin PT |
| 3-7-01 | PT- Pt progressing TX, Push-up, Scapula stability, Abdominal TX, Press-ups, (I) c̄ HEP, AROM wFLS. DC PT Tammy Dwin PT |

PHYSICAL THERAPY PROGRESS NOTES

CDC NO: H 434 2 B

NAME: Hill

DOB:

CMC-MED-127 (Rev.04/88 1251)

00269

H43428

**EMERGENCY CARE FLOW SHEET**

DEPARTMENT OF CORRECTIONS

DATE: 12-2-00

| TIME IN | TIME OUT |
|---|---|
| 1849 | 1846 |

| PATIENT NAME (LAST, FIRST) | CDC NUMBER | HOUSING | DOB |
|---|---|---|---|
| HILL RAYMOND | H43428 | 4A 255L | 3-10-62 |

| TIME OF INCIDENT | LOCATION OF INCIDENT | MODE OF ARRIVAL |
|---|---|---|
| 5-7 days | Cell | Amb |

| STAFF NAME (LAST, FIRST) | OCCUPATION | SEX | AGE | DOB |
|---|---|---|---|---|

**CHIEF COMPLAINT:** Abscess (L) Axilla

TB CODE:

DATE OF LAST TETANUS:

### MECHANISM OF INJURY
- [ ] STABBING
- [ ] PHYSICAL ALTERCATION
- [ ] GUNSHOT WOUND
- [ ] BURN
- [ ] SPORTS INJURY
- [ ] ON THE JOB INJURY
- [x] OTHER

### SKIN COLOR
- [x] NORMAL
- [ ] PALE
- [ ] ASHEN
- [ ] CYANOTIC
- [ ] FLUSHED

### SKIN TEMP
- [ ] HOT
- [x] WARM
- [ ] COOL
- [ ] COLD

### SKIN MOISTURE
- [x] NORMAL
- [ ] DRY
- [ ] MOIST
- [ ] PROFUSE

### CAPILLARY REFILL
- [x] < 2 SECONDS
- [ ] > 2 SECONDS
- [ ] NONE

### LUNG SOUNDS
| | RT | LT |
|---|---|---|
| CLEAR | | ✓ |
| WHEEZES | | |
| RALES | | |
| RHONCHI | | |
| DIMINISHED | | |
| ABSENT | | |

### RESP. CHARACTER
- [ ] LABORED
- [x] UNLABORED
- [ ] PAINFUL
- [ ] SHALLOW
- [ ] DEEP
- [ ] RETRACTION
- [ ] NASAL FLARING

### EVIDENCE OF TRAUMA
- [ ] CHEST   [ ] HEAD
- [ ] ABDOMEN   [ ] NECK
- [ ] G/U   [x] EXTREMITIES
- [ ] PELVIS   [ ] OTHER
- [ ] BACK SPINE

### GLASGOW COMA SCALE

| | | | | | | |
|---|---|---|---|---|---|---|
| EYE OPENING RESPONSE | SPONTANEOUS | 4 | 4 | 4 | 4 | |
| | TO VOICE | 3 | 3 | 3 | 3 | |
| | TO PAIN | 2 | 2 | 2 | 2 | |
| | NONE | 1 | 1 | 1 | 1 | |
| BEST VERBAL RESPONSE | ORIENTED | 5 | 5 | 5 | 5 | |
| | CONFUSED | 4 | 4 | 4 | 4 | |
| | INAPPROPRIATE WORDS | 3 | 3 | 3 | 3 | |
| | INCOMPREHENSIBLE SOUNDS | 2 | 2 | 2 | 2 | |
| | NONE | 1 | 1 | 1 | 1 | |
| BEST MOTOR RESPONSE | OBEYS COMMAND | 6 | 6 | 6 | 6 | |
| | LOCALIZES PN. | 5 | 5 | 5 | 5 | |
| | WITHDRAWS PN. | 4 | 4 | 4 | 4 | |
| | FLEXION PN. | 3 | 3 | 3 | 3 | |
| | EXTENSION PN. | 2 | 2 | 2 | 2 | |
| | NONE | 1 | 1 | 1 | 1 | |

| | TIME | TEMP | PULSE | RESP | BP | SaO₂ | CURRENT MEDICATION |
|---|---|---|---|---|---|---|---|
| VITALS | 1849 | 100⁰ | 94 | 16 | 131/84 | 97 | none |

TIME

PUPIL RESPONSE

PUPIL SIZE

KEY C=CLOSED   B=BRISK   SL=SLUGGISH   F=FIXED

| | TIME | SOL | SITE | GAUGE | RATE | MEDICATION ALLERGIES |
|---|---|---|---|---|---|---|
| IV | | | | | | NKA |

| | TIME | ROUTE | RATE | SaO₂ | MEDICATION GIVEN IN ER |
|---|---|---|---|---|---|
| MEDS ADMIN | | | | | Keflex 1 gm im 1845 |
| | | | | | LWOA |

3  4  5  6  7  8

● ● ● ● ● ●

### ABBREVIATION CODE
| | | | | |
|---|---|---|---|---|
| Ab | – Abrasion | E | – Edema |
| Amp | – Amputation | F. | – Closed Susp. Fracture |
| Av | – Avulsion | H | – Hematoma |
| B | – Burn | L | – Laceration |
| % | – Percent | P | – Petechiae |
| CP | – Compound Frac. | R | – Rash |
| EC | – Ecchymosis | S | – Scar |
| ENT | – Entrance Wound | Ex | – Exit Wound |
| SI | – Surgical Incision | | |

