# MARSHALL S. LEWIS, M.D.

### TEHACHAPI CLINIC

February 8, 2008

RE:        HILL, RAYNARD
DOB:       3/10/60
CHART#:    IMC0667
CDC#:      H43428/California Correctional Institution

### ORTHOPEDIC TELEMED RE-EVALUATION

This patient returns today. He is having continuous problems and pain in the right shoulder. The patient can only abduct about 100 degrees and forward flex 100 degrees on the right side at this time.

Review of the MRI from September 12, 2007 read by Dr. Child, with the MRI at Kern Radiology, revealed under the conclusion "1) Severely degraded studies as a result of multiple paramagnetic signal artifacts from metal either post-surgical or post-traumatic with non-visualized distal acromion and acromioclavicular joint either due to distortion from post-traumatic or post-surgical abscess; 2) Probable complete tears of the supraspinatus and infraspinatus tendons with retraction and cephalic migration of the humeral head; 3) Non-visualized bicipital labral complex most probably due to paramagnetic signal artifact described above."

It has been discussed with the patient that there is severe tearing with retraction of the supraspinatus and infraspinatus. The cephalic migration of the humeral head is also a problem, which is felt to be fraught with inability to correct. I have explained to the patient that in the body of the report there is evidence of marked narrowing of the coracoacromial arch and this would go along with my diagnosis previously of impingement syndrome in the right shoulder. I have explained to the patient that no primary repair of the rotator cuff would be performed, as I feel the blood supply would probably be compromised with prior surgery and this probably would not heal. We will perform debridement of the subacromial bursa and rotator cuff with an anterolateral acromioplasty, resection of what remains of the coracoacromial ligament and possible resection at the distal end of the right clavicle. If he does not adequately heal from that, we could try a rotator cuff repair but, again, I told the patient that I think this is fraught

13061 Rosedale Highway, Ste. G, PMB-102-Bakersfield, CA 93312 (661) 871-6200 Fax (661) 871-6400

00287

03/03/2008 MON 12:56  FAX 661 871 6400  →→→ CCI

RE: HILL, RAYNARD
Page 2
February 8, 2008

with failure as the prior rotator cuff repair from 2000 performed by Dr. Harway has failed completely. The patient accepts the risks and will undergo arthroscopy with arthroscopic surgery of the right shoulder. Appropriate blood work will be ordered along with a chest x-ray. The patient will be booked when approved by the carrier.


Marshall S. Lewis, M.D.
/sl
2/15/08

13061 Rosedale Highway, Ste. G, PMB-102-Bakersfield, CA 93312 (661) 871-6200 Fax (661) 871-6400

00288

**REASON (REQUEST) (STATEMENT OF CHIEF MEDICAL OFFICER)**

DESCRIPTION OF CONDITION SUGGESTING REMOVAL

*[handwritten, illegible]*

DESCRIPTION OF EXAMINATION OR THERAPY RECOMMENDED

*[handwritten, illegible]*

NATURE AND IMMEDIACY OF SERVICE:  ☒ MANDATORY  ☒ EMERGENCY  ☐ ELECTIVE

NAME OF HOSPITAL, CLINIC, OFFICE OR OTHER PLACE RECOMMENDED *[handwritten, illegible]*

WHY CAN'T THE PROCEDURE BE DONE INTRAMURALLY? *[handwritten, illegible]*

PRECAUTION INSTRUCTIONS (DEFINED ON REVERSE):  ☒ UNIVERSAL  ☐ RESPIRATORY  ☐ ENTERIC

ESTIMATED TIME AWAY FROM FACILITY (NOT MORE THAN 3 DAYS)

SIGNATURE OF CHIEF MEDICAL OFFICER *[signature]*     DATE SIGNED 5/21/08

**CUSTODIAL STATUS STATEMENT OF ASSOCIATE WARDEN**

| OFFENSE | TERM | RELEASE DATE | CUSTODIAL CLASSIFICATION |
|---|---|---|---|
| ROBBERY 2nd | 14 YEARS | 4/9/08 | ☐ MAXIMUM  ☒ MEDIUM  ☐ MINIMUM |

| COMMITTED FROM | DATE RECEIVED | CONDUCT DURING INCARCERATION | ESCAPE RISK |
|---|---|---|---|
| VENTURA CO. | 9/8/08 | POOR | CLEAR |

REMARKS

TRANSPORT WITH 2 OFFICERS, 1 ARMED
TRANSPORT BY VAN.
USE EXTREME CAUTION

SIGNATURE OF ASSOCIATE WARDEN *[signature]*     DATE SIGNED 6/1/08

UNDER THE PROVISIONS OF SECTION 2690 OF THE PENAL CODE, AUTHORIZATION IS GIVEN FOR THE TEMPORARY REMOVAL OF INMATE IDENTIFIED BELOW FROM THE FACILITY IN WHICH HE/SHE IS NOW CONFINED IN ORDER THAT HE/SHE MAY RECEIVE MEDICAL TREATMENT IN ACCORDANCE WITH THE ABOVE RECOMMENDATIONS.

REQUEST:  ☒ APPROVED  ☐ DENIED

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Hill
K53028

SPECIAL CONDITIONS:
TRANSPORT IN FULL RESTRAINTS
AT ALL TIMES

| WARDEN'S SIGNATURE | DATE SIGNED | FACILITY |
|---|---|---|
| *[signature]* | 3/1/08 | UNIT II |

**REQUEST FOR AUTHORIZATION OF TEMPORARY REMOVAL FOR MEDICAL TREATMENT**

DC 7252 (3/93)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

00289

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

## HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME *Hill* | CDC NUMBER *H43428* | INSTITUTION *CCI-II* |
|---|---|---|

| DATE OF BIRTH | EPRD DATE *05/09* | GENDER |
|---|---|---|

| PRINCIPLE DIAGNOSIS *typical chest pain* | ICD-9 CODE | CPT CODE(S) |
|---|---|---|

REQUESTED SERVICE(S) *cardiology*

# OF DAYS RECOMMENDED

Please circle all that apply: Diagnostic Procedure (Consultation)     (Outpatient) Inpatient     (Initial) Follow-up

Requested Treatment/Service is:     EMERGENT     (URGENT)     ROUTINE

*For the purpose of retrospective review, if emergent or urgent, please justify:* _____

Proposed Provider: *cardiology*     Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity *(briefly describe the clinical situation: the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant):* _____

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME *MATIAN* | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE | DATE *04/21/08* | Utilization management tracking #: |

DATE OF CONSULTATION _____

PRINTED NAME OF CONSULTANT _____

FINDINGS: _____

RECOMMENDATIONS: _____

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: _____

| CONSULTANT SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE | *Hill, Raynard* |
| PCP SIGNATURE | DATE | *H43428*  *DOB: 03-10-60* |

**Attach Progress Note page for additional information.**
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL  - FILE IN UHR
GREEN     - TO UHR PENDING ORIGINAL
CANARY    - CONSULTANT
PINK      - UM
GOLD      - SPECIALTY SCHEDULER

PHYSICIAN REQUEST FOR SERVICES (RFS)     CDC 7243 (Rev. 11/02)

00290

STATE OF CALIFORNIA
CDC 7393 (11/02)

DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF DIAGNOSTIC TEST RESULTS

| NAME | CDC NUMBER |
|---|---|
| *Hill, Raynard* | *H43428* |
| INSTITUTION | HOUSING |
| *CLI* | *2* |
| TYPE OF TEST | DATE OF TEST |
| *Ortho Eval* | *2/8/8* |

### YOUR TEST RESULTS HAVE BEEN EVALUATED BY A PHYSICIAN AND THE FOLLOWING HAS BEEN DETERMINED:

[ ] Your test results are essentially within normal limits or are unchanged and no physician follow up is required.

[✓] You are being scheduled for a follow up medical appointment. You will be receiving a ducat indicating your appointment time.

[ ] A repeat test will be ordered. You will be ducated for this test.

[ ] A chronic care appointment has been scheduled for you. You will be receiving a ducat indicating your appointment time.

