**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12/87)

TREAT AS ORIGINAL

Location: Institution/Parole Region    Log    7-2432    Category    5

1. CCI-O

2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| HILL, R.B. | H43428 | PIA-TEXTILES | 2-182Low |

**A. Describe Problem:** ON 8-21-07, DURING A SEARCH OF DORM 2B BY STAFF UNDER THE DIRECTION OF SGT EATON, WAS IN VIOLATION OF THE FOLLOWING RULES & REGULATIONS LISTED IN TITLE 15 SEC. 3287 CELL, PROPERTY AND BODY INSPECTIONS, SEC. 3193 LIABILITY OF PERSONAL PROPERTY TAKEN FROM THIS LOCKER BY STAFF.

(SEE ADDITIONAL PAGE #1 W/ ITEMIZED LIST OF PERSONAL PROPERTY TAKEN)
(RECEIPTS OF PROPERTY)

If you need more space, attach one additional sheet.

**B. Action Requested:** THAT PROPERTY BE RETURN, REIMBURSEMENT OF TOTAL COST OF PROPERTY, REPLACEMENT WITH EQUAL OR GREATER VALUE ITEMS

Inmate/Parolee Signature: *Raymond B Hill H43428*    Date Submitted: 8-23-07

**C. INFORMAL LEVEL** (Date Received: 8/30/07 )

**Staff Response:** DENIED- THESE ARE SMALL ITEMS THAT ARE EASILY LOST OR BY THE OWNER OR ARE TRADED AMONGST INMATES. You MAY HAVE POSSESSED THEM PRIOR TO BUT NOT DURING THE SEARCH. JEWELRY ESPECIALLY IS WORN OR TRADED.

Staff Signature: R. EATON    Date Returned to Inmate: 8/30/07

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

SGT EATON IS TRYING TO CIRCUMVENT CDC POLICIES, AND DENY RESPONSIBILITY FOR MIS HANDLING OF MY PERSONAL PROPERTY THAT HAS SENTIMENTAL VALUE, DUE TO BEING PURCHASED HERE OR BY MY SISTER FOR MY BIRTHDAY. I AM'T BROKEN, TRADE OR SELL THEM.

Signature: *Raymond B Hill*    Date Submitted: 8-13-07

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim.

CDC Appeal Number: _____

**TREAT AS ORIGINAL**

First Level   ☐ Granted   ☐ P. Granted   ☒ Denied   ☐ Other

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ ORIGINAL  Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

Staff Signature: _____ Title: _____ Date Completed: _____

Division Head Approved:

Signature: M. Bryant _____ Title: FC _____ Date Returned: 11-16-07

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

OFFICERS UNDER DIRECTION OF SGT EATON WERE UNPROFESSIONAL BY HAVING T/OMB
PROPERTY IN DISARRAY, OR TAKING & MISPLACING PERSONAL PROPERTY WITHOUT LEAV-
ING RECEIPT, TO JUSTIFY THEIR EXTORTION PRACTICES REFUSAL, THREATS, AND
INTIMIDATION IS CCR METHODS, DON'T ALLOW CDCR RULES & REGS. (SEE PG# 2)

Signature: Maynard B. Hill H73428 _____ Date Submitted: 11-27-07

Second Level   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: 12-7-07  Due Date: 12-28-07
☐ See Attached Letter

Signature: M. Bryant  AW (A) _____ Date Completed: 1-11-08

Warden/Superintendent Signature: _____ Date Returned to Inmate: 1-11-08

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____
☐ See Attached Letter
                                                    Date: _____

CDC 602 (12/87)

TREAT AS ORIGINAL

TREAT AS ORIGINAL

On 8-21-07 During A Search of BLD 2, Bunk England, Staff Removed A Plastic Bag Containing my Gold Chain, Toenail Clippers, P-38 Can Opener, And A Toothbrush Cap From my Locker, As Well As other MISC. Pleas, Wires, Paperclips Etc.

Sec 3287 (a)(4) States That During Search And Removal of Personal or State Issued Property, A Written Notice Would Be Given for Property and Disposition of Property.
— None of These Rules where followed or Documented.

Sec 3193 (b) Department shall accept Liability for loss or Destruction of Inmate Personal Property As A Result of Staff Action Pursuant To Sec 3084.7 (d)(2)(A)

Personal Property Itemized List.

| | | |
|---|---|---|
| 1 | Yellow Gold Rope Chain | $ 58.80 |
| 1 | P-38 Can Opener | .60 |
| 1 | Tooth Brush Cap | .25 |
| 1 | Mono Stereo Plug Adaptor | 1.99 |
| 1 | Toenail Clipper | .95 |
| | | $ 62.59 |

# ( See Reciepts Included )

1-800-546-6283
ACCESS SECUREPAK
KEEFE COMMISSARY NETWORK, L.L.C.

WAREHOUSE: W

TREAT AS ORIGINAL   7-24 4/25/07

SPARKS, NV   89434

SLS#: 313

CHAIN MUST BE ORDERED W/ PEND

24700 HWY 202 PO BOX 808

THIS ACCOUNT IS SE...FOR LEV



| QTY | UOM | ITEM NO C | DESCRIPTION | ITM PRC | TTL PRC |
|-----|-----|-----------|-------------|---------|---------|
| 3 EA | | 48820 | (EA) JELLY BEANS 4.25 OZ | .60 | 1.80 |
| 1 EA | | 82856 | (EA)CITY COW JALAP SQUEEZABLE CHEESE 16 O... | 2.80 | 2.80 |
| 10 EA | | 83581 | (EA)M-U-M CRISPY RICE 1 OZ SNGLE SERVE | .40 | 4.00 |
| 2 EA | | 84709 | (EA) SNACK LEGENDS P/B WAFERS 2 PACKS 120... | 1.65 | 3.30 |
| 10 EA | | 84916 | (1POUCH)BRUSHY CREEK RB & GRAVY 10 OZ | 2.25 | 22.50 |
| 4 EA | | 85117 | (EA) ML JALAPENO CHIPS 6 OZ | 1.10 | 4.40 |
| 10 EA | | 85667 | (EA) M-U-M S.S BOWL FROSTED FLAKES | .40 | 4.00 |
| 3 EA | | 25028 | (EA) MOTHERS DAY CARDS ACETATE | .80 | 2.40 |
| 2 EA | | 821125 | (EA)SPORT FRESH GEL A/P DEOD 3 OZ | 3.00 | 6.00 |

GIFT CERT.      5.00

SHIPPING/HANDLING

TOTAL INV      57.50

AAS          15   5      REVISED 2782H C                    PAGE   1

```
                                              7-2 4 2 2
  1-800-546-6283
  ACCESS CATALOG                    WAREHOUSE: N        ORIGINAL    87293 801
  13330 LAKEFRONT DRIVE             CARRIER: AL
  EARTH CITY, MO  630451513         SLS: JP W DT              29
                                    ORDER #: 37324

                                    INCL COPY OF LABEL
  R B HILL           INM: H63428    MAG IF NOT ORDERED-72100130
  CORRECTIONAL TRAINING FACILITY    MUST INCLUDE UNIT NUMBER
  HWY 101-UNIT #705        LA  255  ON WORK ORDER MGNVXR
  SOLEDAD           CA 93960
```

| TY | UOM | ITEM NO C DESCRIPTION | | ITM PRC | TTL PRC |
|----|-----|----------------------|---|---------|---------|
| 1 | EA | 500A4010 N DRY CLOTH CD HEAD CLEANER | | 3.99 | 3.99 |
| 1 | EA | 56795010 N MONO TO STEREO ADAPTER - MINI | 251-165/P | 1.99 | 1.99 |
| 1 | EA | 51736060 N BLACK LEATHER BELT - | 520 | 13.59 | 13.59 |
| 1 | EA | 52505100 N PROPEL RUNNING SHOE | | 25.29 | 25.29 |
| 1 | EA | 52818110 A NEW BALANCE CROSS TRAINER | | 51.49 | 51.49 |

```
                                        8/13/05
                                  WRONG SIZE
```

```
WT RECEIVED     100.35
  SALES TAX              SHIPPING/HANDLING    4.00   TOTAL:    100.35

       TOTAL WT    7.03

            COPY OF FORM        UNIT #'S 686  689  705
```

00653

TREAT AS ORIGINAL

CRESARC2
California Department of Corrections (CC
I)
    Inmate Sales Receipt

Commissary: CAM2
Inmate Rcpt #: 642449
Com Rcpt #: 744116
Inmate ID: H43428
Inmate Name: HILL, RAYNARD
Inm Acct Type: INMATE
        09-09-2007 18:31

    Beg Acct Balance:    76.00

| Description | Qty | Price | Amount |
|---|---|---|---|
| SPOON | 1 | 0.25 | 0.25 |
| P.38 | 1 | 0.40 | 0.40 |
| DIET PEPSI* | 6 | 0.50 | 3.00 |
| ENVELOPE 9x12 | 2 | 0.15 | 0.30 |
| TOOTHBRUSH CAP | 1 | 0.25 | 0.25 |
| SOAP, JERGINS | 6 | 0.55 | 3.30 |
| AQUAFRESH (S) 4 | 2 | 2.90 | 5.80 |
| CAN, TUNA COS* | 5 | 0.85 | 4.25 |
| TORTILLAE-FLOUR | 2 | 1.00 | 2.00 |
| RICE, HOMETOWN | 4 | 0.55 | 2.20 |
| BEANS, REFRIED | 3 | 1.10 | 3.30 |
| MEAT STICK, SPI | 5 | 1.60 | 8.00 |
| CHEESE, JAL. 90 | 1 | 2.45 | 2.45 |
| RICE, SEASONHED | 1 | 0.45 | 0.65 |
| SUGAR SUBSTITUT | 2 | 1.65 | 3.30 |
| FOLGERS 3 OZ. | 2 | 6.40 | 12.80 |
| COOKIE, OATMEAL | 2 | 1.20 | 2.40 |
| SALTINE CRACKER | 1 | 1.45 | 1.45 |
| DUPLEX CREAM | 2 | 1.05 | 2.10 |
| CORN CHIPS, CHI | 5 | 1.20 | 6.00 |
| POPCORN, BUTTER | 2 | 1.10 | 2.20 |
| SOUP, CHILE WIS | 47 | 0.20 | 9.40 |

                    ----------
            Total:    76.00

    End Acct Balance:    0.00

_____
Signature              Date

00654

7 - 2 4 3 2

TREAT AS ORIGINAL

2007 NOV 29 PM 1:28
CCI - TEHACHAPI
APPEALS OFFICE



COPY    TREAT AS ORIGINAL 7 - 2 4 3 2

**Government Claims Form**
California Victim Compensation and Government Claims Board
P.O. Box 3035
Sacramento, CA 95812-3035

1-800-955-0045 • www.governmentclaims.ca.gov

State of California
2007 NOV 29 PM
3RD DCA - TEHACHAPI APPEALS OFFICE

For Office Use Only
Claim No.:

## Is your claim complete?

- [✓] New! Include a check or money order for $25 payable to the State of California.
- [ ] Complete all sections relating to this claim and sign the form. Please print or type all information.
- [ ] Attach receipts, bills, estimates or other documents that back up your claim.
- [ ] Include two copies of this form and all the attached documents with the original.

## Claimant Information

**1** HILL, RAYNARD B.
Last name    First Name    MI

**2** Tel:

**3** Email:

**4** CCI, PO BOX 608, 2-82 Low    TEHACHAPI    CA   93580
Mailing Address    City    State   Zip

**5** Best time and way to reach you:

**6** Is the claimant under 18?  [ ] Yes  [X] No  If YES, give date of birth:
MM   DD   YYYY

## Attorney or Representative Information

**7** Last name    First Name    MI

**8** Tel:

**9** Email:

**10** Mailing Address    City    State   Zip

**11** Relationship to claimant:

## Claim Information

**12** Is your claim for a stale-dated warrant (uncashed check) or unredeemed bond?  [ ] Yes  [X] No
State agency that issued the warrant:
If NO, continue to Step **13**
Dollar amount of warrant:    Date of Issue:
MM   DD   YYYY
Proceed to Step **15**

**13** Date of Incident: AUGUST 21st, 2007
Was the incident more than six months ago?  [X] No
If YES, did you attach a separate sheet with an explanation for the late filing?  [ ] Yes  [ ] No

**14** State agencies or employees against whom this claim is filed:
CALIFORNIA CORRECTIONAL INSTITUTION EMPLOYEES UNDER DIRECTION OF
SGT EATON

**15** Dollar amount of claim: $62.59
If the amount is more than $10,000, indicate the type of civil case:
[ ] Limited civil case ($25,000 or less)
[ ] Non-limited civil case (over $25,000)
Explain how you calculated the amount:
WITH RECIEPTS OF PROPERTY TAKEN

00656

**16** Location of the incident:

*CCI, Level II, BLD 2*

**17** Describe the specific damage or injury:

*CCI Correctional Officers under Direction of Sgt. Eaton took, misplaced, or threw away my personal property, a cold chain and other items listed which was in a small white ziplock bag*

**18** Explain the circumstances that led to the damage or injury:

*CCI, exercised a search of the entire BLD 2, including inmates bunk areas, and personal & state property.*

**19** Explain why you believe the state is responsible for the damage or injury:

*All of my personal property was secure in my locker, when we returned to building after search, property was in disarray thrown on the floor, bunk, and other inmate area.*

**20** Does the claim involve a state vehicle?  ☐ Yes  ☒ No

If YES, provide the vehicle license number, if known:

**Auto Insurance Information**

**21**

| | | | | |
|---|---|---|---|---|
| Name of Insurance Carrier | | | | |
| Mailing Address | | City | State | Zip |

| | | |
|---|---|---|
| Policy Number: | Tel: | |
| Are you the registered owner of the vehicle? | ☐ Yes | ☐ No |
| If NO, state name of owner: | | |
| Has a claim been filed with your insurance carrier, or will it be filed? | ☐ Yes | ☐ No |
| Have you received any payment for this damage or injury? | ☐ Yes | ☐ No |
| If yes, what amount did you receive? | | |
| Amount of deductible, if any: | | |

| | | | |
|---|---|---|---|
| Claimant's Drivers License Number: | | Vehicle License Number: | |
| Make of Vehicle: | Model: | Year: | |
| Vehicle ID Number: | | | |

**Notice and Signature**

**22** I declare under penalty of perjury under the laws of the State of California that all the information I have provided is true and correct to the best of my information and belief. I further understand that if I have provided information that is false, intentionally incomplete, or misleading I may be charged with a felony punishable by up to four years in state prison and/or a fine of up to $10,000 (Penal Code section 72).

| | |
|---|---|
| *Wilmand B. Hill* | *9-13-07* |
| Signature of Claimant or Representative | Date |

**23** Mail the original and two copies of this form and all attachments with the $25 filing fee or the "Filing Fee Waiver Request" to: Government Claims Program, P.O. Box 3035, Sacramento, CA, 95812-3035. Forms can also be delivered to the Victim Compensation and Government Claims Board, 630 K Street, Sacramento.

**For State Agency Use Only**

**24**

| | |
|---|---|
| Name of State Agency | Fund or Budget Act Appropriation No. |
| Name of Agency Budget Officer or Representative | Title |
| Signature | Date |

VCGCB-GC-002 (Rev. 8/04)

Copy

AS ORIGINAL 2439

# AFFIDAVIT FOR WAIVER OF GOVERNMENT CLAIMS FILING FEE AND FINANCIAL INFORMATION FORM

**(Request for Permission to Proceed In Forma Pauperis)**
California Victim Compensation and Government Claims Board
P.O. Box 3035
Sacramento, CA 95812-3035

1-800-955-0045 ▪ www.governmentclaims.ca.gov

State of California

2007 NOV 29

**For Office Use Only**
Claim No.

---

*I request a fee waiver so that I do not have to pay the $25 fee to file a government claim with the Victim Compensation and Government Claims Board. I cannot pay any part of the fee.*

## Claimant Information

**①** HILL / RAYNARD / B **②** Tel:

Last name / First name / MI

**③** Claim Number (if known):

## Employment Information

**④** My occupation: SEWING MACHINE OPERATOR

My employer: PRISON INDUSTRY ASSOC. AT CALIFORNIA CORRECTIONAL INSTITUTION
24900 HWY 202 / TEHACHAPI / CA / 93580
Employer's Mailing Address / City / State / Zip

My spouse's or partner's employer: N/A

Employer's Mailing Address / City / State / Zip

**⑤** If you are an inmate in a correctional facility, please attach a certified copy of your trust account balance, enter your inmate identification number below and skip to step ⑧.

Inmate Identification Number: H43428

## Financial Information

**⑥** I am receiving financial assistance from one or more of the following programs. ☐ Yes ☒ No

If no, proceed to step ⑦. If yes, check all that apply, then skip to step ⑧.

☐ SSI and SSP: Supplemental Security Income and State Supplemental Payments Programs

☐ CalWORKS: California Work Opportunity and Responsibility to Kids Act

☐ Food Stamps

☐ County Relief, General Relief (GR), or General Assistance (GA)

**⑦** Number in my household and my gross monthly household income, if it is the following amount or less:

| | Number | Monthly family income | | Number | Monthly family income |
|---|---|---|---|---|---|
| A | 1 | $969.79 | F | 6 | $2,626.04 |
| B | 2 | $1,301.04 | G | 7 | $2,957.29 |
| C | 3 | $1,632.29 | H | 8 | $3,288.54 |
| D | 4 | $1,963.54 | I | | There are more than 8 people in my family. |
| E | 5 | $2,294.79 | | | Add $331.25 for each additional person. |

Number: _____ Total income: _____

**⑧** If you checked a box in step ⑥ A through I, complete steps ① through ⑤. Then skip to step ⑩.

My income is not enough to pay for the common necessities of life for me and the people in my family, and also pay the filing fee. ☒ Yes ☐ No

If yes, fill in steps ⑨ through ⑭.

00658

## Monthly Income and Expenses

| **9** | My gross monthly pay is: | $ | | **10** | My income changes each month: | ☐ Yes | ☒ No |

| **11** | Number of persons living in my home: | | | | | | **12** | Other money I get each month |

| | Name | Age | Relationship | | Monthly Income | | | Source | |
|---|---|---|---|---|---|---|---|---|---|
| A | | | | | $ | | A | | $ |
| B | | | | | $ | | B | | $ |
| C | | | | | $ | | C | | $ |
| D | | | | | $ | | D | | $ |
| E | | | | | $ | | E | | $ |
| F | | | | | $ | | F | | $ |

| **15** | My total gross monthly household income: | | $ | | **13** | Total other money: | $ |

| **16** | My payroll deductions are: | | | | **14** | My monthly income: | $ |

| A | | $ | E | | $ |
|---|---|---|---|---|---|
| B | | $ | F | | $ |
| C | | $ | G | | $ |
| D | | $ | H | | $ |

| | | | **17** | My total payroll deduction amount is: | $ |

| **18** | My monthly take home pay is | $ | **19** | My net monthly income: | $ |

| **20** | I own or have interest in the following property: |

| A | Cash | | $ | **C** | Cars, other vehicles, and boats (List make and year) | | |
|---|---|---|---|---|---|---|---|
| B | Checking and savings (List banks): | | | | Property | Value | Loan Balance |
| | 1) | | $ | | 1) | $ | $ |
| | 2) | | $ | | 2) | $ | $ |
| | 3) | | $ | | 3) | $ | $ |
| | 4) | | $ | **D** | Real estate (List addresses) | | |
| | | | | | 1) | $ | $ |
| | | | | | 2) | $ | $ |

| **21** | My monthly expenses are: |

| A | Rent or house payment | $ | **J** | Installment payments (specify) | |
|---|---|---|---|---|---|
| B | Food and household supplies | $ | 1) | | $ |
| C | Utilities and telephone | $ | 2) | | $ |
| D | Clothing | $ | 3) | | $ |
| E | Laundry and cleaning | $ | | Total installment payments: | $ |
| F | Medical and dental | $ | **K** | Wage assignment or withholdings | $ |
| G | Insurance | $ | **L** | Spousal or child support | $ |
| H | School, child care | $ | **M** | Other: | |
| I | Transportation and auto expenses | $ | | 1) | $ |
| | | | | 2) | $ |
| | | | | Total other expenses: | $ |

| **22** | | Total monthly expenses: | $ |

| **23** | I have attached other information that supports this application on a separate sheet. | ☒ Yes | ☐ No |

### Signature Section

| **24** | I declare under penalty of perjury under the laws of the state of California that the information on this form and all the attachments is true and correct. |

*[signature]* Raimond B Hill

Signature of Claimant          Date 9-18-07

VCGCB-GC-0010 8/04

00659

CALIFORNIA CORRECTIONAL INSTITUTION
FIRST LEVEL APPEAL RESPONSE

DATE:                          November 11, 2007

NAME/NUMBER:                   HILL, H-43428

APPEAL LOG NUMBER:             CCI-0-07-02432

INTERVIEWED BY:                T. Valdez II, Correctional Sergeant

APPEAL DECISION:               **Denied**

APPEAL ISSUE:                  **PROPERTY**

APPEAL RESPONSE:

The Appellant alleges R. Eaton, Correctional Sergeant, supervised staff in Dorm #2 during searches on August 21, 2007. Furthermore, the Appellant alleges that while he was not in the dorm during the time of the search, custody staff under the supervision of Sergeant R. Eaton confiscated or lost his personal property (1 yellow gold rope chain, 1 p-38 can opener, 1 tooth brush cap, 1 mono stereo plug adaptor and 1 toenail clipper), with a total value of $62.59.

