HILL, H-43428
CASE NO. 0003285
PAGE 4

This decision exhausts the administrative remedy available to the appellant within CDC. If dissatisfied, the appellant may forward this issue to the State Board of Control, Government Claims Unit, P.O. Box 3035, Sacramento, CA 95812-3035 for further review.

LINDA L. MELCHING, Chief
Inmate Appeals Branch

cc:    Warden, CMC
       Appeals Coordinator, CMC

00829

STATE OF CALIFORNIA                                                     DEPARTMENT OF CORRECTIONS

## REQUEST FOR CORRESPONDENCE APPROVAL
CDC 1074 (8/87)

| FR: LEWIS JONES | TO: WILLIAM DUNCAN |
|---|---|
| TITLE: WARDEN | TITLE: WARDEN |
| INSTITUTION/PAROLE REGION: VALLEY STATE PRISON FOR WOMEN | INSTITUTION/PAROLE REGION: CALIFORNIA MEN'S COLONY-EAST |
| ADDRESS: POST OFFICE BOX 99 CHOWCHILLA, CA 93610-0099 | ADDRESS: POST OFFICE BOX 8101 SAN LUIS OBISPO, CA 93409-8101 |

| 1. INMATE/PAROLEE REQUESTING TO CORRESPOND: LASAUNDRA JENKINS | 2. INMATE/PAROLEE UNDER YOUR JURISDICTION: RAYMOND HILL |
|---|---|
| CDC NUMBER W-87557 | CURRENT STATUS ☒ INMATE ☐ PAROLEE | CDC NUMBER E-43428 | CURRENT STATUS ☒ INMATE ☐ PAROLEE |
| KNOWN GANG AFFILIATION(S): NONE | KNOWN GANG AFFILIATION(S): None |
| MISCELLANEOUS INFORMATION/COMMENTS: FRIEND | MISCELLANEOUS INFORMATION/COMMENTS: |

| COUNSELOR/AGENT'S RECOMMENDATION: ☒ APPROVAL ☐ DENIAL for the following reason: MEETS VSPW CRITERIA | COUNSELOR/AGENT'S RECOMMENDATION: ☒ APPROVAL ☐ DENIAL for the following reason: Consistant with Department C Policy |
|---|---|
| COUNSELOR/AGENT'S SIGNATURE: ▶ R. Ramey        DATE: 3-20-01 | COUNSELOR/AGENT'S SIGNATURE: ▶ D Lloyd CCI    DATE: 13 April 2001 |
| COUNSELOR/AGENT'S NAME (TYPED OR PRINTED) R. RAMEY, CCI | COUNSELOR/AGENT'S NAME (TYPED OR PRINTED) D LLOYD, CCI |
| SUPERVISING AUTHORITY'S DECISION: ☒ APPROVED ☐ DENIED for the following reason: NO REASON TO DENY | SUPERVISING AUTHORITY'S DECISION: ☒ APPROVED ☐ DENIED for the following reason: |
| SIGNATURE: ▶         DATE: 3-20-01 TITLE: B.E. STEBBINS, FACILITY C CAPTAIN (A) | SIGNATURE: ▶         DATE: TITLE: F/C |

| INSTRUCTIONS: If request is denied, note reason and notify inmate/parolee #1. If request is approved by requesting facility, retain pending copy and forward request to inmate/parolee #2's supervising authority. | INSTRUCTIONS: Receiving facility to retain last two copies (1 for inmate/parolee, 1 for inmate/parolee's file and return remainder to requesting facility. DISTRIBUTION (After processing): Original — Inmate/Parolee #1's File copy — Inmate/Parolee #1 copy — Inmate/Parolee #2's File copy — Inmate/Parolee #2 copy — Retained by requesting facility until process completed. |
|---|---|

00830

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

## DIRECTOR'S LEVEL APPEAL DECISION 

Date: **APR 0 4 2001**

In re:      Hill, H-43428
California Men's Colony
P.O. Box 8101
San Luis Obispo, CA 93409-8101

IAB CASE NUMBER:       0001127
LOCAL LOG NO.:         CMC 00-0875

This matter was reviewed on behalf of the Director of the California Department of Corrections (CDC) by Appeals Examiner R. Floto, Facility Captain.

### ISSUE

Whether or not staff acted appropriately on the appellant's request.

### ARGUMENTS

I

It is the appellant's position that he had surgery on his right shoulder. He maintains that surgery has not cured his condition and that he continues to suffer pain.

The appellant requests medication and rehabilitation for his medical condition.

II

It is staff's position that treatment of the appellant's condition is being appropriately provided.

### FINDINGS

The rules governing this issue are:

**California Code of Regulations, Title 15, Section (CCR) 3350. Provision of Medical Care and Definitions.**
(a) The department shall only provide medical services for inmates which are based on medical necessity and supported by outcome data as effective medical care. In the absence of available outcome data for a specific case, treatment will be based on the judgment of the physician that the treatment is considered effective for the purpose intended and is supported by diagnostic information and consultations with appropriate specialists. Treatments for conditions which might otherwise be excluded may be allowed when, in the judgment of the treating physician, cause

0001127

HILL, H-43428
CASE NO. 0001127
PAGE 2

factors warrant consideration and prior approval is obtained from the health care review committee.

**CCR 3350.1.  Medical Treatment/Service Exclusions.**

(a) Treatment refers to attempted curative treatment and does not preclude palliative therapies to alleviate serious debilitating conditions such as pain management and nutritional support. Treatment shall not be provided for the following conditions:

(1) Conditions that improve on their own without treatment. Examples include, but are not limited to:

(A) Common cold.

(B) Mononucleosis.

(C) Viral hepatitis A.

(D) Viral pharyngitis.

(E) Mild sprains.

(2) Conditions that are not readily amenable to treatment, including, but not limited to, those which may be made worse by treatment with conventional medication or surgery, and those that are so advanced in the disease process that the outcome would not change with existing conventional or heroic treatment regimens. Examples include, but are not limited to:

(A) Multiple organ transplants.

(B) Temporomandibular joint dysfunction.

(C) Grossly metastatic cancer.

(3) Conditions that are cosmetic. Examples include, but are not limited to:

(A) Removal of tattoos.

(B) Removal of nontoxic goiter.

(C) Breast reduction or enlargement.

(D) Penile implants.

(d) Treatment for those conditions that are excluded within these regulations may be provided in cases where all of the following criteria are met:

(1) The inmate's attending physician prescribes the treatment.

(2) The service is approved by the medical authorization review committee and the health care review committee. The decision of the review committees to approve an otherwise excluded service shall be based on:

(A) Available health care outcome data supporting the effectiveness of the services as medical treatment.

(B) Other factors, such as:

1. Coexisting medical problems.

2. Acuity.

3. Length of the inmate's sentence.

4. Availability of the service.

5. Cost.

**CCR 3350.2.  Off-Site Health Care Treatment.**

(a) Each facility shall maintain contractual arrangements with local off-site agencies for those health services deemed to be medically necessary as defined in section 3350(b)(1), and that are not provided within the facility. Such services may include medical, surgical, laboratory, radiological, dental, and other specialized services likely to be required for an inmate's health care.

HILL, H-43428
CASE NO. 0001127
PAGE 3

       (b) When necessary services are not available for an inmate within a facility, the facility's chief medical or dental officer may request the institution head's approval to temporarily place that inmate in a community medical facility for such services.

       (c) In an extreme emergency when a physician is not on duty or immediately available, the senior custodial officer on duty may, with assistance of on-duty health care staff, place an inmate in a community medical facility. Such emergency action shall be reported to the facility's administrative and medical officers-of-the-day as soon as possible.

**CCR 3354. Health Care Responsibilities and Limitations.**
       (a) Authorized Staff. Only facility employed medical staff, contractors paid to perform medical services for the facility, or persons employed as medical consultants shall be permitted to diagnose illness, prescribe medication and medical treatment for inmates. No other personnel or inmate may do so.

       (e) Medical Sick Call. Each department facility confining inmates shall schedule times and locations for providing routine medical attention to general population inmates. A medical doctor registered nurse or medical technical assistant shall make daily visits to each nongeneral population housing unit to provide medical attention to inmates unable to use the sick call services provided for general population inmates. Staff conducting sick call shall screen medical problems appearing to require further medical attention and shall evaluate requests for appointments with other medical staff. A facility physician shall personally visit each specialized housing unit at least once each week.

All submitted documentation and supporting arguments of the parties have been considered. The documentation and arguments presented are persuasive that this appeal was addressed appropriately at the Second Level of Review.

In this particular matter, the appellant's contention that he has not received adequate medical care is refuted by the medical records and professional staff familiar with the appellant's medical history. A review of the appellant's medical file was conducted by the Health Care Manager, Dr. R. Meyers. The appellant had surgery to his right shoulder after filing this CDC Form 602, Inmate/Parolee Appeal Form, on September 21, 2000. He is currently being provided physical therapy and the medication Motrin for treatment of his condition. He was instructed to utilize the established institutional sick call process if his discomfort persisted. The institution shall only provide medical services for inmates which are based upon medical necessity and supported by outcome data as effective medical care. The appellant is advised that each practitioner determines, at the time of treatment, the extent of treatment for the health care problem.

The appellant has not presented compelling argument to warrant modification of the decision reached by the institution.

<div align="center">DECISION</div>

The appellant's request was appropriately denied.

The appeal is denied.

<div align="center">ORDER</div>

No changes or modifications are required by the institution.

HILL, H-43428
CASE NO. 0001127
PAGE 4

This decision exhausts the administrative remedy available to the appellant within CDC.

LINDA L. MELCHING, Chief
Inmate Appeals Branch

cc:     Warden, CMC
        Appeals Coordinator, CMC



STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

## DIRECTOR'S LEVEL APPEAL DECISION

Date: **APR 0 4 2001**

In re: Hill, H-43428
California Men's Colony
P.O. Box 8101
San Luis Obispo, CA 93409-8101

IAB CASE NUMBER: 0001010
LOCAL LOG NO.: CMC 00-0564

This matter was reviewed on behalf of the Director of the California Department of Corrections (CDC) by Appeals Examiner R. Floto, Facility Captain.

### ISSUE

Whether or not staff acted appropriately on the appellant's request.

### ARGUMENTS

I

It is the appellant's position that Correctional Officer (CO) Furster acted in an unprofessional manner on March 29, 2000. He claims that CO Furster made derogatory remarks toward him and threw a laundry bag at him. He contends that CO Furster displayed contempt toward him.

The appellant is requesting the institution investigate and take disciplinary action against CO Furster.

II

It is staff's position that the institution is in compliance with State law and regulations. An investigation was conducted which revealed the appellant's complaint to be unsubstantiated.

### FINDINGS

The rules governing this issue are:

**California Penal Code Section (PC) 832.7. Personnel records; confidentiality; discovery; exceptions; complaint disposition notification**
　　(a) Peace officer personnel records and records maintained by any state or local agency pursuant to Section 832.5, or information obtained from these records, are confidential and shall not be disclosed in any

0001010

HILL, H-43428
CASE NO. 0001010
PAGE 2

criminal or civil proceeding except by discovery pursuant to Sections 1043 and 1046 of the Evidence Code. This section shall not apply to investigations or proceedings concerning the conduct of police officers or a police agency conducted by a grand jury, a district attorney's office, or the Attorney General's office.

(b) Notwithstanding subdivision (a), a department or agency shall release to the complaining party a copy of his or her own statements at the time the complaint is filed.

(c) Notwithstanding subdivision (a), a department or agency which employs peace officers may disseminate data regarding the number, type, or disposition of complaints (sustained, not sustained, exonerated, or unfounded) made against its officers if that information is in a form which does not identify the individuals involved.

(d) Notwithstanding subdivision (a), a department or agency which employs peace officers may release factual information concerning a disciplinary investigation if the peace officer who is the subject of the disciplinary investigation, or the peace officer's agent or representative, publicly makes a statement he or she knows to be false concerning the investigation or the imposition of disciplinary action. Information may not be disclosed by the peace officer's employer unless the false statement was published by an established medium of communication, such as television, radio, or a newspaper. Disclosure of factual information by the employing agency pursuant to this subdivision is limited to facts contained in the peace officer's personnel file concerning the disciplinary investigation or imposition of disciplinary action that specifically refute the false statements made public by the peace officer or his or her agent or representative.

(e) The department or agency shall provide written notification to the complaining party of the disposition of the complaint within 30 days of the disposition.

The notification described in this subdivision shall not be conclusive or binding or admissible as evidence in any separate or subsequent action or proceeding brought before an arbitrator, court, or judge of this state or the United States.

(f) Nothing in this section shall affect the discovery or disclosure of information contained in a peace officer's personnel file pursuant to Section 1043 of the Evidence Code.

**PC 832.8. Personnel records**

As used in Section 832.7, "personnel records" means any file maintained under that individual's name by his or her employing agency and containing records relating to any of the following:

(a) Personal data, including marital status, family members, educational and employment history, home addresses, or similar information.

(b) Medical history.

(c) Election of employee benefits.

(d) Employee advancement, appraisal, or discipline.

(e) Complaints, or investigations of complaints, concerning an event or transaction in which he or she participated, or which he or she perceived, and pertaining to the manner in which he or she performed his or her duties.

(f) Any other information the disclosure of which would constitute an unwarranted invasion of personal privacy.

HILL, H-43428
CASE NO. 0001010
PAGE 3

**California Code of Regulations, Title 15, Section (CCR) 3004. Rights and Respect of Others.**

(a) Inmates and parolees have the right to be treated respectfully, impartially, and fairly by all employees. Inmates and parolees have the responsibility to treat others in the same manner. Employees and inmates may use first names in conversation with each other when it is mutually acceptable to both parties.

(b) Inmates, parolees and employees will not openly display disrespect or contempt for others in any manner intended to or reasonably likely to disrupt orderly operations within the institutions or to incite or provoke violence.

(c) Inmates, parolees and employees will not subject other persons to any form of discrimination because of race, religion, nationality, sex, political belief, age, or physical or mental handicap.

**CCR 3391. Conduct.**

(a) Employees shall be alert, courteous, and professional in their dealings with inmates, parolees, fellow employees, visitors and members of the public. Inmates and parolees shall be addressed by their proper names, and never by derogatory or slang reference. Prison numbers shall be used only with names to summon inmates via public address systems. Employees shall not use indecent, abusive, profane, or otherwise improper language while on duty. Irresponsible or unethical conduct or conduct reflecting discredit on themselves or the department, either on or off duty, shall be avoided by all employees.

All submitted documentation and supporting arguments of the parties have been considered. The documentation and arguments presented are persuasive that this appeal was addressed appropriately at the Second Level of Review.

Upon review of the documentation submitted, it is determined that the appellant's allegations have been reviewed and evaluated by administrative staff and a fact-finding investigation has been completed by the institution. Upon completion of that review the appellant was notified that the inquiry had been completed and the complaint was unsubstantiated. The appellant did not provide credible evidence or witnesses to substantiate the allegation of staff misconduct.

Although appellant has the right to submit an appeal as a staff complaint, the request for disciplinary action regarding staff or the placement of documentation in a staff member's personnel file is beyond the scope of the appeals process.

The appeal was granted in part at the Second Level of Review by addressing the appellant's concerns. The appellant has not presented compelling argument to warrant modification of the decision reached by the institution.

## DECISION

The appellant's request was appropriately granted in part.

The appeal is denied.

## ORDER

No changes or modifications are required by the institution.

HILL, H-43428
CASE NO. 0001010
PAGE 4

This decision exhausts the administrative remedy available to the appellant within CDC.

LINDA L. MELCHING, Chief
Inmate Appeals Branch

cc:    Warden, CMC
       Appeals Coordinator, CMC

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

C-FILE

Location: Institution/Parole Region 1. **CMC-E**   Log No. **01-0408**   Category **#7**

2. _____   2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME **HILL, R.B.**   NUMBER **H93428**   ASSIGNMENT **JACKET FACTORY**   UNIT/ROOM NUMBER **AB 234?X**

A. Describe Problem: THIS IS A CITIZENS COMPLAINT PURSUANT TO P.C. 832.5 AGAINST A CDC EMPLOYEE C. LOPEZ (SUPV.) & F. VILLARREAL (SUPT. II). AND/OR ALSO HEREBY GIVES NOTICE TO DIRECTOR OF CORRECTIONS: (TERHUNE), WARDEN: W. DUNCAN, PIA, CMC-EAST, PAUL KELLY (PIA. MGR.), L. SARGENT (PIA. ADMIN). TO WIT: P.C. 132 C. LOPEZ AIDED & ASSISTED BY F. VILLARREAL DID DELIBERATELY & INTENTIONALLY WROTE, "SKILL & KNOWLEDGE" AND ABILITY WITH "TOOLS & EQUIPMENT" TO JUSTIFY & AUTHORIZE A REDUCTION IN APPELLANTS PAY RATE. PER (D.O.M.) 51131.12 (SEE CONT.).

If you need more space, attach one additional sheet.

B. Action Requested: (1) THAT AN INVESTIGATION BE CONDUCTED PER (D.O.M.) 31140. 7(2) THAT C. LOPEZ & F. VILLARREAL BE REPREMANDED FOR THEIR ACTIONS & MISCONDUCT, ADEQUATELY SUPERVISED, TRAINED, & CONTROLED IN RIGHTS AND RESPECT OF OTHERS & DISCIPLINARY METHODS, (3) THAT SAID FALSE CDC 101 WORK REPORT BE EXSPUNGED FROM ANY & ALL APPELLANTS F/m FILES (SEE C

Inmate/Parolee Signature: _Raymond B. Hill H93428_   Date Submitted: 2-23-01

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

BYPASS

Staff Signature: _____   Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS

Signature: _____   Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

FEB 26 2001
CMC APPEALS OFFICE

00839

**E. REVIEWER'S ACTION** (Complete within 15 working days): Date assigned: _____   Due Date: **APR 16 2001**

☐ Granted   ☐ P. Granted   ☒ Denied   ☐ Other

First Level   _____   Date: **MAR 0 5 2001**

Interviewed by: J. interviewed Inmate Hill, H-43428 on 4/9/01. DENIED. I/M Hill's claims were not supported. Staff took appropriate action when I/M Hill was found in possession of contraband, with the intent of removing the stolen material from the work site. Staff followed the correct disciplinary process in issuing a CDC-128-B chrono to I/M Hill for his actions.

Staff Signature: Paul E. Kelly   Date Completed: 4/11/01   Title: P. I. Manager
Division Head Approved: Larry S. Sargent   Returned Date to Inmate: 4/11/01   Title: P. I. Administrator
Signature: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to institution or Parole Region Coordinator within 15 days of receipt of response.

_____
_____
_____
_____
_____

Signature: _____   Date Submitted: _____

Second Level   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other

**G. REVIEWER'S ACTION** (Complete within 10 working days): Date assigned: _____   Due Date: _____
☐ See Attached Letter

Signature: _____   Date Completed: _____

Warden/Superintendent Signature: _____   Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____
_____
_____
_____
_____
_____

Signature: _____   Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

**DIRECTOR'S ACTION:** ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other
☐ See Attached Letter

Date: _____

CDC 602 (12/87)

00840

PG 1

HILL H43428

A. DESCRIBE PROBLEM (CONT.

This Falsified CDC 101 Work Report was placed in Appellants C-File, F/m Work History File & F/m Employability Web-Site, etc And will Effect Appellant in the Future if taken as True.

