STATE OF CALIFORNIA    *Dictated Interview 1-1-00*    DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

*C-FILE*    Location Institution/Parole Region: CMC-E    Log No. 00-0852    Category #16

You may appeal any policy, action or decision which has a significant adverse effect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| HILL, R.B. | H43938 | JACKET FACTORY | 223S |

A. Describe Problem: ON 2-19-00, I FELL INJURING MY SHOULDER AND PRESENTLY UNDER THE CARE OF DR. HARMONY. DUE TO THE CHRONIC PAIN IN SHOULDER, I'VE RETURNED TO CLINIC, COMPLAINING ABOUT THE PAIN AND HOW TYLENOL/MOTRIN TOO DOES NOTHING FOR THE PAIN. ON THESE FOLLOW-UP VISITS, I'VE BE CHARGED CO-PAYMENTS TOTALING $10.00 FOR SEEKING CARE FOR THE SAME INJURED RT SHOULDER, AND FOR SOME RELIEF OF MY PAIN, AND SLEEP DEPRIVATION.
(SEE ATTACHED CDC 7362/TRUST ACCT STATEMENT)
(COPY OF MEDICAL FILE)

If you need more space, attach one additional sheet.

B. Action Requested: THAT MY INMATE TRUST ACCOUNT BE REFUNDED $10.00

Inmate/Parolee Signature: *Raymond B Hill*    Date Submitted: 5-27-00

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

BYPASS

Staff Signature: _____    Date Returned to inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

JUN  1 2000
CMC APPEALS OFFICE

CDC Appeal Number: _____

00919

First Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ______

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: ______ Due Date: ______

Interviewed by: ______

BYPASS

Staff Signature: ______ Title: ______ Date Completed: ______

Division Head Approved: Returned

Signature: ______ Title: ______ Date to Inmate: ______

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

BYPASS

Signature: ______ Date Submitted: ______

Second Level ☐ Granted ☐ P. Granted ☒ Denied ☐ Other ______

G. REVIEWER'S ACTION (Complete within 30 working days): Date assigned: JUN 5 2000 Due Date: ... 18 2000

☒ See Attached Letter

R. MEYERS, MD, HCM

Signature: [signature] Date Completed: 6-19-00

Warden/Superintendent Signature: ______ Date Returned to Inmate: 6-21-00

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: ______ Date Submitted: ______

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ______

☐ See Attached Letter

Date: ______

CDC 602 (12/87)

State of California

# Memorandum

**Date**    : May 31, 2000

**To**    : HILL, RAYNARD
H-43428

**From**  : Second Level Appeals Office
**California Men's Colony, San Luis Obispo, CA 93409**

**Subject**  : CMC APPEAL LOG #00-00852
SECOND LEVEL REVIEW

ACTION REQUESTED:    Inmate Hill is requesting a $10 copay reversal for health care visits requested by him on March 9, 2000 and March 31, 2000.  In this appeal, inmate Hill refers to his visits as follow-up visits.  In this appeal, inmate Hill states that he went to clinic complaining about right shoulder pain and claiming that Tylenol and Motrin did nothing for his pain.

Review of health care record shows that the dates in question were all inmate initiated. Health care services request form CDC 7362, under copayment information box item #4 reads as follows: "Visit was a follow-up requested by the clinician."  The above dates were entirely inmate initiated and no physician requested the presence of inmate Hill.  Moreover, it is clearly documented in the health care record that inmate Hill was counseled on March 31, 2000, in reference to his unscheduled visit on that day.  Inmate Hill failed to sign up to routine sick call to make his request.  Since these dates, no physician, including the orthopedic specialist has prescribed anything stronger than these over-the-counter medications.  Inmate Hill has conveniently submitted a copy of his inmate Trust Account statement which shows a high balance of $181.33.  It is clear that inmate Hill is not medically indigent and can well afford to purchase these over-the-counter medications from the inmate canteen.  Inmate Hill has submitted extensive documentation showing his orthopedic problem, however, this does not change his financial responsibility under the California Code of Regulations pertaining to copay charges.  If inmate Hill does not wish to receive further copay charges, he may do all his shopping at the inmate canteen.  This appeal is about inmate Hill attempting to circumvent his financial responsibility.  All requests denied.  An interview was scheduled.

Appeal Denied:

R. MEYERS, M.D.
HEALTH CARE MANAGER

RM: BF:rs

cc: Central File
Appeals Office

00921

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS
HEALTH CARE SERVICES REQUEST
CDC 7362 (New 10/94)      *You may be charged $5.00 for each health care visit*      1101487

| NAME:   Last | First | MI | CDC NUMBER: |
|---|---|---|---|
| Hall | Raymond | B | P43928 |

| YARD/BUILDING/BUNK: | ESTIMATED PAROLE DATE: | JOB CODE NUMBER: |
|---|---|---|
| AB 223S | 2008 | |

| WORK/OTHER ASSIGNMENT: | WORK HOURS | DAYS OFF: |
|---|---|---|
| Inebit Factory | FROM: 1:40  TO: 3:25 | S/S |

**Check the box or boxes below to tell us why you want to see health care staff. In the lined area below, write down anything else you want health care staff to know.**

| ☐ Stomach Ache | ☐ Seizure | ☐ Feeling Depressed | ☐ Diabetic |
| ☐ Headache | ☐ Coughing | ☐ Hearing Voices | ☐ Asthma |
| ☐ Indigestion | ☐ Fever/Chills | ☐ Can't Sleep | ☐ TB Care |
| ☐ Vomiting | ☐ Chest Pain | ☐ Want to Hurt Myself/Others | ☐ OB/GYN |
| ☐ Diarrhea | ☐ Urinary Problems | ☐ Rash? Where | ☐ Toothache |
| ☐ Dizziness | ☐ Medication Refill | ☒ Pain? Where  Shoulder | ☐ Other Dental Problems |
| | What medicine? | | |

How long have you been feeling this way?      ☐ 1-2 days      ☐ 3-4 days      ☐ 5+ days

Other problems not listed above:

Follow-up Due To Results of MRI

_Raymond Hall_                                         3-31-00
Signature of Inmate Patient                            Date of Signature

Take this form to the clinic window or any other location designated for health care.
You will be notified of the date and time of your appointment.
A copy of this form will be sent to you after your appointment.
If you do not complete all of the above information, your appointment may be delayed.

**COPAYMENT INFORMATION - TO BE FILLED OUT BY DEPARTMENTAL STAFF**

1. ☐ Visit was for an emergency.
2. ☐ Visit was for diagnosis or treatment of a communicable disease condition. (See Title 17, Chapt. 4, Subchapt. 1, Sec 2500 CCR)
3. ☐ Visit was for mental health services.
4. ☒ Visit was a follow-up requested by the clinician.
5. ☐ Visit was for state mandated evaluation or treatment (e.g., Annual TB tests).
6. ☐ Visit was for reception screening and evaluation only.

7. ☒ Visit is NOT exempt from copayment. Send PINK copy to Inmate Trust Office.

_____        FAECATS              3-31-00
Signature of Treating Clinician    Printed Name        Date of Signature

DISTRIBUTION:
ORIGINAL-Health Services File              PINK-Inmate Trust
YELLOW-Pharmacy                            GOLDENROD-Inmate/Patient

00922

REPORT ID: TS3030                                    REPORT DATE: 05/01/0
                                                         PAGE NO:

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIFORNIA MENS COLONY
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: APR. 03, 2000 THRU MAY 01, 2000

ACCOUNT NUMBER : H43428              BED/CELL NUMBER: EFAQB2F200002235
ACCOUNT NAME   : HILL, RAYNARD BYRON    ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                        TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 04/03/2000 | | BEGINNING BALANCE | | | | | 114.78 |
| 04/03*VD50 | | INMATE-PAYROL | 201 | | 66.55 | | 181.33 |
| 04/04 W517 | | WRAP/S | 4674 | | | 1.00 | 180.33 |
| 04/05 W501 | | UNITED PARCEL | 4708 | | | 4.02 | 176.31 |
| 04/05 W536 | | COPAY CHARGE | 4703 | | | 5.00 | 171.31 |
| 04/05 W415 | | CASH WITHDRAW | 4694 | 326315082 | | 30.00 | 141.31 |
| 04/05 FC01 | | DRAW-FAC 1 | CE1 | | | 85.00 | 56.31 |
| 05/01*VD50 | | INMATE-PAYROL | 201-5096 | | 73.26 | | 129.57 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 07/13/92              CASE NUMBER: CR29370
COUNTY CODE: VEN                     FINE AMOUNT: $    500.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|------|--------|-------------|-------------|---------|
| 04/03/2000 | | BEGINNING BALANCE | | 72.00 |
| 04/03/00 | VR50 | RESTITUTION DEDUCTION-INDUSTRY | 17.06- | 54.94 |
| 05/01/00 | VR50 | RESTITUTION DEDUCTION-INDUSTRY | 18.78- | 36.16 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 114.78 | 139.81 | 125.02 | 129.57 | 0.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE
-----------
129.57

00923

REPORT ID: TS3030

REPORT DATE: 04/03/00
PAGE NO:            1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIFORNIA MENS COLONY
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: MAR. 02, 2000 THRU APR. 03, 2000

ACCOUNT NUMBER : H43428                    BED/CELL NUMBER: EFAQB2F200002235
ACCOUNT NAME   : HILL, RAYNARD BYRON        ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 03/02/2000 | | BEGINNING BALANCE | | | | | 62.40 |
| 03/13 | W501 | UNITED PARCEL | 4298 | | | 4.02 | 58.38 |
| 03/13 | W517 | WRAP/S | 4298 | | | 1.00 | 57.38 |
| 03/13*DD30 | | CASH DEPOSIT | 37917/9 | | 39.00 | | 96.38 |
| 03/13*DD30 | | CASH DEPOSIT | 37917/9 | | 23.40 | | 119.78 |
| 03/22 | W536 | COPAY CHARGE | 4510 | | | 5.00 | 114.78 |
| 04/03*VD50 | | INMATE-PAYROL | 201 | | 66.55 | | 181.33 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 07/13/92                    CASE NUMBER: CR29370
COUNTY CODE: VEN                           FINE AMOUNT: $      100.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|------|--------|-------------|-------------|---------|
| 03/02/2000 | | BEGINNING BALANCE | | 88.00 |
| 03/13/00 | DR30 | REST DED-CASH DEPOSIT | 10.00- | 78.00 |
| 03/13/00 | DR30 | REST DED-CASH DEPOSIT | 6.00- | 72.00 |
| 04/03/00 | VR50 | RESTITUTION DEDUCTION-INDUSTRY | 17.06- | 54.94 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 62.40 | 128.95 | 10.02 | 181.33 | 0.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE
------------
181.33

# Inmate Request for Interview

To: Dr Norris                                              Date: 5-1-00

From: TO Hill                    H48428              AQ            2235
      (Last Name)               (Number)         (Housing)    (Bed Number)

Work Assignment: Jacket Factory          Job Hours: 7:40   to   3:25

Other Assignment: _____        From: _____   to _____
                  (School, Therapy, etc.)

Kindly explain in detail your reason for requesting this interview. You will be called in for interview in the near future if the matter cannot be handled by correspondence. Unless your problem is stated clearly, this form will be returned.

You were the first attending physician to the injury to my shoulder, on 3-9-00, since then I've been in extreme pain from torn rotator cuff and no one once to give me the proper medication. To ease my pain! Thanks

(Do **NOT** write below this line. If more space is required, write on back.)

Interviewed By: Dr Malek is your Ducat          Date: _____

Disposition: doctor. Please write to him.
                                    J Norris W

GA-22 (06/92) 90#

00925

STATE OF CALIFORNIA                                                                      DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)



Location: Institution/Parole Region    Log No.                    Category

1. CMC-E    1. 00-0564    #7

2.                         2.

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|-------------------|
| HILL, R.B. | H43428 | JACKET FACTORY | 2235 |

A. Describe Problem: R&R STAFF SGT BRUHUM & C/O FURSTER IS IN VIOLATION OF NOT MAILING ITEMS APPROVED BY SPECIAL PURCHASE AND THE INSTITUTION, AND THE FOLLOWING. CALIFORNIA CODED REGULATIONS STATED IN THE TITLE 15. ARTICLE 8 APPEALS SECTION 3084.1 (a)&(d). Sub CHAPTER 5. ARTICLE 2. PERSONNEL CONDUCT. SECTION 3391(a); C/O FURSTER SHOUTED OBSCENITIES AND THROWING A LAUNDRY BAG AT ME TO PROVOKE OR AROUSE AN DEFENSIVE ACTION ON MY PART ON 3-29-00

If you need more space, attach one additional sheet.                    ADDITIONAL PG #1

B. Action Requested: THAT AN INVESTIGATION BE CONDUCTED PER (D.O.M.) 31140.7 STAFF MISCONDUCT. C/O FURSTER BE REPRIMANDED AND ADEQUATELY TRAIN- ED TO RESPECT THE RIGHTS AND PROPERTY OF OTHERS. Formally REQUEST SGT BRUHUM, C/O FURSTER AND RESPONDING SUPERIORS CIVIL SERVANTS #, AS A CITIZEN of California

Inmate/Parolee Signature: Raymond B Hill H43428    Date Submitted: 4-6-00

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

BYPASS

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS

Signature: _____    Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed    CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

APR 7 2000
CMC APPEALS OFFICE

00927

First Level ☐ Granted ☐ P. Granted ~~☒ Denied~~ ☐ Other ______

E. REVIEWER'S ACTION (Complete within ~~16~~ 30 working days): Date assigned: APR 1 4 2000 Due Date: MAY 3 1 2000

Interviewed by: C. Baker

SEE Attached

Staff Signature: [signature] Title: Lt. Date Completed: 5-10-00

Division Head Approved: Returned

Signature: [signature] Title: AWPS Date to Inmate: 5/10-00

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

Signature: ______ Date Submitted: ______

Second Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ______

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: ______ Due Date: ______

☐ See Attached Letter

Signature: ______ Date Completed: ______

Warden/Superintendent Signature: ______ Date Returned to Inmate: ______

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: ______ Date Submitted: ______

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ______

☐ See Attached Letter

Date: ______

CDC 602 (12/87)

ATTACHED PG # 1

1) On FEB 6TH, 2020 C/o FURSTER REFUSE TO LET ME HAVE AN APPROVED SPECIAL PURCHASE ITEM "10' NON-CURED HEADPHONE EXTENTION CORD UNDER THE DIRECTION OF A SGT BRUHUN. BEING THAT EXTENSION MEANS "ADDED TO" THE SGT MADE HIS OWN INTERPUTATION OF WHAT "EXTENSION" CORD MEANS AND SAID THAT THE APPROVED 10' EXTENSION CORD IS ILLEGAL AND I HAD TO PAY TO SEND IT HOME.

2) ON 3-28-00 C/o FURSTER CLAIMED THE US POSTAL SERVICE 33¢, 20 CT, PAPER SEALED BOOK OF STAMPS, ARE NOT A BOOK, AND ARE NOT SEALED. THESE STAMPS COME INTO THE INSTITUTION ALL OF THE TIME, AND THIS WAS THE SECOND TIME C/o FURSTER & SGT BRUHUN USED THEIR OWN INTERPUTATION ON WHAT'S ALLOW, INSTEAD OF GOING BY WHATS APPROVED BY INSTITUTION. I TOLD C/o FURSTER I WANTED TO APPEAL, AND HE WENT CRAZY BY SNATCHING THE MAIL-OUT CLIPBOARD OUT OF MY HANDS, THROWING IT ON THE R&R FLOOR, SHOUTING "I'M TIRED OF THIS SHIT", THEN GRABBED A LOUNDRY BAG OFF THE DOOR COUNTER AND THREW IT AT ME. THE BAG LAYED ON THE GROUND OUTSIDE OF R&R. THE BAG BELONGED TO JAMES SCOTT C86878, CELL 1182 WHO WAS STANDING THERE WATCHING C/o FURSTER TRY TO PROVOKE OR ENTICE ME INTO AN ACTION.

