STATE OF CALIFORNIA
CDC-101 (1/92)

## WORK SUPERVISOR'S REPORT

DEPARTMENT OF CORRECTIONS

| GRADES | GRADE | | GRADE | |
|---|---|---|---|---|
| 1 = EXCEPTIONAL | 3 | A. DEMONSTRATED SKILL AND KNOWLEDGE | 3 | F. TEAMWORK AND PARTICIPATION |
| 2 = ABOVE AVERAGE | 2 | B. ATTITUDE TOWARD FELLOW INMATES AND WORKERS | 3 | G. LEARNING ABILITY |
| 3 = SATISFACTORY | 3 | C. ATTITUDE TOWARD SUPERVISORS AND STAFF | 3 | H. USE OF TOOLS AND EQUIPMENT |
| 4 = BELOW AVERAGE | 2 | D. INTEREST IN ASSIGNED WORK | 2 | I. QUALITY OF WORK |
| 5 = UNSATISFACTORY | 3 | E. EFFORT DISPLAYED IN ASSIGNED WORK | 3 | J. QUANTITY OF WORK |

| PAY STATUS:  FROM:$ | TO:$ | | FROM: JOB NO. | | TO: JOB NO. |
|---|---|---|---|---|---|
| TOTAL # Hours Assigned: | 7 | | TOTAL # Hours Worked: | 7 | |

| INMATE ASSIGNED TO<br>FAB-I.011   (I13) | DATE ASSIGNED<br>04-19-2000 | ACTUAL WORK CONSISTS OF<br>Sewing Machine Operator | PERIOD COVERED BY REPORT<br>QUARTERLY |
|---|---|---|---|

| RECOMMENDED FOR: | ☐ REASSIGNMENT | ☒ RETAIN | ☐ PAY INCREASE | ☐ PAY DECREASE | INMATE'S INITIALS |
|---|---|---|---|---|---|

| COMMENTS (IF MORE SPACE IS NEEDED, USE REVERSE SIDE) Conscientious & steady worker. Gets along well with other workers. | CODE OF SAFE PRACTICES REVIEWED:<br>SUPV'S INITIALS:         INMATE'S INITIALS: |
|---|---|

| SUPERVISOR<br>C. Lopez | LENGTH OF SUPERVISION<br>32 Months | WORK DETAIL<br>JACKET FACT | ETHNICITY<br>BLA |
|---|---|---|---|
| INMATE'S NAME<br>HILL, RAYNARD | Cell: 1302 | CDC NUMBER<br>H-43428 | INSTITUTION<br>CMC-East | DATE<br>04-30-2001 |

01008

STATE OF CALIFORNIA
CDC-101 (1/92)

**WORK SUPERVISOR'S REPORT**

DEPARTMENT OF CORRECTIONS

| GRADES | GRADE | | GRADE | |
|---|---|---|---|---|
| 1 = EXCEPTIONAL | 3 | A. DEMONSTRATED SKILL AND KNOWLEDGE | 3 | F. TEAMWORK AND PARTICIPATION |
| 2 = ABOVE AVERAGE | 2 | B. ATTITUDE TOWARD FELLOW INMATES AND WORKERS | 3 | G. LEARNING ABILITY |
| 3 = SATISFACTORY | 3 | C. ATTITUDE TOWARD SUPERVISORS AND STAFF | 3 | H. USE OF TOOLS AND EQUIPMENT |
| 4 = BELOW AVERAGE | 2 | D. INTEREST IN ASSIGNED WORK | 3 | I. QUALITY OF WORK |
| 5 = UNSATISFACTORY | 3 | E. EFFORT DISPLAYED IN ASSIGNED WORK | 3 | J. QUANTITY OF WORK |

| PAY STATUS: FROM:$ | TO:$ | FROM: JOB NO. | TO: JOB NO. |
|---|---|---|---|

| TOTAL # Hours Assigned: 7 | TOTAL # Hours Worked: 7 |
|---|---|

| INMATE ASSIGNED TO FAB-I.011 (I13) | DATE ASSIGNED 04-19-2000 | ACTUAL WORK CONSISTS OF Sewing Machine Operator | PERIOD COVERED BY REPORT QUARTERLY | INMATE'S INITIALS |
|---|---|---|---|---|

| RECOMMENDED FOR: | ☐ REASSIGNMENT | ☒ RETAIN | ☐ PAY INCREASE | ☐ PAY DECREASE | |
|---|---|---|---|---|---|

| COMMENTS (IF MORE SPACE IS NEEDED, USE REVERSE SIDE) Gets along well with others. Conscientious and steady worker. | CODE OF SAFE PRACTICES REVIEWED SUPV'S INITIALS: | INMATE'S INITIALS: |
|---|---|---|

| SUPERVISOR C. Lopez | LENGTH OF SUPERVISION 29 Months | WORK DETAIL JACKET FACT | ETHNICITY BLA |
|---|---|---|---|
| INMATE'S NAME HILL, RAYNARD. | Cell: 2347 | CDC NUMBER H-43428 | INSTITUTION CMC-East | DATE 02-01-2001 |

01009

STATE OF CALIFORNIA
CDC 101 (Rev. 4.82)

## WORK SUPERVISOR'S REPORT

DEPARTMENT OF CORRECTIONS

| GRADES | GRADE | | GRADE | |
|--------|-------|---|-------|---|
| 1 = Exceptional | 4 | A. Demonstrated Skill and Knowledge | 2 | F. Teamwork and Participation |
| 2 = Above Average | 2 | B. Attitude Toward Fellow Inmates and Workers | 3 | G. Learning Ability |
| 3 = Satisfactory | 3 | C. Attitude To Supervisors and Staff | 4 | H. Use of Tools and Equipment |
| 4 = Below Average | 3 | D. Interest in Assigned Work | 3 | L. Quality of Work |
| 5 = Unsatisfactory | 3 | E. Effort Displayed in Assigned Work | 3 | J. Quantity of Work |

| PAY STATUS: From $ .65 | To $ .55 | From Job No. 3A | To Job No. 3C |
|---|---|---|---|
| Total No. Hours Assigned 7 | Total No. Hours Worked 7 | | LENGTH OF SUPERVISION |

| SUBJECT ASSIGNED TO | DATE ASSIGNED | ACTUAL WORK CONSISTS OF: | PERIOD COVERED BY REPORT |
|---|---|---|---|
| Jacket Factory | 8-20-98 | Sewing Machine Operator | |

| RECOMMEND FOR: ☐ REASSIGNMENT | ☐ RETAIN | ☐ PAY INCREASE | ☒ PAY DECREASE | INMATE'S INITIALS |
|---|---|---|---|---|

COMMENTS (IF MORE SPACE REQUIRED, USE REVERSE SIDE)

Received a CDC-128 on 12-13-00 for possession of contraband and attempting to remove items from factory...

| SUPERVISOR | | WORK DETAIL | ETHNICITY |
|---|---|---|---|
| C. Lopez | | Jacket Ln. | Blk |

| INMATE'S NAME | NUMBER | INSTITUTION | DATE |
|---|---|---|---|
| HILL, RAYNARD | H-43428 | CMC-EAST | 12-18-00 |

01010

| GRADE | | GRADE | |
|---|---|---|---|
| 3 | A. DEMONSTRATED SKILL AND KNOWLEDGE | 2 | F. TEAMWORK AND PARTICIPATION |
| 2 | B. ATTITUDE TOWARD FELLOW INMATES AND WORKERS | 3 | G. LEARNING ABILITY |
| 3 | C. ATTITUDE TOWARD SUPERVISORS AND STAFF | 3 | H. USE OF TOOLS AND EQUIPMENT |
| | | 2 | I. QUALITY OF WORK |
| | | 3 | J. QUANTITY OF WORK |

STATE OF CALIFORNIA
CDC-101 (1/92)

**WORK SUPERVISOR'S REPORT**

DEPARTMENT OF CORRECTIONS

| GRADES | GRADE | | GRADE | |
|---|---|---|---|---|
| 1 = EXCEPTIONAL | 3 | A. DEMONSTRATED SKILL AND KNOWLEDGE | 2 | F. TEAMWORK AND PARTICIPATION |
| 2 = ABOVE AVERAGE | 2 | B. ATTITUDE TOWARD FELLOW INMATES AND WORKERS | 3 | G. LEARNING ABILITY |
| 3 = SATISFACTORY | 3 | C. ATTITUDE TOWARD SUPERVISORS AND STAFF | 3 | H. USE OF TOOLS AND EQUIPMENT |
| 4 = BELOW AVERAGE | 2 | D. INTEREST IN ASSIGNED WORK | 2 | I. QUALITY OF WORK |
| 5 = UNSATISFACTORY | 3 | E. EFFORT DISPLAYED IN ASSIGNED WORK | 3 | J. QUANTITY OF WORK |

| PAY STATUS: FROM:$ | | TO:$ | | FROM: JOB NO. | | TO: JOB NO. | |
|---|---|---|---|---|---|---|---|
| TOTAL # Hours Assigned: | 7 | | | TOTAL # Hours Worked: | | 7 | |

| INMATE ASSIGNED TO | DATE ASSIGNED | ACTUAL WORK CONSISTS OF | PERIOD COVERED BY REPORT |
|---|---|---|---|
| FAB-I.011 (I13) | 04-19-2000 | Sewing Machine Operator | QUARTERLY |

| RECOMMENDED FOR: | ☐ REASSIGNMENT | ☒ RETAIN | ☐ PAY INCREASE | ☐ PAY DECREASE | INMATE'S INITIALS |
|---|---|---|---|---|---|

| COMMENTS (IF MORE SPACE IS NEEDED, USE REVERSE SIDE) Doing good job, has good quality and gets along well with other workers. | CODE OF SAFE PRACTICES REVIEWED SUPV'S INITIALS: | INMATES INITIALS: |
|---|---|---|

| SUPERVISOR G. Lopez | LENGTH OF SUPERVISION 26 Months | WORK DETAIL JACKET FACT | ETHNICITY BLA |
|---|---|---|---|
| INMATES NAME HILL, RAYNARD | Cell: 2347 | CDC NUMBER H-43428 | INSTITUTION CMC-East | DATE 10-31-2000 |

01011

STATE OF CALIFORNIA
CDC-101 (1/92)

# WORK SUPERVISOR'S REPORT

DEPARTMENT OF CORRECTIONS

| GRADES | GRADE | | GRADE | |
|---|---|---|---|---|
| 1 = EXCEPTIONAL | 3 | A. DEMONSTRATED SKILL AND KNOWLEDGE | 3 | F. TEAMWORK AND PARTICIPATION |
| 2 = ABOVE AVERAGE | 2 | B. ATTITUDE TOWARD FELLOW INMATES AND WORKERS | 3 | G. LEARNING ABILITY |
| 3 = SATISFACTORY | 3 | C. ATTITUDE TOWARD SUPERVISORS AND STAFF | 3 | H. USE OF TOOLS AND EQUIPMENT |
| 4 = BELOW AVERAGE | 2 | D. INTEREST IN ASSIGNED WORK | 3 | I. QUALITY OF WORK |
| 5 = UNSATISFACTORY | 3 | E. EFFORT DISPLAYED IN ASSIGNED WORK | 3 | J. QUANTITY OF WORK |

| PAY STATUS:   FROM:$ .65 | TO:$ .65 | FROM: JOB NO. | TO: JOB NO. |
|---|---|---|---|

| TOTAL # Hours Assigned: | | TOTAL # Hours Worked: | |

| INMATE ASSIGNED TO<br>FAB-I.011   (I13) | DATE ASSIGNED<br>04-19-2000 | ACTUAL WORK CONSISTS OF<br>SEWING MACHINE OPERATOR | PERIOD COVERED BY REPORT<br>QUARTERLY |
|---|---|---|---|

| RECOMMENDED FOR: | ☐ REASSIGNMENT | ☒ RETAIN | ☐ PAY INCREASE | ☐ PAY DECREASE | INMATES INITIALS |
|---|---|---|---|---|---|

| COMMENTS (IF MORE SPACE IS NEEDED, USE REVERSE SIDE) | | CODE OF SAFE PRACTICES REVIEWED | |
|---|---|---|---|

DEMONSTRATES GOOD TEAMWORK. ALWAYS WILLING TO HELP OUT IN OTHER AREAS.

| SUPV'S INITIALS: | | INMATES INITIALS: |

| SUPERVISOR<br>R.  JOHNSON | LENGTH OF SUPERVISION | WORK DETAIL<br>JACKET FACT | ETHNICITY<br>BLA |
|---|---|---|---|

| INMATE'S NAME<br>HILL, RAYNARD | Cell: 2235 | CDC NUMBER<br>H-43428 | INSTITUTION<br>CMC-East | DATE<br>07-31-2000 |
|---|---|---|---|---|

01012

STATE OF CALIFORNIA
CDC 101 (Rev. 4/82)

