NAME and NUMBER          HILL  H-43428        WSP          CDC 128C

TB SKIN TESTING CHRONO

Inmate TB Alert Code: 22

DISTRIBUTION:

_____
DAVID J. EVANS  M.D.
INFECTIOUS DISEASE CONTROL OFFICER

Central File
Medical File
Inmate

DATE: 11/25/96          ARR DATE: 11/20/96
MEDICAL-PSYCHIATRIC-DENTAL

01077

Reception Center: WSP

## MENTAL HEALTH SCREENING

NAME: HILL                     CDC#:H43428                HOUSING:B5219U

[X] This inmate has completed a routine mental health screening and is:

    [X] Cleared for general population (no restrictions).    [] Referred for further evaluation.     [] Referred for crisis care.
    [] Able, but unwilling to participate in clinical assessment.

[] This inmate was interviewed after [] staff [] self referral on , and the following action was taken:

      [] Cleared for continued programming.     [] Referred for further evaluation.
      [] Other:
[] This inmate is non English speaking. Primary language:

| DR. RICHARD STARRETT PhD. | 5644 | | 11/22/96 |
|---|---|---|---|
| Clinician's Name (Print) | Phone/ext | Clinician's Signature | Date |

12SC    CC: C-File, Health Record, Inmate           ARRIVAL DATE: 11/20/96

01078

CDC-128-C

NAME and NUMBER: HILL, RAYNARD                H43428    CTF-C, GD-16U

1996 ANNUAL INMATE
TB SKIN TESTING CHRONO

Inmate TB Alert Code: 22

DISTRIBUTION:
  Central File
  Health Record
  Inmate

_J. Ellis M.T.A._
Staff Signature

DATE: 05/06/96

MEDICAL-PSYCHIATRIC-DENTAL

01079

## CTF-SOLEDAD PRISON

Subject: **IDENTIFICATION/PRIVILEGE CARD ISSUE FORM**

I certify that I have received on this date: _4 30 96_ an Identification/Privilege Card:

    ❏ **Green** Identification Card    ☑ **Blue** Privilege Card    ❏ **Red** Privilege Card

from the following staff member: _Sozada_

I understand and acknowledge that if I change my appearance in any way (*i.e., hair grooming; style; facial hair, ect.*), or lose this card, I will be charged for a "New" Identification AND Privilege card in accordance with Institutional Operations Plan (*I.O.*) #101.

Name: _Raymond Heu_    CDC #: _H43428_    Date: _5-1-96_

CTF-467-B (REV 2/96)

NO. H-43428 _____    NAME HILL, RAYNARD _____    HOUSING _____    CDC-128-B (Rev. 2/69)
CTF-941 (Rev. 9/93)

I hereby acknowledge receipt of the following checked document(s) and item(s):

☐  CDC Rule Book
☒  Available Institutional Programs
☒  Bed Roll
☒  Plastic Eating Utensils (1 knife, 1 fork, 1 spoon)

Inmates who lose or break any utensils will be required to sign a Trust Withdrawal Order (CDC-193) in the amount of ¢.20 cents for each item(s) damaged.

Original:  C-File      INMATE SIGNATURE                          ISSUING OFFICER
     cc:   Unit File
           Inmate
           Property File

Date:    APR. 23, 1996              DOCUMENT RECEIPT
                                 (CTF-INFORMATIVE CHRONO)

01081

NAME and NUMBER   HILL                    H43428                         X315    CDC-128-B  (Rev. 4/74)
                                                                                 CTF/244  (Rev. 08/88)

INMATE FOOD HANDLERS CHRONO

THE ABOVE NAMED INMATE'S MEDICAL RECORDS WERE REVIEWED ON THIS DATE. HE HAS BEEN CLEARED MEDICALLY TO
PREPARE AND SERVE FOOD AT THIS INSTITUTION INDEFINITELY.

ORIG:   C-FILE
cc:     ASSIGNMENT OFFICE
        CULINARY OFFICE
        MEDICAL JACKET                                        _____ M.T.A.
        INMATE                                                  STAFF PHYSICIAN OR M.T.A.
        COPY

DATE:              4-23-96                        MEDICAL-PSYCHIATRIC-DENTAL

01082

NAME and NUMBER ___HILL, RAYNARD    H-43428_____

CDC-128-B  (Rev.  3/93)
CTF-774  (Rev.  3/93)

CS ____12_____ DSL _RTO 7·18·96___  CENTRAL ☒  NORTH ☒  SOUTH ☐
Approved for:                          Gym ☐

Following review of your Central File this date, you are approved for placement as indicated above. Subject was advised he would be moved to his assigned housing as soon as possible, and if placed at CTF-Central/North he would remain on RTQ-Orientation pending Unit Classification.

Reviewing Panel
    MTA HURLEY
    C/O J. BIGGS                                    _____ CCII
                                                        Chairperson

DATE    APR. 23, 1996        CTF TRIPLEX HOUSING REVIEW        **GENERAL CHRONO**

```
WSP-RC   2/26/96
HILL RAYNARD
H-43428
3/10/60  35  D-2-140
```

INFORMATION CHRONO

DEPARTMENT OF CORRECTIONS
CDC 128-C-1 (8/91)

**MEDICAL ELIGIBILITY:**

- ☑ FULL DUTY
- ☐ CAMP
- ☑ CCF
- ☐ RESTRICTED / LIGHT DUTY
- ☐ MEDICALLY UNASSIGNED
  - ☐ LONG TERM
  - ☐ SHORT TERM
- ☐ WELL-HANDICAPPED PROGRAM ELIGIBLE
- ☑ FOOD HANDLING
  - ☑ CLEARED
  - ☐ NOT CLEARED

**MEDICAL RESTRICTIONS:**

- ☐ SEIZURE DISORDER:
  DATE OF LAST
  SEIZURE:

OTHER RESTRICTIONS:

- ☐ CHRONIC INFECTIOUS DISEASE, GROUP I, II, III, IV
- ☐ COMMUNICABLE DISEASE (i.e., TB, HEPATITIS, SYPHILIS)
  - ☐ ROUTINE FOLLOW-UP NEEDED
  - ☐ URGENT FOLLOW-UP NEEDED
- ☐ HEARING IMPAIRED
  - ☐ HAS HEARING AID   ☐ NEEDS H. AID
- ☐ BLIND    ☐ SERIOUS VISION PROBLEM

  MEDICATION ALLERGIES: ☑ NO ☐ YES

- ☐ DIABETIC: ☐ ORAL   ☐ INJECTION
- ☐ RESPIRATORY, (i.e., ASTHMA)
  - ☐ MEDICATION REQUIRED
- ☐ HEART DISEASE / HYPERTENSION
  - ☐ MEDICATION REQUIRED
- ☐ ORTHOPEDIC PROBLEM, DEBILITATING
  - ☐ LOWER BUNK NEEDED
  - ☐ LOWER TIER NEEDED

- ☐ MOBILITY IMPAIRED:
  - ☐ PARAPLEGIC    ☐ QUADRAPLEGIC
  - ☐ WHEELCHAIR    ☐ WALKER
  - ☐ CANE
  - ☐ AMPUTEE:
    - ☐ LEGS:   L    R
    - ☐ ARMS:   L    R
  - ☐ PROSTHESIS:
    - ☐ FULL   ☐ PARTIAL
- ☐ PSYCHIATRIC CONDITION
  - ☐ CLEARED   ☐ NEEDS EVAL.
  - ☐ PSYCHIATRIC MEDICATION NEEDED
    - ☐ YES       ☐ NO
- ☐ DENTAL CLASS: 1 ② 3 4 5
  - ☐ FOLLOW UP NEEDED:
    - ☐ ROUTINE  ☐ URGENT
- ☐ PREGNANT: TRIMESTER: 1  2  3

DISTRIBUTION:
ORIG - C-FILE    COPY - CDC HEALTH RECORD
COPY - CC I       COPY - INMATE

Chronic Acud ☐ hip Low Back Pain

INSTITUTION
108 PC

PHYSICIAN'S SIGNATURE AND TITLE

GLENN MILLAR, M.D.
PHYSICIAN/SURGEON

DATE 3/14/96

01084

Reception Center: WSP

## MENTAL HEALTH SCREENING

NAME: HILL                    CDC#:H43428              HOUSING:D2140L

[X] This inmate has completed a routine mental health screening and is:

    [X] Cleared for general population (no restrictions).    [] Referred for further evaluation.    [] Referred for crisis care.
    [] Able, but unwilling to participate in clinical assessment.

[] This inmate was interviewed after [] staff [] self referral on , and the following action was taken:

      [] Cleared for continued programming.        [] Referred for further evaluation.
      [] Other:
[] This inmate is non English speaking. Primary language:

| DR. RICHARD STARRETT PhD    5644 | | | 02/28/96 |
| Clinician's Name (Print) | Phone/ext | Clinician's Signature | Date |

128C    CC: C-File,  Health Record,  Inmate              ARRIVAL DATE: 02/26/96

01085

NAME and NUMBER          HILL  H-43428      WSP          CDC 128-C

TB SKIN TESTING CHRONO

Inmate TB Alert Code: 22

DISTRIBUTION:

Central File
Medical File
Inmate

_____
PHYSICIAN AND SURGEON

DATE: 2/28/96                ARR DATE: 2/26/96
MEDICAL-PSYCHIATRIC-DENTAL

STATE OF CALIFORNIA                DEPARTMENT OF CORRECTIONS            CDC128-B (REV.10/92)

NAME: HILL                              NUMBER: H43428    HOUSING: 450-1-77U
ON 05/19/95 INMATE RECEIVED THE FOLLOWING SCORES ON THE T.A.B.E. SURVEY TEST:
LEVEL AS  FORM ____READING 12.1  MATH 11.7  LANGUAGE 8.7   TOTAL BATTERY 10.3

INMATE IS NOT ELIGIBLE FOR LITERACY TRAINING IF:
  X    READING SCORE IS ABOVE 9.0 LITERACY LEVEL.

INMATE IS ELIGIBLE FOR LITERACY TRAINING:
_____ SHOULD BE ASSIGNED TO EDUCATION OR PLACED ON A WAITING LIST.

orig: C-FILE
  cc: ED FILE
      INMATE
                                                        LITERACY COORDINATOR

DATE: 05/22/95      TABE - AVENAL STATE PRISON      GENERAL  CHRONO

01087

Name and Number - HILL    H43428    4G0-0-22L

1995 ANNUAL INMATE
TB SKIN TESTING CHRONO

INMATE TB ALERT CODE - 22

DISTRIBUTION
C-File

signature___ASP MEDICAL STAFF___

Avenal State Prison
Date - 05/09/95

Medical-Pyschological-Dental

8    HiLL

**\*\*\*\*\*PRIVILEGE CARD RECEIPT\*\*\*\*\***                    CDC-128-B

Name and Number H43428

On this date, _____5-1-95_____ , I received my A/B privilege card from the under-signed Staff member.

I understand that this is not my I.D. card and that I will be required to surrender it in the event my privileges are suspended or revoked.

ISSUED BY: _____ CCĪ.                    _Raymond D Hill H43428_

Staff Signature/Title                    Inmate Signature           CDC #

DATE:

ORIG: C—FILE
COPY: IWTIP
        R&R
        INMATE
    ASP II

                    GENERAL CHRONO
                    Revised 4/92

01089

NAME and NUMBER   Hill   H43428 HOUSING   ①                    ASP/49

    Subject has been examined by medical staff and is fit for assignment to
food handling duties.

