**PRINT INMATE NAME:** HILL
**INSTITUTION:** ISP
**FACILITY:** C
**POSITION NO:** DRSFC. 010

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
INMATE TIMECARD

CDC NUMBER: H43428

MONTH: FEB
YEAR: 98

DIVISION: CULINARY

**EXCEPTIONAL TIME:** Enter reasons for all exceptional time (S, E, A).

Dms # 98-044

**SUPERVISOR CERTIFICATION**
I hereby certify that the hours reported above are correct.

Johnson — PRINT LAST NAME
(signature) — WORK SUPERVISOR
DATE: 02/10/98
EXTENSION: 6390

GALINDO — PRINT LAST NAME
E. Galindo — FIRST LINE SUPERVISOR
DATE: 2/19/98

ENTERED

USE NO. 2 PENCIL
CORRECT MARK ●
INCORRECT MARKS ⊘ ⊗ ⊙
ERASE CLEANLY

UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD

7988754

CDC 191 (7/91)

01147



01148

**STATE OF CALIFORNIA**
**DEPARTMENT OF CORRECTIONS**
**INMATE TIMECARD**

INMATE'S NAME: HILL
INSTITUTION: ISP   FACILITY: C
POSITION NO: PTRC 603

CDC NUMBER: H43428

MONTH: (none marked — Jan implied)

DIVISION:
- ACADEMIC/VOCATIONAL
- ADMINISTRATIVE SERVICES
- BUSINESS/MAINTENANCE
- CAMPS
- CULINARY
- ● CUSTODY
- MEDICAL
- PRISON INDUSTRIES
- PROGRAM
- OTHER

UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).

1-8-98 "S" yard closed  1-12-98 "S" fog  1-13-98 "C" Laydn  1-14-98 "C" Laydn
1-15-98 "C" Lay In  1-21-98 4 hr S time Classification
1-23-98 5.5 S time Lock down  1-27-98 3 hr S time yard closed
unassigned  1-30-98 3ms as asa

SUPERVISOR CERTIFICATION
I hereby certify that the hours reported above are correct.

Karla — Karla — 1-31-98 — 6357
PRINT LAST NAME / WORK SUPERVISOR / DATE / EXTENSION

Halliday, Scott — Halliday — 2/3/98
PRINT LAST NAME / FIRST LINE SUPERVISOR / DATE

USE NO. 2 PENCIL
CORRECT MARK ●
INCORRECT MARKS ⊗ ⊘ ⊙
ERASE CLEANLY

7986035
ENTERED

CDC 191 (7/91)

01149

# STATE OF CALIFORNIA
# DEPARTMENT OF CORRECTIONS
# INMATE TIMECARD

PRINT INMATE NAME: HILL
INSTITUTION: ISP     FACILITY: C
POSITION NO: PTRC 603

CDC NUMBER: H 43428

MONTH: DEC    YEAR: 97

**DIVISION**
- 01 ACADEMIC/VOCATIONAL
- 02 ADMINISTRATIVE SERVICES
- 03 BUSINESS/MAINTENANCE
- 04 CAMPS
- 05 CULINARY
- 06 CUSTODY
- 07 MEDICAL
- 08 PRISON INDUSTRIES
- 09 PROGRAM
- 10 OTHER

UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).

INMATE ASSIGNED 25 DEC 97    DMG # 97-358

USE NO. 2 PENCIL
CORRECT MARK ●
INCORRECT MARKS ⊗ ⊘ ◐
ERASE CLEANLY

## SUPERVISOR CERTIFICATION
I hereby certify that the hours reported above are correct.

J BARTNIK          [signature]          2 JAN 98    6357
PRINT LAST NAME    SUPERVISOR           DATE        EXTENSION

LYONS              [signature Lyons]    1-2-98
PRINT LAST NAME    FIRST LINE SUPERVISOR    DATE

7972370

CDC 191 (7/91)

01150

PRINT INMATE NAME: HILL

INSTITUTION: I.S.P.   FACILITY: C

POSITION NO: 252-C-001

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
INMATE TIMECARD

[Scantron bubble sheet with marked bubbles]

CDC # : 114342B

Month: OCT   Year: 97

DIVISION:
01 ACADEMIC/VOCATIONAL
02 ADMINISTRATIVE SERVICES
03 BUSINESS/MAINTENANCE
04 CAMPS
05 CULINARY
06 CUSTODY
07 MEDICAL
08 PRISON INDUSTRIES
09 PROGRAM
10 OTHER

