1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  PAUL T. HAMMERNESS
   Supervising Deputy Attorney General
3  JENNIFER C. ADDAMS, State Bar No. 209355
   Deputy General
4    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
5    Telephone:     (415) 703-5382
     Facsimile:     (415) 703-5480
6    Email:  Jennifer.Addams@doj.ca.gov

7  Attorneys for Defendants J. Chudy, M.D.;
   D. Pompan, M.D.; and I. Grewal, M.D.

8

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 **RAYNARD B. HILL, JR.,**                    Case No. C 07-3165-CRB (PR)

13                              Plaintiff,      **PROOF OF SERVICE**
                                               **BY U.S. MAIL**
14      **v.**
                                               The Honorable Charles R. Breyer
15 **JOSEPH CHUDY, et al.,**

16                              Defendants.

17

18       I, Esther McDonald, declare:

19       I am employed in the Office of the Attorney General, which is the office of a member of the

20 California State Bar, at which member's direction this service is made.  I am 18 years of age or

21 older and not a party to this matter.  I am familiar with the business practice at the Office of the

22 Attorney General for collection and processing of correspondence for mailing with the United

23 States Postal Service.  In accordance with that practice, correspondence placed in the internal

24 mail collection system at the Office of the Attorney General is deposited with the United States

25 Postal Service that same day in the ordinary course of business.

26 ///

27 ///

28

Proof of Service by U.S. Mail                    *HILL,  Raynard B. v. Joseph Chudy, et al.*
                                                 C 07-3165-CRB (PR)

1    On July 7, 2008, I served the following documents:

2    1.    NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, IN THE
           ALTERNATIVE, SUMMARY ADJUDICATION;

3

4    2.    DECLARATION OF JENNIFER C. ADDAMS IN SUPPORT OF MOTION FOR
           SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY
           ADJUDICATION; EXHIBIT A;

5

6    3.    DECLARATION OF JOSEPH CHUDY, M.D. IN SUPPORT OF MOTION FOR
           SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY
           ADJUDICATION; EXHIBIT A; EXHIBIT B,

7

8    by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid,

9    in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate

10   Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

11        Raynard B. Hill, Jr.
          H43428
12        California Substance Abuse Treatment Facility
          F3-B-126 Low
13        P.O. Box 7100
          Corcoran, CA 93212-7100
14

15        I declare under penalty of perjury under the laws of the State of California the foregoing is

16   true and correct and that this declaration was executed on July 7, 2008, at San Francisco,

17   California.

18

19                                      */s/ Esther McDonald*

20                        _____
                                      Esther McDonald
21

22

23

24
     40268423.wpd
25   SF2008401759

26

27

28

Proof of Service by U.S. Mail                              *HILL,  Raynard B. v. Joseph Chudy, et al.*
                                                              C 07-3165-CRB (PR)

2