IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYNARD B. HILL, | ) | |
| Plaintiff(s), | ) | No. C 07-3165 CRB (PR) |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOSEPH CHUDY, et al., | ) | (Doc # 17) |
| | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

Defendants have filed a motion for a stay of discovery until their yet-not-filed motion for summary judgment is decided.  The motion (doc # 17) is DENIED.   Plaintiff is entitled to discovery in order to oppose summary judgment.  But cf. Crawford-El v. Britton, 523 U.S. 574, 598 (1998) (stay of discovery should be granted until the threshold question of qualified immunity is settled).

SO ORDERED.

DATED: July 7, 2008

CHARLES R. BREYER
United States District Judge