UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RAYNARD B. HILL,

        Plaintiff,

  v.

JOSEPH CHUDY et al,

        Defendant.

Case Number: CV07-03165 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 7, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raynard B. Hill H-43428
SATF
F3-B-126 Low
P.O. Box 7100
Corcoran, CA 93212-07100

Dated: July 7, 2008

        Richard W. Wieking, Clerk
        By: Barbara Espinoza, Deputy Clerk