IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYNARD B. HILL,                           ) | |
|                Plaintiff(s),      ) | No. C 07-3165 CRB (PR) |
| vs.                                                 ) | ORDER |
| JOSEPH CHUDY, et al.,                ) | (Doc # 21) |
|                Defendant(s).    ) | |

Plaintiff's motion (doc # 21) for an order compelling discovery is DENIED as premature. The court will not entertain discovery motions unless the parties first comply with the meet-and-confer requirements of the Federal Rules of Civil Procedure and the Court's Local Rules. See, e.g., Fed. R. Civ. P. 37(a) (motion to compel must include a certification that the movant has in good faith conferred or attempted to confer with the party not making the disclosure in an effort to secure the disclosure without court action); Civ. L. R. 37-1 (same). In view of plaintiff's incarceration, the parties may satisfy the meet-and-confer requirements by letter or telephone conversation. Cf. Civil L. R. 1-5(n) ("meet and confer" or "confer" means to communicate directly and discuss in good faith the issue(s); mere sending of a written, electronic or voice-mail communication does not satisfy a requirement to "meet and confer" or to "confer;" requirement can be satisfied only through direct dialogue and discussion – either in a face to face meeting or in a telephone conversation).

1   Good cause appearing, the filing deadline for plaintiff's opposition to
2   defendants' motion for summary judgment is extended to September 12, 2008.
3   SO ORDERED.
4   DATED: July 31, 2008

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.07\Hill, R1.or3.wpd

2