### SOAP NOTATIONS
**SUBJECTIVE: (PATIENT'S STATEMENTS, HISTORY)** Has painful area

**OBJECTIVE: (PHYSICAL EVALUATION)** 1½ Diameter ⊕ red ⊕ soft center raised ¾ inch

**ASSESSMENT: (NURSING DIAGNOSIS)** Infection

**PLAN: (PT EDUCATION, FOLLOWUP, MD ORDERS, ETC.)** Antibiotic, motrin – pass to clinica in Am

E

| PRINT NAME | SIGNATURE | PATIENT DISPOSITION |
|---|---|---|
| D. Lewis RN | (RN/MTA/MD) | [x] RETURN TO CUSTODY |
| | RN/MTA/MD | [ ] ADMIT TO INFIRMARY / HOSPITAL |
| | RN/MTA/MD | [ ] TRANSPORT TO COMM. HOSPITAL VIA: |
| | | [ ] AMBULANCE |
| | | [ ] STATE VEHICLE |
| SUPERVISOR REVIEW | | [ ] RELEASED TO CORONER |

C 7403 (04/03) EMERGENCY CARE FLOW SHEET

### PATIENT CONDITION ON DISCHARGE
- [x] STABLE   [ ] UNSTABLE
- [ ] DECEASED   TIME _____

00270

**LANCASTER COMMUNITY HOSPITAL**
43830 Tenth Street West
Lancaster, CA 93534-4895
(661) 948-4781    Fax: (661) 940-1481

**LANCASTER COMMUNITY HOSPITAL**
EMERGENCY SERVICES
OCCUPATIONAL HEALTH /
URGENT CARE
(661) 948-4781

Date _____

3002182263

HILL , RAYNARD
DOB: 03/10/1960  48  SX: M   EMR
MRN: 10061934  ADM/REG DT: 05/01/08
LANCASTER COMMUNITY HOSPITAL

NAME _____

**WORK OR SCHOOL RELEASE**

☐ No Physical Education for _____ days. ☐ No work for _____ days.

☐ May return to Work School _____  ☐ Light Work for _____ days.

**Department of Emergency Medicine**
LABEL AS SUCH - GENERIC EQUIVALENT ACCEPTABLE  Yes ☐  No ☐

℞  Date  5/1/08

① Klo-Con 10meg tablet
Sf: ÷ po Daily          #30

② ASA 81mg tablet
Sf: ÷ po Daily          #90

No Refills ☒

Refill _____ Times

Calif. Lic. # _____

BNDD # _____

_____
Jenny Stastry

**NOT A PRESCRIPTION**  _____
Physician's Signature

**DIAGNOSIS**  Angina , HypoKalemia.

☐ See Dr. _____ in _____ days,
or return to ER as necessary if symptoms worsen or persist.

☐ Do not drive or operate machinery while using alcohol or taking narcotic
medication.

☐ See reverse of this sheet for additional information.

☐ Return in _____ hours if symptoms persist.

**MISCELLANEOUS INSTRUCTIONS**

① See your doctor in the facility
for another blood test after
12 days, to check potassium level.
② Start taking ASA - 81 mg daily
③ Keep hydrated with water; Low Sodium
Low Fat diet

☐ I acknowledge that I have received and understood appropriate car seat
information for my child.

**BRING THIS WITH YOUR FOLLOW-UP CARE.**

I hereby acknowledge that I have received the instructions indicated above and
on the reverse side of this form. I understand that I may be released before all my
medical problems are known or treated. I will arrange for follow-up care as
instructed above.

S. Beach RN          5/1/08



*REVIEWED AFTERCARE INSTRUCTIONS WITH PATIENT          DATE

☐ **HEAD INJURY**
The following precautions should be taken for at least 24 hours after the head
injury. Any questions or problems call your MD or return to ER.
1. Relatives should set the alarm clock so that they may be awakened every
two or three hours to rouse the patient so he will respond, move all four
extremities, and can be examined for unequal pupils.
2. The patient may take clear liquids over the first 24 hours if no nausea
and/or vomiting has occurred.
3. Tylenol in usual doses may be taken, but all sedatives should be omitted.
4. Avoid strenuous work or play.
5. Keep patient lying down as long as headache or any symptoms persist.
6. Ice bag may be used over swollen or painful areas.
7. If headache or other symptoms have not subsided after two days, consult
your physician.

☐ **WOUND CARE (Cuts, abrasions, burns, etc.)**
1. Keep the wound clean and dry.
2. Elevate the wound to help relieve pain and speed wound healing.
3. Despite the greatest care, any wound can be infected. If your wound becomes
red, swollen, shows pus or red streaks, or feels more sore instead of less sore
as days go by, you must report to your physician right away.
4. Dressings should be changed in _____ days.
5. Have the sutures removed by a physician in _____ days.
6. If you had an x-ray taken, the results are preliminary. The final reading will
be done by a radiologist. You will be notified of any changes.

X _____
PATIENT OR REPRESENTATIVE          DATE

**AFTERCARE INSTRUCTIONS**
FORM #NS1512 (3/07)

☑ Nurses note reviewed ☐ Vital signs reviewed ☐ age greater than 50

## PHYSICAL EXAM

**P Q R I** **GENERAL APPEARANCE**
- ☑ no acute distress ___ mild / moderate / severe distress____
- ☑ alert ___ anxious / lethargic

**EENT**
- ☑ PERRL
- ☑ EENT nml inspection
- ☑ pharynx nml
- ___ post-surgical pupillary defect ( R / L )
- ___ scleral icterus / pale conjunctivae
- ___ EOM palsy / anisocoria / pharyngeal erythema___
- ___ abnml TM / oral exam / hearing deficit___

**NECK**
- ☑ nml inspection
- ☑ no carotid bruit
- ___ thyromegaly
- ___ lymphadenopathy ( R / L )*
- ___ subcutaneous emphysema
- ___ see diagram