_____ NAME / TITLE

_____
PHYSICIAN SIGNATURE

*2/21/08*
_____
DATE

ORIGINAL - File in UHR          CANARY - Scheduler          PINK - Patient

00291

The following shall be _____ leted by CDCR Health Care staff only. Inm_____ ll answer all questions.
Complete a CDCR Form 7277-A for all female inmates. (Circle one)

| INMATE NAME | | CDC NUMBER | DATE OF BIRTH | | |
|---|---|---|---|---|---|
| Hill, R. | | 143428 | | | |
| RECEIVING INSTITUTION | SENDING INSTITUTION | ARRIVAL DATE | ARRIVAL TIME | | |
| | | | | | |
| Vital Signs: B/P: | Pulse: | Weight: | | | |
| 1. Does the inmate have a primary language other than English? If so, what is primary language: _____ | | | | YES | NO |
| 2. Are you currently under a doctor's care for medical reasons? If "yes," describe conditions: _____ | | | | YES | NO |
| 3. Are you taking any medications? If "yes," list medications: _____ | | | | YES | NO |
| 4. Did medication arrive with patient? | | | | YES | NO |
| 5. Have you been seen, or are you scheduled to be seen by a specialist/physician either inside or outside of the prison? If "yes," describe condition: _____ | | | | YES | NO |
| 6. Do you have any special health care needs or current medical complaints, including drug withdrawal symptoms? If "yes," please describe: _____ | | | | YES | NO |
| 7. Do you have any physical deformities or disabilities? If "yes," describe. (Refer to Physician for completion of CDCR 1845, if applicable): _____ | | | | YES | NO |
| 8. Do you use any health care appliances such as dentures? If "yes," please list: _____ | | | | YES | NO |
| 9. Do you have any of the following? Cough, Fever, Night Sweats, Unexplained weight loss. Please List: _____ | | | | YES | NO |
| 10. Do you have any allergies? If "yes," please list: _____ | | | | YES | NO |
| 11. Does the inmate meet the Elevated Risk Criteria for Valley Fever? | | | | YES | NO |
| 12. Does patient have any significant dental problems or dental pain? | | | | YES | NO |
| 13. Do you have a mental health problem? | | | | YES | (NO) |
| 14. Have you recently received bad news? | | | | YES | (NO) |
| 15. Have you ever been treated for a mental illness? | | | | YES | NO |
| 16. Have you been hearing voices or seeing things that are not there? | | | | YES | NO |
| 17. Have you had any thoughts of hurting yourself or others in the past year? | | | | YES | NO |
| 18. Are you thinking of committing suicide now or have you ever attempted suicide? | | | | YES | NO |
| 19. Does the inmate appear disoriented to time, place or person? | | | | YES | NO |
| 20. Does the inmate appear to have difficulty understanding the questions or in making appropriate responses to them? Explain: _____ | | | | YES | NO |

Additional Comments:

Release to custody? RN Signature: _____ Date: 4-16-08  RJC  (YES)  NO

RN DISPOSITION

Referral required? If yes, when? ☐ Immediately  ☐ Within 24 hours  ☐ Within 72 hours  ☐ Refer to: _____
RN Signature: _____ Date: _____

| | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|
| | |

STATE OF CALIFORNIA        DEPARTMENT OF CORRECTIONS AND REHABILITATION
INITIAL HEALTH SCREENING (ALL INSTITUTIONS)
CDCR 7277 (Rev. 05/07)

02/13/2008 WED 18:35  FAX 661 871 6400  →→→ CCI                    @005/011

JAN-21-2005 22:31 From:                        51 871 6400          P.2/11

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME | CDC NUMBER | INSTITUTION |
|---|---|---|
| Hill Raynard | H43428 | CCI |

| DATE OF BIRTH | FILED DATE | GENDER |
|---|---|---|
| 3/10/60 | | |

| PRINCIPLE DIAGNOSIS | ICD-9 CODE | CPT CODE(S) |
|---|---|---|

| REQUESTED SERVICE | # OF DAYS RECOMMENDED |
|---|---|
| Ortho Flu | |

*Please circle all that apply*  Diagnostic Procedure/Consultation     Outpatient/Inpatient     Initial/Follow-up

Requested Treatment/Service is:    **EMERGENT**      **URGENT**      **ROUTINE**

*For the purpose of retrospective review, if emergent or urgent, please justify.* _____

Proposed Provider: _____    Anticipated Length of Stay _____

Expected disposition (i.e. outpatient follow-up, return to institution, transfer) _____

Medical Necessity *(briefly describe the clinical situation, the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant)*

Ordered 12/10/07 Flu c Portcews

Estimated time for service delivery, recovery, rehabilitation and follow-up _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months) _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE | DATE | Utilization management tracking #: |

| DATE OF CONSULTATION | PRINTED NAME OF CONSULTANT |
|---|---|
| 2/8/08 | Marshall Lewis MD |

FINDINGS _____

RECOMMENDATIONS: Require Right shoulder scope as outpt surgery will need lab work to include CBG, UA, PT, PTT, chem. 12 panel Chest X-ray

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED _____

| CONSULTANT SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| Marshall Lewis MD/Cmplauly | 2/8/08 | |
| RN SIGNATURE | 2/8/08 | Hill |
| PCP SIGNATURE | 2/54/08 | H43428 |

Attach Progress Note page for additional information.
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION
ORIGINAL  -  FILE IN UHR
GREEN    -  TO UHR PENDING ORIGINAL
CANARY   -  CONSULTANT
PINK     -  UM
GOLD     -  SPECIALTY SCHEDULER

PHYSICIAN REQUEST FOR SERVICES (RFS)        CDC 7243 (Rev. 11/02)

00293

# MARSHALL S. LEWIS, M.D.

## TEHACHAPI CLINIC

February 8, 2008

RE:      HILL, RAYNARD
DOB:     3/10/60
CHART#:  IMC0667
CDC#:    H43428/California Correctional Institution

### ORTHOPEDIC TELEMED RE-EVALUATION

This patient returns today. He is having continuous problems and pain in the right shoulder. The patient can only abduct about 100 degrees and forward flex 100 degrees on the right side at this time.

Review of the MRI from September 12, 2007 read by Dr. Child, with the MRI at Kern Radiology, revealed under the conclusion "1) Severely degraded studies as a result of multiple paramagnetic signal artifacts from metal either post-surgical or post-traumatic with non-visualized distal acromion and acromioclavicular joint either due to distortion from post-traumatic or post-surgical abscess; 2) Probable complete tears of the supraspinatus and infraspinatus tendons with retraction and cephalic migration of the humeral head; 3) Non-visualized bicipital labral complex most probably due to paramagnetic signal artifact described above."

It has been discussed with the patient that there is severe tearing with retraction of the supraspinatus and infraspinatus. The cephalic migration of the humeral head is also a problem, which is felt to be fraught with inability to correct. I have explained to the patient that in the body of the report there is evidence of marked narrowing of the coracoacromial arch and this would go along with my diagnosis previously of impingement syndrome in the right shoulder. I have explained to the patient that no primary repair of the rotator cuff would be performed, as I feel the blood supply would probably be compromised with prior surgery and this probably would not heal. We will perform debridement of the subacromial bursa and rotator cuff with an anterolateral acromioplasty, resection of what remains of the coracoacromial ligament and possible resection at the distal end of the right clavicle. If he does not adequately heal from that, we could try a rotator cuff repair but, again, I told the patient that I think this is fraught

2/21/08

13061 Rosedale Highway, Ste. G, PMB-102-Bakersfield, CA 93312 (661) 871-6200 Fax (661) 871-6400

RE: HILL, RAYNARD
Page 2
February 8, 2008

with failure as the prior rotator cuff repair from 2000 performed by Dr. Harway has failed completely. The patient accepts the risks and will undergo arthroscopy with arthroscopic surgery of the right shoulder. Appropriate blood work will be ordered along with a chest x-ray. The patient will be booked when approved by the carrier.

Marshall S. Lewis, M.D.
/sl
2/15/08

STATE OF CALIFORNIA
CDC 7393 (11/02)

DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF DIAGNOSTIC TEST RESULTS

| NAME Hill | CDC NUMBER H 43428 |
|---|---|
| INSTITUTION CCI | HOUSING 2 |
| TYPE OF TEST Ortho Consult | DATE OF TEST 2/8/8 |

### YOUR TEST RESULTS HAVE BEEN EVALUATED BY A PHYSICIAN AND THE FOLLOWING HAS BEEN DETERMINED:

☐ Your test results are essentially within normal limits or are unchanged and no physician follow up is required.