The Appellant requests all of his personal property be returned or be reimbursed for the total cost of missing items.

APPEAL RESPONSE:

All relevant documents and information submitted in writing have been carefully reviewed and considered. A thorough review has been conducted and evaluated in accordance with departmental policies and institutional procedures. In addition, all supporting arguments made during the personal interview conducted by T. Valdez, Correctional Sergeant, have been considered.

During the interview, Appellant was asked if he had anything further to add. The Appellant responded stating, "None of the inmates in Dorm #2 were given receipts for the searches conducted that day; that violates policy and that is why I can't provide documentation of my missing items." On November 11, 2007, custody staff searched the Appellant's assigned locker and bed area and verified the Appellant's property was not in his locker. Furthermore, custody staff verified the items in question that were on his property card. During an interview with Correctional Sergeant R. Eaton, he stated, "The search conducted in Dorm #2 was conducted with the utmost professionalism and that when personal property is taken a receipt is provided."

The Appellant failed to provide documentation or proof that the items were missing items as a result of the search. The Appellant's request for reimbursement cost of missing items is **denied**.

**FIRST LEVEL APPEAL RESPONSE**          TREAT AS ORIGINAL
Inmate Hill, H-43428
CCI-0-07-02432
Page 2

Based on the above, this appeal is **DENIED**.
If dissatisfied, appellant may request a Second Level review by following the instructions on
the appeal form.

_T. Valdez_          _11-11-07_                    _M. Bryant_  _11-11-07_
**T. VALDEZ**        DATE:                   **M. BRYANT**        DATE:
Correctional Sergeant                            Facility Captain
Unit II                                          Unit II

00661

PG #2

TREAT AS ORIGINAL

AFTER MAJOR SEARCH of DORM II UNDER THE DIRECTION OF SGT EATON. I INFORMED my DORM OFFICER C/O SWEENEY THAT PLASTIC BOX WITH GOLD CHAIN, TOENAIL CLIPPERS ETC WAS MISSING AND HE LOGGED IT IN THE LOG BOOK.

Spoke WITH Sgt EATON ABOUT MISSING PROPERTY AND NO RECIEPT LEFT, HE TOLD ME TO 602 IT. SO THAT'S WHAT I DID, TO DISCOVER THAT THE 602 APPEAL PROCESS IS NOT BEING FOLLOWED, AFTER THE INTERVIEW BY EATON AT THE INFORMAL LEVEL, I'VE SPOKEN TO TWO SGTS (WARD, VALDEZ) AT THE FIRST LEVEL, WHEN INMATE APPEAL ASSIGNMENT STATES ASSIGN STAFF "2CAPT" AND DUE DATE 10-30-07. THIS APPEAL IS EXTREMELY OVER DUE. WHERE IT WAS RETURNED TO ME ON 11-26-07, THE RETURN DATE IS OFF BY 10 DAYS STATING RETURNED 11-16-07.

Sgt VALDEZ INSTRUCTED C/O MS. DESENBERG TO SEARCH MY LOCKER ON 11-11-07, RIGHT AFTER I TALKED TO Sgt VALDEZ. DURING HER SEARCH WAS LACED WITH PROFANITY, THREATS & INTIMIDATION CONCERNING MY LOG ON MY PROPERTY TAKEN, AND THE FACT SHE HAD TO DO HER JOB. REPRISAL IS BROUGHT FORWARD WHEN WRONGDOING IS BROUGHT UP BY INMATES.

My MOTHER BOUGHT MY THAT GOLD CHAIN FOR MY BIRTHDAY ON 3-10-60, AND WAS ABLE TO RECIEVE IT THE FOLLOWING MONTH IN APRIL. My MOTHER IS UPSET ABOUT THE GIFT & MONEY SPENT, ALL RECIEPTS ARE ACCOUNTED FOR, C/O SEARCH CONFIRMS CHAIN & MISC PROPERTY IS GONE.

I SHOULD NOT BE HELD ACCOUNTABLE FOR C/S NOT FOLLOWING INSTITUTION PROCEDURES OF LEAVING A SEARCH RECIEPT DURING LOCKER & QUARTERS SEARCH. My PROPERTY CAME UP MISSING, AS WELL AS FOUR OR FIVE OTHERS. HERE'S TWO JERRY CLARK H74806 602 LOG# CCI 0-07-02517, STEVE LYNCH P02274. CCI 0-07-02519. PROPERTY WAS TAKEN, THROWN AWAY, OR WHATEVER, AND 602 IS BEING DENIED BECAUSE OF NO DOCUMENTATION, C/S FAILED TO LEAVE ON PURPOSE. ALL I ASK FOR WAS MY PROPERTY BACK OR BE COMPENSATED FOR THE SAME VALUE.

I Declare UNDER PENALTY of PERJURY ALL IS TRUE & CORRECT
DATE: 11-27-07

00662

# CALIFORNIA CORRECTIONAL INSTITUTION

## INMATE APPEAL RESPONSE

**Appeal Log #:**            CCI-0-08-00096
                            First Level Response

**Inmate Name:**            **HILL, RAYMOND – H43428**

**APPEAL DECISION:**        **PARTIALLY GRANTED**

**INTERVIEWED BY:**         K. DAVEY, SRN II – SUPV.

**APPEAL ISSUE:**           MEDICAL

**ACTION REQUESTED:**    Inmate states he has been approved for arthroscopy of his right rotator cuff in his right shoulder. Inmate also requested to be placed back on Tylenol with Codeine or any other medication that can alleviate his pain while waiting for the procedure to be done.

**Appeal Response:**    All submitted documentation and supporting arguments have been carefully reviewed and evaluated according to departmental policies and procedures.

At this level of review, a comprehensive review of the appellant's medical file and this appeal was conducted. Based upon the review, this appeal at the First Level of Review is **PARTIALLY GRANTED.** You were interviewed by K. Davey SRN II on January 15, 2008. Your Unit Health record has documentation that you were seen by Ortho Specialist on January 8, 2008 pending MRI to the right rotator cuff. Follow-up appointment with Specialty Care is pending. MRA to the right rotator cuff was done. Dr. Ross saw you on January 7, 2008 and you will be scheduled for a 30 day follow-up.

**Appeal Decision:**    Based upon all available information and the requested action, this appeal is at the first level of review is **PARTIALLY GRANTED.** If dissatisfied, you may attach supporting documents and submit a Second Level Appeal to the Appeals office within 15 days of receipt of response.

_K. Davey SRN II_                    _1/18/08_
K. Davey SRN II                      Date
Supervising Registered Nurse

CA
**JAN 18 2008**

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location:  Institution/Parole Region
1. CCI-D
2. _____

Log No.
1. 02-00096
2. _____

Category
8
medical

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| HILL, R.B. | H43428 | PIA-Textiles | 2/82Low |

A. Describe Problem: AFTER NUMEROUS DOCTORS ORDERS for PRESCRIBED TREATMENT OF ARTHROSCOPY TO RT. ROTATOR CUFF, TREATMENT HAS BEEN DENIED DR. HAROLD TATE REVIEWED MED FILE & NEW MRI. WHICH STATES "TWO TEARS IN RT ROTATOR CUFF" AND DR. TATE DISCONTINUES PAIN MEDICATION (T-3s) TYLENOL w/ CODIENE. WHICH MADE PAIN TOLERABLE UNTIL PROCEDURE COULD BE DONE. NOW PAIN HAS BECOME EXTREME ONCE AGAIN WITH THROBBING ACHES & PAIN. AS A CHRONIC CARE PATIENT, CCI. FAILS TO ADEQUATELY TREAT CHRONIC PAIN, BY REDUCING TO REGULAR TYLENOL 325mg. WHICH IS NOT EFFECTIVE.

If you need more space, attach one additional sheet.

B. Action Requested: IF YOU'RE NOT GOING TO TREAT MY PAIN, I WANT PRESCRIBED DRS ORDER ARTHROSCOPY ON RT ROTATOR CUFF, PLACED BACK ON (T3's) TYLENOL w/ CODIENE OR ANY OTHER MEDICATION THAT ELEVIATE PAIN UNTIL PROCEDURE CAN BE DONE. ERRORS CONTINUE TO BE MADE IN SCHEDULING & DOCUMENTATION.

Inmate/Parolee Signature: Raymond B. Hill    Date Submitted: 12-31-07

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

BYPASS

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS

Signature: _____    Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

00664

First Level  ☐ Granted  ☒ P. Granted  ☐ Denied  ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: 01/11/08 _____ Due Date: 02/15/08

Interviewed by: _____

_____

_____

_____ See Attached Memo _____

_____

Staff Signature X _____ Title: SRN II _____ Date Completed: 1-15-08

Division Head Approved?
Signature: _____ Mariana Fell ____ Title: CHSA    Returned
                                                              Date to Inmate: 1-28-08

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

Second Level  ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____
☐ See Attached Letter

Signature: _____ Date Completed: _____

Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
                                                    P.O. Box 942883
                                                    Sacramento, CA 94283-0001
                                                    Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:  ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____
☐ See Attached Letter
                                                              Date: _____

CDC 602 (12/87)



# CALIFORNIA CORRECTIONAL INSTITUTION
## FIRST LEVEL APPEAL RESPONSE

**DATE:**                     November 11, 2007

**NAME/NUMBER:**              HILL, H-43428

**APPEAL LOG NUMBER:**        CCI-0-07-02432

**INTERVIEWED BY:**           T. Valdez II, Correctional Sergeant

**APPEAL DECISION:**          **Denied**

**APPEAL ISSUE:**             **PROPERTY**

**APPEAL RESPONSE:**

The Appellant alleges R. Eaton, Correctional Sergeant, supervised staff in Dorm #2 during searches on August 21, 2007. Furthermore, the Appellant alleges that while he was not in the dorm during the time of the search, custody staff under the supervision of Sergeant R. Eaton confiscated or lost his personal property (1 yellow gold rope chain, 1 p-38 can opener, 1 tooth brush cap, 1 mono stereo plug adaptor and 1 toenail clipper), with a total value of $62.59.

The Appellant requests all of his personal property be returned or be reimbursed for the total cost of missing items.

**APPEAL RESPONSE:**

All relevant documents and information submitted in writing have been carefully reviewed and considered. A thorough review has been conducted and evaluated in accordance with departmental policies and institutional procedures. In addition, all supporting arguments made during the personal interview conducted by T. Valdez, Correctional Sergeant, have been considered.

During the interview, Appellant was asked if he had anything further to add. The Appellant responded stating, "None of the inmates in Dorm #2 were given receipts for the searches conducted that day; that violates policy and that is why I can't provide documentation of my missing items." On November 11, 2007, custody staff searched the Appellant's assigned locker and bed area and verified the Appellant's property was not in his locker. Furthermore, custody staff verified the items in question that were on his property card. During an interview with Correctional Sergeant R. Eaton, he stated, "The search conducted in Dorm #2 was conducted with the utmost professionalism and that when personal property is taken a receipt is provided."

The Appellant failed to provide documentation or proof that the items were missing items as a result of the search. The Appellant's request for reimbursement cost of missing items is **denied.**

**C-FILE**

**FIRST LEVEL APPEAL RESPONSE**
Inmate Hill, H-43428
CCI-0-07-02432
Page 2


Based on the above, this appeal is **DENIED**.
If dissatisfied, appellant may request a Second Level review by following the instructions on
the appeal form.


**T. VALDEZ**                    DATE: 11-11-07
Correctional Sergeant
Unit II

**M. BRYANT**                    DATE: 11-11-07
Facility Captain
Unit II

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region    Log No.  7-2432    Category  5
1.  CCIO
2.  _____    1. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME  HILL, R.B.    NUMBER  H43928    ASSIGNMENT  PIA-TEXTILES    UNIT/ROOM NUMBER  2/82Low

A. Describe Problem: On 8-21-07, During a search of Dorm II by staff under the direction of Sgt Eaton. Was in violation of the following Rules & Regulations listed in Title 15 Sec. 3287 Cell, Property and Body Inspections, Sec. 3193 Liability of Personal Property taken from this locker by staff.

(See additional page #1 w/ Itemized List of Personal Property Taken)
(Receipts of Property)

If you need more space, attach one additional sheet.

B. Action Requested: That Property be Returned, Reimbursement of total Cost of Property, Replacement with equal or Greater Value Items

Inmate/Parole Signature: Raynard B Hill H43928    Date Submitted: 8-23-07

C. INFORMAL LEVEL (Date Received: 8/30/07)
Staff Response: Denied- There are small items that are easily lost or by the owner or are traded amongst inmates. You may have received them prior to but not during the search. Jewelry especially is worn or traded.

Staff Signature: R. Eaton    Date Returned to Inmate: 8/30/07

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.
Sgt Eaton is trying to circumvent CDC policies, and deny responsibility for mis Handling of my personal property that Has sentimental value, due to being purchased April, 07 by my sister for my Birthday. I don't Borrow, trade or sell anything.

Signature: Raynard B Hill    Date Submitted: 9-14-07

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim    CDC Appeal Number:

00668

First Level    ☐ Granted    ☐ P. Granted    ☒ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: 9/25/07    Due Date: 10/30/07

Interviewed by: _After a fresh review on this issue the items in question are logged on film rolls. Proper office attempting to bring out to find documentation that items_ _were as result of search by interviewing officers was lost_ _documentation items unable to find appropriate compensation that items were missing as a result of search..._ _have the ability to pin point lost items however pay according to the state due so..._

Staff Signature: _____    Title: S + T    Date Completed: 10-39-0

Division Head Approved:
Signature: M. Bryant    Title: FC    Date to Inmate: 11-16-07

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____    Due Date: _____
☐ See Attached Letter

Signature: _____    Date Completed: _____

Warden/Superintendent Signature: _____    Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter
                                                                Date: _____

CDC 602 (12/87)

00669

*COPY*

7 - 2 4 3 2

## Government Claims Form
California Victim Compensation and Government Claims Board
P.O. Box 3035
Sacramento, CA 95812-3035

1-800-955-0045 • www.governmentclaims.ca.gov

**State of California**

**For Office Use Only**
**Claim No.:**

### Is your claim complete?

- [✓] *New!* Include a check or money order for $25 payable to the State of California.
- [✓] Complete all sections relating to this claim and sign the form. Please print or type all information.
- [✓] Attach receipts, bills, estimates or other documents that back up your claim.
- [✓] Include two copies of this form and all the attached documents with the original.

### Claimant Information

**1** HILL , RAYNARD B.
Last name          First Name          MI

**2** Tel:

**3** Email:

**4** CCI, PO BOX 608, 2-82 Low          TEHACHAPI          CA 93580
Mailing Address          City          State   Zip

**5** Best time and way to reach you:

**6** Is the claimant under 18?   [ ] Yes   [X] No   If YES, give date of birth: [ ] [ ] [ ]
MM   DD   YYYY

### Attorney or Representative Information

**7** Last name          First Name          MI

**8** Tel:

**9** Email:

**10** Mailing Address          City          State   Zip

**11** Relationship to claimant:

### Claim Information

**12** Is your claim for a stale-dated warrant (uncashed check) or unredeemed bond?   [ ] Yes   [X] No
State agency that issued the warrant:          If NO, continue to Step **13**
Dollar amount of warrant:          Date of issue: [ ] [ ] [ ]
Proceed to Step **22**          MM   DD   YYYY

**13** Date of Incident: AUGUST 21st, 2007
Was the incident more than six months ago?
If YES, did you attach a separate sheet with an explanation for the late filing?   [ ] Yes   [X] No
[ ] Yes   [X] No

**14** State agencies or employees against whom this claim is filed:
CALIFORNIA CORRECTIONAL INSTITUTION EMPLOYEES UNDER DIRECTION
SGT. EATON

**15** Dollar amount of claim: $62.59
If the amount is more than $10,000, indicate the type of civil case:
[ ] Limited civil case ($25,000 or less)
[ ] Non-limited civil case (over $25,000)
Explain how you calculated the amount:
WITH RECIEPTS OF PROPERTY TAKEN.

00670

**16** Location of the incident:

*CCI, Level II, BLD 2*

**17** Describe the specific damage or injury:

*CCI Correctional Officers under Direction of SGT Eaton Took, Misplaced, or Threw away my Personal Property. A Gold Chain and other items listed, which was in a small plastic ziplock bag*

**18** Explain the circumstances that led to the damage or injury:

*CCI, exercised a search of the entire BLD 2; including Inmates bunk areas, and personal & state property.*

**19** Explain why you believe the state is responsible for the damage or injury:

*All of my personal property was secure in my locker. When we returned to building after search, property was in disarray, thrown on the floor, bunk, and other Inmate area.*

**20** Does the claim involve a state vehicle?   ☐ Yes   ☒ No

If YES, provide the vehicle license number, if known:

## Auto Insurance Information

**21**

Name of Insurance Carrier

| Mailing Address | | City | | State | Zip |
|---|---|---|---|---|---|
| Policy Number: | | | Tel: | | |
| Are you the registered owner of the vehicle? | | | | ☐Yes | ☐No |
| If NO, state name of owner: | | | | | |
| Has a claim been filed with your insurance carrier, or will it be filed? | | | | ☐Yes | ☐No |
| Have you received any payment for this damage or injury? | | | | ☐Yes | ☐No |
| If yes, what amount did you receive? | | | | | |
| Amount of deductible, if any: | | | | | |
| Claimant's Drivers License Number: | | Vehicle License Number: | | | |
| Make of Vehicle: | Model: | Year: | | | |
| Vehicle ID Number: | | | | | |

## Notice and Signature

**22** I declare under penalty of perjury under the laws of the State of California that all the information I have provided is true and correct to the best of my information and belief. I further understand that if I have provided information that is false, intentionally incomplete, or misleading I may be charged with a felony punishable by up to four years in state prison and/or a fine of up to $10,000 (Penal Code section 72).

Signature: *Raymond B. Hill*                Date: *9-13-07*

Signature of Claimant or Representative         Date

**23** Mail the original and two copies of this form and all attachments with the $25 filing fee or the "Filing Fee Waiver Request" to: Government Claims Program, P.O. Box 3035, Sacramento, CA, 95812-3035. Forms can also be delivered to the Victim Compensation and Government Claims Board, 630 K Street, Sacramento.

## For State Agency Use Only

**24**

| Name of State Agency | Fund or Budget Act Appropriation No. |
|---|---|
| Name of Agency Budget Officer or Representative | Title |
| Signature | Date |

VCGCB-GC-002 (Rev. 8/04)

*Copy*

7-2432

# AFFIDAVIT FOR WAIVER OF GOVERNMENT CLAIMS FILING FEE AND FINANCIAL INFORMATION FORM

*(Request for Permission to Proceed In Forma Pauperis)*
California Victim Compensation and Government Claims Board
P.O. Box 3035
Sacramento, CA 95812-3035

1-800-955-0045 ▪ www.governmentclaims.ca.gov

**State of California**

**For Office Use Only**

Claim No.:

---

I request a fee waiver so that I do not have to pay the $25 fee to file a government claim with the Victim Compensation and Government Claims Board. I cannot pay any part of the fee.