"ISSUES"

- 1. Appellant had recently recieved a CDC 128B-1 (Recommending an Adverse Action) which is presently on Appeal List# CMC-E-01-0031

- 2. Prior to Said 128-B, Appellant has an excellent work history, and No Prior Disciplinary Actions or Counseling, and was Recommended for a Pay increase to 70¢ (Pay Grade 2-B)

- 3. Said CDC 101 Work Report C. Lopez Falsified, giving Appellant a Unsatisfactory F/m Work Report was to Justify & Authorize a Reduction in Appellants Pay increase & an Additional 10¢ of Appellants Present Pay Scale, and is a Punishment without Due Process per (D.O.M) 51121.12.

- 4. Appellants Skill & Knowledge as well as Abilities to operate & Use Tools & Equipment has not Diminished at all, if anything they have increased. So these statements/Remarks, as well as being Supervised by C. Lopez for my 29 months of Assignment, is False.

   C. Lopez & F. Villareal abused their Authority & Dereliction of their Assigned Duties & Responsibilities, and is not Adequately Trained, Supervised, or controled in Rules, Regulations, & Policies, and is in Violation of P.C. 132, CCR Title 15. 3391, 3004 (c)(c), (D.O.M) 51121.12, These Actions are Prohibited and Brings Disrespect on the Dept. of Corrections.

OVER

00841

B. Action Requested Cont.

4. THAT APPELLANT PAY INCREASE & PAY SCALE BE RESTORED FORTHWITH, AS WELL AS BACK PAY IF ANY

5. THAT A COPY OF APPELLANTS RECOMMENDATION form for $/m PAY INCREASE TO 70¢ AND WRITTEN form CANCELLING SAID $/m PAY INCREASE BE ATTACHED TO THIS 602

6. THAT 602 GOES INTO C. LOPEZ & F. VILLARREAL'S STATE Employ-EE PERSONNEL FILE for 5 YR.

7. APPELLANT FORMALLY REQUEST C. LOPEZ & F. VILLARREAL & RESPOND-ING SUPERIORS CIVIL SERVANT No# (CS). APPELLANT MAKES THIS FORMAL REQUEST AS A CITIZEN OF THE STATE of CALIFORNIA.

8. THAT EACH ISSUE & ACTION REQUESTED BE ADDRESSED SEPERATELY IN WRITING, OR APPELLANT DEEM THEM UNCONTESTED.

9. NO REPRISAL PER C.C.R. TITLE 15 3084.1.(d).

STATE OF CALIFORNIA
CDC 101 (Rev. 4/82)

**WORK SUPERVISOR'S REPORT**

DEPARTMENT OF CORRECTIONS

| GRADES | GRADE | |
|---|---|---|
| 1 = Exceptional | 3 | A. Demonstrated Skill and Knowledge |
| 2 = Above Average | 2 | B. Attitude Toward Fellow Inmates and Workers |
| 3 = Satisfactory | 2 | C. Attitude To Supervisors and Staff |
| 4 = Below Average | 3 | D. Interest in Assigned Work |
| 5 = Unsatisfactory | 3 | E. Effort Displayed in Assigned Work |

| GRADE | |
|---|---|
| 2 | F. Teamwork and Participation |
| 3 | G. Learning Ability |
| 3 | H. Use of Tools and Equipment |
| 3 | I. Quality of Work |
| 3 | J. Quantity of Work |

PAY STATUS: From $ 5C.30  To $ 5A.40  From Job No. .029  To Job No. same

Total No. Hours Assigned ____    Total No. Hours Worked 7    LENGTH OF SUPERVISION 2 months

SUBJECT ASSIGNED TO FAB-I.029    DATE ASSIGNED 8/21/98    ACTUAL WORK CONSISTS OF: Sewing Machine Operator    PERIOD COVERED BY REPORT Monthly

RECOMMEND FOR: ☐ REASSIGNMENT   ☒ RETAIN   ☐ PAY INCREASE   ☐ PAY DECREASE    INMATE'S INITIALS

COMMENTS (IF MORE SPACE REQUIRED, USE REVERSE SIDE)
Demonstrates teamwork and willingness, outstanding learning ability.

SUPERVISOR R. Johnson, Supvr

INMATE'S NAME Hill, Raynard    NUMBER H-43428    WORK DETAIL PIA    INSTITUTION CMC-East    ETHNICITY Black    DATE 10/98

---

STATE OF CALIFORNIA
CDC 101 (Rev. 4/82)

**WORK SUPERVISOR'S REPORT**

DEPARTMENT OF CORRECTIONS

| GRADES | GRADE | |
|---|---|---|
| 1 = Exceptional | 3 | A. Demonstrated Skill and Knowledge |
| 2 = Above Average | 3 | B. Attitude Toward Fellow Inmates and Worker |
| 3 = Satisfactory | 2 | C. Attitude To Supervisors and Staff |
| 4 = Below Average | 2 | D. Interest in Assigned Work |
| 5 = Unsatisfactory | 2 | E. Effort Displayed in Assigned Work |

| GRADE | |
|---|---|
| 3 | F. Teamwork and Participation |
| 3 | G. Learning Ability |
| 3 | H. Use of Tools and Equipment |
| 3 | I. Quality of Work |
| 3 | J. Quantity of Work |

PAY STATUS: From $0.60  To $ $0.60  From Job No. ____  To Job No. ____

Total No. Hours Assigned ____    Total No. Hours worked ____    LENGTH OF SUPERVISION 24 MONTHS

SUBJECT ASSIGNED TO FAB-I.007    DATE ASSIGNED 7/16/99    ACTUAL WORK CONSISTS OF: CUTTER, MACHINE (any industry)    PERIOD COVERED BY REPORT QUARTERLY

RECOMMENDED FOR: ☐ REASSIGNMENT   ☒ RETAIN   ☐ PAY INCREASE   ☐ PAY DECREASE    INMATE'S INITIALS

COMMENTS (IF MORE SPACE REQUIRED, USE REVERSE SIDE)
DILIGENT WORKER; OUTPUT VERY GOOD. NEEDS VERY LITTLE SUPERVISION. FRIENDLY AND HELPFUL.

SUPERVISOR R. Johnson, Industrial Supervisor

INMATE'S NAME HILL, RAYNARD    NUMBER H-43428    WORK DETAIL P.I.A.    INSTITUTION CMC-E    ETHNICITY BLACK    DATE 8/25/99

---

STATE OF CALIFORNIA
CDC-101 (1/92)

**WORK SUPERVISOR'S REPORT**

DEPARTMENT OF CORRECTIONS

| GRADES | GRADE | |
|---|---|---|
| 1 = EXCEPTIONAL | 3 | A. DEMONSTRATED SKILL AND KNOWLEDGE |
| 2 = ABOVE AVERAGE | 2 | B. ATTITUDE TOWARD FELLOW INMATES AND WORKERS |
| 3 = SATISFACTORY | 3 | C. ATTITUDE TOWARD SUPERVISORS AND STAFF |
| 4 = BELOW AVERAGE | 2 | D. INTEREST IN ASSIGNED WORK |
| 5 = UNSATISFACTORY | 3 | E. EFFORT DISPLAYED IN ASSIGNED WORK |

| GRADE | |
|---|---|
| 2 | F. TEAMWORK AND PARTICIPATION |
| 3 | G. LEARNING ABILITY |
| 3 | H. USE OF TOOLS AND EQUIPMENT |
| 2 | I. QUALITY OF WORK |
| 3 | J. QUANTITY OF WORK |

PAY STATUS: FROM $ .65  TO $ .65  FROM JOB NO. ____  TO JOB NO. ____

TOTAL # Hours Assigned: ____    TOTAL # Hours Worked: 7    PERIOD COVERED BY REPORT QUARTERLY

INMATE ASSIGNED TO FAB-I.011 (I13)    DATE ASSIGNED 04-19-2000    ACTUAL WORK CONSISTS OF: Sewing Machine Operator

RECOMMENDED FOR: ☐ REASSIGNMENT   ☒ RETAIN   ☐ PAY INCREASE   ☐ PAY DECREASE    INMATE'S INITIALS

COMMENTS (IF MORE SPACE IS NEEDED, USE REVERSE SIDE) Doing good job, has good
quality and gets along well with other workers.    CODE OF SAFE PRACTICES REVIEWED  SUPV'S INITIALS    INMATE'S INITIALS

SUPERVISOR C. Lopez    LENGTH OF SUPERVISION 26 Months    WORK DETAIL JACKET FACT    ETHNICITY BLA

INMATE'S NAME HILL, RAYNARD    Cell: 2347    CDC NUMBER H-43428    INSTITUTION CMC-East    DATE 10-31-2000

ISSUED 12-6-00

00843

.. ..ly 1525 hours,  : 12/11/00, while performing th   routine shake down for work  H 43428        2?47x             CDC 128
release of the PIA Jacket Factory.  Inmate Hill came back to the Factory and stated, " I for
"something ", he then headed towards his designated work area.  As Hill was leaving the Facto
for the second time, I noticed that his jacket was suspiciously rolled up in his hand.  I as
Hill what was in the jacket, and he stated, " nothing ".  I then searched the jacket and
discovered hidden contraband rolled up inside his jacket.  I recognized the contraband as be
PIA Jacket Factory material (Black Elastic approx. 8" x 30"  and approx. 5 jacket snaps).
Inmate Hill was counseled the next morning by myself and F. Villarreal, Superintendent II.  H
was informed that he would be receiving a pay reduction as this is PIA policy.  Inmate Hill
appeared not to be receptive to counseling.

Orig:   C File
        PIA File
        Jacket Factory
        Inmate

C. LOPEZ
Supervisor
Jacket Factory

F. VILLARREAL
Superintendent II
Jacket Factory

DATE 12/13/00

#### **\*\*\*\* PAY REDUCTION \*\*\*\***    CMC-E        GENERAL CHRON(

STATE OF CALIFORNIA
CDC 103 (Rev 4.82)

## WORK SUPERVISOR'S REPORT                    DEPARTMENT OF CORRECTION

| GRADES | GRADE | | GRADE | |
|---|---|---|---|---|
| 1 = Exceptional | 4 | A. Demonstrated Skill and Knowledge | | |
| 2 = Above Average | 2 | B. Attitude Toward Fellow Inmates and Workers | 2 | F. Teamwork and Participation |
| 3 = Satisfactory | 3 | C. Attitude To Supervisors and Staff | 3 | G. Learning Ability |
| 4 = Below Average | 3 | D. Interest in Assigned Work | 4 | H. Use of Tools and Equipment |
| 5 = Unsatisfactory | 3 | E. Effort Displayed in Assigned Work | 3 | I. Quality of Work |
| | | | 3 | J. Quantity of Work |

| PAY STATUS: From $ .65 | To $ .55 | From Job No. 3A | To Job No. 3C |
|---|---|---|---|
| Total No. Hours Assigned 7 | | Total No. Hours Worked 7 | |

| SUBJECT ASSIGNED TO | DATE ASSIGNED | ACTUAL WORK CONSISTS OF: | LENGTH OF SUPERVISION |
|---|---|---|---|
| Jacket Factory | 8-20-98 | Sewing Machine Operator | |

RECOMMEND FOR: ☐ REASSIGNMENT   ☐ RETAIN   ☐ PAY INCREASE   ☒ PAY DECREASE    PERIOD COVERED BY REPORT

COMMENTS (IF MORE SPACE REQUIRED, USE REVERSE SIDE)                    INMATE'S INITIALS
Received a CDC-128 on 12-13-00 for possession of contraband and attempting to remove items from factory...

| SUPERVISOR C. Lopez | WORK DETAIL Jacket Ln. | ETHNICITY |
|---|---|---|
| INMATE'S NAME HILL, RAYNARD | NUMBER H-43428 | INSTITUTION CMC-EAST |
| | | Blk |
| | | DATE 12-18-00 |

STATE OF CALIFORNIA
CDC-101 (1/92)

## WORK SUPERVISOR'S REPORT                    DEPARTMENT OF CORRECTION

| GRADES | GRADE | | GRADE | |
|---|---|---|---|---|
| 1 = EXCEPTIONAL | 3 | A. DEMONSTRATED SKILL AND KNOWLEDGE | | |
| 2 = ABOVE AVERAGE | 2 | B. ATTITUDE TOWARD FELLOW INMATES AND WORKERS | 3 | F. TEAMWORK AND PARTICIPATION |
| 3 = SATISFACTORY | 3 | C. ATTITUDE TOWARD SUPERVISORS AND STAFF | 3 | G. LEARNING ABILITY |
| 4 = BELOW AVERAGE | 2 | D. INTEREST IN ASSIGNED WORK | 3 | H. USE OF TOOLS AND EQUIPMENT |
| 5 = UNSATISFACTORY | 3 | E. EFFORT DISPLAYED IN ASSIGNED WORK | 3 | I. QUALITY OF WORK |
| | | | 3 | J. QUANTITY OF WORK |

| PAY STATUS: FROM $ | TO $ | FROM JOB NO. | TO JOB NO. |
|---|---|---|---|
| TOTAL # Hours Assigned: 7 | | TOTAL # Hours Worked: 7 | |

| INMATE ASSIGNED TO FAB-4011 (I13) | DATE ASSIGNED 04-19-2000 | ACTUAL WORK CONSISTS OF Sewing Machine Operator | PERIOD COVERED BY REPORT QUARTERLY |
|---|---|---|---|

RECOMMENDED FOR: ☐ REASSIGNMENT   ☒ RETAIN   ☐ PAY INCREASE   ☐ PAY DECREASE    INMATES INITIALS

COMMENTS (IF MORE SPACE IS NEEDED, USE REVERSE SIDE)    CODE OF SAFE PRACTICES REVIEWED SUPVS INITIALS
...ets along well with others.  Conscientious and steady worker.

| SUPERVISOR C. Lopez | LENGTH OF SUPERVISION 29 Months | WORK DETAIL JACKET FACT | INMATES INITIALS |
|---|---|---|---|
| INMATES NAME HILL, RAYNARD | Cell: 2347  CDC NUMBER H-43428 | INSTITUTION CMC-East | ETHNICITY BLA |
| | | | DATE 02-01-2001 |

00844

ADDITIONAL pg 1          HILL H43428

On 12-11-00, APPROX 3:30 pm, I was OBSERVED LEAVING SHOP WITH CONTRABAND By C. LOPEZ. A FRIEND ASKED me TO PUT (4) SNAPS ON A PIECE of BLACK ELASTIC, TO BE USED for A BACK BRACE. IN my 2yrs. working in JACKET LINE, I NEVER HAVE SEEN THIS TYPE of MATERIAL, AND NEVER HAVE OR HAD ANY ACCESS TO SUCH MATERIAL. IF I'D KNOWN OR THOUGHT THIS TYPE of MATERIAL could've CAME FROM THE SHOP, I WOULDN'T HAVE BROUGHT IT IN, LEAVE, AND CAME BACK A SECOND TIME WITH IT, TO RETRIEVE A LUNCH SACK THAT I ASKED Mr. JOHNSON IF I COULD GET. I KNOW I AM GUILTY OF NOT ASKING PERMISSION TO BRING SOMETHING IN, AND THE (4) SNAPS. IN my 2yrs, I'VE HAD NO TYPE of DISCIPLINARY ACTIONS AGAINST me, my WORK PERFORMANCE SPEAKS for ITSELF (SEE WORK PERFORMANCE REPORTS). RECOMENDATION & PAPERWORK WAS PUT in for me A RAISE TO 70¢ (B) SLOT. AFTER OVER A YEAR OF WAITING AND BEING SKIPPED OVER. DO TO my SKILL Level & my QUALITY OF WORK, I'VE WORKED HARD & DESEVE my PAY. ACCORDING TO DISCIPLINARY METHODS, AND ACTIONS TAKEN BY STAFF IN JACKET FACTORY, A WARNING OR 128A WAS APPROPRIATE DUE TO THE NONENTRY TAKEN ON MORE SEVERE, AND SIMILAR INCIDENTS. TO DEDUCT my PAY, AND NOT NONE OF THE FOLLOWING INMATES CAUGHT WITH CONTRABAND, MATERIAL OUT OF THE SHOP, & SMOKING IN THE SHOP, IS A CLEAR SIGN OF DISCRIMINATORY & DIFFERENTIAL TREATMENT BY STAFF MEMBERS TOWARDS me AND OTHER INMATES.

* LIST OF INCIDENTS OF INMATES USE of SHOP MATERIAL AS CONTRABAND:

1. F. VILLEREAL: DANNY WOLFF C4428K (WHT) TOOK GRAY QUILT MATERIAL APPROX 11-00 AND OUT OF SHOP CONCELLED & WITHOUT PERMISSION. WAS CAUGHT BY PLAZA STAFF AND RETURNED TO SHOP. DISPOSITION: NOTHING!

2. R. JOHNSON: DON McCUTCHEON C4L688 (WHT) & ALEN LAWTON K20457 APPROX 2MO. AND (WHT) WAS CAUGHT MAKING SHOWER BAGS OUT OF BLUE QUILT MATERIAL. WAS TAKEN BY JOHNSON. DISPOSITION: NOTHING!

00845

HILL H43428

3. R. Bhagon: Paul Ruddy K55555 (WHT) was caught with a piece of leather material and a piece of the same black elastic in question. Disposition: Taken, no write up or reduction of pay.

4. C. Lopez: Angel Ochoa D04172 (mex) was caught with 12.13.00 leather material, making a CD player case. Disposition: Nothing.

5. C. Lopez: Jonas Ukstin K31969 (mex) 3190x, asked me Lopez how to shorten sleeves on a state issued 4864 CDC jacket (altering state property) during work hrs, he cut sleeves and put 4885 knit cuff in sleeve. No Disposition

* Since fire in Boot Factory & Health & Safty concerns. Top management demanded strict enforcement & severe penalties if caught smoking or smoking items in PIA.

1. R. Johnson: Richard Wolff J79777 (WHT) caught smoking in bathroom of shop. Disposition: Write up, no reduction of pay.

2. C. Lopez: Damion Merez P72171 (mex) & Raymund Gill, caught smoking in bathroom of shop, setting off smoke alarm. Disposition: Nothing (don't do it again)

3. R. Johnson: James Smith J29904 (WHT) was caught with cigarrett. Disposition: 128A Warning

* In all of these instances where contraband, shop material used, & smoking, no one else recieved a reduction of pay. C. Lopez gave me an ulta-maduin or a reduction of pay for a job change. I worked hard and a long time to reach this level of pay, and will do whatever to keep it.

00846

(VERIFICATION - 446, 2015.5 C.C.P.)

STATE OF CALIFORNIA
COUNTY OF SAN LUIS OBISPO

I am the party of the above entitled actions; a citizen of the United States and over the age of eighteen years;
and a resident of San Luis Obispo County. My current address is:

_KAYNARD B. HILL  H43428_
California Men's Colony - East
P.O. Box 8101 Room __2347X__
San Luis Obispo, CA 93409-8101

I CERTIFY (OR DECLARE), UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON _FEB 23, 2001_ AT SAN LUIS OBISPO, CALIFORNIA, 93409-8101.