3) AS A FORM OF REPRISAL, C/o FURSTER KEPT MY ENTIRE PACKAGE, INSTEAD OF JUST THE APPEAL ITEMS. I BELIEVE ALL OF THIS IS NOT PROFESSIONAL, AND SHOULD BE LOOKED INTO.

T. HANK
Raynard Hull
4-6-00    AH3428

00928

'State of California

# Memorandum

**Date**       : May 10, 2000

**To**         : Hill, Raynard
               H-43428
               California Mens Colony-East, Room # 2235

**From**       : First Level Appeals Office
               California Men's Colony, San Luis Obispo, CA  93409

**Subject**    : **CMC APPEAL LOG # 00-0564**
               **FIRST LEVEL REVIEW**

**ACTION REQUESTED**: That Officer R. Furster be reprimanded for staff misconduct.

A review of your appeal has been completed. Your complaint, including requested remedial action, has received careful consideration. Pursuant to attachment (1) of memorandum dated April 18, 2000, authored by Correctional Counselor II D. E. Wright, CMC appeals Coordinator, you were advised that said appeal is being processed as a staff complaint and would be investigated as such. You were further advised that any other issues, other than staff complaint, must be appealed separately.

On May 07, 2000 you were interviewed regarding this appeal. You alleged that Officer Furster acted in an unprofessional manner by using profane language towards you as well as throwing a laundry bag at you while you were attempting to pick up a package in R&R on March 29, 2000. Pursuant to Chief Deputy Administrator G. Souza, a Category "S" Investigation was ordered and conducted. The results of said investigation revealed the allegations against Officer Furster were unfounded, therefore, your action requested is denied.

**APPEAL DENIED**

C. Baker
**Correctional Lieutenant**

cc: C-File
    Appeals File

00929

State of California

# Memorandum

Date        :  May 10, 2000

To          :  **T. McAlister**
              **Associate Warden of Program Services**
              **CMC-East Facility**

From        :  **C. Baker**
              **Correctional Lieutenant**
              **California Men's Colony, San Luis Obispo, CA  93409**

Subject     :  **CATEGORY "S" INVESTIGATION INTO ALLEGATIONS OF STAFF MISCONDUCT**
              **BY INMATE HILL, RAYNARD (H-43428/cell # 2235)**


**SYNOPSIS:**  On April 06, 2000 Inmate Hill, Raynard (H-43428/Cell #2235) submitted an Inmate Appeal (CDC 602), Log # 00-0564, wherein he alleged that Correctional Officer R. Furster used obscene language and threw a laundry bag striking him, (Hill).

Correctional Counselor II D. E. Wright, CMC Appeals Coordinator, advised Hill that his appeal was being processed as a staff complaint, and of his need to submit a Rights and Responsibility Statement (CDC 1858) pursuant to California Penal Code 148.6.  Based on the above, G. Souza Chief Deputy Administrator, East Facility, ordered a Category "S" investigation to be conducted at the supervisory level.

This investigation includes the following:

1)  **Review of appeal (log # 00-0564)**

2)  **Personal interview with inmate Hill, Raynard (H-43428/cell # 2235).**

3)  **Personal interview with inmate Scott, James (C-86878/cell # 1182).**

4)  **Personal interview with Correctional Officer R. Furster.**


### Review of appeal (log # 00-00564)

A review of the appeal submitted by Hill reveals allegations of staff misconduct wherein Hill claims during the time he was attempting to pick up his quarterly package in R&R Officer Furster at one point became angry.  Hill alleges that at one point Officer Furster began shouting profanities at him because of an issue regarding unauthorized items the package contained.  Hill goes on to further allege that at one point Officer Furster picked up a laundry bag (belonging to inmate Scott) from the door counter and threw it at him.  Hill in his appeal names inmate Scott as a witness stating he was present when the incident occurred and saw what happened.

Page 2

### Interview with inmate SCOTT, James (C-86878)

On May 01, 2000 at approximately 1930 hours I conducted an interview with the witness named by Hill, (Inmate SCOTT, James C-86878). Scott states he was present during the same time that Hill was in R&R. However Scott states that he never saw C/O Furster throw any bag at Hill, as Hill has alleged. Scott further states that he does not recall C/O Furster using any type of profanity towards any of the inmates who were present in R&R during this time.

### Interview with inmate Hill, Raynard (H-43428)

On May 07, 2000 at approximately 1900 hours I conducted an interview with the complainant, inmate Hill, Raynard (H-43428). Hill reiterated what he had documented in the contents of the appeal, alleging that during the time he was attempting to receive his package from C/O Furster, he, (C/O Furster) became angry and began yelling using obscene language, stating I'm tired of this shit at which time Hill alleges C/O Furster grabbed a laundry bag from the door counter and threw it at him. When Hill was confronted with what his witness, inmate Scott had said during his interview, he stated "he must be mistaken, or lying". The interview concluded with Hill stating what he has alleged is fact, and he is sticking with his story.

### Interview with Correctional Officer R. Furster

On May 08, 2000 at approximately 1730 hours I conducted an interview with Officer Furster regarding the allegations brought against him by inmate Hill. C/O Furster denies the allegations stating that he never threw any laundry bag at Hill, nor did he use any obscene language as claimed by Hill. C/O Furster states that when he was issuing Hill his package, there were numerous items the package contained that were not allowed. When he attempted to explain this to Hill, he became angry and argumentative. C/O Furster continued in an attempt to explain to Hill his options regarding the disposition of the items that were to be confiscated Hill continued in his anger not listening to any explanation. At this point Hill was instructed by C/O Furster to exit R&R and return to his quad, and he complied.

**CONCLUSION:** The allegations of staff misconduct, specifically, that Officer Furster used profane language and threw a laundry bag at inmate Hill are unfounded. Hill alleges that while he was in R&R picking up his package C/O Furster became angry and began shouting profanities at him and eventually threw a laundry bag at him. Hill, in his appeal names a witness to the alleged event, (Inmate Scott) and claims Scott witnessed what had occurred. However during an interview with Scott, he stated that C/O Furster did not throw a laundry bag, nor did he hear him shouting profanities at Hill. Hill on the other hand according to C/O Furster, was angry because of the unauthorized items that were going to be confiscated.

Page 3

**Conclusion continued:** This reviewer, based on the content of this investigation is convinced that Hill has fabricated this allegation because he was to be denied certain items of property sent to him in a package. Hill named Scott as a witness to the event, however Scott discounted his allegations by stating the events described by Hill did not occur. Additionally, Hill failed to produce any other evidence to support his allegations during this investigation. Therefore, based on the aforementioned review, it is the determination of this reviewer that Officer Furster acted within the scope of his responsibilities and the allegations of staff misconduct are again deemed unfounded.

As such, pursuant to Penal Code 148.6 (a) (1) inmate Hill will be charged with violation of CCR # 3005 (a), Conduct, specifically "False allegations against a CDC Peace Officer".

C. Baker, Lieutenant
**Watch Commander, 3/W**
**CMC-East Facility**

NOTED

MAY 0 9 2008

ASSOCIATE WARDEN CMC
PROGRAM SERVICES

00932

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

CDC 1858 (2/97)

# RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

*Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:*

**YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER** [this includes a departmental peace officer] **FOR ANY IMPROPER POLICE** [or peace] **OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS'** [or inmates'/parolees'] **COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN** [or inmate/parolee] **COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.**

**IT IS AGAINST THE LAW TO MAKE A COMPLAINT THAT YOU KNOW TO BE FALSE. IF YOU MAKE A COMPLAINT AGAINST AN OFFICER KNOWING IT IS FALSE, YOU CAN BE PROSECUTED ON A MISDEMEANOR CHARGE.** [An inmate/parolee who makes a complaint against a departmental peace officer, knowing it is false, may be issued a serious disiplinary rule violation, in addition to being prosecuted on a misdemeanor charge.]

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED | |
|---|---|---|---|
| INMATE/PAROLEE PRINTED NAME *KPININRO R.* | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER *H43732* | DATE SIGNED *4-6-00* |
| RECEIVING STAFF'S PRINTED NAME *D.E-Wright, CC-I* | RECEIVING STAFF'S SIGNATURE | DATE SIGNED *4/11/00* | |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

00933

## REASON FOR REQUEST (STATEMENT OF CHIEF MEDICAL OFFICER)

DESCRIPTION OF CONDITION SUGGESTING REMOVAL
CHRONIC PAIN RIGHT SHOULDER

DESCRIPTION OF EXAMINATION OR THERAPY RECOMMENDED
MRI OF THE RIGHT SHOULDER

INSTRUCTIONS: NONE.

DR. ROBERT HARWAY

NATURE AND IMMEDIACY OF SERVICE:    ☒ MANDATORY    ☐ EMERGENCY    ☐ ELECTIVE

NAME OF HOSPITAL, CLINIC, OFFICE OR OTHER PLACE RECOMMENDED
R.M.I., 21 SANTA ROSA, SLO:  TUESDAY 3/21/00 AT 1:00 PM

WHY CAN'T THE PROCEDURE BE DONE INTRAMURALLY?
SPECIAL EQUIPMENT NOT AVAILABLE

PRECAUTION INSTRUCTIONS (DEFINED ON REVERSE):    ☒ UNIVERSAL    ☐ RESPIRATORY    ☐ ENTERIC

ESTIMATED TIME AWAY FROM FACILITY (NOT MORE THAN 3 DAYS)
1 HR

| SIGNATURE OF CHIEF MEDICAL OFFICER | DATE |
|---|---|
| ELLEN GREENMAN, M.D., CHIEF PHYSICIAN AND SURGEON | 3/15/00 |

## CUSTODIAL STATUS (STATEMENT OF ASSOCIATE WARDEN)

| OFFENSE | TERM | RELEASE DATE | CUSTODIAL CLASSIFICATION |
|---|---|---|---|
| Robbery 2nd W/GBI | 14 yrs. | EPRD: 8/25/08 | ☐ MAXIMUM  ☒ MEDIUM  AR  ☐ MINIMUM |

| COMMITTED FROM | DATE RECEIVED | CONDUCT DURING INCARCERATION | ESCAPE RISK |
|---|---|---|---|
| Ventura County  CDC: 11/20/98 CMCE: | 7/29/98 | CDC 115's: 4/21/99-I/M Manu. Extension Cord. | None noted. |

REMARKS
2  Correctional Officers.

CDC 128-A's: Grooming Standards; Altered Proper Failure to Stand F/Count.

Use Expected caution. Transport per Institute Procedure.

| SIGNATURE OF ASSOCIATE WARDEN | DATE |
|---|---|
| THM. M Awps | 3/17/00 |

UNDER THE PROVISIONS OF SECTION 2690 OF THE PENAL CODE, AUTHORIZATION IS GIVEN FOR THE TEMPORARY REMOVAL FROM THE FACILITY IN WHICH HE/SHE IS NOW CONFINED IN ORDER THAT HE/SHE MAY RECEIVE MEDICAL TREATMENT IN ACCORDANCE WITH THE ABOVE RECOMMENDATIONS.

REQUEST:    ☒ APPROVED    ☐ DENIED

SPECIAL CONDITIONS:

| WARDEN'S SIGNATURE | DATE | FACILITY | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|---|
| S/ PANZA, CDA | 3/17/00 | CMC | H-43428  HILL, RAYMOND  3/10/60  2235 |

# REQUEST FOR AUTHORIZATION OF TEMPORARY REMOVAL FOR MEDICAL TREATMENT

CDC 7252 (3/93)

STATE OF CALIFORNIA                                         DEPARTMENT OF CORRECTIONS

00934

# BLANK  PAGE

STATE OF CALIFORNIA                                                          DEPARTMENT OF CORRECTIONS AND REHABILITATION
                                                                                          CDCR 1882 (Rev 10/06)

# Initial Housing Review

*Prior to housing, the aforementioned information was obtained during a private screening process and the review of available documents pertaining to this inmate.*

| CDC# H43428 | NAME OF INMATE (Last, First, MI) HILL, RAYNARD, BYRON | RECEIVING INSTITUTION GATF. PRISON |
|---|---|---|

| ETHNICITY BLK | DATE OF BIRTH 3-10-1960 | AGE 48 | WEIGHT 240 lbs | HEIGHT 5 ft 10 in | PLACE OF BIRTH CA | DOES THE INMATE CLAIM TO BE A FOREIGN NATIONAL? ☐ YES ☑ NO |
|---|---|---|---|---|---|---|

| RELEASE TYPE & DATE EPRD 4-19-2009 | COUNTY OF COMMITMENT VENTURA | SENDING JAIL / INSTITUTION CCI - II | CSR ENDORSEMENT SATF SAP |
|---|---|---|---|

| SENTENCE 14 YRS | ARRIVAL STATUS PRIC | PRIOR CDC NUMBER N-A | PS/CLASS SCORE 19 |
|---|---|---|---|

| COMMITMENT OFFENSE / PAROLE VIOLATION(S) ROBBERY 2ND | C-FILE AVAILABLE FOR THIS REVIEW ☑ YES ☐ NO |
|---|---|

| OUT TO COURT RETURN ☐ YES ☐ NO | If yes and I/M received a significant sentence increase complete MH referral and notify Psych Tech | ESCAPE HISTORY? ☐ YES ☑ NO | CUSTODY LEVEL MED A-R |
|---|---|---|---|

Inform Inmate: - The Department has a integrated housing policy. All inmates will be housed based on housing availability. Housing assignments are not made based on your race but are based on information available at the time of housing, individual case factors and objective criteria. Inmates who refuse to comply with this policy will receive progressive discipline consistent with the specific act.

**INTEGRATED HOUSING:**

Ask Inmate: - While incarcerated (jail/prison), have you ever been in a race based incident(s):
*(Check applicable items. Explain and/or give details of checked items below)*

☐ as a Victim  ☐ as an Assailant  ☐ part of a Race Riot  ☑ None

*EXPLANATION / DETAILS / INMATE COMMENTS*

**RESTRICTED ETHNIC GROUP(S) (Check applicable code(s))**

| ☐ WHI | ☐ BLA | ☐ HIS | ☐ AMI |
|---|---|---|---|
| ☐ CAM | ☐ CHI | ☐ COL | ☐ CUB |
| ☐ FIL | ☐ GMN | ☐ GUA | ☐ HAW |
| ☐ IND | ☐ JAM | ☐ JPN | ☐ KOR |
| ☐ LAO | ☐ MEX | ☐ NIC | ☐ OA |
| ☐ OTH | ☐ PI | ☐ PR | ☐ SAL |
| ☐ SAM | ☐ THA | ☐ VIE | ☑ NONE |

*Note: Restricting an ethnic group should be based on inmate interview and individual case factors.*

DDPS IHC CODE: ___
ENTERED BY: ___
☐ RR   ☐ RT

| ☑ Inmate Claims | ☑ Documented |
|---|---|

| LOCAL ENEMY / SAFETY CONCERNS *(Check applicable items)* | HISTORY OF AGGRESSION *(Check applicable items)* | IN-CELL ASSAULT HISTORY *(Check applicable items)* |
|---|---|---|
| ☐ Documented  ☐ Inmate Claims  ☑ None | ☑ Towards Staff 11-17-2001  ☑ Towards Inmates 9-6-2001  ☐ Use of Wpn  ☐ Unknown  ☐ None | ☐ As a Victim  ☐ As an Assailant  ☐ Unknown  ☑ None |
| *Summarize Inmate's Enemy/Safety claim and/or list applicable documents (type and date), CDC #, Name, and Housing of known enemies at this institution.* | *List inmate's act(s) of aggression, as well as supporting documentation (type and date).* | *Summarize inmate's claim and/or list all documents (type and date) reflecting in-cell assaults.* |
| Per 812 None | | |
| ☐ Inmate Claims  ☑ Documented | ☐ Inmate Claims  ☑ Documented |