**WORK SUPERVISOR'S REPORT**

DEPARTMENT OF CORRECTIONS

| GRADES | GRADE | | GRADE | |
|---|---|---|---|---|
| 1 = Exceptional | 3 | A. Demonstrated Skill and Knowledge | 3 | F. Teamwork and Participation |
| 2 = Above Average | 2 | B. Attitude Toward Fellow Inmates and Workers | 3 | G. Learning Ability |
| 3 = Satisfactory | 2 | C. Attitude To Supervisors and Staff | 3 | H. Use of Tools and Equipment |
| 4 = Below Average | 3 | D. Interest in Assigned Work | 3 | I. Quality of Work |
| 5 = Unsatisfactory | 3 | E. Effort Displayed in Assigned Work | 3 | J. Quantity of Work |

PAY STATUS: From $ .65   To $ .65   From Job No. _____ To Job No. _____

Total No. Hours Assigned | Total No. Hours Worked | LENGTH OF SUPERVISION 17 MONTHS

| SUBJECT ASSIGNED TO | DATE ASSIGNED | ACTUAL WORK CONSISTS OF: | PERIOD OF |
|---|---|---|---|
| FAB-I.007 | 08/20/98 | SEWING MACHINE OPERATOR | QUARTERLY |

RECOMMEND FOR: ☐ REASSIGNMENT   ☒ RETAIN   ☐ PAY INCREASE   ☐ PAY DECREASE | INMATE'S INITIALS

COMMENTS (IF MORE SPACE REQUIRED, USE REVERSE SIDE)
STEADY WORKER WITH GOOD OUTPUT. NEEDS VERY LITTLE SUPERVISION.

| SUPERVISOR | WORK DETAIL | ETHNICITY |
|---|---|---|
| R.JOHNSON, INDUSTRIAL, SUPERVISOR | FABRIC PRODUCTS | BLACK |

| INMATE'S NAME | NUMBER | INSTITUTION | DATE |
|---|---|---|---|
| HILL, RAYNARD | H-43428 | CMC- EAST | 03/24/00 |

01013

STATE OF CALIFORNIA
CDC-101 (1/92)

# WORK SUPERVISOR'S REPORT

DEPARTMENT OF CORRECTIONS

| GRADES | GRADE | | GRADE | |
|---|---|---|---|---|
| 1 = EXCEPTIONAL | _3_ | A. DEMONSTRATED SKILL AND KNOWLEDGE | _2_ | F. TEAMWORK AND PARTICIPATION |
| 2 = ABOVE AVERAGE | _2_ | B. ATTITUDE TOWARD FELLOW INMATES AND WORKERS | _2_ | G. LEARNING ABILITY |
| 3 = SATISFACTORY | _2_ | C. ATTITUDE TOWARD SUPERVISORS AND STAFF | _3_ | H. USE OF TOOLS AND EQUIPMENT |
| 4 = BELOW AVERAGE | _3_ | D. INTEREST IN ASSIGNED WORK | _3_ | I. QUALITY OF WORK |
| 5 = UNSATISFACTORY | _3_ | E. EFFORT DISPLAYED IN ASSIGNED WORK | _3_ | J. QUANTITY OF WORK |

| PAY STATUS:   FROM:$ | TO:$ | FROM: JOB NO. | TO: JOB NO. |
|---|---|---|---|
| TOTAL # Hours Assigned: | | TOTAL # Hours Worked: | |

| INMATE ASSIGNED TO<br>**FAB-l.007     (I13)** | DATE ASSIGNED<br>07-17-1999 | ACTUAL WORK CONSISTS OF | | PERIOD COVERED BY REPORT |
|---|---|---|---|---|
| RECOMMENDED FOR: | REASSIGNMENT | RETAIN     PAY INCREASE | PAY DECREASE | INMATES INITIALS |

| COMMENTS (IF MORE SPACE IS NEEDED, USE REVERSE SIDE) | | CODE OF SAFE PRACTICES REVIEWED<br>SUPV'S INITIALS: | INMATES INITIALS: |
|---|---|---|---|
| SUPERVISOR | LENGTH OF SUPERVISION | WORK DETAIL<br>JACKET FACT | ETHNICITY<br>BLA |
| INMATES NAME<br>HILL, RAYNARD | Cell: 2235 | CDC NUMBER<br>H-43428 | INSTITUTION<br>CMC-East | DATE<br>JAN   2000 |

01014

STATE OF CALIFORNIA
CDC-101 (1/92)

**WORK SUPERVISOR'S REPORT**

DEPARTMENT OF CORRECTIONS

| GRADES | GRADE | | GRADE | |
|--------|-------|---|-------|---|
| 1 = EXCEPTIONAL | _3_ | A. DEMONSTRATED SKILL AND KNOWLEDGE | _3_ | F. TEAMWORK AND PARTICIPATION |
| 2 = ABOVE AVERAGE | _2_ | B. ATTITUDE TOWARD FELLOW INMATES AND WORKERS | _3_ | G. LEARNING ABILITY |
| 3 = SATISFACTORY | _2_ | C. ATTITUDE TOWARD SUPERVISORS AND STAFF | _3_ | H. USE OF TOOLS AND EQUIPMENT |
| 4 = BELOW AVERAGE | _3_ | D. INTEREST IN ASSIGNED WORK | _3_ | I. QUALITY OF WORK |
| 5 = UNSATISFACTORY | _3_ | E. EFFORT DISPLAYED IN ASSIGNED WORK | _3_ | J. QUANTITY OF WORK |

| PAY STATUS:  FROM:$ .65 | TO:$ .65 | FROM: JOB NO. | | TO: JOB NO. | |
|---|---|---|---|---|---|

| TOTAL # Hours Assigned: | | TOTAL # Hours Worked: | |
|---|---|---|---|

| INMATE ASSIGNED TO | DATE ASSIGNED | ACTUAL WORK CONSISTS OF | PERIOD COVERED BY REPORT | |
|---|---|---|---|---|
| FAB-I.011    (I13) | 04-19-2000 | SEWING MACHINE OPERATOR | PROBATIONARY | |

| RECOMMENDED FOR: | ☐ REASSIGNMENT | ☒ RETAIN | ☐ PAY INCREASE | ☐ PAY DECREASE | INMATE'S INITIALS |
|---|---|---|---|---|---|

| COMMENTS (IF MORE SPACE IS NEEDED, USE REVERSE SIDE) | CODE OF SAFE PRACTICES REVIEWED | |
|---|---|---|
| DOING SATISFACTORY WORK. GOOD WORK HABITS. ALWAYS WILLING TO COOPERATE. | SUPV'S INITIALS: | INMATE'S INITIALS: |

| SUPERVISOR | LENGTH OF SUPERVISION | WORK DETAIL | ETHNICITY |
|---|---|---|---|
| R. JOHNSON          ISON INDUSTRY AUTHORITY | | JACKET FACT | BLA |

| INMATE'S NAME | CDC NUMBER | INSTITUTION | DATE |
|---|---|---|---|
| HILL, RAYNARD          Cell: 2235 | H-43428 | CMC-East | 4-01-2000 |

01015

PRINT INMATE NAME: H i l l

INSTITUTION: C T F    FACILITY: N

POSITION NO: R A S - N - 6 0 4

**STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
INMATE TIMECARD**

CDC NUMBER: H 4 3 4 2 8

| LAST NAME | CDC NUMBER | MONTH | YEAR | FROM DAY | THRU DAY | NET HRS MINIMUM | HOURS USED | HOLIDAY WORKED |
|---|---|---|---|---|---|---|---|---|

MONTH/YEAR: OCT / 93

**DIVISION:**
01 ACADEMIC/VOCATIONAL
02 ADMINISTRATIVE SERVICES
03 BUSINESS/MAINTENANCE
04 CAMPS
05 CULINARY
06 CUSTODY
07 MEDICAL
08 PRISON INDUSTRIES
09 PROGRAM
10 OTHER

876

**UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD**

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).

_____

_____

_____

USE NO. 2 PENCIL

CORRECT MARK ●

INCORRECT MARKS ⊘ ⊙ ⊘

ERASE CLEANLY

**SUPERVISOR CERTIFICATION**
I hereby certify that the hours reported above are correct.

Renteria _____ RM _____ 11-3-03 _____ 6115
PRINT LAST NAME    WORK SUPERVISOR    DATE    EXTENSION

(Chin) _____ _____ 11-03
PRINT LAST NAME    FIRST LINE SUPERVISOR    DATE

18811883

CDC 191 (8/01)    Mark Reflex® form by NCS Pearson MM240243-1  7874    GS02    Printed in U.S.A.    To re-order, call 1-800-533-0518 ext. 4158

01016

PRINT INMATE NAME: Hill

INSTITUTION: CTF  FACILITY: N

POSITION NO: RAS-N609

## STATE OF CALIFORNIA
## DEPARTMENT OF CORRECTIONS
## INMATE TIMECARD

| LAST NAME | CDC NUMBER | MONTH | YEAR | FROM DAY | THRU DAY | MET MINIMUM | ETO USED | HOLIDAY WORKED |
|---|---|---|---|---|---|---|---|---|

CDC NUMBER: H43428

MONTH/YEAR: OCT / 03

DIVISION:
- 01 ACADEMIC/VOCATIONAL
- 02 ADMINISTRATIVE SERVICES
- 03 BUSINESS/MAINTENANCE
- 04 CAMPS
- 05 CULINARY
- 06 CUSTODY
- 07 MEDICAL
- 08 PRISON INDUSTRIES
- 09 PROGRAM
- 10 OTHER

1/2 DAY ASSIGNMENT (4 HRS OR LESS)

727

**UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD**

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).

USE NO. 2 PENCIL

CORRECT MARK

INCORRECT MARKS

ERASE CLEANLY

### SUPERVISOR CERTIFICATION
I hereby certify that the hours reported above are correct.

_Rementia_

PRINT LAST NAME

_R. Glenos_

PRINT LAST NAME

_Clark_  10-1-03  6115

WORK SUPERVISOR   DATE   EXTENSION

FIRST LINE SUPERVISOR   DATE  10-07

15202660

CDC 191 (11/98)  SCANTRON  CUSTOM FORM NO. T-103936-CDC  © SCANTRON CORPORATION 1998  M1 4098-222-12 11 10 9 8 7 6 5 4  TO REORDER CALL 1-800-722-6876

01017

PRINT INMATE NAME: Hull

INSTITUTION:                FACILITY:

POSITION NO:

## STATE OF CALIFORNIA
## DEPARTMENT OF CORRECTIONS
## INMATE TIMECARD

| LAST NAME | CDC NUMBER | MONTH | YEAR | FROM DAY | THRU DAY | MET MINIMUM | ETO USED | HOLIDAY WORKED |
|---|---|---|---|---|---|---|---|---|

CDC NUMBER: H 4 3 4 2 8

MONTH: JAN, FEB, MAR, APR, MAY, JUN, JUL, AUG (filled), SEP, OCT, NOV, DEC

YEAR: 94, 95, 96, 97, 98, 99, 00, 01, 02, 03 (filled), 04, 05

1/2 DAY ASSIGNMENT (4 HRS OR LESS)

### DIVISION
- ACADEMIC/VOCATIONAL
- ADMINISTRATIVE SERVICES
- BUSINESS/MAINTENANCE
- CAMPS
- CULINARY
- CUSTODY
- MEDICAL
- PRISON INDUSTRIES
- PROGRAM
- OTHER

## UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD

**EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).**

USE NO. 2 PENCIL

CORRECT MARK

INCORRECT MARKS

ERASE CLEANLY

### SUPERVISOR CERTIFICATION
**I hereby certify that the hours reported above are correct.**

| | | DATE 9-1-03 | EXTENSION 6115 |
PRINT LAST NAME          WORK SUPERVISOR

PRINT LAST NAME          FIRST LINE SUPERVISOR          DATE 9-03

15202833

CDC 191 (11/98)   SCANTRON   CUSTOM FORM NO. T-103936-CDC   © SCANTRON CORPORATION 1998 ALL RIGHTS RESERVED.   M1 4289-222-12:11 10 9 8 7 6 5 4   TO REORDER CALL 1-800-722-6876

PRINT INMATE NAME: *Hill*

INSTITUTION: *CTF*    FACILITY: *North*

POSITION NO: *RDS-N-604*

**STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
INMATE TIMECARD**

| LAST NAME | CDC NUMBER | MONTH | YEAR | FROM DAY | THRU DAY | MET MINIMUM | ETO USED | HOLIDAY WORKED |
|---|---|---|---|---|---|---|---|---|

CDC NUMBER: *H 3 4 2 8*

MONTH: JAN, FEB, MAR, APR, MAY, JUN, JUL, AUG, SEP, OCT, NOV, DEC

YEAR: 94, 95, 96, 97, 98, 99, 00, 01, 02, 03, 04, 05

**1/2 DAY ASSIGNMENT (4 HRS OR LESS)**

**DIVISION**

- ACADEMIC/VOCATIONAL
- ADMINISTRATIVE SERVICES
- BUSINESS/MAINTENANCE
- CAMPS
- CULINARY
- CUSTODY
- MEDICAL
- PRISON INDUSTRIES
- PROGRAM
- OTHER

**UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD**

**EXCEPTIONAL TIME:** Enter reasons for all exceptional time (S, E, A).

USE NO. 2 PENCIL

CORRECT MARK

INCORRECT MARKS

ERASE CLEANLY

**SUPERVISOR CERTIFICATION**
I hereby certify that the hours reported above are correct.

PRINT LAST NAME    WORK SUPERVISOR    DATE 7-4-03    EXTENSION 6115

PRINT LAST NAME    FIRST-LINE SUPERVISOR    DATE

14945288

CDC 191 (11/98)    SCANTRON    CUSTOM FORM NO. T-103936-CDC    ©SCANTRON CORPORATION 1998 ALL RIGHTS RESERVED.    TO REORDER CALL 1-800-722-8876

01019

PRINT INMATE NAME: Hill

INSTITUTION: CTF    FACILITY: N

POSITION NO: RAS-N 604

**STATE OF CALIFORNIA**
**DEPARTMENT OF CORRECTIONS**
**INMATE TIMECARD**

26

MONTH: JUL    YEAR: 00 / 03

CDC NUMBER: H 43428

UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD

**DIVISION**
- ACADEMIC/VOCATIONAL
- ADMINISTRATIVE SERVICES
- BUSINESS/MAINTENANCE
- CAMPS
- CULINARY
- CUSTODY
- MEDICAL
- PRISON INDUSTRIES
- PROGRAM
- OTHER

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).