    ‐0 restrictions

Orig:   C-File
        Health Record
        Assignment Lt.
        Inmate

                     CULINARY CLEARANCE   A. Richardson RN

DATE   4/27/95                                       MEDICAL—PSYCHIATRIC—DENTAL

01090

MENTAL HEALTH PLACEMENT

NAME: _Hill_ _Raymond_ _MI_     CDC#: _H43928_          HOUSING: _B6 - 201L_
LAST          FIRST

This inmate has completed a mental health evaluation with the following results:

☒ DOES NOT MEET CRITERIA FOR INCLUSION IN THE          ☐ MEETS CRITERIA FOR INCLUSION IN THE MH
MH TREATMENT POPULATION                                      TREATMENT POPULATION (SEE LOC BELOW)

Level of Functioning Assessment (GAF score or equivalent): _70_          Psychotropic Medication: ☐ Yes     ☒ No

Behavioral Alerts: _None_

Level of Care Recommendation (LOC):
☐ Inpatient DMH          ☐ Crisis Bed (MHCB)          ☐ Enhanced Out Patient (EOP)          ☐ Clinical Case Management (CCCMS)

CLINICIAN'S NAME (PRINT) _____ PHONE/EXTENSION _____     CLINICIAN'S SIGNATURE _____     DATE _3/22/95_

CDC 128C  CC:   C-FILE, HEALTH RECORDS, INMATE

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
**RECEPTION CENTER MEDICAL CLEARANCE / RESTRICTION INFORMATION CHRONO**
CDC 128-C-1 (8/81)

| CDC NUMBER | NAME | | |
|---|---|---|---|
| H 43428 | HILL RENARD | 2/27/95 | TBA    Code 22 |

**MEDICAL ELIGIBILITY:**

☒ FULL DUTY

☒ CAMP

☒ CCF

☐ RESTRICTED / LIGHT DUTY

☐ MEDICALLY UNASSIGNED
  ☐ LONG TERM
  ☐ SHORT TERM

☐ WELL-HANDICAPPED
  PROGRAM ELIGIBLE

☒ FOOD HANDLING
  ☒ CLEARED
  ☐ NOT CLEARED

**MEDICAL RESTRICTIONS:**

☐ SEIZURE DISORDER
  DATE OF LAST
  SEIZURE:

---

☐ CHRONIC INFECTIOUS DISEASE,
  GROUP I, II, III, IV

☐ COMMUNICABLE DISEASE
  (i.e., TB, HEPATITIS, SYPHILIS)
  ☐ ROUTINE FOLLOW-UP NEEDED
  ☐ URGENT FOLLOW-UP NEEDED

☐ HEARING IMPAIRED
  ☐ HAS HEARING AID    ☐ NEEDS H. AID

☐ BLIND    ☐ SERIOUS VISION PROBLEM

MEDICATION ALLERGIES: ☒ NO ☐ YES

☐ DIABETIC: ☐ ORAL    ☐ INJECTION

☐ RESPIRATORY, (i.e., ASTHMA)
  ☐ MEDICATION REQUIRED

☐ HEART DISEASE / HYPERTENSION
  ☐ MEDICATION REQUIRED

☐ ORTHOPEDIC PROBLEM, DEBILITATING
  ☐ LOWER BUNK NEEDED
  ☐ LOWER TIER NEEDED

---

☐ **MOBILITY IMPAIRED:**

☐ PARAPLEGIC    ☐ QUADRAPLEGIC
☐ WHEELCHAIR    ☐ WALKER
☐ CANE

☐ AMPUTEE:
  ☐ LEGS:    L    R
  ☐ ARMS:    L    R

☐ PROSTHESIS:
  ☐ FULL ☐ PARTIAL

☐ **PSYCHIATRIC CONDITION**

  ☐ CLEARED ☐ NEEDS EVAL.

  ☐ PSYCHIATRIC MEDICATION NEEDED

  ☐ YES    ☐ NO

☒ DENTAL CLASS: 1 ② 3  4  5

☒ FOLLOW UP NEEDED:
  ☒ ROUTINE ☐ URGENT

☐ PREGNANT: TRIMESTER: 1  2  3

---

OTHER RESTRICTIONS:

DISTRIBUTION:
ORIG - C-FILE    COPY - CDC HEALTH RECORD
COPY - CC I      COPY - INMATE

| INSTITUTION | PHYSICIAN'S SIGNATURE AND TITLE | DATE |
|---|---|---|
| WSP-RC | _signature_   GLENN MILLAR, M.D. PHYSICIAN/SURGEON | 3/7/95 |

01092

Reception Center: _____    MENTAL HEALTH SC

NAME: _____    CDC#: _____

WSP-RC   2/27/95
HILL RAYNARD
H-43428
3/10/60  34

☑ This inmate has completed a routine mental health screening and is:

   ☐ Cleared for general population (no restrictions).   ☑ Referred for further evaluation.   ☐ Referred for crisis care.

   ☐ Able, but unwilling to participate in clinical assessment.

☐ This inmate was interviewed after   ☐ staff   ☐ self   referral on ____/____/____, and the following action was taken:

   ☐ Cleared for continued programming.   ☐ Referred for further evaluation.

   ☐ Other: _____

☐ This inmate is non English speaking. Primary language: _____

Blair                        5681                    J. Bla,                3-1-95
Clinician's Name (Print)         Phone / Extension        Clinician's Signature              Date

CDC 128C    ☐: C-File    Health Record.              Inmate

01093

NAME and NUMBER          HILL  H-43428      WSP        CDC 128-C

TB SKIN TESTING CHRONO

Inmate TB Alert Code: 22

_Sethi_
PHYSICIAN AND SURGEON

DISTRIBUTION:

Central File
Medical File
Inmate

DATE: 3/1/95                    ARR DATE: 2/27/95
MEDICAL-PSYCHIATRIC-DENTAL

01094

**Name and Number**   Hill, Raynard   H43428                          **Housing:**   11-01U          CDC-128-B

This is to confirm that the above-named inmate has attended the CMC-West Orientation Class, and has been informed that a complete copy of the orientation package is available through the dorm office.

_Raynard B. Hill_
Inmate's Signature

_[signature]_
Officer's Signature

Original:   C-File
cc:   AWC-File
      Inmate

**DATE:**          7-8-94          **[CMC-WEST ORIENTATION]**                    **GENERAL CHRONO**

01095

STATE OF CALIFORNIA
**RECEPTION CENTER MEDICAL CLEARANCE / RESTRICTION INFORMATION CHRONO**
DEPARTMENT OF CORRECTIONS
CDC 128-C-1 (8/91)

| CDC NUMBER | NAME | | |
|---|---|---|---|
| H 43428 | HILL RAYNARD | 4/18/94 | TBA 22 |

**MEDICAL ELIGIBILITY:**

- ☑ FULL DUTY
- ☑ CAMP
- ☑ CCF
- ☐ RESTRICTED / LIGHT DUTY
- ☐ MEDICALLY UNASSIGNED
  - ☐ LONG TERM
  - ☐ SHORT TERM
- ☐ WELL-HANDICAPPED PROGRAM ELIGIBLE
- ☑ FOOD HANDLING
  - ☑ CLEARED
  - ☐ NOT CLEARED

**MEDICAL RESTRICTIONS:**

- ☐ SEIZURE DISORDER
  DATE OF LAST
  SEIZURE:

- ☐ CHRONIC INFECTIOUS DISEASE, GROUP I, II, III, IV
- ☐ COMMUNICABLE DISEASE (i.e., TB, HEPATITIS, SYPHILIS)
  - ☐ ROUTINE FOLLOW-UP NEEDED
  - ☐ URGENT FOLLOW-UP NEEDED
- ☐ HEARING IMPAIRED
  - ☐ HAS HEARING AID    ☐ NEEDS H. AID
- ☐ BLIND    ☐ SERIOUS VISION PROBLEM

  MEDICATION ALLERGIES: ☑ NO ☐ YES

- ☐ DIABETIC: ☐ ORAL ☐ INJECTION
- ☐ RESPIRATORY, (i.e., ASTHMA)
  - ☐ MEDICATION REQUIRED
- ☐ HEART DISEASE / HYPERTENSION
  - ☐ MEDICATION REQUIRED
- ☐ ORTHOPEDIC PROBLEM, DEBILITATING
  - ☐ LOWER BUNK NEEDED
  - ☐ LOWER TIER NEEDED

**MOBILITY IMPAIRED:**

- ☐ PARAPLEGIC    ☐ QUADRAPLEGIC
- ☐ WHEELCHAIR    ☐ WALKER
- ☐ CANE
- ☐ AMPUTEE:
  - ☐ LEGS :    L    R
  - ☐ ARMS:    L    R
- ☐ PROSTHESIS:
  - ☐ FULL    ☐ PARTIAL
- ☑ PSYCHIATRIC CONDITION
  - ☑ CLEARED    ☐ NEEDS EVAL.
  - ☑ PSYCHIATRIC MEDICATION NEEDED
    - ☐ YES    ☑ NO
- ☑ DENTAL CLASS:  1  (2) 3  4  5
  - ☑ FOLLOW UP NEEDED:
    - ☑ ROUTINE    ☐ URGENT
- ☐ PREGNANT:  TRIMESTER:  1   2   3

**OTHER RESTRICTIONS:**

DISTRIBUTION:
ORIG - C-FILE    COPY - CDC HEALTH RECORD
COPY - CC I    COPY - INMATE

| INSTITUTION | PHYSICIAN'S SIGNATURE AND TITLE | DATE |
|---|---|---|
| WSP-RC | Dac Chu , M.D | 05/05/94 |

01096

NAME and NUMBER          HILL   H-43428          WSP          CDC 128-C

TB SKIN TESTING CHRONO

Inmate TB Alert Code: 22

*R C*

DISTRIBUTION:

Central File
Medical File
Inmate                                    PHYSICIAN AND SURGEON

DATE: 4/20/94                 ARR DATE: 4/18/94
MEDICAL-PSYCHIATRIC-DENTAL

HILL, RAYNARD BYRON                    H-43428

Name & Number _____

**IN CASE OF SERIOUS ILLNESS, ACCIDENT OR DEATH, I REQUEST THAT THE BELOW NAMED PARTY BE NOTIFIED:**

Name _ERNESTINE HILL_____ Relationship _MOTHER_ Phone No. (805) 3856742

Address _3660 KEEL AVE_____ CITY _OXNARD_ STATE _CA_ 93035
                                                                                            9

Name _____ Relationship _____ Phone No. _____

Address _____ CITY _____ STATE _____

Signature _Raynard Hill_____ Date _4-18-94_____
                    Write Full Name

**NOTICE IN CASE OF DEATH OR ILLNESS**

CDC-127

NAME and NUMBER    HILL ,RAYNARD  H-43428    OR-28      CDC-128C

This inmate has a TB Alert Code of:  11   21  (22)  31   32   33   43
                                    (Please circle one)

_____
Public Health Department
California Men's Colony - East

cc:   Central File
      Medical File
      Inmate

DATE  10/08/93                              MEDICAL-PSYCHIATRIC-DENTAL

01099

NAME and NUMBER  HILL, RAYMOND                    H-43428                    OR-28U        CDC-128-C

Subject has been examined by Medical Staff and is  ☒ FIT  ☐ UNFIT  for assignment to food handling duties.

EXCEPTIONS and/or RESTRICTIONS: _____

_____

ORIG: C-File
  cc: Med. Jacket                                    COMPLETED:
      AWC File
      Assignment Lt.                                 1) PPD  ☐ YES  ☐ NO
      Main Kitchen
      Inmate                                         2) RPR  ☐ YES  ☐ NO

                                                     3) CXR  ☐ YES  ☐ NO

                        _C. Christensen L. MTA_
                    Hospital Clinic  C. CHRISTENSEN, SR. MTA

DATE  10-6-93      (ANNUAL HEALTH/CULINARY CLEARANCE)   CMC  ☐ East  ☒ West      MEDICAL

**Name and Number**  HILL,R                    H-43428              **Housing:** OR-28U              .CDC-128-B

This is to confirm that the above-named inmate has attended the CMC-West Orientation Class, and has been informed that a complete copy of the orientation package is available through the dorm office.