A1 10/1 already entered

Printed in U.S.A.   Trans-Optic® by NCS MP87234 76

UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A) 10/27-10/30 S Time Lockdown
9-30-97 Assigned DMS# 97-273    10/20-10/24 S Time Lockdown
10-1-97 S Time No Gate Pass    10-9-97 A Time No Medical Verification
10-2-97 A Time Refused to Work    10-10-97 A Time No Medical Verification
10-6-97 A Time No Show    10-14-97 A Time Refused to Work
10-7-97 A Time No Medical Chrono    10-15-97 A Time Refused to Work
10-8-97 A Time No Medical Verification    10-16-97 A Time Refused to Work
                                            10-17-97 A Time Refused to Work

USE NO. 2 PENCIL

CORRECT MARK ●

INCORRECT MARKS

SUPERVISOR CERTIFICATION
I hereby certify that the hours reported above are correct.

GARCIA
PRINT LAST NAME
CROSS
PRINT LAST NAME          FIRST LINE SUPERVISOR          DATE 11/4/97    EXTENSION 6357
                                                        DATE 11/4/97

ERASE CLEANLY

ENTERED

7988726

CDC 121 (7/91)

01151

PRINT INMATE NAME: HILL

INSTITUTION: I.S.P.   FACILITY: C

POSITION NO: LSC-C.004

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
INMATE TIMECARD

CDC NUMBER: H43428

MONTH: DEC   YEAR: 97

## DIVISION

- 01 ACADEMIC/VOCATIONAL
- 02 ADMINISTRATIVE SERVICES
- 03 BUSINESS/MAINTENANCE
- 04 CAMPS
- 05 CULINARY
- 06 CUSTODY
- 07 MEDICAL
- 08 PRISON INDUSTRIES
- 09 PROGRAM
- 10 OTHER

UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).

12/1 - 12/5  S TIME MEDICAL CHRONO

12/8 - S TIME MEDICAL CHRONO

12-10-97  UNASSIGNED  97-344

USE NO. 2 PENCIL

CORRECT MARK ●

INCORRECT MARKS ⊘ ⊙ ◐

ERASE CLEANLY

SUPERVISOR CERTIFICATION
I hereby certify that the hours reported above are correct.

GARCIA
PRINT LAST NAME

POLZIEN
PRINT LAST NAME

WORK SUPERVISOR

FIRST LINE SUPERVISOR

DATE: 12-11-97   EXTENSION: 6357

DATE: 12/21/97

ENTERED

7972254

CDC 101 (7/91)

01152

# STATE OF CALIFORNIA
## DEPARTMENT OF CORRECTIONS
### INMATE TIMECARD

PRINT INMATE NAME: HILL
INSTITUTION: I.S.P.   FACILITY: C
POSITION NO: LSC-C.004

HOURS WORKED: 4 3 4 2 8

Categories:
- 01 ACADEMIC/VOCATIONAL
- 02 ADMINISTRATIVE SERVICES
- 03 BUSINESS/MAINTENANCE
- 04 CAMPS
- 05 CULINARY
- 06 CUSTODY
- 07 MEDICAL
- 08 PRISON INDUSTRIES
- 09 PROGRAM
- 10 OTHER

Year: 97   Month: NOV

**UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD**

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).

11/3-11/7 A TIME REFUSED TO WORK    11-18-97 S TIME LOCKDOWN    11/24-11/26 A TIME REFUSED TO WORK
11/10-11/14 A TIME REFUSED TO WORK    11-19-97 S TIME LOCKDOWN
11-17-97 A TIME REFUSED TO WORK    11-20-97 S TIME LOCKDOWN
                                    11-21-97 A TIME REFUSED TO WORK

SUPERVISOR CERTIFICATION
I hereby certify that the hours reported above are correct.

GARCIA (PRINT LAST NAME)   WORK SUPERVISOR   12-1-97   6357 (EXTENSION)
BATES (PRINT LAST NAME)   FIRST LINE SUPERVISOR   12-3-97

USE NO. 2 PENCIL
CORRECT MARK ●
INCORRECT MARKS ⊘ ⊖ ⊙
ERASE CLEANLY

7988627   ENTERED

CDC 1311 (7/91)

01153

# STATE OF CALIFORNIA
# DEPARTMENT OF CORRECTIONS
# INMATE TIMECARD

PRINT INMATE NAME: Hill
INSTITUTION: ISP     FACILITY: C
POSITION NO: OMR-C.020

CDC NUMBER: H43428

Month: JUL
Year: 97

**EXCEPTIONAL TIME:** Enter reasons for all exceptional time (S, E, A).
S-T/no
, S(wep) 21, 23, 24
1.0 (") 30.
S6.5 (Cls Clsd) 22, 25, 31
Assigned 7-12-97
DMS 97-192