**RESPIRATORY**
- ☑ no resp. distress
- ☑ chest non-tender
- ☑ nml breath sounds
- ☑ no pleuritic chest pain
- ___ respiratory distress
- ___ manifests distinct pain on movement of.( R / L ) arm  of trunk
- ___ splinting / decr air mvmnt___
- ___ wheezes / rales / rhonchi___
- ___ irregularly irregular rhythm

**CVS**
- ☑ regular rate, rhythm
- ☑ no murmur
- ☑ no gallop
- ☑ no friction rub
- ☑ pulses full / equal
- ___ extrasystoles ( occasional / frequent )
- ___ tachycardia / bradycardia
- ___ PMI displaced laterally
- ___ JVD present / ___ gallop ( S3 / S4 )
- ___ murmur  grade__/6  sys / dias___
- ___ cresc / cresc-decresc / decresc
- ___ friction rub / Hamman's crunch___
- ___ decreased pulse(s)___
  - R  carotid___  fem___  dors ped___
  - L  carotid___  fem___  dors ped___

T = tenderness  G = guarding
R = rebound  av = mild
mod = moderate  sv = severe
(e.g. T₁sv  severe tenderness)

**GI (ABDOMEN)**
- ☑ non-tender
- ☑ no organomegaly
- ☑ no distention
- ☑ nml bowel snds*
- ___ tenderness / guarding / rebound___
- ___ abnml bowel sounds___
- ___ hepatomegaly / splenomegaly / mass___
- ___ bruit___

**RECTAL**
- ☑ non-tender
- ☑ heme neg stool
- ___ black / bloody / heme pos. stool___
- ___ tenderness___

**SKIN**
- ☑ color nml, no rash
- ☑ warm, dry
- ___ cyanosis / diaphoresis / pallor___
- ___ skin rash  zoster-like___

**EXTREMITIES**
- ☑ non-tender
- ☑ normal ROM*
- ☑ no pedal edema
- ☑ no calf tenderness
- ___ embolic lesions / signs of IVDA___
- ___ pedal edema___
- ___ calf tenderness___
- ___ clubbing___
- ___ Homan's sign___
- ___ CORDS

**P Q R I** **NEURO / PSYCH**
- ☑ oriented x3
- ☑ mood / affect nml
- ___ disoriented to person / place / time___
- ___ depressed affect___

- ☑ CN's nml as tested
- ☑ no motor / snsry deficit
- ___ facial droop___
- ___ weakness / sensory loss___

## EKG & XRAYS

**EKG MONITOR STRIP** ___ NSR  Rate___

**P Q R I**
- ☑ EKG ___ NML  ☐ Interp. by me  ☐ Reviewed by me  Rate___
- ☑ NSR ___ nml intervals ___ nml axis ___ nml QRS ___ nml ST/T
- not / changed from:___
- Repeat EKG - pending / ___ unchanged /___

CXR ☐ Interp. by me ☐ Reviewed by me ☐ Discsd w/ radiologist
- ☑ nml / NAD ☑ no infiltrates ___ nml heart size ___ nml mediostinum

not / changed from:___

<u>Underline</u> indicates organ system
* equivalent or minimum required for organ system exam

Chest Pain - 33

ER0012

## LABS

mg-2:30

| CBC | | Chemistries | | Set 1 | | Set 2 | |
|---|---|---|---|---|---|---|---|
| normal except | | normal except | | BNP | | CK | |
| WBC | 6.2 | Na | 138 | CK | 34.0 | CKMB | |
| Hgb | 14.1 | K | 3.9 | CKMB | 2.0 | Troponin | |
| Hct | 43.1 | Cl | 100 | Troponin | 0.03 | UA | |
| Platelets | 286 | CO2 | 28 | PT | 10.5 | normal except | |
| segs | | Gluc | 99 | PTT | 24 | WBC | |
| bands | | BUN | 13 | INR | 1.04 | RBC | |
| lymphs | | Creat | 1.1 | D-Dimer | | bacteria | |
| monos | | Ca | 9.1 | | | dip: | |

**P Q R I**  Pulse Ox  95 % on  RA  ___ L / ___ %  Interp.___  time:___

**treatment indicated:**
ASA  ACE inhibitor  Beta Blockers  Thrombolytics  Nitrates
PCI___
not indicated, reason:___
Discharge Medications:___

## PROGRESS

Time___  unchanged  improved  re-examined
pain not gone completely___

Discussed with Dr.___
or Cardiologist at___  AM / PM
will see patient in  ED / hospital / office
Counseled patient / family regarding: lab / rad results  diagnosis  need for follow-up

Additional history from:
family  caretaker  paramedics
Rx given___  Moe-lin 10mg #9
ASA 81mg #9

CRIT CARE TIME (excluding separately billable procedures)
30-74 min   75-104 min ___ min

## CLINICAL IMPRESSION

☐ **Chest Pain (PQRI)**
- precordial / painful respirations
- chest wall tenderness-discomfort
- tightness / pressure / angina
- Dyspnea - acute
- Costochondritis - acute
- Myofascial Strain - acute
- Viral Syndrome - acute
- Bronchitis - acute
- Viral Pleuritis (Pleurisy)
- Abnormal EKG

☐ **Pneumonia (PQRI)**
- Acute MI
- Pericarditis - acute
- Acute Aortic Dissection
- Pulmonary Embolism
- Acute Pulmonary Edema / CHF
- Atrial Fibrillation -  rapid vent. response
  controlled  uncontrolled  new-onset  chronic
- Pneumothorax / Pneumomediastinum
- GERD

Angina  Hypokalemia

**DISPOSITION:** ☐ transferred ☐ home ☑ admit ☐ AMA
**Time**___
**Follow Up:** ☐ arranged less than 24 hours___
**CONDITION:** ☑ stable ☐ better ☐ worse ☐ expired
June 1    0380    RESIDENT / PA / NP SIGNATURE

☑ **ATTENDING NOTE:**
☑ Resident / PA / NP's history reviewed, patient interviewed and examined.
Briefly, pertinent HPI is:___
My personal exam of patient reveals:___
Assessment and plan reviewed with resident / midlevel. Lab and ancillary studies show:___
I confirm the diagnosis of:___
Care plan reviewed. Patient will need:___
Please see resident / midlevel note for details.