☑ You are being scheduled for a follow up medical appointment. You will be receiving a ducat indicating your appointment time. _MD Line / week_

☐ A repeat test will be ordered. You will be ducated for this test.

☐ A chronic care appointment has been scheduled for you. You will be receiving a ducat indicating your appointment time.

_____
NAME / TITLE

_____
PHYSICIAN SIGNATURE

2/20/8
DATE

ORIGINAL - File in UHR          CANARY - Scheduler          PINK - Patient

00296

# MARSHALL S. LEWIS, M.D.

## TEHACHAPI CLINIC

February 8, 2008

RE:        HILL, RAYNARD
DOB:       3/10/60
CHART#:    IMC0667
CDC#:      H43428/California Correctional Institution

### ORTHOPEDIC TELEMED RE-EVALUATION

This patient returns today. He is having continuous problems and pain in the right shoulder. The patient can only abduct about 100 degrees and forward flex 100 degrees on the right side at this time.

Review of the MRI from September 12, 2007 read by Dr. Child, with the MRI at Kern Radiology, revealed under the conclusion "1) Severely degraded studies as a result of multiple paramagnetic signal artifacts from metal either post-surgical or post-traumatic with non-visualized distal acromion and acromioclavicular joint either due to distortion from post-traumatic or post-surgical abscess; 2) Probable complete tears of the supraspinatus and infraspinatus tendons with retraction and cephalic migration of the humeral head; 3) Non-visualized bicipital labral complex most probably due to paramagnetic signal artifact described above."

It has been discussed with the patient that there is severe tearing with retraction of the supraspinatus and infraspinatus. The cephalic migration of the humeral head is also a problem, which is felt to be fraught with inability to correct. I have explained to the patient that in the body of the report there is evidence of marked narrowing of the coracoacromial arch and this would go along with my diagnosis previously of impingement syndrome in the right shoulder. I have explained to the patient that no primary repair of the rotator cuff would be performed, as I feel the blood supply would probably be compromised with prior surgery and this probably would not heal. We will perform debridement of the subacromial bursa and rotator cuff with an anterolateral acromioplasty, resection of what remains of the coracoacromial ligament and possible resection at the distal end of the right clavicle. If he does not adequately heal from that, we could try a rotator cuff repair but, again, I told the patient that I think this is fraught

13061 Rosedale Highway, Ste. G, PMB-102-Bakersfield, CA 93312 (661) 871-6200 Fax (661) 871-6400

FEB-06-2005 19:25 From:                                                    To:5045                        P.2/5

RE: HILL, RAYNARD
Page 2
February 8, 2008

with failure as the prior rotator cuff repair from 2000 performed by Dr. Harway has failed
completely.  The patient accepts the risks and will undergo arthroscopy with arthroscopic
surgery of the right shoulder.  Appropriate blood work will be ordered along with a chest
x-ray.  The patient will be booked when approved by the carrier.


Marshall S. Lewis, M.D.
/sl
2/15/08

00298

FEB-05-2005 19:25 From:                          To:5245                    P.1/5

# MARSHALL S. LEWIS, M.D.

## TEHACHAPI CLINIC

February 8, 2008

RE:        HILL, RAYNARD
DOB:       3/10/60
CHART#:    IMC0667
CDC#:      H43428/California Correctional Institution

### ORTHOPEDIC TELEMED RE-EVALUATION

This patient returns today. He is having continuous problems and pain in the right shoulder. The patient can only abduct about 100 degrees and forward flex 100 degrees on the right side at this time.

Review of the MRI from September 12, 2007 read by Dr. Child, with the MRI at Kern Radiology, revealed under the conclusion "1) Severely degraded studies as a result of multiple paramagnetic signal artifacts from metal either post-surgical or post-traumatic with non-visualized distal acromion and acromioclavicular joint either due to distortion from post-traumatic or post-surgical abscess; 2) Probable complete tears of the supraspinatus and infraspinatus tendons with retraction and cephalic migration of the humeral head; 3) Non-visualized bicipital labral complex most probably due to paramagnetic signal artifact described above."

It has been discussed with the patient that there is severe tearing with retraction of the supraspinatus and infraspinatus. The cephalic migration of the humeral head is also a problem, which is felt to be fraught with inability to correct. I have explained to the patient that in the body of the report there is evidence of marked narrowing of the coracoacromial arch and this would go along with my diagnosis previously of impingement syndrome in the right shoulder. I have explained to the patient that no primary repair of the rotator cuff would be performed, as I feel the blood supply would probably be compromised with prior surgery and this probably would not heal. We will perform debridement of the subacromial bursa and rotator cuff with an anterolateral acromioplasty, resection of what remains of the coracoacromial ligament and possible resection at the distal end of the right clavicle. If he does not adequately heal from that, we could try a rotator cuff repair but, again, I told the patient that I think this is fraught

13061 Rosedale Highway, Ste. G, PMB-102-Bakersfield, CA 93312 (661) 871-6200 Fax (661) 871-6490

00299

RE: HILL, RAYNARD
Page 2
February 8, 2008

with failure as the prior rotator cuff repair from 2000 performed by Dr. Harway has failed
completely. The patient accepts the risks and will undergo arthroscopy with arthroscopic
surgery of the right shoulder. Appropriate blood work will be ordered along with a chest
x-ray. The patient will be booked when approved by the carrier.

Marshall S. Lewis, M.D.
/sl
2/15/08

13061 Rosedale Highway, Ste. G, PMB-102-Bakersfield, CA 93312 (661) 871-6200 Fax (661) 871-6400

STATE OF CALIFORNIA
CDC 7393 (11/02)

DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF DIAGNOSTIC TEST RESULTS

| NAME  *Hill* | CDC NUMBER  *H43428* |
|---|---|
| INSTITUTION  *CCI -2* | HOUSING  *2* |
| TYPE OF TEST  *Consultatn* | DATE OF TEST |

### YOUR TEST RESULTS HAVE BEEN EVALUATED BY A PHYSICIAN AND THE FOLLOWING HAS BEEN DETERMINED:

☐ Your test results are essentially within normal limits or are unchanged and no physician follow up is required.

☑ You are being scheduled for a follow up medical appointment. You will be receiving a ducat indicating your appointment time. / *Wish to see MD*

☐ A repeat test will be ordered. You will be ducated for this test.

☐ A chronic care appointment has been scheduled for you. You will be receiving a ducat indicating your appointment time.

_____  NAME / TITLE
PHYSICIAN SIGNATURE

*2/18/8*
DATE

ORIGINAL – File in UHR          CANARY – Scheduler          PINK – Patient

00301

02/13/2008 WED 18:35  FAX 661 871 6400    CCF                                    ☑009/011

JAN-21-2005 22:31 From:                                        To:661 871 6400        P.2/11

STATE OF CALIFORNIA                                              DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME | CDC NUMBER | INSTITUTION |
|---|---|---|
| Tilly Raynard | H 43428 | CCF |

| DATE OF BIRTH | RFRD DATE | GENDER |
|---|---|---|
| 3/10/60 | | |

| PRINCIPLE DIAGNOSIS: | ICD-9 CODE | CPT CODE(S) |
|---|---|---|

| REQUESTED SERVICE(S) Ortho Fu | # OF DAYS RECOMMENDED |
|---|---|

*Please circle all that apply*   Diagnostic Procedure/Consultation          Outpatient/Inpatient          Initial/Follow-up

Requested Treatment/Service is   **EMERGENT**          **URGENT**          **ROUTINE**

*For the purpose of retrospective review, if emergent or urgent, please justify.* _____

Proposed Provider: _____  Anticipated Length of Stay _____

Expected disposition (i.e. outpatient follow-up, return to institution, transfer) _____

Medical Necessity *(briefly describe the clinical situation, the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant)*  Ordered 12/10/07 Fu c Ortho

Estimated time for service delivery, recovery, rehabilitation and follow-up _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months) _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.) _____

| REQUESTING PHYSICIAN PRINTED NAME | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE | DATE | Utilization management tracking #: |

| DATE OF CONSULTATION 2/8/08 | PRINTED NAME OF CONSULTANT Marshall Lewis MD |
|---|---|

FINDINGS _____

RECOMMENDATIONS: Require Right shoulder scope as out pt surgery will need lab & xray to include CBC, BMP, PT, chem, 12 & other chest x-ray                                        See enter to follow