## Claimant Information

**①** Last name: HILL    First Name: RAYNARD    MI: B    **②** Tel: ▒▒▒▒▒▒▒▒▒

**③** Claim Number (if known):

## Employment Information

**④** My occupation: SEWING MACHINE OPERATOR

My employer: PRISON INDUSTRY ASSOC. AT CALIFORNIA CORRECTIONAL INSTITUTION

24900 HWY 202    City: TEHACHAPI    State: CA    Zip: 93580
Employer's Mailing Address

My spouse's or partner's employer: N/A

Employer's Mailing Address    City:    State:    Zip:

**⑤** If you are an inmate in a correctional facility, please attach a certified copy of your trust account balance, enter your inmate identification number below and skip to step **②⑥**

Inmate Identification Number: H43428

## Financial Information

**⑥** I am receiving financial assistance from one or more of the following programs.    ☐ Yes    ☒ No

If no, proceed to step **⑦** If yes, check all that apply, then skip to step **②⑥**

| | |
|---|---|
| ▒ | SSI and SSP: Supplemental Security Income and State Supplemental Payments Programs |
| ▒ | CalWORKS: California Work Opportunity and Responsibility to Kids Act |
| ▒ | Food Stamps |
| ▒ | County Relief, General Relief (GR), or General Assistance (GA) |

**⑦** Number in my household and my gross monthly household income, if it is the following amount or less.

| | Number | Monthly family income | | Number | Monthly family income |
|---|---|---|---|---|---|
| A ▒ | 1 | $969.79 | F ▒ | 6 | $2,626.04 |
| B ▒ | 2 | $1,301.04 | G ▒ | 7 | $2,957.29 |
| C ▒ | 3 | $1,632.29 | H ▒ | 8 | $3,288.54 |
| D ▒ | 4 | $1,963.54 | I ▒ | There are more than 8 people in my family. | |
| E ▒ | 5 | $2,294.79 | | Add $331.25 for each additional person. | |

Number: _____ Total Income: _____

If you checked a box in step **⑦** A through I, complete steps **⑨** through **⑮** Then skip to step **②⑥**

**⑧** My income is not enough to pay for the common necessities of life for me and the people in my family, and also pay the filing fee.    ☒ Yes    ☐ No

If yes, fill in steps **⑨** through **②⑥**

00672

## Monthly Income and Expenses

| 9 | My gross monthly pay is: | $ | | 10 | My income changes each month. | ☐ Yes | ☒ No |

**11** Number of persons living in my home:

| | Name | Age | Relationship | Monthly Income |
|---|---|---|---|---|
| A | | | | $ |
| B | | | | $ |
| C | | | | $ |
| D | | | | $ |
| E | | | | $ |
| F | | | | $ |

**12** Other money I get each month

| | Source | |
|---|---|---|
| A | | $ |
| B | | $ |
| C | | $ |
| D | | $ |
| E | | $ |
| F | | $ |

| 13 | My total gross monthly household income: | $ | | 15 | Total other money: | $ |

**16** My payroll deductions are:

| | | | | | |
|---|---|---|---|---|---|
| A | | $ | E | | $ |
| B | | $ | F | | $ |
| C | | $ | G | | $ |
| D | | $ | H | | $ |

| 14 | My monthly income: | $ |

| 17 | My total payroll deduction amount is: | $ |

| 18 | My monthly take home pay is | $ | | 19 | My net monthly income: | $ |

**20** I own or have interest in the following property:

| A | Cash | $ |
|---|---|---|

| B | Checking and savings (List banks): | |
|---|---|---|
| 1) | | $ |
| 2) | | $ |
| 3) | | $ |
| 4) | | $ |

**G** Cars, other vehicles, and boats (List make and year)

| | Property | Value | Loan Balance |
|---|---|---|---|
| 1) | | $ | $ |
| 2) | | $ | $ |
| 3) | | $ | $ |

**D** Real estate (List addresses)

| | | Value | Loan Balance |
|---|---|---|---|
| 1) | | $ | $ |
| 2) | | $ | $ |

**21** My monthly expenses are:

| | | |
|---|---|---|
| A | Rent or house payment | $ |
| B | Food and household supplies | $ |
| C | Utilities and telephone | $ |
| D | Clothing | $ |
| E | Laundry and cleaning | $ |
| F | Medical and dental | $ |
| G | Insurance | $ |
| H | School, child care | $ |
| I | Transportation and auto expenses | $ |

| J | Installment payments (specify) | |
|---|---|---|
| 1) | | $ |
| 2) | | $ |
| 3) | | $ |
| | Total installment payments: | $ |
| K | Wage assignment or withholdings | $ |
| L | Spousal or child support | $ |
| M | Other: | |
| 1) | | $ |
| 2) | | $ |
| | Total other expenses: | $ |

| 22 | | Total monthly expenses: | $ |

| 23 | I have attached other information that supports this application on a separate sheet. | ☒ Yes | ☐ No |

## Signature Section

**24** *I declare under penalty of perjury under the laws of the state of California that the information on this form and all the attachments is true and correct.*

| Raymond B Hill | 9-13-07 |
|---|---|
| Signature of Claimant | Date |

VCGCB-GC-0010 8/04

On 8-21-07 During A Search of BLD 2, Bunk 82 Low, Staff Removed A Plastic Bag Containing my Gold Chain, Toenail Clippers, P-38 Can Opener, And A ToothBrush Cap from my Locker, As well As other Misc. plugs, Wires, paper clips etc.

Sec 3287 (a)(4) states That During search and removal of Personal or State issued Property, A Written Notice would be Given for Property And Disposition of Property.
- None of These Rules where followed or Documented.

Sec 3193 (b) Department shall accept Liability for loss or Destruction of Inmate Personal Property As A Result of Staff Action pursuant to Sec 3084.7 (b)(2)(A)

Personal Property Itemized List.

| | | |
|---|---|---|
| 1 | Yellow Gold Rope Chain | $ 58.80 |
| 1 | P-38 Can Opener | .60 |
| 1 | Tooth Brush Cap | .25 |
| 1 | Mono Stereo Plug Adaptor | 1.99 |
| 1 | Toenail Clipper | .95 |
| | | $ 62.59 |

# ( See Recients included )

2007 SEP 17 AM 7:37
CCI - TEHACHAPI
APPEALS OFFICE



```
1-800-546-6283
ACCESS SECUREPAK
KEEFE COMMISSARY NETWORK, L.L.C.          WAREHOUSE: W
54 101 VISTA BLVD.                        CARRIER: UPS           873.3043 001
SPARKS, NV  89434                         SLS#: 313
                                          ORDER #: 34637
                                          CHAIN MUST BE ORDERED W/ PEND
CCI TEHACHAPI-LEV 2 PG A/E QTR            NO CHAIN CAN BE SENT BY ITSEL
24900 HWY 202 PO BOX 608                  THIS ACCOUNT IS SETUP FOR LEV
TEHACHAPI              CA 73581           2 ORDERS ONLY PO BOX 608
```

| QTY | UOM | ITEM NO C | DESCRIPTION | ITM PRC | TTL PRC |
|-----|-----|-----------|-------------|---------|---------|
| 9 | EA | 8206 | (EA) LIL' DUDE'S (PEPPERONI) 1.625 OZ | .70 | 6.30 |
| 3 | EA | 48620 | (EA) JELLY BEANS 4.25 OZ | .60 | 1.80 |
| 9 | EA | 84712 | (EA) BC HOT CHILI W/BEANS 11.75 OZ | 1.50 | 13.50 |
| 1 | EA | 82856 | (EA)CITY COW JALAP SQUEEZABLE CHEESE 16 O | 2.80 | 2.80 |
| 2 | EA | 82975 | (EA) MAXWELL HOUSE BLEND JAR 8 OZ | 4.25 | 8.50 |
| 10 | EA | 83581 | (EA)M-O-M CRISPY RICE 1 OZ SNGLE SERVE | .40 | 4.00 |
| 10 | EA | 83597 | (EA)M-O-M HONEY NUT TOASTY O/S 1 OZ SNGLE | .40 | 4.00 |
| 2 | EA | 84709 | (EA) SNACK LEGENDS P/B WAFERS 2 PACKS 12O | 1.65 | 3.30 |
| 2 | EA | 84711 | (EA) SNK LEGENDS OATMEAL CAKES & CRM TOPP | 1.65 | 3.30 |
| 10 | EA | 84918 | (1POUCH)BRUSHY CREEK BB & GRAVY 10 OZ | 2.25 | 22.50 |
| 1 | EA | 84738 | (EA)VELVEETA SPICY CHEESY RICE 2OZ | THANK YOU NO CHG | |
| 4 | EA | 85117 | (EA) ML JALAPENO CHIPS 6 OZ | 1.10 | 4.40 |
| 4 | EA | 85131 | (EA) MOON LODGE WHITE CHEDDAR POPCORN 5 | 1.10 | 4.40 |
| 10 | EA | 85667 | (EA) M-O-M S.S. BOWL FROSTED FLAKES | .40 | 4.00 |
| 2 | EA | 25021 | (EA) FRIENDSHIP CARD ACETATE VARIETY | .80 | 1.60 |
| 3 | EA | 25028 | (EA) MOTHERS DAY CARDS ACETATE | .80 | 2.40 |
| 2 | EA | 25030 | (EA) ACETATE FATHERS DAY CARD | .80 | 1.60 |
| 2 | EA | 821125 | (EA)SPORT FRESH GEL A/P DEOD .3 OZ | 3.00 | 6.00 |

```
SALES TAX OF $4.60 IS INCLUDED IN TOTAL AMOUNT
GIFT CERT.        5.00
RECEIVED        146.20        SHIPPING/HANDLING        TOTAL        146.20

TOTAL WT    27.66
```

Securepak
55 101 Vista Blvd
Sparks, NV 89434

445                  151   5         REVISED 27824 00                    PAGE   1

1-800-546-6283                    WAREHOUSE: M            7-24032  7/26/05
ACCESS CATALOG                    CARRIER: UPS
13330 LAKEFRONT DRIVE             SLS: JR W 01            8727396 001
EARTH CITY, MO   A30451513        ORDER #: 37384

                                  INCL COPY OF LABEL DO NOT SND
R B HILL          TN#: H43428     MAG IF NOT ORDERED-72100130
CORRECTIONAL TRAINING FACILITY    MUST INCLUDE UNIT NUMBER ON
HWY 101-UNIT #705      1A   255   ON WORK ORDER MGNVXR/M RMT
SOLEDAD          CA 93960

| Y | UOM | ITEM NO C DESCRIPTION | | ITM PRC | TTL PRC |
|---|---|---|---|---|---|
| 1 | EA | 50064010 N DRY CLOTH OR HEAD CLEANER | | 3.99 | 3.99 |
| 1 | EA | 50795010 N MONO TO STEREO ADAPTER - MINI | 251-165/B | 1.99 | 1.99 |
| 1 | EA | 51336060 N BLACK LEATHER BELT - 42" | 42" | 13.59 | 13.59 |
| 1 | EA | 52009100 N REEBOK PROPEL RUNNING SHOE | 57 10.0 | 25.29 | 25.29 |
| 1 | EA | 52418110 A NEW BALANCE CROSS TRAINER | 57 11 D | 51.49 | 51.49 |

IT RECEIVED     100.35      SHIPPING/HANDLING     4.00   TOTAL:    100.35
SALES TAX

         TOTAL WT:    7.03

              COPY OF FORM                 UNIT #'S: 686, 689, 705

00676

7-2432

```
CRESARC2
California Department of Corrections (CC
I)
        Inmate Sales Receipt

Commissary: CAN2
Inmate Rcpt #: 642449
Com Rcpt #: 744116
Inmate ID: H43428
Inmate Name: HILL, RAYHARD
Inm Acct Type: INMATE
        08-08-2007 18:31

    Beg Acct Balance:    76.00

Description     Qty  Price  Amount
-----------     ---  -----  ------
SPOON            1   0.25   0.25
P 3#             1   0.80   0.80
DIET PEPSI#      6   0.50   3.00
ENVELOPE 9X12    2   0.15   0.30
TOOTHBRUSH CAP   1   0.25   0.25
SOAP, JERGINS    6   0.55   3.30
AQUAFRESH (S) 4  2   2.90   5.80
CAN, TUNA COS#   5   0.85   4.25
TORTILLAS-FLOUR  2   1.00   2.00
RICE, HOMETOWN   4   0.55   2.20
BEANS, REFRIED   3   1.10   3.30
MEAT STICK, SPI  5   1.60   8.00
CHEESE, JAL. 90  1   2.45   2.45
RICE, SEASONED   1   0.65   0.65
SUGAR SUBSTITU   2   1.65   3.30
FOLGERS 8 OZ.    2   6.40   12.80
COOKIE, OATMEAL  2   1.20   2.40
SALTINE CRACKER  1   1.45   1.45
DUPLEX CREAM     2   1.05   2.10
CORN CHIPS, CHI  5   1.20   6.00
POPCORN, BUTTER  2   1.10   2.20
SOUP, CHILE WIS 47   0.20   9.40
                     -------------

            Total:    76.00

    End Acct Balance:    0.00
```

Signature                    Date

COPY TEH ACHARI
APPEALS OFFICE
2007 SEP 17 AM 7:38

00677

7 - 2 4 3 2

California Department of Corrections

Inmate Sales Receipt

Commissary: CMC
Acct. #: 659827
Reg. #: 708794
CDC: P42828
Name: HULL, RAYMARD
INMATE
11-07-2006  12:31

Beg Acct Balance:    188.00

Qty  Price  Amount

Total:    188.00

End Acct Balance:    188.00

2007 SEP 17  AM 7:48
CCI - TEHACHAPI
APPEALS OFFICE

Signature

Date

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITA.
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

## DIRECTOR'S LEVEL APPEAL DECISION

Date:    JUN 1 2 2007

In re:    Hill, H-43428
California Correctional Institution
P.O. Box 1031
Tehachapi, CA 93581

IAB Case No.: 0615535          Local Log No.: CTF 06-02486

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner B. Sullivan, Staff Services Manager. I. All submitted documentation and supporting arguments of the parties have been considered.

I     APPELLANT'S ARGUMENT: It is the appellant's position that he has a complaint against medical staff at Correctional Training Facility (CTF), North Facility. He states they have not properly treated the pain he has in his right shoulder since his surgery four years ago. He says he has been given Motrin but it has been ineffective. He has complained many times. He says he asked for a magnetic resonance imaging (MRI) but it was denied because x-rays did not show anything. He says finally after three years, a physician ordered an MRI and it took another five months to receive it. Four months later, the MRI was reviewed and Dr. Pompan ordered arthroscopy surgery for the appellant's right shoulder. On July 13, 2006, rotator cuff repair was approved. In the interim the appellant is in extreme pain. He asks for proper medication to numb the pain in his right shoulder. He asks for the surgery and for documentation of treatment and medical care in a timely manner. He also requests that Dr. Sinnaco and the medical department be reprimanded for indifference to his medical needs.

II    SECOND LEVEL'S DECISION: The reviewer found that Dr. Parkinson interviewed the appellant on August 15, 2006, at the First Level of Review. The appellant was advised that he was referred to orthopedics for consultation of possible repair of the right shoulder. The appellant transferred to California Correctional Institution (CCI) on September 8, 2006. Due to this transfer, the CTF medical staff are unable to provide treatment recommendations. The appeal is granted in part at the Second Level of Review.

III   DIRECTOR'S LEVEL DECISION: Appeal is denied.

A.   FINDINGS: At the Director's Level of Review, the appellant continues to state the medical departments at CTF and CCI have not given him any medical treatment to alleviate the pain. He says that since 2002 he has been in extreme pain and his right shoulder goes out on him. He says he has had doctors' orders which have been ignored for months.

The appellant transferred to CCI on September 8, 2006. On June 8, 2007, the examiner spoke to the Medical Appeals Analyst at CCI, J. Zanchi, to inquire as to the appellant's healthcare at CCI. It was learned that the appellant received a telemedicine orthopedic appointment on November 3, 2006. He was seen via telemedicine by University of California at Davis Medical Center Doctor Tanji. The appellant was provided with information at the appointment and he indicated that he understood. In addition, Ms. Zanchi provided the examiner with a list of medications the appellant has received for the last nine months. The appellant has consistently received Ibuprofen 800 milligrams (mg) for pain and is also currently receiving Tylenol with Codeine (30 mg) for pain.

It is evident the appellant is receiving doctor care at CCI and medications on a regular basis. The institution shall only provide medical services for inmates which are based on medical necessity and supported by outcome data as effective medical care. The appellant is advised that each practitioner determines, at the time of treatment, the extent of treatment for the health care problem. The appellant has not provided a compelling argument to warrant modification of the decision reached by the institution.

HILL, H-43428
CASE NO. 0615535
PAGE 2

**B. BASIS FOR THE DECISION:**
California Code of Regulations, Title 15, Section: 3350, 3354, 3391

**C. ORDER:** No changes or modifications are required by the institution.

This decision exhausts the administrative remedy available to the appellant within CDCR.

N. GRANNIS, Chief
Inmate Appeals Branch

cc:    Warden, CCI
       Health Care Manager, CCI
       Appeals Coordinator, CCI
       Medical Appeals Analyst, CCI
       Appeals Coordinator, CTF
       Medical Appeals Analyst, CTF

00680

*EDMUND G. BROWN JR.*
*Attorney General*

te of California
DEPARTMENT OF JUSTICE

## FAX TRANSMISSION COVER SHEET

> **IMPORTANT/CONFIDENTIAL:** This communication is intended only for the use of the individual or entity to which it is addressed. This message contains information from the State of California, Attorney General's Office, which may be privileged, confidential, and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.

| | | | |
|---|---|---|---|
| **DATE:** | June 28, 2007 | **TIME:** | **NO. OF PAGES:** 11 (INCLUDING COVER SHEET) |

**TO:**

NAME:  Counsellor Perez

OFFICE:

LOCATION:

FAX NO:  (661) 823-5000      PHONE NO:

**FROM:**

NAME:  Rene L. Lucaric, Supervising Deputy Attorney General

OFFICE:  Attorney General's Office

LOCATION:  300 South Spring Street, Los Angeles, CA  90013

FAX NO:  (213) 897-2810      PHONE NO:  (213) 897-9944

## MESSAGE/INSTRUCTIONS

Re:  HILL, Raynard Byrone (CDC No. H-43428)

Per your request

*per Telep. call*
*6/28/07 -*
*RX  TX  Do not*
*i/m Keep CCI-II*
*See Action*
*267 - 9/9/06*
*DID*

### PLEASE DELIVER AS SOON AS POSSIBLE!
### FOR ASSISTANCE WITH THIS FAX, PLEASE CALL THE SENDER

**JUS 133  (1/99)**

00681



1 BILL LOCKYER
Attorney General of the State of California
2 JAMES M. HUMES
Chief Assistant Attorney General
3 FRANCES T. GRUNDER
Senior Assistant Attorney General
4 JULIE L. GARLAND
Supervising Deputy Attorney General
5 RENE L. LUCARIC, State Bar No. 180005
Supervising Deputy Attorney General
6 300 South Spring Street, Suite 1702
Los Angeles, CA 90013
7 Telephone: (213) 897-9944
Fax: (213) 897-7604
8 Email: Rene.Lucaric@doj.ca.gov

9 Attorneys for Defendant Wade M. Gavin

10            IN THE UNITED STATES DISTRICT COURT

11          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

13

14 RAYNARD BYRONE HILL,                    CV02-9182-MMM (AJW)

15                          Plaintiff,     **STIPULATION AND ORDER
                                           OF DISMISSAL**
16                   v.
                                           Before The Honorable
17 WILLIAM A. DUNCAN,                      Margaret M. Morrow,
                                           United States District Court
18                          Defendant.     Judge

19                                         Courtroom: Edward Roybal
                                           Federal Building Room 790
20

21       NOW COME the parties herein, Plaintiff Raynard Byrone Hill, and Defendant

22 Wade M. Gavin, and hereby stipulate that this matter be dismissed with prejudice

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1

00682

06/20/2006 10 40 FAX  213 243 2        JONES DAY                                           @004/012

06/19/2008 13:29 FAX
JUN-16-2006  12:42       ATTY GENERAL DOJ
JUN-12-2006 MON 11:28 AM CTF SOLEDAD EXO OFFICE    FAX NO. 831 678 6803        P. 03
JUN-07-2006  18:33       ATTY GENERAL DOJ                            213 897 2819    P.03

SCANNED

1  and that both sides bear their own costs and expenses. This Order of Dismissal is

2  subject to the 'opt out' provision in paragraph 5 of the attached Settlement

3  Agreement And Release. (Attached hereto as Exhibit "A").

4

5

6  Dated: 6-13-06

7                                                    Raymond Hill
                                                     Plaintiff
8

9

10  Dated: 6-18-06

11                                                   YEN TODD, ESQ.
                                                     Attorney for Plaintiff Raymond Hill
12

13

14

15  Dated: 6-16-06

16                                                   Rene L. Lucero
                                                     Attorney for Defendant Gavin
17

18                         IT IS SO ORDERED.

19      Pursuant to the stipulation of the parties, this matter is now dismissed with

20  prejudice. The parties will bear their own costs and expenses.