_Kaynard B. Hill_
PETITIONER/

∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗

PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA
COUNTY OF SAN LUIS OBISPO

I AM A RESIDENT OF SAID COUNTY, I AM OVER THE AGE OF EIGHTEEN YEARS AND NOT A PARTY TO THE ABOVE
ENTITLED ACTION. MY BUSINESS ADDRESS IS:

_KAYNARD B. HILL  H43428_
CALIFORNIA MEN'S COLONY - EAST
P.O. BOX 8101 / ROOM __2347X__
SAN LUIS OBISPO, CALIFORNIA 93409-8101

ON _FEB. 23RD_, 20_01_, I SERVED THE WITHIN _CDC 602, CDC 101 WORK REPORTS,_
_CDC 128 B-1, RIGHTS & RESPONSIBILITY CDC 1858, LIST OF INCIDENTS 2 pc's, 1 CMT. Pg._
ON THE _STAFF COMPLAINT_
IN SAID ACTION, BY PLACING A TRUE COPY THEREOF IN A SEALED ENVELOPE WITH POSTAGE THEREON
PREPAID, IN THE UNITED STATES MAIL, AT CALIFORNIA MEN'S COLONY, SAN LUIS OBISPO, CALIFORNIA,
93409-8101, ADDRESSED AS FOLLOWS:

I DECLARE, UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON _FEB 23, 2001_ AT SAN LUIS OBISPO COUNTY.

_Kaynard B. Hill_
SIGNATURE OF DECLARANT

CMC-AS-007 (REV. 12/99)

00847

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS

CDC 1858 (2/97)

# RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

**Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:**

YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER [this includes a departmental peace officer] FOR ANY IMPROPER POLICE [or peace] OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' [or inmates'/parolees'] COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN [or inmate/parolee] COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.

IT IS AGAINST THE LAW TO MAKE A COMPLAINT THAT YOU KNOW TO BE FALSE. IF YOU MAKE A COMPLAINT AGAINST AN OFFICER KNOWING IT IS FALSE, YOU CAN BE PROSECUTED ON A MISDEMEANOR CHARGE. [An inmate/parolee who makes a complaint against a departmental peace officer, knowing it is false, may be issued a serious disiplinary rule violation, in addition to being prosecuted on a misdemeanor charge.]

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED | |
|---|---|---|---|
| INMATE/PAROLEE PRINTED NAME  KAYNARD B Hinn | INMATE/PAROLEE'S SIGNATURE  Raymond B Hill | CDC NUMBER  P-13422 | DATE SIGNED |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED | |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

00848

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Institution/Parole Region: **CMC-E**    Log No. **01-0031**    Category **#16**

1. _____  2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME **Hill, R.B.**    NUMBER **H43428**    ASSIGNMENT **Jacket Factory**    UNIT/ROOM NUMBER **A1 234X**

A. Describe Problem: Staff Complaint per PC 148.6, F. Villireal, C. Lopez, & R. Johnson is in violation of the following Rules & Regulations listed in the Title 15, Sections 3312, Disciplinary Methods, Sec 3391 (a) Conduct, Sec 3400 Familiarity, Sec 3004 (a)(c) Rights & Respect of Others, 3188 (a)(1)(4)(b)(c) Tobacco Smoking Policy.

If you need more space, attach one additional sheet.

B. Action Requested: An Investigation per (D.O.M) 31140.7 Staff Misconduct, Treated in line with Progressive Disciplinary Methods; Not be given Differential Treatment, Retain 70¢ pay rate that was just submitted to Enforce RWBS Equally to all Im's, No Reprisal per Sec. 3084.1.(d)

Inmate/Parolee Signature: **Raymond B Hill H43428** (See Additional Pg 1)    Date Submitted: **12-18-00**

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: See Attachment

Copies of Original Single Page Attachment provided to I.M. Hill. JW

Staff Signature: _____    Date Returned to Inmate: **12/27/00**

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Staff failed to apply disciplinary methods equally to all Inmates, failed to respond to the differential treatment where I/m's with same or worse offenses, received minor documentation, no action, or just counseled with "No Reduction of Pay", & used character assassination & false statements in 128A & Work Supv Reports, to justify actions requested against me.

Signature: **Raymond B. Hill H43428** (See Additional Pg 01)    Date Submitted: **1-4-01**

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

JAN 5 2001
CMC APPEALS OFFICE

00849

First Level     □ Granted     □ P. Granted     ☒ Denied     □ Other     Date: 1-5-01

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: ___     Due Date: 2-2-01
Interviewed by: Denied.  I interviewed I/M Hill, H-43426 on 1/26/01.     I/M Hill's claims of dis-
ciplinary nonequality and differential treatment were not supported.  Hill admitted
that he was in possession of contraband and that he did attempt to remove PtA materials
from his assigned work site.  Staff followed progressive disciplinary process in
issuing a CDC-128 to I/M Hill for his actions.

Staff Signature: ___     Title: ___     Date Completed: 2-2-1
Division Head Approved: ___     Returned
Title: P.H. Administrator     Date to Inmate: 2-2-01
Signature: ___

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

Signature: ___     Date Submitted: ___

Second Level     □ Granted     □ P. Granted     □ Denied     □ Other

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: ___     Due Date: ___
□ See Attached Letter

Signature: ___     Date Completed: ___

Warden/Superintendent Signature: ___     Date Returned to Inmate: ___

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: ___     Date Submitted: ___

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: □ Granted     □ P. Granted     □ Denied     □ Other
□ See Attached Letter

Date: ___

CDC 602 (12-87)

STATE OF CALIFORNIA

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**

CDC 1824 (1/95)

DEPARTMENT OF CORRECTIONS

| INSTITUTION/PAROLE REGION: | L. | NUMBER: | CATEGORY: |
|---|---|---|---|
| | | | 18. ADA |

*NOTE:* THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) PALERMO, Drew | CDC NUMBER P50654 | ASSIGNMENT — | HOURS/WATCH — | HOUSING 6175 |
|---|---|---|---|---|

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 10 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

### MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:

HIV DISEASE, STAGE III

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?

DEPARTMENT OF CORRECTIONS MEDICAL FILES
REF: P50654
H62757

DESCRIBE THE PROBLEM:

I FEEL THAT I MEET THE CRITERIA OF ADA, REF: SEC II-2200 PHYSICAL IMPAIRMENT, WHERE IT CLEARLY STATES: "SPECIFIC EXAMPL OF PHYSICAL IMPAIRMENTS INCLUDE- HIV DISEASE (SYMPTOMATIC OR ASYMPTOMATIC) AS BEING DISABLED. BY DENING MY DISABILITY I FEEL THAT CDC IS IN VIOLATION OF MY RIGHTS AND STATS & FEDERAL GUILDLINES.

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED? THAT I BE CLASS-IFIED AS BEING DISABLED, RETROACTIVE TO 60 DAYS ONWARD OF MY ARRIVAL TO DEPARTMENT OF CORRECTIONS CUSTODY.

Drew Palermo
INMATE/PAROLEE'S SIGNATURE

Feb. 8, 2001
DATE SIGNED    FEB 9 2001

00851

REASONABLE MODIFICATION OR A~ ~MMODATION REQUEST
CDC 1824 (1/95)

## REVIEWER'S ACTION

| TYPE OF ADA ISSUE | DATE ASSIGNED TO REVIEWER: |
|---|---|
| | DATE DUE: |

☐ PROGRAM, SERVICE, OR ACTIVITY ACCESS (Not requiring structural modification)

    ☐ Auxiliary Aid or Device Requested

    ☐ Other_____

☐ PHYSICAL ACCESS (requiring structural modification)

DISCUSSION OF FINDINGS:_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

| DATE INMATE/PAROLEE WAS INTERVIEWED | PERSON WHO CONDUCTED INTERVIEW |
|---|---|

DISPOSITION

☐ GRANTED    ☐ DENIED    ☐ PARTIALLY GRANTED

BASIS OF DECISION:_____

_____

_____

_____

_____

_____

_____

**NOTE:** *If disposition is based upon information provided by other staff or other resources, specify the resource and the information provided. If the request is granted, specify the process by which the modification or accommodation will be provided, with time frames if appropriate.*

| DISPOSITION RENDERED BY: (NAME) | TITLE | INSTITUTION/FACILITY |
|---|---|---|

## APPROVAL

| ASSOCIATE WARDEN'S SIGNATURE | DATE SIGNED |
|---|---|

| DATE RETURNED TO INMATE/PAROLEE |
|---|

00852

HILL H43428

3. R. Johnson: Paul Ruddy K55555 (WHT) was caught with
    piece of leather material and a piece of the same,
    black elastic in questioned. Disposition: Taken, no write
    up or reduction of pay.

4. C. Lopez: Angel Ochoa D04172 (mex) was caught with
    leather material, making a CD player case
                Disposition: Nothing

5. C. Lopez: Jonas Ukstin K31969 (mex) 3190X, asked Mr.
    Lopez how to shorten sleeves on a state issued 4864
    CDC jacket (altering state property) during work hrs, he
    cut sleeves and put 4885 knit cuff in sleeve.
                No Disposition

    *  Since fire in Boot Factory & Health & Safty concerns.
    Top management demanded strict enforcement & severe
    penelties if caught smoking or smoking items in PIA

1. R. Johnson: Richard Wolff J79777 (WHT) caught
    smoking in bathroom of shop
                Disposition: Write up, No Reduction of Pay

2. C. Lopez: Damion Meraz P72117 (mex) & Raymundo
    Gill, caught smoking in bathroom of shop, setting
    off smoke alarm
                Disposition: Nothing (Don't Do it Again)

3. R. Johnson: James Smith J29904 (WHT) was caught
    with cigarrett
                Disposition: 128A Warning

    *  In all of these instances where Contraband, Shop
    material used, & smoking, no one else recieved
    a reduction of pay. C. Lopez gave me an ulti-
    madum or a reduction of pay for a Job Change.
    I worked hard and a long time to reach this
    level of pay, and will do whatever to keep it.

INFORMAL

*H·LL H43428*

STAFF RESPONSE:

Partially granted, no reprisal per title 15, sec. 3084.1(d). Denied, staff misconduct, disciplinary methods, differential treatment, .70 pay raise and enforcement of rules equally.

In an attempt to resolve the above issues on 12/27/00, it was pointed out why you received a CDC 128A on 12/11/00 and the withdrawal of recommendation for a pay raise.

Noted in the CDC 128A, you left the factory after the shake down and reentered the factory for something you claimed you forgot. Upon leaving again, your sack lunch was inspected. However, Supervisor Lopez observed something that you were trying to conceal in your jacket. When asked by Supervisor Lopez what was in your jacket, you stated "nothing". When your jacket was searched by Supervisor Lopez, a piece of elastic and PIA materials (jacket snaps) was discovered in your jacket. At that point it was necessary to document what transpired since you reentered the factory after the shake down and tried to leave again with contraband.

In Title 15, section 3312. Disciplinary Methods.

(a) Inmate misconduct shall be handled by:

1. Verbal counseling. Staff may respond to minor misconduct by verbal counseling. When verbal counseling achieves corrective action, a written report of the misconduct or counseling is unnecessary.

Section 2 reads in part and applies to your CDC 128A.

Custodial Counseling Chrono. When similar misconduct recurs after verbal counseling <u>or if documentation of minor misconduct is needed</u>, a description of the misconduct and a counseling provided shall be documented on a CDC 128A. During your counseling, you were informed that your recommendation for a pay raise was withdrawn because of the CDC 128A and a reduction from your current pay rate of 3A .65 to 3C .55 with an attached CDC 101 and a copy of the CDC 128A to support the reduction.

Through your own admission, you brought in contraband, used PIA materials (jacket snaps) and misused PIA equipment to sew and attach snaps and tried to remove the contraband from the factory. All of this justifies the CDC 128A. During the next payroll period, your performance will be evaluated and you could receive recommendation for a pay raise.


Frank Villarreal
Superintendent II
PIA Fabric Products

STATE OF CALIFORNIA
CDC 101 (Rev. 4/82)

# WORK SUPERVISOR'S REPORT

DEPARTMENT OF CORRECTION.

| GRADES | GRADE | | GRADE | |
|---|---|---|---|---|
| 1 = Exceptional | 3 | A. Demonstrated Skill and Knowledge | 2 | F. Teamwork and Participation |
| 2 = Above Average | 2 | B. Attitude Toward Fellow Inmates and Workers | 3 | G. Learning Ability |
| 3 = Satisfactory | 2 | C. Attitude To Supervisors and Staff | 3 | H. Use of Tools and Equipment |
| 4 = Below Average | 3 | D. Interest in Assigned Work | 3 | I. Quality of Work |
| 5 = Unsatisfactory | 3 | E. Effort Displayed in Assigned Work | 3 | J. Quantity of Work |

PAY STATUS: From $ 5C.30    To $ 5A.40    From Job No. .029    To Job No. same
Total No. Hours Assigned 7    Total No. Hours Worked 7

| SUBJECT ASSIGNED TO | DATE ASSIGNED | ACTUAL WORK CONSISTS OF: | LENGTH OF SUPERVISION |
|---|---|---|---|
| FAB-I.029 | 8/21/98 | Sewing Machine Operator | 2 months |

RECOMMEND FOR: ☐ REASSIGNMENT   ☒ RETAIN   ☐ PAY INCREASE   ☐ PAY DECREASE

PERIOD COVERED BY REPORT Monthly

COMMENTS (IF MORE SPACE REQUIRED, USE REVERSE SIDE)

INMATE'S INITIALS

Demonstrates teamwork and willingness, outstanding learning ability.

SUPERVISOR R. Johnson, Supvr

| INMATE'S NAME | WORK DETAIL | ETHNICITY |
|---|---|---|
| Hill, Raynard | PIA | Black |
| NUMBER H-43428 | INSTITUTION CMC-East | DATE 10/98 |

---

STATE OF CALIFORNIA
CDC 101 (Rev. 4/82)

# WORK SUPERVISOR'S REPORT

DEPARTMENT OF CORRECTIONS

| GRADES | GRADE | | GRADE | |
|---|---|---|---|---|
| 1 = Exceptional | 3 | A. Demonstrated Skill and Knowledge | 3 | F. Teamwork and Participation |
| 2 = Above Average | 3 | B. Attitude Toward Fellow Inmates and Worker | 3 | G. Learning Ability |
| 3 = Satisfactory | 2 | C. Attitude Toward Supervisors and Staff | 3 | H. Use of Tools and Equipment |
| 4 = Below Average | 2 | D. Interest in Assigned Work | 3 | I. Quality of Work |
| 5 = Unsatisfactory | | E. Effort Displayed in Assigned Work | 3 | J. Quantity of Work |

PAY STATUS: From $0.60    To $ $0.60    From Job No.    To Job No.
Total No. Hours Assigned    Total No. Hours worked

| SUBJECT ASSIGNED TO | DATE ASSIGNED | ACTUAL WORK CONSISTS OF | LENGTH OF SUPERVISION |
|---|---|---|---|
| FAB-I.007 | 7/16/99 | CUTTER, MACHINE (any industry) | 24 MONTHS |

RECOMMENDED FOR: ☐ REASSIGNMENT   ☒ RETAIN   ☐ PAY INCREASE   ☐ PAY DECREASE

PERIOD COVERED BY REPORT QUARTERLY

COMMENTS (IF MORE SPACE REQUIRED, USE REVERSE SIDE)

INMATE'S INITIALS

DILIGENT WORKER; OUTPUT VERY GOOD.NEEDS VERY LITTLE SUPERVISION.FRIENDLY AND HELPFUL.

SUPERVISOR R.Johnson, Industrial Supervisor

| INMATE'S NAME | WORK DETAIL | ETHNICITY |
|---|---|---|
| HILL, RAYNARD | P.I.A. | BLACK |
| NUMBER H-43428 | INSTITUTION CMC-E | DATE 8/25/99 |

---

STATE OF CALIFORNIA
CDC-101 (1/92)

# WORK SUPERVISOR'S REPORT

DEPARTMENT OF CORRECTIONS

| GRADES | GRADE | | GRADE | |
|---|---|---|---|---|
| 1 = EXCEPTIONAL | 3 | A. DEMONSTRATED SKILL AND KNOWLEDGE | 2 | F. TEAMWORK AND PARTICIPATION |
| 2 = ABOVE AVERAGE | 2 | B. ATTITUDE TOWARD FELLOW INMATES AND WORKERS | 3 | G. LEARNING ABILITY |
| 3 = SATISFACTORY | 3 | C. ATTITUDE TOWARD SUPERVISORS AND STAFF | 3 | H. USE OF TOOLS AND EQUIPMENT |
| 4 = BELOW AVERAGE | 2 | D. INTEREST IN ASSIGNED WORK | 2 | I. QUALITY OF WORK |
| 5 = UNSATISFACTORY | 3 | E. EFFORT DISPLAYED IN ASSIGNED WORK | 3 | J. QUANTITY OF WORK |

PAY STATUS: FROM $ .65    TO $ .65    FROM JOB NO.    TO JOB NO.
TOTAL # Hours Assigned: 7    TOTAL # Hours Worked: 7

| INMATE ASSIGNED TO | DATE ASSIGNED | ACTUAL WORK CONSISTS OF | PERIOD COVERED BY REPORT |
|---|---|---|---|
| FAB-I.011 (I13) | 04-19-2000 | Sewing Machine Operator | QUARTERLY |

RECOMMENDED FOR: ☐ REASSIGNMENT   ☒ RETAIN   ☐ PAY INCREASE   ☐ PAY DECREASE

COMMENTS (IF MORE SPACE IS NEEDED, USE REVERSE SIDE) Doing good job, has good
quality and gets along well with other workers.

INMATE'S INITIALS

CODE OF SAFE PRACTICES REVIEWED
SUPVS INITIALS:

INMATE'S INITIALS:

SUPERVISOR C. Lopez

| INMATE'S NAME | LENGTH OF SUPERVISION | WORK DETAIL | ETHNICITY |
|---|---|---|---|
| HILL, RAYNARD | 26 Months | JACKET FACT | BLA |
| Cell: 2347 | CDC NUMBER H-43428 | INSTITUTION CMC-East | DATE 10-31-2000 |

ISSUED 12-6-00

00855

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**
**APPEAL FORM**          Location: Institution/Parole Region: CMC-E    Log No. 00-1205    Category #1
CDC 602 (12/87)

**C-FILE**

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME HILL, R.B. | NUMBER H43428 | ASSIGNMENT JACKET FACTORY | UNIT/ROOM NUMBER A/2235 |

**A. Describe Problem:** DURING A CAT. 'S' INVESTIGATION CONDUCTED BY LT. C. BAKER, CONCERNING ALLEGATIONS OF MISCONDUCT OF C/O R. FORSTER IN 602 APPEAL LOG #CMC-E-00-0564, LT. C. BAKER DELIBERATELY VIOLATED THE FOLLOWING PENAL CODES WHILE ACTING UNDER COLOR OF LAW. PC. 134, PREPARING FALSE DOCUMENTS AS EVIDENCE, & PC. 132, KNOWING AND SUBMITTING FALSE DOCUMENTS, (WITH THE INTENT TO SUBJECT ME TO DISCIPLINARY ACTION OR PROSECUTION), DUE TO SIGNED "RIGHTS AND RESPONSIBILITY FORM CDC 1858 (SEE APPEAL LOG NUMBER CMC-E-00-00564)

ADDITIONAL PG #1

If you need more space, attach one additional sheet.