ROUTING/DISTRIBUTION
CONTROL
PROGRAM OFFICE
C-FILE

00935

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

## COMPREHENSIVE ACCOMMODATION CHRONO

**INSTRUCTIONS:** A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

### A. HOUSING

| | | | | | |
|---|---|---|---|---|---|
| None | | | Bottom Bunk | P/T | 6/11/08 |
| Barrier Free/Wheelchair Access | P/T | | Single Cell (See 128-C date: _____ ) | P/T | |
| Ground Floor Cell | P/T | | Permanent OHU / CTC (circle one) | P/T | |
| Continuous Powered Generator | P/T | | Other _____ | P/T | |

### B. MEDICAL EQUIPMENT/SUPPLIES

| | | | | | |
|---|---|---|---|---|---|
| None | | | Wheelchair: (type) _____ | P/T | |
| Limb Prosthesis | P/T | | Contact Lens(es) & Supplies | P/T | |
| Brace | P/T | | Hearing Aid | P/T | |
| Crutches | P/T | | Special Garment: | | |
| Cane: (type) _____ | P/T | | (specify) _____ | P/T | |
| Walker | P/T | | Rx. Glasses: _____ | P/T | |
| Dressing/Catheter/Colostomy Supplies | P/T | | Cotton Bedding | P/T | |
| Shoe: (specify) canvas shoes | (P)/T | X | Extra Mattress | P/T | |
| Dialysis Peritoneal | P/T | | Other _____ | P/T | |

### C. OTHER

| | | | | | |
|---|---|---|---|---|---|
| None | | | Therapeutic Diet: (specify) | P/T | |
| Attendant to assist with meal access and other movement inside the institution. | P/T | | Communication Assistance | P/T | |
| Attendant will not feed or lift the inmate/patient or perform elements of personal hygiene. | | | Transport Vehicle with Lift | P/T | |
| | | | Short Beard | P/T | |
| Wheelchair Accessible Table | P/T | | Other | P/T | |

### D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments? ☒ Yes  ☐ No

If yes, specify: NO pulling  no climbing  no use of (R) arm above 60°
extension  no lifting >10 lbs  * Medical hold for 3 months *

| INSTITUTION CCI | COMPLETED BY: (PRINT NAME) Kiwana Hill | TITLE MD |
|---|---|---|
| SIGNATURE K Hill | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
| HCM/CMO SIGNATURE | DATE 2/11/08 | HILL, Raynard |
| (CIRCLE ONE)  APPROVED / DENIED | | H43428 |

**COMPREHENSIVE ACCOMMODATION CHRONO**

CDC 7410 (03/04)

Distribution:
Original - Unit Health Record     Canary - Central File     Pink - Correctional Counselor     Gold - Inmate

00936

STATE OF CALIFORNIA                                                                                     DEPARTMENT OF CORRECTIONS

## COMPREHENSIVE ACCOMMODATION CHRONO

**INSTRUCTIONS:** A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

### A. HOUSING

| | | | | | |
|---|---|---|---|---|---|
| None | | | Bottom Bunk | P/T | 9/11/06 |
| Barrier Free/Wheelchair Access | P/T | | Single Cell (See 128-C date: _____ ) | P/T | |
| Ground Floor Cell | P/T | | Permanent OHU / CTC (circle one) | P/T | |
| Continuous Powered Generator | P/T | | Other _____ | P/T | |

### B. MEDICAL EQUIPMENT/SUPPLIES

| | | | | | |
|---|---|---|---|---|---|
| None | | | Wheelchair: (type) | P/T | |
| Limb Prosthesis | P/T | | Contact Lens(es) & Supplies | P/T | |
| Brace | P/T | | Hearing Aid | P/T | |
| Crutches | P/T | | Special Garment: | | |
| Cane: (type) _____ | P/T | | (specify) _____ | P/T | |
| Walker | P/T | | Rx. Glasses: | P/T | |
| Dressing/Catheter/Colostomy Supplies | P/T | | Cotton Bedding | P/T | |
| Shoe: (specify) _canvas shoes_ | (P)/T | X | Extra Mattress | P/T | |
| Dialysis Peritoneal | P/T | | Other | P/T | |

### C. OTHER

| | | | | | |
|---|---|---|---|---|---|
| None | | | Therapeutic Diet: (specify) | P/T | |
| Attendant to assist with meal access and other movement inside the institution. | P/T | | | | |
| | | | Communication Assistance | P/T | |
| Attendant will not feed or lift the inmate/patient or perform elements of personal hygiene. | | | Transport Vehicle with Lift | P/T | |
| | | | Short Beard | P/T | |
| Wheelchair Accessible Table | P/T | | Other | P/T | |

### D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments?  ☒ Yes  ☐ No

If yes, specify: _No lifting   no climbing   no use of ladder_____ _____  no lifting >10 lbs  * Medical Hold for 3 months  *_

| INSTITUTION  OCC | COMPLETED BY (PRINT NAME)  Kwoma   Nw | TITLE  MD |
|---|---|---|
| SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
| HCM/CMO SIGNATURE | DATE  2/11/06 | HILL, Raymond |
| (CIRCLE ONE)  APPROVED / DENIED | | K13428 |

**COMPREHENSIVE ACCOMMODATION CHRONO**

CDC 7410 (03/04)

Distribution:
Original - Unit Health Record     Canary - Central File     Pink - Correctional Counselor     Gold - Inmate

STATE OF CALIFORNIA                                                          DEPARTMENT OF CORRECTIONS

## COMPREHENSIVE ACCOMMODATION CHRONO

**INSTRUCTIONS:** A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

### A. HOUSING

None

| | | 4. Bottom Bunk | P/T 1-30-05 |
|---|---|---|---|
| 1. Barrier Free/Wheelchair Access | P/T _____ | 5. Single Cell (See 128-C date: _____ ) | P/T _____ |
| 2. Ground Floor Cell | P/T _____ | 6. Permanent OHU / CTC (circle one) | P/T _____ |
| 3. Continuous Powered Generator | P/T _____ | 7. Other _____ | P/T _____ |

### B. MEDICAL EQUIPMENT/SUPPLIES

None

| | | 16. Wheelchair: (type) _____ | P/T _____ |
|---|---|---|---|
| 8. Limb Prosthesis | P/T _____ | 17. Contact Lens(es) & Supplies | P/T _____ |
| 9. Brace | P/T _____ | 18. Hearing Aid | P/T _____ |
| 10. Crutches | P/T _____ | 19. Special Garment: | |
| 11. Cane: (type) _____ | P/T _____ | (specify) _____ | P/T _____ |
| 12. Walker | P/T _____ | 20. Rx. Glasses: _____ | P/T _____ |
| 13. Dressing/Catheter/Colostomy Supplies | P/T _____ | 21. Cotton Bedding | P/T _____ |
| 14. Shoe: (specify) _____ | P/T _____ | 22. Extra Mattress | P/T _____ |
| 15. Dialysis Peritoneal | P/T _____ | 23. Other _____ | P/T _____ |

### C. OTHER

None

| | | 26. Therapeutic Diet: (specify) _____ | P/T _____ |
|---|---|---|---|
| 24. Attendant to assist with meal access and other movement inside the institution. | P/T _____ | 27. Communication Assistance | P/T _____ |
| Attendant will not feed or lift the inmate/patient or perform elements of personal hygiene. | | 28. Transport Vehicle with Lift | P/T _____ |
| | | 29. Short Beard | P/T _____ |
| 25. Wheelchair Accessible Table | P/T _____ | 30. Other _____ | P/T _____ |

### D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments?   ☑ Yes   ☐ No

If yes, specify: _____

| INSTITUTION CC I | COMPLETED BY (PRINT NAME) MARVIN ROSS | TITLE MD |
|---|---|---|
| SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
| HCM/CMO SIGNATURE | DATE 1/17/07 | Raynard Hill H 43428 |
| APPROVED (list the number of items approved) | | |
| DENIED (list the number of items denied) | | |

**COMPREHENSIVE ACCOMMODATION CHRONO**

CDC 7410 (08/04)

Distribution:
Original - Unit Health Record   Canary - Central File   Pink - Correctional Counselor   Gold - Inmate

STATE OF CALIFORNIA                                                      DEPARTMENT OF CORRECTIONS

## COMPREHENSIVE ACCOMMODATION CHRONO

> **INSTRUCTIONS:** A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

### A. HOUSING

**None**

| | | |
|---|---|---|
| | **4. Bottom Bunk** | (P)/T  1-30-05 |
| 1. Barrier Free/Wheelchair Access  P / T _____ | 5. Single Cell (See 128-C date: _____ ) | P / T _____ |
| 2. Ground Floor Cell  P / T _____ | 6. Permanent OHU / CTC (circle one) | P / T _____ |
| 3. Continuous Powered Generator  P / T _____ | 7. Other _____ | P / T _____ |

### B. MEDICAL EQUIPMENT/SUPPLIES

**None**

| | | |
|---|---|---|
| | 16. Wheelchair: (type) _____ | P / T _____ |
| 8. Limb Prosthesis  P / T _____ | 17. Contact Lens(es) & Supplies | P / T _____ |
| 9. Brace  P / T _____ | 18. Hearing Aid | P / T _____ |
| 10. Crutches  P / T _____ | 19. Special Garment: | |
| 11. Cane: (type) _____  P / T _____ | (specify) _____ | P / T _____ |
| 12. Walker  P / T _____ | 20. Rx. Glasses: _____ | P / T _____ |
| 13. Dressing/Catheter/Colostomy Supplies  P / T _____ | 21. Cotton Bedding | P / T _____ |
| 14. Shoe: (specify) _____  P / T _____ | 22. Extra Mattress | P / T _____ |
| 15. Dialysis Peritoneal  P / T _____ | 23. Other _____ | P / T _____ |

### C. OTHER

**None**

| | | |
|---|---|---|
| 24. Attendant to assist with meal access  P / T _____ and other movement inside the institution. | 26. Therapeutic Diet: (specify) _____ | P / T _____ |
| Attendant will not feed or lift the inmate/patient or perform elements of personal hygiene. | 27. Communication Assistance | P / T _____ |
| | 28. Transport Vehicle with Lift | P / T _____ |
| | 29. Short Beard | P / T _____ |
| 25. Wheelchair Accessible Table  P / T _____ | 30. Other _____ | P / T _____ |

### D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments?  ☑ Yes  ☐ No

If yes, specify: _An profile on use of _____ arm no bilateral_
_no at bep in bk_

| INSTITUTION  CCI | COMPLETED BY (PRINT NAME)  MARVIN KEIT | TITLE  MD |
|---|---|---|
| SIGNATURE _____ | DATE  7/13/07 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
| HCM/CMO SIGNATURE _____ | DATE  7/13/07 | Ray, new Hill |
| APPROVED (list the number of items approved)  #4 | | H-97928 |
| DENIED (list the number of items denied)  #14 | | |

**COMPREHENSIVE ACCOMMODATION CHRONO**

CDC 7410 (08/04)

Distribution:
Original - Unit Health Record     Canary - Central File     Pink - Correctional Counselor     Gold - Inmate

STATE OF CALIFORNIA                                                                DEPARTMENT OF CORRECTIONS

# COMPREHENSIVE ACCOMMODATION CHRONO

**INSTRUCTIONS:** A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

## A. HOUSING

| | | | | |
|---|---|---|---|---|
| None | | Bottom Bunk | P/T | 6 mo |
| Barrier Free/Wheelchair Access | P/T | Single Cell (See 128-C date: _____ ) | P/T | |
| Ground Floor Cell | P/T | Permanent OHU / CTC (circle one) | P/T | |
| Continuous Powered Generator | P/T | Other _____ | P/T | |

## B. MEDICAL EQUIPMENT/SUPPLIES

| | | | | |
|---|---|---|---|---|
| None | | Wheelchair: (type) _____ | P/T | |
| Limb Prosthesis | P/T | Contact Lens(es) & Supplies | P/T | |
| Brace | P/T | Hearing Aid | P/T | |
| Crutches | P/T | Special Garment: | | |
| Cane: (type) _____ | P/T | (specify) _____ | P/T | |
| Walker | P/T | Rx. Glasses: _____ | P/T | |
| Dressing/Catheter/Colostomy Supplies | P/T | Cotton Bedding | P/T | |
| Shoe: (specify) _____ | P/T | Extra Mattress | P/T | |
| Dialysis Peritoneal | P/T | Other _____ | P/T | |

## C. OTHER

| | | | | |
|---|---|---|---|---|
| None | | Therapeutic Diet: (specify) | P/T | |
| Attendant to assist with meal access and other movement inside the institution. | P/T | Communication Assistance | P/T | |
| Attendant will not feed or lift the inmate/patient or perform elements of personal hygiene. | | Transport Vehicle with Lift | P/T | |
| | | Short Beard | P/T | |
| Wheelchair Accessible Table | P/T | Other _____ | P/T | |

## D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments? ☒ Yes ☐ No _____

If yes, specify: _No washing or use of ® arm above shoulder level_

| INSTITUTION C C J | COMPLETED BY (PRINT NAME) Ryan / A C | TITLE P A C |
|---|---|---|
| SIGNATURE A Ryan P A C | DATE 7/20/07 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH Hill, Raymond H 43428 3/10/60 |
| HCM/CMO SIGNATURE Harold Tatum MD | DATE 7-20-07 | |
| (CIRCLE ONE) **APPROVED** / DENIED | | |

**COMPREHENSIVE ACCOMMODATION
CHRONO**

CDC 7410 (03/04)

Distribution:
Original - Unit Health Record    Canary - Central File    Pink - Correctional Counselor    Gold - Inmate

00940

STATE OF CALIFORNIA                                                                DEPARTMENT OF CORRECTIONS

## COMPREHENSIVE ACCOMMODATION CHRONO

**INSTRUCTIONS:** A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

### A. HOUSING

| | | | | |
|---|---|---|---|---|
| None | | Bottom Bunk | P/T | 2 weeks |
| Barrier Free/Wheelchair Access | P/T | Single Cell (See 128-C date: _____ ) | P/T | |
| Ground Floor Cell | P/T | Permanent OHU / CTC (circle one) | P/T | |
| Continuous Powered Generator | P/T | Other | P/T | |

### B. MEDICAL EQUIPMENT/SUPPLIES

| | | | | |
|---|---|---|---|---|
| None | | Wheelchair: (type) _____ | P/T | |
| Limb Prosthesis | P/T | Contact Lens(es) & Supplies | P/T | |
| Brace | P/T | Hearing Aid | P/T | |
| Crutches | P/T | Special Garment: | | |
| Cane: (type) _____ | P/T | (specify) _____ | P/T | |
| Walker | P/T | Rx. Glasses: _____ | P/T | |
| Dressing/Catheter/Colostomy Supplies | P/T | Cotton Bedding | P/T | |
| Shoe: (specify) _canvas shoe_ P/T | | Extra Mattress | P/T | |
| Dialysis Peritoneal | P/T | Other _____ | P/T | |

### C. OTHER

| | | | | |
|---|---|---|---|---|
| None | | Therapeutic Diet: (specify) | P/T | |
| Attendant to assist with meal access and other movement inside the institution. | P/T | _____ | | |
| | | Communication Assistance | P/T | |
| Attendant will not feed or lift the inmate/patient or perform elements of personal hygiene. | | Transport Vehicle with Lift | P/T | |
| | | Short Beard | P/T | |
| Wheelchair Accessible Table | P/T | Other | P/T | |

### D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments?  ☐ Yes  ☒ No

If yes, specify: _may use shoe insert_
_may shol 6" all wgt_

| INSTITUTION OCI | COMPLETED BY (PRINT NAME) Ron Yu | TITLE P _ C |
|---|---|---|
| SIGNATURE | DATE 6/15/07 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
| HCM/CMO SIGNATURE _Harold ___ MD_ | DATE | Hill, Raynord H 43428 7/10/60 |
| (CIRCLE ONE)   APPROVED / DENIED | | |

**COMPREHENSIVE ACCOMMODATION CHRONO**

CDC 7410 (03/04)

Distribution:
Original - Unit Health Record      Canary - Central File      Pink - Correctional Counselor      Gold - Inmate