USE NO. 2 PENCIL.

CORRECT MARK

INCORRECT MARKS

ERASE CLEANLY

**SUPERVISOR CERTIFICATION**
I hereby certify that the hours reported above are correct.

_Reatrici_
PRINT LAST NAME

_Clark_
WORK SUPERVISOR    DATE 8-19-03    EXTENSION 6115

_Keye_
PRINT LAST NAME

_B Olyne SOC_
FIRST LINE SUPERVISOR    DATE 8-19-03

18372746

CDC 101 (8/01)    Mark Reflex® forms by NCS Pearson MM240243-1    6362    G808    Printed in U.S.A.    To re-order, call 1-800-533-0518 ext. 4163

01020

PRINT INMATE NAME: *Hill*

INSTITUTION: *CTF*    FACILITY: *Both*

POSITION NO: *RAS-10-004*

**STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
INMATE TIMECARD**

118

| LAST NAME | CDC NUMBER | MONTH | YEAR | FROM DAY | THRU DAY | MET MINIMUM | ETO USED | HOLIDAY WORKED |
|---|---|---|---|---|---|---|---|---|

CDC NUMBER: H43428

MONTH: MAY

YEAR: 98

1/2 DAY ASSIGNMENT (4 HRS OR LESS)

**DIVISION**
ACADEMIC/VOCATIONAL
ADMINISTRATIVE SERVICES
BUSINESS/MAINTENANCE
CAMPS
CULINARY
CUSTODY
MEDICAL
PRISON INDUSTRIES
PROGRAM
OTHER

**UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD**

**EXCEPTIONAL TIME:** Enter reasons for all exceptional time (S, E, A).

USE NO. 2 PENCIL

CORRECT MARK

INCORRECT MARKS

ERASE CLEANLY

**SUPERVISOR CERTIFICATION**
I hereby certify that the hours reported above are correct.

PRINT LAST NAME            WORK SUPERVISOR            DATE: 5-01-03    EXTENSION

PRINT LAST NAME            FIRST LINE SUPERVISOR      DATE: 6-03

14945406

CDC 191 (11/98)    SCANTRON. CUSTOM FORM NO. T-103936-CDC    © SCANTRON CORPORATION 1993 ALL RIGHTS RESERVED.    NH 4090-222-12 11 10 9 8 7 6 5 4    TO REORDER CALL 1-800-722-5876

01021

PRINT INMATE NAME:
HILL

INSTITUTION:
CTF

FACILITY:
NORTH

POSITION NO:
8A3-N.604

## STATE OF CALIFORNIA
## DEPARTMENT OF CORRECTIONS
## INMATE TIMECARD

| LAST NAME | CDC NUMBER | MONTH | YEAR | FROM DAY | THRU DAY | MET MINIMUM | ETO USED | HOLIDAY WORKED |
|---|---|---|---|---|---|---|---|---|

CDC NUMBER: H 4 3 4 2 8

MONTH: JAN, FEB, MAR, APR, MAY, JUN, JUL, AUG, SEP, OCT, NOV, DEC

YEAR: 94, 95, 96, 97, 98, 99, 00, 01, 02, 03, 04, 05

1/2 DAY ASSIGNMENT (4 HRS OR LESS)

### DIVISION
ACADEMIC/VOCATIONAL
ADMINISTRATIVE SERVICES
BUSINESS/MAINTENANCE
CAMPS
CULINARY
CUSTODY
MEDICAL
PRISON INDUSTRIES
PROGRAM
OTHER

**UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD**

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).

USE NO. 2 PENCIL

CORRECT MARK

INCORRECT MARKS

ERASE CLEANLY

### SUPERVISOR CERTIFICATION
I hereby certify that the hours reported above are correct.

| | | |
|---|---|---|
| PRINT LAST NAME | WORK SUPERVISOR | 5-1-03 DATE |
| SEPRANO | | 5/1/03 |
| PRINT LAST NAME | FIRST LINE SUPERVISOR | DATE |

EXTENSION

14415569

CDC 191 (11/98)    SCANTRON  CUSTOM FORM NO. T-103936-CDC    © SCANTRON CORPORATION 1998 ALL RIGHTS RESERVED.    MI 4956-222-12 11 10 6 8 7 6 5 4    TO REORDER CALL 1-800-722-6876

01022

PRINT INMATE NAME: HILL

INSTITUTION: CTF    FACILITY: N

POSITION NO: RAS-N.604

## STATE OF CALIFORNIA
## DEPARTMENT OF CORRECTIONS
## INMATE TIMECARD

| LAST NAME | CDC NUMBER | MONTH | YEAR | FROM DAY | THRU DAY | MET MINIMUM | ETO USED | HOLIDAY WORKED |
|---|---|---|---|---|---|---|---|---|

CDC NUMBER: H 43428

MONTH: MAR    YEAR: 03

DIVISION:
- ACADEMIC/VOCATIONAL
- ADMINISTRATIVE SERVICES
- BUSINESS/MAINTENANCE
- CAMPS
- CULINARY
- CUSTODY
- MEDICAL
- PRISON INDUSTRIES
- PROGRAM
- OTHER

1/2 DAY ASSIGNMENT (4 HRS OR LESS)

## UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD

**EXCEPTIONAL TIME:** Enter reasons for all exceptional time (S, E, A).

USE NO. 2 PENCIL

CORRECT MARK

INCORRECT MARKS

ERASE CLEANLY

### SUPERVISOR CERTIFICATION
I hereby certify that the hours reported above are correct.

_____
PRINT LAST NAME

_____
WORK SUPERVISOR

DATE 3-31-03

6/15 EXTENSION

DANDA
PRINT LAST NAME

Danda
FIRST LINE SUPERVISOR

DATE 4/8/03

14415967

CDC 191 (11/98)  SCANTRON CUSTOM FORM NO. T-103936-CDC  © SCANTRON CORPORATION 1998 ALL RIGHTS RESERVED.  NI 4968-222-12 11 10 9 8 7 6 5 4  TO REORDER CALL 1-800-722-6876

01023

PRINT INMATE NAME: _H,H_

INSTITUTION: _CTF_   FACILITY: _N_

POSITION NO: _RAS-N 604_

**STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
INMATE TIMECARD**

| LAST NAME | CDC NUMBER | MONTH | YEAR | FROM DAY | THRU DAY | MET MINIMUM | ETO USED | HOLIDAY WORKED |
|---|---|---|---|---|---|---|---|---|

CDC NUMBER: H 4 3 4 2 8

MONTH / YEAR:
JAN 94
FEB 95
MAR 96
APR 97
MAY 98
JUN 99
JUL 00
AUG 01
SEP 02
OCT 03
NOV 04
DEC 05

1/2 DAY ASSIGNMENT (4 HRS OR LESS)

DIVISION:
- ACADEMIC/VOCATIONAL
- ADMINISTRATIVE SERVICES
- BUSINESS/MAINTENANCE
- CAMPS
- CULINARY
- CUSTODY
- MEDICAL
- PRISON INDUSTRIES
- PROGRAM
- OTHER

**UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD**

**EXCEPTIONAL TIME:** Enter reasons for all exceptional time (S, E, A).

_LOCKDOWN 28_

USE NO. 2 PENCIL

CORRECT MARK

INCORRECT MARKS

ERASE CLEANLY

**SUPERVISOR CERTIFICATION**
I hereby certify that the hours reported above are correct.

_Renteria_                _R. Lont_          _2/28/03_   _6115_
PRINT LAST NAME          WORK SUPERVISOR      DATE       EXTENSION

_Ables_                  _SS_               _2-28-03_
PRINT LAST NAME          FIRST LINE SUPERVISOR   DATE

15857888

CDC 191 (11/98)  SCANTRON  CUSTOM FORM NO. T-103936-CDC  © SCANTRON CORPORATION 1996 ALL RIGHTS RESERVED.  M1 4698-222-12 11 10 9 8 7 6   TO REORDER CALL 1-800-722-6876

PRINT INMATE NAME: Hill

INSTITUTION: CIT    FACILITY: A

POSITION NO: RAS/WSW

# STATE OF CALIFORNIA
# DEPARTMENT OF CORRECTIONS
# INMATE TIMECARD

| LAST NAME | CDC NUMBER | MONTH | YEAR | FROM DAY | THRU DAY | MET MINIMUM | ETO USED | HOLIDAY WORKED |
|---|---|---|---|---|---|---|---|---|

DIVISION
- ACADEMIC/VOCATIONAL
- ADMINISTRATIVE SERVICES
- BUSINESS/MAINTENANCE
- CAMPS
- CULINARY
- CUSTODY
- MEDICAL
- PRISON INDUSTRIES
- PROGRAM
- OTHER

1/2 DAY ASSIGNMENT (4 HRS OR LESS)

## UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD

**EXCEPTIONAL TIME:** Enter reasons for all exceptional time (S, E, A).

USE NO. 2 PENCIL

CORRECT MARK

INCORRECT MARKS

ERASE CLEANLY

### SUPERVISOR CERTIFICATION
I hereby certify that the hours reported above are correct.

| PRINT LAST NAME | WORK SUPERVISOR | DATE | EXTENSION |
|---|---|---|---|

PRINT LAST NAME    FIRST LINE SUPERVISOR    DATE

15856553

CDC 191 (11/98) SCANTRON. CUSTOM FORM NO. T-103936-CDC    © SCANTRON CORPORATION 1998 ALL RIGHTS RESERVED.    M1 4058-222-12 11 10 8 8 7 6    TO REORDER CALL 1-800-722-6876

01025

PRINT INMATE NAME: Hill

INSTITUTION: CTF    FACILITY: N

POSITION NO: RAS-N.604

**STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
INMATE TIMECARD**

| LAST NAME | CDC NUMBER | MONTH | YEAR |
|---|---|---|---|
| | H 4 3 4 2 8 | JAN — 94 — |

CDC NUMBER: H 4 3 4 2 8

MONTH: SEP
YEAR: 02

DIVISION

- ACADEMIC/VOCATIONAL
- ADMINISTRATIVE SERVICES
- BUSINESS/MAINTENANCE
- CAMPS
- CULINARY
- CUSTODY
- MEDICAL
- PRISON INDUSTRIES
- PROGRAM
- OTHER

2-DAY ASSIGNMENT (4 HRS OR LESS)

| FROM DAY | THRU DAY | NET MINIMUM | ETO USED | HOLIDAY WORKED |
|---|---|---|---|---|

**UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD**

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).

ENTERED IN OBIS

USE NO. 2 PENCIL

CORRECT MARK

INCORRECT MARKS

ERASE CLEANLY

**SUPERVISOR CERTIFICATION**
I hereby certify that the hours reported above are correct.

| | | |
|---|---|---|
| _Reagen_ | _R. Rea_ | 1-1-03 |
| PRINT LAST NAME | WORK SUPERVISOR | DATE |
| _McDonald_ | | |
| PRINT LAST NAME | FIRST LINE SUPERVISOR | DATE |

EXTENSION: 6115

14920684

CDC 191 (11/98)  SCANTRON  CUSTOM FORM NO. T-103936-CDC  © SCANTRON CORPORATION 1996  MI 406-222-12 11 10 9 8 7 6 5 4  ALL RIGHTS RESERVED.  TO REORDER CALL 1-800-722-6876

01026

PRINT INMATE NAME: H.ll

INSTITUTION: CCI    FACILITY: 4

POSITION NO: Uph. 4, 119

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
INMATE TIMECARD

UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).