_Raynard Hill_
Inmate's Signature

Officer's Signature

Original:   C-File
     cc:    AWC-File
            Inmate

**DATE:**                        **[CMC-WEST ORIENTATION]**                    **GENERAL CHRONO**

01101

NAME and NUMBER Hill    H43428                 C6/1507

CDC-128-B (Rev. 1/86)
MCSP (Rev. 10/92)

I hereby acknowledge receipt of a copy of my legal status which has been updated by application of work time credits. I am aware that 60 days after receipt of this legal status all time cards prior to date of update will be purged unless appealed.

Work Credit Gained Through ___4 - 30 - 93_____

Signed: ___Raymond Hill A43428___ Date: ___5 - 23 - 93___

Name                                    Number

Inmate to sign CDC-128-B, return original to Records Office/File room.

Original: C-File
Copy: Inmate

DATE: 5 - 18 - 93                 Receipt of Legal Status                 GENERAL CHRONO

01102

NAME and NUMBER : _Hill_          # _443728_  HOUSING: _CG-150_ CDC-128-C

**MCSP HEALTH SERVICES DIVISION MEDICAL/DENTAL LAY-IN SLIP**

The actual amount of "E" time used is: _One_ (# of work hrs/days).

This inmate is restricted to his cell except for: visits, meals, medication calls and/or medical appointments.  The medical lay-in is revoked and/or a CDC-115 is issued if the above directions are abused.  The inmate will accrue "E" time, day for day.  If none is available, the inmate will be marked absent until he returns to work.

I/M WILL USE "E" TIME FROM (Dates): _5/11/93_ TO _5/11/93_ Ending at 2400 hrs.

REASON FOR LAY-IN: _Coughing_

PHYSICIAN: _Smith_          RN/MTA: _____

Orig: C-File
   cc: Med. File;Work Supvr.;Inmate

DATE _5/11/93_ _# 3073_

MEDICAL—PSYCHIATRIC—DENTAL

NAME and NUMBER

CDC-128-C

CDC-128-C

NAME and NUMBER: HILL, RAYNARD                    H43428   AMA

1993 ANNUAL INMATE
TB SKIN TESTING CHRONO

Inmate TB Alert Code: 22

DISTRIBUTION:

Central File

Signature
MEDICAL—PSYCHIATRIC—DENTAL

DATE

01104

NAME and NUMBER: _Hill, Raymond_ # _H 43428_    HOUSING: _C C 120 L_    CDC-128-C

| MULE CREEK STATE PRISON HEALTH SERVICES DIVISION MEDICAL / DENTAL LAY-IN SLIP |

A Check is placed in the space where the actual amount of "E" Time is used:

2 hrs:_____    4 hrs: _____    6 hrs: _____    8 hrs / 1 day: _1_    16 hrs / 2 days: _____

24 hrs / 3 days: _____    32 hrs / 4 days: _____    40 hrs / 5 days: _____

INMATE WILL USE "E" TIME FROM (Dates): _11/6/92_ TO _11/6/92_ Ending at 2400 hrs.

REASON FOR LAY-IN: _Left ankle sprain_

PHYSICIAN: _Smith_    RN / MTA: _K. Johnson, MTA_

Orig: C - File    1st copy - Med. File
2nd copy - Assign. Lt.
3rd copy - Inmate

DATE _11/6/92_    # _2125_    MEDICAL-PSYCHIATRIC-DENTAL

4,11   · A-43428

I hereby acknowledge receipt of the following documents:

☑ CDC Rule Book

☐ CRB Rules

☐ Worker's Compensation Information

☐ Available Institution Programs

_Raynard Hill_  A.4 3428
**INMATE SIGNATURE**

CDC-128-011-77)

**DOCUMENT RECEIPT**

INSTITUTION: _White Creek Prison_

DATE: _9-13-92_

NAME and NUMBER

CDC-128-C

HILL, RAYNARD                    H43428              12-245U

The above named inmate has been cleared by the medical staff for
culinary duties, meat handling, and coffee grinding.

Orig: C-File
  cc: Med. File
      Assign. Lt.                    C. SMITH, M.D.
      Inmate

                                                      bf

DATE      9/10/92      MULE CREEK STATE PRISON-IONE      MEDICAL—PSYCHIATRIC—DENTAL

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
**RECEPTION CENTER MEDICAL CLEARANCE / RESTRICTION INFORMATION CHRONO**
CDC 128-C-1 (8/91)

| CDC NUMBER | NAME | |
|---|---|---|
| H43428 | Hill, Raynard Bryon | 7-29-92 |

**MEDICAL ELIGIBILITY:**

☑ FULL DUTY

☑ CAMP

☑ CCP

☐ RESTRICTED / LIGHT DUTY

☐ MEDICALLY UNASSIGNED

☐ LONG TERM
☐ SHORT TERM

☐ WELL-HANDICAPPED
PROGRAM ELIGIBLE

☐ FOOD HANDLING

☐ CLEARED
☐ NOT CLEARED

**MEDICAL RESTRICTIONS:**

☐ SEIZURE DISORDER
DATE OF LAST
SEIZURE: _____

☐ CHRONIC INFECTIOUS DISEASE,
GROUP I, II, III, IV

☐ COMMUNICABLE DISEASE
(i.e., TB, HEPATITIS, SYPHILIS)

☐ ROUTINE FOLLOW-UP NEEDED
☐ URGENT FOLLOW-UP NEEDED

☐ HEARING IMPAIRED
☐ HAS HEARING AID    ☐ NEEDS H. AID

☐ BLIND    ☐ SERIOUS VISION PROBLEM

MEDICATION ALLERGIES: ☑ NO  ☐ YES

☐ DIABETIC: ☐ ORAL    ☐ INJECTION

☐ RESPIRATORY, (i.e., ASTHMA)
☐ MEDICATION REQUIRED

☐ HEART DISEASE / HYPERTENSION
☐ MEDICATION REQUIRED

☐ ORTHOPEDIC PROBLEM, DEBILITATING
☐ LOWER BUNK NEEDED
☐ LOWER TIER NEEDED

☐ **MOBILITY IMPAIRED:**

☐ PARAPLEGIC    ☐ QUADRAPLEGIC
☐ WHEELCHAIR    ☐ WALKER
☐ CANE

☐ AMPUTEE:
☐ LEGS:    L      R
☐ ARMS:    L      R

☐ PROSTHESIS:
☐ FULL    ☐ PARTIAL

☐ PSYCHIATRIC CONDITION:

☐ CLEARED  ☐ NEEDS EVAL.

☐ PSYCHIATRIC MEDICATION NEEDED

☐ YES        ☐ NO

☐ DENTAL CLASS: 1 ②3  4  5

☑ FOLLOW UP NEEDED:
☑ ROUTINE ☐ URGENT

☐ PREGNANT: TRIMESTER: 1  2  3

**OTHER RESTRICTIONS:**

DISTRIBUTION:
ORIG - C-FILE    COPY - CDC HEALTH RECORD
COPY - CC I    COPY - INMATE

| INSTITUTION | PHYSICIAN'S SIGNATURE AND TITLE | DATE |
|---|---|---|
| USP-RC | Dac Chu, M.D | 08-19-92 |

01108

NAME and NUMBER -HILL, R   H-43428    Co○        House No. __B6/103L__ ---- CDC-128-B (Rev. 4/74

This Inmate has been tested with the Test of Adult Basic Education (T.A.B.E.) on this date and
his grade level scores are as follows:

|  |  |  |
|---|---|---|
|  | Reading | 10.8 |
|  | Mathematics | 12.9 |
| C-File | Language | 5.5 |
| Ed.-File | Total | 9.2 |
| Inmate Copy | Test Level: **E M D ⓓ** |  |
|  | Form: 3 4 5 |  |
|  | <u>SURVEY</u> |  |

*Total Score is Norm Referenced.

_J. Blair_

PSYCHOMETRIST

PSYCHOLOGICAL SERVICES

WASCO STATE PRISON/RECEPTION CENTER

**TESTING RESULTS**

DATE  8/5/92

GENERAL CHRONO

01109

| CDC NUMBER | NAME (LAST, FIRST, MIDDLE) | | |
|---|---|---|---|
| A43428 | Hill, Raynard | | |

**IN CASE OF SERIOUS ILLNESS, ACCIDENT OR DEATH,**
**I REQUEST THAT THE BELOW NAMED PARTY BE NOTIFIED**

| NAME | RELATIONSHIP | PHONE NO. |
|---|---|---|
| Raynard Byrome Hill | | |
| ADDRESS | | |

| NAME | RELATIONSHIP | PHONE NO. |
|---|---|---|
| Mr & Mrs. Roy L Hill Sr | Parents | (805) 9856742 |
| ADDRESS 8660 Keel Ave  Oxnard, CA. 93035 | | |

| INMATE'S SIGNATURE (WRITE FULL NAME) | DATE |
|---|---|
| Raynard B Hill | JUL 29 1992 |

No @ hand S hunley PA (A) 8/12/93 MCSP

CDC 127 (6/90)    **NOTICE IN CASE OF DEATH OR ILLNESS**

01110

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**GRADE**
S = SATISFACTORY
U = UNSATISFACTORY

| ATTITUDE | GRADE |
|---|---|
| ADAPTABILITY | S |
| CONDUCT | S |
| COOPERATION | S |
| DEPENDABILITY | S |
| INITIATIVE | S |

**TOTAL CERTIFICATION UNITS IN COURSE:**

| | |
|---|---|
| VOCATION (VOC) | 34 |
| ADULT BASIC EDUCATION (ABE) | |
| GENERAL EDUCATION DEVELOPMENT(GED) | |
| HIGH SCHOOL (H. SCH) | |
| ENGLISH SECOND LANGUAGE (ESL) | |

**TOTAL CERTIFICATION UNITS PRIOR TO THIS QUARTER:** 12

LIST SPECIFIC CERTIFICATION UNITS COMPLETED

V03.05.01-.04,.14,.15,.18,.20-.24,

| DATE STUDENT ENROLLED | DATE STUDENT TERMINATED | REASON FOR TERMINATION |
|---|---|---|
| 5/6/98 | 7/27/98 | TRANSFERRED TO ANOTHER INSTITUTION |

COMMENTS:

INMATE HILL HAS NOT COMPLETED THE COURSE. THEREFORE, HE IS NOT EMPLOYABLE IN THIS FIELD. HE HAD SUCCESSFULLY COMPLETED PART OF THE COURSE. WHILE HE WAS IN THE CLASS HE TOOK ADVANTAGE OF HIS TIME BY STUDYING THE VARIOUS WORK BOOKS.

**(TERMINATION)**

| DATE OF CHRONO | COURSE TITLE | GRADE | INSTRUCTOR |
|---|---|---|---|
| 7/29/98 | VOC. REFRIGERATION | | ROBERT QUINCEL |
| CDC NUMBER | NAME (LAST, FIRST) | | INSTITUTION |
| H-43428 | HILL | | PVSP |

**EDUCATION PROGRESS REPORT**

CDC 128-E (7/89)

01111

*CMC E*

STATE OF CALIFORNIA                                           DEPARTMENT OF CORRECTIONS

**GRADE**
S = SATISFACTORY
U = UNSATISFACTORY

**TOTAL CERTIFICATION UNITS IN COURSE:**

| ATTITUDE | GRADE | | |
|---|---|---|---|
| ADAPTABILITY | S | VOCATION (VOC) | 34 |
| CONDUCT | S | ADULT BASIC EDUCATION (ABE) | |
| COOPERATION | S | GENERAL EDUCATION DEVELOPMENT(GED) | |
| DEPENDABILITY | S | HIGH SCHOOL (H. SCH) | |
| INITIATIVE | S | ENGLISH SECOND LANGUAGE (ESL) | |

**TOTAL CERTIFICATION UNITS PRIOR TO THIS QUARTER:** 0

LIST SPECIFIC CERTIFICATION UNITS COMPLETED
V03.05.001-.004;14,15,18,.20-.23,

| DATE STUDENT ENROLLED | DATE STUDENT TERMINATED | REASON FOR TERMINATION |
|---|---|---|
| 5-6-98 | | |

COMMENTS:
HILL IS ON TASK, WITH NO BEHAVIOR OR ATTENDANCE PROBLEMS.  HILL COMPLETED
HIS TUBING PROJECT AND THIS COMPLETED HIS WELDING AND BRAZING.  HILL WILL
BE SUCCESSFUL IN ANY ASPECT OF THIS TRADE.  HE IS CURRENTLY NOT EMPLOYABLE
IN THIS TRADE AT PRESENT TIME.