A/ 7/12 + 7/13 already entered

**SUPERVISOR CERTIFICATION**
I hereby certify that the hours reported above are correct.

HEIDEMAN   S. Nu...   7-31-97   7163
PRINT LAST NAME   WORK SUPERVISOR   DATE   EXTENSION

STANLEY   M. Flaherty SVI   7-31-97
PRINT LAST NAME   FIRST LINE SUPERVISOR

ENTERED

7975179

USE NO. 2 PENCIL
CORRECT MARK ●
INCORRECT MARKS ⊘ ⊗ ⊙
ERASE CLEANLY

CDC 191 (7/91)

01154

**STATE OF CALIFORNIA**
**DEPARTMENT OF CORRECTIONS**
**INMATE TIMECARD**

PRINT INMATE NAME: Hill
INSTITUTION: ISP   FACILITY: C
POSITION NO: OMR-C.020

CDC NUMBER: H 43428

DIVISION: C

- ACADEMIC/VOCATIONAL
- ADMINISTRATIVE SERVICES
- BUSINESS/MAINTENANCE
- CAMPS
- CULINARY
- CUSTODY
- MEDICAL
- PRISON INDUSTRIES
- PROGRAM
- OTHER

UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S.E.A.) 56.S (als clsd) 1,4,5,19,26-30
S-time
, S (WCP) 6,7,12,13,15,18,20,21     53.S (Lockdown) 8,
1.0 ( " ) 11,                          56.S ( " ) 22

USE NO. 2 PENCIL

CORRECT MARK ●

SUPERVISOR CERTIFICATION
I hereby certify that the hours reported above are correct.

HEIDEMAN   S. [signature]   8-29-97   2163
PRINT LAST NAME   WORK SUPERVISOR   DATE   EXTENSION
STANLEY   M. [signature]   8-30-97
PRINT LAST NAME   FIRST LINE SUPERVISOR

ENTERED

INCORRECT MARKS ⊘ ⊖ ●

ERASE CLEANLY

7984163

CDC 101 (7/93)

01155

# STATE OF CALIFORNIA
# DEPARTMENT OF CORRECTIONS
# INMATE TIMECARD

PRINT INMATE NAME: Hill
INSTITUTION: ISP      FACILITY: C
POSITION NO: SKCFC 001

**Divisions:**
- 01 ACADEMIC/VOCATIONAL
- 02 ADMINISTRATIVE SERVICES
- 03 BUSINESS/MAINTENANCE
- 04 CAMPS
- 05 CULINARY
- 06 CUSTODY
- 07 MEDICAL
- 08 PRISON INDUSTRIES
- 09 PROGRAM
- 10 OTHER

UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).

DMS 97-192  7-13-97  Job change
Int) Vol. Nau

**SUPERVISOR CERTIFICATION**
I hereby certify that the hours reported above are correct.

Wilkins — PRINT LAST NAME
[signature] — WORK SUPERVISOR
DATE: 7-17-97   EXTENSION: 6390

Hernandez — PRINT LAST NAME
[signature] — FIRST LINE SUPERVISOR
DATE: 7-17-97

ENTERED

7967056

USE NO. 2 PENCIL
CORRECT MARK ●
INCORRECT MARKS ⊘ ⊙ ◐
ERASE CLEANLY

CDC 131 (7/91)

01156

# STATE OF CALIFORNIA
# DEPARTMENT OF CORRECTIONS
# INMATE TIMECARD

PRINT INMATE NAME: Hill
INSTITUTION: ISP   FACILITY: C
POSITION NO: SKCFC 001

CDC NUMBER: H43928

Months: JAN–DEC (JUN marked)
Year: 91–00 (97 marked)

**DEPARTMENT:**
01 ACADEMIC/VOCATIONAL
02 ADMINISTRATIVE SERVICES
03 BUSINESS/MAINTENANCE
04 CAMPS
05 CULINARY
06 CUSTODY
07 MEDICAL
08 PRISON INDUSTRIES
09 PROGRAM
10 OTHER

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).
4,25 H=(S)=time Yard recall

USE NO. 2 PENCIL
CORRECT MARK
INCORRECT MARKS
ERASE CLEANLY

SUPERVISOR CERTIFICATION
I hereby certify that the hours reported above are correct.