Physician Signature___  RTI #___  turned care over at___

Physician Signature___  RTI #___  assumed  care at___
☐ Template Complete  ☐ Additional T-Sheet  ☐ Progress Sheet

3002182263

HILL , RAYNARD
DOB: 03/10/1960   48  SX: M   EMR
MRN: 10061934   ADM/REG DT: 05/01/08
LANCASTER COMMUNITY HOSPITAL



## Tehachapi Valley Healthcare District Laboratory  # 201472
115 West E St, Tehachapi, Ca 93561 (661)823-3047, (661)823-3087 Fax

**Accn #**    1044567

**PHYSICIANS**

Physician: CA. COR. INST CCI
P.O BOX 1031
TEHACHAPI,CA,USA
93581,Fax: 823-5026
Tel:822-4402 EXT.3750

**Patient**                                                CCI

**HILL, H43428 RAYNARD**

Age   48 Years      1960-03-10      Sex   M

### CHEMISTRY

| Tests | Results | | Reference Values | | Units |
|---|---|---|---|---|---|
| SODIUM | 138 | | 135 - 145 | | mmol/l |
| POTASSIUM | 4.7 | | 3.6 - 5.2 | | mmol/l |
| CHLORIDE | 100 | ↓ | 101 - 111 | | mmol/l |
| TOTAL CO2 | 26 | | 21 - 31 | | mmol/l |
| GLUCOSE | 84 | | 70 - 110 | | mg/dl |
| BUN | 16.0 | | 7.0 - 18.0 | | mg/dl |
| CREATININE | 1.4 | ↑ | 0.8 - 1.3 | | mg/dl |
| CALCIUM | 9.8 | | 8.5 - 10.5 | | mg/dl |
| ALK PHOSPHATASE | 98 | | 42 - 120 | | U/l |
| AST | 33 | | 15 - 37 | | U/l |
| ALT | 62 | | 10 - 60 | | U/l |
| TOTAL PROTEIN | 8.5 | ↑ | 6.7 - 8.2 | | g/dl |
| ALBUMIN | 4.2 | | 3.2 - 5.5 | | g/dl |
| GLOBULIN | 4.3 | | 1.9 - 4.3 | | g/dl |
| A/G RATIO | 1.0 | | 1.0 - 2.0 | | |
| TOTAL BILI | 0.2 | | 0.0 - 1.0 | | mg/dl |



Comment    **PLEASE FAX STAT TO:823-3349 AND ALSO TO:823-5074.CW**

Edric B. Willes M.D., Director

| Collected Date | Received Date | Completed Date | Printed Date | |
|---|---|---|---|---|
| 2008-05-05 16:27:05:03 | 2008-05-05 16:27:05:03 | 2008-05-05 16:55:03 | 2008-05-05 16:55:05:03 | Final |

File Copy          Page  1  / 1                                    CHEMISTRY

00273

# LANCASTER COMMUNITY HOSPITAL

43830 N.10th West
Lancaster, CA 93534
(661)940-1321

Inpamani S. Arul, M.D.

*Patient:* **HILL, RAYNARD**
*Med Rec #:* 10061934
*Admit Date:* 05/01/08  *Room:*     *Bed:*
*DOB:* 03/10/1960  *Age:* 48yr  *Sex:* M
*Physician:* Gill, Kanwaljit
*Account #:* 3002182263
*LOC:* ER

------------------------------------------------------------

Collected: 05/01/08 @  18:53                                  Accn:010516

| Test | Result | Flag | Reference Range/Units |
|------|--------|------|----------------------|

## CHEMISTRY
BASIC METABOLIC

| Test | Result | Flag | Reference Range/Units |
|------|--------|------|----------------------|
| Sodium, serum | 138 | | 135 - 145 mmol/L |
| Potassium, Serum | 3.2 | LO | 3.6 - 5.0 mmol/L |
| Chloride, serum | 100 | LO | 101 - 111 mmol/L |
| Carbon Dioxide | 28 | | 21 - 34 mmol/L |
| Glucose | 97 | | 70 - 110 mg/dl |
| BUN | 13 | | 6 - 20 mg/dl |
| Creatinine, seru. | 1.1 | | 0.5 - 1.2 mg/dl |
| Calcium, serum | 9.1 | | 8.5 - 10.5 mg/dl |
| Cardiac Panel | | | |

## HEMATOLOGY
CBC W/ AUTO DIFF
AUTO DIFF

## COAGULATION
COAG PANEL

-------------------------
Legend
High = HI   Low = LO   Critical = CR   Abnormal = AB
-------------------------

HILL, RAYNARD                    Location: ER              Printed :05/01/2008 @ 19:22
                                                           Page: 1 of 1

00274

# LANCASTER COMMUNITY HOSPITAL

43830 N.10th West
Lancaster, CA 93534
(661)940-1321

Inpamani S. Arul, M.D.