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED _____

| CONSULTANT SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| Marshall Lewis MD/Chy July 2/8/08 | | |
| BTA RN SIGNATURE | DATE 2/8/08 | H11 |
| PCP SIGNATURE | DATE 2/8/08 | H43428 |

**Attach Progress Note page for additional information.**
### THIS FORM MUST BE RETURNED WITH THE PATIENT!!!

DISTRIBUTION
ORIGINAL - FILE IN UHR
GREEN  - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT
PINK   - UM
GOLD   - SPECIALTY SCHEDULER

**PHYSICIAN REQUEST FOR SERVICES (RFS)**          CDC 7243 (Rev. 11/02)

                                                                                    00302

FEB-05-2005 23:13 From:                                    To:3349                    P.1/1
04/13/2008 WED 18:33    FAX 55      L 6800   --- CCI

JAN-21-2005 22:31 From:                                    To:661 871 6400          P.2/11

STATE OF CALIFORNIA                                           DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME | Hill, Raynard | CDC NUMBER H 43428 | INSTITUTION CCI |
|---|---|---|---|

| DATE OF BIRTH 3/10/60 | RTFO DATE | GENDER |
|---|---|---|

PRINCIPLE DIAGNOSIS _____  ICD-9 CODE _____  CPT CODE(S) _____

REQUESTED SERVICE(S) Ortho Flu _____  # OF DAYS RECOMMENDED _____

Please circle all that apply   Diagnostic Procedure/Consultation          Outpatient/Inpatient          Initial/Follow-up

Requested Treatment/Service is    **EMERGENT**          **URGENT**          **ROUTINE**

For the purpose of retrospective review, if emergent or urgent, please justify. _____

Proposed Provider: _____  Anticipated Length of Stay _____

Expected disposition (i.e. outpatient follow-up, return to institution, transfer) _____

Medical Necessity (briefly describe the clinical situation, the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant) _____ Ordered 12/10/07 Flu c Ortendus

Estimated time for service delivery, recovery, rehabilitation and follow-up _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months) _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE |
|---|---|---|

| REQUESTING PHYSICIAN SIGNATURE | DATE | Utilization management tracking # |
|---|---|---|

| DATE OF CONSULTATION 2/8/08 | PRINTED NAME OF CONSULTANT Marshall Lewis MD |
|---|---|

FINDINGS _____

RECOMMENDATIONS: require Right shoulder scope as outpt surgery justified pt aware to include CBC, UA, PT, PTT, chem, 12 panel Chest X ray

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED _____

| CONSULTANT SIGNATURE Marshall Lewis MD/ [signature] | DATE 2/8/08 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| RTA RN SIGNATURE | DATE | Hill |
| PCP SIGNATURE [signature] | DATE 2/19/08 | H43428 |

Attach Progress Note page for additional information.
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION
ORIGINAL - FILE IN UHR
GREEN - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT
PINK - UM
GOLD - SPECIALTY SCHEDULER

PHYSICIAN REQUEST FOR SERVICES (RFS)          CDC 7243 (Rev. 11/02)

STATE OF CALIFORNIA
**HEALTH CARE SERVICES**
**PHYSICIAN REQUEST FOR SERVICES**
(To be completed by requesting Physician and forwarded to Utilization Management Unit)
DEPARTMENT OF CORRECTIONS

| PATIENT NAME Hill, Raynard | CDC NUMBER H43428 | INSTITUTION CCI |
|---|---|---|

| DATE OF BIRTH 3/10/60 | EPRD DATE May 09 | GENDER M |
|---|---|---|

| PRINCIPLE DIAGNOSIS Rotator Cuff Tear | ICD-9 CODE | CPT CODE(S) |
|---|---|---|

| REQUESTED SERVICE(S) Ortho Con | # OF DAYS RECOMMENDED |
|---|---|

*Please circle all that apply:* Diagnostic Procedure/Consultation     (Outpatient)/Inpatient     Initial/Follow-up

Requested Treatment/Service is:     **EMERGENT**     **URGENT**     (**ROUTINE**)

*For the purpose of retrospective review,* if emergent or urgent, please justify: _____

Proposed Provider: Ortho Dr. Lewis     Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity *(briefly describe the clinical situation: the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant):* _____ See Attached cain / MD Nov _____

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME Sohal Alya | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE | DATE 2/15/08 | Utilization management tracking #: |

| DATE OF CONSULTATION | PRINTED NAME OF CONSULTANT |
|---|---|

FINDINGS: _____

RECOMMENDATIONS: _____

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: _____

| CONSULTANT SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE | Hill, Raynard H43428 |
| PCP SIGNATURE | DATE | |

**Attach Progress Note page for additional information.**
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL – FILE IN UHR
GREEN – TO UHR PENDING ORIGINAL
CANARY – CONSULTANT
PINK – UM
GOLD – SPECIALTY SCHEDULER

PHYSICIAN REQUEST FOR SERVICES (RFS)     CDC 7243 (Rev. 11/02)

00304

CINDY POGATCHNIK

# MARSHALL S. LEWIS, M.D.

### TEHACHAPI CLINIC

October 29, 2007

RE:        HILL, RAYNARD
CHART#:    IMC0667
CDC#:      H43428/California Correctional Institute

## INITIAL COMPREHENSIVE ORTHOPEDIC
## TELEMED CONSULTATION

This is a 47-year-old black male who sustained injury in 2000 and a second injury in 2001. The patient claims that he initially sustained injury to his right shoulder from a fall on a wet surface. He claims that he was told that he had a torn rotator cuff and had rotator cuff repair in 2000. He was trying to improve his motion when he had another injury in 2001.

The patient continues to have pain in the right shoulder. He describes night pain and increased pain in the right shoulder with activity. This is the patient's dominant extremity. He also describes decreased range of motion in the shoulder.

## PAST MEDICAL HISTORY:

Allergies:                    None.

Current Medications:          Tylenol #3 with Codeine, ibuprofen, Albuterol
                              inhaler and Methocarbamol.

Illnesses:                    The patient has a history of asthma and is taking
                              Albuterol inhaler.

Surgeries:                    Right shoulder rotator cuff repair in 2000. He also
                              had a prior ligament repair of the fifth digit of the
                              left hand.

13061 Rosedale Highway, Ste. G, PMB-102-Bakersfield, CA 93312 (661) 589-2190 Fax (661) 587-1427

11/16/2007 18:47 FAX 6615871427          CINDY POGATCHNIK                    ☑010/013

RE: HILL, RAYNARD
Page 2
October 29, 2007

## PAST MEDICAL HISTORY: (continued)

Fractures:                          Fracture of the left humerus 30 years ago.

## FAMILY HISTORY:

There is a history of diabetes on the mother's side and lung cancer on the father's side.
His father is a heavy smoker.

## PHYSICAL EXAMINATION:

Examination of the right shoulder reveals a well-healed scar, which is about 3" long from
prior rotator cuff repair. There is only 90 degrees of abduction in the right shoulder
compared to 165 degrees on the left side. The patient has 90 degrees forward flexion in
the right shoulder compared to 165 degrees on the left side. There is 50% restriction of
external and internal rotation compared to the left shoulder. The patient has 20 degrees
less internal rotation in the right shoulder compared to the left side and compared to 50%
restriction of external rotation in the right shoulder compared to the left side. There is
markedly decreased strength of the abductors and external rotators of the right shoulder.
The patient has exquisite tenderness over the AC joint of the shoulder and exquisite
tenderness over the anterolateral and lateral aspect of the acromion. Flexion, adduction
and internal rotation cause accentuated pain.

## RADIOGRAPHIC DATA:

The patient had a recent MRI performed two weeks ago. Unfortunately, the copy of the
MRI report is not yet available. The patient had a prior MRI of the right shoulder
performed in Salinas on November 21, 2005, read by Dr. Nathanson, and the impression
was "Gross distortion of the anatomy in and around the supraspinatus muscle and tendon,
as well as the acromioclavicular joint in view of the prior surgery. It is really not possible
to discern the presence of recurrent tear or other specific pathology in these areas. The
other regions appear to be free of gross disease."