21

22

23

24  Dated: JUNE 22, 2006          Margaret M. Morrow
                                  Margaret M. Morrow
25                                United States District Court Judge
                                  for the Central District of California
26

27

28

1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JULIE L. GARLAND
   Supervising Deputy Attorney General
5  RENE L. LUCARIC, State Bar No. 180005
   Supervising Deputy Attorney General
6   300 South Spring Street, Suite 1702
    Los Angeles, CA 90013
7   Telephone: (213) 897-9944
    Fax: (213) 897-7604
8   Email: Rene.Lucaric@doj.ca.gov

9  Attorneys for Defendant Wade M. Gavin

10              IN THE UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

13  RAYNARD BYRONE HILL,                  CV02-9182-MMM (AJW)

14                          Plaintiff,    SETTLEMENT AGREEMENT
                                          AND RELEASE
15              v.

16  WILLIAM A. DUNCAN, WARDEN,
17  ET AL.,

18                          Defendant.

19      This agreement is between Plaintiff, Raynard Byrone Hill, CDC No. H43428,

20  ("Plaintiff") and the California Department of Corrections and Rehabilitation

21  (CDCR), as representative for Defendant Wade M. Gavin ("Defendant"),

22  collectively referred to as the parties. This written Settlement Agreement and

23  Release sets forth the agreement to settle the above-captioned case. The parties

24  enter into this agreement with the intention of settling the claim brought forth in

25  the above-captioned lawsuit and resolving their differences and to avoid further

26  litigation. The agreement is made with the reference to the following background.

27      Plaintiff is an inmate of the CDCR and is currently housed at the Correctional

28  Training Facility (CTF) in Soledad, California. Plaintiff is represented by Yael

1 Toby of Jones Day in this litigation. The Defendant is a correctional officer and
2 employee at the California Mens Colony (CMC) where this claim arose.
3 Defendant is represented by Supervising Deputy Attorney General Rene Lucatic
4 of the California Office of the Attorney General. This Settlement Agreement and
5 Release is made with reference to the following "factual background".

6                                **FACTUAL BACKGROUND**

7        Plaintiff filed his original complaint in this civil rights action on December 3,
8 2002, pursuant to 42 U.S.C. § 1983, against prison officials at the California
9 Mens Colony ("CMC"), in San Luis Obispo, California. The original complaint
10 alleged that on November 17, 2001, two CMC prison officials, correctional
11 officers Wade M. Gavin and Steve T. Vasquez, used excessive force on Plaintiff in
12 violation of the Eighth Amendment. Plaintiff further alleged that other CMC
13 officials "collaborated" to accuse Plaintiff falsely of assaulting staff, and also
14 falsely claimed that Plaintiff had received no injuries in the altercation. Plaintiff
15 alleged that in subsequent disciplinary proceedings Plaintiff was found guilty of
16 "battery on staff necessitating the use of force, and was punished with a credit loss
17 of 150 days and a twelve-month SHU term. Plaintiff claimed that various prison
18 officials testified falsely at the disciplinary hearing, and that the hearing was
19 unfair. Plaintiff also alleged that, following the November 17, 2001 incident,
20 medical technical assistant S. Williams exhibited deliberate indifference to
21 Plaintiff's medical needs by failing to diagnose a finger injury, refusing to order an
22 x-ray and preventing Plaintiff from seeing a doctor. Plaintiff sought compensatory
23 and punitive damages, and other relief.

24        On March 12, 2003, the court issued a Memorandum and Order dismissing the
25 complaint with leave to amend. On April 17, 2003, Plaintiff filed a first amended
26 complaint, naming as defendants correctional officers W. Gavin, Michael Miranda
27 and MTA S. Williams. Plaintiff asserted two Eighth Amendment claims for relief:
28 (1) a claim that defendant Gavin used excessive force upon the plaintiff; and (2) a

                                        2

1  claim that defendants Miranda and Williams were deliberately indifferent to the
2  plaintiff's medical needs pertaining to the alleged finger injury.

3  On April 30, 2003, the magistrate judge issued a Memorandum and Order
4  dismissing the first amended complaint with leave to amend. On June 5, 2003,
5  Plaintiff filed a second amended complaint (SAC). In the SAC, Plaintiff sued
6  Defendant Gavin and Williams only, in their individual capacities asserting an
7  excessive force claim against defendant Gavin and a claim against defendant
8  Williams for inadequate medical treatment of the plaintiff's finger. Subsequently,
9  by Court order the claim against defendant Williams dismissed without leave to
10  amend and with prejudice. Currently, the only remaining defendant in this action
11  is Officer Wade M. Gavin (Defendant).

12  **TERMS AND CONDITIONS OF SETTLEMENT**

13  By entering this agreement, the parties do not acknowledge that Defendant is
14  liable in this matter. The parties also acknowledge that there is <u>no</u> prevailing party
15  in this matter by reason of this settlement or otherwise.

16  It is understood by the parties that the CDCR does not waive its immunity
17  from suit under the Eleventh Amendment by its participation in this agreement as
18  a representative for the Defendant.

19  1. The CDCR agrees to pay Raynard Hill the sum of Five Thousand Dollars
20  ($5,000.00). Said sum to be paid within 60 days of the enactment of a state budget
21  for fiscal year 2006. Payment by check will be delivered to Plaintiff's counsel.
22  However, no money will be paid until after the "opt out" period described in
23  paragraph 5 below has expired.

24  2. It is understood by Plaintiff that the CDCR is obligated by California Penal
25  Code section 2085.5 to collect any amounts that a prisoner owes of a restitution
26  fine or order. Any restitution that is outstanding will be deducted from the
27  settlement amount and paid on behalf of Plaintiff as required if any such amounts
28  are outstanding.

3.    Within 10 days of both parties signing this agreement, counsel for
Defendant will write and send, to the appropriate person at CDCR, a letter
recommending that Plaintiff be transferred to San Quentin. Counsel is informed
and believes that the appropriate person is Terri McDonald, Chief of Classification
Services, who evaluates the recommendations on inmate prison transfers.
No guarantee or promise of any type is made as to whether Plaintiff's request for
transfer to San Quentin will be approved or denied.

4.    Within 10 days of both parties signing this agreement, counsel for
Defendant will write and send, to the appropriate person at the joint venture
program, a letter recommending Plaintiff to the Joint Venture program and
recommending that Plaintiff be put at the top of the waiting list. Counsel is
informed and believes that the appropriate person is Joe Armor, Head of the Joint
Venture Program, who directs the program. The same letter will also be addressed
and sent to Jeff Sly, Senior Staff Counsel for the Prison Industry Authority.
No guarantee or promise of any type is made as to whether Plaintiff's request, for
placement in the joint venture program, or request to be placed at the top of the
list, will be approved or denied. Plaintiff's counsel will also receive a copy of all
letters. Prior to signing this Settlement Agreement and Release, Plaintiff's counsel
has reviewed and approved the letters, described in paragraphs 3-4 herein, which
are to be mailed on Plaintiff's behalf.

5.    Within 10 days after a decision is made at Plaintiff's bi-annual evaluation
at CTF as to whether Plaintiff will be transferred to San Quentin, Plaintiff may opt
out of this Settlement Agreement and Release. This evaluation is tentatively
scheduled to take place in July 2006. This opt out option will expire ten days after
the decision on Plaintiff's transfer to San Quentin is made. Plaintiff may not opt
out of this Settlement Agreement and Release after that time. Plaintiff will not
receive payment of any money until after the "opt out" period has expired.

6. Plaintiff is aware of the provisions of section 1542 of the California Civil

1  Code, which reads:

2      "A general release does not extend to claims which the

3      creditor does not know or suspect to exist in his or her

4      favor at the time of executing the release, which if

5      known by him or her must have materially affected his or

6      her settlement with the debtor."

7      Plaintiff has been made aware of the contents of Civil Code section 1542 by

8  way of this Settlement Agreement and Release, has had an opportunity to review

9  section 1542 and Plaintiff voluntarily and expressly waives any and all rights or

10 benefits thereunder as to any and all claims which were the subject of this lawsuit

11 or those arising therefrom.

12     7.   Plaintiff, on his own behalf and on behalf of his heirs, his assignees or

13 transferees and successors, hereby agrees to release and forever discharge from

14 liability Wade M. Gavin (Defendant), all previously named defendants and any

15 and all CDCR employees and agents, of their involvement in the events outlined in

16 the in the SAC filed in the above-captioned case and any of the events mentioned

17 in the "factual background" section of this agreement.

18     8.   By signing this Settlement Agreement and Release, Plaintiff

19 acknowledges he is waiving his rights of bringing suit or appealing, on his behalf,

20 as to any claims originating from those events alleged in the SAC and thereafter,

21 as well as the allegations in the "factual background" portion of this agreement,

22 either in federal or state court as to Wade M. Gavin (Defendant), all previously

23 named defendants and any and all CDCR employees and agents.  This release, on

24 the part of the Plaintiff, shall be a fully binding and complete settlement among

25 Plaintiff and the CDCR and Defendant and their heirs, assigns , and successors.

26     9.   Concurrently with the execution of this Settlement Agreement and

27 Release, Plaintiff shall deliver to defense counsel an executed Stipulation and

28 Order Of Dismissal dismissing with prejudice the entire action. Defendant's

1 counsel is authorized to file said stipulation to dismiss with prejudice upon this

2 agreement being signed by the parties. If within the 10 day time limit stated in

3 paragraph 5 above, Plaintiff decides to opt out of this agreement, he shall file a

4 notice with the Court informing the Court of his decision to opt out of this

5 agreement, and to re-instate the action.

6  10. This Settlement Agreement and Receipt shall be construed and interpreted

7 in accordance with the laws of the State of California.

8  11. This Settlement Agreement and Release shall become effective

9 immediately following execution by each of the parties. The parties agree that this

10 Settlement Agreement and Release may be executed in counterparts or duplicate

11 originals.

12  12. The parties acknowledge that they are acting willingly, and not

13 unknowingly, and in good faith in entering this Settlement Agreement and

14 Release. It is the intention of the parties to reach a settlement in this disputed

15 claim.

16  13. The undersigned agrees that in the event any third party or lien claimant

17 asserts a claim against those being released (for example, by way of a medical

18 provider lien or claim for attorneys'' fee), or pays any money on behalf of the

19 undersigned or provides good and services to the undersigned which gives rise to

20 lien rights (whether the lien is actual, asserted, present or prospective), and such

21 claim or lien is based on the events described in the lawsuit, the undersigned will

22 to the fullest extent allowed by law, defend, indemnify and hold harmless those

23 being released from any and all such claim and lien. This defense and indemnity

24 obligation includes the obligation by the undersigned to pay to those being

25 released all attorneys'' fees, other expenses and court costs incurred by them in

26 responding to, and defending against, such claim and liens, or to pursue and

27 enforce the defense and indemnity obligations under this provision.

28  14. Plaintiff and Defendant shall each bear their own attorneys' fees and costs

08/20/2006 10:41 FAX  213 243    8       JONES DAY                                    @012/012
08/18/2006 16:26 FAX
JUN-16-2006  12:45        ATTY GENERAL DOJ
     JUN-12-2006 MON 11:32 AM CTF SOLEDAD ERD OFFICE    FAX NO. 831 878 5808      P. 11
          JUN-07-2006  15:34         ATTY GENERAL DOJ

1 | incurred in the litigation of this action.

2

3

4

5 | Dated: 6- 13 -, 2006

6

7

8 | Dated: 6 18 - , 2006

9

10

11

12

13 | Dated: 6-16 -          , 2006

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Raymond Hill  (Plaintiff)

Yael Toby Kid,
Attorney for Plaintiff

René L. Lucas
Supervising Deputy Attorney General
Attorney for Defendant Wade Clavin

TOTAL P.11

Exhibit A page 9

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *Raynard Byrone Hill v. William A. Duncan*

No.:   **CV 02-9182-MMM (AJW)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>June 21, 2006</u>, I served the attached **STIPULATION AND ORDER OF DISMISSAL** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 300 South Spring Street, Suite 1702, Los Angeles, CA 90013, addressed as follows:

Yael Tobi, Esq.
**JONES DAY**
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone (213) 489-3939
Fax (213) 243-2539
Attorneys for Plaintiff
Raynard Byrone Hill

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 21, 2006, at Los Angeles, California.

M. I. Salvador
Declarant

Signature

50101 130.wpd

TOTAL P.11

STATE OF CALIFORNIA                                                                          DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**  Location: Institution/Parole Region        Log No.  06 - 02486  Category 8-
**APPEAL FORM**                    CTF-N
CDC 602 (12/87)
                                   1. _____           1. _____
                                   2. _____           2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|-----------|------------------|
| HILL, R. B | H-43428 | FABRIC PRODUCTS | LA-255L |

A. Describe Problem: § 832.5 CITIZEN'S COMPLAINT AGAINST MEDICAL STAFF AT CTF NORTH MEDICAL DEPT.; DR C. SINNACA; E DR POMPAN ARE IN VIO-LATION OF THE FOLLOWING DEPT OF CORRECTIONS RULES E REGULATIONS, CIVIL E CONSTITUTIONAL RIGHTS. TITLE 15. SEC 3350 (a)(1) E(4), SEC 3350.1 (d) (1)(2)(B)(1-5), SEC 3350.2 (a)(b). RESPECTFULLY "MEDICAL TREATMENT," AUTHORIZED E PRESCRIBED TREATMENT BY DOCTORS E OFF-SIT HEALTH CARE TREATMENT, DELIBERATE INDIFFERENCE TO PRISONER'S MEDICAL NEEDS, AND DELAY IN TREATMENT FOR NON-MEDICAL REASONS.

If you need more space, attach one additional sheet.

B. Action Requested: ① PROPER MEDICATION TO NUMB THE PAIN OF RT SHOULDER, ② ORTHOSCOPY SURGERY TO RT SHOULDER, ③ DOCUMENTATION SHOWING CHANGE TO TREATMENT E MEDICAL CARE IN TIMELY MANNER ④ REPRIMAND TO MEDICAL DEPT E DR SINNACO FOR INDIFFERENCE TO PRISONER'S MEDICAL NEEDS

Inmate/Parolee Signature: _Raymond B. Hill_            Date Submitted: 6/23/06

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

**BYPASS**

CENTRAL FILE COPY

Staff Signature: _____                         Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

**BYPASS**

**RECEIVED**

Signature: _____                              Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed      CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

JUL 2 8 2006                                             06 - 02486

**CTF APPEALS**

First Level  ☒ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: JUL 2 8 2006    Due Date SEP 1 1 2006

Interviewed by: _Inmate has referral for arthroscopy_
_and possible repair rotor cuff 7/13/06._
_Approved by MAC committee. Treated c̄_
_adequate therapy, c̄ Motrin 600 g_
_q.i.d. until 7/3/06_

Staff Signature _____    Title: MD    Date Completed: 8/15/06
Division Head Approved:
Signature _____    Title: CMO    Returned  AUG 30 RECD    Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

Signature: _____    Date Submitted: _____

Second Level  ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____    Due Date: _____
☐ See Attached Letter

Signature: _____    Date Completed: _____

Warden/Superintendent Signature: _____    Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: _____    Date Submitted: _____

For the Director's Review, submit all documents to:  Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:  ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____
☐ See Attached Letter
CDC 602 (12/87)    Date: _____

00693

STATE OF CALIFORNIA
NOTIFICATION IN CASE OF INMATE DEATH, SERIOUS INJURY,
OR SERIOUS ILLNESS
CDC 127 (Rev 06/01)

| CDC NUMBER | COMMITMENT NAME | INSTITUTION |
|---|---|---|
| H-43428 | HILL, RAYNARD | CTF-III |

The inmate shall provide accurate information to identify the next of kin and any person(s) to be notified in the event of his/her death, serious illness, or serious injury as determined by a physician. In compliance with Penal Code Section 5022, the inmate shall provide the name(s), last known address(es), and telephone number(s) of the next of kin and person(s) to be notified. The inmate shall also notify his or her assigned Correctional Counselor of changes as soon as possible. Staff shall use reasonable effort to contact the person(s) identified by the inmate based on the information provided by the inmate. Therefore, it is important that the inmate ensure the information provided is current and accurate.

| NAME OF KIN | STREET ADDRESS | TELEPHONE NUMBER (HOME) |
|---|---|---|
| KAREN E. SCOTT | 7735 No. DEBRA Ave | (559) 275-9444 |
| RELATIONSHIP | CITY | STATE | ZIP CODE | TELEPHONE NUMBER (WORK) |
| SISTER | FRESNO | CA | 93722 | (559) 275 9443 |

| NAME OF KIN | STREET ADDRESS | TELEPHONE NUMBER (HOME) |
|---|---|---|
| | | * 559 268 6367 |
| RELATIONSHIP | CITY | STATE | ZIP CODE | TELEPHONE NUMBER (WORK) |

| NAME OF PERSON TO NOTIFY | STREET ADDRESS | TELEPHONE NUMBER (HOME) |
|---|---|---|
| SAME | | |
| RELATIONSHIP | CITY | STATE | ZIP CODE | TELEPHONE NUMBER (WORK) |

If the inmate has a will, the inmate shall identify the person to be contacted who possesses or has access to it. This form is not to be used as a will.

| NAME OF CONTACT FOR WILL | STREET ADDRESS | TELEPHONE NUMBER (HOME) |
|---|---|---|
| ENTER NONE IF THERE IS NO WILL | CITY | STATE | ZIP CODE | TELEPHONE NUMBER (WORK) |

Is inmate a foreign national?  ☐ Yes  ☒ No

This information shall be updated annually as part of the classification review process, as part of the classification committee review when the inmate is being referred to the Classification Staff Representative for program placement or transfer consideration, or whenever the inmate desires to revise the information.

| DATE | INMATE'S SIGNATURE | COUNSELING STAFF WITNESS'S PRINTED NAME/ TITLE/ SIGNATURE | INSTITUTION |
|---|---|---|---|
| 12/29/04 | Raynard Hill | M MORTON CCI | CTF-III |
| R-27-05 | Raynard Hill | T CALLAHAN CCI | CTF-III |
| 8-8-06 | Raynard Hill | T CALLAHAN CCI | CTF-III |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

DISTRIBUTION
ORIG - C-FILE
COPY - INMATE

Additional instructions are listed on the back of this form.