**B. Action Requested:** AN INVESTIGATION BE CONDUCTED PER (D.O.M.) 31140.7 STAFF MISCONDUCT, LT. C. BAKER BE REPRIMANDED & COUNSELED, THAT FINISHED CAT 'S' INVESTIGATION OR ANY OTHER DOCUMENTS PERTAINING BE REMOVED FROM MY C-FILE, A NEW INVESTIGATION OF ALLEGATIONS IN 602 LOG # CMC-E-00-0564

Inmate/Parolee Signature: _Reginald B. Hill_ H43428       Date Submitted: 6-18-00    RBH

**C. INFORMAL LEVEL (Date Received:** _____ )

Staff Response: _____

~~BYPASS~~

Staff Signature: _____        Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

~~BYPASS~~

Signature: _____        Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed        CDC Appeal Number: _____
Board of Control form BC-1E, Inmate Claim

JUN 14 2000
CMC APPEALS OFFICE

JUN 3 0 2004
OCT 3 2000

00856

First Level   ☐ Granted   ☐ P. Granted   ☒ Denied   ☐ Other

E. REVIEWER'S ACTION (Complete within ☐ working days): Date assigned: __JUL 2 5 2000__   Due Date: __SEP. 6  2000__

Interviewed by: _____

_See attached_

Staff Signature: __Gonzales__   Title: __CAPTAIN__   Date Completed: __09-05-00__

Division Head Approved:
Signature: __W__   Title: __AWPS__   Returned _____
Date to Inmate: __9/13/00__

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

SECOND INVESTIGATION BY CAPT GONZALES SHOWS THAT PROFANITY WAS USED BY C/O FUNSTER. BUT FAILED TO ADDRESS THE BAG (Laundry) BEING TOSSED, THROWN AT ME. WITNESS SIGNED AFFADAVIT IS BINDING AND ADDITATIONS TO SOFTEN THE ALLEGATIONS ARE MISLEADING. (SEE ATTACHED PG #2)

Signature: __Raymond B. Blue H43428__   Date Submitted: __9-30-00__

Second Level   ☐ Granted   ☒ P. Granted   ☐ Denied   ☐ Other

G. REVIEWER'S ACTION (Complete within ☐ working days): Date assigned: __OCT. 1 2 2000__   Due Date: __NOV  9 2000__
☒ See Attached Letter

Signature: __D. Freelauf__   D. FREEHAUF, AWIS   Date Completed: __1-17-01__
Warden/Superintendent Signature: __Dan__   W.A. DUNCAN, WARDENN   Date Returned to Inmate: __1-19-01__

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____
_____
_____
_____
_____

Signature: _____   Date Submitted: _____

For the Director's Review, submit all documents to:   Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other
☐ See Attached Letter
CDC 602 (12/87)   Date: _____

00857

ATTACHED PG "2"

THE ALLEGATIONS of C/O FURSTER'S USE OF PROFANITY & THROW-
ING A LAUNDRY BAG AT ME; ARE FACTS. BEING THAT C/O FUR-
STER WAS DEALING WITH ME AT THE TIME OF THESE ALLE-
GATIONS, I RECIEVED THE BLUNT of his BEHAVIOR

- LT BAKER SAYS DURING HIS INVESTIGATION THAT WITNESS
JAMES SCOTT STATES HE HEARD NO PROFANITY & NO BAG WAS THROWN.

- JAMES SCOTT'S AFFIDAVIT AFTER LT. BAKER'S FINDINGS in
HIS INVESTIGATION. IS BINDING AS FACT.

- LT BAKER FLAT OUT CALLED ME A LIAR, AND FABRICATED THE
WHOLE STORY.

- CAPT GONZALES VERIFIES THAT PROFANITY WAS USED BY C/O
FURSTERS; BUT WAS SOFTENING OF ALLEGATION SAYING SAID IN A
GENERALIZATION. THE BAG (LAUNDRY) WAS THROWN OR TOSSED
AT ME, TO SAY RATHER IT WAS DONE DELIBERATELY, CAN ONLY
BE ANSWERED BY C/O FURSTER. So STATED "IT WAS NOT DONE AT ALL"

- AS A REPRISAL FOR WRITING THIS 602 & THE ALLEGATIONS
MADE, I RECIEVED A 115 LOG# A-00-09-1649 ON 9/5/00
STATING I MADE FALSE ALLEGATIONS ON CDC OFFICER, WHEN
602 PROCESS HAS NOT BEEN EXHAUSTED, AND ALL FACTS HAS
NOT COME FORTH IN EITHER LT. BAKER OR CAPT. GONZALES'S
INVESTIGATION.

- WITNESS HAS NOT RECANTED THE FACT THAT THE PROFANITY
WAS USED, AND HIS LAUNDRY BAG WAS THROWN OR TOSSED
BY C/O FURSTER, HE STATES THAT STATEMENTS DOCUMENT IN
BOTH INVESTIGATIONS ARE NOT HIS WORDS, LEAVING ME
CONCLUDE, THAT INVESTIGATIONS ARE FLAWED.

ADDITIONAL PG #1

DURING A INTERVIEW FOR JAMES SCOTT C86878, GIVEN BY LT. C. BAKER, IN CONCERN TO ALLEGATIONS OF ASSAULT AND MISCONDUCT BY C/O R. FURSTER. STATEMENTS WERE GIVEN (SEE AFFIDAVITS) by MR. SCOTT AND MYSELF TO LT. C. BAKER, WHO DELIBERATELY FALSIFIED HIS FINDINGS BY INTENTIONALLY MISCONSTRUING THE WITNESSES (J. SCOTT) STATEMENTS OF FACTS CONCERNING THE ALLEGATIONS. ALL OF THIS WAS DONE WITH THE ATTEMPT TO FIND ALLEGATIONS AGAINST C/O R. FURSTER UNFOUNDED.

AS NOTED, TO ALL WARDENS, IN A MEMORANDUM DATED BACK IN MAY 12, 1995, SENT BY DAVID TRISTAN "DEPUTY DIRECTOR INSTITUTION DIVISION IN SACRAMENTO. (SEE MEMORANDUM) THE SUBJECT WAS "ALTERATIONS OF CDC 115's" BUT STATES CLEARLY PENAL CODE 132, PROVIDES THAT ANY PERSON WHO UPON ANY TRIAL, PROCEEDING, INQUIRY, OR INVESTIGATION WHATSOEVER, AUTHORIZED OR PERMITTED BY LAW, OFFER IN EVIDENCE, AS GENUINE OR TRUE, ANY WRITTEN DOCUMENTS OR RECORD, KNOWING THE SAME TO HAVE BEEN FORGED OR FRAUDULENTLY ALTERED OR ANTE-DATED, IS GUILTY OF A FELONY.

T Hank You

Raynard B Hill
H43428
6-13-00

00859

State of California

# Memorandum

**Date**     :   January 16, 2001

**To**     :   HILL, RAYNARD
          H-43428
          CALIFORNIA MEN'S COLONY - EAST, ROOM 2347X

**From**     :   Second Level Appeals Office
          California Men's Colony (CMC), San Luis Obispo, CA 93409

**Subject**     :   CMC APPEAL LOG #E-00-1205
          **SECOND LEVEL REVIEW**

       ACTION REQUESTED:    MISCONDUCT BY LIEUTENANT (LT.) C. BAKER BE
                               INVESTIGATED AND HE BE REPRIMANDED

You have made a complaint alleging misconduct by a CMC staff member. You allege Lt. Baker falsified the findings of his investigation into your complaint against Correctional Officer R. Furster. You contend Lt. Baker "intentionally misconstrued" statements made by a witness to the misconduct in order to make your complaint appear to be unfounded.

Review shows that Lt. Baker is employed by the California Department of Corrections (CDC) as a peace officer. In accordance with California law, you have a right to make a complaint against a police officer (to include a Departmental peace officer) for improper conduct and to have your complaint investigated. Your complaint against Lt. Baker was investigated at the First Level by Correctional Captain F. Gonzalez and determined to be unfounded. Dissatisfied with this decision, you requested a Second Level review of your complaint.

The First Level investigation of your complaint has now been reviewed at the Second Level and the same conclusion has been reached. It is evident that Lt. Baker, a competent and professional peace officer, performed a comprehensive and objective investigation into your allegation of misconduct by a correctional officer. There can be found no factual evidence to support your allegation that Lt. Baker distorted the facts in completing his investigation. All legal requirements pertaining to the investigation of misconduct complaints have been satisfied. In the event allegations of misconduct are sustained, the employee will be subject to adverse action at the discretion of management personnel. Inmates will never be permitted to dictate what action is to be taken against an employee nor will they be made privy to any action taken.

Your appeal is considered partially granted in that your complaint of misconduct has been investigated and you have been provided with written notification of the results of that investigation. Should you be dissatisfied with this appeal decision, you may, by following the instructions listed on your Inmate Appeal Form (CDC Form 602), request a review at the Director's Level.

**SECOND LEVEL REVIEW**
CMC Log #00-1205
Page Two

APPEAL PARTIALLY GRANTED                    REVIEWED AND APPROVED

D. FREEHAUF                                 W. A. DUNCAN
ASSOCIATE WARDEN                            WARDEN
INMATE SERVICES

DF:DEW:jmp

cc: C-File, Appeals File

State of California

# Memorandum

**Date**      : September 13, 2000

**To**        : HILL, RAYNARD   H-43428

**From**      : First Level Appeals Office
             California Men's Colony, San Luis Obispo, CA 93409

**Subject**   : **CMC APPEAL LOG #00-1205**
             **FIRST LEVEL REVIEW**

*Action Requested*: That Correctional Lieutenant C. Baker be reprimanded and counseled, and a new investigation be conducted regarding allegations of staff misconduct in Appeal Log #CMC-E-00-0564.

A review of your appeal has been completed.  Your complaint, including requested remedial action, has received careful consideration.    Pursuant to attachment (1) of memorandum dated July 25, 2000, authored by Correctional Counselor II D. E. Wright, California Men's Colony (CMC) Appeals Coordinator, you were advised that said appeal is being processed as a staff complaint and would be investigated as such.   You were further advised that any other issues, other than staff complaint, must be appealed separately.

On August 31, 2000, you were interviewed regarding this appeal.    You alleged that on March 31, 2000, Officer Furster acted in an unprofessional manner by using profane language towards you as well as throwing a laundry bag at you while your quarterly package was being processed in Receiving and Release (R&R).    You additionally allege that Lieutenant Baker knowingly, deliberately, and intentionally prepared and submitted a falsified investigative report.    You claim Lieutenant Baker falsified and manipulated Inmate Scott's (witness) statement to cover-up Correctional Officer Furster's misconduct.

Pursuant to Chief Deputy Administrator G. Souza, a Category 'S' investigation was ordered and conducted.  The results of said investigation revealed the allegations against Officer Furster and Lieutenant Baker were unfounded, therefore, the remedial action requested is denied.

**APPEAL DENIED**

F. GONZALEZ
Correctional Captain

cc: C-File, H-43428
    Appeals File

State of California

# Memorandum

Date        :  May 10, 2000

To          :  Hill, Raynard
               H-43428
               California Mens Colony-East, Room # 2235

From        :  First Level Appeals Office
               California Men's Colony, San Luis Obispo, CA  93409

Subject     :  **CMC APPEAL LOG # 00-0564**
               **FIRST LEVEL REVIEW**

**ACTION REQUESTED:**  That Officer R. Furster be reprimanded for staff misconduct.

A review of your appeal has been completed.  Your complaint, including requested remedial action, has received careful consideration.  Pursuant to attachment (1) of memorandum dated April 18, 2000, authored by Correctional Counselor II D. E. Wright, CMC appeals Coordinator, you were advised that said appeal is being processed as a staff complaint and would be investigated as such.  You were further advised that any other issues, other than staff complaint, must be appealed separately.

On May 07, 2000 you were interviewed regarding this appeal.  You alleged that Officer Furster acted in an unprofessional manner by using profane language towards you as well as throwing a laundry bag at you while you were attempting to pick up a package in R&R on March 29, 2000.  Pursuant to Chief Deputy Administrator G. Souza, a Category "S" Investigation was ordered and conducted.  The results of said investigation revealed the allegations against Officer Furster were unfounded, therefore, your action requested is denied.

**APPEAL DENIED**

C. Baker
**Correctional Lieutenant**

cc: C-File
    Appeals File

00863

1GE2

AFFIDAVIT / DECLARATION

STATE OF CALIFORNIA
County of SanLuis Obispo

I RAYWARD B HALL H43428 HEREBY DECLARE UNDER PENALTY
OF PERJURY THAT THE following is TRUE.

On 3-6-00, WHILE INCARCERATED AT THE California Men's Colony, I
WAS DUCATED TO R&R for A Special Purchase Pick-up. PKG# 577,
EP# 74724. I WAS INFORMED by C/o R FURSTER THAT THE NON-COILED
HEADPHONE ExT. CORD APPROVED BY SPECIAL PURCHASE AS NOT ALLOWED
PER SGT. BRUAN. (SEE SPECIAL PURCHASE ORDER / PACKAGE RECEIPT # 577 /
TRUST ACCOUNT WITHDRAWL ORDER.)

On 3-31-00, I WAS DUCATED TO R&R for A QUANTITY PACKAGE
PICK-UP, PKG# 1445, WHERE in QUESTIONED WAS (3) THREE ITEMS.
C/o R. FURSTER WAS ON DUTY in R&R, AND WHEN I WANTED TO APPEAL
THE ITEMS in QUESTIONED NOT APPROVED, C/o R. FURSTER BECAME ANGRY
SNATCHING A CLIP BOARD OUT MY HANDS, THROWING IT in THE R&R
FLOOR, SHOUTING "I'm TIRED OF THIS SHIT", AND GRABBING A LAUNDRY
BAG OFF THE R&R DOOR BELONGING TO JAMES SCOTT C86878, THROWING
IT AND STRIKING ME, TO PROVOKE OR ENTICE. On BOTH APPEALS, SGT
BRUAN DENIED DUE TO OWN INTERPRETATION, INSTEAD OF POLICIES SET FORTH.
(SEE TRUST WITHDRAWL ORDER & SPECIAL PURCHASE ORDER)

On 4-6-00 I filed AN INMATE APPEAL (602) Log# CMC-E
00-0564 CAT#7 CONCERNING THESE ISSUES. UPon INVESTIGATION
BY LT. C. BAKER WHO INTERVIEWED WITNESS JAMES SCOTT C86878
AND C/o R. FURSTER, SHOWS THAT LT. C. BAKER FALSIFIED & MAN-
IPULATED STATEMENTS IN BENEFIT OF C/o R. FURSTER'S BEHAVE.

00864

Cont. AFFIDAVIT/DECLARATION                    2 OF 2

(SEE JAMES SCOTT AFFIDAVIT / PACKAGE RECEIPT # 1445 UNAUTHORIZED ITEMS / CAT. "S" INVESTIGATION REPORT)

    I'VE OBTAINED A WRITTEN AFFIDAVIT BY WITNESS JAMES SCOTT C86878, STATING INFORMATION GIVEN TO LT. C. BAKER DURING THE INVESTIGATIVE INTERVIEW, CONCERNING FACTS OF INCIDENT IN QUESTION.

    I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT ALL THAT IS SAID AND WRITTEN IS TRUE

SIGNED BY: _Raymond B Hill_

EXECUTION DATE: 5-16-00

WITNESS BY: _Paul E Difore_
    H97905
DATE: May 16, 2000

⑧

WRITTEN AFFIDAVIT By JAMES SCOTT
#C86878
CMC-EAST #1184
PO Box 8101
San Luis Obispo, CA
93409

I HEREBY DECLARE UNDER PENALTY OF PERJURY THE FOLLOWING IS TRUE:

Upon INTERVIEW BY LT. C. BAKER CONCERNING A INMATE APPEAL Log# CMC-E 00-0564 CAT.#7, WRITTEN BY INMATE RAYNARD B. HILL H43428, AQ, CELL 2235 AT CMC-EAST.

INFORMED LT. C. BAKER DURING INTERVIEW, THAT I WAS PRESENT AT THE TIME IN QUESTIONED OF ALTERCATION BE-TWEEN R&R STAFF C/o FURSTER AND INMATE HILL. I TOLD LT. BAKER THAT I HEARD C/o FURSTER SAY "I'M TIRED OF THIS SHIT" AND AT THAT TIME, C/o FURSTER GRAB-BED MY LAUNDRY BAG OFF THE DOOR TOP, AND THREW IT AT INMATE HILL, BECAUSE HILL WANTED TO APPEAL THE (3) ●THREE ITEMS C/o FURSTER CLAIMED WAS UNAUTHORIZED.

I TOLD LT. C. BAKER I WAS SHOCKED BY C/o FURSTERS BEHAVIOR AND LACK OF RESPECT & PROFESSIONALISM.


STATE OF CALIFORNIA                    SIGNED: James B. Scott
County OF San Luis Obispo
City of San Luis Obispo    EXECUTION DATE: 5-14-2000

                                       WITNESS: Stanley Danino

00866

# Appeals Screening Form Response

To Reiterate on your Request to be Specific on Rather misconduct was a violation of CDC Regulations or State Law? __Both!__

① C/O C. Baker, Lt. Did conspire to conceal un-professional conduct demonstrated by C/O R. Furster, which is a dereliction of his assigned duties and responsibilities, and an abuse of his authority under the color of State Law, in violation of C.C.R. Title 15. § 3391, & 3004 (a)(c).

② Appellant has a first amendment right to petition the Government for redress of his grievance and recieve a fair and impartial review of said grievance, which is protected under the due process & equal protection clause, under the 14th Amendment.

③ C/O C. Baker, Lt. During a Cat. 'S' investigation of 602 appeal log# CMC-E-00-0564, knowingly, deliberately, and intentionally prepared and submitted a falsified investigative report which is a violation of C.C.R. Title 15. 3391., 3004(a)(c), and Penal Code 132 & 134.

④ The Inmate Parolee/Appeal Form #CDC 602, is a legal document and is protected under the first amendment.

I hereby declare under the penalty of perjury that all of the above is true.

Richard B Hill
6-20-00

00867

STATE OF CALIFORNIA                                                          DEPARTMENT OF CORRECTIONS

CDC 1858 (2/97)


# RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

*Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement.*


YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER [this includes a departmental peace officer] FOR ANY IMPROPER POLICE [or peace] OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' [or inmates'/parolees'] COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN [or inmate/parolee] COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.

IT IS AGAINST THE LAW TO MAKE A COMPLAINT THAT YOU KNOW TO BE FALSE. IF YOU MAKE A COMPLAINT AGAINST AN OFFICER KNOWING IT IS FALSE, YOU CAN BE PROSECUTED ON A MISDEMEANOR CHARGE. [An inmate/parolee who makes a complaint against a departmental peace officer, knowing it is false, may be issued a serious disiplinary rule violation, in addition to being prosecuted on a misdemeanor charge.]

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED |
|---|---|---|
| KAYNARD B. HILL | Kaynard B Hill | 6-15-00 |
| INMATE/PAROLEE PRINTED NAME | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER / DATE SIGNED |
| KAYNARD B. HILL | Kaynard B Hill | H43428 / 6-13-00 |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED |
| D E WRIGHT CC II | D E Wright | 7/14/00 |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

00868

State of California
# INMATE/PAROLEE APPEALS SCREENING FORM
CDC 695                                                    Department of Corrections

| TO: | Name: | Hill | | Log Number: | — | Date: JUN 15 20.. |
| | CDC Number: | H43428 | | Unit/Room : | 2235 | |

## YOUR APPEAL IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):

[] 1. The action or decision being appealed is not within the jurisdiction of the Department.
[] 2. You have submitted a duplicate appeal on the same issue.

[] 3. You are appealing an action not yet taken.
[] 4. You have not attempted to resolve the problem on an informal level.