00941

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

## COMPREHENSIVE ACCOMMODATION CHRONO

**INSTRUCTIONS:** A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

### A. HOUSING

| | | | | |
|---|---|---|---|---|
| None | | Bottom Bunk | P /(T) | 10 mos |
| Barrier Free/Wheelchair Access | P / T _____ | Single Cell (See 128-C date: _____ ) | P / T _____ |
| Ground Floor Cell | P / T _____ | Permanent OHU / CTC (circle one) | P / T _____ |
| Continuous Powered Generator | P / T _____ | Other | P / T _____ |

### B. MEDICAL EQUIPMENT/SUPPLIES

| | | | |
|---|---|---|---|
| None | | Wheelchair: (type) _____ | P / T _____ |
| Limb Prosthesis | P / T _____ | Contact Lens(es) & Supplies | P / T _____ |
| Brace | P / T _____ | Hearing Aid | P / T _____ |
| Crutches | P / T _____ | Special Garment: | |
| Cane: (type) _____ | P / T _____ | (specify) _____ | P / T _____ |
| Walker | P / T _____ | Rx. Glasses: _____ | P / T _____ |
| Dressing/Catheter/Colostomy Supplies | P / T _____ | Cotton Bedding | P / T _____ |
| Shoe: (specify) _Soft_ | P /(T) 10 mos | Extra Mattress | P / T _____ |
| Dialysis Peritoneal | P / T _____ | Other | P / T _____ |

### C. OTHER

| | | | |
|---|---|---|---|
| None | | Therapeutic Diet: (specify) _____ | P / T _____ |
| Attendant to assist with meal access and other movement inside the institution. | P / T _____ | Communication Assistance | P / T _____ |
| Attendant will not feed or lift the inmate/patient or perform elements of personal hygiene. | | Transport Vehicle with Lift | P / T _____ |
| | | Short Beard | P / T _____ |
| Wheelchair Accessible Table | P / T _____ | Other | P / T _____ |

### D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments?  ☐ Yes  ☐ No
If yes, specify: _Tinea Pedis / 4 SP1 Shoulder. S/p. Rotator cuff tear_
_with 6min. ct Flextion_

| INSTITUTION CCI | COMPLETED BY (PRINT NAME) WCM | TITLE MD |
|---|---|---|
| SIGNATURE | DATE P-18-06 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
| HCM/CMO SIGNATURE | DATE | HILL, RAYNARD |
| (CIRCLE ONE)   APPROVED / DENIED | | H 43428 |
| | | 03-10-60 |

**COMPREHENSIVE ACCOMMODATION CHRONO**

CDC 7410 (03/04)

Distribution:
Original - Unit Health Record    Canary - Central File    Pink - Correctional Counselor    Gold - Inmate

CDC NUMBER:   **H43428**                        **CDC 128-C**

California Correctional Institution
MEG200000000071L

**HILL, RAYNARD**

### TB  CHRONO
**DISTRIBUTION**                        **TESTING/EVALUATION**

CENTRAL FILE: ☒
MEDICAL FILE: ☒          INMATE TB ALERT CODE   **22**
INMATE: ☒

KATHLEEN POWELL, RN
SIGNATURE

DATE: 05-05-2008

CDC NUMBER: **H43428**

**CDC 128-C**

California Correctional Institution
ME2AA2000000081L

HILL, RAYNARD

**ANNUAL TB CHRONO**
**TB SKIN TESTING**

**DISTRIBUTION**

CENTRAL FILE: ☒
MEDICAL FILE: ☒
INMATE: ☒

INMATE TB ALERT CODE    **22**

DATE:    03-15-2007

Joan Boatman, ICD RN

SIGNATURE

CDC-128-C

NAME and NUMBER

Hill Raprard  H43428

Inmate Tuberculosis Alert Code Is ____22____

Signature of M.D., R.N., or MTA

CC: C-File
Medical File
Inmate

DATE  9-8-06  21006          CCI-Tehachapi          Medical-Psychiatric-Dental

00945

CDC NUMBER: **H43428**

CDC 128-C

Correctional Training Facility
NOLAT2000000255L

HILL, RAYNARD

## TB CHRONO
## TESTING/EVALUATION

**DISTRIBUTION**

CENTRAL FILE: ☒
MEDICAL FILE: ☒
INMATE: ☒

INMATE TB ALERT CODE   22

DATE: 05-11-2006

Rosemary E. Michels, RN, BSN, PHN

MEDICAL SIGNATURE

CDC NUMBER: **H43428**                                CDC 128-C

Correctional Training Facility
NOLAT2000000255L

HILL, RAYNARD

## ANNUAL TB  CHRONO
## TB  SKIN  TESTING

**DISTRIBUTION**

CENTRAL FILE: ☑
MEDICAL FILE: ☒
INMATE: ☒

INMATE TB ALERT CODE     **22**

Rosemary E. Michels, RN, BSN, PHN

DATE:    05-12-2005

00947

here 3-18-05

NAME AND NUMBER   *HILL* /H 43428                    CTF- (N)  LB 320    CDC-128-C

Inmate    *HILL*              , has documented pseudo-folliculitis barbae. The only effective treatment for this skin
condition is to permit Inmate         *HILL*          to grow a beard. Inmate         *HILL*          was informed
that his beard should not exceed 1/4 inch in length.

DURATION:    One year.
Orig:   C-file
Copy:   Inmate
        CCI                                                            CESAR SINNACO, M.D.
        Assgn. Lt.                                              STAFF PHYSICIAN & SURGEON
        Control                          STAFF PHYSICIAN              CTF - SOLEDAD
        Medical file
        Chrono file
M.D. exam date:  *3-7-05*
DATE:  *3-7-05*                                          MEDICAL-PSYCHIATRIC-DENTAL
NOTE: reference DOM Section 33020.6

00948

CDC-128-C

NAME and NUMBER: HILL, RAYNARD                    H43428   CTF-N, LA-322U

2004 ANNUAL INMATE
TB SKIN TESTING CHRONO

Inmate TB Alert Code: 22

DISTRIBUTION:
  Central File
  Health Record
  Inmate

_____
       Staff Signature

DATE: 05/07/2004                        MEDICAL-PSYCHIATRIC-DENTAL

00949

NAME AND NUMBER  *Hill, Raynard, H 43428*      CTF- *North LA 322*  CDC-128-C

Inmate *Hill, H43428*, has documented pseudo-folliculitis barbae. The only effective treatment for this skin condition is to permit Inmate *Hill* to grow a beard. Inmate *Hill* was informed that his beard should not exceed 1/4 inch in length.

DURATION:  One year.
Orig:  C-file
Copy:  Inmate
     CCI
     Assgn. Lt.
     Control
     Medical file
     Chrono file

H. Aung, M.D.
Physician & Surgeon
STAFF PHYSICIAN  CTF - Soledad

M.D. exam date:
DATE: *12-9-03*
NOTE: reference DOM Section 33020.6

MEDICAL-PSYCHIATRIC-DENTAL

00950

CDC 128-B (Rev. 11/07)

| Inmate Name: *Hill    R* | Number: *H-43428* | Bed Number:    N/A |

By signing this information Chrono, I certify receipt of CSATF/SP's Orientation Information Manual.

Inmate Signature: *Raymond B Hill*

Original:  Central File
Cc:        Inmate.

| Date: *05/19/08* | Informational Chrono | CSATF/SP at CORCORAN |

00951

*Refusal*

STATE OF CALIFORNIA                          *D2-82L*          DEPARTMENT OF CORRECTIONS

## NOTICE OF CLASSIFICATION HEARING

CDC 128 - B1 (Rev 2/95)

| INMATE NAME | CDC NUMBER | TODAY'S DATE |
|---|---|---|
| *Hill* | *H43428* | *2/13/8* |

YOU WILL APPEAR BEFORE A CLASSIFICATION COMMITTEE ON ___*2-15/8*___ FOR CONSIDERATION OF A MAJOR PROGRAM CHANGE AS FOLLOWS:

☐ TRANSFER            ☐ INCREASE IN CUSTODY       ☐ ASSIGNMENT TO SECURITY HOUSING

☐ REMOVAL FROM PROGRAM    ☒ OTHER *Mission Change*

REASON:
*I/m waives appearance in absentia UCC 2/15/08 RX Non Adv.*
*X  To  CRC-II / SHF-II (I/m prefers CRC-II)*
*X   [signature] B Hill*

STAFF: NAME

| *B Perez* | *CC-I* | *CCI-II* |
|---|---|---|

ROUTING INSTRUCTIONS: ORIGINAL - CLASSIFICATION COMMITTEE    COPY - INMATE

00952

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION                    CDC Form 128-B (Rev 4/74)

CDCR Number: H-43428 _____    Name: HILL _____    Housing: D2-81L _____

## ELIGIBILITY STATEMENT

[✓] Eligible        [ ] Ineligible        Reason: _____

## FACILITY ELIGIBILITY

[X] West Tennessee Detention Facility        [ ] New Castle Correctional Facility
[X] Diamondback Correctional Facility        [ ] North Fork Correctional Facility
[X] Florence Correctional Facility

## CONSENT STATEMENT

[ ] Inmate consents to participate.          [X] Inmate declines to participate.

[ ] Inmate requests consultation with an attorney.    [ ] Inmate refused to be interviewed.

Print Name/Title: B. PEREZ, CCI _____    Signature: _B. Perez, CCI_

Date: _____    Institution: CCI _____         GENERAL CHRONO

00953

NAME and NUMBER _HILL; RAYNARD . H·43·4·2·8._
CUSTODY: _CCI-II_   CS: _Z5_   ASSIGNMENT:   ORIENTATION          CDC-1128-B (Rev. 7/03)
RELEASE DATE: _5/17/09_

Case reviewed for custody and housing status. Inmate interviewed to ascertain whether or not he has enemies here at CCI that would preclude his placement in the general population.

CSR endorsed C.C.I. Medium/Minimum Unit.

ESCAPES ___⌀___   HOLDS ___⌀___   SEX OFFENSES _YES_

CDC-812 CLEAR.NOTED (ENEMY _NONE AT CCI_ GANG ___⌀___   ARSON ___⌀___ ).

Medical Problems _NONE_

STAFF _R Blair_

DATE                    BUS SCREENING          4353     GENERAL CHRONO

00954

NAME and NUMBER        HILL        H43428                CDC-128B  (Rev 4/74)

On 8/3/06 while preparing I/M Hill's case for a level II UCC review, I observed that prior UCC action that conducted an R suffix evaluation did not make reference to DA comments as required per CCR 3377.1(b)(A)(2). That UCC action occurred on 5/28/97. The respective CDC 128G is contained in Volume #2 of Hill's Central File. That UCC utilized the Oxnard Police Department Crime Report, 90-16450, located in Volume #2 of Hill's Central File, to make their determination.

On 8/3/06 I contacted the Ventura County District Attorneys Office in an attempt to obtain DA comments. The Clerical Supervisor of the Felony Unit assisted me. She was unable to locate any information pertaining to Hill's 7/16/90 arrest or 7/18/90 disposition. That concluded my attempt to obtain DA comments.

J. Callahan, CCI

DATE:  8/3/06                INST:  CTF III                GENERAL CHRONO

00955

## 128 B Training Certification Chrono     SP-200

On ___01/03/06___ Inmate ___HILL___ CDC# ___H-43428___
was personally instructed on the proper operation and safety procedures of the

___CUTTING TABLE___ by Supervisor ___J . LOZADA___
     (EQUIPMENT)

in the ___SILK SCREEN___ Shop.

Inmate _____ Supervisor _____

Distribution:     C-File: White     PIA File: Yellow     Inmate: Pink

PIA-CTF-020 (10/23) 0594

00956

here 3-25-05

## 128 B Training Certification Chrono    SP-200

On __02/18/05_____ Inmate ___HILL_____ CDC# __H-43428_____
was personally instructed on the proper operation and safety procedures of the

__EMPLOYEE SAFETY ORIENTATION___ by Supervisor _____E. MORONES._____
(EQUIPMENT)

in the ___P.I.A. FABRIC PRODUCTS___ Shop.

Inmate _____Supervisor _____

Distribution: C-File: White    PIA File: Yellow    Inmate: Pink

PIA-CTF-020 (10/23) 0594

00957

**NAME and NUMBER**  HILL  H43428 _____  Housing  LB-320U

CDC-128-B (Rev. 4/74)
CTF-756 (rev. 2/91)

Per D.M.S.# _____05-045_____ Dated__02/15/05__ Inmate_____HILL_____Is asssigned and holds the position # _____TEX-N.108_____ With the working days of___SUNDAY___through___WEDNESDAY___ and works the following hours_____0630_____A.M./P.M. through___1600___A.M./P.M.. You are required to work the minimum of 30 hours a week, thus meeting the guidelines for special assignment participation, required for fulltime sentence reduction credits, Per Director's Rule # 3044 (C) (1).

Orig: Central File
cc: Supervisor
Inmate

SPECIAL ASSIGNMENT
128-B Chrono
CTF-756 (rev. 2/91)

_____
Supervisor

**DATE** 02/15/05

**GENERAL CHRONO**

00958

LA - 322

"Soft Shoe"
NAME AND NUMBER  H₁ll          H 4 3 4 2 8            CTF-C        CDC-128-C

Inmate ....H.ill.................................. CDC # ........H.4.3.4.2.8... has a documented medical/podiatric
condition that requires "soft shoes". Therefore, this individual is authorized to use the "soft shoes" currently in his
possession, for medical reasons..

DURATION:  1  year
         9/11/03—  9/11/04
ORIG:  C-FILE
COPY:  UNIT SGT.
       INMATE
       CONTROL                    PHYSICIAN/PODIATRIST
       CCI
       ASSIGN. LT.
       MEDICAL FILE
       CHRONO FILE
                                  MICHAEL E. FRIEDMAN, M.D.
                                  CHIEF MEDICAL OFFICER
DATE:  9/11/03                           :jw        MEDICAL-PSYCHIATRIC-DENTAL

CDC-128-C

NAME and NUMBER: HILL, RAYNARD                H43428    CTF-N, LB-120U

2003 ANNUAL INMATE
TB SKIN TESTING CHRONO

Inmate TB Alert Code: 22

DISTRIBUTION:
  Central File
  Health Record
  Inmate

_____
Staff Signature

DATE: 05/05/2003

MEDICAL-PSYCHIATRIC-DENTAL

00960

## RE_____ENDATION FOR ADAF_____ _____ UPPORT

CDC 128C-2
(9/99) (DRAFT)

Inmate Name __*Hill*_____ CDC # __*H43428*__ Institution __*C CI*__ Housing_____

## NO SUPPORT SERVICES REQUIRED

**NCF** ☒    Inmate has high cognitive test scores and did not require adaptive functioning evaluation.

**DDO** ☐    Inmate has been evaluated for adaptive functioning and found **NOT TO** require adaptive support services. (Explain In Comments Section)

**NDD** ☐    Inmate has been reevaluated after assignment to a programming institution and found **NOT TO** require adaptive support services. (Explain In Comments Section)

## SUPPORT SERVICES REQUIRED

THE DEFINITIONS OF THESE CATAGORIES ARE GIVEN ON THE BACK OF THIS FORM SOLELY TO ASSIST THE CLINICIAN IN DETERMINING THE APPROPRIATE CATEGORY FOR EACH INMATE.

**DD1** ☐    Placement in a designated **DDP** institution with the following supplemental services: **Provide staff assistant for disciplinary/classification hearing and inmate appeals.**

**D1A** ☐    Placement in a designated **DDP** unit/building with the following supplemental services: **Provide staff assistant for disciplinary/classification hearing and inmate appeals.** Additional observation due to vulnerability concerns.

**DD2** ☐    Placement in a designated **DDP** unit/building with the following supplemental services: **Provide staff assistant for disciplinary/classification hearing and inmate appeals, etc.** Additional observation due to vulnerability/aggressive behavior concerns.

**DD3** ☐    Placement in a supportive housing enviroment (i.e., CMF/CMC/CCWF). **Provide staff assistant for disciplinary/classification hearing and inmate appeals, etc.** Repeated monitoring/prompting of self care in the following areas: _____

Referral to health care services staff shall occur at any time deterioration or change in daily functioning occurs. Recommendations for adaptive support services shall be updated as needed.