8-29 s-time class not open

Time card late due to instr. unavail

USE NO. 2
PENCIL

CORRECT
MARK

INCORRECT
MARKS

ERASE
CLEANLY

**SUPERVISOR CERTIFICATION**
I hereby certify that the hours reported above are correct.

| | | | |
|---|---|---|---|
| Webb | (signature) | 11-15-02 | 3931 |
| PRINT LAST NAME | WORK SUPERVISOR | DATE | EXTENSION |
| Oye | (signature) | 11/19/02 | |
| PRINT LAST NAME | FIRST LINE SUPERVISOR | DATE | |

17151162

CDC 181 (8/91)    Mark Reflex forms by RCS Pearson MM240263-1    252423    G303    Printed in U.S.A.    To re-order, call 1-800-553-0815 ext. 4153

01027

PRINT INMATE NAME: **HILL, R**

INSTITUTION: **CMC**   FACILITY: **East**

POSITION NO: **FAB-I.011**

### STATE OF CALIFORNIA
### DEPARTMENT OF CORRECTIONS
### INMATE TIMECARD

LAST NAME | CDC NUMBER | MONTH | YEAR | FROM DAY | THRU DAY | MET MINIMUM | FTO USED | HOLIDAY WORKED

CDC NUMBER: **H 4 3 4 2 8**

MONTH: JAN, FEB, MAR, APR, MAY, JUN, JUL, AUG, SEP, OCT, NOV, DEC

YEAR: 94, 95, 96, 97, 98, 99, 00, 01, 02, 03, 04, 05

1/2 DAY ASSIGNMENT (4 HRS OR LESS)

DIVISION
- ACADEMIC/VOCATIONAL
- ADMINISTRATIVE SERVICES
- BUSINESS/MAINTENANCE
- CAMPS
- CULINARY
- CUSTODY
- MEDICAL
- PRISON INDUSTRIES
- PROGRAM
- OTHER

**UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD**

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).

02-08 Inventory (S) 09- Lock up (S) 10 - UNASS. DMS # 190

USE NO. 2 PENCIL

CORRECT MARK

INCORRECT MARKS

ERASE CLEANLY

#### SUPERVISOR CERTIFICATION
I hereby certify that the hours reported above are correct.

Lopez   C. Lopez   7/10/01   466-8
PRINT LAST NAME   WORK SUPERVISOR   DATE   EXTENSION

Villarreal   Mello   7-10-01
PRINT LAST NAME   FIRST LINE SUPERVISOR   DATE

## 12921842

CDC 191 (11/98)  SCANTRON  CUSTOM FORM NO. T-103936-CDC  © SCANTRON CORPORATION 1998 ALL RIGHTS RESERVED.  M1 4099-222-12-11 1998 7 6 5 4 3 2  TO REORDER CALL 1-800-722-6876

01028

PRINT INMATE NAME: **HILL, R**

INSTITUTION: **CMC**    FACILITY: **East**

POSITION NO: **FAB-I.011**

### STATE OF CALIFORNIA
### DEPARTMENT OF CORRECTIONS
### INMATE TIMECARD

CDC NUMBER: **H 4 3 4 2 8**

MONTH: JUN    YEAR: 99    AUG / 01

DIVISION: ACADEMIC/VOCATIONAL, ADMINISTRATIVE SERVICES, BUSINESS/MAINTENANCE, CAMPS, CULINARY, CUSTODY, MEDICAL, PRISON INDUSTRIES, PROGRAM, OTHER

**UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD**

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).

06-08- Lock of orders(S)/11-22 - Lock of orders(S)
25-29 -/nventory(S)

USE NO. 2 PENCIL

CORRECT MARK

INCORRECT MARKS

ERASE CLEANLY

### SUPERVISOR CERTIFICATION
I hereby certify that the hours reported above are correct.

C.LOPEZ
PRINT LAST NAME

F. VILLARREAL
PRINT LAST NAME

C. Lopez
WORK SUPERVISOR

FIRST LINE SUPERVISOR

07/02/01
DATE

07/02/01
DATE

4668
EXTENSION

12921797

CDC 191 (11/98)  SCANTRON  CUSTOM FORM NO. T-103936-CDC  © SCANTRON CORPORATION 1998 ALL RIGHTS RESERVED.  TO REORDER CALL 1-800-722-6876

01029

| PRINT INMATE NAME: **HILL, R** | STATE OF CALIFORNIA |
|---|---|
| INSTITUTION: **CMC**    FACILITY: **East** | DEPARTMENT OF CORRECTIONS |
| POSITION NO: **FAB-I.011** | INMATE TIMECARD |

**LAST NAME** | **CDC NUMBER** H 4 3 4 2 8

**MONTH / YEAR**

| MONTH | | YEAR | |
|---|---|---|---|
| JAN | ○ | 94 | ○ |
| FEB | ○ | 95 | ○ |
| MAR | ○ | 96 | ○ |
| APR | ○ | 97 | ○ |
| MAY | ○ | 98 | ○ |
| JUN | ○ | 99 | ○ |
| JUL | ○ | 00 | ○ |
| AUG | ● | 01 | ● |
| SEP | ○ | 02 | ○ |
| OCT | ○ | 03 | ○ |
| NOV | ○ | 04 | ○ |
| DEC | ○ | 05 | ○ |

**1/2 DAY ASSIGNMENT (4 HRS OR LESS)**

**DIVISION**
- ① ACADEMIC/VOCATIONAL
- ② ADMINISTRATIVE SERVICES
- ③ BUSINESS/MAINTENANCE
- ④ CAMPS
- ⑤ CULINARY
- ⑥ CUSTODY
- ⑦ MEDICAL
- ⑧ PRISON INDUSTRIES
- ⑨ PROGRAM
- ⑩ OTHER

Column headers for time table: FROM DAY | THRU DAY | MET MINIMUM | FTO USED | HOLIDAY WORKED

**UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD**

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).

09- Sup absent (S) 10-Fog Recall (S) 25- Sup absent (S)
27- Sup absent (S) 30-Recall (S)

USE NO. 2 PENCIL

CORRECT MARK ⬤

INCORRECT MARKS ⊘ ⊙ ⊖

ERASE CLEANLY

**SUPERVISOR CERTIFICATION**
I hereby certify that the hours reported above are correct.

_Lopez_    _C Lopez_    5/31/01    4668
PRINT LAST NAME    WORK SUPERVISOR    DATE    EXTENSION

_Joseph Dobie_    _[signature]_    June 6, 2001
PRINT LAST NAME    FIRST LINE SUPERVISOR    DATE

**12922036**

PRINT INMATE NAME: **HILL, R**

INSTITUTION: **CMC**    FACILITY: **East**

POSITION NO: **FAB-I.011**

## STATE OF CALIFORNIA
## DEPARTMENT OF CORRECTIONS
## INMATE TIMECARD

**LAST NAME** | **CDC NUMBER** | **MONTH / YEAR**

CDC NUMBER: **H 4 3 4 2 8**

MONTH:
JAN, FEB, MAR, APR (●), MAY, JUN, JUL, AUG, SEP, OCT, NOV, DEC

YEAR:
94, 95, 96, 97, 98, 99, 00, 01 (●), 02, 03, 04, 05

1/2 DAY ASSIGNMENT (4 HRS OR LESS)

**DIVISION**
① ACADEMIC/VOCATIONAL
② ADMINISTRATIVE SERVICES
③ BUSINESS/MAINTENANCE
④ CAMPS
⑤ CULINARY
⑥ CUSTODY
⑦ MEDICAL
⑧ PRISON INDUSTRIES
⑨ PROGRAM
⑩ OTHER

Table columns: FROM DAY | THRU DAY | MET MINIMUM | ETO USED | HOLIDAY WORKED

UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).

12-18 *8*/ 16 Super-Visit / 19-Hosp (S) 26-S.p absent (S)

27-30 TR Test (S)

USE NO. 2 PENCIL

CORRECT MARK ●

INCORRECT MARKS ⊘ ⊙ ⊖

ERASE CLEANLY

## SUPERVISOR CERTIFICATION
### I hereby certify that the hours reported above are correct.

| C. LOPEZ | C. Lopez | 5/01/01 | 4668 |
|---|---|---|---|
| PRINT LAST NAME | WORK SUPERVISOR | DATE | EXTENSION |

| F. VILLARREAL | | 5/01/01 | |
|---|---|---|---|
| PRINT LAST NAME | FIRST LINE SUPERVISOR | DATE | |

**12918772**

C 191 (11/98)  SCANTRON  CUSTOM FORM NO. T-103936-CDC  © SCANTRON CORPORATION 1998 ALL RIGHTS RESERVED.  TO REORDER CALL 1-800-722-6876

01031

PRINT INMATE NAME: **HILL, R**

INSTITUTION: **CMC**   FACILITY: **East**

POSITION NO: **FAB-I.011**

## STATE OF CALIFORNIA
## DEPARTMENT OF CORRECTIONS
## INMATE TIMECARD

| LAST NAME | CDC NUMBER | MONTH | YEAR | FROM DAY | THRU DAY | MET MINIMUM | ETO USED | HOLIDAY WORKED |
|---|---|---|---|---|---|---|---|---|
| | H 4 3 4 2 8 | JAN 94 | | 1 | 1 | 1 | | 1 |
| | | FEB 95 | | 2 | 2 | 2 | | 2 |
| | | MAR ● 96 | | 3 | 3 | 3 | | 3 |
| | | APR 97 | | 4 | 4 | 4 | | 4 |
| | | MAY 98 | | 5 | 5 | 5 | | 5 |
| | | JUN 99 | | 6 | 6 | 6 | | 6 |
| | | JUL 00 | | 7 | 7 | 7 | | 7 |
| | | AUG ● 01 | | 8 | 8 | 8 | | 8 |
| | | SEP 02 | | 9 | 9 | 9 | | 9 |
| | | OCT 03 | | 10 | 10 | 10 | | 10 |
| | | NOV 04 | | 11 | 11 | 11 | | 11 |
| | | DEC 05 | | 12 | 12 | 12 | | 12 |

1/2 DAY ASSIGNMENT (4 HRS OR LESS)

DIVISION
- ACADEMIC/VOCATIONAL
- ADMINISTRATIVE SERVICES
- BUSINESS/MAINTENANCE
- CAMPS
- CULINARY
- CUSTODY
- MEDICAL
- PRISON INDUSTRIES
- PROGRAM
- OTHER

**UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD**

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).

_0607-Hosp(5)/8 no water(7)/20 Power outage(5)_

_22 Lockd downs/26 late Release(7)_

USE NO. 2 PENCIL

CORRECT MARK

INCORRECT MARKS

ERASE CLEANLY

## SUPERVISOR CERTIFICATION
I hereby certify that the hours reported above are correct.

_Johnson_
PRINT LAST NAME
Frank Villarreal
PRINT LAST NAME

_Johnson_
WORK SUPERVISOR

_Villa_
FIRST LINE SUPERVISOR

DATE 4-2-01

DATE 6/3/01

4668
EXTENSION

12904170

CDC 191 (11/98)   SCANTRON   CUSTOM FORM NO. T-103936-CDC   © SCANTRON CORPORATION 1998 ALL RIGHTS RESERVED.   TN: 495-222-1211 1089765432   TO REORDER CALL 1-800-722-6876

01032

PRINT INMATE NAME: **HILL, R**

INSTITUTION: **CMC**    FACILITY: **East**

POSITION NO: **FAB-I.011**

## STATE OF CALIFORNIA
## DEPARTMENT OF CORRECTIONS
## INMATE TIMECARD

| LAST NAME | CDC NUMBER | MONTH | YEAR | FROM DAY | THRU DAY | MET MINIMUM | ETO USED | HOLIDAY WORKED |
|---|---|---|---|---|---|---|---|---|

CDC NUMBER: **H 4 3 4 2 8**

MONTH/YEAR: AUG / 01

DIVISION:
- ACADEMIC/VOCATIONAL
- ADMINISTRATIVE SERVICES
- BUSINESS/MAINTENANCE
- CAMPS
- CULINARY
- CUSTODY
- MEDICAL
- PRISON INDUSTRIES
- PROGRAM
- OTHER

1/2 DAY ASSIGNMENT (4 HRS OR LESS)

**UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD**

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).