APRIL-JUNE                              QUARTERLY

| DATE OF CHRONO | COURSE TITLE | GRADE | INSTRUCTOR |
|---|---|---|---|
| 6-22-98 | VOC. REFRIGERATION | | ROBERT QUINCEL |
| CDC NUMBER | NAME (LAST, FIRST) | | INSTITUTION |
| H-43428 | HILL | | PVSP |

**EDUCATION PROGRESS REPORT**

CDC 128-E (7/89)

01112

Records

STATE OF CALIFORNIA
CDC 101 (1/92)

**WORK SUPERVISOR'S REPORT**

DEPARTMENT OF CORRECTIONS

| GRADES | GRADE | | GRADE | |
|---|---|---|---|---|
| 1 = EXCEPTIONAL | 3 | A. DEMONSTRATED SKILL AND KNOWLEDGE | 3 | F. TEAMWORK AND PARTICIPATION |
| 2 = ABOVE AVERAGE | 3 | B. ATTITUDE TOWARD FELLOW INMATES AND WORKERS | 3 | G. LEARNING ABILITY |
| 3 = SATISFACTORY | 3 | C. ATTITUDE TOWARD SUPERVISORS AND STAFF | 3 | H. USE OF TOOLS AND EQUIPMENT |
| 4 = BELOW AVERAGE | 3 | D. INTEREST IN ASSIGNED WORK | 3 | I. QUALITY OF WORK |
| 5 = UNSATISFACTORY | 3 | E. EFFORT DISPLAYED IN ASSIGNED WORK | 3 | J. QUANTITY OF WORK |

| PAY STATUS: FROM: $ | TO: $ | FROM: JOB NO. | PTRF1.005 | TO: JOB NO. |
|---|---|---|---|---|

TOTAL # Hours Assigned:                    TOTAL # Hours Worked:

| INMATE ASSIGNED TO | DATE ASSIGNED | ACTUAL WORK CONSISTS OF | PERIOD COVERED BY REPORT |
|---|---|---|---|
| B-1 | 4-9-98 | B-1 Porter, 2/W | 4-9-98 - 5-6-98 |

| RECOMMENDED FOR: | ☑ REASSIGNMENT | ☐ RETAIN | ☐ PAY INCREASE | ☐ PAY DECREASE | INMATE'S INITIALS: |
|---|---|---|---|---|---|

| COMMENTS (IF MORE SPACE REQUIRED, USE REVERSE SIDE) | CODE OF SAFE PRACTICES REVIEWED | |
|---|---|---|
| Unassigned 5-6-98 | SUP'S INITIALS: EC | INMATE'S INITIALS: |

| SUPERVISOR | LENGTH OF SUPERVISION | WORK DETAIL | ETHNICITY |
|---|---|---|---|
| E. Corum | 1 month | Porter | Black |

| INMATE'S NAME | CDC NUMBER | INSTITUTION | DATE |
|---|---|---|---|
| Hill | H-43428 | PVSP | 5-6-98 |

STATE OF CALIFORNIA
CDC 101 (1/92)                                    **WORK SUPERVISOR'S REPORT**                         DEPARTMENT OF CORRECTIONS

| GRADES | GRADE | | GRADE | |
|---|---|---|---|---|
| 1 = EXCEPTIONAL | 5 | A. DEMONSTRATED SKILL AND KNOWLEDGE | 5 | F. TEAMWORK AND PARTICIPATION |
| 2 = ABOVE AVERAGE | 5 | B. ATTITUDE TOWARD FELLOW INMATES AND WORKERS | 5 | G. LEARNING ABILITY |
| 3 = SATISFACTORY | 5 | C. ATTITUDE TOWARD SUPERVISORS AND STAFF | 5 | H. USE OF TOOLS AND EQUIPMENT |
| 4 = BELOW AVERAGE | 5 | D. INTEREST IN ASSIGNED WORK | 5 | I. QUALITY OF WORK |
| 5 = UNSATISFACTORY | 5 | E. EFFORT DISPLAYED IN ASSIGNED WORK | 5 | J. QUANTITY OF WORK |

| PAY STATUS:  FROM: $ | TO: $ | FROM: JOB NO. | | TO: JOB NO. |
|---|---|---|---|---|

| TOTAL # Hours Assigned: 175 | | TOTAL # Hours Worked: |

| INMATE ASSIGNED TO | DATE ASSIGNED | ACTUAL WORK CONSISTS OF *Raking dirt areas,* | PERIOD COVERED BY REPORT |
|---|---|---|---|
| COMPLEX II | 9-30-97 | *Picking up trash, sweep, plus wood at sweat lodge* | 1 mo. |

| RECOMMENDED FOR: [X] REASSIGNMENT  [ ] RETAIN  [ ] PAY INCREASE  [ ] PAY DECREASE | INMATE'S INITIALS |
|---|---|

| COMMENTS (IF MORE SPACE REQUIRED, USE REVERSE SIDE) *Jim Hill refuse to work out enemios status. "I have a skin condition"* | CODE OF SAFE PRACTICES REVIEWED SUPV'S INITIALS: | INMATE'S INITIALS: |
|---|---|---|

| SUPERVISOR  L.A. GARCIA | LENGTH OF SUPERVISION  1 mo. | WORK DETAIL  LSC-C.004 | ETHNICITY  BLK |
|---|---|---|---|
| INMATE'S NAME  HILL | CDC NUMBER  H43428 | INSTITUTION  I.S.P. | DATE  11-6-97 |

01114

STATE OF CALIFORNIA                                                                                          DEPARTMENT OF CORRECTIONS

**GRADE**

| **ATTITUDE** | S = SATISFACTORY<br>U = UNSATISFACTORY | **TOTAL CERTIFICATION UNITS IN COURSE:** | |
|---|---|---|---|
| ADAPTABILITY | S | VOCATION (VOC) | 21 |
| CONDUCT | S | ADULT BASIC EDUCATION (ABE) | |
| COOPERATION | S | GENERAL EDUCATION DEVELOPMENT(GED) | |
| DEPENDABILITY | S | HIGH SCHOOL (H. SCH) | |
| INITIATIVE | S | ENGLISH SECOND LANGUAGE (ESL) | |

**TOTAL CERTIFICATION UNITS PRIOR TO THIS QUARTER:** None

LIST SPECIFIC CERTIFICATION UNITS COMPLETED

None

| DATE STUDENT ENROLLED | DATE STUDENT TERMINATED | REASON FOR TERMINATION |
|---|---|---|
| 7-12-97 | | Class closure |

COMMENTS:

    Mr. Hill was assigned to this program for about 6 weeks. Attitude and demeanor were good. Interest appeared acceptable. Progress was somewhat slow due to erratic study habits, but participation was good. Academic and manipulative abilities were good.
    Mr. Hill had accumulated about 138 (class seat hours), but no real saleable skills.

| DATE OF CHRONO | COURSE TITLE | GRADE | INSTRUCTOR |
|---|---|---|---|
| 8-31-97 | Vocational Office Machine Repair | N/A | S. Heideman |

| CDC NUMBER | NAME (LAST, FIRST) | | INSTITUTION |
|---|---|---|---|
| H-43428 | Hill, R. | C4-137 | I.S.P. |

**EDUCATION PROGRESS REPORT**

CDC 128-E (7/89)

01115

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**GRADE**

| **ATTITUDE** | S = SATISFACTORY<br>U = UNSATISFACTORY | | **TOTAL CERTIFICATION UNITS IN COURSE:** | | |
|---|---|---|---|---|---|
| ADAPTABILITY | S | | VOCATION (VOC) | 21 | |
| CONDUCT | S | | ADULT BASIC EDUCATION (ABE) | | |
| COOPERATION | S | | GENERAL EDUCATION DEVELOPMENT(GED) | | **TOTAL CERTIFICATION** |
| DEPENDABILITY | S | | HIGH SCHOOL (H. SCH) | | **UNITS PRIOR TO THIS** |
| INITIATIVE | S | | ENGLISH SECOND LANGUAGE (ESL) | | **QUARTER:** None |

LIST SPECIFIC CERTIFICATION UNITS COMPLETED
   None

| DATE STUDENT ENROLLED | DATE STUDENT TERMINATED | REASON FOR TERMINATION |
|---|---|---|
| 7-12-97 | | |

COMMENTS:

Mr. Hill has been assigned to Voc. Office Machine Repair for approximately 1 month. Student has been participating as required for retention in this program, but had indicated verbally upon assignment he did not want to be in this program. Student's attitude is acceptable as is his demeanor. As this program is closing 8-31-97 it is recommended that he be considered for return to his prior assignment in the kitchen.

| DATE OF CHRONO | COURSE TITLE | | GRADE | INSTRUCTOR |
|---|---|---|---|---|
| 8-11-97 | Vocational Office Machine Repair | | N/A | S. Heideman |
| CDC NUMBER | NAME (LAST, FIRST) | | INSTITUTION | |
| H-43428 | Hill, R.    C4-137 U | | I.S.P. | |

Periodic    **EDUCATION PROGRESS REPORT**    OMR-C.020    CDC 128-E (7/89)

01116

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**GRADE**
S = SATISFACTORY
U = UNSATISFACTORY

| **ATTITUDE** | |
|---|---|
| ADAPTABILITY | |
| CONDUCT | |
| COOPERATION | |
| DEPENDABILITY | |
| INITIATIVE | |

**TOTAL CERTIFICATION UNITS IN COURSE:**

| | |
|---|---|
| VOCATION (VOC) | 21 |
| ADULT BASIC EDUCATION (ABE) | |
| GENERAL EDUCATION DEVELOPMENT(GED) | |
| HIGH SCHOOL (H. SCH) | |
| ENGLISH SECOND LANGUAGE (ESL) | |

**TOTAL CERTIFICATION UNITS PRIOR TO THIS QUARTER:** None

LIST SPECIFIC CERTIFICATION UNITS COMPLETED

| DATE STUDENT ENROLLED | DATE STUDENT TERMINATED | REASON FOR TERMINATION |
|---|---|---|
| 7-12-97 | | |

COMMENTS:

Student was assigned to this program, effective: 7-12-97

| DATE OF CHRONO | COURSE TITLE | | GRADE | INSTRUCTOR |
|---|---|---|---|---|
| 7-12-97 | Vocational Office Machine Repair | | N/A | S. Heideman |
| **CDC NUMBER** | **NAME (LAST, FIRST)** | | **INSTITUTION** | |
| H-43428 | Hill, R. | C4-137U | I.S.P. | |

ENTRY                    **EDUCATION PROGRESS REPORT**

OMR-C.020                    CDC 128-E (7/89)

01117

STATE OF CALIFORNIA
CDC 101 (1/92)