C Lee — PRINT LAST NAME    C Lee — WORK SUPERVISOR    6-30-97  6390
McDaniel — PRINT LAST NAME    a McDaniel — FIRST LINE SUPERVISOR    7/3/97

7967522    ENTERED

CDC 101 (7/91)

01157

# STATE OF CALIFORNIA
# DEPARTMENT OF CORRECTIONS
# INMATE TIMECARD

PRINT INMATE NAME: 94,11
INSTITUTION: ISP   FACILITY: C
POSITION NO: SKCFC 001  Culinary

Month/Year: H4 3428 (May 97)

DIVISION: CULINARY

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).
5-28-97  2.50 S time gone to Classification

SUPERVISOR CERTIFICATION
I hereby certify that the hours reported above are correct.

R. Caballero (PRINT LAST NAME)  R. Caballero (WORK SUPERVISOR)  5/31/97  6391 (EXTENSION)
Cotton (PRINT LAST NAME)  R.W. Cotton (FIRST LINE SUPERVISOR)  5/31/97

ENTERED

7967562

USE NO. 2 PENCIL
CORRECT MARK ●
INCORRECT MARKS ⊘ ⊙ ⊖
ERASE CLEANLY

CDC 151 (7/91)

01158

# STATE OF CALIFORNIA
# DEPARTMENT OF CORRECTIONS
# INMATE TIMECARD

PRINT INMATE NAME: Hill
INSTITUTION: ISP  FACILITY: C
POSITION NO: SKCFC 002

ID NUMBER: H43428

DIVISION:
- 01 ACADEMIC/VOCATIONAL
- 02 ADMINISTRATIVE SERVICES
- 03 BUSINESS/MAINTENANCE
- 04 CAMPS
- 05 CULINARY
- 06 CUSTODY
- 07 MEDICAL
- 08 PRISON INDUSTRIES
- 09 PROGRAM
- 10 OTHER

Month: MAY  Year: 97

**UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD**

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).

USE NO. 2 PENCIL
CORRECT MARK
INCORRECT MARKS
ERASE CLEANLY

SUPERVISOR CERTIFICATION
I hereby certify that the hours reported above are correct.

PRINT LAST NAME: R. Aviles    WORK SUPERVISOR: [signature]    DATE: 5-12-97    EXTENSION: 6391
PRINT LAST NAME: McDaniel    FIRST LINE SUPERVISOR: [signature]    DATE: 5/13/97

ENTERED

7960071

CDC 191 (7/91)

01159

# STATE OF CALIFORNIA
# DEPARTMENT OF CORRECTIONS
# INMATE TIMECARD

PRINT INMATE NAME: Hill
INSTITUTION: ISP  FACILITY: C
POSITION NO: SKCFC 002

CDC NUMBER: H43428

MONTH: APR
YEAR: 97

DIVISION:
- 01 ACADEMIC/VOCATIONAL
- 02 ADMINISTRATIVE SERVICES
- 03 BUSINESS/MAINTENANCE
- 04 CAMPS
- 05 CULINARY (marked)
- 06 CUSTODY
- 07 MEDICAL
- 08 PRISON INDUSTRIES
- 09 PROGRAM
- 10 OTHER

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).
3.5 Hr (S) time to Testing 4-26

ENTERED

SUPERVISOR CERTIFICATION
I hereby certify that the hours reported above are correct.

PRINT LAST NAME: Gonzalez
WORK SUPERVISOR: [signature]
DATE: 4-30-97
EXTENSION: 6390

PRINT LAST NAME: Cotton
FIRST LINE SUPERVISOR: [signature]
DATE: 5/8/97

USE NO. 2 PENCIL

7965809

CDC 131 (7/91)

01160

**STATE OF CALIFORNIA**
**DEPARTMENT OF CORRECTIONS**
**INMATE TIMECARD**

PRINT INMATE NAME: Hill
INSTITUTION: ISP    FACILITY: C
POSITION NO: SKCFC 008

CDC NUMBER: H43428

MONTH: MAR    YEAR: 97

**DIVISION:** 05 CULINARY

**EXCEPTIONAL TIME:** Enter reasons for all exceptional time (S, E, A).

USE NO. 2 PENCIL
CORRECT MARK ●
INCORRECT MARKS ⊘ ⊗ ◐
ERASE CLEANLY

**SUPERVISOR CERTIFICATION**
I hereby certify that the hours reported above are correct.

PRINT LAST NAME: VALENZUELA
PRINT LAST NAME: McDaniel
WORK SUPERVISOR: [signature]
FIRST LINE SUPERVISOR: a. McDaniel
DATE: 3-31-97    EXTENSION: 6391
DATE: 4/4/97

ENTERED

7965849

CDC 131 (7/91)

01161

# STATE OF CALIFORNIA
# DEPARTMENT OF CORRECTIONS
# INMATE TIMECARD

PRINT INMATE NAME: Hill
INSTITUTION: ISP  FACILITY: C
POSITION NO: SKCFC C08

CDC NUMBER: H43428
MONTH: APR  YEAR: 97
DIVISION: CULINARY

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).