*Patient:* **HILL, RAYNARD**
*Med Rec #:* 10061934
*Admit Date:* 05/01/08  *Room:*  *Bed:*
*DOB:* 03/10/1960  *Age:* 48yr  *Sex:* M
*Physician:* Gill, Kanwaljit
*Account #:* 3002182263
*LOC:* ER

---

Collected: 05/01/08 @ 18:53 | Accn:010516

| Test | Result | Flag | Reference Range/Units |
|------|--------|------|----------------------|
| **COAGULATION** | | | |
| Prothrombin Time | 10.5 | | 9.5 - 11.5 seconds |
| INR | 1.04 | | 0.86 - 1.13 |
| Therapeutic range: 2.00 - 3.00 | | | |
| PTT | 24 | LO | 25 - 33 seconds |
| Therapeutic range 55-119 seconds | | | |
| Based on current reagent lot 02-01-07 | | | |

Legend
High = HI  Low = LO  Critical = CR  Abnormal = AB

HILL, RAYNARD          Location: ER          Printed :05/01/2008 @ 19:39
                                             Page: 1 of 1

00275

# LANCASTER COMMUNITY HOSPITAL

43830 N.10th West
Lancaster, CA 93534
(661)940-1321

Inpamani S. Arul, M.D.

Patient: **HILL, RAYNARD**
Med Rec #: 10061934
Admit Date: 05/01/08  Room:    Bed:
DOB: 03/10/1960  Age: 48yr  Sex: M
Physician:  Gill, Kanwaljit
Account #: 3002182263
LOC: ER

--------------------------------------------------------------------------------

Collected: 05/01/08 @  18:53                                    Accn:010516

| Test | Result | Flag | Reference Range/Units |
|------|--------|------|----------------------|
| **CHEMISTRY** | | | |
| Creatine Kinase | 340 | HI | 26 - 186 IU/L |
| CKMB QUANT | 2.0 | | 0.6 - 6.3 ng/ml |
| Relative Index | 0.6 | | 0.0 - 2.5 % |
| TROPONIN I QUANT | 0.03 | | 0.00 - 0.04 ng/ml |
| A cutoff of 0.50 ng per ml Troponin is recommended for diagnosis of AMI. | | | |
| Magnesium | 2.30 | | 1.80 - 2.50 mg/dl |

Legend
High = HI   Low = LO   Critical = CR   Abnormal = AB

HILL, RAYNARD                    Location: ER              Printed :05/01/2008 @ 19:45
                                                            Page: 1 of 1

00276

# LANCASTER COMMUNITY HOSPITAL

43830 N.10th West
Lancaster, CA 93534
(661)940-1321

Inpamani S. Arul, M.D.

**Patient:** **HILL, RAYNARD**
*Med Rec #:* 10061934
*Admit Date:* 05/01/08  *Room:*     *Bed:*
*DOB:* 03/10/1960  *Age:* 48yr  *Sex:* M
*Physician:* Gill, Kanwaljit
*Account #:* 3002182263
*LOC:* ER

---

Collected: 05/01/08 @ 18:53                                    Accn:010516

| Test | Result | Flag | Reference Range/Units |
|------|--------|------|----------------------|
| **HEMATOLOGY** | | | |
| WBC Count | 6.2 | | 4.8 - 10.0 x1000/ul |
| RBC Count | 4.77 | | 4.50 - 5.60 x10(6)/u |
| Hemoglobin | 14.6 | | 14.0 - 17.0 gm/dl |
| Hematocrit | 43.1 | | 42.0 - 52.0 % |
| MCV | 90.3 | | 81.0 - 97.0 fl |
| MCH | 30.5 | | 27.0 - 32.0 pg |
| MCHC | 33.8 | | 33.0 - 37.0 g/dl |
| RDW | 12.9 | | 11.5 - 14.5 % |
| Platelet Count | 286 | | 130 - 400 x1000/ul |
| MPV | 8.6 | | 7.4 - 10.4 fl |
| Neutrophil % | 43.1 | LO | 45.0 - 75.0 % |
| Lymph % | 42.1 | | 15.0 - 45.0 % |
| Mono % | 7.3 | | 2.0 - 10.0 % |
| Eosinophil % | 7.1 | HI | 0.0 - 5.0 |
| Baso % | 0.4 | | 0.0 - 3.0 % |
| Neutrophil # | 2.70 | | /ul |
| Lymph # | 2.60 | | /um |
| Monos # | 0.40 | | x1000/ul |
| Eosinophil # | 0.40 | | x1000/ul |
| Baso # | 0.00 | | x1000/ul |

Legend
High = HI   Low = LO   Critical = CR   Abnormal = AB

---

HILL, RAYNARD                    Location: ER             Printed :05/01/2008 @ 19:33
                                                          Page: 1 of 1

00277

1. Follow up with cardiologist, referral for treadmill.
2. Check potassium level in 2 days.
3. Keep hydrated with liquid/water
4. Low sodium & low fat diet
5. Start Aspirin 81 mg daily
6. Encourage exercise, walking 10 minutes out and 10 minutes back daily.

EKG-normal
X-ray of chest normal

See lab result.- all within normal except the potassium level 3.2.
K-Dur Elixir 40 meq PO given.

Prescription:

Klor-Con 10 meq PO 2 tabs daily
Aspirin 81 mg daily.

3002182263
HILL , RAYNARD
DOB: 03/10/1960   48   SX: M      EMR
MRN: 10061934      ADM/REG DT: 05/01/08
LANCASTER COMMUNITY HOSPITAL

©2001-2006 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

Lancaster Community Hospital
# EMERGENCY DEPARTMENT RECORD
### Physician Order Sheet