I am in receipt of UC Davis Telemed Consult dated November 3, 2006, from Dr. Tanji.
The assessment was "right shoulder probable rotator cuff re-tear." Under the plan, it
stated, "I recommended arthroscopy for rotator cuff repair on Mr. Hill's right shoulder.
He is very willing to do this."

## IMPRESSION:

1.      Right rotator cuff tendinitis.

13061 Rosedale Highway, Ste. G, PMB-102-Bakersfield, CA 93312 (661) 589-2190 Fax (661) 587-1427

11/20/2007 15:47 FAX 6615871427      CINDY POGATCHNIK                    @011/013

RE: HILL, RAYNARD
Page 3
October 29, 2007

**IMPRESSION:** (continued)

2.    Status post right rotator cuff repair in 2000.
3.    Recurrent tear, right rotator cuff.
4.    Impingement syndrome of the right shoulder clinically.
5.    Right subacromial bursitis of the shoulder.

**TREATMENT PLAN:**

The MRI of the right shoulder has been performed and it is felt that we should wait for the report, which, hopefully, should be here sometime in the near future as it was performed two weeks ago. It is not understandable to this orthopedic surgeon why we should have to wait two weeks to obtain a report on an MRI. The patient is to be given a follow-up appointment for evaluation in three weeks, at which time the MRI can be reviewed and further discussion over treatment will take place. From a clinical point of view, it is felt this patient will require arthroscopy with arthroscopic surgery of the right shoulder. I will not do a primary re-repair of the rotator cuff. If there is evidence on MRI of impingement, which persists, I would de-impinge the shoulder, release adhesions, do a little further acromioplasty and some resection at the distal end of the right clavicle. If this not successful, at a later time on a different surgical procedure, I would consider an open rotator cuff repair of the right shoulder. However, this is fraught with the possibility of stiff shoulder and it is clearly noted that this patient has never recovered full range of motion from the first surgery. At this time, the patient 50% restriction of abduction, 50% restriction of external rotation in the right shoulder and 50% restriction of forward flexion in the right shoulder when compared to the left side. This has been discussed with the patient and he will be re-evaluated in three weeks.

Marshall S. Lewis, M.D.

/sl
11/9/07

13061 Rosedale Highway, Ste. G, PMB-102-Bakersfield, CA 93312 (661) 589-2190 Fax (661) 587-1427

00307

# COPIES OF INMATE HOSPITALIZATION

CALIFORNIA MEN'S COLONY STATE PRISON
HWY ONE
P O BOX 8101
SAN LUIS OBISPO  CA  93409-8101

Phone:        (805) 547-7582
Fax:          (805) 547-7556

Admission #:        3182                    CDC#: H 43428

Date of Admission:  09/20/00               Name: Hill, Raynard

Date of Discharge:  09/30/00

NOTE: Not included in these copies are ancillary staff/nursing notes, graphics and other miscellaneous
reports.  If copies of these documents are needed, please call the Health Records Technician at the number
above or fax a request.

Inpatient hospital charts from January 1, 1996, through December 31, 1998, are to be found in the inmate's Unit Health Record.

IPCOVER:RB:99

00308

| INSTITUTION | ADDRESS (HOSPITAL / CENTER) | UNIT / QUAD / ROOM # | SOC. SEC. NUMBER | SEX |
|---|---|---|---|---|
| CMC | CA | B-3 2235 | 547-15-445 | ☒ M ☐ F |

| MARITAL STATUS | RACE | RELIGIOUS PREFERENCE | KNOWN ALLERGIES / SENSITIVITIES |
|---|---|---|---|
| ☐ M ☒ S ☐ D ☐ W | | CHRISTAIN | NKA |

NAME / ADDRESS / TELEPHONE NUMBER OF NEXT OF KIN
Ernestine Hill   805 985 6742   OXNARD CA   MOM   RELATIONSHIP

RESPONSIBLE PARTY
STATE OF CALIFORNIA

ADMITTING PHYSICIAN
HAREWAY.

| ADMIT DATE | TIME | DISCHARGE DATE | TIME |
|---|---|---|---|
| 9/12/10 | 1830 | 9-30-00 | 1840 |

ADMITTING LEVEL OF CARE:
☐ ACUTE   ☐ INFIRMARY   ☐ CORRECTIONAL TREATMENT CNTR   ☐ OTHER (Specify) _____

SERVICE ADMITTED TO:
☐ MEDICAL   ☒ SURGICAL   ☐ PSYCHIATRIC   ☐ OB / GYN   ☐ OTHER (Specify) _____

ADMITTING DIAGNOSIS:

PROVISIONAL (ADMITTING) DIAGNOSIS:                                                          CODE

PRINCIPAL DIAGNOSIS:                                                                         CODE

SECONDARY DIAGNOSIS OR COMPLICATIONS:                                                        CODE

OPERATIVE / NON-OPERATIVE PROCEDURE:                                                         CODE

CONSULTANT REFERRAL OR NOTES:

DISPOSITION OF PATIENT / CONDITION ON DISCHARGE:

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

HILL, RAYNARD
K-43428          3182

| DISCHARGING PHYSICIAN'S SIGNATURE | DATE |
|---|---|
| | |

**ADMITTING RECORD**

CDC 7201 (1/91)
STATE OF CALIFORNIA                          DEPARTMENT OF CORRECTIONS

00309



CALIFORNIA MENS COLONY

San Luis Obispo, California

<u>CONDITIONS OF ADMISSION TO CMC HOSPITAL</u>

1. <u>Nursing Care</u>:  This hospital provides only general duty nursing care unless upon orders of the patient's physician the patient is provided more intensive nursing care.

2. <u>Medical and Surgical Consent</u>:  The patient is under the care and supervision of his attending physician and it is the responsibility of the hospital and its nursing staff to carry out the instructions of such physician; the under-signed recognizes that some physicians and surgeons furnishing services to the patient, including the radiologist, pathologist, and the like, may be independent contractors and not employees or agents of the State.  The under-signed consents to x-ray examination, laboratory procedures, anesthesia, medical or surgical treatment, or hospital services rendered the patient under the general and special instructions of the physician.

3. <u>Personal Valuables</u>:  It is understood that the institution maintains a safe for the safekeeping of valuables, and that the institution shall not be liable for the loss of or damage to jewelry or other articles of unusual value unless placed therein, and shall not be liable for the loss or damage to any other personal property unless deposited with the Property Sergeant for safekeeping.

***************

The undersigned certifies that he has read the foregoing, receiving a copy thereof, and is the patient or is duly authorized by the patient as the patient's general agent to execute the above and accepts its terms.

_____9-30-00_____
Date

_____1805_____
Time

_____9-30-00_____
Date

_____
Patient

_____
Witness

Original Hospital Chart
Copy - Inmate
CMC Med 185

00310

 

DEPARTMENT OF CORRECTIONS                                          STATE OF CALIFORNIA

DATE OF ADMISSION:        9-21-00

DATE OF DISCHARGE:        9-30-00

ADMITTING DIAGNOSIS:      ROTATOR CUFF TEAR, RIGHT SHOULDER.

HOSPITAL COURSE:          This patient was taken to the operating room on
                          9-21-00 where he underwent a rotator cuff tear
                          without complication.  He was admitted to the
                          hospital, placed on appropriate pain medicine and
                          an antibiotic.  When he was able to take oral pain
                          medication, he was discharged to the yard in
                          stable condition.  He was given a low-bunk chrono.
                          He will be seen in follow-up in the clinic.


_____

ELANA HARWAY, M.D.



Orig: Hospital Chart via HRT



d/r/t:10/5/00/co

                                          CDC NO:     H-43428

                                          NAME:       HILL, Raynard
CALIFORNIA MEN'S COLONY
NARRATIVE DISCHARGE & TRANSFER SUMMARY    DOB:        7-2-73
CDC-7218

                                                                    00311

  

CALIFORNIA DEPARTMENT OF CORRECTIONS

DATE: _September 20, 2000_    TIME: _2030_

1. I hereby authorize Dr. _Harvey_ and/or whomever he may designate to

   perform upon _myself_ the following operation:
   (State name of patient or "myself")

   _Right Rotator Cuff repair with possible Acromio-_
   _Clavicular Resection_

   and if any unforeseen condition arises in the course of the operation calling on his
   or their judgment for the procedures in addition to or different from those now
   contemplated, I further request and authorize him or them to do whatever he or they
   deem advisable.