## THIS FORM IS NOT A WILL

STATE OF CALIFORNIA
NOTIFICATION IN CASE OF INMATE DEATH, SERIOUS INJURY,
OR SERIOUS ILLNESS
CDC 127 (Rev 05/00)

DEPARTMENT OF CORRECTIONS

| CDC NUMBER | COMMITMENT NAME | | INSTITUTION |
|---|---|---|---|
| H43428 | Hill, Raymond  RAYNARD | | CMC-E |

The inmate shall provide accurate information to identify the next of kin and any person(s) to be notified in the event of his/her death, serious illness, or serious injury as determined by a physician. In compliance with Penal Code Section 5022, the inmate shall provide the name(s), last known address(es), and telephone number(s) of the next of kin and person(s) to be notified. The inmate shall also notify his or her assigned Correctional Counselor of changes as soon as possible. Staff shall use reasonable effort to contact the inmate based on the information provided by the inmate. Therefore, it is important that the inmate ensure the information provided is current and accurate.

| NAME OF KIN | STREET ADDRESS  7935 N. Debra Ave | TELEPHONE NUMBER (HOME) |
|---|---|---|
| Karen Hill | 381 W. Paul Ave | (209) 436-1444 |
| RELATIONSHIP | CITY  STATE  ZIP CODE | TELEPHONE NUMBER (WORK) |
| Sister | Fresno  CA 93722 | (559) 275-9444 |
| NAME OF KIN | STREET ADDRESS | TELEPHONE NUMBER (HOME) |
|  |  |  |
| RELATIONSHIP | CITY  STATE  ZIP CODE | TELEPHONE NUMBER (WORK) |
|  |  |  |

| NAME OF PERSON TO NOTIFY | STREET ADDRESS | TELEPHONE NUMBER (HOME) |
|---|---|---|
| Karen Hill | 381 W. Paul Ave SAA | 209 436-1444 |
| RELATIONSHIP | CITY  STATE  ZIP CODE | TELEPHONE NUMBER (WORK) |
| Sister | Fresno  CA  93722 | (559 275-9444 |

If the inmate has a will, the inmate shall identify the person to be contacted who possesses or has access to it. This form is not to be used as a will.

| NAME OF CONTACT FOR WILL | STREET ADDRESS | TELEPHONE NUMBER (HOME) |
|---|---|---|
| ENTER NONE IF THERE IS NO WILL  None | CITY  STATE  ZIP CODE | TELEPHONE NUMBER (WORK) |

Is inmate a foreign national?  ☐ Yes  ☒ No

This information shall be updated annually as part of the classification review process, within 60 days prior to review by a Classification Staff Representative for transfer consideration, or whenever the inmate desires to revise the information.

| DATE | INMATE'S SIGNATURE | COUNSELING STAFF WITNESS'S PRINTED NAME/ TITLE/ SIGNATURE | INSTITUTION |
|---|---|---|---|
| 1/10/01 | X Raymond Hill | DUNYX CCI | CMC-E |
| 3/9/02 | Raymond Hill | M Arthur  CC  Arthur | CMC-E |
| 1-23-04 | Raymond Hill |  |  |
| DATE | INMATE'S SIGNATURE | COUNSELING STAFF WITNESS'S PRINTED NAME/ TITLE/ SIGNATURE | INSTITUTION |
| DATE | INMATE'S SIGNATURE | COUNSELING STAFF WITNESS'S PRINTED NAME/ TITLE/ SIGNATURE | INSTITUTION |
| DATE | INMATE'S SIGNATURE | COUNSELING STAFF WITNESS'S PRINTED NAME/ TITLE/ SIGNATURE | INSTITUTION |
| DATE | INMATE'S SIGNATURE | COUNSELING STAFF WITNESS'S PRINTED NAME/ TITLE/ SIGNATURE | INSTITUTION |
| DATE | INMATE'S SIGNATURE | COUNSELING STAFF WITNESS'S PRINTED NAME/ TITLE/ SIGNATURE | INSTITUTION |
| DATE | INMATE'S SIGNATURE | COUNSELING STAFF WITNESS'S PRINTED NAME/ TITLE/ SIGNATURE | INSTITUTION |
| DATE | INMATE'S SIGNATURE | COUNSELING STAFF WITNESS'S PRINTED NAME/ TITLE/ SIGNATURE | INSTITUTION |

Additional instructions are listed on the back of this form.

DISTRIBUTION
ORIG - C-FILE
COPY - INMATE

**THIS FORM IS NOT A WILL**

00695

STATE OF CALIFORNIA
**NOTIFICATION IN CASE OF INMATE DEATH, SERIOUS INJURY, OR SERIOUS ILLNESS**
CDC 127 (Rev 05/00)

DEPARTMENT OF CORRECTIONS

| CDC NUMBER | COMMITMENT NAME | | INSTITUTION |
|---|---|---|---|
| H 43428 | Hill  Raynard | | Cmc-E |

The inmate shall provide accurate information to identify the next of kin and any person(s) to be notified in the event of his/her death, serious illness, or serious injury as determined by a physician. In compliance with Penal Code Section 5022, the inmate shall provide the name(s), last known address(es), and telephone number(s) of the next of kin and person(s) to be notified. The inmate shall also notify his or her assigned Correctional Counselor of changes as soon as possible. Staff shall use reasonable effort to contact the person(s) identified by the inmate based on the information provided by the inmate. Therefore, it is important that the inmate ensure the information provided is current and accurate.

| NAME OF KIN | STREET ADDRESS | | | TELEPHONE NUMBER (HOME) |
|---|---|---|---|---|
| Karen Hill | 7735 N. Debra Ave | | | (559) 475-9444 |
| RELATIONSHIP | CITY | STATE | ZIP CODE | TELEPHONE NUMBER (WORK) |
| Sister | Fresno  CA. | CA | 93722 | (559) 255-8519 |
| NAME OF KIN | STREET ADDRESS | | | TELEPHONE NUMBER (HOME) |
|  |  |  |  |  |
| RELATIONSHIP | CITY | STATE | ZIP CODE | TELEPHONE NUMBER (WORK) |
|  |  |  |  |  |

| NAME OF PERSON TO NOTIFY | STREET ADDRESS | | | TELEPHONE NUMBER (HOME) |
|---|---|---|---|---|
| Karen Hill | 7735 N. Debra Ave | | | (559) 475-9444 |
| RELATIONSHIP | CITY | STATE | ZIP CODE | TELEPHONE NUMBER (WORK) |
| Sister | Fresno | CA | 93722 |  |

If the inmate has a will, the inmate shall identify the person to be contacted who possesses or has access to it. This form is not to be used as a will.

| NAME OF CONTACT FOR WILL | STREET ADDRESS | | | TELEPHONE NUMBER (HOME) |
|---|---|---|---|---|
| ENTER NONE IF THERE IS NO WILL  None | CITY | STATE | ZIP CODE | TELEPHONE NUMBER (WORK) |

Is inmate a foreign national?   ☐ Yes   ☑ No

This information shall be updated annually as part of the classification review process, within 60 days prior to review by a Classification Staff Representative for transfer consideration, or whenever the inmate desires to revise the information.

| DATE | INMATE'S SIGNATURE | COUNSELING STAFF WITNESS'S PRINTED NAME/ TITLE/ SIGNATURE | INSTITUTION |
|---|---|---|---|
| 1-4-00 | Raynard Hill | Bhnja cc1 | Cmc-E |
| DATE | INMATE'S SIGNATURE | COUNSELING STAFF WITNESS'S PRINTED NAME/ TITLE/ SIGNATURE | INSTITUTION |
| DATE | INMATE'S SIGNATURE | COUNSELING STAFF WITNESS'S PRINTED NAME/ TITLE/ SIGNATURE | INSTITUTION |
| DATE | INMATE'S SIGNATURE | COUNSELING STAFF WITNESS'S PRINTED NAME/ TITLE/ SIGNATURE | INSTITUTION |
| DATE | INMATE'S SIGNATURE | COUNSELING STAFF WITNESS'S PRINTED NAME/ TITLE/ SIGNATURE | INSTITUTION |
| DATE | INMATE'S SIGNATURE | COUNSELING STAFF WITNESS'S PRINTED NAME/ TITLE/ SIGNATURE | INSTITUTION |
| DATE | INMATE'S SIGNATURE | COUNSELING STAFF WITNESS'S PRINTED NAME/ TITLE/ SIGNATURE | INSTITUTION |
| DATE | INMATE'S SIGNATURE | COUNSELING STAFF WITNESS'S PRINTED NAME/ TITLE/ SIGNATURE | INSTITUTION |
| DATE | INMATE'S SIGNATURE | COUNSELING STAFF WITNESS'S PRINTED NAME/ TITLE/ SIGNATURE | INSTITUTION |
| DATE | INMATE'S SIGNATURE | COUNSELING STAFF WITNESS'S PRINTED NAME/ TITLE/ SIGNATURE | INSTITUTION |

DISTRIBUTION
ORIG - C-FILE
COPY - INMATE

Additional instructions are listed on the back of this form.

**THIS FORM IS NOT A WILL**

00696

STATE OF CALIFORNIA
**IDENTIFICATION WORKSHEET, NEXT-OF-KIN NOTIFICATION
AND DISPOSITION OF REMAINS, PROPERTY AND FUNDS**
CDC 127 (12/93)

DEPARTMENT OF CORRECTIONS

DISTRIBUTION
ORIG - C-FILE
COPY - INMATE

## IDENTIFICATION

| CDC NUMBER | COMMITMENT NAME | | | | |
|---|---|---|---|---|---|
| H-43428 | HILL, RAYMOND, BYRON | | | | |

| DATE OF BIRTH | BIRTHPLACE | MARITAL STATUS | # OF CHILDREN | RELIGION | ETHNICITY |
|---|---|---|---|---|---|
| 3-10-60 | PT HUENEME | S | O | MUS | B |

| DATE RECEIVED IN CDC | COUNTY OF COMMITMENT | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR | COMPLEXION |
|---|---|---|---|---|---|---|
| 11-20-98 | VENTURA | 5'10" | 210 | BRN | BLK | M |

OLD CDC NUMBERS
N 056318 DISCH 2-3-92

CRIME PARTNERS
ROSHONE, CURTIS DAVIS (RONALD THE ROACH)

MARKS, SCARS, TATTOOS, ETC
(L)

(R)

## NOTIFICATION

In case of serious illness, accident or in the event of my death, I request that the following next-of-kin or other person(s) be notified.

| NAME | RELATIONSHIP | ADDRESS (STREET, CITY, STATE & ZIP) | AREA CODE & PHONE NUMBER |
|---|---|---|---|
| KAREN HILL | SISTER | 381 W. PAUL AVE FRESNO, CA. | HOME: (209) 436-1444 WORK: NONE |
| | | | HOME: WORK: |
| | | | HOME: WORK: |
| | | | HOME: WORK: |
| | | | HOME: WORK: |

## DISPOSITION

In the event of my death, I request that my remains, personal property and funds be released to the following individual:

| NAME | ADDRESS | TELEPHONE NUMBER |
|---|---|---|
| KAREN HILL | SEE ABOVE | |

It has been explained to me that it is my responsibility to notify my caseworker of any changes to this document.

| INMATE'S SIGNATURE | DATED | INMATE'S SIGNATURE | UPDATED |
|---|---|---|---|
| Raymard B Hill | 1-5-99 | | |
| WITNESS'S SIGNATURE | DATED | WITNESS'S SIGNATURE | UPDATED |
| Reece | 1-5-99 | | |
| INMATE'S SIGNATURE | UPDATED | INMATE'S SIGNATURE | UPDATED |
| Raymond B Hill | 1-18-00 | | |
| WITNESS'S SIGNATURE | UPDATED | WITNESS'S SIGNATURE | UPDATED |
| B Bren | 1/18/2000 | | |

**If additional space is needed supplemental sheets may be attached.**

00697

STATE OF CALIFORNIA

**IDENTIFICATION WORKSHEET, NEXT-OF-KIN NOTIFICATION
AND DISPOSITION OF REMAINS, PROPERTY AND FUNDS**
CDC 127 (12/93)

DEPARTMENT OF CORRECTIONS

DISTRIBUTION
ORIG - C-FILE
COPY - INMATE

### IDENTIFICATION

| CDC NUMBER | COMMITMENT NAME | | | | |
|---|---|---|---|---|---|
| H-43428 | HILL, RAYMOND BYRON | | | | |
| DATE OF BIRTH | BIRTHPLACE | MARITAL STATUS | # OF CHILDREN | RELIGION | ETHNICITY |
| 3-10-60 | PT HUENEME | Single | 6 | Muslim (B) W M O |
| DATE RECEIVED IN CDC | COUNTY OF COMMITMENT | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR | COMPLEXION |
| 11-20-96 | VENTURA | 5'10" | 210 LB | BRN | BLK | M |

OLD CDC NUMBERS

N05G318 DCH 2-3-92

CRIME PARTNERS

ROSHONE CURTIS DAVIS (RONALD THE ROACH)

MARKS, SCARS, TATTOOS, ETC

LFT S - PISCES - FISH          CII: A-06514416 REG2

RT S - CROWN "RBH"          SSN#: 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

### NOTIFICATION

In case of serious illness, accident or in the event of my death, I request that the following next-of-kin or other person(s) be notified.

| NAME | RELATIONSHIP | ADDRESS (STREET, CITY, STATE & ZIP) | AREA CODE & PHONE NUMBER |
|---|---|---|---|
| (1) ~~MRS EARNESTINE HILL~~ KAREN HILL | ~~BROTHER~~ SISTER | 381 W. PAUL AVE ~~3660 KEEL AVE~~ FRESNO, CA ~~OXNARD CA 93035~~ | HOME: ~~(805) 485-0742~~ WORK: (209) 436-1444 |
| | | | HOME: WORK: |
| | | | HOME: WORK: |
| | | | HOME: WORK: |
| | | | HOME: WORK: |

### DISPOSITION

In the event of my death, I request that my remains, personal property and funds be released to the following individual:

(D)

| NAME | ADDRESS | TELEPHONE NUMBER |
|---|---|---|
| ~~Karen Hill~~ ~~Earnestine Hill~~ | 381 W. Paul Ave Fresno CA ~~3660 Keel Ave CA CA 93035~~ | 436-1444 ~~485-0742~~ |

It has been explained to me that it is my responsibility to notify my caseworker of any changes to this document.

| INMATE'S SIGNATURE | DATED | INMATE'S SIGNATURE | UPDATED |
|---|---|---|---|
| Raymond B Hill | 11-20-96 | Raymond Hill | 1-18-98 |
| WITNESS'S SIGNATURE | DATED | WITNESS'S SIGNATURE | UPDATED |
| | 11-20-96 | D.O.G.U.S. | 1-18-98 |
| INMATE'S SIGNATURE | UPDATED | INMATE'S SIGNATURE | UPDATED |
| X Raymond Hill | X 1-14-97 | Raymond B Hill | 5/20/98 |
| WITNESS'S SIGNATURE | UPDATED | WITNESS'S SIGNATURE | UPDATED |
| D.V. Lugo | 1-14-97 | E Spodace | 5/20/98 |

**If additional space is needed supplemental sheets may be attached.**

STATE OF CALIFORNIA
**IDENTIFICATION WORKSHEET, NEXT-OF-KIN NOTIFICATION
AND DISPOSITION OF REMAINS, PROPERTY AND FUNDS**
CDC 127 (12/93)

DEPARTMENT OF CORRECTIONS

DISTRIBUTION
ORIG - C-FILE
COPY - INMATE

## IDENTIFICATION

| CDC NUMBER | COMMITMENT NAME | | | | |
|---|---|---|---|---|---|
| H43428 | HILL, RAYNARD B. | | | | |
| DATE OF BIRTH | BIRTHPLACE | MARITAL STATUS | # OF CHILDREN | RELIGION | ETHNICITY |
| 3/10/60 | PT HUENEME CA | SINGLE | NONE | METH | BLK |
| DATE RECEIVED IN CDC | COUNTY OF COMMITMENT | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR / COMPLEXION |
| 2/26/96 | DIST F COSTAL | 6'10" | 225 | BRN | BLK / MED |
| OLD CDC NUMBERS | | | | | |
| NONE | | | | | |
| CRIME PARTNERS | | | | | |
| NONE | | | | | |
| MARKS, SCARS, TATTOOS, ETC | | | | | |
| NONE | | | | | |

## NOTIFICATION

In case of serious illness, accident or in the event of my death, I request that the following next-of-kin or other person(s) be notified.

| NAME | RELATIONSHIP | ADDRESS (STREET, CITY, STATE & ZIP) | AREA CODE & PHONE NUMBER |
|---|---|---|---|
| ERNESTINE HILL | MOTHER | 3660 KEEL AVE OXNARD, CA | HOME: (805) 985-6742 WORK: |
| | | | HOME: WORK: |
| | | | HOME: WORK: |
| | | | HOME: WORK: |
| | | | HOME: WORK: |

## DISPOSITION

In the event of my death, I request that my remains, personal property and funds be released to the following individual:

| NAME | ADDRESS | TELEPHONE NUMBER |
|---|---|---|
| AS ABOVE | AS ABOVE | AS ABOVE |

It has been explained to me that it is my responsibility to notify my caseworker of any changes to this document.

| INMATE'S SIGNATURE | DATED | INMATE'S SIGNATURE | UPDATED |
|---|---|---|---|
| Raynard Hill | 4-12-96 | | |
| WITNESS'S SIGNATURE | DATED | WITNESS'S SIGNATURE | UPDATED |
| Steve C. Lee | 4/12/96 | | |
| INMATE'S SIGNATURE | UPDATED | INMATE'S SIGNATURE | UPDATED |
| Raynard B Hill | 4/26/98 | | |
| WITNESS'S SIGNATURE | UPDATED | WITNESS'S SIGNATURE | UPDATED |
| | 4/26/98 | | |

**If additional space is needed supplemental sheets may be attached.**

00699

STATE OF CALIFORNIA

**IDENTIFICATION WORKSHEET, NEXT-OF-KIN NOTIFICATION
AND DISPOSITION OF REMAINS, PROPERTY AND FUNDS**
CDC 127 (12/93)

DEPARTMENT OF CORRECTIONS

DISTRIBUTION
ORIG - C-FILE
COPY - INMATE

## IDENTIFICATION

| CDC NUMBER | COMMITMENT NAME | | | | | |
|---|---|---|---|---|---|---|
| H-43428 | HILL, RAYMOND BYRON | | | | | |
| DATE OF BIRTH | BIRTHPLACE | MARITAL STATUS | # OF CHILDREN | RELIGION | ETHNICITY | |
| 3-10-60 | PT. HUENEME | SINGLE | N/A | METH | (B) W M O | |
| DATE RECEIVED IN CDC | COUNTY OF COMMITMENT | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR | COMPLEXION |
| 2-27-95 | REG. I COASTAL | 5'10" | 230 Lbs | BRN | BLK | DARK |

OLD CDC NUMBERS

CRIME PARTNERS

MARKS, SCARS, TATTOOS, ETC
RT & LT SHOULDERS      CII: A-06514416 R/1 OXNARD

SSN#: 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

## NOTIFICATION

In case of serious illness, accident or in the event of my death, I request that the following next-of-kin or other
person(s) be notified.

| NAME | RELATIONSHIP | ADDRESS (STREET, CITY, STATE & ZIP) | AREA CODE & PHONE NUMBER |
|---|---|---|---|
| Roy L Hill | Father | 3660 Keel Ave Oxnard, CA 93035 | HOME: (805) 9856742  WORK: Retired |
| Rozell Gaines | Aunt | 1404 So. F ST Oxnard, CA 93030 | HOME: (805) 4868921  WORK: Caterer |
| | | | HOME:  WORK: |
| | | | HOME:  WORK: |
| | | | HOME:  WORK: |
| | | | HOME:  WORK: |

## DISPOSITION

In the event of my death, I request that my remains, personal property and funds be released to the following
individual:

| NAME | ADDRESS | TELEPHONE NUMBER |
|---|---|---|
| Silvestine Hill | 3660 Keel Ave | (805) 9856742 |

It has been explained to me that it is my responsibility to notify my caseworker of any changes to this document.

| INMATE'S SIGNATURE | DATED | INMATE'S SIGNATURE | UPDATED |
|---|---|---|---|
| X Raymond B Hill | 2-27-95 | | |
| WITNESS'S SIGNATURE | DATED | WITNESS'S SIGNATURE | UPDATED |
| | 2-27-95 | | |
| INMATE'S SIGNATURE | UPDATED | INMATE'S SIGNATURE | UPDATED |
| WITNESS'S SIGNATURE | UPDATED | WITNESS'S SIGNATURE | UPDATED |

**If additional space is needed supplemental sheets may be attached.**

00700

STATE OF CALIFORNIA                                                DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**        Location:  Institution/Parole Region      Log No.            Category
**APPEAL FORM**                      1. _____              1. _____      _____
CDC 602 (12/87)
                                     2. _____              2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| HILL, R.B | H43428 | A1A UNASSIGNED | 212-81 Low |

A. Describe Problem: I WAS INFORMED By my Counselor CCI PEREZ TO WRITE RECORDS TO INFORME you of ERROR in OVERCHARGE on my RESTITUTION payment for CASE # CR29503 of $525.00. Upon RECEIVING AN SETTLEMENT from THE STATE, ALL RESTITUTION FINES & DIRECT ORDER payments WERE PAID in full for CASE #'s CR29503 & CR39787.
        (SEE ATTACHED PG 1 & MEMORANDUM from ATTORNEY General)
        (ALL OTHER Documentation WAS SENT TO "Cheryl" in TRUST office By CCI)

If you need more space, attach one additional sheet.