**[✓] 5. YOU HAVE NOT ADEQUATELY COMPLETED THE INMATE/PAROLEE APPEAL FORM (CDC-602) OR ATTACHED THE PROPER DOCUMENTS.**

A)  Fill-in, sign & date section "       ."

B)  Sign & date attachment page.

C)  You may attach only ONE (1) additional page to explain your appeal. *DO NOT use a CDC-602 form for your additional page. Use plain paper.*

D)  Attach complete copy of -

E)  Attach complete copy of CDC Form-128G Classification Chrono (ICC/UCC).

F)  Attach completed Rules Violation Report *with final disposition* (CDC Forms 115, 115-A,115-C & 1030).

G)  Attach Classification Chrono with transfer review *and* CSR endorsement chrono.

H)  Attach property receipt(s)/inventory sheet(s) showing ownership and re-submit.

I)  Attach copy of CDC Form 114-D (Segregation Placement Order) & ICC Review chrono.

J)  This is a Board of Prison Terms (BPT) issue. Submit to Lifer Coordinator on BPT-1040.

K)  This is not ADA issue. Re-submit using a CDC-602 (Inmate/Parolee Appeal Form).

L)  Attach proof of disability (Medical Chrono, etc.) confirming your need.

M)  Attach CDC-Form 7362 (Health Care Services Request) *and* Trust Statement with co-pay fee.

N)  Complete attached Consent to Release Patient Records form and return.

O)  Other: Be specific in stating the conduct by employee you allege to be misconduct i.e. a violation of law or CM regulation & attach any documentary evidence.

Note: *If necessary*, see your counselor to obtain copy(ies) of requested document(s).

[] 6. There has been too great a time lapse between when the action occurred and when you filed your appeal.
[] 7. You may not submit an appeal on behalf of another inmate.
[] 8. Abuse of the appeal procedure.

THIS SCREENING DECISION MAY NOT BE APPEALED UNLESS YOU ALLEGE THE ABOVE INFORMATION IS INACCURATE. IN SUCH A CASE, PLEASE RETURN THIS FORM TO THE APPEALS COORDINATOR WITH THE NECESSARY INFORMATION.

## *LEAVE THIS FORM ATTACHED TO THIS APPEAL.*

E. WRIGHT, CCII
Appeals Coordinator          JUN 3 0 20..
California Men's Colony

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

 

## DIRECTOR'S LEVEL APPEAL DECISION

Date:  **JAN 1 0 2001**

In re:  Hill, H-43428
California Men's Colony
P.O. Box 8101
San Luis Obispo, CA 93409-8101

| | |
|---|---|
| IAB CASE NO. | 0000195 |
| LOCAL LOG NO. | CMC 00-0852 |
| LOCAL LOG NO. | |
| LOCAL LOG NO. | |
| APPEALS EXAMINER | J. Batchelor, Captain |
| APPEAL CATEGORY | Funds |

This matter was reviewed on the existing record on behalf of the Director of the California Department of Corrections (CDC).

If applicable, this appeal concerns the following Rules Violation Report (RVR):
LOG #:          DATE:          OFFENSE:

**I     APPELLANT'S ARGUMENT:** The appellant claims that he returned to the medical clinic on two separate occasion following an injury to his right shoulder. The appellant claims that the return visits were to request medication to relieve the pain that is associated with his right shoulder injury. The appellant believes that these two visits should be considered follow-up visits and exempt from the medical co-payment fee.

**A.   APPELLANT'S REQUEST:** The appellant requests that the two $5.00 co-payment fees be returned to his trust account.

**II   INSTITUTION'S DECISION: DENIED**

**III  INSTITUTION'S ARGUMENT:** R. Meyers, M.D. and Health Care Manager conducted a review of the appellant's health care record. Dr. Meyers indicated that the appellant initiated the two visits in question; therefore, they were subject to the medical co-payment fee. If a physician had scheduled a follow-up appointment, then the appellant would not have been charged a medical co-payment fee.

**IV  DIRECTOR'S LEVEL DECISION:          DENIED**

All submitted documentation and supporting arguments of the parties have been considered.

**A.   REASON(S) FOR DECISION:** (Reference item number(s) 3 and 4 below.)
   1. The staff complaint was appropriately examined at the proper level.
   2. Due process was satisfied. The evidence substantiates the finding. The disposition is appropriate.
   3. The Second Level Response is comprehensive. It represents CDC's position.
   4. The decision, action, condition, and/or policy under appeal are/is based upon a reasonable penological interest.
   5. OTHER:    ☐ *If checked, continued on page 2.*

**B.   REGULATORY AND/OR LEGAL FOUNDATION(S) FOR THE DECISION:**

| | |
|---|---|
| CA Code of Regulations 3354.2 | **V.    DIRECTOR'S LEVEL ORDER** |
| CDC Operations Manual | No order is necessary. |
| OTHER | |

If this is a group appeal, the appellant shall, pursuant to CCR 3084.2(f)(2), share this response with the other inmates who signed it.

This decision exhausts the administrative remedy available to the appellant within CDC. The appellant may appeal a denied property appeal to the State Board of Control, Government Claims Unit, P.O. Box 3035, Sacramento, CA 95812-3035.

LINDA L. MELCHING, Chief
Inmate Appeals Branch

**cc:**    Warden, CMC
          Appeals Coordinator CMC

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location/Institution/Parole Region: CMC-E

Log No. 00-1174

Category #16

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Hill, R.B | 743428 | Jacket Factory | A/223S |

A. Describe Problem: On 6-15-00, Dr. Faecher Charged me a Co-payment for a following refill visit on an existing medication prescription that expired on 6-12-00. I informed Dr. Faecher and also asked him to look in med file. That I'm waiting for surgery on my RT shoulder. My prescription was acetaminophen 325mg 3 tablets, 3 times a day, due to degree of pain, but Dr. Faecher reduced the dosage to 2 tablets a day #10 tablets which wouldn't last 2 days. Went back to the clinic the next day for an adequate prescription re-fill.

If you need more space, attach one additional sheet.

B. Action Requested: To not be charged Co-payment for following refillings of prescribed medication. And if already charged to reimburse the $5.00 in my trust account.

Inmate/Parolee Signature: *Raymond B Hull #43428*          Date Submitted: 6-19-00

C. INFORMAL LEVEL (Date Received: _____)

Staff Response:

BYPASS

Staff Signature: _____          Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS

Signature: _____          Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

JUL 1 0 2000

JUN 1 9 2000
CMC APPEALS OFFICE

00871

00872

First Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: Due Date:

Interviewed by:

BYPASS

Staff Signature: Title: Date Completed:

Division Head Approved: Returned

Signature: Title: Date to Inmate:

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

BYPASS

Signature: Date Submitted:

Second Level ☐ Granted ☐ P. Granted ☒ Denied ☐ Other

G. REVIEWER'S ACTION (Complete within ~~10~~ 30 working days): Date assigned: JUL 2 0 2000 Due Date: AUG 3 1 2000

☒ See Attached Letter

Signature: Date Completed: 8-10-00

Warden/Superintendent Signature: [signature] R. MEYERS, MD, HCM Date Returned to Inmate: 9-20-00

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: Date Submitted:

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☐ Denied ☐ Other

☐ See Attached Letter

CDC 602 (12/87) Date:

State of California

# Memorandum

**Date** : July 27, 2000

**To** : Raynard Hill
H-43428

**From** : Second Level Appeals Office
California Men's Colony, San Luis Obispo, CA  93409

**Subject** : CMC-E APPEAL LOG #00-01174
SECOND LEVEL REVIEW

ACTION REQUESTED:  Inmate Hill is requesting a $5.00 co-payment reversal for a health care visit requested by him on 6-15-00. Inmate Hill claims he should be co-payment exempt because his visit was a follow-up refill visit on an existing medication. Inmate Hill's request was for Tylenol. He also states that Dr. Faecher reduced the amount of Tylenol prescribed from the previous prescription.

Inmate Hill requested a medical evaluation on 6-15-00. At this time, Inmate Hill requested Tylenol for shoulder pain. Review of the health care record shows that just three days prior, on 6-12-00, the inmate had received prescription of ibuprofen from the Dental Department. Also, three days before that dental appointment, Inmate Hill received a prescription for ibuprofen. Inmate Hill was informed by Dr. Faecher that he would be prescribed a lesser amount of Tylenol because of two other recent analgesic prescriptions. This appeal is about Inmate Hill requesting medical services but not wanting to pay for them. This visit was not an exempt follow-up visit, as the inmate claims, as it was not a follow-up requested by the physician. Review of the health care record does not show any physician requesting Inmate Hill to appear on 6-15-00.

An interview was conducted.

Appeal Denied.

R. MEYERS, M.D.
Health Care Manager

RM:BF:co

cc: Central File
Appeals Office

00873

STATE OF CALIFORNIA
HEALTH CARE SERVICES REQUEST
CDC 7362 (New 10/93)

DEPARTMENT OF CORR

930130

*You may be charged $5.00 for each health care visit*

| NAME (Last) | First | MI | CDC NUMBER |
|---|---|---|---|
| HILL | EDWARD | D | H43928 |

| YARD/BUILDING/BUNK | ESTIMATED PAROLE DATE | JOB CODE NUMBER |
|---|---|---|
| A-223S | 2008 | |

| WORK/OTHER ASSIGNMENT | WORK HOURS | DAYS OFF |
|---|---|---|
| Jacket Factory | FROM 7:40 TO 3:25 | S/Sun |

**Check the box or boxes below to tell us why you want to see health care staff.**
**the lined area below, write down anything else you want health care staff to kno**

☐ Stomach Ache   ☐ Seizure   ☐ Feeling Depressed   ☐ Diabetic
☐ Headache   ☐ Coughing   ☐ Hearing Voices   ☐ Asthma
☐ Indigestion   ☐ Fever/Chills   ☐ Can't Sleep   ☐ TB Care
☐ Vomiting   ☐ Chest Pain   ☐ Want to Hurt Myself/Others   ☐ OB/GYN
☐ Diarrhea   ☐ Urinary Problems   ☐ Rash? Where   ☐ Toothache
☐ Dizziness   ☒ Medication Refill   ☒ Pain? Where R/Shoulder   ☐ Other Dental Problems
   ☐ What medicine?
   Heart Burn Meds

How long have you been feeling this way?   ☐ 1-2 days   ☐ 3-4 days   ☒ 5+ days

Other problems not listed above: NEED TO SEE SOMEONE WHO CAN
AUTHORIZE AN EFFECTIVE MEDICATION FOR CHRONIC
PAIN IN MY SHOULDER

_Thomas Edward Hill_                           6-15-00
Signature of Inmate Patient                     Date of Signature

Take this form to the clinic window or any other location designated for health care.
You will be notified of the date and time of your appointment.
A copy of this form will be sent to you after your appointment.
If you do not complete all of the above information, your appointment may be delayed.

**COPAYMENT INFORMATION    TO BE FILLED OUT BY DEPARTMENTAL STAFF**
☒ Visit was for an emergency.
☐ Visit was for diagnosis or treatment of a communicable disease condition (see Title 7, Chap 7, subchapt 1, Sec 3350 CCR)
☐ Visit was for   mental health services.
☐ Visit was a follow-up requested by the clinician.
☐ Visit was for state mandated evaluation or treatment (e.g., Annual TB tests)
☐ Visit was for reception screening and evaluation only.

☒ Visit is NOT exempt from copayment. Send PINK copy to Inmate Trust Office.

_✓_        Fauer        6-15-00
Signature of Treating Clinician    Printed Name        Date of Signature

**DISTRIBUTION:**
ORIGINAL-Health Services File                    PINK-Inmate Trust
YELLOW-Pharmacy                                  GOLDENROD-Inmate/Patient

00874

ID: TS3030

REPORT DATE: 07/03/00
PAGE NO:        1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIFORNIA MENS COLONY
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUN. 01, 2000 THRU JUL. 03, 2000

ACCOUNT NUMBER : H43428                    BED/CELL NUMBER: EFAQB2F200002235
ACCOUNT NAME   : HILL, RAYNARD BYRON              ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 06/01/2000 | | BEGINNING BALANCE | | | | | 90.54 |
| 06/01 | *VD50 | INMATE-PAYROL | 201-5565 | | 71.69 | | 162.23 |
| 06/07 | FC01 | DRAW-FAC 1 | CE1 | | | 70.00 | 92.23 |
| 06/14 | W516 | LEGAL COPY CH | 5875 | | | 2.40 | 89.83 |
| 06/19 | W536 | COPAY CHARGE | 5933 | | | 5.00 | 84.83 |
| 06/26 | *DD30 | CASH DEPOSIT | 812834/4 | | 39.01 | | 123.84 |
| 07/03 | *VD50 | INMATE-PAYROL | 201-6053 | | 69.61 | | 193.45 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 07/13/92                    CASE NUMBER: CR29370
COUNTY CODE: VEN                           FINE AMOUNT: $     500.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|------|--------|-------------|-------------|---------|
| 06/01/2000 | | BEGINNING BALANCE | | 21.16 |
| 06/01/00 | VR50 | RESTITUTION DEDUCTION-INDUSTRY | 18.38- | 2.78 |
| 06/26/00 | DR30 | REST DED-CASH DEPOSIT | 2.78- | 0.00 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 07/13/92                    CASE NUMBER: CR29503
COUNTY CODE: VEN                           FINE AMOUNT: $     500.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|------|--------|-------------|-------------|---------|
| 06/01/2000 | | BEGINNING BALANCE | | 500.00 |

00875

ᴀTE/PAROLEE APP  ᴧLS SCREENING FORM

Department of Corrections

TO:  Name: __N.ll__                    Log Number: __—__    Date: _____

CDC Number: __H43428__              Unit/Room : __2235__

## YOUR APPEAL IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):

[] 1. The action or decision being appealed is not within the jurisdiction of the Department.
[] 2. You have submitted a duplicate appeal on the same issue.

[] 3. You are appealing an action not yet taken.
[] 4. You have not attempted to resolve the problem on an informal level.

[✓] 5. YOU HAVE NOT ADEQUATELY COMPLETED THE INMATE/PAROLEE APPEAL FORM (CDC-602) OR ATTACHED THE PROPER DOCUMENTS.

A) Fill-in, sign & date section "        ."

B) Sign & date attachment page.

C) You may attach only ONE (1) additional page to explain your appeal. *DO NOT use a CDC-602 form for your additional page.* Use plain paper.

D) Attach complete copy of -

E) Attach complete copy of CDC Form-128G Classification Chrono (ICC/UCC).

F) Attach completed Rules Violation Report *with final disposition* (CDC Forms 115, 115-A,115-C & 1030).

G) Attach Classification Chrono with transfer review *and* CSR endorsement chrono.

H) Attach property receipt(s)/inventory sheet(s) showing ownership and re-submit.

I) Attach copy of CDC Form 114-D (Segregation Placement Order) & ICC Review chrono.

J) This is a Board of Prison Terms (BPT) issue. Submit to Lifer Coordinator on BPT-1040.

K) This is not ADA issue. Re-submit using a CDC-602 (Inmate/Parolee Appeal Form).

L) Attach proof of disability (Medical Chrono, etc.) confirming your need.

M) Attach ~~CDC Form 7362 (Health Care Services Request)~~ *and* Trust Statement with co-pay fee.

N) Complete attached Consent to Release Patient Records form and return.

O) Other:

Note: *If necessary,* see your counselor to obtain copy(ies) of requested document(s).

[] 6. There has been too great a time lapse between when the action occurred and when you filed your appeal.
[] 7. You may not submit an appeal on behalf of another inmate.
[] 8. Abuse of the appeal procedure.

THIS SCREENING DECISION MAY NOT BE APPEALED UNLESS YOU ALLEGE THE ABOVE INFORMATION IS INACCURATE. IN SUCH A CASE, PLEASE RETURN THIS FORM TO THE APPEALS COORDINATOR WITH THE NECESSARY INFORMATION.

### *LEAVE THIS FORM ATTACHED TO THIS APPEAL.*

E. WRIGHT, CCII
Appeals Coordinator
California Men's Colony

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region          Log No.          Category

1. CMC-E    00-1205    #1

2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| HILL, R.B. | H43428 | JACKET FACTORY | A/223S |

A. Describe Problem: DURING A CAT. 'S' INVESTIGATION CONDUCTED BY LT. C. BAKER, CONCERNING ALLEGATIONS OF MISCONDUCT OF C/O R. FURSTER IN 602 APPEAL LOG # CMC-E-00-0564, LT. C. BAKER DELIBERATELY VIOLATED THE FOLLOWING PENAL CODES WHILE ACTING UNDER COLOR OF LAW: PC. 134. PREPARING FALSE DOCUMENTS AS EVIDENCE & PC. 132 KNOWING AND SUBMITTING FALSE DOCUMENTS. WITH THE INTENT TO SUBJECT ME TO DISCIPLINARY ACTION OR PROSECUTION, DUE TO SIGNED "RIGHTS AND RESPONSIBILITY FORM CDC 1858 (SEE APPEAL LOG NUMBER CMC-E-00-00564)

If you need more space, attach one additional sheet.                    ADDITIONAL PG #1

B. Action Requested: AN INVESTIGATION BE CONDUCTED PER (DOM.) 31140.7 STAFF MISCONDUCT; LT. C. BAKER BE REPRIMANDED & COUNSELED, THAT FALSIFIED CAT 'S' INVESTIGATION OR ANY OTHER DOCUMENTS PERTAINING BE REMOVED FROM MY C-FILE, A NEW INVESTIGATION OF ALLEGATIONS IN 602 LOG # CMC-E-00-0564

Inmate/Parolee Signature: _Raymond B Hill_ H43428    Date Submitted: 6-13-00

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

**BYPASS**

Staff Signature: _____          Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

**BYPASS**

Signature: _____          Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed          CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

JUN 14 2000

CMC APPEALS OFFICE

00877

First Level    ☐ Granted    ☐ P. Granted    ☒ Denied    ☐ Other _____
E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: __JUL 2 5 2000__    Due Date: __SEP 6 2000__

Interviewed by: _____

*See Attached*

Staff Signature: _____    Title: __CAPTAIN__    Date Completed: __09-05-00__
Division Head Approved: _____    Title: __AWPS__    Returned
Signature: _____    Date to Inmate: __9/13/00__

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____
_____
_____

Signature: _____    Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____    Due Date: _____
☐ See Attached Letter

Signature: _____    Date Completed: _____

Warden/Superintendent Signature: _____    Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____
_____
_____
_____

Signature: _____    Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter

CDC 602 (12/87)    Date: _____

00878

ADDITIONAL PG #1

During a Interview for James Scott C86878, Given By Lt. C. Baker, in concern to allegations of assault and misconduct by C/O R. Furster. Statements were Given (See Affidavits) by Mr. Scott and myself to Lt. C. Baker, who deliberately falsified his findings by intentionally misconstruing the witnesses (J. Scott) statements of facts concerning the allegations. All of this was done with the attempt to find allegations against C/O R. Furster unfounded.

As noted, to all Wardens, in a Memorandum dated back in May 12, 1995, sent by David Tristan "Deputy Director Institution Division in Sacramento. (See Memorandum) The subject was "Alterations of CDC 115's" But states clearly Penal Code 132, provides that any person who upon any trial, proceeding, inquiry, or investigation whatsoever, authorized or permitted by law, offer in evidence, as genuine or true, any written documents or record, knowing the same to have been forged or fraudulently altered or ante-dated, is guilty of a felony.