## COMMENTS:



☐ CDC Form 128C attached.

Reviewer: __*J. Kasdat, PhD*_____    __*5-5-03*__
                    Name                                   Title                          Date

Supervisor: _____
                    Name                                   Title                          Date

Distribution:  Originals:    **Central File**
               Copies:       **Inmate Health Record**        **Correctional Officer assigned to monitor DD activities**
                             **Education File**              **Assigned CCI**
                             **C&PR or CC III**             **Work Supervisor**
                             **CCI DD Coordinator**         **Inmate**

NAME   HILL, RAYNARD      NUMBER   H-43428      CELL           CDC-128B

Subject's case was reviewed on this date : . CLOSE custody. The review indicated subjec. .) May ( ) May Not require CLOSE custody.
Factors requiring CLOSE custody include the following:

☐ Life without Possibility of Parole (LWOP)-5 years CLOSE A + 10 years CLOSE B.
☐ DSL or total term of 50 years or more – 5 years CLOSE A + 10 years CLOSE B.
☐ Multiple Life terms – 5 years CLOSE A then CLOSE B until within 7 years of MEPD.
☐ Life Term 1 year CLOSE A + CLOSE B until 7 years of MEPD.
☐ Determinate Sentence or Total Term of 15 years or more – 1 year CLOSE A + 4 years CLOSE B.
☐ Public Interest Case (PIC) or High Notoriety Case – 5 years CLOSE A + 5 years CLOSE B.
☐ Prior Escape or attempt with force from any correctional facility/law enforcement agency/armed escort within five years of return to custody – 8 years CLOSE + 2 years CLOSE B.
☐ Prior Escape or attempt without force from a secure perimeter facility or armed escort within five years [exclude minimum walk away] 5 years CLOSE A + 5 years CLOSE B.
☐ Involvement in documented plot/plan to escape from a secure perimeter facility within two years – 2 years CLOSE A + 2 years close B.
☐ Active Felony Holds which may result in serving a considerable amount of additional time after serving current term – 1 to 5 years CLOSE A depending on possible sentence and remainder of time at CLOSE B or until hold Dropped/Resolved.
☐ Murder of Non-Inmate while in custody-total term at CLOSE A after SHU term, not eligible for CLOSE B.
☐ Murder of inmate in custody within the last 6 years – CLOSE A first 6 years after SHU + 4 years CLOSE B.
☐ Guilty of RVR (A1/A2) or needs  further Classification Committee review due to a demonstrated pattern of violence/escape/narcotic trafficking – minimum of 2 years CLOSE B before being eligible for custody reduction.
☐ Former gang member (Drop Out) 1 year CLOSE B before being eligible for custody reduction.
☐ Other documented security concerns: _____
☑ Subject does not require Close Custody Housing.
☐ Single Cell Status.                                          CENTRAL ☐   NORTH ☒   SOUTH ☐
CS ____49____      DSL EPRD 5-19-2009   APPROVED FOR: GYM ☐
Following review of your Central File this date, you are approved for placement as indicated above.
Subject was advised he would be moved to his assigned housing as soon as possible, and if
placed at CTF-North he would remain on RTQ-Orientation pending Unit Classification.

                                                                    Original:  C-File
                                                                         cc:  Inmate

Reviewing Panel
RN PASCUAL _____   MTA _____

C/O GARCIA _____   C/O _____          Chairperson

DATE:  Oct. 29, 02

CTF-1444 (Rev. 05-01)
GENERAL CHRONO

NAME AND NUMBER  HILL / H43428          CTF RB 250        CDC-128-C

Inmate HILL                              , has documented pseudo-folliculitis barbae. The only effective
treatment for this skin condition is to permit Inmate    HILC                to grow a beard.
Inmate    HILL                                      was informed that his beard should not exceed 1/4 inch in
length.

DURATION:    One year.
Orig:   C-file
Copy:  Inmate
        Control                    STAFF PHYSICIAN
        Assgn. Lt.
        CCI
        Medical file
        Chrono file
M.D. exam date:  11-15-02
DATE:   11-15-02
NOTE: reference DOM Section 33020.6            tmg         MEDICAL-PSYCHIATRIC-DENTAL

CTF-SOLEDAD PRISON

## IDENTIFICATION/PRIVILEGE CARD ISSUE FORM

Subject:

I certify that I have received on this date: _____11 - 8 - 02_____ an Identification/ Privilege Card:

☐ **Green** Identification Card        ☐ **Blue** Privilege Card        ☒ **Red** Privilege Card

from the following staff member: _____ CCB

I understand and acknowledge that if I change my appearance in any way (**i.e., hair grooming; style; facial hair, etc.**) or lose this card, I will be charged for a "new" Identification **AND** Privilege card in accordance with institutional Operations Plan (I.O.) #101.

Name: _____ CDC#: ___A43428___ DATE: __11-8-02__

CTF467-B(REV 7-00)

00964

INMATE : **HILL, RAYNARD**     CDC # **H43428**     HOUSING : **4 5 -545U**

This inmate be allowed to purchase and wear SOFT SHOES from a CDC approved vendor pending custody approval, due to his medical condition, as per physician's order.

CC  C-FILE
    MED FILE
    INMATE

Signature: DR. KIM

Date : 8/23/02     *HEALTH SERVICES CHRONO*     Arrival Date: 6/3/02

**CCI** CDC-128-C

00965

| INMATE : | HILL, RAYNARD | CDC # | H43428 | HOUSING : | 4 5 -545U |
|---|---|---|---|---|---|

Due to a medical condition, this inmate is NOT REQUIRED TO SHAVE for a period of ONE (1) YEAR. He is to keep facial hair growth @ 1/4" or less. Chrono expires 8/23/03.

CC  C-FILE
    MED FILE
    INMATE

Signature: DR. KIM

Arrival Date: 6/3/02

Date : 8/23/02     *HEALTH SERVICES CHRONO*     CCI CDC-128-C

00966

MEDICAL EVALUATION FOR DUTY ASSIGMENT    Hill, R    H43428

| | |
|---|---|
| | FULL DUTY |
| ✓ | FULL DUTY - NO CAMP |
| | MODERATE DUTIES DUE TO |
| | LIGHT DUTY DUE TO |
| X | FOOD HANDLING UNTIL    8/03 |
| | NO FOOD HANDLING |

J. MOOR, M.D.

C FILE
MED FILE
ASSIGN LT
UNIT SGT
INMATE

DATE 8-23-02    CCI-TEHACHAPI    MEDICAL-PSYCHIATRIC-DENTAL

00967

State of California
CDC-1882

Department of Corrections

### INITIAL HOUSING REVIEW

| Name of Inmate(Last, First, MI) | CDC-Number | Institution |
|---|---|---|
| _Hill, Raynard_ | _H-43428_ | _CCI-IV_ |

The above inmate has been screened prior to assigned housing. An inmate interview and available documents indicate the following:

| Ethnicity | Date of Birth | Place of Birth | County of Commitment |
|---|---|---|---|
| _B_ | _3/10/60_ | _Pt. Hueneme_ | _Ventura_ |

| CSR Endorsement | Sending Jail/Institution | Previous Housing Status | Release Date/Type |
|---|---|---|---|
| _7/1/02_ | _CCI-IVB_ | _not called_ | _EPRD 5/19/05_ |

| Enemies | Gang/Disruptive Group Affiliation |
|---|---|
| _none_ | _none_ |

| Health Concerns | Other Special Concerns |
|---|---|
| _left shoe brand chrono_ | |

| History of In-Cell Assaults | History of Aggression Towards Other Inmates |
|---|---|
| _chu term both in non adseg_ | _yes_ |

| Other Information/Comments |
|---|
| |

| Inmate's Remarks |
|---|
| |

Based on a review of the above, a determination has been made that:

☒ The inmate is suitable for dorm/cell housing with no special restrictions.
☐ The inmate is suitable for dorm/cell housing with the following restrictions.

| |
|---|
| |
| |

☐ There are placement concerns which may require single cell assignment. These concerns are based upon the following documentation.

| |
|---|
| |

| SCREENING AUTHORITY | Signature _(signature)_ |
|---|---|
| | Printed Name _McNorce_ |
| | Title _CC_ |

| APPROVING AUTHORITY     ☐ Not Applicable | Signature _____ |
|---|---|
| Single status is:    ☐ Approved    ☐ Disapproved | Printed Name _____ |
| | Title _____ |

| DATE: _8/20/02_ |
|---|

DISTRIBUTION:
C-File (Original)
Housing Assignment Authority
Facility Captain
Inmate

00968

NAME AND NUMBER Hill, R    H43428

Inmate Tuberculosis Alert Code is    22

Signature  F.M.D., RN, or MTA

CC:   C-File
      Medical File

7-3-02                        cci

STATE OF CALIFORNIA

**NAME and NUMBER:** HILL, RAYNARD    H-43428    **Rm:** 4320

DEPARTMENT OF CORRECTIONS
CDC 128-C (5-87)

This inmate has a TB Alert Code of: 22 .

Comments:

cc:  Central File
     Medical File
     Inmate

_J. Urban, RN_
Infection Control Department
California Men's Colony

**DATE:** 05-03-2002    **(TB ALERT CHRONO: Status Change)**    **CMC    MEDICAL**

00970

STATE OF CALIFORNIA

CDC FORM 128C

DEPARTMENT OF CORRECTIONS

MHPC [5-29-01]

## SECURITY HOUSING UNIT (SHU) MENTAL HEALTH SCREENING

NAME: _Hill_      _Raynard_      CDC# _H 43 428_   INST: <u>CMC-East</u>   HOUSING: _4320_
   LAST   FIRST  MI

A clinical assessment has been completed and it has been determined that this inmate (Check applicable box):

1) ☐ **Meets Criteria** for inclusion in the Mental Health Services Delivery System (MHSDS). **Circle the appropriate level of care:**     CCCMS / EOP / MHCB / DMH

2) ☐ Has a Pelican Bay State Prison-SHU exclusionary condition (s) (Underline or circle to identify applicable condition [s]): Schizophrenia (any subtype); Delusional disorder; Schizophreniform disorder; Schizoaffective disorder; Brief psychotic disorder; Substance induced psychotic disorder (excluding intoxication and withdrawal); Psychotic disorder not otherwise specified; Major Depressive disorder; Bipolar Disorder I or II; any mental disorder which includes inmates being actively suicidal; any mental illness characterized by breaks with reality or perceptions of reality leading to significant functional impairment; Organic Brain Syndrome consistent with significant functional impairment; severe personality disorder manifested by frequent episodes of psychosis or depression and resulting in significant functional impairment; mental retardation.

3) ☒ Does not meet criteria for inclusion in the Mental Health Services Delivery System (MHSDS) and does not have exclusionary condition (see #2 above) that would prohibit PBSP-SHU placement

_5 . 9 . 02_      _Janzen PhD_      _[signature] PhD_
DATE    CLINICIAN'S LAST NAME (PRINT)    CLINICIAN'S SIGNATURE

Orig: Central File
cc: Unit Health Record
  CC-II
  Clinician

CMC-MED-024 (08/01) 0834

### SECURITY HOUSING UNIT (SHU)
### MENTAL HEALTH SCREENING

CMC-East  PSYCHIATRIC

00971

STATE OF CALIFORNIA

**NAME and NUMBER:** HILL, RAYNARD    H-43428    **Rm:** 4320

DEPARTMENT OF CORRECTIONS
CDC 128-B (4-74)

The above named inmate was found "Guilty" of a CDC-115 Rules Violation Report wherein the potential of exchanging bodily fluids are at high risk. As such, pursuant to PC 7510 and/or PC 7512(a), he is being referred to the CMC Health Care Manager for an evaluation in determining the necessity of testing for the presence of infectious diseases. The specifics of concern is the finding of guilty for violating Director's Rule CCR §3005(c) specifically, Battery on a Peace Officer Without Serious Injury.. Activities of this nature are noted as "HIGH RISK BEHAVIOR". Inmate HILL has been advised failure to cooperate with this procedure may result in more serious disciplinary action.

Noted
Start
AL

D.E. SWEENY, Program Lieutenant
Senior Hearing Officer
C-Quad, CMC-East Facility

ORIG: C-File
cc: Facility Captain, CC-II
    Inmate
    East Clinic - Infection Control Dept.

**DATE:** 04-13-2002        REFERRAL FOR INFECTIOUS DISEASE TESTING (HIV)        CMC/E GENERAL CHRONO

00972

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
CDC-128 B (8-87)

**NAME and NUMBER**     HILL, Raynard                    H-43428          **RM:**   4320

On 11/28/01, you requested postponement of your hearing of RVR Log #A-01-11-2509, pending outcome of D.A. referral as documented on the CDC 115A. On 03/12/02, this case was screened out by the San Luis Obispo County District Attorney's Office for criminal prosecution and will be adjudicated under administrative sanctions. On 03/30/02 an Investigative Employee Report was conducted in accordance with CCR §3315(d)(1). The Investigative Employee has noted your request to have Correctional Officer W.M. Gavin (Reporting Employee) present during your hearing. Officer Gavin in on leave until 03/14/02, which is two (2) days past the time constraints for the Hearing Time Limitations pursuant to CCR §3320(b). Due to these time limitations your hearing will proceed without the Reporting Employee, Officer Gavin, being present. If you desire to have Officer Gavin present at your hearing, in accordance with CCR §3320(d) your hearing may be postponed up to 30 days upon written request showing a reasonable need for postponement. Postponement shall not bar any credit forfeiture.

I  Do  I (Don't )  request my hearing be postponed

HILL, RAYNARD, H-43428

ORIG.   :   C-File
cc      :   CCII
            SHO
            Inmate

T.M. De La Rosa
Senior Hearing Officer
2nd Watch Lieutenant, A-Quad

**DATE**   04/05/02              HEARING POSTPONEMENT              **CMC-E**              **GENERAL CHRONO**

Name: HILL, RAYNARD          CDC#: H-43428          CDC-128C(Rev 3/99)
                                                    Housing: VO4

☒ This inmate has completed a routine mental health screening and is:
   ☒ Cleared general population (No restrictions)    ☐ Referred for further evaluation    ☐ Referred for crisis care
   ☐ Able, but unwilling to participate in clinical assessment.
☐ This inmate was interviewed after          ☐ Staff    ☐ Self referral on ___/___/___, and the following action was taken
   ☐ Cleared for general population    ☐ Referred for further evaluation
   ☐ Other: _____

☐ This inmate is non English speaking.    Primary language: _____

I. JOHNSON-BEY                    7471                    _____ PT
Clinician's Name (Print)          Phone Extension          Clinician's Signature

ORIG:    CENTRAL FILE
CC:      UNIT HEALTH RECORD
         CORRECTIONAL COUNSELOR-II
         CLINICIAN

DATE 11/21/01    **MENTAL HEALTH SCREENING**    MEDICAL CHRONO CMC-East Facility
CMC-Med-016 (08/96) 2020

00974

**NAME and NUMBER**  HILL  RAYNARD  H43428  2333  **CDC-128C**

Please allow inmate/patient to  wear soft soled shoes and/or tennis shoes in all areas due to medical reasons.

THIS CHRONO TO REMAIN EFFECTIVE FOR ONE YEAR.

cc:   Central File
      Unit Health Record
      Facility Captain A-Quad
      Inmate

David Stevid, M.D.