9- clinic (S) 13-14-sup absent (S) 15- clinic (S) 20- Clinic (S)
21-22 sup absent (S) 28 Lock down (S) 27- Clinic (S)

USE NO. 2 PENCIL

CORRECT MARK

INCORRECT MARKS

ERASE CLEANLY

### SUPERVISOR CERTIFICATION
I hereby certify that the hours reported above are correct.

Lopez _____ C Lopez _____ 2/28/01 _____ 4668
PRINT LAST NAME    WORK SUPERVISOR    DATE    EXTENSION

Frank Villarreal
PRINT LAST NAME    FIRST LINE SUPERVISOR    3/1/01 DATE

12898627

CDC 191 (11/98)  SCANTRON  CUSTOM FORM NO. T-103936-CDC  © SCANTRON CORPORATION 1998 ALL RIGHTS RESERVED.  TO REORDER CALL 1-800-722-6876

01033

PRINT INMATE NAME: **HILL, R**

INSTITUTION: **CMC**   FACILITY: **East**

POSITION NO: **FAB-I.011**

## STATE OF CALIFORNIA
## DEPARTMENT OF CORRECTIONS
## INMATE TIMECARD

**CDC NUMBER:** H 4 3 4 2 8

MONTH: JAN   YEAR: 94 ... DEC 05

### DIVISION

- ACADEMIC/VOCATIONAL
- ADMINISTRATIVE SERVICES
- BUSINESS/MAINTENANCE
- CAMPS
- CULINARY
- CUSTODY
- MEDICAL
- PRISON INDUSTRIES
- PROGRAM
- OTHER

1/2 DAY ASSIGNMENT (4 HRS OR LESS)

**UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD**

**EXCEPTIONAL TIME:** Enter reasons for all exceptional time (S, E, A).

01-Holiday(S)/03-Hosp(S)/09-Hosp(S)/10-Class(S)
11-Dental(S)/15-Holiday(S)/16-Hosp(S)/23-Hosp(S)

USE NO. 2 PENCIL

CORRECT MARK

INCORRECT MARKS

ERASE CLEANLY

### SUPERVISOR CERTIFICATION
I hereby certify that the hours reported above are correct.

*Lopez*                 *C. Lopez*          1/31/01      4668
PRINT LAST NAME      WORK SUPERVISOR        DATE,      EXTENSION

Frank Villar          *Villar*              1/31/01
PRINT LAST NAME      FIRST LINE SUPERVISOR   DATE

### 12898323

CDC 191 (11/98)  SCANTRON  CUSTOM FORM NO. T-103936-CDC  © SCANTRON CORPORATION 1998 ALL RIGHTS RESERVED.  TO REORDER CALL 1-800-722-6876

01034

| PRINT INMATE NAME: **HILL, R** | STATE OF CALIFORNIA |
| INSTITUTION: **CMC**   FACILITY: **East** | DEPARTMENT OF CORRECTIONS |
| POSITION NO: **FAB-I.011** | INMATE TIMECARD |

**LAST NAME** | **CDC NUMBER** | **MONTH** | **YEAR** | **FROM DAY** | **THRU DAY** | **MET MINIMUM** | **ETO USED** | **HOLIDAY WORKED**

CDC NUMBER: H 4 3 4 2 8

MONTH/YEAR:
JAN 94
FEB 95
MAR 96
APR 97
MAY 98
JUN 99
JUL 00
AUG 01
SEP 02
OCT 03
NOV 04
DEC 05

1/2 DAY ASSIGNMENT (4 HRS OR LESS)

**DIVISION**
- ACADEMIC/VOCATIONAL
- ADMINISTRATIVE SERVICES
- BUSINESS/MAINTENANCE
- CAMPS
- CULINARY
- CUSTODY
- MEDICAL
- PRISON INDUSTRIES
- PROGRAM
- OTHER

**UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD**

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).

05-Hosp(S)/07-Hosp(S)/12-Hosp(S)/18-late release(S)
19-Hosp(S)/20-AA Lockdown(S)/22-Hosp(S)/25-Holiday(S)
28-29-LAY IN(E)

USE NO. 2 PENCIL

CORRECT MARK

INCORRECT MARKS

ERASE CLEANLY

**SUPERVISOR CERTIFICATION**
I hereby certify that the hours reported above are correct.

Lopez
PRINT LAST NAME
Frank Villarreal
PRINT LAST NAME

C. Lopez
WORK SUPERVISOR

FIRST LINE SUPERVISOR

12-31-00
DATE

1/3/01
DATE

4668
EXTENSION

12887046

CDC 191 (11/98)  SCANTRON  CUSTOM FORM NO. T-109936-CDC  © SCANTRON CORPORATION 1998 ALL RIGHTS RESERVED  M1 4098-922-12 11 10 98765432  TO REORDER CALL 1-800-722-6876

01035

PRINT INMATE NAME: **HILL, R**

INSTITUTION: **CMC**  FACILITY: **East**

POSITION NO: **FAB-I.011**

## STATE OF CALIFORNIA
## DEPARTMENT OF CORRECTIONS
## INMATE TIMECARD

**CDC NUMBER:** H 4 3 4 2 8

**MONTH:** NOV  **YEAR:** 00

### DIVISION
- ACADEMIC/VOCATIONAL
- ADMINISTRATIVE SERVICES
- BUSINESS/MAINTENANCE
- CAMPS
- CULINARY
- CUSTODY
- MEDICAL
- PRISON INDUSTRIES
- PROGRAM
- OTHER

**UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD**

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).

01-Hosp (S) 02-Hosp (S) 07-Hosp (S) 09-Hosp (S) 10-Holidays (S)
14-Hosp (S) 16-Hosp (S) 21-clinic (S) 28-Hosp (S)

USE NO. 2 PENCIL

CORRECT MARK

INCORRECT MARKS

ERASE CLEANLY

### SUPERVISOR CERTIFICATION
I hereby certify that the hours reported above are correct.

*Lopez*
PRINT LAST NAME

Frank Villarreal
PRINT LAST NAME

*C Lopez*
WORK SUPERVISOR

FIRST LINE SUPERVISOR

DATE 12-01-00

DATE DEC 4 2000

EXTENSION 4668

12886902

CDC 191 (11/98)  SCANTRON  CUSTOM FORM NO. T-103936-CDC  © SCANTRON CORPORATION 1998 ALL RIGHTS RESERVED.  S1 4099-222-12 11 109 87 55 4 3 2  TO REORDER CALL 1-800-722-6876

01036

PRINT INMATE NAME: **HILL, R**

INSTITUTION: **CMC**   FACILITY: **East**

POSITION NO: **FAB-I.011**

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
INMATE TIMECARD

| LAST NAME | CDC NUMBER | MONTH | YEAR | FROM DAY | THRU DAY | MET MINIMUM | ETO USED | HOLIDAY WORKED |
|---|---|---|---|---|---|---|---|---|
| | H 4 3 4 2 8 | JAN ◯ 94 ◯ | | | | | | |
| | | FEB ◯ 95 ◯ | | 05 | | 05 | | |
| | | MAR ◯ 96 ◯ | | 02 | 02 | 02 | | |
| | | APR ◯ 97 ◯ | | 03 | 03 | 03 | | 03 |
| | | MAY ◯ 98 ◯ | | 04 | 04 | 04 | | 04 |
| | | JUN ◯ 99 ◯ | | 05 | 05 | 05 | | 05 |
| | | JUL ◯ 00 ● | | 06 | 06 | 06 | | 06 |
| | | AUG ◯ 01 ◯ | | 07 | 07 | 07 | | 07 |
| | | SEP ◯ 02 ◯ | | 08 | 08 | 08 | | 08 |
| | | OCT ● 03 ◯ | | 09 | 09 | 09 | | 09 |
| | | NOV ◯ 04 ◯ | | 10 | 10 | 10 | | 10 |
| | | DEC ◯ 05 ◯ | | 11 | 11 | 11 | | 11 |

UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD

DIVISION
- ACADEMIC/VOCATIONAL
- ADMINISTRATIVE SERVICES
- BUSINESS/MAINTENANCE
- CAMPS
- CULINARY
- CUSTODY
- MEDICAL
- PRISON INDUSTRIES
- PROGRAM
- OTHER

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).

_Med Pu/n(2 thru4) (10 thru 14) 16-Med Pu(S)_
_18-Hosp(S)  19-Med Pu(S) 20-Med Pu(S) 23-Med Pu(S)_
_24-Med Pu(S) /25-Hosp(S) /26-Hosp(S) /27-Med Pu(S)_
_30-31-Med Pu(S)_

**SUPERVISOR CERTIFICATION**
I hereby certify that the hours reported above are correct.

PRINT LAST NAME: Frank Villarreal

WORK SUPERVISOR

DATE: NOV 7 2000

EXTENSION: 4668

11/01/00

13011188

CDC 191 (11/96)   SCANTRON   CUSTOM FORM NO. T-103936-CDC   © SCANTRON CORPORATION 1996   TO REORDER CALL 1-800-722-6876

USE NO. 2 PENCIL

CORRECT MARK ⬤

INCORRECT MARKS ⊘⊘⊙

ERASE CLEANLY

01037

| PRINT INMATE NAME: **HILL, R** | STATE OF CALIFORNIA |
| INSTITUTION: **CMC**    FACILITY: **East** | DEPARTMENT OF CORRECTIONS |
| POSITION NO: **FAB-I.011** | INMATE TIMECARD |

**CDC NUMBER:** H 4 3 4 2 8

**MONTH:** SEP    **YEAR:** 02

### DIVISION

- ACADEMIC/VOCATIONAL
- ADMINISTRATIVE SERVICES
- BUSINESS/MAINTENANCE
- CAMPS
- CULINARY
- CUSTODY
- MEDICAL
- PRISON INDUSTRIES
- PROGRAM
- OTHER

1/2 DAY ASSIGNMENT (4 HRS OR LESS)

**UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD**

**EXCEPTIONAL TIME:** Enter reasons for all exceptional time (S, E, A).

4030 Med Pfc, 154. Clinic PO. 21 out to Surgery DMS 000064

Layne

### SUPERVISOR CERTIFICATION
I hereby certify that the hours reported above are correct.

PRINT LAST NAME
**Frank Villarreal**
PRINT LAST NAME

WORK SUPERVISOR

FIRST LINE SUPERVISOR

DATE  OCT 2 2000

EXTENSION

USE NO. 2 PENCIL

CORRECT MARK

INCORRECT MARKS

ERASE CLEANLY

**13009154**

CDC 191 (11/98)    SCANTRON    CUSTOM FORM NO. T-109936-CDC    © SCANTRON CORPORATION 1998 ALL RIGHTS RESERVED.    TO REORDER CALL 1-800-722-6876

01038

PRINT INMATE NAME: **HILL, R**

INSTITUTION: **CMC**    FACILITY: **East**

POSITION NO: **FAB-I.011**

## STATE OF CALIFORNIA
## DEPARTMENT OF CORRECTIONS
## INMATE TIMECARD

| LAST NAME | CDC NUMBER | MONTH | YEAR |
|---|---|---|---|
| | H 4 3 4 2 8 | JAN — | 94 — |
| | | FEB — | 95 — |
| | | MAR — | 96 — |
| | | APR — | 97 — |
| | | MAY — | 98 — |
| | | JUN — | 99 — |
| | | JUL — | 00 — |
| | | AUG — | 01 — |
| | | SEP — | 02 — |
| | | OCT — | 03 — |
| | | NOV — | 04 — |
| | | DEC — | 05 — |

1/2 DAY ASSIGNMENT (4 HRS OR LESS)

### DIVISION
(01) ACADEMIC/VOCATIONAL
(02) ADMINISTRATIVE SERVICES
(03) BUSINESS/MAINTENANCE
(04) CAMPS
(05) CULINARY
(06) CUSTODY
(07) MEDICAL
(08) PRISON INDUSTRIES
(09) PROGRAM
(10) OTHER

| FROM DAY | THRU DAY | MET MINIMUM | ETO USED | HOLIDAY WORKED |
|---|---|---|---|---|

**UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD**

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).

Med P/U-01, 02, 04-07, 08-09-10-11-14-15-16-17, 22, 25-28-29 and 31
03 H Clinic PD, 17 H Clinic PD

USE NO. 2 PENCIL

CORRECT MARK ●

INCORRECT MARKS

ERASE CLEANLY

### SUPERVISOR CERTIFICATION
I hereby certify that the hours reported above are correct.

_Johnson_                    _C. Johnson_                    8-31-00        4669
PRINT LAST NAME        WORK SUPERVISOR        DATE        EXTENSION

_Frank Villarreal_                                        
PRINT LAST NAME        FIRST LINE SUPERVISOR        DATE

## 13009067

CDC 191 (11/98)    SCANTRON    CUSTOM FORM NO. T-103936-CDC    © SCANTRON CORPORATION 1998 ALL RIGHTS RESERVED.    M1 4098-222-12 11 1098765432    TO REORDER CALL 1-800-722-6876

01039

PRINT INMATE NAME: **HILL, R**

INSTITUTION: **CMC**   FACILITY: **East**

POSITION NO: **FAB-I.011**

### STATE OF CALIFORNIA
### DEPARTMENT OF CORRECTIONS
### INMATE TIMECARD

| LAST NAME | CDC NUMBER | MONTH | YEAR | FROM DAY | THRU DAY | MET MINIMUM | ETO USED | HOLIDAY WORKED |
|---|---|---|---|---|---|---|---|---|
| | H 4 3 4 2 8 | JAN  94 | | | | | | |

**DIVISION**
- ACADEMIC/VOCATIONAL
- ADMINISTRATIVE SERVICES
- BUSINESS/MAINTENANCE
- CAMPS
- CULINARY
- CUSTODY
- MEDICAL
- PRISON INDUSTRIES
- PROGRAM
- OTHER

1/2 DAY ASSIGNMENT (4 HRS OR LESS)

**UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD**

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).