**WORK SUPERVISOR'S REPORT**

DEPARTMENT OF CORRECTIONS

| GRADES | GRADE | | GRADE | |
|---|---|---|---|---|
| 1 = EXCEPTIONAL | 3 | A. DEMONSTRATED SKILL AND KNOWLEDGE | 3 | F. TEAMWORK AND PARTICIPATION |
| 2 = ABOVE AVERAGE | 3 | B. ATTITUDE TOWARD FELLOW INMATES AND WORKERS | 3 | G. LEARNING ABILITY |
| 3 = SATISFACTORY | 3 | C. ATTITUDE TOWARD SUPERVISORS AND STAFF | 3 | H. USE OF TOOLS AND EQUIPMENT |
| 4 = BELOW AVERAGE | 3 | D. INTEREST IN ASSIGNED WORK | 3 | I. QUALITY OF WORK |
| 5 = UNSATISFACTORY | 3 | E. EFFORT DISPLAYED IN ASSIGNED WORK | 3 | J. QUANTITY OF WORK |

| PAY STATUS: FROM: $ .50 | TO: $ .55 | FROM: JOB NO. GAR-2.402 | | TO: JOB NO. GAR-2.302 |
|---|---|---|---|---|
| TOTAL # Hours Assigned: | | TOTAL # Hours Worked: | | |

| INMATE ASSIGNED TO | DATE ASSIGNED | ACTUAL WORK CONSISTS OF | PERIOD COVERED BY REPORT |
|---|---|---|---|
| UNIT II PIA | 03-17-07 | MACHINE OPERATOR | 90 DAY EVALUATION |

| RECOMMENDED FOR: | ☐ REASSIGNMENT | ☒ RETAIN | ☒ PAY INCREASE | ☐ PAY DECREASE | INMATE'S INITIALS |
|---|---|---|---|---|---|

| COMMENTS (IF MORE SPACE REQUIRED, USE REVERSE SIDE) | CODE OF SAFE PRACTICES REVIEWED |
|---|---|
| DILIGENT WORKER, NEEDS VERY LITTLE SUPERVISION. | SUPV'S INITIALS:    INMATE'S INITIALS: |

| SUPERVISOR | LENGTH OF SUPERVISION | WORK DETAIL | ETHNICITY |
|---|---|---|---|
| A. AVILA | 6 MONTHS | | BLACK |

| INMATE'S NAME | CDC NUMBER | INSTITUTION | DATE |
|---|---|---|---|
| HILL | H-43428 | CCI-II | 11-01-07 |

01118

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**GRADE**
S – SATISFACTORY
U – UNSATISFACTORY

| ATTITUDE | |
|---|---|
| ADAPTABILITY | S |
| CONDUCT | S |
| COOPERATION | S |
| DEPENDABILITY | S |
| INITIATIVE | S |

**TOTAL CERTIFICATION UNITS IN COURSE:**

| | |
|---|---|
| VOCATION (VOC) | 21 |
| ADULT BASIC EDUCATION (ABE) | |
| GENERAL EDUCATION DEVELOPMENT(GED) | |
| HIGH SCHOOL (H. SCH) | |
| ENGLISH SECOND LANGUAGE (ESL) | |

**TOTAL CERTIFICATION UNITS PRIOR TO THIS QUARTER-** None

LIST SPECIFIC CERTIFICATION UNITS COMPLETED
None

| DATE STUDENT ENROLLED | DATE STUDENT TERMINATED | REASON FOR TERMINATION |
|---|---|---|
| 7-12-97 | | Class closure |

COMMENTS:

Mr. Hill was assigned to this program for about 6 weeks. Attitude and demeanor were good. Interest appeared acceptable. Progress was somewhat slow due to erratic study habits, but participation was good. Academic and manipulative abilities were good.
Mr. Hill had accumulated about 138 (class seat hours), but no real saleable skills.

*S. N.L*

| DATE OF CHRONO | COURSE TITLE | GRADE | INSTRUCTOR |
|---|---|---|---|
| 8-31-97 | Vocational Office Machine Repair | N/A | S. Heideman |

| CDC NUMBER | NAME (LAST, FIRST) | | INSTITUTION |
|---|---|---|---|
| K-43428 | Hill, R. | C4-137 | I.S.P. |

EXIT                    **EDUCATION PROGRESS REPORT**        OMR-C.020          CDC 128-E (7/89)

01119

STATE OF CALIFORNIA
CDC 101 (1/92)

**WORK SUPERVISOR'S REPORT**

DEPARTMENT OF CORRECTIONS

| GRADES | GRADE | |
|---|---|---|
| 1 = EXCEPTIONAL | _1_ | A. DEMONSTRATED SKILL AND KNOWLEDGE |
| 2 = ABOVE AVERAGE | _2_ | B. ATTITUDE TOWARD FELLOW INMATES AND WORKERS |
| 3 = SATISFACTORY | _1_ | C. ATTITUDE TOWARD SUPERVISORS AND STAFF |
| 4 = BELOW AVERAGE | _1_ | D. INTEREST IN ASSIGNED WORK |
| 5 = UNSATISFACTORY | _1_ | E. EFFORT DISPLAYED IN ASSIGNED WORK |

| GRADE | |
|---|---|
| _2_ | F. TEAMWORK AND PARTICIPATION |
| _1_ | G. LEARNING ABILITY |
| _2_ | H. USE OF TOOLS AND EQUIPMENT |
| _1_ | I. QUALITY OF WORK |
| _2_ | J. QUANTITY OF WORK |

PAY STATUS:  FROM: $ .19   TO: $ .23   FROM: JOB NO.

TOTAL # Hours Assigned: 37.50   TOTAL # Hours Worked: 35   TO: JOB NO.

| INMATE ASSIGNED TO | DATE ASSIGNED | ACTUAL WORK CONSISTS OF | PERIOD COVERED BY REPORT |
|---|---|---|---|
| C-KIT | 5/13/97 | COOK | 5/13/97--6/25/97 |

RECOMMENDED FOR:  ☐ REASSIGNMENT   ☐ RETAIN   ☒ PAY INCREASE   ☐ PAY DECREASE

INMATE'S INITIALS: *KH*

COMMENTS (IF MORE SPACE REQUIRED, USE REVERSE SIDE)

*Excellent Worker. Take pride in Job*

SUPERVISOR

CABALLERO

CODE OF SAFE PRACTICES REVIEWED
SUPV'S INITIALS: *RMC*

INMATE'S INITIALS: *KH*

| INMATE'S NAME | LENGTH OF SUPERVISION | WORK DETAIL | ETHNICITY |
|---|---|---|---|
| HILL | 5/MON | SKCFC, 001 | BLA |
| CDC NUMBER | INSTITUTION | DATE |
| H-43428 | ISP | 6/25/97 |

01120

STATE OF CALIFORNIA
CDC 101 (1/92)

**WORK SUPERVISOR'S REPORT.**

DEPARTMENT OF CORRECTIONS

| GRADES | GRADE | | | GRADE | |
|---|---|---|---|---|---|
| 1 = EXCEPTIONAL | 3 | A. DEMONSTRATED SKILL AND KNOWLEDGE | | 3 | F. TEAMWORK AND PARTICIPATION |
| 2 = ABOVE AVERAGE | 3 | B. ATTITUDE TOWARD FELLOW INMATES AND WORKERS | | 3 | G. LEARNING ABILITY |
| 3 = SATISFACTORY | 3 | C. ATTITUDE TOWARD SUPERVISORS AND STAFF | | 3 | H. USE OF TOOLS AND EQUIPMENT |
| 4 = BELOW AVERAGE | 3 | D. INTEREST IN ASSIGNED WORK | | 3 | I. QUALITY OF WORK |
| 5 = UNSATISFACTORY | 3 | E. EFFORT DISPLAYED IN ASSIGNED WORK | | 3 | J. QUANTITY OF WORK |

| PAY STATUS:   FROM: $ | TO: $ | FROM: JOB NO. | TO: JOB NO. |
|---|---|---|---|

| TOTAL # Hours Assigned: | | TOTAL # Hours Worked: | |
|---|---|---|---|

| INMATE ASSIGNED TO | DATE ASSIGNED | ACTUAL WORK CONSISTS OF | PERIOD COVERED BY REPORT |
|---|---|---|---|
| C-CULINARY | 2·8·97 | SCULLERY | 2·8·97/2·12·97 |

| RECOMMENDED FOR: | ☐ REASSIGNMENT | ☒ RETAIN | ☐ PAY INCREASE | ☐ PAY DECREASE | INMATE'S INITIALS RBH |
|---|---|---|---|---|---|

| COMMENTS (IF MORE SPACE REQUIRED, USE REVERSE SIDE) | CODE OF SAFE PRACTICES REVIEWED | |
|---|---|---|
| NEW | SUPV'S INITIALS: ✓ | INMATE'S INITIALS: RBH |

| SUPERVISOR | LENGTH OF SUPERVISION | WORK DETAIL | ETHNICITY |
|---|---|---|---|
| C/O  GIARRUSSO | 2 WKS | SCULLERY | BLA |

| INMATE'S NAME | CDC NUMBER | INSTITUTION | DATE |
|---|---|---|---|
| HILL | H-43428 | ISP | 2/12/97 |

01121

*CMC-W*

STATE OF CALIFORNIA
                        DEPARTMENT OF CORRECTIONS
**GRADE**
**ATTITUDE** S=SATISFACTORY                    **TOTAL CERTIFICATION UNITS IN COURSE:** 13
              U=UNSATISFACTORY

                                        VOCATION (VOC): 13
                        ADULT BASIC EDUCATION (ABE): 0
    ADAPTABILITY= **S**          GENERAL EDUCATION DEVELOPMENT (GED):
       CONDUCT= **S**                          HIGH SCHOOL (H.SCH):
    COOPERATION= **S**                ENGLISH SECOND LANGUAGE (ESL):
  DEPENDABILITY= **S**
     INITIATIVE= **S**          TOTAL CERTIFICATION UNITS PRIOR TO QUARTER: 3
SPECIFIC CERTIFICATION UNITS COMPLETED: V01.01.01,.02,.03
DATE STUDENT ENROLLED: **1/26/93**          DATE STUDENT TERMINATED: 9/25
REASON FOR TERMINATION: transfer

**COMMENTS:** Third Quarter. Completed V01.01.04.014, 9/15.  Consistent progress.
Good attitude and dedication to course objectives.  Performs all assignments in
a conscientious manner.  Would have been employable had he remained in this
program and not transfered.

DATE OF CHRONO: **9-30-93**      GRADE: **S**      INSTRUCTOR: Michael MacDonald
COURSE TITLE: *Vocational Computer Technology*

CDC#: **H-43428**                NAME: Hill, R.            INSTITUTION:   **MCSP-IONE**
                        **EDUCATION PROGRESS REPORT**
                                                      CDC 128-E (7/89)

01122

STATE OF CALIFORNIA
                    DEPARTMENT OF CORRECTIONS
   **GRADE**
   **ATTITUDE** S=SATISFACTORY                    **TOTAL CERTIFICATION UNITS IN COURSE:** 13
              U=UNSATISFACTORY

                                                           VOCATION (VOC): 13
                                                  ADULT BASIC EDUCATION (ABE): 0
     ADAPTABILITY= **S**               GENERAL EDUCATION DEVELOPMENT (GED):
        CONDUCT= **S**                                 HIGH SCHOOL (H.SCH):
      COOPERATION= **S**                      ENGLISH SECOND LANGUAGE (ESL):
    DEPENDABILITY= **S**
      INITIATIVE= **S**          TOTAL CERTIFICATION UNITS PRIOR TO QUARTER: 3
**SPECIFIC CERTIFICATION UNITS COMPLETED:**  V01.01.01,.02,.03
DATE STUDENT ENROLLED: 1/26/93            DATE STUDENT TERMINATED:
REASON FOR TERMINATION:
_____

**COMMENTS:** Second Quarter. Completed V01.01.04.006, 6/26.   Good presentation of
Panel 1.  His progress in class reflects his sincere effort at performing well at
all times.  His conduct is a benefit to this class.  He is a good role model for
all beginning students.
_____

DATE OF CHRONO: **6-30-93**        GRADE: **S**        INSTRUCTOR: Michael MacDonald
COURSE TITLE: *Vocational Computer Technology*
_____

CDC#: **H-43428**              NAME: **Hill, R.**              INSTITUTION:   **MCSP-IONE**
                        **EDUCATION PROGRESS REPORT**
                                                            CDC 128-E (7/89)

                                                                     01123

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS

**GRADE**
**ATTITUDE**  S=SATISFACTORY                    **TOTAL CERTIFICATION UNITS IN COURSE:**
              U=UNSATISFACTORY
                                                           VOCATION (VOC): 13
                                              ADULT BASIC EDUCATION (ABE): 0
ADAPTABILITY= **S**                GENERAL EDUCATION DEVELOPMENT (GED):
CONDUCT= **S**                                   HIGH SCHOOL (H.SCH):
COOPERATION= **S**                    ENGLISH SECOND LANGUAGE (ESL):
DEPENDABILITY= **S**
INITIATIVE= **S**        TOTAL CERTIFICATION UNITS PRIOR TO QUARTER:1
SPECIFIC CERTIFICATION UNITS COMPLETED:  VO1.01.01
DATE STUDENT ENROLLED: **1/26/93**             DATE STUDENT TERMINATED:
REASON FOR TERMINATION:

COMMENTS: First Quarter. Completed Module 1, 3/16.  Good study habits.  Diligent
and conscientious.  Works well with others.  Shows aptitude.