3-5, 3-6 S-time lockdown

## SUPERVISOR CERTIFICATION
I hereby certify that the hours reported above are correct.

R. Caballero / L. Caballero / 4/28/97 / 6391
PRINT LAST NAME / WORK SUPERVISOR / DATE / EXTENSION

McDaniel / A. McDaniel / 4/26/97
PRINT LAST NAME / FIRST LINE SUPERVISOR / DATE

ENTERED

USE NO. 2 PENCIL
CORRECT MARK ●
INCORRECT MARKS ⊘ ⊙
ERASE CLEANLY

7965847

CDC 161 (7/91)

01162

# STATE OF CALIFORNIA
# DEPARTMENT OF CORRECTIONS
# INMATE TIMECARD

INMATE NAME: Hill
INSTITUTION: ISP   FACILITY: C
POSITION NO: DRSFC 012

CDC NO: H 43428

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).
Drs 97-20078

SUPERVISOR CERTIFICATION
I hereby certify that the hours reported above are correct.

C/O GIAPPUSO — PRINT LAST NAME
MEDRANO — PRINT LAST NAME
WORK SUPERVISOR
FIRST LINE SUPERVISOR
DATE: 3-25-97   EXTENSION: 6370

ENTERED

7987091

USE NO. 2 PENCIL
CORRECT MARK ●
INCORRECT MARKS ⊗ ⊘ ⊙
ERASE CLEANLY

CDC 151 (7/91)

01163

# STATE OF CALIFORNIA
## DEPARTMENT OF CORRECTIONS
### INMATE TIMECARD

PRINT INMATE NAME: Hill
INSTITUTION: ISP   FACILITY: C
POSITION NO: DRSFL MD

**DIVISION**
- 01 ACADEMIC/VOCATIONAL
- 02 ADMINISTRATIVE SERVICES
- 03 BUSINESS/MAINTENANCE
- 04 CAMPS
- 05 CULINARY
- 06 CUSTODY
- 07 MEDICAL
- 08 PRISON INDUSTRIES
- 09 PROGRAM
- 10 OTHER

**UNDER NO CIRCUMSTANCES SHALL AN INMATE HAVE ACCESS TO THIS TIMECARD**

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).

2-8-97 S= No khaki shoes

Job change 2-12-97  97 042

USE NO. 2 PENCIL
CORRECT MARK: ●
INCORRECT MARKS: ⊘ ⊙ ⊖
ERASE CLEANLY

**SUPERVISOR CERTIFICATION**
I hereby certify that the hours reported above are correct.

C/O GEALAVSO
PRINT LAST NAME

WORK SUPERVISOR   DATE 2-12-97

TERRY
PRINT LAST NAME

M. Terry Sgt
FIRST LINE SUPERVISOR   DATE 2-12-97

**ENTERED**

7951065

CDC191 (7/91)

01164

# STATE OF CALIFORNIA
## DEPARTMENT OF CORRECTIONS
### INMATE TIMECARD

PRINT INMATE NAME: Hill
INSTITUTION: ISP    FACILITY: C
POSITION NO: DRSFC-012

CDC NUMBER: H43428
MONTH: FEB
YEAR: 97

DIVISION:
- 01 ACADEMIC/VOCATIONAL
- 02 ADMINISTRATIVE SERVICES
- 03 BUSINESS/MAINTENANCE
- 04 CAMPS
- 05 CULINARY
- 06 CUSTODY
- 07 MEDICAL
- 08 PRISON INDUSTRIES
- 09 PROGRAM
- 10 OTHER

EXCEPTIONAL TIME: Enter reasons for all exceptional time (S, E, A).
* DMS *

USE NO. 2 PENCIL
CORRECT MARK ●
INCORRECT MARKS ⊗ ⊘

SUPERVISOR CERTIFICATION
I hereby certify that the hours reported above are correct.

PRINT LAST NAME: GASPARUSO    WORK SUPERVISOR (signature)    DATE: 2-28-97    EXTENSION: 6780
PRINT LAST NAME: MEDRANO    FIRST LINE SUPERVISOR (signature)    DATE: 3-7-97

ENTERED

7945765

CDC 101 (7/91)

01165