**INITIAL ORDERS**

| Time | LABS | | Initials |
|---|---|---|---|
| | ☒ CBC c̄ Diff. | ☐ H / H | |
| | ☐ BMP | ☐ CA | ☐ Mg |
| | ☐ Lytes | | |
| | ☒ B) Natri Peptide | ☒ Cardiac | |
| | ☐ UPreg | ☐ SHCG | ☐ Quant |
| | ☐ Amylase | ☐ Lipase | ☐ Liver |
| | ☐ TSH | ☐ TH | |
| | ☒ PT | ☐ PTT | |
| | ☒ Ammonia | | |
| | ☐ UA | | |
| | ☐ Toxin screen ~ urine | | |
| | ☐ Drug Levels: valproic acid | | |
| | digoxin  dilantin  ETOH | | |
| | Tylenol  ASA  Theo | | |
| | ☐ Blood Type & Screen  ☐ Cross Match | | |
| | ☐ other_____ | | |

| Time | X-RAYS | Initials |
|---|---|---|
| | ☒ CXR  port  2 View | |
| | ☐ Acute Abdominal Series 3 view | |
| | ☐ C-Spine  ☐ T-Spine | |
| | ☐ LS-Spine | |
| | ☐ other_____ | |
| | ☐ CT Head | |
| | ☐ With Contrast ☐ Without Contrast | |
| | ☐ CT Chest | |
| | ☐ With Contrast ☐ Without Contrast | |
| | ☐ CT Abdomen | |
| | ☐ With Contrast ☐ Without Contrast | |
| | ☐ CT Pelvis | |
| | ☐ With Contrast ☐ Without Contrast | |
| | ☐ Sonogram | |
| | ☐ Abdomen  ☐ Pelvis | |
| | ☐ Vascular  site | |
| | ☐ Echocardiogram | |

| Time | CARDIORESPIRATORY | Initials |
|---|---|---|
| | ☐ EKG | |
| | ☐ ABG  RA / O2 | |
| | ☐ Peak Flow_____ | |

| Time | CULTURES / SPECIMENS | Initials |
|---|---|---|
| | ☐ Urine  ☐ Stool / WBC | |
| | ☐ Blood x_____ | |
| | ☐ Wound | |
| | ☐ Sputum C / S + Gram Stain | |
| | ☐ CSF Panel | |
| | ☐ Chlamydia  ☐ GC | |
| | ☐ Wet Mount | |

ER0012

| Time | Initial Nursing / RT Orders | | Initials |
|---|---|---|---|
| ____ | ☐ IV _____ @ _____ mL/hr | | |
| ____ | ☐ Cardiac Monitor | ☐ Pulse Oximeter | |
| ____ | ☐ Oxygen | ☐ Saline Lock | |
| ____ | ☐ Foley cath | | |
| ____ | ☐ Postural Vitals | | |
| ____ | ☐ Prior Records | | |
| ____ | ☐ Respiratory Treatment | | |
| | ☐ Albuterol | | |
| | ☐ Xopenex | | |
| | ☐ Atrovent | | |

2005  K-Dur 40 meq PO x 1    SB 2015

**Subsequent Orders**

| Time | Orders | Initials |
|---|---|---|
| | | |

**PLEASE CALL DOCTOR**

| Time Ordered | Doctor | Call Time | Returned Call |
|---|---|---|---|
| | | | |

*PHYSICIAN SIGNATURE*

3002182263
HILL , RAYNARD
DOB: 03/10/1960   48   SX: M   EMR
MRN: 10061934   ADM/REG DT: 05/01/08
LANCASTER COMMUNITY HOSPITAL

00279

```
3002182263
HILL , RAYNARD
DOB: 03/10/1960   48  SX: M    EMR
MRN: 10061934     ADM/REG DT: 05/01/08
LANCASTER COMMUNITY HOSPITAL
```

## ACTIONS

| TIME | | INIT |
|---|---|---|
| | cardiac monitor | |
| | pulse oximeter          O₂ ____ L via | |
| | Accu-Chek | |
| | ready for Dr eval.      notified doctor / seen by Dr | |
| | restraints   see documentation | |

2025

## IV STARTS

| TIME | # | site | gauge | attempts | complications | INIT |
|---|---|---|---|---|---|---|
| | | | | | | |

Ingold 18g LFA

## VITAL SIGNS

| TIME | BP | P | RR | T | SaO₂ | Rhythm | Pain | Pupils | INIT |
|---|---|---|---|---|---|---|---|---|---|
| 2025 | 120/76 | 60 | 20 | | 98% | | 0/10 | | SB |
| | | | | | | | /10 | | |
| | | | | | | | /10 | | |
| | | | | | | | /10 | | |

## IV / MEDICATION INFUSION RECORD

| Start Time | Solution / Med | IVPB | Rate ml / hr | Stop Time | Amount Infused | INIT |
|---|---|---|---|---|---|---|
| | Response: no change   improved   pain ____ /10 | | | | | |
| | Response: no change   improved   pain ____ /10 | | | | | |
| | Response: no change   improved   pain ____ /10 | | | | | |

### ADDITIONAL NOTES
2010 - Potassium given PO PT.
Med awaiting dispo —SB
2055 - Pt rinking pain free
and w/o complaint.
Discharge in custody CO
CCI paperwork sent — SB

## MEDICATIONS

| TIME | Medication | Dose | Route | Site | INIT |
|---|---|---|---|---|---|
| | Ingold ASA 325 mg PO | | | | |
| | Response: no change   improved   pain ____ /10 | | | | |
| 2010 | K-Dur 40 meq | PO | | | SB |
| | Response: no change   improved   pain ____ /10 | | | | |
| | Response: no change   improved   pain ____ /10 | | | | |
| | Response: no change   improved   pain ____ /10 | | | | |

### INTAKE
IV / saline lock discontinued

### OUTPUT
Total Amt Infused____
Time____ Initials____

### PROPERTY TO:
__patient __family __security __safe   see patient belongings list

## PROCEDURES

| TIME | | INIT |
|---|---|---|
| 1500 | 12 lead EKG performed  notified  Bennett | SB |
| | repeat EKG done  x | |
| | echocardiogram | |
| | V/Q          duplex  U / S | |
| | bronchodilator treatment   nebulizer   inhaler | |
| | x 1 | |
| | x 2 | |
| | x 3 | |
| | Foley    fr.    mL return | |
| | lab drawn / sent   by ED tech / nurse / lab | |
| | results back | |
| | awaiting physician review | |
| | to Xray   w/ monitor / nurse / O₂ / tech | |
| | return to room | |
| | to CT   w/ monitor / nurse / O₂ / tech | |
| | return to room | |