2. The nature and purpose of the operation, possible alternative methods of treatment,
   the risks involved, and the possibility of complications have been fully explained
   to me. I acknowledge that no guarantee or assurance has been made as to the results
   that may be obtained.

3. I hereby authorize Dr. _Harvey_ and/or whomever he may
   designate to administer such anesthetics as he may deem appropriate.

   _Raynard B Hill_
   (Signature of Patient or Legal Guardian)

   _McGinnis_
   (Witness)

REMARKS: _____

_____

_____

_____

---

CONSENT FOR SURGICAL OPERATION

CALIFORNIA MENS COLONY

CDC NO:    HILL, RAYNARD

NAME:      E420

DOB:       07/02/73

CMC-MED-320 (Rev.12/88 157)

00312

STATE OF CALIFORNIA                                              DEPARTMENT OF CORRECTIONS

## PRE-OPERATIVE INSTRUCTION SHEET

Pre-op education is designed to help you understand what you are about to experience and enable you to participate intelligently and recover more effectively from surgery and anesthesia.

1) **OPERATIVE PERMIT** - You will be asked to sign an operative permit, which grants permission to have the operation performed and anesthesia administered as described by the physician.

2) **SKIN PREPARATION** - You will be asked to shower the night before surgery, using a germicide to cleanse the skin of superficial bacteria. You should pay special attention to cleanse the area of you body where the surgery will be performed.

3) **PRE-OP MEDICATION** - You will be given medication as ordered by the physician. Usually, a sleeping pill will be given at bedtime the night before surgery. On the day of surgery, about an hour before you are scheduled to go to the operating room, you will be given additional medication. These pre-op medications will not render you unconscious, but, rather, put you in a very relaxed state. It is important that you remain in bed after receiving these medications. Your bed rails will remain up and you are to call for assistance if you need to get out of bed.

4) **DIETARY ALTERATIONS** - You will be "NPO" for about eight hours prior to surgery. Do not eat or drink anything after you have been told that you are "NPO". Sometimes even after surgery you will be given only liquids for several hours or days, until full return of body functions.

5) **POST-OP PROCEDURES (RECOVERY)** - After your surgery is completed you will wake up in the "Recovery Room" where you will be monitored closely. You might have a small plastic tube in your mouth, fluids infusing into a vein in your arm, or wires hooked from your chest to a monitor on the wall, and your blood pressure will be checked frequently during the first few hours post-op. All of these are routine procedures and are no cause for alarm. You might be thirsty, have a dry mouth, or feel uncomfortable. Communicate your feeling to the nurse, and measures will be taken to lessen your discomfort.

6) **POST-OP ACTIVITIES** - When you return to your room in the hospital, you will continue to be awakened frequently for vital sign checks; you might be told to turn form side to side, to take deep breaths, to cough. You will be encouraged to move and will be assisted out of bed as ordered by the physician. These activities will produce some discomfort, but are necessary to prevent post-op complications.

7) **POST-OP PAIN MANAGEMENT** - Pain can be completely eliminated only if you are completely unconscious, and we cannot do that post-op. However, the physician will order medication to minimize your pain after surgery. You should not expect the medication to keep you completely pain-free. It will, however, reduce your discomfort. Pain medication is ordered in pill form or by injection and can usually be given every four to six hours, or as frequently as the physician has ordered. If you are extremely uncomfortable, let the nurse know and medication will be given as ordered.

The purpose of these pre-op instructions is to help you understand and cooperate with pre-op procedures and to understand the post-op course and participation in your own care.

_____  9-20-00          _____  9/20/00
Patient Signature                Date               Witness Signature                Date

---

California Mens Colony

*PRE-OP INSTRUCTION SHEET*

CMC-MED-333 (11/91) 1280

| Last Name | First Name | Mi |
|-----------|------------|-----|
| CDC #: | | |
| DOB: | | |
| ROOM: | 07/02/73 | |

**OPERATING PROCEDURE:** Right Rotator Cuff repair with possible acromioclavicular resection   ☐ RT  ☐ LT

**Arrival Time in O.R.** 0745    **Mode of Transport** ☐ Gurney ☐ Ambulatory  ☐ W/C  ☐ Other:_____

**Patient Check:**   Blood Pressure: 132/62   Pulse: 80   Respiration: 20   Temperature: 97³ _____

Or set – 981 P1A

**NURSES NOTES**

**Allergies:** NKA

**NPO since:** 2345   9/20    Last Time Voided: 0600

| | | |
|---|---|---|
| I.D. Band intact and correct: | ☑ yes ☐ no | |
| Pre-Op given (Time: 0600 ) | ☐ yes ☐ no ☐ n/a | Ativan 2y. + fiolia 40₂. + albuterol neb. P₁₀ |
| Clothing removed - Hospital gown on: | ☑ yes ☐ no ☐ n/a | |
| Jewelry removed and secured: | ☑ yes ☐ no ☐ none | watch @ the safe |
| Dentures removed & secured: | ☐ yes ☐ no ☑ none | |
| Permanent caps or bridges: | ☐ yes ☐ no ☑ none | |
| Glasses or contacts removed: | ☑ yes ☐ no ☐ none | glasses @ the safe |
| Shower or bath night before surgery: | ☑ yes ☐ no ☐ none | |
| Oral hygiene on oral surgery patients: | ☐ yes ☐ no ☐ none | |
| Miscellaneous (Stroke, prostesis, deaf, blind, ostomy, etc.) | ☐ yes ☐ no | |

(If yes, explain) _____

## LABORATORY TESTS & OTHER EXAMS

| | | |
|---|---|---|
| CBC on chart: | ☑ yes ☐ no ☐ n/a | |
| Urinalysis on chart: | ☑ yes ☐ no ☐ n/a | |
| PTT on chart: | ☑ yes ☐ no ☐ n/a | |
| Blood ordered: # of units: N/A | ☐ yes ☐ no ☑ n/a | |
| Chest X-ray Done: | ☑ yes ☑ no ☐ n/a | |
| EKG on chart: | ☐ yes ☑ no ☐ n/a | |
| History and Physical: | ☐ yes ☑ no | |
| Other: | | |

## MISCELLANEOUS:

| | |
|---|---|
| All pre-op orders completed: | ☐ yes ☐ no ☐ n/a |
| Pre-Op enema: | ☐ yes ☐ no ☑ n/a |
| Operative area shaved: | ☐ yes ☐ no ☑ n/a |
| Out-Patient's Work Assignment/School: | ☐ yes ☐ no ☑ n/a |
| Other: | |

Signature, Floor Nurse/Admitting Nurse _____   **DATE:** 9-21-00

Signature, Surgery Nurse K Todd _____   **DATE:** 9-21-00

**FACILITY:** CMC

## PRE-OPERATIVE SURGICAL CHECK LIST

CMC-MED-138 (00/05) 584

Patient's Last Name, First Name, CDC #, DOB, Age

HILL, RAYNARD

H-43428

CCB
07/02/73

00314

*HEAT INTOLERANCE ?