B. Action Requested: To TAKE APPROPRIATE ACTION TO ADJUST FOR STIPULATE in my C-FILE THAT ALL RESTITUTION FINES & PAYMENTS ARE PAID in FULL

Inmate/Parolee Signature: *Raymond B Hill*                    Date Submitted: 1-15-06

C. INFORMAL LEVEL (Date Received: 2-1-07 )

Staff Response: GRANTED - IN Review of paperwork Rec'd on 1-19-07 and call to Acct. REGARDING RESTITUTION AMOUNT - you are Clear & PAID of RESTITUTION on CASES CR29503, and CR39787.

Staff Signature: T. Ursua                              Date Returned to Inmate: 2-1-07

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

Signature: _____                          Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed                CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

00701

From Raymond B. Hill H43428    PG 1
Unit 2, Dorm 2, Bed 81 Low    1-9-07

(ME2AB2/81)

To Records Analyst.

This is to inform you that I was awarded an settlement from the State, to where all of my Restitutions are to be deducted. Upon observing a fax from the office of Victim Services & Restitution, "Statement of Restitution Obligations" list in error, overcharging me an additional $525.00 fine on Case Number CR29503

All Documents of Settlement & Errors, Corrections, & Prove of Restitutions paid was forwarded to Trust office Supv Cheryl.

Attorney General Rene Lucaric and Attorney David Soffer of the Law office of Jones Day, are waiting for the correction of Error to be Reported to Sacramento, so Settlement Check can be Adjusted and case closed.

I was told by my Counselor CC1 Perez that Cheryl in the Trust office said that I should inform you that a change in my C-File should be Done, noting all Restitution is paid in full Deleting $525.00 overcharge.

Raymond B. Hill
H43428

| | | | | |
|---|---|---|---|---|
| CR29503 | Fine $500.00 | pd | | |
| CR29503 | Direct Order $415.00 | pd | | |
| CR29503 | Fine $525.00 | Delete overcharge | | |
| CR39787 | Fine $200.00 | pd | | |
| CR39787 | Direct Order $1500 | pd | | |

00702

NOV-30-2006  15:23        ATTY _.NERAL                              2139977604    P.02

# Memorandum

Date  :  November 7, 2006

To    :  Supervising Deputy Attorney General Rene Lucaric
         300 South Spring Street, Suite 1700
         Los Angeles, CA 90013

### NOTICE OF PAYMENT
### RAYNARD B HILL V. WADE GAVIN, ET AL.
USDC CD Case No. CV 02-9182 GLT (MC)
Settlement
Fiscal Year 2005

The information below indicates the distribution of any monies paid by the California
Department of Corrections and Rehabilitation in the court ordered payment in the above
captioned case.

| | | | Check Number | Check Date | Name of Payee |
|---|---|---|---|---|---|
| Settlement Amount | $ | 5,000.00 | | | |
| Victim Services | $ | 2,045.00 | 057- 862313 | 11/06/06 | |
| CDCR | $ | 102.25 | 057- 862312 | 11/06/06 | |
| Balance Due Plaintiff | $ | 2,852.75 | 057- 862311 | 11/06/06 | Law Offices of Jones Day and Raynard Hill |

A copy of this memorandum is being sent with a check made out to the plaintiff and/or
plaintiff's counsel in accordance with the direction that we have been given. Any known
restitution orders, fines and administrative fees have been deducted from this payment pursuant
to Penal Code Section 2085.5.

Donna Corbin
Government Claim Coordinator
Headquarters Accounting Services Section

cc:  Legal Affairs Division/Jason Krestoff
     Legal Affairs Division/Sharon Robach
     Percy Tong, HASS, Cash Unit
     Victim Services, 501 J Street
     Irene Painter, Aerojet
     Files

TOTAL P.02

00703

# JONES DAY

555 SOUTH FLOWER STREET • FIFTIETH FLOOR • LOS ANGELES, CALIFORNIA 90071-2300
TELEPHONE: 213-489-3939 • FACSIMILE: 213-243-2539

Direct Number: (213) 243-2565
ytobi@jonesday.com

JP006361:bet:2270115
122425-600003

December 6, 2006

LEGAL MAIL -- ATTORNEY-
CLIENT CONFIDENTIAL

Raynard Byrone Hill
843428 Dorm 8, Bed 38
CA Correctional Institution
PO Box 608
Tehachapi  CA  93581

Re:    Settlement Payment re Raynard Byrone Hill v. William A. Duncan, et al;
CV02-9182 MMM

Dear Raynard:

I am writing to inform you that our office has received a check on your behalf from the State of California for $2,852.75. This amount was rendered as a full payment pursuant to your settlement agreement entered on June 22, 2006.

According to Paragraph 1 of the agreement, CDCR agreed to pay you $5,000.00. However, Paragraph 2 of the settlement agreement states:

> "It is understood by Plaintiff that the CDCR is obligated by California Penal Code section 2085.5 to collect any amounts that a prisoner owes of a restitution fine or order. Any restitution that is outstanding will be deducted from the settlement amount and paid on behalf of Plaintiff as required if any such amounts are outstanding."

The difference between $5000 and the check we have received is your outstanding restitution. Please review the attached documents detailing the amount of money deducted from the settlement amount, along with a copy of the check.

In our previous discussions, you had indicated that once you receive the check, you would like us to make it payable to your mother. If this is still the case, please provide below your mother's full name and her address. Please sign this letter and return it to our office so that we can render payment to her as soon as possible.

In addition, I wanted to advise you that my last day at Jones Day will be Friday, December 8, 2006. Therefore, I will no longer handle your case. Please return this letter in the enclosed self stamped envelope addressed to David Soffer. You have met David during our meeting and David will handle any questions or concerns you might have. David's direct number is (213) 243-2315 or you can call the main number and ask for him at (213) 489-3939.

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS
PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

Raynard Byrone Hill
December 6, 2006
Page 2


It was a pleasure working with you.  Good luck.

Very truly yours,

*Yael Tobi/act*

Yael Tobi

Enclosures


PLEASE MAKE MY SETTLEMENT CHECK PAYABLE TO:

Name: _____

Address: _____

_____

Phone Number: _____

Signed by: _____

Raynard Byrone Hill

NOV-30-2006  15:23      ATTY GENERAL                    2138977604    P.02

# Memorandum

Date  :  November 7, 2006

To    :  Supervising Deputy Attorney General Rene Lucaric
         300 South Spring Street, Suite 1700
         Los Angeles, CA 90013

### NOTICE OF PAYMENT
### RAYNARD B HILL V. WADE GAVIN, ET AL.
USDC CD Case No. CV 02-9182 GLT (MC)
Settlement
**Fiscal Year 2005**

The information below indicates the distribution of any monies paid by the California
Department of Corrections and Rehabilitation in the court ordered payment in the above
captioned case.

|  |  |  | Check Number | Check Date | Name of Payee |
|---|---|---|---|---|---|
| Settlement Amount | $ | 5,000.00 |  |  |  |
| Victim Services | $ | 2,045.00 | 057- 862313 | 11/06/06 |  |
| CDCR | $ | 102.25 | 057- 862312 | 11/06/06 |  |
| Balance Due Plaintiff | $ | 2,852.75 | 057- 862311 | 11/06/06 | Law Offices of Jones Day and Raynard Hill |

A copy of this memorandum is being sent with a check made out to the plaintiff and/or
plaintiff's counsel in accordance with the direction that we have been given.  Any known
restitution orders, fines and administrative fees have been deducted from this payment pursuant
to Penal Code Section 2085.5.

Donna Corbin
Government Claim Coordinator
Headquarters Accounting Services Section

cc:  Legal Affairs Division/Jason Krestoff
     Legal Affairs Division/Sharon Robach
     Percy Tong, HASS, Cash Unit
     Victim Services, 501 J Street
     Irene Painter, Aerojet
     Files

TOTAL P.02



**BILL LOCKYER**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**

300 SOUTH SPRING STREET, SUITE 1702
LOS ANGELES, CA 90013

Public: (213) 897-2000
Telephone: (213) 897-9944
Facsimile: (213) 897-7604
E-Mail: Rene.Lucaric@doj.ca.gov

*Via Overnight mail*

November 20, 2006

Yael Tobi, Esq.
**JONES DAY**
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071

RE: *Raynard Byrone Hill v. Wade M. Gavin, et al.*
    United States District Court, Central District of California,
    Case No. CV02-9182-GLT (Mc)

Dear Ms. Tobi:

    Pursuant to the settlement of the above-referenced case, enclosed please find a check in the amount of $2,852.75 payable jointly to you and Mr. Hill.

    Feel free to contact me with any questions.

                                            Sincerely,

                                            **RENE L. LUCARIC**
                                            Supervising Deputy Attorney General

HOLD AT AN ANGLE TOWARD LIGHT TO VERIFY ARTIFICIAL WATERMARK ON FACE & BACK

R B HILL V      0998
W GAVIN ET AL   0998

PHIL ANGELIDES, TREASURER
**STATE OF CALIFORNIA**
SACRAMENTO

ACCOUNT - NUMBER - SERIAL
**057- 862311**

90-1342
1211
057-862311

PAY TO THE ORDER OF

0000160550-00

LAW OFFICES OF JONES DAY
AND RAYNARD HILL
555 S FLOWER STREET
50TH FLOOR
LOS ANGELES CA 90071

ISSUE DATE
11 06 06

CHECK AMOUNT
$**2852.75*

DEPT. OF CORRECTIONS & REHABILITATION

THIS CHECK VOID ONE (1) YEAR FROM ISSUE DATE
BATCH ID: 529620061106066

By

MICR NUMBER APPEARS PINK ON THE REVERSE SIDE

⑆005⑆ ⑆121113423⑆ 008623116 ⑆

00707

NOV-30-2006  15:23        ATTY GENERAL                          2138977604        P.01

**BILL LOCKYER**
*Attorney General*

*State of California*
*DEPARTMENT OF JUSTICE*



RONALD REAGAN BUILDING
300 SOUTH SPRING STREET, SUITE 1700
LOS ANGELES, CA 90013

Public: AREA CODE/PUBLIC NUMBER OR "ASK"
Telephone: (213) 897-9944
Facsimile: (213) 897-7604
E-Mail: Rene.Lucaric@doj.ca.gov

FAX  213 243 2539

2 pages

TO:    Yael Tobi, Esq.
       JONES DAY


FROM:  Rene L. Lucaric
       Supervising Deputy Attorney General
       Office of the Attorney General


SUBJECT: See Attached Memo regarding distribution of money in Hill Settlement




COMMENTS: _____

DEC-04-2006  12:22        ATTY GENERAL DOJ              213 697 2810      P.02
OCT-23-2006  08:13        CRN FILE ROOM                                 P.01/01



California Department of Corrections

**Office of Victim Services
and Restitution**

# FAX

Thursday, October 19, 2006 14:45

Attention Of: *Jason Kresloff*

CDC Legal Affairs Division

**From:** Office of Victim Services and Restitution
California Department of Corrections
P.O. Box 942893
Sacramento, CA 94283-0001
Fax: (916) 358-2199   Phone: (916) 358-2436

Fax: 327-5306



# Statement of
# Restitution Obligations

**CDC #: H43428 Name: RAYNARD HILL**                    CCI

| Case Number | County | Type | Original Amount | Balance | Balance Plus Administrative Fee * |
|---|---|---|---|---|---|
| CR29503 | VEN | Fine | $500.00 | $0.00 | $0.00 |
| CR29503 | VEN | Fine - 1202.45 | $500.00 | $500.00 | $525.00 possibly incorrect |
| CR29503 | VEN | Direct Order | $45.00 | $45.00 | $47.25 |
| CR39787 | VEN | Fine | $200.00 | $0.00 | $0.00 Pd |
| CR39787 | VEN | Direct Order | $1,500.00 | $1,500.00 | $1,575.00 Pd |

Total  Restitution Payoff:   $2,147.25

\* Pursuant to Penal Code 2085.5, 5% administrative fee is deducted from the amount paid from
the settlement or award to satisfy outstanding restitution order or fine obligation(s).

Signed: _____  Dated: 10/19/06

TOTAL P.01

TOTAL P.02

00709

```
TS210B              CALIFORNIA DEPARTMENT OF CORRECTIONS
                   ITAS TRUST ACCOUNT DISPLAY (PRIOR TO ADJUSTMENTS)

-------------- ACCOUNT INFORMATION -------------- ------ SPECIAL ITEMS -------

ACCOUNT  NUMBER:  H43428
  ACCOUNT NAME:  HILL, RAYNARD  BYRON
  ACCOUNT TYPE:  I
CURRENT BALANCE:       93.45
  HOLD BALANCE:         0.00
ENCUM. BALANCE:         0.00
    AVAILABLE:        93.45
PRIVILEGE GROUP:  A
  LAST CANTEEN:  01/03/2001
-------------------------------- RESTITUTION FINES --------------------------RS403A
```

| CASE NUMBER | DATE SENTENCED | COUNTY CODE | FINE AMOUNT | BALANCE | STATUS |
|---|---|---|---|---|---|
| CR29370 | 07/13/1992 | VEN | 500.00 | 0.00 | P |
| *CR39787 | 11/13/1996 | *VEN | 1,500.00 | 1,500.00 | * |
| CR29503 | 07/13/1992 | VEN | 500.00 | 360.32 | C |
| *CR29503 | 07/13/1992 | *VEN | 45.00 | 45.00 | * |
| CR39787 | 11/13/1996 | VEN | 200.00 | 200.00 | |

TO VIEW REST. XACTS, PLACE AN 'X' NEXT TO CASE #, AND PRESS F1

00710

TS210B                   CALIFORNIA DEPARTMENT OF CORRECTIONS
                     ITAS TRUST ACCOUNT DISPLAY (*AFTER ADJUSTMENTS*)

-------------- ACCOUNT INFORMATION ------------- ------ SPECIAL ITEMS -------


ACCOUNT  NUMBER:  H43428
   ACCOUNT NAME:  HILL, RAYNARD  BYRON
   ACCOUNT TYPE:  I
CURRENT BALANCE:      121.03
  HOLD BALANCE:        0.00
ENCUM. BALANCE:        0.00
     AVAILABLE:      121.03
PRIVILEGE GROUP:  A
   LAST CANTEEN:  01/03/2001
-----------------------------RESTITUTION FINES -------------------------RS403A
   CASE NUMBER   DATE SENTENCED   COUNTY CODE   FINE AMOUNT   BALANCE    STATUS
-----------------------------------------------------------------------------
   *CR39787     11/13/1996         *VEN          1,500.00     1,500.00      *
   CR29503      07/13/1992          VEN            500.00         0.00      P
   *CR29503     07/13/1992         *VEN             45.00        45.00      *
   CR39787      11/13/1996          VEN            200.00         0.00      P


TO VIEW REST. XACTS, PLACE AN 'X' NEXT TO CASE #, AND PRESS F1

00711

```
1301VB          ITAS TRUST ACCOUN  SPLAY

-------------- ACCOUNT INFORMATION ------------- ------ SPECIAL ITEMS -------

 ACCOUNT NUMBER: N43428                    (2347x)
  ACCOUNT NAME: HILL, RAYNARD BYRON
  ACCOUNT TYPE: I
 CURRENT BALANCE:   121.03
   HOLD BALANCE:     0.00
 ENCUM. BALANCE:     0.00
    AVAILABLE:      121.03
 PRIVILEGE GROUP: A
  LAST CANTEEN: 01/03/2001
----------------------- ACCOUNT TRANSACTIONS ----------------------- TS210CA
  DATE   TRAN  AMOUNT    DESCRIPTION    CHECK NUM   COMMENT    BALANCE

 01/29/01 VOR1   500.00  REST OVERPMT ON            REST/3616   593.45
 01/29/01 VOF1    47.88  ADMIN FEE-REST             REST/3616   641.33
 01/29/01 VOR2   360.32- REV. REST OVERP            REST/3616   281.01
 01/29/01 VOF2    36.03- REV. ADMIN FEE-            REST/3616   244.98
 01/29/01 VOR2   112.69- REV. REST OVERP            REST/3616   132.29
 01/29/01 VOF2    11.26- REV. ADMIN FEE-            REST/3616   121.03
 PAGE#   1 OF  12 PAGES.

 REST    ACCOUNT PREVIOUS  NEXT     DISPLAY SELECT  PRINT    MAIN
 FINES   DISPLAY PAGE      PAGE     HOLDS   NEW ACCT SCREEN   MENU
```

1/29/01

WE HAVE HEARD FROM SACRAMENTO RESTITUTION. $500.00 WAS PUT ON YOUR TRUST ACCOUNT FOR PAYMENTS MADE IN ERROR ON CASE # CR 29370 (ALSO $47.88 IN ADMIN. FEES. WE THAN TOOK $360.32 & $36.03 ADMIN. FEES & APPLIED TO BALANCE OWED ON CASE # CR 29503. ON CASE #CR 39787, WE APPLIED $87.31 IN PAYMENTS MADE AT ISP & THAN APPLIED $112.69 AND $11.28 ADMIN. FEES TO THIS CASE FROM THE $500.00 ABOVE. NOW ALL CASES EXCEPT THE DIRECT ORDER CASES ARE PAID & CASE #CR 29370 HAS BEEN DELETED. ALSO ATTACHED IS COPY OF COMPLETE STATEMENT FROM SACTO CILI STREEPER

**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12/87)

| Location: Institution/Parole Region | Log No. | Category |
|---|---|---|
| 1. | 1. | |
| 2. | 2. | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Hill, R.B. | H43428 | Jacket Factory | H8 234 1X |

**A. Describe Problem:** I PAID $500.00 in RESTITUTION ON CASE# 29370 WHICH IS NOT ONE OF MY CASE #'s. ON 11-13-00, E. Holland C.C.R.A. ANSWERED MY REQUEST AND STATED "I WAS CORRECT" AND ADJUSTMENTS WAS SENT TO THE TRUST OFFICE, & SUBMITTED PAPERWORK TO SACRAMENTO ON 11-14-00. I ONLY HAVE TWO RESTITUTION CASE#'S CR 29503 & CR 39787

If you need more space, attach one additional sheet.

**B. Action Requested:** $500.00 PAID TO CASE# 29370, BE CREDITED TO BALANCE OF CASE# CR 29503 & CASE# CR 39787. ALSO DOCUMENTATION SHOWING THE CORRECTIONS. PAID BAL $0.00 FOR CASE# CR29503, AND CURRENT BALANCE ON CASE# CR 39787

Inmate/Parolee Signature: Raymond B Hill H43428    Date Submitted: 1-22-00

**C. INFORMAL LEVEL** (Date Received: 1-24-01 )

Staff Response: WE HAVE FORWARDED RECORDS ADJUSTMENT TO CASE# CR 29370 ON TO SACRAMENTO ON 11/14/00 & WILL FORWARD THIS APPEAL TO SACRAMENTO IN FOLLOW-UP TO DELETE THIS CASE AND APPLY ANY PAYMENTS ON THIS FINE TO OTHER UN-PAID FINES. WE WILL NOTIFY YOU WHEN WE HEAR FROM SACRAMENTO.