Thank You

Reynald B Hill
H43428
6-18-00

00879

State of California

# Memorandum

Date       : September 13, 2000

To         : HILL, RAYNARD  H-43428

From       : First Level Appeals Office
             California Men's Colony, San Luis Obispo, CA  93409

Subject    : **CMC APPEAL LOG #00-1205**
             **FIRST LEVEL REVIEW**

*Action Requested*: That Correctional Lieutenant C. Baker be reprimanded and counseled, and a new investigation be conducted regarding allegations of staff misconduct in Appeal Log #CMC-E-00-0564.

A review of your appeal has been completed. Your complaint, including requested remedial action, has received careful consideration. Pursuant to attachment (1) of memorandum dated July 25, 2000, authored by Correctional Counselor II D. E. Wright, California Men's Colony (CMC) Appeals Coordinator, you were advised that said appeal is being processed as a staff complaint and would be investigated as such. You were further advised that any other issues, other than staff complaint, must be appealed separately.

On August 31, 2000, you were interviewed regarding this appeal. You alleged that on March 31, 2000, Officer Furster acted in an unprofessional manner by using profane language towards you as well as throwing a laundry bag at you while your quarterly package was being processed in Receiving and Release (R&R). You additionally allege that Lieutenant Baker knowingly, deliberately, and intentionally prepared and submitted a falsified investigative report. You claim Lieutenant Baker falsified and manipulated Inmate Scott's (witness) statement to cover-up Correctional Officer Furster's misconduct.

Pursuant to Chief Deputy Administrator G. Souza, a Category 'S' investigation was ordered and conducted. The results of said investigation revealed the allegations against Officer Furster and Lieutenant Baker were unfounded, therefore, the remedial action requested is denied.

**APPEAL DENIED**

F. GONZALEZ
Correctional Captain

cc: C-File, H-43428
    Appeals File

00880

State of California

# Memorandum

| | |
|---|---|
| **Date** | : May 10, 2000 |
| **To** | : Hill, Raynard<br>H-43428<br>California Mens Colony-East, Room # 2235 |
| **From** | : First Level Appeals Office<br>California Men's Colony, San Luis Obispo, CA  93409 |
| **Subject** | : **CMC APPEAL LOG # 00-0564**<br>**FIRST LEVEL REVIEW** |

**ACTION REQUESTED:**  That Officer R. Furster be reprimanded for staff misconduct.

A review of your appeal has been completed.  Your complaint, including requested remedial action, has received careful consideration.  Pursuant to attachment (1) of memorandum dated April 18, 2000, authored by Correctional Counselor II D. E. Wright, CMC appeals Coordinator, you were advised that said appeal is being processed as a staff complaint and would be investigated as such.  You were further advised that any other issues, other than staff complaint, must be appealed separately.

On May 07, 2000 you were interviewed regarding this appeal.  You alleged that Officer Furster acted in an unprofessional manner by using profane language towards you as well as throwing a laundry bag at you while you were attempting to pick up a package in R&R on March 29, 2000.  Pursuant to Chief Deputy Administrator G. Souza, a Category "S" Investigation was ordered and conducted.  The results of said investigation revealed the allegations against Officer Furster were unfounded, therefore, your action requested is denied.

**APPEAL DENIED**

C. Baker
**Correctional Lieutenant**

cc: C-File
        Appeals File

00881

/6E2

AFFIDAVIT / DECLARATION

STATE OF CALIFORNIA
County of SAN LUIS OBISPO

I RAYMOND B HILL H43428 HEREBY DECLARE UNDER PENALTY
OF PERJURY THAT THE following IS TRUE.
On 3-6-00, WHILE INCARCERATED AT THE California Men's Colony, I
WAS DUCATED TO R&R for A SPECIAL PURCHASE PICK-UP. PKG# 577,
E.R# 74724. I WAS INFORMED BY C/o R. FURSTER THAT THE NON-COILED
HEADPHONE EXT. CORD APPROVED BY SPECIAL PURCHASE IS NOT ALLOWED
PER SGT. BRUAN. (SEE SPECIAL PURCHASE ORDER / PACKAGE RECEIPT # 577/
TRUST ACCOUNT WITHDRAWL ORDER)
On 3-31-00, I WAS DUCATED TO R&R for A QUARTLY PACKAGE
PICK-UP, PKG#1445, WHERE IN QUESTIONED WAS (3) THREE ITEMS.
C/o R. FURSTER WAS ON DUTY IN R&R, AND WHEN I WANTED TO APPEAL
THE ITEMS IN QUESTIONED NOT APPROVED, C/o R. FURSTER BECAME ANGRY,
SNATCHING A CLIP BOARD OUT MY HANDS, THROWING IT ON THE R&R
FLOOR, SHOUTING "I'm TIRED OF THIS SHIT", AND GRABBING A LOUNDRE
BAG OFF THE R&R DOOR BELONGING TO JAMES SCOTT C86878, THROWING
IT AND STRIKING me, TO PROVOKE OR ENTICE. On BOTH APPEALS, SGT
BRUAN DENIED DUE TO OWN INTERPRETATION, INSTEAD OF POLICIES SET FORTH.
(SEE TRUST WITHDRAWL ORDER & SPECIAL PURCHASE ORDER)
On 4-6-00 I filed AN INMATE APPEAL (602) Log# CMC-E
00-0564 CAT #7 CONCERNING THESE ISSUES. Upon INVESTIGATION
By LT. C. BAKER WHO INTERVIEWED WITNESS JAMES SCOTT C86878
AND C/o R. FURSTER, SHOWS THAT LT. C. BAKER falsified & MAN-
... INTED STATEMENTS IN BENEFIT OF C/o R. FURSTER'S BEHALF.

00882

Cont. Affidavit/Declaration                              2 of 2

(SEE JAMES SCOTT AFFIDAVIT / PACKAGE RECEIPT # 1445 UNAUTHORIZED
ITEMS / CAT. "S" INVESTIGATION REPORT)
    I'VE OBTAINED A WRITTEN AFFIDAVIT BY WITNESS JAMES SCOTT
C86878, STATING INFORMATION GIVEN TO L.T. C. BAKER DURING
THE INVESTIGATIVE INTERVIEW, CONCERNING FACTS OF INCIDENT
IN QUESTION.
    I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT ALL
THAT IS SAID AND WRITTEN IS TRUE

                          SIGNED BY: Raymard B. Hill

                          EXECUTION DATE: 5-16-00

                          WITNESS BY: Paul C. Dieford
                                      H97905
                          DATE: May 16, 2000

00883

⑧

WRITTEN AFFIDAVIT BY JAMES SCOTT
#C86878
CMC-EAST #1184
PO BOX 8101
San Luis Obispo, CA
93409

I HEREBY DECLARE UNDER PENALTY OF PERJURY THE following is TRUE:
Upon INTERVIEW BY LT. C. BAKER CONCERNING A
INMATE APPEAL Log# CMC-E 00-0564 CAT.#7, WRITTEN
BY INMATE RAYNARD B. HILL H43428, AQ, CELL 2235 AT
CMC-EAST.

INFORMED LT. C. BAKER DURING INTERVIEW, THAT I
WAS PRESENT AT THE TIME IN QUESTIONED OF ALTERCATION BE-
TWEEN R&R STAFF C/o FURSTER AND INMATE HILL. I
TOLD LT. BAKER THAT I HEARD C/o FURSTER SAY "I'm
TIRED OF THIS SHIT" AND AT THAT TIME, C/o FURSTER GRAB-
BED my LAUNDRY BAG OFF THE DOOR TOP, AND THREW IT AT
INMATE HILL, BECAUSE HILL WANTED TO APPEAL THE (3)
• THREE ITEMS C/o FURSTER CLAIMED WAS UNAUTHORIZED.

I TOLD LT. C. BAKER I WAS SHOCKED BY C/o FURSTERS
BEHAVIOR AND LACK of RESPECT & PROFESSIONALISM.

STATE OF CALIFORNIA               SIGNED: James B. Scott
County OF SanLuis Obispo
City of San Luis Obispo    EXECUTION DATE: 5-14-2000

Witness _____

00884

# APPEALS SCREENING FORM RESPONSE

To Reiterate on your Request to be Specific on Rather misconduct was a Violation of CDC Regulations or State Law? **Both!**

① C/O C. Baker, LT. Did Conspire to Conceal Unprofessional Conduct Demonstrated By C/O R. Furster, Which is a Dereliction of His Assigned Duties and Responsibilies, and an Abuse of His Authority under the Color of State Law, in Violation of C.C.R. Title 15. § 3391, § 3004 (a)(c).

② Appellant Has a First Amendment Right To Petition the Government for Redress of His Grievance and Recieve a Fair and Impartial Review of said Grievance, Which is Protected under the Due Process & Equal Protection Clause, under the 14th Amendment.

③ C/O C. Baker, LT. During a Cat. 'S' Investigation of 602 Appeal Log# CMC-E-00-0564, Knowingly, Deliberately, and intentionally Prepared and Submitted a Falsified Investigative Report Which is a Violation of C.C.R. Title 15. 3391, 3004 (a)(c), AND Penal Code 132 & 134.

④ The Inmate Parolee/Appeal Form #CDC 602, Is A Legal Document and is protected under the First Amendment.

I Hereby Declare under the Penalty of Perjury That All of the Above is True.

*Reginald B Hill*

00885

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS

CDC 1858 (2/97)


# RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

**Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:**


**YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER** [this includes a departmental peace officer] **FOR ANY IMPROPER POLICE** [or peace] **OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS'** [or inmates'/parolees'] **COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN** [or inmate/parolee] **COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.**

**IT IS AGAINST THE LAW TO MAKE A COMPLAINT THAT YOU KNOW TO BE FALSE. IF YOU MAKE A COMPLAINT AGAINST AN OFFICER KNOWING IT IS FALSE, YOU CAN BE PROSECUTED ON A MISDEMEANOR CHARGE.** [An inmate/parolee who makes a complaint against a departmental peace officer, knowing it is false, may be issued a serious disiplinary rule violation, in addition to being prosecuted on a misdemeanor charge.]

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED *RBH* |
|---|---|---|
| KAYNARD B. HILL | Kaynard B Hill | 6-13-00 |
| **INMATE/PAROLEE PRINTED NAME** | **INMATE/PAROLEE'S SIGNATURE** | **CDC NUMBER** H43928 · **DATE SIGNED** *RBH* 6-13-00 |
| KAYNARD B. HILL | Kaynard B Hill | |
| **RECEIVING STAFF'S PRINTED NAME** | **RECEIVING STAFF'S SIGNATURE** | **DATE SIGNED** 7/14/00 |
| D E WRIGHT CC II | D Wright | |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

State of California                                                    Department of Corrections
## INMATE/PAROLEE APPEALS SCREENING FORM
CDC 695

TO:   Name: _Hill_          Log Number: _—_    Date: _JUL 1 5 ___

    CDC Number: _H43428_        Unit/Room : _2235_

### YOUR APPEAL IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):

[ ] 1. The action or decision being appealed is not within the jurisdiction of the Department.
[ ] 2. You have submitted a duplicate appeal on the same issue.

[ ] 3. You are appealing an action not yet taken.
[ ] 4. You have not attempted to resolve the problem on an informal level.

[✓] **5. YOU HAVE NOT ADEQUATELY COMPLETED THE INMATE/PAROLEE APPEAL FORM (CDC-602) OR ATTACHED THE PROPER DOCUMENTS.**

| |
|---|
| A) Fill-in, sign & date section "     ." |
| B) Sign & date attachment page. |
| C) You may attach only ONE (1) additional page to explain your appeal. *DO NOT use a CDC-602 form for your additional page.* Use plain paper. |
| D) Attach complete copy of - |
| E) Attach complete copy of CDC Form-128G Classification Chrono (ICC/UCC). |
| F) Attach completed Rules Violation Report *with final disposition* (CDC Forms 115, 115-A,115-C & 1030). |
| G) Attach Classification Chrono with transfer review *and* CSR endorsement chrono. |
| H) Attach property receipt(s)/inventory sheet(s) showing ownership and re-submit. |
| I) Attach copy of CDC Form 114-D (Segregation Placement Order) & ICC Review chrono. |
| J) This is a Board of Prison Terms (BPT) issue. Submit to Lifer Coordinator on BPT-1040. |
| K) This is not ADA issue. Re-submit using a CDC-602 (Inmate/Parolee Appeal Form). |
| L) Attach proof of disability (Medical Chrono, etc.) confirming your need. |
| M) Attach CDC-Form 7362 (Health Care Services Request) *and* Trust Statement with co-pay fee. |
| N) Complete attached Consent to Release Patient Records form and return. |
| O) Other: _Be specific in stating the conduct by employee you allege to be misconduct i.e. a violation of law or CDC regulation & attach any documentary evidence._ |

Note: *If necessary*, see your counselor to obtain copy(ies) of requested document(s).

[ ] 6. There has been too great a time lapse between when the action occurred and when you filed your appeal.
[ ] 7. You may not submit an appeal on behalf of another inmate.
[ ] 8. Abuse of the appeal procedure.
THIS SCREENING DECISION MAY NOT BE APPEALED UNLESS YOU ALLEGE THE ABOVE INFORMATION IS INACCURATE. IN SUCH A CASE, PLEASE RETURN THIS FORM TO THE APPEALS COORDINATOR WITH THE NECESSARY INFORMATION.

### *LEAVE THIS FORM ATTACHED TO THIS APPEAL.*

E. WRIGHT, CCII
Appeals Coordinator
California Men's Colony

00887

DF CALIFORNIA                                                                    DEPARTMENT DF CORRECTIONS

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 802 (12/87)

Location: Institution/Parole Region _____ Log No. _____ Category _____
1. CMC-E    1. 00-0564    #7
2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|-----------|------------------|
| HILL, R.B. | H43428 | JACKET FACTORY | 2235 |

A. Describe Problem: R&R STAFF SGT BRUNHIM & C/O FURSTER IS IN VIOLATION OF NOT RELEASING ITEMS APPROVED BY SPECIAL PURCHASE AND THE INSTITUTION, AND THE FOLLOWING CALIFORNIA CODES RELGULATIONS STATED IN THE TITLE 15, ARTICLE 8 APPEALS SECTION 3084.1 (a) & (d). Sub CHAPTER 5. ARTICLE 2. PERSONNEL CONDUCT. SECTION 3391(a). C/O FURSTER SHOUTED OBSCENITIES AND THROWING A LAUNDRY BAG AT ME TO PROVOKE OR AROUSE AN DEFENSIVE ACTION ON MY PART ON 3-29-00

If you need more space, attach one additional sheet.                    ADDITIONAL PG #1

B. Action Requested: THAT AN INVESTIGATION BE CONDUCTED PER (D.O.M.) 31140.7 STAFF MISCONDUCT. C/O FURSTER BE REPRIMANDED AND ADEQUATELY TRAIN-ED TO RESPECT THE RIGHTS AND PROPERTY OF OTHERS. FORMALLY REQUEST SGT BRUNHIM, C/O FURSTER AND PERFORMING SUPERIORS CIVIL SERVANTS #, AS A CITIZEN OF California

Inmate/Parolee Signature: Raymond B Hill H43428          Date Submitted: 4-6-00

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

BYPASS

Staff Signature: _____          Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS

Signature: _____          Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed          CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

MAY 2 3 2000          APR 7 2000
CMC APPEALS OFFICE

00888

First Level ☐ Granted ☐ P. Granted ☒ ~~Denied~~ ☐ Other

E. REVIEWER'S ACTION (Complete within ~~15~~ 30 working days): Date assigned: APR 1 8 2000 Due Date: MAY 3 1 2000

Interviewed by: Lt. C. Baker

SEE Attached

Staff Signature: C. Baker Title: Lt. Date Completed: 5-10-00

Division Head Approved: Signature: [signature] Title: AWPS Returned Date to Inmate: 5/10-00

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response. 5-12-00

LT. C BAKER'S INVESTIGATIVE DOCUMENTIVE RESPONSE WAS IN ITSELF A FRAUDULENT CONVEYANCE AS OFFERED, AS DOCUMENTED ON AFFIDAVIT OF INMATE JAMES SCOTT C86878 WHO WAS THE ACTUAL WITNESS INTERVIEWED PRETAINING TO THIS INVESTIGATION.

Signature: Raymond B. Hill Date Submitted: 5-14-00

Second Level ☐ Granted ☒ P. Granted ☐ Denied ☐ Other

G. REVIEWER'S ACTION (Complete within ~~10~~ 20 working days): Date assigned: JUN 2 2000 Due Date: 6-30-00

☒ See Attached Letter

Signature: D. Freehauf D. FREEHAUF, AWIS Date Completed: 7-12-00

Warden/Superintendent Signature: [signature] L.R. BLANKS, WARDEN(A) Date Returned to Inmate: 7-24-00

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: Date Submitted:

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☐ Denied ☐ Other

☐ See Attached Letter

Date:

CDC 602 (12/87)

State of California

# Memorandum

**Date**    : July 5, 2000

**To**    : HILL, RAYNARD
H-43428
CALIFORNIA MEN'S COLONY - EAST, ROOM 2235

**From**    : Second Level Appeals Office
California Men's Colony (CMC), San Luis Obispo, CA 93409

**Subject**    : CMC APPEAL LOG #E-00-0564
**SECOND LEVEL REVIEW**

ACTION REQUESTED:    INVESTIGATION OF MISCONDUCT BY CORRECTIONAL
OFFICER (C/O) R. FURSTER BE COMPLETED AND THE
EMPLOYEE RECEIVE A REPRIMAND.

Your complaint, including requested remedial action, has received careful consideration.
You contend that on the date of 3/29/00 C/O Furster became irate, used vulgar language and
threw a laundry bag at you.

Your complaint has been thoroughly investigated at the First Level by supervisory staff and
determined to be unfounded. Dissatisfied, you requested your appeal be reviewed at the
Second Level.

Pursuant to Penal Code (PC), Section 832.5, you have a right to make a complaint for
improper peace officer conduct and to have your complaint investigated. You also have
signed a Rights and Responsibility statement, as required by PC Section 148.6 and
Department regulation acknowledging that you are aware it is against the law to knowingly
make a false complaint against a peace officer.

The rules of the Department governing respecting others and employee conduct are contained
in the California Code of Regulations (CCR), Title 15, Division 3, Sections 3004 and 3391
which state in applicable part:

**3004. Rights and Respect of Others.**
*(a) Inmates and parolees have the right to be treated respectfully,
impartially, and fairly by all employees. Inmates and parolees have the
responsibility to treat others in the same manner. Employees and inmates may
use first names in conversation with each other when it is mutually acceptable
to both parties.*
*(b) Inmates, parolees and employees will not openly display disrespect or
contempt for others in any manner intended to or reasonably likely to disrupt
orderly operations within the institutions or to incite or provoke violence.*
*(c) Inmates, parolees and employees will not subject other persons to any
form of discrimination because of race, religion, nationality, sex, political
belief, age, or physical or mental handicap.*

00890

**SECOND LEVEL REVIEW**
CMC Log #00-0564
Page Two

**3391. Employee Conduct**

(a) *Employees shall be alert, courteous, and professional in their dealings with inmates, parolees, fellow employees, visitors and members of the public. Inmates and parolees shall be addressed by their proper names, and never by derogatory or slang reference. Prison numbers shall be used only with names to summon inmates via public address systems. Employees shall not use indecent, abusive, profane, or otherwise improper language while on duty. Irresponsible or unethical conduct or conduct reflecting discredit on themselves or the department, either on or off duty, shall be avoided by all employees.*

Your complaint has been thoroughly investigated and you have been provided with a written notice of the results of the investigation, as are the legal requirements. The employee has been found not to have violated any provision of law or Departmental regulation. In the event your employee misconduct complaint had been substantiated then the appropriate administrative action would be initiated. In no case will action ever be taken against any employee at the mere behest of an inmate; nor will an inmate be made privy to any personnel action which may be taken.