CMC-East

DATE:  08/29/2001    ORDERED:  08/29/2001    mar    **Standard Soft Sole Shoes & Tennis Shoes**  MEDICAL

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
CDC-128 B (8-87)

**NAME and NUMBER**    HILL, Raynard                    H-43428        **RM:**   2333    4356

On 07-26-01, at approximately 0930 hours, Inmate WOLFF appeared before this Senior Hearing Officer regarding conclusion of adjudication of CDC-115 Log #A-01-07-1410, for violation of CCR §3005(c) Conduct, specifically, "Battery on an Inmate With Serious Injury."    The incident involved WOLFF, and Inmate HILL, Raynard (H-43428). WOLFF was found guilty of the charge of CCR §3005(c) Conduct, specifically, "Mutual Combat." The Senior Hearing Officer has interviewed both inmate's and determined that the issues in this incident are resolved and an enemy situation does not exist between WOLFF and HILL, Raynard.

noted
8/1/01
FK

J/R. CONTOS
Senior Hearing Officer
2nd. Watch Lieutenant, A-Quad

ORIG    :    C-File
cc      :    CCII
             S & I LL
             Inmate

**DATE**    07-26-01            NON-ENEMY CONCERNS            **CMC-E**            **GENERAL CHRONO**

00976

Name: _Hill, Raynard_          CDC#: _44 34 28_          CDC-128C(Rev 3/99)
                                                          Housing: _4356_

☑ This inmate has completed a routine mental health screening and is:

   ☑ Cleared general population (No restrictions)    ☐ Referred for further evaluation    ☐ Referred for crisis care

   ☐ Able, but unwilling to participate in clinical assessment.

☐ This inmate was interviewed after    ☐ Staff    ☐ Self referral on ___/___/___, and the following action was taken

   ☐ Cleared for general population    ☐ Referred for further evaluation

   ☐ Other: _____

☐ This inmate is non English speaking.    Primary language: _____

_D. O'Keefe_                              _7471_              Clinician's Signature
Clinician's Name (Print)                  Phone Extension

ORIG:    CENTRAL FILE
CC:      UNIT HEALTH RECORD
         CORRECTIONAL COUNSELOR-II
         CLINICIAN

DATE _7-11-01_      **MENTAL HEALTH SCREENING**

CMC-Med-016 (08/96) 2020

MEDICAL CHRONO CMC-East Facility

00977

**NAME and NUMBER** HILL            RAYNARD      H43428      1302X    **CDC-128C**

It is advised by Albert Malek, M.D. this inmate/patient be allowed a full beard trimmed to less than 1/4" in length.

THIS EXEMPTION EXPIRES THREE MONTHS FROM DATE OF APPROVAL.

cc:  Central File
     Unit Health Record
     Facility Captain A-Quad                     Ellen Greenman, M.D.
     Receiving and Release                       Chief Physician and Surgeon
     Inmate

                                                              CMC-East

DATE:  05/09/2001    ORDERED:  05/08/2001    mar        **Facial Hair Chrono**      MEDICAL

00978

STATE OF CALIFORNIA
**NAME and NUMBER:** HILL, RAYNARD    H-43428    **Rm:** 1302X

DEPARTMENT OF CORRECTIONS
CDC 128-C (5-01)

This inmate has a TB Alert Code of: 22

Comments:

cc:  Central File
     Medical File
     Inmate

Infection Control Department
California Men's Colony

**DATE:** 05-04-2001    **(TB ALERT CHRONO: Status Change)**    **CMC**    **MEDICAL**

00979

NAME and NUMBER  **HILL, Raynard**      H 43428       **2347x**      CDC-128-B (Rev. 4/74)

At approximately 1525 hours, on 12/11/00, while performing the routine shake down for work release of the PIA Jacket Factory. Inmate Hill came back to the Factory and stated, " I forgot something ", he then headed towards his designated work area. As Hill was leaving the Factory for the second time, I noticed that his jacket was suspiciously rolled up in his hand. I asked Hill what was in the jacket, and he stated, " nothing ". I then searched the jacket and discovered hidden contraband rolled up inside his jacket. I recognized the contraband as being PIA Jacket Factory material (Black Elastic approx. 8" x 30" and approx. 5 jacket snaps). Inmate Hill was counseled the next morning by myself and F. Villarreal, Superintendent II. He was informed that he would be receiving a pay reduction as this is PIA policy. Inmate Hill appeared not to be receptive to counseling.

Orig:  C File
     PIA File
     Jacket Factory
     Inmate

**C. LOPEZ**
Supervisor
Jacket Factory

**F. VILLARREAL**
Superintendent II
Jacket Factory

DATE **12/13/00**        **\*\*\*\* PAY REDUCTION \*\*\*\***      **CMC-E**      **GENERAL CHRONO**

00980

**NAME and NUMBER**   HILL            RAYNARD      H43428      2347X    **CDC-128C**

Please allow inmate/patient to  wear soft soled shoes and/or tennis shoes in all areas due to medical reasons.

THIS CHRONO TO REMAIN EFFECTIVE FOR ONE YEAR.

cc:   Central File
      Unit Health Record
      Facility Captain A-Quad
      Inmate

_____
David Stevig, M.D.

CMC-East

DATE:  10/31/2000    ORDERED:  10/31/2000    TO    **Standard Soft Sole Shoes & Tennis Shoes**   MEDICAL

00981

**NAME and NUMBER** HILL    RAYNARD    H43428    2102    **CDC-128C**

It is recommended that this inmate/patient be medically unassigned.

Period of unassignment from 09/25/2000 through 10/16/2000, due to medical problems.

cc: Central File
    Unit Health Record
    Inmate Assignment Lt.
    CCII A-Quad
    Inmate

Elana Harway, M.D.

DATE: 10/04/2000    ORDERED: 09/25/2000    MHP    **Medical Unassignment < 30 Days**    CMC-East
    MEDICAL

00982

**NAME and NUMBER**   HILL          RAYNARD    H43428    2102    **CDC-128C**

It is recommended that inmate/patient be assigned a lower bunk due to medical reasons.
From: 09/25/2000 through 12/25/2000

cc:   Central File
      Unit Health Record
      Facility Captain A-Quad
      CCII A-Quad
      Inmate

Ellen Greenman, M.D.

DATE:  10/04/2000   ORDERED:  09/25/2000   MHP          **Lower Bunk**       CMC-East
                                                                              MEDICAL

00983

CDC-128-B

NAME and NUMBER    Hill, Raynard    H43428

Inmate Raynard Hill, H43428 was enrolled in the California Men's Colony School of the Bible's Winter/Spring 2000 Semester, where he took the course entitled "Beginning Sign Language (A)." This course emphasized basic signs, the manual alphabet, with insights into deafness, the deaf person and deaf education. It will help him expand his communication skills and make various choices in life that will produce a lifestyle that brings him into better relationship with himself and others. Raynard Hill received the grade of A+. He has been an excellent student and participated in all class discussions. He is congratulated for his efforts and encouraged to continue his studies.

Orig.:    Central File
cc:       CMCSB
          Student

Rev. John Milton
Dean of School of the Bible
CMC-East

Rev. H. WARREN ALDERSON
Protestant Chaplain
CMC-East

DATE    6/24/00

[Informative]

CMC-East

00984

**NAME and NUMBER**   HILL               RAYNARD       H43428       2235       **CDC-128C**

This inmate has a TB Alert Code of:   22

Comments:

*L. Galvez, RN*

Infection Control Department
California Men's Colony - East

cc:    Central File
       Medical File
       Inmate

DATE:  05/03/2000              TB Alert Chrono - Annual TB Testing              MEDICAL

00985

STATE OF CALIFORNIA

CDC 1882-A

DEPARTMENT OF CORRECTIONS

## GENERAL POPULATION DOUBLE CELL REVIEW

| Name of Inmate (Last, First, MI) | CDC Number: | Housing: |
|---|---|---|
| HILL, RAYNARD | H43428 | 2235 |

| Name of Inmate (Last, First, MI) | CDC Number: | Housing: |
|---|---|---|
| DIXON, PAUL | H97905 | 2235X |

The above-mentioned inmates are being processed for occupancy of the same cell in general population. Each inmate was interviewed about the cell assignment and signed below to indicate agreement.

Signature of Inmate: _Paul Dixon_    Signature of Inmate: _Raynard Hill_

Comments from Staff Interviewer/Witness: _____

_____

**STAFF INTERVIEWER/WITNESS:**

Signature: _____

Date: 3/18/00

Printed Name: D. Ivie

Title: Program Lieutenant

DISTRIBUTION:
C-File
Facility Captain
Correctional Counselor I(s)
Inmate

00986

**NAME and NUMBER**    HILL         RAYNARD        H43428      2235      **CDC-128C**

It is recommended that this inmate/patient be medically unassigned.

Period of unassignment from 03/09/2000 through 03/16/2000, due to medical problems.

cc:   Central File
      Unit Health Record
      Inmate Assignment Lt.
      CCI A-Quad
      Inmate

_____
John Norris, M.D.

DATE:  03/09/2000    ORDERED:  03/09/2000    TO    **Medical Unassignment < 30 Days**    MEDICAL

Name and Number:    HILL, RAYNARD    H-43428    Room #    2235    CDC-128-C

Please allow inmate/patient to wear soft soled state shoes and/or tennis shoes in all areas due to medical reasons.

**"THIS CHRONO TO REMAIN EFFECTIVE FOR 1 YEAR."**

ORIG    C-File
CC    Unit Health Record
    CCI
    Inmate

David Stevig, M.D.

Date:    11-15-99    SS    (Standard Soft Sole Shoes)    CMC East Medical

00988

**NAME and NUMBER**   HILL         RAYNARD    H43428    2235    **CDC-128C**

This inmate has a TB Alert Code of:   22

Comments:

*L. Gabriz, RN*
Infection Control Department
California Men's Colony - East

cc:   Central File
      Medical File
      Inmate

DATE:  04/27/1999                    TB Alert Chrono - Annual TB Testing                    MEDICAL

00989

STATE OF CALIFORNIA
CDC 101 (1/92)

**WORK SUPERVISOR'S REPORT**

DEPARTMENT OF CORRECTIONS

| GRADES | GRADE | | GRADE | |
|---|---|---|---|---|
| 1 = EXCEPTIONAL | 3 | A. DEMONSTRATED SKILL AND KNOWLEDGE | 3 | F. TEAMWORK AND PARTICIPATION |
| 2 = ABOVE AVERAGE | 3 | B. ATTITUDE TOWARD FELLOW INMATES AND WORKERS | 3 | G. LEARNING ABILITY |
| 3 = SATISFACTORY | 3 | C. ATTITUDE TOWARD SUPERVISORS AND STAFF | 3 | H. USE OF TOOLS AND EQUIPMENT |
| 4 = BELOW AVERAGE | 3 | D. INTEREST IN ASSIGNED WORK | 3 | I. QUALITY OF WORK |
| 5 = UNSATISFACTORY | 3 | E. EFFORT DISPLAYED IN ASSIGNED WORK | 3 | J. QUANTITY OF WORK |

| PAY STATUS: FROM: $ .30 | TO: $ .40 | FROM: JOB NO. GAR-2.506 | TO: JOB NO. SAME |
|---|---|---|---|

| TOTAL # Hours Assigned: | | TOTAL # Hours Worked: | |
|---|---|---|---|

| INMATE ASSIGNED TO | DATE ASSIGNED | ACTUAL WORK CONSISTS OF | PERIOD COVERED BY REPORT |
|---|---|---|---|
| UNIT II P.I.A. | 03-17-07 | SEWING MACHINE OPERATOR | EVALUATION |

| RECOMMENDED FOR: | ☐ REASSIGNMENT | ☒ RETAIN | ☒ PAY INCREASE | ☐ PAY DECREASE | INMATE'S INITIALS: |
|---|---|---|---|---|---|

| COMMENTS (IF MORE SPACE REQUIRED, USE REVERSE SIDE) | CODE OF SAFE PRACTICES REVIEWED SUPV'S INITIALS: | INMATE'S INITIALS: |
|---|---|---|
| PRIOR EXPERIENCE. A GOOD WORKER WITH A GOOD ATTITUDE. | | |

| SUPERVISOR C. SHOAF | LENGTH OF SUPERVISION 45 DAYS | WORK DETAIL | ETHNICITY BLACK |
|---|---|---|---|

| INMATE'S NAME HILL | CDC NUMBER H-43428 | INSTITUTION CCI-II | DATE 05-01-07 |
|---|---|---|---|

00990

| GRADES | GRADE | | GRADE | |
|---|---|---|---|---|
| 1 = Exceptional | 2 | A. Demonstrated Skill and Knowledge | 2 | F. Teamwork and Participation |
| 2 = Above Average | 2 | B. Attitude Toward Fellow Inmates and Workers | 2 | G. Learning Ability |
| 3 = Satisfactory | 3 | C. Attitude To Supervisors and Staff | 3 | H. Use of Tools and Equipment |
| 4 = Below Average | 3 | D. Interest in Assigned Work | 3 | I. Quality of Work |
| 5 = Unsatisfactory | 2 | E. Effort Displayed in Assigned Work | 3 | J. Quantity of Work |

**STATE OF CALIFORNIA**
CDC 101 (Rev. 4/82)

**WORK SUPERVISOR'S REPORT**

DEPARTMENT OF CORRECTIONS

**PAY STATUS: From $ 3/A.65    To $ SAME EFF.9/1/06  From Job No. TEX-N.805    To Job No. SAME**

| | | | LENGTH OF SUPERVISION |
|---|---|---|---|
| Total No. Hours Assigned | | Total No. Hours Worked 777.90 | |

| SUBJECT ASSIGNED TO | DATE ASSIGNED | ACTUAL WORK CONSISTS OF: | PERIOD COVERED BY REPORT |
|---|---|---|---|
| NORTH SILKSCREEN/SMR | 02-15-06 | CUTTING MATERIAL | 90 DAY |

RECOMMEND FOR:  ☐ REASSIGNMENT    ☒ RETAIN    ☐ PAY INCREASE    ☐ PAY DECREASE

INMATE'S INITIALS

COMMENTS (IF MORE SPACE REQUIRED, USE REVERSE SIDE)  CAN LEAD PEOPLE WHEN THE LEADMAN IS ABSENT.

| SUPERVISOR | | WORK DETAIL | ETHNICITY |
|---|---|---|---|
| J. LOZADA | SUPERVISOR | P.I.A. | BLK |
| INMATE'S NAME | NUMBER | INSTITUTION | DATE |
| HILL | H-43428 | CTF-NORTH | 08/12/06 |

STATE OF CALIFORNIA
CDC 101 (Rev. 4/82)

**WORK SUPERVISOR'S REPORT**

DEPARTMENT OF CORRECTIONS

| GRADES | GRADE | | GRADE | |
|---|---|---|---|---|
| 1=Exceptional | 3 | A. Demonstrated Skill and Knowledge | 2 | F. Teamwork and Participation |
| 2=Above Average | 2 | B. Attitude Toward Fellow Inmates and Workers | 3 | G. Learning Ability |
| 3=Satisfactory | 3 | C. Attitude To Supervisors and Staff | 3 | H. Use of Tools and Equipment |
| 4=Below Average | 3 | D. Interest in Assigned Work | 3 | I. Quality of Work |
| 5=Unsatisfactory | 3 | E. Effort Displayed in Assigned Work | 3 | J. Quantity of Work |

| PAY STATUS: From $ 3/A.65 | To $ SAME EFF.6/1/06 | From Job No. TEX-N.807 | To Job No. SAME | |
|---|---|---|---|---|
| Total No. Hours Assigned | | Total No. Hours Worked 683.33 | | LENGTH OF SUPERVISION |

| SUBJECT ASSIGNED TO | DATE ASSIGNED | ACTUAL WORK CONSISTS OF: | PERIOD COVERED BY REPORT |
|---|---|---|---|
| SILKSCREEN/SMR | 02-15-05 | CUTTING MATERIAL | 90 DAY |

| RECOMMEND FOR: | ☐ REASSIGNMENT | ☒ RETAIN | ☐ PAY INCREASE | ☐ PAY DECREASE | INMATES INITIALS |
|---|---|---|---|---|---|

COMMENTS (IF MORE SPACE REQUIRED, USE REVERSE SIDE) HE DO HIS WORK, WILL CORRECT MISTAKE KNOWLEDGEABLE IN MOST AREAS OF JOB .

| SUPERVISOR J.LOZADA    SUPERVISOR | WORK DETAIL P.I.A. | ETHNICITY BLK |
|---|---|---|

| INMATE'S NAME HILL | NUMBER H-43428 | INSTITUTION CIF-NORTH | DATE 05/12/06 |
|---|---|---|---|

00992

STATE OF CALIFORNIA
CDC 101 (1/92)