3 Inventory  4 Holiday 5b31 med'k h/o H. Clinic  P3, H.R. Clinic P3
H.R. Clinic P3, 34 med P/h, 27 med P/4

USE NO. 2 PENCIL

CORRECT MARK

INCORRECT MARKS

ERASE CLEANLY

**SUPERVISOR CERTIFICATION**
I hereby certify that the hours reported above are correct.

_Johnson_
PRINT LAST NAME
Frank Villarreal
PRINT LAST NAME

WORK SUPERVISOR

FIRST LINE SUPERVISOR

DATE

JUL 3 1 2000
DATE

EXTENSION

13004435

CDC 191 (11/98)  SCANTRON  CUSTOM FORM NO. T-103936-CDC  © SCANTRON CORPORATION 1998 ALL RIGHTS RESERVED.  M1 4896-222-12 11 10 9 8 7 6 5 4 3 2  TO REORDER CALL 1-800-722-6876

01040

PRINT INMATE NAME: **HILL, R**

INSTITUTION: **CMC**    FACILITY: **East**

POSITION NO: **FAB-I.011**

### STATE OF CALIFORNIA
### DEPARTMENT OF CORRECTIONS
### INMATE TIMECARD

**CDC NUMBER:** H 4 3 4 2 8

**MONTH:** JUN  **YEAR:** 99

### DIVISION
- ACADEMIC/VOCATIONAL
- ADMINISTRATIVE SERVICES
- BUSINESS/MAINTENANCE
- CAMPS
- CULINARY
- CUSTODY
- MEDICAL
- PRISON INDUSTRIES
- PROGRAM
- OTHER

1/2 DAY ASSIGNMENT (4 HRS OR LESS)

## UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD

**EXCEPTIONAL TIME:** Enter reasons for all exceptional time (S, E, A).

14 Clinic ... 1 Clinic PC ... 7 Clinic ... 9 Emergency ... 12 Emergency Dent
15 Face to Optometry Clinic, 16 Emergency ... 27 to 30 Infirmary

USE NO. 2 PENCIL

CORRECT MARK

INCORRECT MARKS

ERASE CLEANLY

### SUPERVISOR CERTIFICATION
I hereby certify that the hours reported above are correct.

| Backer | | | 4668 |
|---|---|---|---|
| PRINT LAST NAME | WORK SUPERVISOR | DATE | EXTENSION |
| **Frank Villarreal** | | 2-6-00 | |
| PRINT LAST NAME | FIRST LINE SUPERVISOR | DATE | |

13014572

CDC 191 (11/98)  SCANTRON  CUSTOM FORM NO. T-103936-CDC  © SCANTRON CORPORATION 1999 ALL RIGHTS RESERVED.  TC REORDER CALL 1-800-722-6876

01041

PRINT INMATE NAME: **HILL, R**

INSTITUTION: **CMC**    FACILITY: **East**

POSITION NO: **FAB-I.011**

**STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
INMATE TIMECARD**

LAST NAME

CDC NUMBER: **H 4 3 4 2 8**

| MONTH | | YEAR | |
|---|---|---|---|
| JAN | ○ | 94 | ○ |
| FEB | ○ | 95 | ○ |
| MAR | ○ | 96 | ○ |
| APR | ○ | 97 | ○ |
| MAY | ○ | 98 | ○ |
| JUN | ○ | 99 | ○ |
| JUL | ○ | 00 | ⊘ |
| AUG | ○ | 01 | ○ |
| SEP | ○ | 02 | ○ |
| OCT | ○ | 03 | ○ |
| NOV | ○ | 04 | ○ |
| DEC | ○ | 05 | ○ |

1/2 DAY ASSIGNMENT (4 HRS OR LESS)

DIVISION

- ○ ACADEMIC/VOCATIONAL
- ○ ADMINISTRATIVE SERVICES
- ○ BUSINESS/MAINTENANCE
- ○ CAMPS
- ○ CULINARY
- ○ CUSTODY
- ○ MEDICAL
- ○ PRISON INDUSTRIES
- ○ PROGRAM
- ○ OTHER

| FROM DAY | THRU DAY | MET MINIMUM | ETO USED | HOLIDAY WORKED |
|---|---|---|---|---|

**UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD**

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).

176 Testing 2-45 Whit on lockdown met min 9 lockdown 11 S.L. 15 Med P/L 19 Susp... 24 Test P/L 25-31 Med P/L 31 lockout

USE NO. 2 PENCIL

CORRECT MARK ⊖

INCORRECT MARKS ⊘ ⊙ ⊖

ERASE CLEANLY

**SUPERVISOR CERTIFICATION**
I hereby certify that the hours reported above are correct.

PRINT LAST NAME: Bacha

WORK SUPERVISOR

PRINT LAST NAME    FIRST LINE SUPERVISOR

DATE: 25-31-00

DATE: 6-1-00

EXTENSION

**12989297**

CDC 191 (11/98)    SCANTRON    CUSTOM FORM NO. T-103936-CDC    © SCANTRON CORPORATION 1986. ALL RIGHTS RESERVED.    JM 4608-222-12 11 I0 98755432    TO REORDER CALL 1-800-722-6876

01042

PRINT INMATE NAME: **HILL, R**

INSTITUTION: **CMC**    FACILITY: **East**

POSITION NO: **FAB-I.007**

**STATE OF CALIFORNIA**
**DEPARTMENT OF CORRECTIONS**
**INMATE TIMECARD**

LAST NAME | CDC NUMBER | MONTH | YEAR | FROM DAY | THRU DAY | MET MINIMUM | ETO USED | HOLIDAY WORKED

CDC NUMBER: **H 4 3 4 2 8**

MONTH: APR (filled)
YEAR: 00 (filled)

1/2 DAY ASSIGNMENT (4 HRS OR LESS)

**DIVISION**
- ACADEMIC/VOCATIONAL
- ADMINISTRATIVE SERVICES
- BUSINESS/MAINTENANCE
- CAMPS
- CULINARY
- CUSTODY
- MEDICAL
- PRISON INDUSTRIES
- PROGRAM
- OTHER

**UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD**

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).

(S)  (S)
6 Late release, 12 Late release, 13 East Clinic, 19 Position

Moved from FAB-I.007 to FAB-I.031 Just 00-105

**SUPERVISOR CERTIFICATION**
I hereby certify that the hours reported above are correct.

Bacua | Woods | 05-01-00 | 4668
PRINT LAST NAME | WORK SUPERVISOR | DATE | EXTENSION
Frank Villarreal | FIRST LINE SUPERVISOR | MAY 1 2000 |
PRINT LAST NAME | FIRST LINE SUPERVISOR | DATE |

USE NO. 2 PENCIL

CORRECT MARK

INCORRECT MARKS

ERASE CLEANLY

12339035

01043

PRINT INMATE NAME:

INSTITUTION: CMC       FACILITY: E QT

POSITION NO: PMR-1021

## STATE OF CALIFORNIA
## DEPARTMENT OF CORRECTIONS
## INMATE TIMECARD

H 413438

| JAN ○ | 94 ○ |
| FEB ○ | 95 ○ |
| MAR ○ | 96 ○ |
| APR ● | 97 ○ |
| MAY ○ | 98 ○ |
| JUN ○ | 99 ○ |
| JUL ○ | 00 ● |
| AUG ○ | 01 ○ |
| SEP ○ | 02 ○ |
| OCT ○ | 03 ○ |
| NOV ○ | 04 ○ |
| DEC ○ | 05 ○ |

### MISSION
○ ACADEMIC/VOCATIONAL
○ ADMINISTRATIVE SERVICES
○ BUSINESS/MAINTENANCE
○ CAMPS
○ CULINARY
○ CUSTODY
○ MEDICAL
○ PRISON INDUSTRIES
○ PROGRAM
○ OTHER

Trans-Optic® by NCS BS45722A-2   32   Printed in U.S.A.

**UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD**

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).

20 H Clinic FTD 19 Position change from PMR-1003 to
PMR-1021 Dept 00-105 21 H Clinic PD 24 CTO 27 bfr Sol
26 T.T. Info

### SUPERVISOR CERTIFICATION
I hereby certify that the hours reported above are correct.

PRINT LAST NAME
Frank Villarreal
PRINT LAST NAME

WORK SUPERVISOR

FIRST LINE SUPERVISOR   MAY 1 2000
DATE

DATE       EXTENSION

USE NO. 2 PENCIL

CORRECT MARK ●

INCORRECT MARKS ⊘ ⊘ ⊘

ERASE CLEANLY

10772659

CDC 104 (5/95)

01044

PRINT INMATE NAME: **HILL, R**

INSTITUTION: **CMC**    FACILITY: **East**

POSITION NO: **FAB-I.007**

**STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
INMATE TIMECARD**

| LAST NAME | CDC NUMBER | MONTH | YEAR |
|---|---|---|---|
| | H 4 3 4 2 8 | JAN / 94 | FEB / 95 | MAR ● / 96 | APR / 97 | MAY / 98 | JUN / 99 | JUL / 00 | AUG / 01 | SEP / 02 | OCT / 03 | NOV / 04 | DEC / 05 |

| FROM DAY | THRU DAY | MET MINIMUM | ETO USED | HOLIDAY WORKED |
|---|---|---|---|---|

1/2 DAY ASSIGNMENT (4 HRS OR LESS)

DIVISION
- ACADEMIC/VOCATIONAL
- ADMINISTRATIVE SERVICES
- BUSINESS/MAINTENANCE
- CAMPS
- CULINARY
- CUSTODY
- MEDICAL
- PRISON INDUSTRIES
- PROGRAM
- OTHER

**UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD**

**EXCEPTIONAL TIME:** Enter reasons for all exceptional time (S, E, A).

10-13  Med levels, 17 Early wrk  21 Call in R&R  22 Med P/u
31 Emerg work loss

USE NO. 2 PENCIL

CORRECT MARK ●

INCORRECT MARKS ⊘ ⊘ ⊗

ERASE CLEANLY

**SUPERVISOR CERTIFICATION**
I hereby certify that the hours reported above are correct.

| PRINT LAST NAME | WORK SUPERVISOR | DATE 02-23-00 | EXTENSION 4668 |
| PRINT LAST NAME | FIRST LINE SUPERVISOR | DATE 4-4-00 | |

12338653

CDC 191 (11/98)  SCANTRON  CUSTOM FORM NO. T-103936-CDC  © SCANTRON CORPORATION 1998 ALL RIGHTS RESERVED.  M1 4256-222-12 11 10 0 8 7 6 5 4 3 2 1  TO REORDER CALL 1-800-722-6876

01045

PRINT INMATE NAME: **HILL, R**

INSTITUTION: **CMC**    FACILITY: **East**

POSITION NO: **FAB-I.007**

## STATE OF CALIFORNIA
## DEPARTMENT OF CORRECTIONS
## INMATE TIMECARD

| LAST NAME | CDC NUMBER | MONTH | YEAR | FROM DAY | THRU DAY | MET MINIMUM | ETO USED | HOLIDAY WORKED |
|---|---|---|---|---|---|---|---|---|

**CDC NUMBER:** H 4 3 4 2 8

**MONTH:** JAN, FEB (marked), MAR, APR, MAY, JUN, JUL, AUG, SEP, OCT, NOV, DEC

**YEAR:** 94, 95 (marked), 96, 97, 98, 99, 00, 01, 02, 03, 04, 05

**1/2 DAY ASSIGNMENT (4 HRS OR LESS)**

**DIVISION**
- (01) ACADEMIC/VOCATIONAL
- (02) ADMINISTRATIVE SERVICES
- (03) BUSINESS/MAINTENANCE
- (04) CAMPS
- (05) CULINARY
- (06) CUSTODY
- (07) MEDICAL
- (08) PRISON INDUSTRIES
- (09) PROGRAM
- (10) OTHER

**UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD**

**EXCEPTIONAL TIME:** Enter reasons for all exceptional time (S, E, A).

(S)    (S)
A.S.  Vacation    21 Housing

USE NO. 2 PENCIL

CORRECT MARK ●

INCORRECT MARKS ⊘ ⊙ ⊖

ERASE CLEANLY

### SUPERVISOR CERTIFICATION
I hereby certify that the hours reported above are correct.

| PRINT LAST NAME | WORK SUPERVISOR | DATE | EXTENSION |
|---|---|---|---|
| Frank Villarreal | | 6-29-00 | 4468 |

| | FIRST LINE SUPERVISOR | DATE | |
|---|---|---|---|
| | | 2-29-00 | |

## 12337672

CDC 191 (11/98)  SCANTRON  CUSTOM FORM NO. T-103936-CDC  © SCANTRON CORPORATION 1998 ALL RIGHTS RESERVED.  M1 4059-022-12 11 10987054321  TO REORDER CALL 1-800-722-6876

01046

PRINT INMATE NAME: **HILL, R**

INSTITUTION: **CMC**    FACILITY: **East**

POSITION NO: **FAB-I.007**

**STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
INMATE TIMECARD**

LAST NAME

CDC NUMBER

**H 4 3 4 2 8**

MONTH / YEAR

| MONTH | | YEAR | |
|---|---|---|---|
| JAN | ● | 94 | ○ |
| FEB | ○ | 95 | ○ |
| MAR | ○ | 96 | ○ |
| APR | ○ | 97 | ○ |
| MAY | ○ | 98 | ○ |
| JUN | ○ | 99 | ○ |
| JUL | ○ | 00 | ● |
| AUG | ○ | 01 | ○ |
| SEP | ○ | 02 | ○ |
| OCT | ○ | 03 | ○ |
| NOV | ○ | 04 | ○ |
| DEC | ○ | 05 | ○ |

1/2 DAY ASSIGNMENT (4 HRS OR LESS)

DIVISION

- ACADEMIC/VOCATIONAL
- ADMINISTRATIVE SERVICES
- BUSINESS/MAINTENANCE
- CAMPS
- CULINARY
- CUSTODY
- MEDICAL
- PRISON INDUSTRIES
- PROGRAM
- OTHER

FROM DAY | THRU DAY | MET MINIMUM | ETO USED | HOLIDAY WORKED

UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).