DATE OF CHRONO: **3-30-93**        GRADE: **S**        INSTRUCTOR: Michael MacDonald
COURSE TITLE: *Vocational Computer Technology*

CDC#: **H-43428**             NAME: **Hill, R.**              INSTITUTION:  **MCSP-IONE**
                    **EDUCATION PROGRESS REPORT**                 CDC 128-E (7/89)

01124

STATE OF CALIFORNIA
CDC 101 (Rev. 4/82)

### WORK SUPERVISOR'S REPORT

DEPARTMENT OF CORRECTIONS

| GRADES | GRADE | | GRADE | |
|---|---|---|---|---|
| 1=Exceptional | 3 | A. Demonstrated Skill and Knowledge | 2 | F. Teamwork and Participation |
| 2=Above Average | 3 | B. Attitude Toward Fellow Inmates and Workers | 3 | G. Learning Ability |
| 3=Satisfactory | 2 | C. Attitude To Supervisors and Staff | 3 | H. Use of Tools and Equipment |
| 4=Below Average | 2 | D. Interest in Assigned Work | 2 | I. Quality of Work |
| 5=Unsatisfactory | 2 | E. Effort Displayed in Assigned Work | 2 | J. Quantity of Work    JAN 1 3 1993 |

| PAY STATUS: From $ .13 | To $ — | From Job No. CFW2.1245 To Job No. | |
|---|---|---|---|
| Total No. Hours Assigned 6 | Total No. Hours Worked 6 | | LENGTH OF SUPERVISION 4 mo. |

| SUBJECT ASSIGNED TO C-DINING | DATE ASSIGNED 10.14.92 | ACTUAL WORK CONSISTS OF: TRAY SCULLERY | PERIOD COVERED BY REPORT 1/93 - 4/93 |
|---|---|---|---|

| RECOMMEND FOR: ☐ REASSIGNMENT ☒ RETAIN ☐ PAY INCREASE ☐ PAY DECREASE | INMATE'S INITIALS |
|---|---|

COMMENTS (IF MORE SPACE REQUIRED, USE REVERSE SIDE)

| SUPERVISOR C/o LOWE | | WORK DETAIL | ETHNICITY B |
|---|---|---|---|
| INMATE'S NAME HILL | NUMBER H43428 | INSTITUTION MCSP | DATE 1-93 |

01125

PRINT INMATE NAME: **HILL, R**

INSTITUTION: **CMC**  FACILITY: **East**

POSITION NO: **FAB-I.007**

### STATE OF CALIFORNIA
### DEPARTMENT OF CORRECTIONS
### INMATE TIMECARD

CDC NUMBER: **H 4 3 4 2 8**

MONTH: OCT   YEAR: 99

**UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD**

**EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).**

Frag well, B5 Lay in-8   Prd. 8, 9, 12, 22
For recall 25

USE NO. 2 PENCIL

CORRECT MARK

INCORRECT MARKS

ERASE CLEANLY

### SUPERVISOR CERTIFICATION
**I hereby certify that the hours reported above are correct.**

| | | | |
|---|---|---|---|
| _Johnson_ | _G. Oma_ | 11-1-99 | 8.07 |
| PRINT LAST NAME | WORK SUPERVISOR | DATE | EXTENSION |
| Frank Villarreal | _____ | 11-3-99 | |
| PRINT LAST NAME | FIRST LINE SUPERVISOR | DATE | |

**12302654**

CDC 191 (11/98)  SCANTRON  CUSTOM FORM NO. T-103936-CDC  © SCANTRON CORPORATION 1998 ALL RIGHTS RESERVED.  TO REORDER CALL 1-800-722-6876

PRINT INMATE NAME: **HILL, R**

INSTITUTION: **CMC**   FACILITY: **East**

POSITION NO: **FAB-I.007**

**STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
INMATE TIMECARD**

UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).

24-27-28 *700 Recall*, 245 *Supervisalar*  *lockdown 29*

USE NO. 2 PENCIL

CORRECT MARK

INCORRECT MARKS

ERASE CLEANLY

**SUPERVISOR CERTIFICATION**
I hereby certify that the hours reported above are correct.

| Johnson | | 10-1-99 | |
| PRINT LAST NAME | WORK SUPERVISOR | DATE | EXTENSION |
| Frank Villarroal | | 10-1-99 | |
| PRINT LAST NAME | FIRST LINE SUPERVISOR | DATE | |

**12303852**

CDC 191 (11/98)  SCANTRON CUSTOM FORM NO. T-103936-CDC  © SCANTRON CORPORATION 1998 ALL RIGHTS RESERVED.  N1 4099-222-1211 10 987654321  TO REORDER CALL 1-800-722-6876

01127

PRINT INMATE NAME: **HILL, R**

INSTITUTION: **CMC**    FACILITY: **East**

POSITION NO: **FAB-I.007**

### STATE OF CALIFORNIA
### DEPARTMENT OF CORRECTIONS
### INMATE TIMECARD

| LAST NAME | CDC NUMBER | MONTH | YEAR |
|---|---|---|---|
| | H 4 3 4 2 8 | JAN | 94 |
| | | FEB | 95 |
| | | MAR | 96 |
| | | APR | 97 |
| | | MAY | 98 |
| | | JUN ● | 99 ● |
| | | JUL | 00 |
| | | AUG ● | 01 |
| | | SEP | 02 |
| | | OCT | 03 |
| | | NOV | 04 |
| | | DEC | 05 |

**1/2 DAY ASSIGNMENT (4 HRS OR LESS)**

**DIVISION**
- ACADEMIC/VOCATIONAL
- ADMINISTRATIVE SERVICES
- BUSINESS/MAINTENANCE
- CAMPS
- CULINARY
- CUSTODY
- MEDICAL
- PRISON INDUSTRIES
- PROGRAM
- OTHER

Columns: FROM DAY | THRU DAY | MET MINIMUM | ETO USED | HOLIDAY WORKED

## UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD

**EXCEPTIONAL TIME:** Enter reasons for all exceptional time (S, E, A).

(S)          (S)
9AO office, 20/cabdown, 23 lm down...

USE NO. 2 PENCIL

CORRECT MARK ●

INCORRECT MARKS

ERASE CLEANLY

### SUPERVISOR CERTIFICATION
I hereby certify that the hours reported above are correct.

_Johnson_          _____          9-1          4468
PRINT LAST NAME    WORK SUPERVISOR    DATE    EXTENSION
Frank Villarreal                      7-1-99
PRINT LAST NAME    FIRST LINE SUPERVISOR    DATE

## 12304530

CDC 191 (11/98)    SCANTRON    CUSTOM FORM NO. T-103936-CDC    © SCANTRON CORPORATION 1998 ALL RIGHTS RESERVED.    TO REORDER CALL 1-800-722-6876

01128

PRINT INMATE NAME: **HILL, R**

INSTITUTION: **CMC**   FACILITY: **East**

POSITION NO: **FAB-I.029**

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
INMATE TIMECARD

**H 4 3 4 2 8**

| | |
|---|---|
| JAN ○ | 94 ○ |
| FEB ○ | 95 ○ |
| MAR ○ | 96 ○ |
| APR ○ | 97 ○ |
| MAY ○ | 98 ○ |
| JUN ○ | 99 ● |
| JUL ● | 00 ○ |
| AUG ○ | 01 ○ |
| SEP ○ | 02 ○ |
| OCT ○ | 03 ○ |
| NOV ○ | 04 ○ |
| DEC ○ | 05 ○ |

○ ACADEMIC/VOCATIONAL
○ ADMINISTRATIVE SERVICES
○ BUSINESS/MAINTENANCE
○ CAMPS
○ CULINARY
○ CUSTODY
○ MEDICAL
○ PRISON INDUSTRIES
○ PROGRAM
○ OTHER

Trans-Optic® by NCS 36567224-2    36    Printed in U.S.A.

UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).

1-2 Inventory, 5 Holiday, 6 Super Absence

USE NO. 2 PENCIL

CORRECT MARK ●

SUPERVISOR CERTIFICATION
I hereby certify that the hours reported above are correct.

| Johnson | | 8-2-99 | |
|---|---|---|---|
| PRINT LAST NAME | WORK SUPERVISOR | DATE | EXTENSION |
| **Frank Villarreal** | | 8-2-99 | |
| PRINT LAST NAME | FIRST LINE SUPERVISOR | DATE | |

INCORRECT MARKS ⊘ ○ ○

ERASE CLEANLY

10756940

CDC 101 (2/90)

01129

PRINT INMATE NAME: **HILL, R**

INSTITUTION: **CMC**   FACILITY: **East**

POSITION NO: **FAB-I.029**

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
INMATE TIMECARD

ID NUMBERS: **H 4 3 4 2 8**

| MONTH | DATE |
|-------|------|
| JAN ○ | 94 ○ |
| FEB ○ | 95 ○ |
| MAR ○ | 96 ○ |
| APR ○ | 97 ○ |
| MAY ○ | 98 ○ |
| JUN ● | 99 ● |
| JUL ○ | 00 ○ |
| AUG ○ | 01 ○ |
| SEP ○ | 02 ○ |
| OCT ○ | 03 ○ |
| NOV ○ | 04 ○ |
| DEC ○ | 05 ○ |

DIVISION:

① ACADEMIC/VOCATIONAL
② ADMINISTRATIVE SERVICES
③ BUSINESS/MAINTENANCE
④ CAMPS
⑤ CULINARY
⑥ CUSTODY
⑦ MEDICAL
⑧ PRISON INDUSTRIES
⑨ PROGRAM
⑩ OTHER

Trans-Optic® by NCS MM67224-3    92    Printed in U.S.A.

**UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD**

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A)

11 Super abr, 18 Super abr, 25+28 Super abr, 29+30 Inventory

USE NO. 2 PENCIL

CORRECT MARK ⬣

INCORRECT MARKS Ⓞ ⊘ ⊙

ERASE CLEANLY

SUPERVISOR CERTIFICATION
I hereby certify that the hours reported above are correct.

Bacila
PRINT LAST NAME
Fred Wilmesel
PRINT LAST NAME

Bacila
WORK SUPERVISOR
FIRST LINE SUPERVISOR

6-20-90
DATE
2-1-09
DATE

4668
EXTENSION

10741296

CPC 161 (8/89)

PRINT LAST NAME: **HILL, R**

INSTITUTION: **CMC**   FACILITY: **East**

POSITION NO: **FAB-I.029**

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
INMATE TIMECARD

| H | 4 | 3 | 4 | 2 | 8 |
|---|---|---|---|---|---|

JAN ○  94 ○
FEB ○  95 ○
MAR ○  96 ○
APR ○  97 ○
MAY ●  98 ○
JUN ○  99 ●
JUL ○  00 ○
AUG ○  01 ○
SEP ○  02 ○
OCT ○  03 ○
NOV ○  04 ○
DEC ○  05 ○

**DIVISION**

01 ACADEMIC/VOCATIONAL
02 ADMINISTRATIVE SERVICES
03 BUSINESS/MAINTENANCE
04 CAMPS
05 CULINARY
06 CUSTODY
07 MEDICAL
08 PRISON INDUSTRIES
09 PROGRAM
10 OTHER

Trans-Optic by NCS 38897234-2   32   Printed in U.S.A.

**UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD**

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).

(S)
14 Days PD

**SUPERVISOR CERTIFICATION**
I hereby certify that the hours reported above are correct.

Bacha / M Bacha   6-1-99   4668
PRINT LAST NAME   WORK SUPERVISOR   DATE   EXTENSION
**Frank Villarreal**
PRINT LAST NAME   FIRST LINE SUPERVISOR   DATE   6-1-99

USE NO. 2 PENCIL

CORRECT MARK
●

INCORRECT MARKS
⊙ ⊘ ⊖

ERASE CLEANLY

**10775428**

CDC 191 (4/98)

INMATE NAME: **HILL, R**

INSTITUTION: **CMC**    FACILITY: **East**

POSITION NO: **FAB-I.029**

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
INMATE TIMECARD

| MONTH | YEAR |
|---|---|
| JAN ○ | 94 ○ |
| FEB ○ | 95 ○ |
| MAR ○ | 96 ○ |
| APR ● | 97 ○ |
| MAY ○ | 98 ○ |
| JUN ○ | 99 ● |
| JUL ○ | 00 ○ |
| AUG ○ | 01 ○ |
| SEP ○ | 02 ○ |
| OCT ○ | 03 ○ |
| NOV ○ | 04 ○ |
| DEC ○ | 05 ○ |

BADGE NUMBER: **H4 3 4 2 8**

DIVISION:

- 01 ACADEMIC/VOCATIONAL
- 02 ADMINISTRATIVE SERVICES
- 03 BUSINESS/MAINTENANCE
- 04 CAMPS
- 05 CULINARY
- 06 CUSTODY
- 07 MEDICAL
- 08 PRISON INDUSTRIES
- 09 PROGRAM
- 10 OTHER

Trans-Optic® by NCS MM67324-2    :2    Printed in U.S.A.

**UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD**

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).

23 TB Test, 26 TB Test, 30 Med Pay-in

USE NO. 2 PENCIL.

CORRECT MARK

INCORRECT MARKS

ERASE CLEANLY

SUPERVISOR CERTIFICATION
I hereby certify that the hours reported above are correct.

Johnson
PRINT LAST NAME

Frank Villarreal
PRINT LAST NAME

WORK SUPERVISOR

FIRST LINE SUPERVISOR

5-3-99
DATE

DATE

466 K
EXTENSION

10744500

CDC 141 (6/85)

PRINT INMATE NAME: **HILL, R**

INSTITUTION: **CMC**      FACILITY: **East**

POSITION NO: **FAB-I.029**

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
INMATE TIMECARD

**H 4 3 4 2 8**

| | | |
|---|---|---|
| JAN ○ | 94 ○ |
| FEB ○ | 95 ○ |
| MAR ● | 96 ○ |
| APR ○ | 97 ○ |
| MAY ○ | 98 ○ |
| JUN ○ | 99 ● |
| JUL ○ | 00 ○ |
| AUG ○ | 01 ○ |
| SEP ○ | 02 ○ |
| OCT ○ | 03 ○ |
| NOV ○ | 04 ○ |
| DEC ○ | 05 ○ |

**FUNCTION**

| | |
|---|---|
| ⑤ | ACADEMIC/VOCATIONAL |
| ⑥ | ADMINISTRATIVE SERVICES |
| ⑦ | BUSINESS/MAINTENANCE |
| ⑧ | CAMPS |
| ⑨ | CULINARY |
| ⑩ | CUSTODY |
| ⑪ | MEDICAL |
| ⑫ | PRISON INDUSTRIES |
| ⑬ | PROGRAM |
| ⑭ | OTHER |

Trans-Optic by NCS 36987224-2    32    Printed in U.S.A.

UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).

_____

_____

_____

USE NO. 2
PENCIL.

CORRECT
MARK
●

INCORRECT
MARKS
○ ○ ○

ERASE
CLEANLY

SUPERVISOR CERTIFICATION
I hereby certify that the hours reported above are correct.

*Johnson*                    *G. Johnson*          **4-1-99**        **4668**
PRINT LAST NAME          WORK SUPERVISOR         DATE          EXTENSION

Frank Villarreal          _____        **4/1/99**
PRINT LAST NAME          FIRST LINE SUPERVISOR       DATE

**10369729**

01133

PRINT INMATE NAME: **HILL, R**

INSTITUTION: **CMC**  FACILITY: **East**

POSITION NO: **FAB-I.029**

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
INMATE TIMECARD

521

| LAST NAME | CDC NUMBER | MONTH | YEAR |
|---|---|---|---|
| | H 4 3 4 2 8 | JAN ○  94 ○ | |

MONTH/YEAR: FEB ●  95 ○, MAR ○ 96 ○, APR ○ 97 ○, MAY ○ 98 ○, JUN ○ 99 ●, JUL ○ 00 ○, AUG ○ 01 ○, SEP ○ 02 ○, OCT ○ 03 ○, NOV ○ 04 ○, DEC ○ 05 ○

DIVISION:
01 ACADEMIC/VOCATIONAL
02 ADMINISTRATIVE SERVICES
03 BUSINESS/MAINTENANCE
04 CAMPS
05 CULINARY
06 CUSTODY
07 MEDICAL
08 PRISON INDUSTRIES
09 PROGRAM
10 OTHER

| FROM DAY | THRU DAY | MET MINIMUM | ETO USED | HOLIDAY WORKED |
|---|---|---|---|---|

Trans-Optic® by NCS M267224-2  32  Printed in U.S.A.

**UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD**

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).

USE NO. 2 PENCIL

CORRECT MARK ●

INCORRECT MARKS ⊘ ○ ⊙

ERASE CLEANLY

SUPERVISOR CERTIFICATION
I hereby certify that the hours reported above are correct.

_Johnson_
PRINT LAST NAME

_Warren_
PRINT LAST NAME

WORK SUPERVISOR

FIRST LINE SUPERVISOR

DATE  3-1-99

DATE  3/2/99

EXTENSION

10359369

CDC 101 (0/96)

PRINT INMATE NAME **HILL, R**

**CMC**    FACILITY **East**

**FAB-I.029**

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
INMATE TIME CARD

547

**H 4 3 4 2 8**

JAN
FEB
MAR
APR
MAY
JUN
JUL
AUG
SEP
OCT
NOV
DEC

94
95
96
97
98
99
00
01
02
03
04
05

ACADEMIC/VOCATIONAL
ADMINISTRATIVE SERVICES
BUSINESS/MAINTENANCE
CAMPS
CULINARY
CUSTODY
MEDICAL
PRISON INDUSTRIES
PROGRAM
OTHER

UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD

EXCEPTIONAL TIME. Enter reasons for all exceptional time (S, E, A).

(S)                    (S)
12 Classification, 27 R.C. Set office

SUPERVISOR CERTIFICATION
I hereby certify that the hours reported above are correct.

_Johnson_                                    2-1-99        4468
PRINT LAST NAME          WORK SUPERVISOR      DATE        EXTENSION

_Mauer_                                       2/2/99
PRINT LAST NAME          FIRST LINE SUPERVISOR  DATE

USE NO. 2 PENCIL

CORRECT MARK

INCORRECT MARKS

ERASE CLEARLY

**10369066**

CDC 191 (12/98)

01135

PRINT INMATE NAME: **HILL, R**

INSTITUTION: **CMC**  FACILITY: **East**

POSITION NO: **FAB-I.029**

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
INMATE TIMECARD

CDC NUMBER: **H 4 3 4 2 8**

MONTH/YEAR:
JAN, FEB, MAR, APR, MAY, JUN, JUL, AUG, SEP, OCT, NOV, DEC
84, 95, 96, 97, 98, 99, 00, 01, 02, 03, 04, 05

DIVISION
- ① ACADEMIC/VOCATIONAL
- ② ADMINISTRATIVE SERVICES
- ③ BUSINESS/MAINTENANCE
- ④ CAMPS
- ⑤ CULINARY
- ⑥ CUSTODY
- ⑦ MEDICAL
- ⑧ PRISON INDUSTRIES
- ⑨ PROGRAM
- ⑩ OTHER

Trans-Optic® by NCS MM87224-2    32    Printed in U.S.A.

**UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD**

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A)

2 Pass Mu Moos, ____ , 15 Control Cov.

USE NO. 2 PENCIL

CORRECT MARK ⊗

INCORRECT MARKS ⊘ ⊙ ⊖

ERASE CLEANLY

SUPERVISOR CERTIFICATION
I hereby certify that the hours reported above are correct.

Johnson
PRINT LAST NAME

WORK SUPERVISOR

DATE  1·31·98

EXTENSION

PRINT LAST NAME

FIRST LINE SUPERVISOR

DATE  1/14/98

10765896

CDC 191 (8/90)

PRINT INMATE NAME: **HILL, R**

INSTITUTION: **CMC**   FACILITY: **East**

POSITION NO: **FAB-I.029**

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
INMATE TIMECARD

CDC NUMBER: **H 4 3 4 2 8**

DIVISION:

- ACADEMIC/VOCATIONAL
- ADMINISTRATIVE SERVICES
- BUSINESS/MAINTENANCE
- CAMPS
- CULINARY
- CUSTODY
- MEDICAL
- PRISON INDUSTRIES
- PROGRAM
- OTHER

Trans-Optic® by NCS M007224-2    Printed in U.S.A.

UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).

35-Clothing Distribution

USE NO. 2
PENCIL

CORRECT
MARK

INCORRECT
MARKS

ERASE
CLEANLY

SUPERVISOR CERTIFICATION
I hereby certify that the hours reported above are correct.

Johnson
PRINT LAST NAME

WORK SUPERVISOR

DATE  11-30-98

EXTENSION

Kelly
PRINT LAST NAME

FIRST LINE SUPERVISOR

DATE  1-30-98

10360475

CDC 191 (3/96)

01137

PRINT INMATE NAME: **HILL, R**

INSTITUTION: **CMC**   FACILITY: **East**

POSITION NO: **FAB-I.029**

### STATE OF CALIFORNIA
### DEPARTMENT OF CORRECTIONS
### INMATE TIMECARD

POSITION NO: H 4 3 4 2 8

MONTH: OCT   YEAR: 98

**UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD**

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).

14- lockdown (s)   23- Ing recall (s)

USE NO. 2 PENCIL

CORRECT MARK

INCORRECT MARKS

ERASE CLEANLY

SUPERVISOR CERTIFICATION
I hereby certify that the hours reported above are correct.

Johnson
PRINT LAST NAME

_(signature)_
PRINT LAST NAME

_(signature)_
WORK SUPERVISOR

_(signature)_
FIRST LINE SUPERVISOR

DATE: 11-2-98

DATE:

EXTENSION: 4668

**10363237**

Trans-Optic® by NCS MM07221-2   S2   Printed in U.S.A.

CDC 191 (8/96)

PRINT INMATE NAME: **HILL, R**

INSTITUTION: **CMC**    FACILITY: **East**

POSITION NO: **FAB-I.029**

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
INMATE TIMECARD

430

CDC NUMBER: **H 4 3 4 2 8**

**DIVISION**
- ACADEMIC/VOCATIONAL
- ADMINISTRATIVE SERVICES
- BUSINESS/MAINTENANCE
- CAMPS
- CULINARY
- CUSTODY
- MEDICAL
- PRISON INDUSTRIES
- PROGRAM
- OTHER

Trans-Optic® by NCS 38M9/224-2    32    Printed in U.S.A.

**UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD**

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).

25 - Sup Absent (S)    30 - Sup Absent (S)

USE NO. 2 PENCIL

CORRECT MARK

INCORRECT MARKS

ERASE CLEANLY

SUPERVISOR CERTIFICATION
I hereby certify that the hours reported above are correct.