### DISPOSITION
__discharged  home  police  nursing home  ME  funeral home
__verbal / written instructions / RX given to.____ patient CDC CO (CCI)
__verbalized understanding
__learning barriers addressed____
__accompanied by / driver____
__admitted / transferred to____
__report to____ time.____
__transfer documentation completed
__notified family / police / ME
__left AMA / LWBS  signed AMA sheet  refused____
__physician notified of:____

### Discharge Vitals
BP 120/76 HR 60 RR 20 Temp____ SaO₂ 98%
pain level at discharge  0 /10

### CONDITION
__unchanged  __improved  __stable  __other____
Depart Time 2055 Mode: walk / crutches / W/C / stretcher / ambulance

Discharge Nurse Signature S. Beach, RN
☐ Continuation Sheet

| SIGNATURE | INITIAL |
|---|---|
| [signature] | |
| S. Beach, RN | SB |

^ protocol available

ER0011

00280

CDC NUMBER:     **H43428**

**CDC 128-C**

California Correctional Institution
ME2AA2000000081L

HILL, RAYNARD

**ANNUAL TB  CHRONO**

**TB SKIN  TESTING**

**DISTRIBUTION**

CENTRAL FILE:  ☒
MEDICAL FILE:  ☒
INMATE:  ☒

INMATE TB ALERT CODE     **22**

Joan Boatman, ICD RN

SIGNATURE

DATE:     03-15-2007

---

NAME and NUMBER                                                        CDC-128-C

*Hill  Rafford  H43428*

Inmate Tuberculosis Alert Code Is ___*22*_____

Signature of M.D., R.N., or MTA

CC: C-File
     Medical File
     Inmate

DATE     *9-10-06*

CCI Tehachapi                              Medical-Psychiatric-Dental

00281

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS

# COMPREHENSIVE ACCOMMODATION CHRONO

**INSTRUCTIONS:** A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

## A. HOUSING

None

| | | | |
|---|---|---|---|
| 1. Barrier Free/Wheelchair Access | P / T _____ | 4. Bottom Bunk | (P) T 1-30-08 |
| 2. Ground Floor Cell | P / T _____ | 5. Single Cell (See 128-C date: _____ ) | P / T _____ |
| 3. Continuous Powered Generator | P / T _____ | 6. Permanent OHU / CTC (circle one) | |
| | | 7. Other _____ | P / T _____ |

## B. MEDICAL EQUIPMENT/SUPPLIES

None

| | | | |
|---|---|---|---|
| 8. Limb Prosthesis | P / T _____ | 16. Wheelchair: (type) _____ | P / T _____ |
| 9. Brace | P / T _____ | 17. Contact Lens(es) & Supplies | P / T _____ |
| 10. Crutches | P / T _____ | 18. Hearing Aid | P / T _____ |
| 11. Cane: (type) _____ | P / T _____ | 19. Special Garment: | |
| 12. Walker | P / T _____ | (specify) _____ | P / T _____ |
| 13. Dressing/Catheter/Colostomy Supplies | P / T _____ | 20. Rx. Glasses: _____ | P / T _____ |
| | | 21. Cotton Bedding | P / T _____ |
| 14. Shoe: (specify) Contoured insole | P / T _____ | 22. Extra Mattress | P / T _____ |
| 15. Dialysis Peritoneal | P / T _____ | 23. Other _____ | P / T _____ |

## C. OTHER

None

| | | | |
|---|---|---|---|
| 24. Attendant to assist with meal access and other movement inside the institution. | P / T _____ | 26. Therapeutic Diet: (specify) _____ | P / T _____ |
| Attendant will not feed or lift the inmate/patient or perform elements of personal hygiene. | | 27. Communication Assistance | P / T _____ |
| | | 28. Transport Vehicle with Lift | P / T _____ |
| | | 29. Short Beard | P / T _____ |
| 25. Wheelchair Accessible Table | P / T _____ | 30. Other _____ | P / T _____ |

## D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments?   ☒ Yes   ☐ No

If yes, specify: _No flexing in use of Rt Arm Above shoulder leve_
_May use shoe inserts_

| INSTITUTION CCI | COMPLETED BY (PRINT NAME) MARVIN Kess | TITLE MA |
|---|---|---|
| SIGNATURE | DATE 11/30/07 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
| HCM/CMO SIGNATURE | DATE 12/13/07 | RAYNARD Hill<br>H 43428 |
| APPROVED (list the number of items approved) #4 | | |
| DENIED (list the number of items denied) #14 | | |

COMPREHENSIVE ACCOMMODATION CHRONO

Distribution:
Original - Unit Health Record     Canary - Central File     Pink - Correctional Counselor     Gold - Inmate

00282

## ONSITE SPECIALTY APPOINTMENT NOTE

| DATE | TIME | SPECIALIST NAME: DR. HENDRICKS - ORTHO |
|------|------|-----------------------------------------|
| 1/8/08 | | ORTHO P.E. |
| | | Rt shoulder - well heal transferse |
| | | scar ant asp _ rt shoulder |
| | | FF/Abd 140 |
| | | Ext at 30° |
| | | IR reach t Rt low back. |
| | | good strength Rt shoulder Abd. |
| | | MRI poor quality, suggest residual tear, rotator cuff & SLAP lesion |
| | | huh R/O residual Rt shoulder |
| | | rotator cuff tear. |
| | | |
| | | Plan Rec Magnetic Resonance |
| | | arthrogram - (MRA) |
| | | This test must be done |
| | | because MRI was very |
| | | poor quality ("extremely suboptimal") |
| | | |
| | | RTW to MRA |