PREOPERATIVE DIAGNOSIS:
(R) SHOULDER

OPERATION PROPOSED: (R) SHOULDER

| AGE | SEX | WEIGHT | HEIGHT | NPO | TYPE & CROSS MATCH |
|-----|-----|--------|--------|-----|--------------------|
| 40 | ♂ | #230 | 5'10½" | | — |

PREVIOUS ANESTHESIA:

LAST ANESTHETIC: Ⓞ
(R) KNEE PAIN)

FAMILY HISTORY OF ANESTHETIC COMPLICATIONS: ⊝

TEETH: GOOD

CURRENT MEDICATIONS: KADIAN (40 BID)

DRUG ALLERGIES: NKA

| RESPIRATORY SYSTEM | CIRCULATORY SYSTEM | CNS | OTHER SYSTEMS |
|--------------------|--------------------|----|---------------|
| HISTORY   22 | HISTORY | HISTORY | HEPATIC ⊝ |
| LUNGS *ASTHMA Hx ? | B.P. ⊝ | CVA/TIA | RENAL ⊝ |
| SMOKING Hx ½ PPD | | SEIZURES | ENDOCRINE ⊝ |
| | HEART ⊝ | IV DRUG Hx ⊝ | |

LABORATORY
WBC 7.3
Hgb/Hct 13.8/39.9
UA ⊝

CHEM 18
PGLUCOSE 111
GLUC
Alk=289  COOT
OT Plu=4

EKG N/O

ABG/PFT

CXR

ANESTHESIA PLAN  CHOICE OF ANESTHESIA:  GENERAL []  REGIONAL []  STANDBY []      ASA  1 ②ⁿ 3  4  5  E
* √ KADIAN / @ NOC

DATE: 9/15/w     TIME: 1425     SIGNATURE: ∧

POSTOPERATIVE NOTE
D/V WELL  —

DATE: 9/2/w     TIME: 1120     SIGNATURE: ∧

PRE and POST
ANESTHESIA RECORD
CALIFORNIA MENS COLONY-EAST

CDC NO: H43428
NAME: HAGLER
DOB:  DOB
07/07/33

CMC-MED-231 (Rev.04/89 1154)

00315

ANESTHESIA RECORD

CALIFORNIA MENS COLONY

CMC-MED-014 (Rev.10/88 1096)

**PRE-OP MEDS**
KADIAN 40
ATIVAN 2.0

**TOURNIQUET**
Total Time

I.V.

**MONITORING**
PRECORD ☒
ESOPHAG ☒
EKG ☒
O² ☒
NIBP ☒
ART LINE ☐
SG ☐
CVP ☐
CO² ☒
☒

**VENTILATION TECH.**
FACE MASK ☒
PHARYNG ☐
OROTRACH ☐
#8.0
NASOTRACH ☐
CUFF-MOV 5 ☒
BBS ☒
TRACHEOST ☐
VENT ☒
TV 900
RATE 8

R.R.

MEDICATIONS
O² N₂O
Hal/Enf/Iso
DIP Thio
SUCC. Ch.
N/C TRACRIUM
REGLAN
ZOFRAN
FENTANYL
MSO₄
NEOSTIG

FLUIDS
D5L/R
#18

Blood
Urine
E.B.L.

CVP/PCWP
Temp.

MONITORING RECORD

NOTES
① DEC ② CEFAZOLIN 1 gm IVP @ 0745 ③ I & CUP CLEAN —
VOL/BP

Operation ® SHOULDER ARTHROTOMY — ROTATOR CUFF REPAIR
Surgeon E. HARWAY      Anesthetist

| ANES TIME: | DATE 9/21/00 | START | ANES 0745 | SURG 0850 | STOP | SURG 1025 | ANES 1040 |

CDC NO: H-43428
NAME: HILL, RAYNARD
DOB: 02/02/73

00316

MEDICATIONS

O²
N²O
Hal/Enf./Iso.
THIO
Succ. Ch.

FLUIDS

Blood
Urine
E.B.L.
CVP/PCWP
Temp.

MONITORING RECORD

PRE-OP MEDS

TOURNIQUET
Total
Time

I.V.

TOTALS
IN
OUT

MONITORING

PRECORD ☐
ESOPHAG ☐
EKG ☐
O² ☐
NIBP ☐
ART LINE ☐
SG ☐
CVP ☐
CO² ☐
NS ☐

VENTILATION TECH.

FACE MASK ☐
PHARYNG ☐
OROTRACH ☐
#
NASOTRACH ☐
CUFF-MGV ☐
BBS ☐
TRACHEOST ☐
VENT ☐
TV
RATE

R.R.

Operation  SEE PAGE 1
Surgeon  F. HARWAY
Anesthetist

| ANES TIME: | DATE 9/21/10 | START 0745 | ANES | SURG 0855 | STOP 1025 | SURG 1040 | ANES |

ANESTHESIA RECORD
CALIFORNIA MENS COLONY

CMC-MED-014 (Rev.10/88 1096)

HILL, RALPH
CDC NO: H-43425
NAME:
DOB: /02/73

00317

DEPARTMENT OF CORRECTIONS                          STATE OF CALIFORNIA

DATE OF SURGERY:              9-21-00

SURGEON:                      ELANA HARWAY, M.D.

PREOPERATIVE DIAGNOSIS:       RIGHT ROTATOR CUFF TEAR.

POSTOPERATIVE DIAGNOSIS:      RIGHT ROTATOR CUFF TEAR.

NAME OF OPERATION:            RIGHT SHOULDER OPEN SUBACROMIAL DECOMPRESSION,
                              ACROMIOCLAVICULAR JOINT RESECTION, AND ROTATOR
                              CUFF REPAIR.


OPERATIVE PROCEDURE:          Informed consent was obtained from the
                              patient.  The patient was taken to the
operating room and placed supine on the operating table.  General
endotracheal anesthesia was induced.  Ancef 1 gram IV piggyback was given.
The right arm and shoulder were then prepped and draped in sterile fashion.
The area of the acromioclavicular joint, lateral border of the acromion and
clavicle were outlined with a marking pen and 20 cc. of 2% lidocaine with
epinephrine was placed into the area for hemostasis.  An 8 cm. longitudinal
incision was made centered over the anterior border of the acromion and
clavicular.  Electrocautery was then used to divide the subcutaneous
tissues.  The area of the deltoid was then found and divided with
electrocautery.  A cuff of deltoid was then created over the acromion, and
this was taken down over the anterior aspect of the acromion with
electrocautery.  The subacromial bursa was then seen.  It was very
hypertrophic.  There were abundant loose bodies present within the inflamed
bursa and these were removed with a Mayo scissor.  The undersurface of the
acromion was seen to be hypertrophic.  The acromioclavicular joint had
abundant arthritis.  There was eburnated bone seen and a large spur on the
lateral border of the clavicle.  A subacromial decompression was then
performed with an oscillating saw and a pineapple bur.  The arthritic
acromioclavicular joint was burred clean and the lateral clavicular spur was
removed with the pineapple bur.  The rotator cuff was then seen.  The muscle
was swollen and had a bulbous edge.  The tear was easily identified.  Two
suture anchors were placed and, using a #2 Vicryl, the rotator cuff was sewn
closed and reinforced with a number of 0-Vicryl sutures.  A watertight
closure was obtained.  The deltoid cuff was then repaired with an 0-Vicryl
suture.


*(Continued....)*


CDC NO:      H-43428

NAME:        HILL, Raynard

CALIFORNIA MEN'S COLONY
REPORT OF OPERATION — Outpatient          DOB:
CDC-7205

00318

Date of Surgery:    9-21-00
Page 2


The subcutaneous tissue was closed with a 2-0 Vicryl, and the skin was
closed with a running 4-0 Vicryl suture.  20 cc. of .25% Marcaine with
epinephrine was placed in the wound for pain control.  Steri-strips on
benzoin were placed followed by sterile dressings.  The patient was placed
in a sling.  He was extubated and taken to the recovery room in stable
condition.

Estimated blood loss was minimal.



_____

ELANA HARWAY, M.D.




Orig:  Health Record via HRT
   cc:  Surgery











d/r/t: 9/21/00/co


CDC NO:      H-43428

NAME:      HILL, Raynard

CALIFORNIA MEN'S COLONY                      DOB:
REPORT OF OPERATION — Outpatient
CDC-7205

00319

| Date: 9-21-00 | Time to OR Suite: 0745 | Operating Room Number: II | Wound Class: ☑ Class I  ☐ Class II  ☐ Class III  ☐ Class IV |
|---|---|---|---|

LOC:
☑ Alert & Oriented,  ☐ Arousable & Oriented,  ☐ Arousable to Physical Stimulation,  ☐ Disoriented,  ☐ Unarousable,  ☐ Other:_____

Emotion: ☑ Calm  ☐ Sedated  ☐ Anxious  ☐ Other:_____   Skin Condition: ☑ Intact  ☐ Other:_____

☑ Med/Surg.  ☐ Amb/Surg.  ☐ Med & Return  ☐ ASH  ☐ Emergency  ☐ Other:_____
☑ Gen  ☐ Spinal/Epidural  ☐ MAC  ☐ Local  ☐ Topical, Block Type:_____  ☐ Other:_____

| Surgeon: E Harvey MD | Assistant: K Philippson RN | Anesthetist: R Dickinson CRNA |
|---|---|---|
| Surgeon: | Assistant: | Observer: |

| Circulator: K Todd | Relief: T Lantrup RN | Scrub: M Andrews RN | Relief: |
|---|---|---|---|

| Anesthesia Began: 0745 | Surgery Began: 0855 | Surgery Ended: 1025 | Anesthesia Ended: 1040 | Surgery Total: 1° 30" | Anesthesia Total: 2° 55" |
|---|---|---|---|---|---|

Pre-Op Diagnosis: Rt Rotator cuff tear.