Staff Signature: _____    Date Returned to Inmate: 1/24/01

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

00713

```
CASESM02                    OFFENDER BASED INFORMATION SYSTEM              10/30/2000
CASES               DISPLAY COMMITMENT SUMMARY DATA FOR AN OFFENDER        01:32 PM

                         CDC NUMBER: h43428
                         NAME: HILL,RAYNARD,BYRON

                    ***         CONVERTED OR NEW          ***

                 CONTROL CASE: CR39787        CTY: VEN  TERM: A
                 CONTROL PRIN OFF: P212.5(C)   CT: 001

        *                    NO. OF           <    D   A   T   E    >
      TERM   C A S E        OFFENSES   I-D     DELIVERY      DISCHARGE

             CR29503          001       DSL   07-29-1992 45/500  02-09-1998
        A    CR39787          001       DSL   11-20-1996 200/1500 00


      NO. OF CASES:   2
nter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
ONT                                                             MENU  QUIT
```

Case # CR29503 – $45 direct order to Stop × Go Market
$500⁰⁰ state restitution

Case # CR39787  $1500⁰⁰ direct order to Emmitt Stevens
$200 state restitution

00714

STATE OF CALIFORNIA
**INMATE RESTITUTION FINE COLLECTION**
CDC T497 (3/92)

DISTRIBUTION
TRUST OFFICE
DEPT - INMATE

DEPARTMENT OF CORRECTIONS

PENAL CODE 2085.5 In any case in which a prisoner owes a restitution fine imposed pursuant to subdivision (a) of Section 13967 of the Government Code, the Director of Corrections may deduct a reasonable amount not to exceed 20 percent from the wages of a prisoner and shall transfer such amount, exclusive of the costs of administering the provisions of this section, which shall be retained by the director, to the State Board of Control for deposit in the Restitution Fund in the State Treasury. Any amount so deducted shall be credited against the amount owing on such fine. The sentencing court shall be provided a record of any such payments.

[X] NEW  *FINE*  [ ] ADJUSTMENT

## INMATE INFORMATION

| H | 4 | 3 | 4 | 2 | 8 | CDC NUMBER |

| H | I | L | L | | | | | | | | | | | | | | | | LAST NAME |

| R | A | Y | N | A | R | D | | | | | | | | FIRST NAME |

| B | Y | R | O | N | | | | | MIDDLE NAME |

## RESTITUTION INFORMATION

| 1 | 1 | / | 1 | 3 | / | 1 | 9 | 9 | 6 | DATE SENTENCED |

| V | E | N | COUNTY CODE |

| C | R | 3 | 9 | 7 | 8 | 7 | | CASE NUMBER |

$ [ ][ ][ 2 ][ 0 ][ 0 ] • [ 0 ][ 0 ] RESTITUTION AMOUNT

COMPLETED BY TYPE OR CLEARLY PRINT NAME: _h. YANCEY_  SIGNATURE _Yancey_  DATE _1-9-97_

TITLE
Case Records _Spec._

## RESTITUTION INFORMATION

| | | / | | | / | | | | | DATE SENTENCED |

| | | | COUNTY CODE |

| | | | | | | | | | | CASE NUMBER |

$ [ ][ ][ ][ ][ ] • [ ][ ] RESTITUTION AMOUNT

COMPLETED BY TYPE OR CLEARLY PRINT NAME:  SIGNATURE  DATE

TITLE
Case Records

## RESTITUTION INFORMATION

| | | / | | | / | | | | | DATE SENTENCED |

| | | | COUNTY CODE |

| | | | | | | | | | | CASE NUMBER |

$ [ ][ ][ ][ ][ ] • [ ][ ] RESTITUTION AMOUNT

COMPLETED BY TYPE OR CLEARLY PRINT NAME:  SIGNATURE  DATE

00715

STATE OF CALIFORNIA
INMATE RESTITUTION
FINE/DIRECT ORDER COLLECTION
CDC 1497 (Rev. 3/95)

DEPARTMENT OF CORRECTIONS

**PENAL CODE 2085.5(a)(b)(g):** In any case in which a prisoner owes a restitution fine or direct order, the Director of Corrections shall deduct a minimum of 20 percent from inmate wages and trust account deposits. Any amount so deducted shall be credited against the amount owing on the restitution fine or direct order. An administrative fee that totals 10 percent of any amount transferred to the State Board of Control, shall also be deducted. When a prisoner has both a restitution fine and a direct order from the sentencing court, the Department of Corrections shall collect the direct order first.
Restitution is being collected pursuant to PC 2085.5, PC 1202.4, and GC 13967.

**CDC NUMBER:** H 4 3 4 2 8    ☐ PV DATE _____

**LAST NAME:** H I L L

**FIRST NAME:** R A Y N A R D

**MIDDLE NAME:**

---

☐ **FINE** or ☑ **DIRECT ORDER**    ☑ **NEW** or ☐ **RESUBMIT**

**CASE NUMBER:** C R 3 9 7 8 7

**Date Sentenced:** 1 1 - 1 3 - 9 6    **County Code:** V E N

**Restitution Amount:** $ ☐ , ☐ 1 , 5 0 0 . 0 0

**Restitution Balance:** $ ☐ , ☐ ☐ , ☐ ☐ ☐ . ☐ ☐    *[Maximum fine is $10,000 per PC 1202.4.]*

---

☑ **FINE** or ☐ **DIRECT ORDER**    ☐ **NEW** or ☑ **RESUBMIT**

**CASE NUMBER:** C R 2 9 5 0 3

**Date Sentenced:** 0 7 - 1 3 - 9 2    **County Code:** V E N

**Restitution Amount:** $ ☐ , ☐ ☐ , 5 0 0 . 0 0

**Restitution Balance:** $ ☐ , ☐ ☐ , ☐ ☐ ☐ . ☐ ☐    *[Maximum fine is $10,000 per PC 1202.4.]*

---

☐ **FINE** or ☐ **DIRECT ORDER**    ☐ **NEW** or ☐ **RESUBMIT**

**CASE NUMBER:**

**Date Sentenced:** - -    **County Code:**

**Restitution Amount:** $ , , .

**Restitution Balance:** $ , , .    *[Maximum fine is $10,000 per PC 1202.4.]*

---

| COMPLETED BY (TYPE OR CLEARLY PRINT NAME) | SIGNATURE | DATE SIGNED |
|---|---|---|
| E. Holland | E Holland | |
| TITLE  CCRA | INSTITUTION | |

**DISTRIBUTION:**    ORIGINAL - TRUST OFFICE    YELLOW - INMATE

PENAL CODE ... deduct a maximum of 20 percent from inmate wages and trust account deposits. Any amount deducted shall be credited against the amount owing on the restitution fine or direct order. An administrative fee that totals 10 percent of any amount transferred to the State Board of Control, shall also be deducted. When a prisoner has both a restitution fine and a direct order from the sentencing court, the Department of Corrections shall collect the direct order first.
Restitution is being collected pursuant to PC 2085.5, PC 1202.4, and GC 13967.

**CDC NUMBER:** H 4 3 4 2 8

☐ **PV: DATE** _____

**LAST NAME:** H I L L

**FIRST NAME:** R A Y N A R D

**MIDDLE NAME:**

---

☐ **FINE** or ☑ **DIRECT ORDER**    ☑ **NEW** or ☐ **RESUBMIT**

**CASE NUMBER:** C R 2 9 5 0 3

**Date Sentenced:** 0 7 - 1 3 - 9 2    **County Code:** V E N

**Restitution Amount:** $ _ , _ _ , 4 5 . 0 0

**Restitution Balance:** $ _ , _ _ , _ . _    *[Maximum fine is $10,000 per PC 1202.4.]*

---

☐ **FINE** or ☐ **DIRECT ORDER**    ☐ **NEW** or ☐ **RESUBMIT**

**CASE NUMBER:**

**Date Sentenced:** _ _ - _ _ - _ _    **County Code:**

**Restitution Amount:** $ _ , _ _ , _ . _

**Restitution Balance:** $ _ , _ _ , _ . _    *[Maximum fine is $10,000 per PC 1202.4.]*

---

☐ **FINE** or ☐ **DIRECT ORDER**    ☐ **NEW** or ☐ **RESUBMIT**

**CASE NUMBER:**

**Date Sentenced:** _ _ - _ _ - _ _    **County Code:**

**Restitution Amount:** $ _ , _ _ , _ . _

**Restitution Balance:** $ _ , _ _ , _ . _    *[Maximum fine is $10,000 per PC 1202.4.]*

---

**COMPLETED BY (TYPE OR CLEARLY PRINT NAME)** E. Holland

**SIGNATURE** E Holland

**DATE SIGNED** 10-30-00

CCRA    CMC-E

00717

**BILL LOCKYER**
*Attorney General*

*State of California*
*DEPARTMENT OF JUSTICE*

RONALD REAGAN BUILDING
300 SOUTH SPRING STREET, SUITE 1700
LOS ANGELES, CA 90013

Telephone: (213) 897-9944
Facsimile: (213) 897-7604
E-Mail: Rene.Lucaric@doj.ca.gov

May 26, 2006

J. Powell, Correctional Counselor
Correctional Training Facility
P.O. Box 686
Soledad, CA 93960
(831) 678-5806

RE:  <u>Hill v. Duncan</u> No. CV 02-9182GLT (Mc)
     Raynard Byrone Hill (H-43428)
     Request For Bi-Annual Review

Dear Counselor Powell:

    My name is Supervising Deputy Attorney General Rene Lucaric, and I am assigned to represent Defendant Correctional Officer W. Gavin in the case of <u>Hill v. Duncan</u>. In order to further the settlement discussions with Plaintiff Raynard Hill, I am requesting that he be given a bi-annual evaluation as soon as possible, at which time his request to transfer to San Quentin II, can be discussed. Should you have any questions do not hesitate to contact me.

Sincerely,

RENE L. LUCARIC,
Supervising Deputy Attorney General
Attorney for Defendant W. Gavin

TOTAL P.02

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location:  Institution/Parole Region        Log No.
1.                CTF-N            1. 05 - 01 5 5 4    Category 11-9
                  JUN 29 2005
2.                                 2.

You may appeal any policy, action or decision which has a significant adverse effect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator, within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|-----------|------------------|
| *Hill, R.B.* | *H43428* | *Textiles (CM-F, 630-800)* | *LA-205L* |

A. Describe Problem: *CTF North Facility New Rotating Yard Program*
*Per Operational Procedure '88 Schedule, is in Violation of the*
*Rules and Regulations Listed in the CCR Title 15. Concern-*
*ing "Worker Privilege Group A1A Inmates. Section 3044*
*(d)(1)(A), (C), (D), E & Section 3061. Hygiene.*

*(See Additional Pg #1)*

If you need more space, attach one additional sheet.

B. Action Requested: *Revise Op. Proced. 88 Sched. in Pursuant to CCR Title 15*
*Sec 3044 Privilege Group A1A, Critical Workers & Workers During*
*(Lockdowns) Be (Given) Priority Access to Canteen and Showers*
*upon Return From Work Assignment.*

Inmate/Parolee Signature: *Raynard B. Hill*                Date Submitted: *5-16-05*

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: _____

**BYPASS**

Staff Signature: _____         Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

**BYPASS**

RECEIVED    RECEIVED

Signature: _____                          Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed               CDC Appeal Number:
Board of Control form BC-1E Inmate Claim
MAY 1 2005    JUN 2 7 2005

CTF APPEALS    CTF APPEALS

05 - 01 5 5 4

**WITHDRAWN**

First Level  ☐ Granted    ☐ P. Granted    ☐ Denied    ☑ Other _____ MAY 19 2005

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: **MAY 19 2005** _____ Due Date: **JUL 01 2005**

Interviewed by: Sgt E E Barales on June 23, 05 inmate Hill H43248

withdraws his 602.

X  _Raymond B Hill  H43428_

Staff Signature: _E E Bates_ _____ Title: _Sgt_ _____ Date Completed: **6-23-05**

Division Head Approved: _____ Title: _Capt (A)_ _____ Returned
Signature: _____ Date to Inmate **JUN 29 2005**

F. If dissatisfied, explain reasons for requesting a Second Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

Signature: _____ Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____
☐ See Attached Letter

Signature: _____ Date Completed: _____

Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter
CDC 602 (12/87)    Date: _____

00720

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region

1. JUN 13 2005

2.

Log No. 05-01422

Category D-1

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|-----------|------------------|
| HILL, R.B | H43428 | TEXTILES | LA-255L |

A. Describe Problem: CTF MEDICAL DEPT & PHYSICIAN DR SIMMACO, REFUSE TO TAKE THE APPROPRIATE STEPS TO GIVE TREATMENT OR THE MEDICAL ATTENTION NECESSARY TO ELEVIATE INJURY TO RT SHOULDER, & CRONIC PAIN. DUE TO SHOULDER, RT ARM HAS BECOME USELESS AND IN CONSENT PAIN, FOR THE PAST FEW YEARS, DOCTORS KEEP FEEDING ME WITH IBUPROFEN 200, 600, & 800 mg, WHICH I INFORMED THE DOCTORS DO NOTHING FOR THE PAIN, INJURY IS NOT TO A BONE, (X-RAY SHOW) BUT TO LIGIMENT, TENDON OR MUSCLE DAMAGE.

If you need more space, attach one additional sheet.    SEE ADD PG #1

B. Action Requested: NEED TO SEE A SPECIALIST TO PERFORM MRI OR SCOPE, TO IDENTIFY THE INJURY TO RT SHOULDER THAT IS CAUSING ME ALL OF THIS PAIN.

Inmate/Parolee Signature: Raymond B. Hill    Date Submitted: 5-2-05

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: _____

_____

_____

BYPASS

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

BYPASS

_____

Signature: _____    Date Submitted: _____

RECEIVED    RECEIVED

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim.

MAY 10 2005    JUN 10 2005

CTF APPEALS    CTF APPEALS

CDC Appeal Number:

05-01422

00721

First Level   ☑ Granted   ☒ P. Granted   ☐ Denied   ☐ Other   **MAY 1 0 2005**   Due Date: **JUN 22 2005**

E.  REVIEWER'S ACTION (Complete within 15 working days): Date assigned:

Interviewed by: _____

_SEE ATTACHED_

Staff Signature: _____   Title: _____   Date Completed: 6/7/05

Division Head Approved: _____   Returned

Signature: _____   Title: _____   Date to Inmate: **JUN 03 2005**

F.  If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

Signature: _____   Date Submitted: _____

Second Level   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____

G.  REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____   Due Date: _____
☐ See Attached Letter

Signature: _____   Date Completed: _____

Warden/Superintendent Signature: _____   Date Returned to Inmate: _____

H.  If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____   Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____
☐ See Attached Letter

Date: _____

CDC 602 (12/87)

00722

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS
                                                       CORRECTIONAL TREATMENT FACILITY

# Memorandum

## Date:    June 7, 2005

To:      HILL, H43428

Subject:  **CTF APPEAL LOG # CTF-C-05-01422**
          **FIRST LEVEL RESPONSE**

**ISSUE:**    Your CDC 602 indicates that you have an injury to your right shoulder. You feel that Dr. Sinnaco and the Medical Department at CTF – Soledad, have refused to take the appropriate steps to give treatment and medical attention to your injury. You allege your right arm has become useless and is in constant pain. You state the past few years that the doctors keep feeding you Ibuprofen and it does nothing. You also state the injury is not to a bone but to a ligament, tendon or muscle damage. September 20, 2000 you had surgery to repair your right shoulder rotator cuff due to a fall at CMC-East. You also state that November 17, 2001 during an incident at CMC with staff your right shoulder was re-injured. 2002 x-rays were taken due to the pain and the prescribed medications did not change anything. Dr. Sinnaco, CTF ordered x-rays March 10, 2005. April 4, 2005 review of the x-rays showed no change and you were referred to orthopedic. You feel that whatever is wrong with your shoulder and pain is beyond Ibuprofen and if doctors at CTF are not qualified to handle this injury then you need a specialist ASAP. You also state, as of May 2, 2005 you have not seen anyone.

You are requesting to see a specialist to perform a MRI or Scope to identify the injury to your right shoulder that is causing you all of this pain.

**APPEAL RESPONSE:** X-rays were taken June 17, 2002. Upon review of your medical file since June 2002 the first notation of problems with your right shoulder is February 22, 2005. You noted on your CDC 7362 "shoulder problems since November 17, 2001". Dr. Sinnaco examined you March 7, 2005 and prescribed appropriate medications.

Dr. Sinnaco examined you again April 4, 2005. You were prescribed appropriate medication and referred to Orthopedics. It is approximately a 15-30 working day waiting period as of this date. X-rays were taken of the right shoulder March 10, 2005. Once you have been re-evaluated, the specialist will then determine if an MRI or Scope is medically necessary. Your request to see a specialist is **granted**.

STATE OF CALIFORNIA

CORRECTIONAL TRAINING FACILITY
PAGE 2

**APPEAL DECISION:** Your First Level appeal has been **granted** in accordance with the policy and procedures as set forth in CCR Title 15 and DOM.

If you are dissatisfied with this decision, you may appeal to the Director's Level by completing section "H" on your appeal form, and submitting it by mail within 15 days of receipt of this response.

K. Dennis, SSA
Medical Appeals Coordinator

Kyle B. Sather, DDS
Chief Dental Officer

00724

| DATE | TIME | |
|---|---|---|
| 3-7-05 | | S 1) Renew beard chrono |
| | | 2) Shoulder pain |
| April 2001 | | H/o - Rotator cuff surgery 2000., Surg. 1999 or 2000. |
| | | - Another surgery 2001. |
| | | O Face - + PFB |
| | | Shoulders - (R) anterior scar |
| | | - (R) abduct 95° |
| | | - Distal NV intact / Motors equally strong. |
| | | A - DJD, (R) shoulder |
| | | - Mild Persistent Asthma |
| | | - PFB |
| | | (P) 5-0 |
| | | CESAR SINNACO, M.D. |
| | | STAFF PHYSICIAN & SURGEON |
| | | CTF  SOLEDAD |
| | | |
| 4-4-05 | | F/u (R) shoulder. Original DJD - ~~TTT~~ mm '00. |
| | | DO Surg. last 2000 9-21 |
| | | Another surg. - Nov. 2001 → XR (2002) - No Δ. |
| | | Says after Surgery - 75% Improvement in ROM |
| | | At present, ROM about 50% compared to before Surg. |
| | | (P.) Will get Ortho. opinion. |
| | | Cesar L. Sinnaco, M.D. |
| | | Physician and Surgeon, CTF |

| INSTITUTION | HOUSING UNIT | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| CTF | LB-320U | HILL<br>H-43428 |

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                          DEPARTMENT OF CORRECTIONS

00725

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 3-7-05 | | | 1) Beard chrono. |
| | | | 2) Albuterol MDI, π puffs QID PRN |
| | | | 3) Aerobid MDI, π puffs BID      } X 90 d |
| | | | 4) CTM 4 mg p.o. BID |
| | | | 5) Artificial Tears, gtt. π O.U. QID |
| | | | 6) XR ® shoulder. |
| | | | 7) Motrin, 600mg p.o. BID p.c. PRN X 30 d |
| | | | C. SINHA ® m |
| | | | Send to pt. Harris π |
| 4-4-05 | | | 1) Refer to Orthopedics |
| | | | 2) ↑ Motrin to 800 mg. p.o. BID p.c. PRN      } X 30 d |
| | | | 3) Prilosec, 20 mg p.o. QD |
| | | | noted 4/4/05 1530 |
| | | | C. SINHA ® m |

ALLERGIES: NKA      INSTITUTION: CTF      ROOM/WING: LB-320 U

Confidential
client information
See W & I Code, Sections 4514 and
5328

CDC NUMBER, NAME (LAST, FIRST, MI)

HILL
H-43428

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)
STATE OF CALIFORNIA      OSP 00  35617      DEPARTMENT OF CORRECTIONS

**X-RAY REPORT**

```
DEPARTMENT OF CORRECTIONS
CORRECTIONAL TRAINING FACILITY
```

| | | | | |
|---|---|---|---|---|
| **NAME:** | **CDC #:** | **CELL:** | **DOB:** | **DATE:** |
| HILL, R. | H-43428 | LB 320 | 3/10/60 | 3/10/05 |

**EXAM REQUESTED:**
**RIGHT SHOULDER**

**CLINICAL DATA:**

**REFERRING PHYSICIAN:**
C. SINNACO, M.D.

**RADIOGRAPHIC REPORT:**

**RIGHT SHOULDER:** Multiple views of the right shoulder are obtained on 3/10/05.

There is no evidence of any acute fracture or dislocation. The patient is status post surgery with two radiopaque densities overlying the humeral head similar with the previous examination. There is no evidence of calcific tendonitis.