Your appeal is considered to be partially granted in that an investigation of your complaint has been completed. Your request for the employee to be given a reprimand will not be granted. Should you be dissatisfied with this appeal decision, you may, by following the instructions listed on your Inmate Appeal Form (CDC Form 602), request a review at the Director's Level.

APPEAL PARTIALLY GRANTED                                REVIEWED AND APPROVED


D. FREEHAUF                                             L. R. BLANKS
ASSOCIATE WARDEN                                        WARDEN (A)
INMATE SERVICES


DF:DEW:jmp

cc: C-File, Appeals File

State of California

# Memorandum

**Date**     :   May 10, 2000

**To**      :   Hill, Raynard
           H-43428
           California Mens Colony-East, Room # 2235

**From**    :   **First Level Appeals Office**
           California Men's Colony, San Luis Obispo, CA  93409

**Subject**   :   **CMC APPEAL LOG # 00-0564**
              **FIRST LEVEL REVIEW**

**ACTION REQUESTED:**  That Officer R. Furster be reprimanded for staff misconduct.

A review of your appeal has been completed.  Your complaint, including requested remedial action, has received careful consideration.  Pursuant to attachment (1) of memorandum dated April 18, 2000, authored by Correctional Counselor II D. E. Wright, CMC appeals Coordinator, you were advised that said appeal is being processed as a staff complaint and would be investigated as such.  You were further advised that any other issues, other than staff complaint, must be appealed separately.

On May 07, 2000 you were interviewed regarding this appeal.  You alleged that Officer Furster acted in an unprofessional manner by using profane language towards you as well as throwing a laundry bag at you while you were attempting to pick up a package in R&R on March 29, 2000.  Pursuant to Chief Deputy Administrator G. Souza, a Category "S" Investigation was ordered and conducted.  The results of said investigation revealed the allegations against Officer Furster were unfounded, therefore, your action requested is denied.

**APPEAL DENIED**

**C. Baker**
**Correctional Lieutenant**

cc: C-File
     Appeals File

AFFIDAVIT/DECLARATION

STATE OF CALIFORNIA
County of SAN LUIS OBISPO

I RAYMOND B HILL H43428 HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE following IS TRUE.

On 3-6-00, WHILE INCARCERATED AT THE California Men's Colony, I WAS DUCATED TO R&R for A Special Purchase Pick-up. PKG# 577, E.R.# 74724. I WAS INFORMED By C/O R. FURSTER THAT THE NON-COILED HEADPHONE EXT. CORD APPROVED BY Special Purchase IS not ALLOWED PER SGT. BRUHN. (SEE Special Purchase ORDER / PACKAGE RECEIPT #577/ TRUST ACCOUNT WITHDRAWL ORDER.)

On 3-31-00, I WAS DUCATED TO R&R for A QUARTLY PACKAGE PICK-UP, PKG#1445, WHERE in QUESTIONED WAS (3) THREE ITEMS. C/O R. FURSTER WAS On DUTY in R&R, AND WHEN I WANTED TO APPEAL THE ITEMS in QUESTIONED NOT APPROVED, C/O R. FURSTER BECAME ANGRY, SNATCHING A CLIP BOARD OUT MY HANDS, THROWING IT On THE R&R FLOOR, SHOUTING "I'M TIRED OF THIS SHIT", AND GRABBING A LAUNDRY BAG OFF THE R&R DOOR BELONGING TO JAMES SCOTT C86878, THROWING IT AND STRIKING ME, TO PROVOKE OR ENTICE. On BOTH APPEALS, SGT BRUHN DENIED DUE TO OWN INTERPRETATION, INSTEAD OF POLICIES SET FORTH. (SEE TRUST WITHDRAWL ORDER & Special Purchase ORDER)

On 4-6-00 I filed AN INMATE APPEAL (602) LOG# CMC-E 00-0564 CAT#7 CONCERNING THESE ISSUES. Upon INVESTIGATION By LT. C. BAKER WHO INTERVIEWED WITNESS JAMES SCOTT C86878 AND C/O R. FURSTER, SHOWS THAT LT. C. BAKER falsified & MANIPULATED STATEMENTS IN BENEFIT OF C/O R. FURSTER'S BEHALF.

Cont. Affidavit/Declaration  2 of 2

(SEE JAMES SCOTT AFFIDAVIT / PACKAGE RECEIPT # 1445 UNAUTHORIZED ITEMS / CAT."S" INVESTIGATION REPORT)

I'VE OBTAINED A WRITTEN AFFIDAVIT BY WITNESS JAMES SCOTT C86878, STATING INFORMATION GIVEN TO LT. C. BAKER DURING THE INVESTIGATIVE INTERVIEW, CONCERNING FACTS OF INCIDENT IN QUESTION.

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT ALL THAT IS SAID AND WRITTEN IS TRUE

SIGNED BY : Reynard B. Neil

EXECUTION DATE: 5-16-00

WITNESS BY : Paul Defore
H97905
DATE : May 16, 2000

00894

WRITTEN AFFIDAVIT BY JAMES SCOTT
#C86878
CMC-EAST #1184
PO BOX 8101
San Luis Obispo, CA
93409

I HEREBY DECLARE UNDER PENALTY OF PERJURY THE following is TRUE:
Upon INTERVIEW BY L.T. C. BAKER CONCERNING A
INMATE APPEAL Log# CMC-E 00-0564 CAT #7, WRITTEN
BY INMATE RAYNARD B. HILL H43428, AQ, CELL 2235 AT
CMC-EAST.
INFORMED L.T. C BAKER DURING INTERVIEW, THAT I
WAS PRESENT AT THE Time in QUESTIONED OF ALTERCATION BE-
TWEEN R&R STAFF C/o FURSTER AND INMATE HILL. I
TOLD L.T. BAKER THAT I HEARD C/o FURSTER SAY "I'm
TIRED OF THIS SHIT" AND AT THAT TIME, C/o FURSTER GRAB-
BED MY LAUNDRY BAG OFF THE DOOR TOP, AND THREW IT AT
INMATE HILL, BECAUSE HILL WANTED TO APPEAL THE (3)
• THREE ITEMS C/o FURSTER CLAIMED WAS UNAUTHORIZED.
I TOLD L.T. C. BAKER I WAS SHOCKED BY C/o FURSTERS
BEHAVIOR AND LACK OF RESPECT & PROFESSIONALISM.

STATE OF CALIFORNIA                    SIGNED: James E. Scott
County OF SAN LUIS OBISPO
City OF San Luis Obispo    EXECUTION DATE: 5-14-2000

                          WITNESS: Stanley Danino
                                   CDC P0 44442

00895

ATTACHED PG # 1

1) ON FEB 6TH, 2020 C/O FURSTER REFUSE TO LET ME HAVE AN APPROVED SPECIAL PURCHASE ITEM "10' NON-COILED HEADPHONE EXTENTION CORD UNDER THE DIRECTION of A SGT BRUHUN. BEING THAT EXTENSION MEANS "ADDED TO" THE SGT MADE HIS OWN INTERPUTATION of WHAT "EXTENSION" CORD MEANS AND SAID THAT THE APPROVED 10' EXTENSION CORD IS ILLEGAL AND I HAD TO PAY TO SEND IT HOME.

2) ON 3-28-00 C/O FURSTER CLAIMED THE US POSTEL SERVICE 33¢, 20 CT. PAPER FOLDED BOOK of STAMPS", ARE NOT A BOOK, AND ARE NOT SEALED. THESE STAMPS CAME INTO THE INSTITUTION ALL OF THE TIME, AND THIS WAS THE SECOND TIME C/O FURSTER & SGT BRUHUN USED THEIR OWN INTERPUTATION ON WHAT'S ALLOW, INSTEAD OF GOING BY WHATS APPROVED BY INSTITUTION. I TOLD C/O FURSTER I WANTED TO APPEAL, AND HE WENT CRAZY BY SWITCHING THE MAIL-OUT CLIPBOARD OUT OF MY HANDS, THROWING IT ON THE R.E.R FLOOR, SHOUTING "I'M TIRED OF THIS SHIT", THEN GRABBED A LAUNDRY BAG OFF THE DOOR COUNTER AND THREW IT AT ME. THE BAG LAYED ON THE GROUND OUTSIDE of R.E.R. THE BAG BELONGED TO JAMES SCOTT C86878, CELL 1182 WHO WAS STANDING THERE WATCHING C/O FURSTER TRY TO PROVOKE OR ENTICE ME INTO AN ACTION.

3) AS A FORM of REPRISAL, C/O FURSTER KEPT MY ENTIRE PACKAGE, INSTEAD OF JUST THE APPEAL ITEMS. I BELIEVE ALL OF THIS IS NOT PROFESSIONAL, AND SHOULD BE LOOKED INTO.

THANK

Raymond Hill

4-6-00    C. PRYOR

00896

STATE OF CALIFORNIA                                                  DEPARTMENT OF CORRECTIONS

CDC 1858 (2/97)

# RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

*Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:*

YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER [this includes a departmental peace officer] FOR ANY IMPROPER POLICE [or peace] OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' [or inmates'/parolees'] COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN [or inmate/parolee] COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.

IT IS AGAINST THE LAW TO MAKE A COMPLAINT THAT YOU KNOW TO BE FALSE. IF YOU MAKE A COMPLAINT AGAINST AN OFFICER KNOWING IT IS FALSE, YOU CAN BE PROSECUTED ON A MISDEMEANOR CHARGE. [An inmate/parolee who makes a complaint against a departmental peace officer, knowing it is false, may be issued a serious disiplinary rule violation, in addition to being prosecuted on a misdemeanor charge.]

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED | |
|---|---|---|---|
| INMATE/PAROLEE PRINTED NAME RAYNARD B. HILL | INMATE/PAROLEE'S SIGNATURE Raynard B. Hill | CDC NUMBER H43928 | DATE SIGNED 4-6-00 |
| RECEIVING STAFF'S PRINTED NAME D.E. WRIGHT, CC-II | RECEIVING STAFF'S SIGNATURE Wright | DATE SIGNED 4/11/00 | |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

| 1445 | HILL, RAYN, D | H-43428 | 235 | 3-28-00 | PR |
|------|------|------|------|------|------|
| PKG. # | NAME | NUMBER | ROOM | DATE | INIT. |

SENT BY: _____

## PACKAGE RECEIPT   1st  3-27-00
VS

*THIS IS ACKNOWLEDGE THE RECEIPT OF A PACKAGE FROM THE ABOVE NAMED PERSON.*

**CONTAINS THE FOLLOWING APPROVED ITEMS:**

| | | | |
|---|---|---|---|
| 1.____ CANDY | 7.____ CAKE/PASTRIES | 13.____ PIPE TOBACCO | 19. 1 VEG-ALL |
| 2.____ NUTS | 8. 4 BEVERAGES | 14.____ CIGARETTES | 20. 26 TOM SAUCE |
| 3.____ CHEESE | 9.____ MISC. FOOD ITEMS | 15.____ TOBACCO | 21. 1 CEREAL |
| 4. 2 COOKIES | 10.____ PENCILS | 16.____ SUN GLASSES | 22.____ |
| 5.____ CHIPS | 11.____ CIGARS | 17. 2 PORK N BEANS | 23.____ |
| 6. 1 CANNED MEATS | 12. 2 SOUPS | 18. 1 BEEF | 24.____ |

**CLOTHING ITEMS (As Outlined In General Order #45):**

| LEVIS | SOCKS, Pair | SHIRT, Dress | SHIRTS T/A |
|---|---|---|---|
| THERMAL TOP | THERMAL BOTTOMS | SWEAT SHIRT | SWEAT PANTS |
| SHORTS | SHORTS, Athletic | A-SUPPORT | LEVI JACKET |
| SWEATER | PAJAMAS | ROBE | BELT |
| RELIGIOUS | MEDAL | WATCH: W/M  Y/M  B/P | NAME: |
| TV:  COLOR/B&W | NAME: | SERIAL #: | |
| HEADPHONES | NAME: | | |
| FAN | NAME: | | |
| RADIO:  AM/FM/CASSETTE/CD/CLOCK | NAME: | | SERIAL # |
| WALKMANS | | NAME: | SERIAL # |
| WORD PROCESSOR | | NAME: | SERIAL # |
| OTHER: | | | SHOES: |

| Unauthorized Items: KOOL-AID-OPEN<br>STAMPS- NOT SEALED<br>CANNED MEATS- OPEN | Send Home | |
|---|---|---|
| | Donate | |
| | Appeal | |

This is to acknowledge the fact that I have accepted *Authorized Items* and *Donated* those Items *Not Authorized*, sent Home, or Appealed. If appealed, the package will be held until the following working day so that the R&R Sergeant can review the package. *Upon Review, the package will be released to the inmate.*

Staff Member: _____  By _____  Inmate Signature _____  Date 3-31-00

ORIG: File (R&R)
cc:  File (Package Room)
     Inmate

CMC-031 (08/96) 808

CMC  E

Hill H-13428-2235

## TRUST ACCOUNT WITHDRAWAL ORDER

Date 2-6- 19 00

To: Warden or Superintendent      Approved _____

I hereby request that my Trust Account be charged $_____ for the purpose stated below and authorize the withdrawal of that sum from my account:

H43428

NUMBER

Raynard B Hill

NAME (Signature please, DO NOT PRINT)

PRINT PLAINLY BELOW name and address of person to whom item is to be mailed.

NAME  ERNESTINE HILL

ADDRESS  3660 KEEL Ave

OXNARD, CA. 93035

## DECLINED INSURANCE [X]

## INSURE FOR $_____

[AMOUNT]

Raynard B Hill

[INMATE'S SIGNATURE]

RAYNARD B. HILL

PRINT YOUR FULL NAME HERE

ROOM NO. 2235

1. 1 EXTENSION Cord

2. _____

3. _____

4. _____

5. _____

6. _____

TO BE MAILED:  ☐ 1st CLASS POSTAGE
               ☐ 3rd CLASS POSTAGE
               ☐ 4th CLASS POSTAGE
               ☒ U.P.S.

"CONTENTS VERIFIED, WRAPPED AND MAILED"

BY: _____

CMC - San Luis Obispo, CA 93409-0001

CMC-048 (Rev.02/89 293)

00899

Hill H43428-2235

## TRUST ACCOUNT WITHDRAWAL ORDER

Date 3-31 19 00

To: Warden or Superintendent    Approved _____

I hereby request that my Trust Account be charged $ _____ for the purpose
stated below and authorize the withdrawal of that sum from my account:

H43428
**NUMBER**

Raymond b Hill
NAME (Signature please, DO NOT PRINT)

PRINT PLAINLY BELOW name and address of
person to whom item is to be mailed.

NAME  LT BRADLEY SR

ADDRESS  3138 JACKSON ST

Oxnard CA 93033

## DECLINED
## INSURANCE  [ ]

## INSURE FOR $ _____
[AMOUNT]

_____
[INMATE'S SIGNATURE]

RAYNARD BYRONE HILL
PRINT YOUR FULL NAME HERE

ROOM NO. 2235

1. 1 Kool-AID

2. 1 20CT STAMPS

3. _____

4. _____

5. _____

6. _____

TO BE MAILED:  [ ] 1st CLASS POSTAGE
[ ] 3rd CLASS POSTAGE
[ ] 4th CLASS POSTAGE
[X] U.P.S.

"CONTENTS VERIFIED, WRAPPED AND MAILED"

BY: R J J
CMC - San Luis Obispo, CA 93409-0001

CMC-048 (Rev.02/89 293)

STATE OF CALIFORNIA                                                                          DEPARTMENT OF CORRECTIONS

# California Men's Colony
## Special Purchase Order

**To Vendor:**

| For Institutional Use Only |
|---|
| Name:  HILL, RAYNARD |
| Inmate ID#:  H-43428 |
| Housing:  Area:  AQB2  Bed#:  2235 |
| EA#:  74724 |

ACCESS CATALOG COMPANY
1080 LIN PAGE PLACE
ST. LOUIS MO  63132

| For Accounting Use Only |
|---|
| FEB - 8 2000   313 858 |

**Date:** 02-01-2000
Special Purchase

| Qty. | Catalog#: | Description: | Price: | Total: |
|---|---|---|---|---|
| 1 | 52461 | NIKE ACHIEVE FORCE WHT/GRAY SIZE  11 | $54.79 | $54.79 |
| 1 | 51234 | SPANISH/ENGLISH DICTIONARY | $1.99 | $1.99 |
| 1 | 50147 | NON-COILED HEADPHONE EXT CORD W/MINI JACK 10' | $4.79 | $4.79 |
| 1 | 50816 | CLIP ON SUNGLASSES | $4.59 | $4.59 |

| SHIP TO: | Note to Vendor: IWF Tax for institution use only. California Use (Sales) Tax applied and processed pursuant to State law. | | |
|---|---|---|---|
| **California Men's Colony** | Sub Total: | $66.16 |
| **Special Purchase EA#:** 74724 | Postage: | $4.00 |
|  | Sub Total: | $70.16 |
| **1 North / P.O. Box 8101** | CA Use/Sales Tax: | $4.80 |
| **San Luis Obispo CA  93409-0003** | Sub Total: | $74.96 |
| **Re:** ACCESS CATALOG COMPANY | I.W.F. Tax: | $6.62 |
|  | Sub Total: | $81.58 |
|  | **Pay Vendor This Amt:** | $70.16 |

NOTE TO VENDOR: Show purchase order (EA#) on ALL shipments. DO NOT place inmate's name or number on shipping label. Refunds by check or money order ONLY.