## WORK SUPERVISOR'S REPORT

DEPARTMENT OF CORRECTIONS

| GRADES | GRADE | | GRADE | |
|---|---|---|---|---|
| 1 = EXCEPTIONAL | 3 | A. DEMONSTRATED SKILL AND KNOWLEDGE | 2 | F. TEAMWORK AND PARTICIPATION |
| 2 = ABOVE AVERAGE | 2 | B. ATTITUDE TOWARD FELLOW INMATES AND WORKERS | 3 | G. LEARNING ABILITY |
| 3 = SATISFACTORY | 3 | C. ATTITUDE TOWARD SUPERVISORS AND STAFF | 3 | H. USE OF TOOLS AND EQUIPMENT |
| 4 = BELOW AVERAGE | 3 | D. INTEREST IN ASSIGNED WORK | 3 | I. QUALITY OF WORK |
| 5 = UNSATISFACTORY | 2 | E. EFFORT DISPLAYED IN ASSIGNED WORK | 3 | J. QUANTITY OF WORK |

| PAY STATUS: FROM: $ 3/A.65 | TO: $ SAME EFF. 3/1/06 | FROM: JOB NO. TEX-N.807 | TO: JOB NO. SAME |
|---|---|---|---|

TOTAL # Hours Assigned:                                          TOTAL # Hours Worked:

| INMATE ASSIGNED TO | DATE ASSIGNED | ACTUAL WORK CONSISTS OF | PERIOD COVERED BY REPORT |
|---|---|---|---|
| NORTHSILKSCREEN/SMR | 02-15-05 | CUTTING MATERIAL | 90 DAY |

RECOMMENDED FOR:  ☐ REASSIGNMENT  ☒ RETAIN  ☐ PAY INCREASE  ☐ PAY DECREASE    INMATE'S INITIALS:

| COMMENTS (IF MORE SPACE REQUIRED, USE REVERSE SIDE) DEMONSTRATE KNOWLEDGE TEAMWORK. | CODE OF SAFE PRACTICES REVIEWED SUPV'S INITIALS: | INMATE'S INITIALS: |
|---|---|---|

| SUPERVISOR J. LOZADA | LENGTH OF SUPERVISION | WORK DETAIL P.T.A. | ETHNICITY BLK |
|---|---|---|---|
| INMATE'S NAME HILL | CDC NUMBER H-43428 | INSTITUTION CTF-NORTH | DATE 02/12/06 |

STATE OF CALIFORNIA
CDC 101 (Rev. 4/82)

## WORK SUPERVISOR'S REPORT

DEPARTMENT OF CORRECTIONS

| GRADES | GRADE | | GRADE | |
|---|---|---|---|---|
| 1 = Exceptional | 3 | A. Demonstrated Skill and Knowledge | 2 | F. Teamwork and Participation |
| 2 = Above Average | 2 | B. Attitude Toward Fellow Inmates and Workers | 3 | G. Learning Ability |
| 3 = Satisfactory | 2 | C. Attitude To Supervisors and Staff | 3 | H. Use of Tools and Equipment |
| 4 = Below Average | 2 | D. Interest in Assigned Work | 3 | I. Quality of Work |
| 5 = Unsatisfactory | 2 | E. Effort Displayed in Assigned Work | 3 | J. Quantity of Work |

PAY STATUS: From $ 3/A.65    To $SAME EFF.12/1/05    From Job No. TEX-N.807    To Job No. SAME

Total No. Hours Assigned ___    Total No. Hours Worked 113.64    LENGTH OF SUPERVISION

| SUBJECT ASSIGNED TO | DATE ASSIGNED | ACTUAL WORK CONSISTS OF: | PERIOD COVERED BY REPORT |
|---|---|---|---|
| NORTH SILKSCREEN/SMR | 02-15-05 | CUTTING MATERIAL | 90 DAY |

RECOMMEND FOR:  ☐ REASSIGNMENT    ☒ RETAIN    ☐ PAY INCREASE    ☐ PAY DECREASE    INMATE'S INITIALS

COMMENTS (IF MORE SPACE REQUIRED, USE REVERSE SIDE)    DO HIS WORK AND GETS ALONG WITH OTHERS.

| SUPERVISOR | | WORK DETAIL | ETHNICITY |
|---|---|---|---|
| J. LOZADA | SUPERVISOR | P.I.A. | BLK |
| INMATE'S NAME | NUMBER | INSTITUTION | DATE |
| HILL, | F-43428 | CIM-NORTH | 11/12/05 |

00994

STATE OF CALIFORNIA
CDC 101 (Rev. 4/82)

**WORK SUPERVISOR'S REPORT**

DEPARTMENT OF CORRECTIONS

| GRADES | GRADE | | GRADE | |
|---|---|---|---|---|
| 1=Exceptional | 3 | A. Demonstrated Skill and Knowledge | 2 | F. Teamwork and Participation |
| 2=Above Average | 2 | B. Attitude Toward Fellow Inmates and Workers | 3 | G. Learning Ability |
| 3=Satisfactory | 2 | C. Attitude To Supervisors and Staff | 3 | H. Use of Tools and Equipment |
| 4=Below Average | 2 | D. Interest in Assigned Work | 3 | I. Quality of Work |
| 5=Unsatisfactory | 2 | E. Effort Displayed in Assigned Work | 3 | J. Quantity of Work |

PAY STATUS: From $ 3/A.65    To $SAME EFF.12/1/05 From Job No. TEX-N.807    To Job No. SAME

Total No. Hours Assigned                    Total No. Hours Worked  113.64    LENGTH OF SUPERVISION

| SUBJECT ASSIGNED TO | DATE ASSIGNED | ACTUAL WORK CONSISTS OF: | PERIOD COVERED BY REPORT |
|---|---|---|---|
| NORTH SILKSCREEN/SMR | 02-15-05 | CUTTING MATERIAL | 90 DAY |

RECOMMEND FOR: ☐ REASSIGNMENT    ☒ RETAIN    ☐ PAY INCREASE    ☐ PAY DECREASE

COMMENTS (IF MORE SPACE REQUIRED, USE REVERSE SIDE)    DO HIS WORK AND GETS ALONG WITH OTHERS.

| SUPERVISOR | | WORK DETAIL | ETHNICITY |
|---|---|---|---|
| J. LOZADA | SUPERVISOR | P.I.A. | BLK |
| INMATE'S NAME | NUMBER | INSTITUTION | DATE |
| HILL | H-43428 | CIF-NORTH | 11/12/05 |

00995

STATE OF CALIFORNIA
CDC 101 (Rev. 4/82)

# WORK SUPERVISOR'S REPORT

DEPARTMENT OF CORRECTIONS

| GRADES | GRADE | | | GRADE | |
|---|---|---|---|---|---|
| 1=Exceptional | 3 | A. Demonstrated Skill and Knowledge | | 2 | F. Teamwork and Participation |
| 2=Above Average | 2 | B. Attitude Toward Fellow Inmates and Workers | | 3 | G. Learning Ability |
| 3=Satisfactory | 3 | C. Attitude To Supervisors and Staff | | 3 | H. Use of Tools and Equipment |
| 4=Below Average | 2 | D. Interest in Assigned Work | | 3 | I. Quality of Work |
| 5=Unsatisfactory | 3 | E. Effort Displayed in Assigned Work | | 3 | J. Quantity of Work |

**PAY STATUS: From $** 3/B.60    **To** $3/A.65 EFF. 9-1-05 **From Job No.** TEX-N.807    **To Job No.** SAME

| | | LENGTH OF SUPERVISION |
|---|---|---|
| Total No. Hours Assigned | Total No. Hours Worked | |

| SUBJECT ASSIGNED TO | DATE ASSIGNED | ACTUAL WORK CONSISTS OF: | PERIOD COVERED BY REPORT |
|---|---|---|---|
| 2-15-05 SILKSCREEN | 2-15-05 | CUTTING MATERIAL | 90 DAY |

**RECOMMEND FOR:** ☐ REASSIGNMENT    ☒ RETAIN    ☐ PAY INCREASE    ☐ PAY DECREASE    INMATE INITIALS

COMMENTS (IF MORE SPACE REQUIRED, USE REVERSE SIDE)

DOES HIS WORK, GETS ALONG WITH OTHERS, COOPERATIVE.

| SUPERVISOR | | WORK DETAIL | ETHNICITY |
|---|---|---|---|
| J. LOZADA, SUPV. | *[signature]* | PIA | BLK. |

| INMATE'S NAME | NUMBER | INSTITUTION | DATE |
|---|---|---|---|
| HILL | H-93628 | CIF-NORTH | 8-12-05 |

00996

STATE OF CALIFORNIA
CDC 101 (Rev. 4/82)

## WORK SUPERVISOR'S REPORT

DEPARTMENT OF CORRECTIONS

| GRADES | GRADE | | GRADE | |
|---|---|---|---|---|
| 1=Exceptional | 3 | A. Demonstrated Skill and Knowledge | 2 | F. Teamwork and Participation |
| 2=Above Average | 2 | B. Attitude Toward Fellow Inmates and Workers | 3 | G. Learning Ability |
| 3=Satisfactory | 3 | C. Attitude To Supervisors and Staff | 3 | H. Use of Tools and Equipment |
| 4=Below Average | 2 | D. Interest in Assigned Work | 3 | I. Quality of Work |
| 5=Unsatisfactory | 3 | E. Effort Displayed in Assigned Work | 3 | J. Quantity of Work |

| PAY STATUS: From $ 3/C.35 | | To $3/3.80 EFF.06-01-05 | From Job No. TEX-N.807 | | To Job No. SAME |
|---|---|---|---|---|---|
| Total No. Hours Assigned | | | Total No. Hours Worked | | LENGTH OF SUPERVISION |
| SUBJECT ASSIGNED TO | DATE ASSIGNED | ACTUAL WORK CONSISTS OF: | | PERIOD COVERED BY REPORT | |
| NORTH SILKSCREEN | 2-15-05 | CUTTING TABLE | | 90 DAY | |

| RECOMMEND FOR: | ☐ REASSIGNMENT | ☒ RETAIN | ☐ PAY INCREASE | ☐ PAY DECREASE | INMATE'S/INITIALS |
|---|---|---|---|---|---|

COMMENTS (IF MORE SPACE REQUIRED, USE REVERSE SIDE)

GETS ALONG WITH OTHERS, KEEPS HIMSELF BUSY.

| SUPERVISOR | WORK DETAIL | ETHNICITY |
|---|---|---|
| J. LOZADA, SUPERVISOR | PIA | BLK |
| INMATE'S NAME | NUMBER | INSTITUTION | DATE |
| HILL | H-43428 | CIF-NORTH | 5-12-05 |

00997

STATE OF CALIFORNIA
CDC 101 (Rev. 4/82)

## WORK SUPERVISOR'S REPORT

DEPARTMENT OF CORRECTIONS

| GRADES | GRADE | | GRADE | |
|---|---|---|---|---|
| 1=Exceptional | 3 | A. Demonstrated Skill and Knowledge | 2 | F. Teamwork and Participation |
| 2=Above Average | 2 | B. Attitude Toward Fellow Inmates and Workers | 3 | G. Learning Ability |
| 3=Satisfactory | 3 | C. Attitude To Supervisors and Staff | 3 | H. Use of Tools and Equipment |
| 4=Below Average | 2 | D. Interest in Assigned Work | 3 | I. Quality of Work |
| 5=Unsatisfactory | 3 | E. Effort Displayed in Assigned Work | 3 | J. Quantity of Work |

PAY STATUS: From $ 37¢.55    To $3/8.60 EFF.06-01-05 From Job No. TEX-N.807    To Job No. SAME

| Total No. Hours Assigned | | Total No. Hours Worked | | | LENGTH OF SUPERVISION |
|---|---|---|---|---|---|
| SUBJECT ASSIGNED TO | DATE ASSIGNED | ACTUAL WORK CONSISTS OF: | | | PERIOD COVERED BY REPORT |
| NORTH SILKSCREEN | 2-15-05 | CUTTING TABLE | | | 90 DAY |

RECOMMEND FOR:  ☐ REASSIGNMENT   ☒ RETAIN   ☐ PAY INCREASE   ☐ PAY DECREASE   INMATE'S INITIALS

COMMENTS (IF MORE SPACE REQUIRED, USE REVERSE SIDE)

GETS ALONG WITH OTHERS, KEEPS HIMSELF BUSY.

| SUPERVISOR | WORK DETAIL | ETHNICITY |
|---|---|---|
| J. LOZADA, SUPERVISOR | PIA | BLK |
| INMATE'S NAME | NUMBER | INSTITUTION | DATE |
| HILL | H-43428 | CTF-NORTH | 5-12-05 |

00998

STATE OF CALIFORNIA
CDC 101 (Rev. 4/82)

**WORK SUPERVISOR'S REPORT**

DEPARTMENT OF CORRECTIONS

| GRADES | GRADE | | GRADE | |
|--------|-------|---|-------|---|
| 1=Exceptional | 3 | A. Demonstrated Skill and Knowledge | 2 | F. Teamwork and Participation |
| 2=Above Average | 2 | B. Attitude Toward Fellow Inmates and Workers | 3 | G. Learning Ability |
| 3=Satisfactory | 3 | C. Attitude To Supervisors and Staff | 3 | H. Use of Tools and Equipment |
| 4=Below Average | 2 | D. Interest in Assigned Work | 3 | I. Quality of Work |
| 5=Unsatisfactory | 3 | E. Effort Displayed in Assigned Work | 3 | J. Quantity of Work |

| PAY STATUS: From $ 3/C.55 | To $3/B.60 EFF.06-01-PP From Job No. TEX-N.807 | To Job No. SAME | |
|---|---|---|---|
| Total No. Hours Assigned | Total No. Hours Worked | | LENGTH OF SUPERVISION |
| SUBJECT ASSIGNED TO | DATE ASSIGNED | ACTUAL WORK CONSISTS OF: | PERIOD COVERED BY REPORT |
| NORTH SILKSCREEN | 2-15-05 | CUTTING TABLE | 90 DAY |

RECOMMEND FOR: ☐ REASSIGNMENT  ☒ RETAIN  ☐ PAY INCREASE  ☐ PAY DECREASE  INMATE'S INITIALS

COMMENTS (IF MORE SPACE REQUIRED, USE REVERSE SIDE)

GETS ALONG WITH OTHERS, KEEPS HIMSELF BUSY.

| SUPERVISOR | WORK DETAIL | ETHNICITY |
|---|---|---|
| J. LOZADA, SUPERVISOR | PIA | BLK |
| INMATE'S NAME | NUMBER | INSTITUTION | DATE |
| HILL | H-43428 | CIF-NORTH | 5-12-05 |

00999

OF CALIFORNIA
Ct. ...... (32)

**WORK SUPERVISOR'S REPORT**

DEPARTMENT OF CORRECTIONS

| GRADES | GRADE | | GRADE | |
|---|---|---|---|---|
| 1=Exceptional | __ | A. Demonstrated Skill and Knowledge | __ | F. Teamwork and Participation |
| 2=Above Average | __ | B. Attitude Toward Fellow Inmates and Workers | __ | G. Learning Ability |
| 3=Satisfactory | __ | C. Attitude To Supervisors and Staff | __ | H. Use of Tools and Equipment |
| 4=Below Average | __ | D. Interest in Assigned Work | __ | I. Quality of Work |
| 5=Unsatisfactory | __ | E. Effort Displayed in Assigned Work | __ | J. Quantity of Work |

PAY STATUS: From $ 5/C.30    To $ EXIT    From Job No. TEX-N.108    To Job No. TEX-N.801

| Total No. Hours Assigned | | Total No. Hours Worked | | LENGTH OF SUPERVISION |
|---|---|---|---|---|

| SUBJECT ASSIGNED TO | DATE ASSIGNED | ACTUAL WORK CONSISTS OF: | PERIOD COVERED BY REPORT |
|---|---|---|---|
| NORTH TEXTILES-Y | 02/15/05 | GARMENT ASSEMBLER | 30-DAY PROBATION /EXIT |