10 ER Shake down, 19 Into release - Class 931 on no line

USE NO. 2 PENCIL

CORRECT MARK ●

INCORRECT MARKS ⊘ ⊘ ○

ERASE CLEANLY

**SUPERVISOR CERTIFICATION**
I hereby certify that the hours reported above are correct.

| Bertin | Villarreal | 01-31-00 | 4668 |
|---|---|---|---|
| PRINT LAST NAME Frank Villarreal | WORK SUPERVISOR | DATE | EXTENSION |
| PRINT LAST NAME | FIRST LINE SUPERVISOR | 2-7-00 DATE | |

12327455

CDC 191 (11/98)  SCANTRON  CUSTOM FORM NO. T-103936-CDC  © SCANTRON CORPORATION 1998 ALL RIGHTS RESERVED.  M# 4298-222-12 11 10 587 654321  TO REORDER CALL 1-800-722-6876

PRINT INMATE NAME: **HILL, R**

INSTITUTION: **CMC**  FACILITY: **East**

POSITION NO: **FAB-I.007**

**STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
INMATE TIMECARD**

| LAST NAME | CDC NUMBER | MONTH | YEAR | FROM DAY | THRU DAY | MET MINIMUM | PTO USED | HOLIDAY WORKED |
|---|---|---|---|---|---|---|---|---|

CDC NUMBER: **H 4 3 4 2 8**

MONTH: JAN, FEB, MAR, APR, MAY, JUN, JUL, AUG, SEP, OCT, NOV, DEC (DEC marked)

YEAR: 94, 95, 96, 97, 98, 99 (99 marked), 00, 01, 02, 03, 04, 05

**1/2 DAY ASSIGNMENT (4 HRS OR LESS)**

**DIVISION**

- ACADEMIC/VOCATIONAL
- ADMINISTRATIVE SERVICES
- BUSINESS/MAINTENANCE
- CAMPS
- CULINARY
- CUSTODY
- MEDICAL
- PRISON INDUSTRIES
- PROGRAM
- OTHER

**UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD**

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).

6 Special pass to ___ clinic, 10 Hosp clinic PD, 24 Surgical obs (S)

31 Surgical obs. (S)

USE NO. 2 PENCIL

CORRECT MARK

INCORRECT MARKS

ERASE CLEANLY

**SUPERVISOR CERTIFICATION**
I hereby certify that the hours reported above are correct.

PRINT LAST NAME   WORK SUPERVISOR   DATE 01-03-00   EXTENSION 4668

**Frank Villarreal**
PRINT LAST NAME   FIRST LINE SUPERVISOR   DATE 1-3-00

**12325598**

CDC 191 (11/98)  SCANTRON  CUSTOM FORM NO. T-103936-CDC  © SCANTRON CORPORATION 1998 ALL RIGHTS RESERVED.  M1 4698-222-12 11 10987654321  TO REORDER CALL 1-800-722-6876

01048

PRINT INMATE NAME: **HILL, R**

INSTITUTION: **CMC**   FACILITY: **East**

POSITION NO: **FAB-I.007**

### STATE OF CALIFORNIA
### DEPARTMENT OF CORRECTIONS
### INMATE TIMECARD

| LAST NAME | CDC NUMBER | MONTH | YEAR |
|---|---|---|---|
| | H 4 3 4 2 8 | JAN 94 | |

MONTH: JAN, FEB, MAR, APR, MAY, JUN, JUL, AUG, SEP, OCT, NOV, DEC

YEAR: 94, 95, 96, 97, 98, 99, 00, 01, 02, 03, 04, 05

1/2 DAY ASSIGNMENT (4 HRS OR LESS)

**DIVISION**

- ACADEMIC/VOCATIONAL
- ADMINISTRATIVE SERVICES
- BUSINESS/MAINTENANCE
- CAMPS
- CULINARY
- CUSTODY
- MEDICAL
- PRISON INDUSTRIES
- PROGRAM
- OTHER

| FROM DAY | THRU DAY | MET MINIMUM | ETO USED | HOLIDAY WORKED |
|---|---|---|---|---|

**UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD**

**EXCEPTIONAL TIME:** Enter reasons for all exceptional time (S, E, A).

(S)
30 Lockdown

USE NO. 2 PENCIL

CORRECT MARK

INCORRECT MARKS

ERASE CLEANLY

### SUPERVISOR CERTIFICATION
I hereby certify that the hours reported above are correct.

| Bacha | | 11-30-99 | 6668 |
|---|---|---|---|
| PRINT LAST NAME | WORK SUPERVISOR | DATE | EXTENSION |
| Frank Villarreal | | 12-1-99 | |
| PRINT LAST NAME | FIRST LINE SUPERVISOR | DATE | |

12317914

BLANK PAGE

CDC 128-X

| Name of Inmate HILL, RAYNARD | CDC Number H-43428 | Institution CMC-E |
|---|---|---|

The above inmate has been screened prior to assigned housing. An inmate interview and available documents indicate the following:

| Ethnicity BLA | Date of Birth 3-10-60 | Place of Birth PT HUENEME | County of Commitment VENTURA |
|---|---|---|---|
| CSR Endorsement CMC-E 6P | Sending Jail/Institution PVSP | Previous Housing Status (if known) G.P. | Release Date/Type 1/3 EPRD 8-25-08 |
| Enemies NONE | Gang/Disruptive Group Affiliation NONE | Health Concerns NONE | Other Specific Concerns NONE |
| History of In-Cell Assaults NONE | | History of Aggression towards Other Inmate NONE | |
| Other Information/Comments NONE | | Inmate's Remarks NONE | |

Based on review of the above, I have determined that:

☒ The inmate is suitable for dorm/cell housing with no special restriction.

☐ The inmate is suitable for dorm/cell housing with the following restriction: _____

☐ There are placement concerns which may require single cell assignment. These concerns are based upon the following documentation: _____

| SCREENING AUTHORITY | | |
|---|---|---|
| Signature: C. Reece | Printed Name: C.D. REECE | Title: CCI |

| APPROVING AUTHORITY | ☐ Not Applicable | Single cell status: ☐ approved ☐ disapproved |
|---|---|---|
| Signature: | Printed Name: | Title: |

cc: C-File (original)    Housing Assignment Authority    Facility Captain    Inmate

DATE: 12-31-98    INITIAL HOUSING REVIEW    GENERAL CHRONO

01050

| Name and Number: | HILL, RAYNARD | H-43428 | Room # | 2235 | CDC-128-C |
|---|---|---|---|---|---|

Please issue and allow inmate/patient to wear soft soled state shoes and/or tennis shoes in all areas due to medical reasons.

**"THIS CHRONO TO REMAIN EFFECTIVE FOR 1 YEAR."**

David Stevig, M.D.

ORIG:  C-File
CC:    Unit Health Record
       Clothing Dist.
       Voc Shoe Repair (2 Copies)
       CCI
       Inmate

| Date: | 11-30-98 | SS | (Standard Soft Sole Shoes) | CMC East Medical |
|---|---|---|---|---|

| Name and Number: | HILL, RAYMOND | H-43428 | Room # | 2235X | CDC-128-C |

It is requested that this inmate have his state shoes altered as indicated. These shoes are to be worn by inmate/patient in all areas for medical reasons.

**Alteration(s)**:  Laminate soft soles to state shoes.

David Stevig, M.D.

ORIG:   C-File
CC:     Unit Health Record
        Clothing Distribution
        Voc Shoe Repair **(2 copies)**
        CCI
        Inmate

| Date: | 11/2/98 | G.C. | (Shoe Alteration) | CMC East Medical |

| Name and Number: | HILL, RAYMOND | H-43428 | Room # | 2235X | CDC-128-C |

Please issue inmate/patient *"two"* cotton blankets in place of wool blankets for one year.

ORIG:  C-File
CC:    Unit Health Record
       Clothing Dist.
       CCI
       Inmate

David Stevig, M.D.

| Date: | 11/2/98 | | G.C. | | (Cotton Blankets) | | CMC East Medical |

01053

| Name of Inmate:<br>**ALVAREZ** | CDC Number<br>K70147 | Housing<br>2366 |
| Name of Inmate:<br>**HILL** | CDC Number<br>H43428 | Housing<br>2366X |

The above-mentioned inmates are being processed for occupancy of the same cell in general population. Each inmate was interviewed about the cell assignment and signed below to indicate agreement.

Signature of Inmate: X                    Signature of Inmate: X *Leonard Hill*

Comments from Staff Interviewer/Witness: *Refused to sign, doesn't want to -*

cc: C-File, CC-I
      Facility Captain
      Housing Unit
      Inmate

| **Staff Interviewer/Witness** |
| Signature: |
| Printed Name:    R.A. York, CC-I |
| Title:              Correctional Counselor I |

**DATE: 10/14/98        CMC-East**              **GP DOUBLE CELL REVIEW  CDC 128-X1**

NAME and NUMBER     HILL, RAYNARD                    H-43428   2394              CD

Subject has been examined by medical staff and is FIT for assignment to food
handling duties.

Orig: Central File
   cc: Unit Health Record
       Assignment Lt.                          Z. BRIGGS, MTA
       CCI - REECE                            California Men s Colony - East
       Inmate

DATE   09/04/98              (CULINARY CLEARANCE)                    MEDICAL

01055

NAME and NUMBER    HILL, RAYNARD                          H-43428  2394              CD

Subject has been examined by medical staff and is FIT for assignment to food handling duties.


Orig: Central File
  cc: Unit Health Record                        Z. BRIGGS, MTA
      Assignment Lt.                            California Men's Colony - East
      CCI   REECE
      Inmate

DATE    08/10/98              (CULINARY CLEARANCE)                        MEDICAL

01056

NAME and NUMBER                                    ROOM NO:  2394                      CDC-128-B

Inmate  HILL, RAYNARD   H-43428 _____  went to "A" Quad Orientation on   8-6-98 _____.

I/M was given an overall summary of "A" Quad and of available institution programs. I/M was issued a California Inmate Orientation Booklet.


Orig:    C-File
cc:      Inmate                                    _____
                                                   Correction Counselor-I R.A. YORK
                                                   "A" Quad, CMC-East Facility


DATE 8-6-98                                        CMC-East                   GENERAL CHRONO

01057

**NAME and NUMBER**   HILL                RAYNARD    H43428    2394    **CDC-128C**

This inmate has a TB Alert Code of:   22

Comments:

_L. Galvez, RN_
Infection Control Department
California Men's Colony - East

cc:   Central File
       Medical File
       Inmate

DATE:  08/06/1998                    TB Alert Chrono - New Arrival                    MEDICAL

01058

**NAME and NUMBER**  Hull, Raymond  H43428                    **Room/Bed**            CDC-128-B (Rev 3/98)

Subject's case was reviewed on this date for **CLOSE** custody. The review indicated subject [Check ☒ one box]
☐ *May* ☒ *May Not* require **CLOSE** custody. Factors requiring **CLOSE** custody include the following:
☐ Life without the possibility of parole. (LWOPP)
☐ DSL or total term of 50 years or more - must serve first 15 years at Close custody.
☐ Multiple Life terms - Close custody first 5 years and until within 7 years of MEPD.
☐ Serving Life and is not within seven years of his MEPD.
☐ EPRD exceeds 15 years and has not fulfilled the first years at Close custody.
☐ Public interest case (PIC) or High Notoriety Case involving violence without the first ten years at Close custody.
☐ Prior escape or attempt with force from any correctional facility/law enforcement agency/armed escort within five years return and requires first ten years under Close custody.
☐ History of escapes (attempts) without force from a secure perimeter facility or armed escort within five years. [Exclude minimum walkaway] and requires 10 years at Close custody.
☐ Involvement in documented plot/plan to escape from a secure perimeter facility within 2 years and at least the first 4 years at Close custody.
☐ Active felony, *Holds* which may result in the serving of a considerable amount of additional time after serving current term.
☐ Murder of non-inmate while in custody (total term at Close A custody after SHU term).
☐ Murder on inmate in custody within the last 6 years and for ten years after SHU term is completed.
☐ Guilty of RVR (A1-A2) or who needs further Classification Committee review due to demonstrated pattern of violence / escape / narcotic trafficking.
☐ Former gang member (Drop Out) for a 1 year period of observation.
☐ Other documented security concerns:_____

ORIG: C-File
   cc : CC I/Inmate

Date : 7-29-9?        **(CLOSE CUSTODY SCREENING REVIEW)**    **CMC-East**    **GENERAL CHRONO**

01059

NAME and NUMBER   HILL  H-43428                    *CMC-E*        CDC-128-B (Rev. 4/74)

I acknowledge receipt of this Red Privilege Card and understand that destruction, mutilation, or loss of the card will result in my being charged the cost of replacement.