Johnson    _____    9-30-98    4668
PRINT LAST NAME    WORK SUPERVISOR    DATE    EXTENSION

Kelly    _____    10-1-98
PRINT LAST NAME    FIRST LINE SUPERVISOR    DATE

10330953

CDC 101 (3/96)

PRINT INMATE NAME: **HILL**

INSTITUTION: **PVSP**   FACILITY: **B**

POSITION NO: **RACAB.363**

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
# INMATE TIMECARD

| LAST NAME | CDC NUMBER | MONTH | YEAR | FROM DAY | THRU DAY | MET MINIMUM | PTO USED | HOLIDAY WORKED |
|---|---|---|---|---|---|---|---|---|

CDC NUMBER: **H 43428**

MONTH: MAY ●   YEAR: 98 ●

Division:
- 01 ACADEMIC/VOCATIONAL
- 02 ADMINISTRATIVE SERVICES
- 03 BUSINESS/MAINTENANCE
- 04 CAMPS
- 05 CULINARY
- 06 CUSTODY
- 07 MEDICAL
- 08 PRISON INDUSTRIES
- 09 PROGRAM
- 10 OTHER

Date Assigned: 5/6/98

Trans-Optic® by NCS MM87224-2   32   Printed in U.S.A.

UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A) UNASSIGNED _____ DMS# _____

S=TEACHER ABSENT - 6, 7, 8, 9, 10        S=DUCAT

S=DETAINED BY CUSTODY - 11, 17        E=F/V        E=MED. LAYIN

S=CLASS CLOSED - 1, 2        S=NO BOOTS

A=FAILED TO REPORT        S=NO I.D.

USE NO. 2 PENCIL

CORRECT MARK ●

INCORRECT MARKS ⊘ ⊙ ⊘

ERASE CLEANLY

SUPERVISOR CERTIFICATION
I hereby certify that the hours reported above are correct.

**R.QUINCEL**
PRINT LAST NAME        WORK SUPERVISOR        7/29/98 DATE        6420 EXTENSION

**LARUE**
PRINT LAST NAME        FIRST LINE SUPERVISOR        7/29/98 DATE

09788865

CDC 151 (8/06)

PRINT INMATE NAME: _Hill  R_

INSTITUTION: _CMC_    FACILITY: _EAST_

POSITION NO: _FAB. 5029_

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
INMATE TIMECARD

H 434 28

JAN ○    94 ○
FEB ○    95 ○
MAR ○    96 ○
APR ○    97 ○
MAY ○    98 ●
JUN ○    99 ○
JUL ○    00 ○
AUG ●    01 ○
SEP ○    02 ○
OCT ○    03 ○
NOV ○    04 ○
DEC ○    05 ○

DIVISION

① ACADEMIC/VOCATIONAL
② ADMINISTRATIVE SERVICES
③ BUSINESS/MAINTENANCE
④ CAMPS
⑤ CULINARY
⑥ CUSTODY
⑦ MEDICAL
⑧ PRISON INDUSTRIES
⑨ PROGRAM
⑩ OTHER

Trans-Optic by NCS 38587234-2    32    Printed in U.S.A.

**UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD**

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).

21/NEW HIRE DMS #232    27/lock up(s)

USE NO. 2
PENCIL

CORRECT
MARK
●

INCORRECT
MARKS
⊘ ◐ ◑

ERASE
CLEANLY

SUPERVISOR CERTIFICATION
I hereby certify that the hours reported above are correct.

_Lopez_
PRINT LAST NAME

_Kelly_
PRINT LAST NAME

WORK SUPERVISOR

FIRST LINE SUPERVISOR

9/02/98
DATE

9/2/97
DATE

EXTENSION

10372676

CDC 131 (8/95)

PRINT INMATE NAME:  **HILL**

INSTITUTION:  **PVSP**  FACILITY:  **B**

POSITION NO:  **RACAB.363**

## STATE OF CALIFORNIA
## DEPARTMENT OF CORRECTIONS
# INMATE TIMECARD

| LAST NAME | CDC NUMBER | MONTH | YEAR | FROM DAY | THRU DAY | MET MINIMUM | EXCUSED | HOLIDAY WORKED |
|---|---|---|---|---|---|---|---|---|

CDC NUMBER: **H 43428**

MONTH: MAY (filled), YEAR: 98 (filled)

**DIVISION**

- (01) ACADEMIC/VOCATIONAL
- (02) ADMINISTRATIVE SERVICES
- (03) BUSINESS/MAINTENANCE
- (04) CAMPS
- (05) CULINARY
- (06) CUSTODY
- (07) MEDICAL
- (08) PRISON INDUSTRIES
- (09) PROGRAM
- (10) OTHER

1/2 DAY ASSIGNMENT (4 HRS OR LESS)

Date Assigned: **5/6/98**

Trans-Optic® by NCS MM87224-2    32    Printed in U.S.A.

## UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A) UNASSIGNED_____ DMS#_____

S= TEACHER ABSENT -

S=DETAINED BY CUSTODY- 25 -26    E=F/V    E=MED. LAYIN- 10th 2hrs.

S=DUCAT-

S=CLASS CLOSED - 1-17-18-19    S=NO BOOTS-

A=FAILED TO REPORT-    S=NO I.D.-

### SUPERVISOR CERTIFICATION
I hereby certify that the hours reported above are correct.

**R. QUINCEL**
PRINT LAST NAME    WORK SUPERVISOR    7-1-98 DATE    **6420** EXTENSION

**LARUE**
PRINT LAST NAME    FIRST LINE SUPERVISOR (A)    7/3/98 DATE

USE NO. 2 PENCIL

CORRECT MARK ●

INCORRECT MARKS ⊘ ⊗ ⊖

ERASE CLEANLY

09789560

CDC 191 (8/96)

01142

PRINT INMATE NAME:  HILL

INSTITUTION:  **PVSP**   FACILITY:  **B**

POSITION NO:  **RACAB.363**

### STATE OF CALIFORNIA
### DEPARTMENT OF CORRECTIONS
# INMATE TIMECARD

| LAST NAME | CDC NUMBER | MONTH | YEAR | FROM DAY | THRU DAY | MET MINIMUM | ETO USED | HOLIDAY WORKED |
|---|---|---|---|---|---|---|---|---|

CDC NUMBER: **H 4 3 4 2 8**

MONTH:
JAN ○  FEB ○  MAR ○  APR ○  MAY ●  JUN ○  JUL ○  AUG ○  SEP ○  OCT ○  NOV ○  DEC ○

YEAR:
94 ○  95 ○  96 ○  97 ○  98 ●  99 ○  00 ○  01 ○  02 ○  03 ○  04 ○  05 ○

1/2 DAY ASSIGNMENT (4 HRS OR LESS) ○

DIVISION:
① ACADEMIC/VOCATIONAL
② ADMINISTRATIVE SERVICES
③ BUSINESS/MAINTENANCE
④ CAMPS
⑤ CULINARY
⑥ CUSTODY
⑦ MEDICAL
⑧ PRISON INDUSTRIES
⑨ PROGRAM
⑩ OTHER

Date Assigned: 5/6/98

Trans-Optic® by NCS MM37224-2    22    Printed in U.S.A.

### UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, UNASSIGNED _____ DMS#

S=TEACHER ABSENT  22    S=DUCAT

S=DETAINED BY CUSTODY    E=MED. LAYIN

S=CLASS CLOSED - 13

A=FAILED TO REPORT

USE NO. 2 PENCIL

CORRECT MARK ●

INCORRECT MARKS ⊘ ○ ⊙

ERASE CLEANLY

### SUPERVISOR CERTIFICATION
I hereby certify that the hours reported above are correct.

R.QUINCEL
PRINT LAST NAME    WORK SUPERVISOR    6-1-98    DATE    6420 EXTENSION

LARUE
PRINT LAST NAME    FIRST LINE SUPERVISOR    6/9    DATE

## 09789495

CDC 191 (8/96)

PRINT INMATE NAME: **Hill**

INSTITUTION: **PVSP**  FACILITY: **B**

POSITION NO: **PTRF1005**

## STATE OF CALIFORNIA
## DEPARTMENT OF CORRECTIONS
## INMATE TIMECARD

CDC NUMBER: **H 4 3 4 2 8**

MONTH: MAY  YEAR: 98

### DIVISION

- ACADEMIC/VOCATIONAL
- ADMINISTRATIVE SERVICES
- BUSINESS/MAINTENANCE
- CAMPS
- CULINARY
- CUSTODY
- MEDICAL
- PRISON INDUSTRIES
- PROGRAM
- OTHER

Trans-Optic® by NCS MK187224-2   S2      Printed in U.S.A.

**UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD**

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).

unAssigned  5-6-98

DMS = 98-125

USE NO. 2
PENCIL

CORRECT
MARK

INCORRECT
MARKS

### SUPERVISOR CERTIFICATION
I hereby certify that the hours reported above are correct.

E CORUM
PRINT LAST NAME

E Corum
WORK SUPERVISOR

5-6-98
DATE

6311
EXTENSION

Jerry
PRINT LAST NAME

FIRST LINE SUPERVISOR

5-6-98
DATE

ERASE
CLEANLY

**09702703**

CDC 191 (8/96)

01144

PRINT INMATE NAME: Hill

INSTITUTION: DVSP   FACILITY: B

POSITION NO: PTRF1-065

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
INMATE TIMECARD

H 43428

MONTH:
JAN ○   94 ○
FEB ○   95 ○
MAR ○   96 ○
APR ◉   97 ○
MAY ○   98 ◉
JUN ○   99 ○
JUL ○   00 ○
AUG ○   01 ○
SEP ○   02 ○
OCT ○   03 ○
NOV ○   04 ○
DEC ○   05 ○

DIVISION
① ACADEMIC/VOCATIONAL
② ADMINISTRATIVE SERVICES
③ BUSINESS/MAINTENANCE
④ CAMPS
⑤ CULINARY
⑥ CUSTODY
⑦ MEDICAL
⑧ PRISON INDUSTRIES
⑨ PROGRAM
⑩ OTHER

Trans-Optic® by NCS MM87224-2    32    Printed in U.S.A.

**UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD**

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).

Assigned  4-9-98

DMS: 98-099

4-25-98 "S" 7hrs. T.A. ret

USE NO. 2
PENCIL

CORRECT
MARK
◉

INCORRECT
MARKS
⊘ ⊙ ○

ERASE
CLEANLY

SUPERVISOR CERTIFICATION
I hereby certify that the hours reported above are correct.

E CORUM    E Corum    5-1-98    6311
PRINT LAST NAME    WORK SUPERVISOR    DATE    EXTENSION

              5-3-98
PRINT LAST NAME    FIRST LINE SUPERVISOR    DATE

09702656

CDC 101 (8/88)

01145

PRINT INMATE NAME: HILL

INSTITUTION: ISP    FACILITY: C

POSITION NO: PTR-C.052

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
INMATE TIMECARD

CDC NUMBER: H 4 3 4 2 8

JAN ○   91 ○
FEB ○   92 ○
MAR ●   93 ○
APR ○   94 ○
MAY ○   95 ○
JUN ○   96 ○
JUL ○   97 ○
AUG ○   98 ●
SEP ○   99 ○
OCT ○   00 ○
NOV ○
DEC ○

○ ACADEMIC/VOCATIONAL
○ ADMINISTRATIVE SERVICES
○ BUSINESS/MAINTENANCE
○ CAMPS
○ CULINARY
○ CUSTODY
○ MEDICAL
○ PRISON INDUSTRIES
● PROGRAM
○ OTHER

Printed in U.S.A.    Trans-Optic® by NCS MP87234 76

UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).

DMS # 98-077

USE NO. 2 PENCIL

CORRECT MARK ●

INCORRECT MARKS ◐ ⊘ ○

ERASE CLEANLY

SUPERVISOR CERTIFICATION
I hereby certify that the hours reported above are correct.

J.A. HERNANDEZ
PRINT LAST NAME

MCDANIEL
PRINT LAST NAME

March 98    6290
DATE    EXTENSION

3/31/98
DATE

7987866

01146