**INSTITUTION**
CCI

**ROOM/WING**

Confidential
Client information
See W & I Code, Sections 4514 and
5328

CDC NUMBER, NAME (LAST FIRST, MI)

Hill
H-43428

**SPECIALIST PROGRESS NOTES**

00283

## ONSITE SPECIALTY APPOINTMENT NOTE

| DATE | TIME | SPECIALIST NAME:  DR. HENDRICKS - ORTHO |
|------|------|------------------------------------------|
| 1/8/08 | | ortho consult |
| | | Rt shoulder pain & stiffness |
| | | HPI 47 yo. injured R rt shoulder in |
| | | 2000 (slip & fall) had open rotator cuff |
| | | repair - good result until 2001 Pt |
| | | was "jerked" arm behind his back. |
| | | ↑ Rt shoulder pain ( and @ neck, midspine) |
| | | No treatment of shoulder at that time. |
| | | Pt No treatment ( surg scheduled |
| | | ~2005 but not done). Pt most |
| | | recently seen by Dr. Lewis (ortho) |
| | | w/ his MRI rt shoulder 9/12/07 |
| | | suggesting of complete tear of suprapinal |
| | | & infraspinal tear but a very poor |
| | | study. |
| | | PMH HTN, Asthma, PSH @ both shoulder sx |
| | | Meds inhalers Trim/HCTZ |
| | | Allergies Ø |
| | | |
| | | |

| INSTITUTION<br>CCI | ROOM/WING |
|---|---|

Confidential
Client information
See W & I Code, Sections 4514 and
5328

**SPECIALIST  PROGRESS NOTES**

CDC NUMBER, NAME (LAST FIRST, MI)

~~Bailey~~
~~J23162~~
Hill H43428

00284

OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME Hilli Raynold | CDC NUMBER H43428 | INSTITUTION CCI  II |
|---|---|---|

| DATE OF BIRTH 3/10/60 | EPRD DATE May 09 | GENDER M |
|---|---|---|

| PRINCIPLE DIAGNOSIS Rotator Cuff Tear | ICD-9 CODE | CPT CODE(S) |
|---|---|---|

| REQUESTED SERVICE(S) Ortho Col | | # OF DAYS RECOMMENDED |
|---|---|---|

Please circle all that apply:  Diagnostic Procedure/Consultation  (Outpatient)/Inpatient  Initial/Follow-up

Requested Treatment/Service is:  EMERGENT  URGENT  (ROUTINE)

*For the purpose of retrospective review,* if emergent or urgent, please justify: _____

Proposed Provider: Ortho  Dr. Lewis _____ Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity (*briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant*): 
See Attached Ortho I MD Nox

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME Sohat Afa | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE 2-15-08 |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE | DATE 2/15/08 | Utilization management tracking #: 0708030P4211 |

| DATE OF CONSULTATION 4/16/08 | PRINTED NAME OF CONSULTANT Madal Lewis MD |
|---|---|

FINDINGS: Right Shoulder Arthroscopy

RECOMMENDATIONS: See post op orders.

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: 2 weeks

| CONSULTANT SIGNATURE Dr M Lewis / Memen | DATE 4/16/08 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE 4/16/08 | Hilli Raynold |
| PCP SIGNATURE | DATE 4/17/08 | H43428 |

**Attach Progress Note page for additional information.**
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

FAXED

DISTRIBUTION:
ORIGINAL -  FILE IN UHR
GREEN   - TO UHR PENDING ORIGINAL
CANARY  - CONSULTANT
PINK    - UM
GOLD    - SPECIALTY SCHEDULER

HUMDUNG
Ch

PHYSICIAN REQUEST FOR SERVICES (RFS)     CDC 7243 (Rev. 11/02)

00285

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME _Hill Raymond_ | CDC NUMBER _H43428_ | INSTITUTION _CSATF_ |
|---|---|---|

| DATE OF BIRTH _3-10-1960_ | EPRD DATE | GENDER _male_ |
|---|---|---|

| PRINCIPLE DIAGNOSIS _S/p_ | ICD - 9 CODE | CPT CODE(S) |
|---|---|---|

| REQUESTED SERVICE(S) _Orthopedic Auburn_ | # OF DAYS RECOMMENDED |
|---|---|

*Please circle all that apply:* Diagnostic Procedure/Consultation        Outpatient/Inpatient        Initial/Follow-up

Requested Treatment/Service is:     **EMERGENT**     (**URGENT**)     **ROUTINE**

For the purpose of retrospective review, if emergent or urgent, please justify: _____

Proposed Provider: _____  Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity *(briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant):* _Pt. transferred from (?) S/p (R) shoulder - Rotator Cuff Repair? arthroscopy? May ___ fine. Surgery was 4-16-08 Dr. Lewis, Bakersfield_

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE _5/29/8_ |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE | DATE | Utilization management tracking #: |

| DATE OF CONSULTATION | PRINTED NAME OF CONSULTANT |
|---|---|

FINDINGS: _____

RECOMMENDATIONS: _____

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: _____

| CONSULTANT SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE | _Hill, Raymond_ |
| PCP SIGNATURE | DATE | _H43428_ _DOB 3-10-1960_ |

**Attach Progress Note page for additional information.**
## THIS FORM MUST BE RETURNED WITH THE PATIENT!!!

DISTRIBUTION:
ORIGINAL  -  FILE IN UHR
GREEN     -  TO UHR PENDING ORIGINAL
CANARY    -  CONSULTANT
PINK      -  UM
GOLD      -  SPECIALTY SCHEDULER

**PHYSICIAN REQUEST FOR SERVICES (RFS)**        CDC 7243 (Rev. 11/02)

00286