Post-Op Diagnosis: Same

Operation: Rt Rotator Cuff Repair.

Meds, Irrigations: 1% Xylo c epi - 20ml .25% Marcaine c epi 20ml

Patient Position: ☐ Supine  ☐ Prone  ☐ Jackknife  ☐ Lateral  ☐ Lithotomy  ☑ Other Beach Chair

Other Item Locations:
Safety Strap .................... =
Bovie Plate ..................... ☐
Moniter Leads ................ o
BP Cuff .......................... ─
Art. Line ......................... A
IV .................................. →
Central Line ................... C.L.
Tourniquet ...................... +

**FRONT**    **BACK**

Tourniquet Info:
Time On: _____  Time Off: _____
Time On: _____  Time Off: _____  Applied By: _____  Pressure: _____

Positionary Aides
☑ Arm Boards Bil
☐ Padding
☑ Elbow Pads Lt
☐ Lam Bolster
☐ Andrews Frame
☐ Axillary Roll
☐ Bean Bag
☐ Pillow
☑ Other Richards HR

Electro Surgical Unit (ESU)
☐ None   ESU#: 1   Ground Pad Applied By: KJ
X-Rays Taken in OR? ☐ Yes  ☑ No

Needle/Sponge Counts:
☐ NA  ☑ Correct  ☐ Incorrect   Initial Count By: MA/TL   Final Count By: MA/KJ

☐ NONE _____  ☐ STRAIGHT CATH. _____  ☐ T-TUBE _____  ☐ JACKSON-PRATT _____  ☐ HEMOVAC _____  ☐ PENROSE _____
☐ CHEST TUBE _____  ☐ N/G _____  ☐ OTHER _____  ☑ FOLEY #16 clearsine

☐ NONE
☐ XEREFORM  ☑ ADAPTIC  ☐ 4x4  ☐ ABD  ☐ SPLINT  ☐ CAST  ☐ ACE  ☑ Other Sling

SKIN INTEGRITY: ☑ INTACT (OTHER THAN SURGICAL INCISION)  ☐ UNCHANGED  ☐ OTHER
LOC:  ☐ AWAKE  ☑ DROWSY  ☐ OTHER
      ☐ TO RECOVERY ROOM  ☐ OTHER

IMPLANTS (INDICATE TYPE, LOT #, SERIAL #, MODEL #, SIZE, EXP. DATE) ☐ NONE
REF 210309
LOT 971088
☐ USE BY 2002-10
Mitek
PRODUCTS
Mitek Surgical Products, Inc.
60 Glacier Drive Westwood, MA 02045

Patient's Last Name, First Name, CDC #, DOB, Age:

age 40

HILL, RAYNARD

H-43428

DOB
07/02/73

(TE SOURCE & DISPOSITION) ☐ NONE

Circ. Nurse Signature: K Todd   Initials: KJ
HOSPITAL: CALIFORNIA MEN'S COLONY

**OPERATING ROOM RECORD**

CMC-MED-088 (09/95) 1179

00320

**STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS**

**NURSING RECOVERY ROOM RECORD**

Date: 9-26-00  Time to PACU: 1040

Accompanied by: ☒ Anesthesia Care Giver ☐ OR Nurse

To PACU Via: ☐ SurgLift ☒ Gurney ☐

Operation: (R) ROTATOR CUFF REPAIR A-C RESECTION

Surgeon: E. HARWAY

Type of Anesthesia: GEN.

Anesthetist: R. DICKINSON CRNA

Allergies: NKA

**Respirations:** ☒ Deep/Reg. ☐ Labored ☒ Unlabored ☐ Clear to Scope

**EKG:** ☒ NSR ☐ Bradycardia ☐ Tachycardia

**LOC:** ☐ Awake ☒ Drowsy ☐ Non-Responsive

**Skin Condition:** ☒ Warm/Dry ☐ Pale ☐ Cool ☐ Moist

**O2 Therapy:** Liter/Minute: 8 ☐ None ☒ Mask ☐ Nasal

**Airway:** ☒ None ☐ Oral ☐ Nasal

**Extremity:** ℝ L ☒ Warm Good Cap Refill ☒ Strong Pulse (Rad/Ped) ☒ Sensation Present ☒ Extremity Elevated

Pre-Op Vital Signs: 132/62 - 80 - 20  O2 SAT 98%

Drains/Packing: ☐ None ☐ Penrose ☐ Naso-Gastric ☐ Jackson-Pratt ☒ Foley ☐  16 FR. EXC - CLEAR YELLOW

SAO2: 78%  100%  100%

Key: Blood Pressure ∨  Pulse ●  Resp. ○

**Nurses Notes**

1040: PT. ADMITTED TO PACU c̄ GEN. ANES. HOB ↑ 30° PT. ORIENTED Ø C/O PAIN. 1100: PT. SITTING UP, TAKING COFFEE, VSS, Ø C/O PAIN, DRSG. DRY & INTACT 1115: IV HEPLOCKED BY T. LOOTRAP RN. 1120. PT. DISCHARGED TO FLOOR IN GOOD CONDITION.
T. Fegan RN

**Post Anesthetic Recovery Score: 3 in / Out**

| | | 3 in | Out |
|---|---|---|---|
| RESPIRATION | Cough & Deep Breath -2 / Dyspnia or Limited Resp. -1 / No Spontaneous Resp. -0 | 2 | 2 |
| CIRCULATION | Systolic 20 of Pre-Op -2 / Systolic 20-50 of Pre-Op -1 / Systolic 50 of Pre-Op -0 | | 2 |
| ACTIVITY | Moves All Extremities -2 / Moves Two Extremities -1 / Moves No Extremities -0 | 2 | 2 |
| CONSCIOUSNESS | Alert, Oriented -2 / Aroused When Called -1 / Not Responsive -0 | 1 | 2 |
| COLOR | Normal -2 / Pale, Dusky, Jaundice -1 / Frank Cyanosis -0 | 2 | 2 |
| TOTAL | | 8/10 | |
| SPINAL/ANESTHETIC LEVEL: | | | |

**PACU INTAKE**

| Time | Site | Intravenous Solutions | From OR | To Room | Total |
|---|---|---|---|---|---|
| 1040 | LRA | LR - 1000 | 400 | | 50 |

| ORAL | | 100 |
| TOTAL OR | | |
| TOTAL RR | | 50 |
| TOTAL OR/RR INTAKE | | 2750 |

Dressing: ☐ None ☐ Dry & Intact

**OUTPUT**

| OR EBL | 150 |
| OR Urine | 1300 |
| OR Other | |
| RR Urine | 400 |
| RR N.G. | |
| RR Emesis | |
| RR Other | |
| TOTAL Output OR and RR | 1850 |

**Discharge To:** Room: ✓  Quad:

**Via:** ☒ Gurney ☐ Surgilift ☐ Ambulatory ☐ Patient's Bed

**Discharge Vital Signs:** BP: 135/108  P: 87  R: 16  O2: 98

Surgeon/Anesthetist Signature:

PACU Nurse Signature: Tumsak Lootrap RN

Receiving Nurse Signature: RN

Patient's Last Name, First Name, CDC Number, DOB: HILL, RAYNARD

00321

| DATE | TIME | |
|------|------|---|

9-21-00   ORTHO
Rotator cuff repair
® shoulder performed

EClewicz MD

9/21   been post op
1400   No 90
       Cleas yard pellets

EA

9/28   No 90
       AcD
Wound clean & dry
D/C to Gen Pop

EA

| INSTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MI) |
|-------------|-----------|----------|-----------------------------------|
| CWC-E | Harvey | 211 I | HILL, RAYNARD<br>P-43428<br>CC<br>07/02/73 |

**PHYSICIAN'S PROGRESS NOTES**

CDC 7230 (7/90)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

00322