**IMPRESSION:**

**NO ACUTE ABNORMALITY IS IDENTIFIED. POST SURGICAL CHANGES ARE PRESENT AS NOTED.**

3/10/05
DATE READ

**G. FALKOFF, M.D.**
**RADIOLOGIST**

GF/cjw
3/14/05

00727

ADDITIONAL PG #1

On 9-20-00. I had surgery to repair my Rt Shoulder Rotator Cuff Repair Due to a Fall at CMC-East.

On 11-17-01 During an incident at CMC with Staff, Rt Shoulder was Reinjured.

On or about the first couple of months in 2002, X-Rays was taken Due to pain. Subscribed Motrin and stated no change, But pain continue to get worst.

After numerous visits for pain, and Given I Buprofen (600mg). Dr Sinnaco ordered X-Rays for 3-10-05

On 4-4-05 for Review of X-Ray, Dr Sinnac stated X-Ray shows no change, subscribed 800. I Buprofen & Referred to Orthoperic.

Whatever is wrong with my Shoulder and pain is Beyond an I Buprofen Solution. And if Docta here at CTF are not Qualified to Handle this Type of Injury as Dr Sinnaco stated, I need to see an Specialist A.S.A.P to stop this On-Going pain. Seen no one as of this Date.

Thank You

Date: 5-2-05

Raymond Ku

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

2ND LEVEL

Location: Institution/Parole Region
1. JUN 13 2005
2.

Log No. 05 - 01 422

Category D-1

2. JUL 2 0 2005

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME Hill, R.B. | NUMBER H43428 | ASSIGNMENT Textiles | UNIT/ROOM NUMBER LA-255L |
| --- | --- | --- | --- |

A. Describe Problem: CTF Medical Dept & Physician Dr Sinnaco. Refuse To Take The Appropriate Steps To Give Treatment Or The Medical Attention Necessary To Elleviate Injury To RT Shoulder, & Cronic Pain. Due To Shoulder, RT Arm Has Become Useless and in Consent Pain. For The Past Few Years, Doctors Keep Feeding me with Ibuprofen 200, 600 & 800 mb, Which I Informed The Doctors Do Nothing For The Pain. Injury Is Not To A Bone, (X-Ray Show) But To Liliment, Tendon or Muscle Damage.

SEE ADD Pg #1

If you need more space, attach one additional sheet.

B. Action Requested: Need To See A Specialist To Perform MRI Or Scope. To identify The Injury To RT Shoulder That Is Causing me All of This Pain.

Inmate/Parolee Signature: Raymond B. Hill    Date Submitted: 5-2-05

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: _____

BYPASS

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

RECEIVED    RECEIVED    RECEIVED
MAY 10 2005    MAY 10 2005    JUN 27 2005
CTF APPEALS    CTF APPEALS

RECEIVED
JUN 21 2005
CTF APPEALS

CDC Appeal Number
05 - 01 422

00729

First Level  ☒ Granted  ☒ P. Granted  ☐ Denied  ☐ Other
E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: **MAY 1 0 2005**  Due Date: **JUN 2 2 2005**
Interviewed by: _____

*See Attached*

Staff Signature: _____  Title: SSA  Date Completed: 6/7/05
Division Head Approved:
Signature: _____  Title: CMO  Returned
Date to Inmate: **JUN 1 0 2005**

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

EVEN THOUGH I WAS REFERRED TO ORTHOPEDIC ON 4-4-05, AND THERES
A 15-30 DAY WAITING PERIOD, IT IS UNTHINKABLE THAT C.T.F's MED-
ICAL DOCTORS, WHEN HAVING PRIOR KNOWLEGE THAT MEDICATION GIVEN IS
NOT EFFECTIVE, AND AS OF DATE, I HAVE NOT SEEN THE ORTHOPEDIC

Signature: Raynard B. Hill H43428   Date Submitted: 6-17-05

Second Level  ☒ Granted  ☐ P. Granted  ☐ Denied  ☐ Other
G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: **JUN 2 1 2005**  Due Date: **JUL 2 0 2005**
☐ See Attached Letter

Signature: _____  Date Completed: _____
Warden/Superintendent Signature: _____  Date Returned to Inmate: **JUL 2 6 2005**

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: _____  Date Submitted: _____

For the Director's Review, submit all documents to:  Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

**RECEIVED**

DIRECTOR'S ACTION: ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____
☐ See Attached Letter
**JUL 2 6 2005**
CDC 602 (12/87)  Date: _____

CTF APPEALS

00730

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
CORRECTIONAL TREATMENT FACILITY

# Memorandum

Date:    July 11, 2005

To:    HILL, H43428

Subject:    **CTF APPEAL LOG # CTF-C-05-01422-2
SECOND LEVEL RESPONSE**

**ISSUE:**    Your CDC 602 indicates that you have an injury to your right shoulder. You feel that Dr. Sinnaco and the Medical Department at CTF – Soledad, have refused to take the appropriate steps to give treatment and medical attention to your injury. You allege your right arm has become useless and is in constant pain. You state the past few years that the doctors keep feeding you Ibuprofen and it does nothing. You also state the injury is not to a bone but to a ligament, tendon or muscle damage. September 20, 2000 you had surgery to repair your right shoulder rotator cuff due to a fall at CMC-East. You also state that November 17, 2001 during an incident at CMC with staff your right shoulder was re-injured. 2002 x-rays were taken due to the pain and the prescribed medications did not change anything. Dr. Sinnaco, CTF ordered x-rays March 10, 2005. April 4, 2005 review of the x-rays showed no change and you were referred to orthopedic. You feel that whatever is wrong with your shoulder and pain is beyond Ibuprofen and if doctors at CTF are not qualified to handle this injury then you need a specialist ASAP. You also state, as of May 2, 2005 you have not seen anyone.

You are requesting to see a specialist to perform a MRI or Scope to identify the injury to your right shoulder that is causing you all of this pain.

**APPEAL RESPONSE:** X-rays were taken June 17, 2002. Upon review of your medical file since June 2002 the first notation of problems with your right shoulder is February 22, 2005. You noted on your CDC 7362 "shoulder problems since November 17, 2001". Dr. Sinnaco examined you March 7, 2005 and prescribed appropriate medications.

Dr. Sinnaco examined you again April 4, 2005. You were prescribed appropriate medication and referred to Orthopedics. It is approximately a 15-30 working day waiting period as of this date. X-rays were taken of the right shoulder March 10, 2005. Once you have been re-evaluated, the specialist will then determine if an MRI or Scope is medically necessary. Your request to see a specialist was **granted**.

Dr. Pompan examined you June 21, 2005. Dr. Pompan recommended a MRI and Dr. Sinnaco ordered the MRI June 21, 2005. CSP is unable to schedule MRI's due to the large backlog of patients. CTF Soledad has made arrangements for a Mobile MRI Unit to come to CTF. You have been scheduled and will be ducated for your MRI within 15 - 30 working days.

STATE OF CALIFORNIA

CORRECTIONAL TRAINING FACILITY
PAGE 2

**APPEAL DECISION:** Your Second Level appeal has been **granted** in accordance with the policy and procedures as set forth in CCR Title 15 and DOM.

If you are dissatisfied with this decision, you may appeal to the Director's Level by completing section "H" on your appeal form, and submitting it by mail within 15 days of receipt of this response.

Michael L. Friedman, MD
Chief Medical Officer

00732

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12/87)

2ND LEVEL

Location: Institution/Parole Region
1. CTF-C

Log No. 04-02836

Category
ェ 1 ₂

If you appeal any facility, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|-----------|------------------|
| HILL, R.B | H43928 | AWMG | CB-320UP |

A. Describe Problem: THIS IS A CITIZEN'S COMPLAINT PURSUANT TO PENAL CODE 832.5 "CORRECTIONAL TRAINING FACILITY" ADMINISTRATORS & CORRECTIONAL OFFICERS AT THE "NORTH FACILITY" IS IN VIOLATION OF THE FOLLOWING RULES & REGULATIONS LISTED IN THE CCR TITLE 15, ARTICLE 1. SECTION 3001 SUBJECT TO REGULATIONS, SEC 3004 RIGHTS & RESPECT OF OTHERS. AND ARTICLE 5. SEC. 3312 DISCIPLINARY METHODS, SEC. 3391(a) CONDUCT; AND HUMAN RIGHTS VIOLATIONS DUE TO HUMANE TREATMENT TO LAY OR SIT DOWN IN MUD WHEN WAS ADVISED OF THE SITUATION.

If you need more space, attach one additional sheet. SEE ADDITIONAL PG #1

B. Action Requested: THAT 115 ISSUED BE MODIFIED ACCORDING TO PROGRESSIVE DISCIPLINE, PURSUANT TO DISCIPLINARY METHODS. IF PRACTICE ON NORTH FACILITY IS GOING TO CHANGE, INFORM PRISON POPULATION OF PRONE OUT PROCEDURES

Inmate/Parolee Signature: _Raymond B. Hill_                Date Submitted: 9-28-04

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: _____

BYPASS

Staff Signature: _____  Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS

Signature: _____                Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

RECEIVED
OCT 0 4 2004
CTF APPEALS

RECEIVED
OCT 1 3 2004
CTF APPEALS

RECEIVED
NOV 2 3 2004

04-02836

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____    Due Date: _____

Interviewed by: _____

BYPASS

Staff Signature: _____    Title: _____    Date Completed: _____
Division Head Approved: _____    Returned
Signature: _____    Title: _____    Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

BYPASS

Signature: _____    Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: OCT 1 3 2004    Due Date: NOV 2 9 2004
☒ See Attached Letter

Signature: _____    Date Completed: 11-19-04
Warden/Superintendent Signature: _____    Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: _____    Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
                                                    P.O. Box 942883
                                                    Sacramento, CA 94283-0001
                                                    Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter
                                                                    Date: _____
CDC 602 (12/87)

DEPARTMENT OF CORRECTIONS
Correctional Training Facility
Soledad, California

SUPPLEMENTAL PAGE

RE:    CTF APPEAL LOG No. *CTF-C-04-02836*
       Second Level Reviewer's Response

       *HILL*                         *H43428*                      *LB-320U*

**APPEAL DECISION:**

   *DENIED*

**APPEAL ISSUE:** (1 - Disciplinary)

   Dismiss Rules Violation Report (RVR) Log # V-09-04-075 dated 9-20-04 for "DISOBEYING
   AN ORDER."

**APPEAL RESPONSE:**

   Appellant stated the following in his appeal:

   1. Immediately sat down in a dry area when the emergency alarm was sounded upon the
      yard.
   2. All inmates on the yard sat up in dry area instead of lying in a prone position.

   On 11-17-04, appellant was interviewed by the CTF Appeals Coordinator, Mr. P. G. Dennis,
   Correctional Counselor II, to provide him the opportunity to explain his appeal and present
   supporting information or documents. During the interview appellant stated in essence that he
   did not want to prone-out in the mud.

   Inmate HILL, CDC # H43428 is not in the MHSDS. The designated level of care is Not
   Applicable. Consequently a CDC Form 115X, Rules Violation Report: Mental Health
   Assessment Request was not completed as he did not display any bizarre, unusual, or
   uncharacteristic behavior at the time of the infraction or the hearing. It is noted Inmate HILL,
   CDC # H43428 is fluent in English and does not have a T.A.B.E Reading Score below 4.0.

   A thorough review of appellant's appeals package, all of his attachments, and his Central File
   has been completed and reveals the following:

      On 9-24-04, Inmate HILL was issued a CDC 115, RVR Log # V-09-04-075 for the
      specific act of "DISOBEYING AN ORDER."

      Inmate HILL received all documentation to be relied upon more than twenty-four hours
      prior to the hearing. The appellant was present at the hearing on 9-25-04. The charges
      were read to him, and he pled NOT GUILTY, stating "Since I've been here we haven't
      been required to prone out. I was in an area that was muddy, I could have ran to a dry
      place like everyone else. I feel like I'm being."

      The Senior Hearing Officer (SHO), Correctional Lieutenant, Hoffman found Inmate
      HILL GUILTY based on the following: Reporting Employee, Correctional Officer A.
      Cook documents that on 9-20-04, at approximately 0945 hours, a 'Code-I alarm was
      announced on the public address system at CTF-North and all inmates were ordered to
      assume a prone position. Inmate Hill, H43428, LA-322U, failed to comply with the
      order to assume a prone position. Inmate Hill had assumed a seated position on the
      raised concrete base of Light Pole #3.

Second Level Reviewer's Response
**CTF Appeal Log #*CTF-C-04-02836***
Page 2 of 2

<u>**REGULATIONS**</u>**: The rules governing the issues are:**

**California Code of Regulations (CCR), Title 15, Section 3005 (b)**
**California Code of Regulations (CCR), Title 15, Section 3315**
**California Code of Regulations (CCR), Title 15, Section 3323 (h)**

The First Formal Level of Review was bypassed per California Codes of Regulations (CCR) 3084.5(b)(4).

In response to the appellant's issues:

1. Inmates are required to prone-out during an emergency alarm.
2. The inmate orientation manual, received in Receiving & Release states the procedure for emergency alarms and inmates are to lay flat on the ground.

Appellant has not provided any new or additional information upon which to change the disposition of the Senior Hearing Officer, Correctional Lieutenant, K. L. Hoffman or information that would substantiate his claim to dismiss the CDC 115, RVR Log # V-09-04-075 dated 9-20-04.

Appellant was afforded due process, and he was found guilty based on a preponderance of the evidence presented at the hearing. Therefore, based on the aforementioned, appellant's appeal is being Denied at the Second Level of Review.

Reviewed By: _____    11-19-04
                    P. Barker, Chief Deputy Warden, North/South        Date

                    _____    11/22/04
                    A. P. Kane Warden                                    Date

WBC/jlk

cc:     Appeals Office File
        Inmate's Central File

ADDITIONAL PG 1

1  On 9-20-04 During A "Code 1" Alarm I was given an 115 Violation
2  Report, Written by C/o A. Cook, for "Disobeying An Order", to Assume
   A Prone Position
3     I've Been At CTF North since Oct 2002, on "A" Yard, And to this Date
4  The Practice During A Code Alarm Is not to Prone out. But to take
5  A Sitting Position. In A Attempt to try to Imediately Comply with
6  Code Alarm And Practices of North Facility, I took A Seated Pos-
7  ition on the Raised Concrete Base of Light Pole #3. Because Due
   To Watering Efforts to Restore All Grass Areas. (Ground was muddy
8  & Flooded).
9     North Facility Is not in Compliance with Rules & Regulations
10 Set Forth By the Director of Corrections, or the Warden when
11 Pretaining to the Prone out Procedures. So to Write me A
12 115 for Disobeying An Order to Prone out; Shows Bias, Dis-
13 Criminatory Practices, And Differential Treatment. When the
14 Entire North Facility Do not Prone out During Codes.
15    Futhermore, According to C.C.R Title 15. Sec 3312, misconduct
16 Should Be Handled Progressively Pursuant to Disciplinary
17 Methods. And under the Circumstances, the 115 should not
18 Be Applied in this Case. Due to not Being A Violation of Law.
   And Is minor in Nature.
19    115 Final Copy Showing Loss of 30 Days, Div 'F'. As of this
20 this Day. I Have not Recieved it yet. So to Comply with Time
21 Restraints, I'm Sending An Original Copy of 115 Alone
   With this 602 Appeal.
22    And No Reprisal shall Be taken Aloainst me for filing
23 An Appeal. According to Article 8. Section 3087. 1 Right to
24 Appeal, Subsection (d).
25
26 Date: 9-28-04
27
28

ON: _____    BY: _____    [ ] CCO  3  [ ] EOP  [X] NIMHP

DEPARTMENT OF CORRECTIONS

RULES . REPORT    T.A.B.E. ☒ Above ☐ Below 4.0

| CDC NUMBER | INMATE'S NAME | Release/Board Date | INST. | HOUSING NO. | LOG NO. |
|---|---|---|---|---|---|
| H-43428 | HILL | | CTF-North | LA-322U | V-09-04-075 |

| VIOLATED RULE NO(S) | SPECIFIC ACT: | LOCATION: | DATE | TIME |
|---|---|---|---|---|
| CCR §3005(b) | DISOBEYING AN ORDER | 'A' Yard, Light Pole #3 | 9/20/04 | 0945 |

CIRCUMSTANCES

On 9-20-04, at approximately 0945 hours, while I was assigned as an 'A' Yard Canteen Officer, a 'Code-I' alarm was announced on the public address system at CTF-North and all inmates were ordered to assume a prone position. I observed Inmate HILL, H-43428, LA-322U, fail to comply with the order to assume a prone position. Inmate Hill had assumed a seated position on the raised concrete base of Light Pole #3. I positively identified Inmate Hill using his state-issued identification card. I advised inmate Hill that a CDC-115 would be submitted regarding this conduct.

Inmate HILL is aware of this CDC-115 RVR and the specific charge. Inmate HILL is not a mental health patient / participant at any level of care, and did not exhibit behavior that was bizarre, unusual, or uncharacteristic at the time of the events documented in this Rules Violation Report. A referral to the Health Care Services Department for Mental Health Assessment was not made.

| REPORTING EMPLOYEE (Typed Name and Signature) | DATE | ASSIGNMENT | RDO'S |
|---|---|---|---|
| » A. Cook, Correctional Officer | | 'A' Yard Officer | F/S |

| REVIEWING SUPERVISOR'S SIGNATURE | DATE | ☐ INMATE SEGREGATED PENDING HEARING | LOC. |
|---|---|---|---|
| » D.P. Kemp, Correctional Sergeant | 9/23/04 | | |

| CLASSIFIED | OFFENSE DIVISION: | DATE | CLASSIFIED BY (Typed Name and Signature) | HEARING REFERRED TO |
|---|---|---|---|---|
| ☐ ADMINISTRATIVE  ☒ SERIOUS | "F" 0-30 | | » T.G. Jarvis, Correctional Lieutenant | ☐ HO  ☒ SHO  ☐ SC  ☐ FC |

COPIES GIVEN INMATE BEFORE HEARING

| | BY: (STAFF'S SIGNATURE) | DATE | TIME | TITLE OF SUPPLEMENT |
|---|---|---|---|---|
| ☒ CDC 115 | » | | | |
| ☐ INCIDENT REPORT LOG NUMBER | » | DATE | TIME | BY: (STAFF'S SIGNATURE) » | DATE | TIME |

HEARING

Inmate Hill appeared before the Senior Hearing Officer on 9/25/04, at approximately 1530 hours. The purpose for the hearing was explained. Inmate Hill stated his health is good. Inmate Hill acknowledges receiving copies of all relevant documents more than 24 hours prior to this hearing.

(HEARING CONTINUED ON CDC-115 PART-C, PAGE #1)

**FINDINGS:** Inmate Hill has been found GUILTY of being in violation of CCR§ 3005(b), specifically: DISOBEYING AN ORDER. This finding is based on the information provided in the Rules Violation Report, in which the Reporting Employee, Correctional Officer A. Cook documents that on 9-20-04, at approximately 0945 hours, a 'Code-I' alarm was announced on the public address system at CTF-North and all inmates were ordered to assume a prone position. Inmate Hill, H-43428, LA-322U, failed to comply with the order to assume a prone position. Inmate Hill had assumed a seated position on the raised concrete base of Light Pole #3.

**DISPOSITION: Assessed 30 days Forfeiture of Credit,** which is consistent with a Division "F" Offense, per CCR, Title 15, Section §3323(h)(3). Counseled and Reprimanded.

Inmate Hill was advised he will receive a completed copy of the CDC-115 upon final audit by the Chief Disciplinary Officer. Inmate Hill was also advised of his right to appeal, the methods of appealing, and credit restoration procedures.

REFERRED TO    ☐ CLASSIFICATION    ☐ BPT / NAEA

| ACTION BY: (TYPED NAME) | SIGNATURE | DATE | TIME |
|---|---|---|---|
| K.L. Hoffman, Correctional Lieutenant (SHO) | » | | |

| REVIEWED BY: (SIGNATURE) | DATE | CHIEF DISCIPLINARY OFFICER'S SIGNATURE | DATE |
|---|---|---|---|
| » F. Ahl, Facility Captain (A) | | » G.E. Harris, Associate Warden, CDO | |

| ☐ COPY OF CDC 115 GIVEN INMATE AFTER HEARING | BY: (STAFF'S SIGNATURE) » | DATE | TIME |
|---|---|---|---|

CDC 115 (7/88)

00738