**Inmate Trust Account Charge This Amt:**    $81.58

Inmate
Copy

| 577 Hill, Raymont | H43478 | | 3-4-00 | JK |
|---|---|---|---|---|
| **PKG. #** | **NAME** | **NUMBER** | **ROOM** | **DATE** | **INIT.** |

SENT BY: _Access_          _DPS_

## PACKAGE RECEIPT   V   _2-29-00_

### THIS IS ACKNOWLEDGE THE RECEIPT OF A PACKAGE FROM THE ABOVE NAMED PERSON.

_EA# 74724_

## CONTAINS THE FOLLOWING APPROVED ITEMS:

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. _____ CANDY | 7. _____ CAKE/PASTRIES | 13. _____ PIPE TOBACCO | 19. _____ |
| 2. _____ NUTS | 8. _____ BEVERAGES | 14. _____ CIGARETTES | 20. _____ |
| 3. _____ CHEESE | 9. _____ MISC. FOOD ITEMS | 15. _____ TOBACCO | 21. _____ |
| 4. _____ COOKIES | 10. _____ PENCILS | 16. _1_ SUN GLASSES _clip-ons_ | 22. _____ |
| 5. _____ CHIPS | 11. _____ CIGARS | 17. _1_ _Dictionary_ | 23. _____ |
| 6. _____ CANNED MEATS | 12. _____ SOUPS | 18. _____ | 24. _____ |

## CLOTHING ITEMS (As Outlined In General Order #45):

| | | | |
|---|---|---|---|
| LEVIS | SOCKS, Pair | SHIRT, Dress | SHIRTS T/A |
| THERMAL TOP | THERMAL BOTTOMS | SWEAT SHIRT | SWEAT PANTS |
| SHORTS | SHORTS, Athletic | A-SUPPORT | LEVI JACKET |
| SWEATER | PAJAMAS | ROBE | BELT |
| RELIGIOUS | MEDAL | WATCH: W/M  Y/M  B/P | NAME: |
| TV:   COLOR/B&W | NAME: | SERIAL # | |
| HEADPHONES | NAME: | | |
| FAN | NAME: | | |
| RADIO:  AM/FM/CASSETTE/CD/CLOCK | NAME: | | SERIAL # |
| WALKMANS | NAME: | | SERIAL # |
| WORD PROCESSOR | NAME: | | SERIAL # |
| OTHER: _1  10' Extension Cord - stereo jack_ | | | SHOES: ~~Nike~~ Nike Air Force |

| Unauthorized Items: _NOT AUTHORIZED, per GO Belin, etc._ | Send Home | _JBH_ |
|---|---|---|
| | Donate | |
| | Appeal | |

This is to acknowledge the fact that I have accepted _Authorized Items_ and _Donated_ those Items _Not Authorized_, sent Home, or Appealed. If appealed, the package will be held until the following working day so that the R&R Sergeant can review the package. _Upon Review, the package will be released to the inmate._

Staff Member: _R Fuko_          Inmate's Signature: _Raymond B Hill_          Date: _3-6-00_

ORIG:  File (R&R)
  cc:   File (Package Room)
         Inmate

CMC-031 (08/98) 808

| CMC |
|---|
| E |

00902

PROOF OF SERVICE BY UNITED STATES MAIL
(§§ 446, 1013a, 2015.5 C.C.P.)

STATE OF CALIFORNIA )
                    )
COUNTY OF ~~San Luis Obispo~~ SAN LUIS OBISPO )

I, the undersigned, declare that I am a resident of the aforesaid county,
State of California; I am over the age of eighteen years and not a party to
the within action; my address is: RAYNARD B. HILL H43428
CMC-EAST 7235, PO BOX 8101, SAN LUIS OBISPO, CA. 93409-8101

On the belowstated date I served documents described as follows:
1. 602 APPEALS FORM W/ATTACHED PG #1        7. PACKAGE RECEIPT (2)
2. FIRST LEVEL REVIEW                       8. TRUST ACCOUNTS WITHDRAWL ORDER (2)
3. CAT "S" INVESTIGATION                    9. SPECIAL PURCHASE ORDER
4. RIGHTS & RESPONSIBILITY STATEMENT
5. R. HILL WRITTEN AFFIDAVIT
6. J. SCOTT WRITTEN AFFIDAVIT
on the Interstate parties in this action by placing a true copy thereof,
enclosed in a sealed envelope with postage thereon fully prepaid, in the
United States mail at ~~~~ SAN LUIS OBISPO, California, addressed as follows:

CHIEF INMATE APPEALS
CMC-EAST
PO BOX 8101
SAN LUIS OBISPO, CA-93409      CONFIDENTIAL PER ~~C.C.R. TITLE 15 3141(8)(C)~~    C.C.R. TITLE 15 3141(8)(C)

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 18 day of
MAY , 20 2000

                              _Raynard B Hill_
                              Signature of Declarant
                              RAYNARD B. HILL
                              Print Full Name of Declarant

COURT PAPER
STATE OF CALIFORNIA
STD 113  REV 8-72

85471

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**          Location:  Institution/Parole Region        Log I              Category
**APPEAL FORM**                  CMC-E              .00-0875              #9 #7
CDC 602 (12/87)

~~C-FILE~~

1. _____

2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|-----------|------------------|
| HILL, R.B | H43428 | JACKET FACTORY | AQ 2235 |

A. Describe Problem:  ORTHO DR. R. HARWAY IS IN VIOLATION OF THE FOLLOWING
RULES AND REGULATION IN THE TITLE 15. ARTICLE 4. SEC 3132(b)
RESPONSIBILITY & COMPLIANCE, SUBCHAPTER 5. ARTICLE 2. SEC. 3391. (a)
CONDUCT & PROFESSIONALISM. ABUSE OF AUTHORITY, AND UNETHICAL
TREATMENT OF PATIENT.

                                                    SEE ADDITIONAL PG #1

If you need more space, attach one additional sheet.

B. Action Requested:  ① INVESTIGATION PER DOM 31140.7, ② RECIEVE PROPER
MEDICATION for CHRONIC PAIN, ③ SURGERY OF RT SHOULDER
④ REHABILITATION PROGRAM for SHOULDER ⑤ REPRIMANDED

Inmate/Parolee Signature:  Raymond B. Hill H43428          Date Submitted: 5-17-00

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

BYPASS

Staff Signature: _____          Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS

Signature: _____                                        Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed          CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

                        MAY 23 2000

                    CMC ___ ___ALS OFFICE

                                                                        00904

00905

First Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ____________

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: ____________ Due Date: ____________

Interviewed by: ____________

BYPASS

Staff Signature: ____________ Title: ____________ Date Completed: ____________

Division Head Approved: Returned

Signature: ____________ Title: ____________ Date to Inmate: ____________

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

BYPASS

Signature: ____________ Date Submitted: ____________

Second Level ☐ Granted ☐ P. Granted ☒ Denied ☐ Other ____________

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: JUN 0 7 2000 Due Date: JUL 2 0 2000

☒ See Attached Letter

R. MEYERS, MD, HCM

Signature: [signature] Date Completed: 6-21-00

Warden/Superintendent Signature: ____________ Date Returned to Inmate: 6-26-00

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: ____________ Date Submitted: ____________

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ____________

☐ See Attached Letter

Date: ____________

CDC 602 (12/87)

ADDITIONAL PG #

On 2-19-00, Approx 12:30 pm, I fell coming down BQ Dining Hall stairs, injuring my Rt Shoulder. Due to the continuing pain, I reported to the clinic on 3-9-00, At that time, taken x-rays and referred to Ortho Dr. R. Harway. Under Dr. R. Harway's care, I went out for a M.R.I. on 3-16-00, And told to check back in 5 days for results and proper prescribed medication for injury. After the 5 days, I attempted to contact Dr. R. Harway through Inmate Request forms (4) in all, to recieve NO response.

On 4-13-00 I was ducated to Ortho Dr. Harway and informed of Torn Rotator Cuff which requires Surgery. Due to the extent of the injury and the Cronic Pain, and the knowledge of present given medications is not affective, Dr. R. Harway refuse to prescribe anything else to alleviate the pain & sleep deprevation. The Inmate Request forms I sent to Dr. R. Harway was in my file and was thrown in Trash by Dr. R. Harway. I believe its a Abuse of Authority when statements are made "Your'e getting nothing else, we Already spent over $1,000 on you for test. (see x-ray & MRI ), And also believe its unethical treatment for a Caretaker to know a patient is in Cronic Pain for now over 2 mos, intentionally & Deliberately Denies his patient any form of comfort until time for Surgery. Due to Dr. R. Harway lack of compassion & care of his patients, I have concerns about his professionalism & abilities.

Raymond B Hill
H43428
5-17-00

00906

State of California

# Memorandum

**Date**     : June 19, 2000

**To**       : HILL, RAYMOND / H-43428

**From**     : Second Level Appeals Office
             **California Men's Colony, San Luis Obispo, CA  93409**

**Subject**  : CMC- E APPEAL LOG #00-00875
             SECOND LEVEL REVIEW

     ACTION REQUESTED:   Inmate Hill was interviewed 6-15-00 by Dr. Robert Harway. Inmate stated that he did not have to speak during the interview since the 602 form was self-explanatory.  Dr. Harway stated to the inmate that an interview required responses to questions.  Action requested by the inmate included:  1.  Investigation per Department Regulation 31140.7.  2  Demanded to receive proper medication.  3.  Demanded surgery of the right shoulder.  4.  Demanded a rehabilitation program for the shoulder and also demanded recipient of reprimand unstated.  According to the medical record, this patient was interviewed April 13, 2000 at which time an MRI had shown a full-thickness rotator cuff tear.  The patient desired surgery and was placed on a surgical waiting list.  During the interview it became clear that his main demands had been met except for the prescription of narcotic medication.  Inmate became angry during this interview and in spite of orders from the office to sit down he exited the clinic.  Regulations state that inmates that walk out of interviews may be denied the request on the 602.  Based on this regulation this 602 is denied.

Appeal Denied:

R. MEYERS, M.D.
HEALTH CARE MANAGER

RM:RH:pg

cc:  Central File
     Appeals Office

00907

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 12/6/99 | | | TR Friday  DB |
| | | | Noted- LH _____ mma 12/4/99 115 |
| 3-6-00 | | (1) | ✗ ___ STAT |
| 3/7/00 c.1555 | | noted | dg. w (R) shoulder _____ |
| 3-9-00 | | (1) | Sling (R) arm ✓ |
| | | (2) | Pass to ortho on Monday |
| | | (3) | Tylenol tabs ii po prn pain |
| | | (4) | ___ - _____ |
| | | (R) | med unassigned x 1week |
| 3-9-00 | 7p | | Tylenol 650 po QID PRN pain x 5 days |
| noted 3/9/00 7p | | | R ___ |

ALLERGIES: NKA       INSTITUTION: ___

Confidential
client information
See W & I Code, Sections 4514 and
5328

CDC NUMBER, NAME (LAST, FIRST, MI)

H- 43428
HILL, RAYMOND

**PHYSICIAN'S ORDERS**

CDC 7221 (4/90)
STATE OF CALIFORNIA        DSP 98 14552        DEPARTMENT OF CORRECTIONS

00908

| DATE | TIME | |
|------|------|---|
| 12/6/99 | | SURGICAL CLINIC  wound ✓. _____ LHarr~~ |
| | | Laceration of Lt eye brow, 1N met |
| | | has needed to sum suture. |
| | | No evidence of infection now |
| | | RTC Friday. |
| | | JBC, |
| 12/10/99 | | SURGICAL CLINIC  Flu-rev laceration (R) eyebrow. |
| | | Suture removed from (L) |
| | | upper eyelid |
| | | ~~signature~~ |
| 3-9-00 | | Fell + week or so ago. Fell & |
| | | (R) arm extended. (R) shoulder |
| | | painful. Also (R) neck hurt |
| | | too "when makes a certain way" |
| | | +am palp (R) shoulder anb |
| | | capsule. and over bursa |
| | | shoulder. will not abduct |
| | | area due to pain. |
| | | Ord × ray - (R) shoulder & neck. traumatic |

| INSTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MI) |
|-------------|-----------|----------|-----------------------------------|
| CMC | | 2235 | |

H- 43428
HILL, RAYMOND

## PHYSICIAN'S PROGRESS NOTES

CDC 7230 (7/90)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

| DATE | TIME | |
|------|------|---|
| 3/9/00 | | change ® A/c joint. |
| | | Refer to ortho |
| | | Does not tolerate Ibuprofen. |
| | | wants Tylenal. |
| | | Sling arm. |
| | | _(signature)_ |
| 3-9-00 | 7ᵖ | Duration of Tylenal requested see MD order |

| INSTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, M.I) |
|-------------|-----------|----------|-------------------------------------|
| IMC | | 2-35 | H- _____<br>HILL, RAYMOND<br>03/10/__  M BLK |

## PHYSICIAN'S PROGRESS NOTES

CDC 7230 (7/90)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

00910

| DATE | TIME | |
|------|------|---|
| 3/10/00 | | ORTHO. CLINIC  see notes 3/9   24 hr |

40 yr. old

Patient has chronic pain
Ⓡ shoulder.  3 weeks of acute
pain following sudden reaching
up.  X-rays show severe
hypertrophic changes AC
joint.  limited range of motion
+ Jobe's.  Pain against lateral
resistance.

Plan:  MRI Ⓡ shoulder ordered
If no rotator cuff lesion
consider AC resection
± or Subacromial decompression

to CMO's office v.

_R. Hccccccy_

| 3/21/00 | 2400 | For ortho am for MRI of Ⓡ shoulder @ RMI. gnabelson |
| 3/21/00 | 1425 | Returned to CMC, C orders. Sth |
| | 3pm | Exams s/c  c/o tylenol is not efficient for |

rt shoulder pain. rpn to dr - Diva

| INSTITUTION | PHYSICIAN | | | |
|-------------|-----------|--|--|--|
| CMC-E | | ROOM NO. 2235 | |

CDC NUMBER, NAME (LAST, FIRST, MI)
H43428
Hill, Raymond

DOB 3/10/00

**PHYSICIAN'S PROGRESS NOTES**

CDC 7230 (7/90)
STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS

00911

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 3/13/00 | | | Tylenol ii QID PRN X 2weeks  *R Hanning* |
| | | | Noted. LHa nnos 3/13/00 0915 |
| 3/21/00 | | ℞ | Motrin 400 TID with food X 5 day To ortho clinic PRN refer. Done. |
| Goulea | | | Noted 3/21/00 1600  ⊙ gu |
| 3-31-00 'OKTa | | | Motrin 400g PO TID PRN pa X 2wks |
| | | | Noted 3/31/00 @ 1945  Du Shukin M |

| ALLERGIES: | INSTITUTION CMC-E | ROOM/WING 2235 |
|---|---|---|

Confidential
client information
See W & I Code, Sections 4514 and
5328

CDC NUMBER, NAME (LAST, FIRST, MI)
Hill, Raymond
H43428
DOB 3/10/6c

**PHYSICIAN'S ORDERS**

CDC 7221 (4/90)
STATE OF CALIFORNIA          OSP 98 16368          DEPARTMENT OF CORRECTIONS

00912

| -DATE | TIME | |
|-------|------|---|
| 3/31/00 | | 40 y.o. Pain R shoulder MRI today |
| | | Has been in orthro & given tylnol |
| | | Not much improvement with Tylnol |
| | | Imp - ? rotator cuff |
| | | Rx - Motrin 400 TID with meals |
| | | To Ortho |
| | | @Rn |
| MAR 30 2000 | | NO SHOW DMS/c Shoulder |
| 3/31/2000 | 0900 | EMERGENCY PASS TO E. CLINIC. |
| T 97.2 | | c/o right shoulder discomfort. — Shulman |
| P 88 | | IM states wants something for pain — Shulman |
| R 18 | | |
| BP 150/90 | | Pain meds ran out on 3-27-00 |
| | | Pt failed to sign up for sick call |
| | | to request more pain meds |
| | | A) ——→ See MRI |
| | | P) see mm order |
| | | Pt verbally counseled about |
| | | making appt sick call |

**PHYSICIAN'S PROGRESS NOTES**

| INSTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MI) |
|-------------|-----------|----------|-----------------------------------|
| CMCE | | | Hill, Raymond |
| | | | H 434 28 |
| | | | 7/10/60 |

CDC 7230 (7/90)
STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS

| DATE | TIME | |
|------|------|---|
| 4/13/00 | | ORTHO. CLINIC F/U MRI LH~ws |
| | | 40 yr old. |

MRI shows full thickness rotator
cuff tear. Pt. desires surgery

no smoke
no hepatitis
no allergies

*[signature]*

| INSTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MI) |
|-------------|-----------|----------|-------------------------------------|
| CMC-E | | 2235 | H43428 |
| | | | Hill, Raymond |
| | | | DOB 3/10/60 |

**PHYSICIAN'S PROGRESS NOTES**

CDC 7230 (7/90)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

00914

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 4/13/00 | | | Tylanol 1000 mgm TID PRN x 60 days |
| | | | Clinton: May use as sleep Room |
| | | | R. Haney |
| | | | Noted. LH— MD  4/13/00  0915 |

ALLERGIES: N/KA

INSTITUTION: CMF

ROOM/WING: 2235

Confidential
client information
See W & I Code, Sections 4514 and
5328

CDC NUMBER, NAME (LAST, FIRST, MI)

Hill, Raymond
H43428
7/10/60

## PHYSICIAN'S ORDERS

CDC 7221 (4/90)
STATE OF CALIFORNIA          OSP 98 14552          DEPARTMENT OF CORRECTIONS

00915

# LABORATORY REPORTS

| Room No. | Hosp. No. | Last Name | First Name | Physician |
|---|---|---|---|---|
| | | | | |

## DEPARTMENT OF CORRECTIONS
## CMC-EAST HOSPITAL

Name:  HILL, RAYNARD          CDC#:  H-43428      Room:  2235      Age:  3-10-60

Date Taken:  3-9-00      Date Read:  03/10/00    Ordering M.D.:  NORRIS

### RADIOGRAPHIC REPORT:

RIGHT SHOULDER:  There is a deformity involving the distal end of the clavicle suggesting an old healed fracture.  Hypertrophic changes are present about the acromioclavicular joint.  There is no evidence of recent fracture.

JBF:dc                Date:  03/10/00                    J. B. FLEMING, M.D.
**LABORATORY REPORTS**

# RAYTEL MEDICAL IMAGING
### SAN LUIS OBISPO

*A Raytel Medical Imaging Company*
21 Santa Rosa, Suite 250
San Luis Obispo, CA  93405

*Richard A. Berg, M.D.*
Office: (805) 541-4441
Fax:    (805) 541-4623

California Men's Colony
Chief Medical Office
Attn:  Robert Harway, M.D.
P.O. Box 8101
San Luis Obispo, CA  93409

### MRI OF THE RIGHT SHOULDER

| | |
|---|---|
| **EXAMINATION DATE:** | 3-21-00 |
| **PATIENT:** | HILL, RAYMOND |
| **BIRTHDATE:** | 3-10-60 |
| **PATIENT ID:** | 34322-00  \  CMC# H43428 |

**IMPRESSION:**

1.  FULL-THICKNESS ROTATOR CUFF TEAR AND FINDINGS OF ROTATOR CUFF TENDINOSIS.

2.  ASSOCIATED OSTEOARTHRITIC HYPERTROPHY OF THE OVERLYING AC JOINT.

3.  NO DEFINITE LABRAL TEARS.

**DISCUSSION:**

*CLINICAL HISTORY:*     39-year-old male with chronic right shoulder pain.

PROCEDURE: All images were obtained utilizing a GE Signa 1.0 Tesla magnet. T1 and fast-spin echo T2-weighted coronal as well as fast-spin echo T2-weighted sagittal and a gradient echo sequence of the right shoulder were obtained.

FINDINGS:   The T1-weighted coronal oblique sequence demonstrates prominent thickening and increased signal intensity of the infra-spinatus and supraspinatus tendons. Much of this signal disappears or becomes less intense on the corresponding T2-weighted images consistent with tendinosis and tendinitis. However, there is a focal area of high fluid signal and increased surrounding T2 signal intensity separating the distal supraspinatus tendon from its insertion onto the greater tuberosity. The subscapularis and biceps tendons are intact. There is fluid present within the subacromial and subdeltoid bursa. Prominent osteoarthritic hypertrophy involves the overlying AC joint which results in direct

PAGE TWO

HILL, RAYMOND
MRI OF THE RIGHT SHOULDER
3-21-00

mechanical impression upon the supraspinatus musculotendinous junction. No definite tears of the anterior, posterior, superior or inferior glenoid labrum are identified. No definite Hill-Sachs or Bankart lesions are identified and no pathologic marrow replacement are seen. There is a moderate joint effusion present with no obvious loose bodies. The coracohumeral and coracoacromial ligaments are intact. The glenohumeral ligaments also appear intact.

Richard A. Berg, M.D.

RAB:je
3/22/00

00918