RECOMMEND FOR:  ☐ REASSIGNMENT    ☐ RETAIN    ☐ PAY INCREASE    ☐ PAY DECREASE    INMATE'S INITIALS

COMMENTS (IF MORE SPACE REQUIRED, USE REVERSE SIDE)
RECENTLY ASSIGNED; TRANSFERRED TO SILK SCREEN ON 03/02/05.

| SUPERVISOR | | WORK DETAIL | ETHNICITY |
|---|---|---|---|
| K. FRANCO,  SUPERVISOR | 3/13/05 | P.I.A. | BLK |

| INMATE'S NAME | NUMBER | INSTITUTION | DATE |
|---|---|---|---|
| HILL | H-43428 | CTF-NORTH | 03/12/05 |

01000

STATE OF CALIFORNIA
DC 101 (Rev. 7/77)

**WORK SUPERVISOR'S REPORT**

DEPARTMENT OF CORRECTIONS

| GRADES | GRADE | | GRADE | |
|---|---|---|---|---|
| 1=Exceptional | ___ | A. Demonstrated Skill and Knowledge | ___ | F. Teamwork and Participation |
| 2=Above Average | ___ | B. Attitude Toward Fellow Inmates and Workers | ___ | G. Learning Ability |
| 3=Satisfactory | ___ | C. Attitude To Supervisors and Staff | ___ | H. Use of Tools and Equipment |
| 4=Below Average | ___ | D. Interest in Assigned Work | ___ | I. Quality of Work |
| 5=Unsatisfactory | ___ | E. Effort Displayed in Assigned Work | ___ | J. Quantity of Work |

| PAY STATUS: From $ 5/C.50 | To $ EXIT | From Job No. TEX-N.105 | To Job No. TEX-N.801 | |
|---|---|---|---|---|
| Total No. Hours Assigned | | Total No. Hours Worked | | LENGTH OF SUPERVISION |
| SUBJECT ASSIGNED TO NORTH TEXTILES-Y | DATE ASSIGNED 02/15/05 | ACTUAL WORK CONSISTS OF: GARMENT ASSEMBLER | | PERIOD COVERED BY REPORT 30-DAY PROBATION /EXIT |

| RECOMMEND FOR: ☐ REASSIGNMENT | ☐ RETAIN | ☐ PAY INCREASE | ☐ PAY DECREASE | INMATE'S INITIALS |
|---|---|---|---|---|

COMMENTS (IF MORE SPACE REQUIRED, USE REVERSE SIDE)
RECENTLY ASSIGNED; TRANSFERRED TO SILK SCREEN ON 03/02/05.

| SUPERVISOR R. FRANCO, SUPERVISOR | [signature] 3/12/05 | WORK DETAIL P.I.A. | ETHNICITY BLK |
|---|---|---|---|
| INMATE'S NAME HILL | NUMBER H-43428 | INSTITUTION CTF-NORTH | DATE 03/12/05 |

01001

**STATE OF CALIFORNIA**
CDC 101 (Rev. 4/82)

## WORK SUPERVISOR'S REPORT

DEPARTMENT OF CORRECTIONS

C-File

| GRADES | GRADE | | GRADE | |
|---|---|---|---|---|
| 1=Exceptional | 3 | A. Demonstrated Skill and Knowledge | 3 | F. Teamwork and Participation |
| 2=Above Average | 3 | B. Attitude Toward Fellow Inmates and Workers | 3 | G. Learning Ability |
| 3=Satisfactory | 3 | C. Attitude To Supervisors and Staff | 3 | H. Use of Tools and Equipment |
| 4=Below Average | 3 | D. Interest in Assigned Work | 3 | I. Quality of Work |
| 5=Unsatisfactory | 3 | E. Effort Displayed in Assigned Work | 3 | J. Quantity of Work |

PAY STATUS: From $ 5/C.30      To $ 3/C.55 EFF. 3-1-05 From Job No. TEX-N.801      To Job No. TEX-N.807

| Total No. Hours Assigned | | Total No. Hours Worked | | LENGTH OF SUPERVISION |
|---|---|---|---|---|

| SUBJECT ASSIGNED TO | DATE ASSIGNED | ACTUAL WORK CONSISTS OF: | | PERIOD COVERED BY REPORT |
|---|---|---|---|---|
| NORTH SILK SCREEN | 2-15-05 | SPREADER/CUTTER | | PRIOR EXP. |

RECOMMEND FOR: ☐ REASSIGNMENT    ☐ RETAIN    ☒ PAY INCREASE    ☐ PAY DECREASE    ☒ INMATE'S INITIALS

COMMENTS (IF MORE SPACE REQUIRED, USE REVERSE SIDE)    NOT A PAY RAISE, PRIOR EXPERIENCE RAISE.

| SUPERVISOR | | | WORK DETAIL | ETHNICITY |
|---|---|---|---|---|
| J. LOZADA, SUPERVISOR | | | P.I.A. | BLK |

| INMATE'S NAME | | NUMBER | INSTITUTION | DATE |
|---|---|---|---|---|
| HILL | | H-43428 | CIF-NORTH | 2-12-05 |

01002

**WORK SUPERVISOR'S REPORT**

OF CALIFORNIA
CDC 101 (Rev. 4/82)

DEPARTMENT OF CORRECTIONS

| GRADES | GRADE | | GRADE | |
|---|---|---|---|---|
| 1=Exceptional | 3 | A. Demonstrated Skill and Knowledge | 3 | F. Teamwork and Participation |
| 2=Above Average | 3 | B. Attitude Toward Fellow Inmates and Workers | 3 | G. Learning Ability |
| 3=Satisfactory | 3 | C. Attitude To Supervisors and Staff | | H. Use of Tools and Equipment |
| 4=Below Average | 3 | D. Interest in Assigned Work | 3 | I. Quality of Work |
| 5=Unsatisfactory | 3 | E. Effort Displayed in Assigned Work | 3 | J. Quantity of Work |

A. 4.

| PAY STATUS: From $ 5/C.30 | To $ 3/C.55 EFF.3-1-05 | From Job No. TEX-N.801 | To Job No. TEX-N.807 |
|---|---|---|---|
| Total No. Hours Assigned | | Total No. Hours Worked | LENGTH OF SUPERVISION |

| SUBJECT ASSIGNED TO | DATE ASSIGNED | ACTUAL WORK CONSISTS OF: | PERIOD COVERED BY REPORT |
|---|---|---|---|
| NORTH SILK SCREEN | 2-15-05 | SPREADER/CUTTER | PRIOR EXP. |

RECOMMEND FOR:  ☐ REASSIGNMENT   ☐ RETAIN   ☒ PAY INCREASE   ☐ PAY DECREASE   INMATE PERIODS

COMMENTS (IF MORE SPACE REQUIRED, USE REVERSE SIDE)   NOT A PAY RAISE, PRIOR EXPERIENCE RAISE.

| SUPERVISOR | WORK DETAIL | ETHNICITY |
|---|---|---|
| J. LOZADA, SUPERVISOR | P.I.A. | BLK |
| INMATE'S NAME | NUMBER | INSTITUTION | DATE |
| HILL | P-44426 | CIF-NORTH | 2-12-05 |

01003

STATE OF CALIFORNIA
CDC 101 (1/92)                    **WORK SUPERVISOR'S REPORT**                    DEPARTMENT OF CORRECTIONS

| GRADES | GRADE | | GRADE | |
|---|---|---|---|---|
| 1= EXCEPTIONAL | | A. DEMONSTRATED SKILL AND KNOWLEDGE | | F.TEAMWORK AND PARTICIPATION |
| 2 = ABOVE AVERAGE | | B. ATTITUDE TOWARD FELLOW INMATES AND WORKERS | | G.LEARNING ABILITY |
| 3 = SATISFACTORY | | C. ATTITUDE TO SUPERVISOR AND STAFF | | H.USE OF TOOLS AND EQUIPMENT |
| 4 = BELOW AVERAGE | | D. INTEREST IN ASSIGNED WORK | | I. QUALITY OF WORK |
| 5 = UNSATISFACTORY | | E.EFFORT DISPLAYED IN ASSIGNED WORK | | J. QUANTITY OF WORK |

| PAY STATUS: FROM | $27.00 | TO: | $20.00 | FROM: JOB NO. | RAS-N.602 | TO: JOB NO: | RAS-N.607 |
|---|---|---|---|---|---|---|---|
| TOTAL # Hours Assigned: | | | | | TOTAL # Hours Worked: | | |

| INMATE ASSIGNED TO | DATE ASSIGNED | ACTUAL WORK CONSISTS OF | PERIOD COVERED BY REPORT |
|---|---|---|---|
| AM SANITATION CREW | 11/16/04 | Trash Collection | Job Change Evaluation |

| RECOMMENDED FOR: ☒ REASSIGNMENT | ☐ RETAIN | ☐ PAY INCREASE | ☐ PAY DECREASE | INMATE'S INITIALS: |
|---|---|---|---|---|

| COMMENTS. (IF MORE SPACE REQUIRED, USE REVERSE SIDE) | CODE OF SAFE PRACTICES REVIEWED SUPV'S INITIALS:    INMATE'S INITIALS: |
|---|---|

| SUPERVISOR | LENGTH OF SUPERVISON | WORK DETAIL | ETHNICITY: |
|---|---|---|---|
| R. RENTERIA, C/O | | 2/W Cul | BLA |

| INMATE NAME | CDC NUMBER | INSTITUTION | DATE |
|---|---|---|---|
| HILL, R | H43428 | CTF-NORTH | 01/15/05 |

01004

STATE OF CALIFORNIA
CDC 101 (1/92)                    **WORK SUPERVISOR'S REPORT**                    DEPARTMENT OF CORRECTIONS

| GRADES | GRADE | | GRADE | |
|---|---|---|---|---|
| 1 = EXCEPTIONAL | 3 | A. DEMONSTRATED SKILL AND KNOWLEDGE | 3 | F. TEAMWORK AND PARTICIPATION |
| 2 = ABOVE AVERAGE | 3 | B. ATTITUDE TOWARD FELLOW INMATES AND WORKERS | 3 | G. LEARNING ABILITY |
| 3 = SATISFACTORY | 3 | C. ATTITUDE TO SUPERVISOR AND STAFF | 3 | H. USE OF TOOLS AND EQUIPMENT |
| 4 = BELOW AVERAGE | 3 | D. INTEREST IN ASSIGNED WORK | 3 | I. QUALITY OF WORK |
| 5 = UNSATISFACTORY | 3 | E. EFFORT DISPLAYED IN ASSIGNED WORK | 3 | J. QUANTITY OF WORK |

| PAY STATUS: FROM | $20.00 | TO: | $27.00 | | FROM: JOB NO. | RAS-N.601 | TO: JOB NO: | RAS-N.602 |
|---|---|---|---|---|---|---|---|---|

| TOTAL # Hours Assigned: | | TOTAL # Hours Worked: | |
|---|---|---|---|

| INMATE ASSIGNED TO | DATE ASSIGNED | ACTUAL WORK CONSISTS OF | PERIOD COVERED BY REPORT |
|---|---|---|---|
| AM SANITATION CREW | 02/10/04 | Trash Collection | Quarterly |

| RECOMMENDED FOR: ☒ REASSIGNMENT | ☐ RETAIN | ☐ PAY INCREASE | ☐ PAY DECREASE | INMATE'S INITIALS: |
|---|---|---|---|---|

| COMMENTS (IF MORE SPACE REQUIRED, USE REVERSE SIDE) | | CODE OF SAFE PRACTICES REVIEWED |
|---|---|---|
| | | SUPV'S INITIALS:            INMATE'S INITIALS: |

| SUPERVISOR | LENGTH OF SUPERVISON | WORK DETAIL | ETHNICITY: |
|---|---|---|---|
| R. RENTERIA, C/O | | 2/W Cul | BLA |

| INMATE NAME | CDC NUMBER | INSTITUTION | DATE |
|---|---|---|---|
| HILL, R | H43428 | CTF-NORTH | 11/12/04 |

01005

STATE OF CALIFORNIA
CDC 101 (Rev. 4/82)

## WORK SUPERVISOR'S REPORT

DEPARTMENT OF CORRECTIONS

| GRADES | GRADE | | GRADE | |
|---|---|---|---|---|
| 1 = Exceptional | 3 | A. Demonstrated Skill and Knowledge | 3 | F. Teamwork and Participation |
| 2 = Above Average | 3 | B. Attitude toward Fellow Inmate and Workers | 3 | G. Learning Ability |
| 3 = Satisfactory | 3 | C. Attitude To Supervisors and Staff | 3 | H. Use of Tools and Equipment |
| 4 = Below Average | 3 | D. Interest In Assigned Work | 3 | I. Quality of Work |
| 5 = Unsatisfactory | 3 | E. Effort Displayed in Assigned Work | 3 | J. Quantify of Work |

| PAY STATUS: From $ 20.00 | To $ 20.00 | From Job No. RAS-N.604 | To Job No. RAS-N.601 |
|---|---|---|---|

| Total No. Hours Assigned | Total No. Hours Worked | LENGTH OF SUPERVISION 2-12-5-02 To 2-4-04 |
|---|---|---|

| SUBJECT ASSIGNED TO Ras-N.604 | DATE ASSIGNED 12/05/02 | ACTUAL WORK CONSISTS OF: A Waste Management | PERIOD COVERED BY REPORT 1st Quarter |
|---|---|---|---|

| RECOMMEND FOR: ☒ REASSIGNMENT | ☐ RETAIN | ☐ PAY INCREASE | ☐ PAY DECREASE | INMATE INITIALS |
|---|---|---|---|---|

COMMENTS (IF MORE SPACE REQUIRED, USE REVERSE SIDE)

| SUPERVISOR R. Renteria, C/O | WORK DETAIL Second Watch | ETHNICITY Black |
|---|---|---|
| INMATE'S NAME HILL | CDC NUMBER H43428 | INSTITUTION CTF-NORTH | DATE 02/04/04 |

01006

STATE OF CALIFORNIA
CDC 101 (Rev. 4/82)

**WORK SUPERVISOR'S REPORT**

DEPARTMENT OF CORRECTIONS

| GRADES | GRADE | | GRADE | |
|---|---|---|---|---|
| 1 = Exceptional | 3 | A. Demonstrated Skill and Knowledge | 3 | F. Teamwork and Participation |
| 2 = Above Average | 3 | B. Attitude toward Fellow Inmate and Workers | 3 | G. Learning Ability |
| 3 = Satisfactory | 3 | C. Attitude To Supervisors and Staff | 3 | H. Use of Tools and Equipment |
| 4 = Below Average | 3 | D. Interest In Assigned Work | 3 | I. Quality of Work |
| 5 = Unsatisfactory | 3 | E. Effort Displayed in Assigned Work | 3 | J. Quantify of Work |

| PAY STATUS: From $ 20.00 | To $ 20.00 | From Job No. RAS-N.604 | To Job No. RAS-N.601 |
|---|---|---|---|

Total No. Hours Assigned          Total No. Hours Worked          LENGTH OF SUPERVISION 12-05-02 To 02-5-04

| SUBJECT ASSIGNED TO Ras-N.604 | DATE ASSIGNED 12/05/02 | ACTUAL WORK CONSISTS OF: A Waste Management | PERIOD COVERED BY REPORT 1st Quarter |
|---|---|---|---|

RECOMMEND FOR: ☒ REASSIGNMENT  ☐ RETAIN  ☐ PAY INCREASE  ☐ PAY DECREASE   INMATE INITIALS

COMMENTS (IF MORE SPACE REQUIRED, USE REVERSE SIDE)

| SUPERVISOR R. Renteria, C/O | | WORK DETAIL Second Watch | ETHNICITY Black |
|---|---|---|---|
| INMATE'S NAME HILL | CDC NUMBER H43428 | INSTITUTION CTF-NORTH | DATE 02/05/04 |

01007