_____        _____
Inmate Signature                        Correctional Counselor's Signature

Original:   Inmate Records
     cc:    Writer
            Inmate


DATE  6-10-98                    (RED PRIVILEGE CARD)              GENERAL CHRONO

NAME:  HILL, RAYNARD                    CDC NUMBER:    H-43428        CDC - 128 - C

INMATE TUBERCULOSIS SKIN TEST CHRONO        HOUSING:    **BFB1-213L**

INMATE TB ALERT CODE:              **22**

Orig: C-File

cc: Medical Record
    Inmate
**PVSP**

_____
**TB Alert Coordinator**

DATE:  6/4/98                            Medical Chrono

01061

BFB1   105L

CDC 128B (REV 4/74)

**INMATE:  HILL**          **CDC Number:  H43428**          **Class Code:  O032698**

Has completed the   **D8**   level TABE Test.

The result of his examination is a reading score of:  **10.2**

C-FILE
CCI
Education File
Student File
Inmate

A. Austin
**Institutional Testing Coordinator**

**TABE Date:**     3/27/98          **TABE RESULTS**          **GENERAL CHRONO**

01062

CDC 128C

HILL, RAYNARD    H-43428    PLEASANT VALLEY STATE PRISON
A1-139U

This inmate had a PPD test on  03/26/98

CURRENT TB code: _____ 11 _____

Orig. C-file
cc:    Medical Record
       Inmate Assignments
       Housing Officer                        _Lyman Acala RN_
       Inmate                                 Clinical Health Care Staff, ACALA
            03/26/98            PVSP (bh)    03/27/98

01063

NAME and NUMBER   HILL, R.  H-43428,  CFB4-137U,  ISP-III,  FACILITY "C"     CDC-128-B (Rev. 4/74)

Inmate HILL, R. CDC# H43428, CFB4-137U, is assigned to the "C" Vocational Ingrounds Crew, Position #PTRC-603. Inmate HILL has a medical chrono that states he is not to work outside due to his Sun sensitivity. This job position requires outside work that inmate HILL cannot perform. I request that inmate HILL be returned to classification and reassigned to a position more suitable to his needs.

ORIG: C-FILE
  CC: CCI
      WRITER
      INMATE

J. D. BARTNIK JR.
CORRECTIONAL OFFICER
FAC."C" VOC. PATROL #2, ISP-III

DATE    01/04/98            INFORMATIVE CHRONO                    GENERAL CHRONO

01064

**INMATE: HILL, R.**          **CDC#: H43428**          **HOUSE:**          **CDC 128 C**

Inmate HILL should be given a job where he has minimal exposure to sunlight. Chrono expires in one year.

C-File ✓
Medical File
Inmate
Unit CC II
CC I
I/M Assignment

*Lester H. Fuller, M.D.*
Lester H. Fuller, M.D.
Initiating Physician

*Ronald Thomas, M. D.*
Physician

R. Thomas, M.D.
Chief Physician & Surgeon

11/03/97          I/M: HILL, R.          CDC#: H43428          ISP          es          MEDICAL

NAME: Hill, R.                                              )20    **CDC 128B (REV.4/74)**

On 8-15-97        , Inmate    Hill, R.        took the Test of Adult Basic Education (T.A.B.E.) with the following results:

FORM: Survey        LEVEL: D

READING: 12.9                MATH: 12.9

LANGUAGE: 9.9              TOTAL GPL: 12.9

SPELLING: N/A

S. Heideman, Voc. Offcie Machine Repair

cc:    Original: C-File
       Education File
       Instructor
       Inmate

Testing Coordinator/Teacher/Voc.Instructor

DATE 8-31-97        **T.A.B.E. TEST RESULTS**        **IRONWOOD STATE PRISON**        **GENERAL CHRONO**

NAME and NUMBER   HILL        H-43428                          CDC-128-B (Rev. 4/74)

.nmate has: 1) X Passed/___Failed  A or B Privilege Group Status
            2) / Passed/___Failed  Weight Training Competency Test
            3) / Passed/___Failed  Medical Clearance for Weight Training

X Inmate is QUALIFIED for weight training and has received the required orientation.
  Inmate was informend of the possibility of injury associated with weight training, and
  is participating at his own risk. Inmate aknowleges release of all liability and has
  received his Weight Training Activity Card.

____ Inmate is NOT QUALIFIED.

                                    Inmate sign/date   Leonard Hill 5-22-97

:RIG: C-File
  cc: Facility Recreation Office        Recreation Officer _____
      Inmate
DATE                        WEIGHT TRAINING - IRONWOOD STATE PRISON III
      5/21/97                                              GENERAL CHRONO

                                                                    01067

NAME _____HILL_____     NUMBER H–43428_____     HOUSING C4–137 U  CDC 128C

_____XX_ INMATE HAS BEEN CLEARED FOR FULL DUTY.

_____ INMATE HAS NOT BEEN CLEARED FOR FULL DUTY, DUE TO _____

C-File
Med. File
Inmate
CCII
Counselor
Coach                    STAFF PHYSICIAN

DATE 5/14–97              ISP                    MEDICAL-PSYCHIATRIC-DENTAL

01068

INMATE NAME <u>HILL</u>          CDC# H-43428    HOUSING C-4-137 U    **CDC 128C**

## GLASSES CHRONO

Please allow inmate <u>HILL</u>                    to receive one (1) pair of prescription glasses. Metal frame is allowed, no metal clip on case. Prescription sunglasses are allowed, no mirrored lenses or leashes. They may be sent through R&R.

C-FILE
MED. FILE
INMATE
DORM OFFICER             Physician
UNIT CC II
COUNSELOR

DATE: 5-7-97                ISP                    MEDICAL

01069

NAME and NUMBER    HILL, RAYNARD              H43428        HOUSING:    CFB400000000137U

## ISP 1997 ANNUAL
## INMATE TB SKIN TESTING CHRONO

Inmate TB Alert Code:      22

Distribution:    **Central File**
                 Inmate
                 Medical File                                    Medical Examiner Signature

DATE:    4/26/97                                                 TB MEDICAL CHRONO

AME and NUMBER  *Hill    H 43 428*                    CDC 128-B (Rev. 4/74)

entral file was screened this date per memorandum dated April 11, 1997, signed by D. Tristan, Deputy Director,
stitutions Division.  File was reviewed for escape history and possible increase to close custody.

[ ]     Subject has no history of escape from a secured perimeter.

[ ]     Escape history noted.  Refer to _____
        Increase custody to close B.  Refer to UCC for Program Review.

                                                        _____
                                                        Correctional Counselor I

                                                        _____
                                                        Correctional Counselor II

ATE  *4-24-97*    Escape Screening              ISP                GENERAL CHRONO

                                                                            01071

NAME and NUMBER     **HILL**          H–43428                    CDC-128-B (Rev. 4/74)

| LAST HILL |
| FIRST K |
| CDC H–43428 |

IRONWOOD STATE PRSION

**PRIVILEGE CARD RECEIPT**

On this date, I received a **RED  /  BLUE** Privilege Card. I will retain possession of it at all times. Loss of this card will cause it to be replaced at my expense. I understand that I must surrender this card upon request to any State Employee.

X _____          X    CC–I L.W. Stout
        Inmate                      Correctional Counselor I
                                    Facility  **A  B  C  D  E**
DATE      30–JAN–97                          GENERAL CHRONO

NAME AND NUMBER:     HILL, R                                    H43428

_____ FULL DUTY, CAMP
_____ FULL DUTY, NO CAMP, REASON: _____
_____ CONVULSIVE DISORDER. AVOID DRIVING, OPERATING MACHINERY, WORKING
_____ AT HEIGHTS, NO WORKING IN CULINARY. ASSIGN TO LOWER BUNK
_____ RESTRICTED DUTY, LIMITATIONS: _____
_____ MEDICALLY UNASSIGNED BECAUSE OF: _____
__X__ YES _____ NO   CLEARED TO WORK IN CULINARY

C-FILE
MED FILE
INMATE
ASSIGNMENT LT.                                PHYSICIAN/ RN/ MTA
FOOD MANAGER

DATE:   1/30/97                         ISP

IRONWOOD STATE PRISON

NAME AND NUMBER:     HILL, R                                    H43428

TB SKIN TESTING CHRONO

INMATE TB ALERT CODE: _____     _____ MM

DISTRIBUTION:

    C-FILE
    MEDICAL FILE
    INMATE

DATE: 1/30/97 _____          SIGNATURE _____ /TITLE

WSP-RC  11/20/96
HILL RAYMOND
H-43428
03-10-60  0  B-5-219

**...ON INFORMATION CHRONO**

DEPARTMENT OF CORRECTIONS
CDC 128-C-1 (6/91)

...JS DISEASE,

- ☑ FULL DUTY
- ☑ CAMP
- ☑ CCF
- ☐ RESTRICTED / LIGHT DUTY
- ☐ MEDICALLY UNASSIGNED
  - ☐ LONG TERM
  - ☐ SHORT TERM
- ☐ WELL-HANDICAPPED PROGRAM ELIGIBLE
- ☑ FOOD HANDLING
  - ☑ CLEARED
  - ☐ NOT CLEARED

**MEDICAL RESTRICTIONS:**
- ☐ SEIZURE DISORDER DATE OF LAST SEIZURE: _____

- ☐ COMMUNICABLE DISEASE (i.e., TB, HEPATITIS, SYPHILIS)
  - ☐ ROUTINE FOLLOW-UP NEEDED
  - ☐ URGENT FOLLOW-UP NEEDED
- ☐ HEARING IMPAIRED
  - ☐ HAS HEARING AID   ☐ NEEDS H. AID
- ☐ BLIND   ☐ SERIOUS VISION PROBLEM

  MEDICATION ALLERGIES: ☑ NO ☐ YES

- ☐ DIABETIC: ☐ ORAL   ☐ INJECTION
- ☐ RESPIRATORY, (i.e., ASTHMA)
  - ☐ MEDICATION REQUIRED
- ☐ HEART DISEASE / HYPERTENSION
  - ☐ MEDICATION REQUIRED
- ☐ ORTHOPEDIC PROBLEM, DEBILITATING
  - ☐ LOWER BUNK NEEDED
  - ☐ LOWER TIER NEEDED

- ☐ MOBILITY IMPAIRED:
  - ☐ PARAPLEGIC   ☐ QUADRAPLEGIC
  - ☐ WHEELCHAIR   ☐ WALKER
  - ☐ CANE
  - ☐ AMPUTEE:
    - ☐ LEGS:   L     R
    - ☐ ARMS:   L     R
  - ☐ PROSTHESIS:
    - ☐ FULL   ☐ PARTIAL
- ☐ PSYCHIATRIC CONDITION
  - ☐ CLEARED  ☐ NEEDS EVAL.
  - ☐ PSYCHIATRIC MEDICATION NEEDED
    - ☐ YES       ☐ NO
- ☑ DENTAL CLASS:  1  2  3  4  5
  - ☑ FOLLOW UP NEEDED:
    - ☑ ROUTINE   ☐ URGENT
- ☐ PREGNANT: TRIMESTER: 1   2   3

**OTHER RESTRICTIONS:**

DISTRIBUTION:
ORIG - C-FILE   COPY - CDC HEALTH RECORD
COPY - CC I     COPY - INMATE

| INSTITUTION | PHYSICIAN'S SIGNATURE AND TITLE | DATE |
|---|---|---|
| WSP-RC | George Girgis, MO    GEORGE GIRGIS, M.D.  PHYSICIAN & SURGEON | 12/3/96 |

01075

NAME and NUMBER    HILL, R.    #H–43428    HOUSE NO. ___B5–219U___ CDC-128-B(Rev.4/74)

This inmate has been tested with the TEST OF ADULT BASIC EDUCATION (T.A.B.E.) on this date and his grade level scores are as follows:

|  |  |  |
|---|---|---|
|  | Reading | 8.7 |
| FORM # 7 | Mathematics | 7.7 |
| FORM # 8 | Language | 8.9 |
| C-File | TOTAL | 8.4 |
| Ed. File |  |  |
| Inmate Copy | Test Level: | E  M  D  A |

J. BLAIR, PSYCHOMETRIST
PSYCHOLOGICAL SERVICES
WASCO STATE PRISON-R.C.

*Total score is norm referenced

## T.A.B.E. TESTING RESULTS

DATE    11–26–96

GENERAL  CHRONO

01076