1  RAYNARD B HILL H43428
2  CSATF, F3-285Low
   PO BOX 7100
3  CORCORAN, CA. 93212
4



AUG 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5      UNITED STATES DISTRICT COURT
6      NORTHERN DISTRICT OF CALIFORNIA
7



8  HILL, RAYNARD B.          CASE No. C 07-3165 CRB (PR)
       PLAINTIFF,
9
10 V                         PLAINTIFF'S MOTION FOR ORDER
                             TO COMPEL DISCOVERY UPON
11                           DEFENDANTS PURSUANT TO
12 CHUDY, JOSEPH et al.       RULE 37 (9)(3) OF THE F.C.P.R.
       DEFENDANT.
13

14
15 (1) HERE COMES RAYNARD B HILL, PLAINTIFF IN THE A-
16 BOVE ENTITLED ACTION, BRINGS FORTH THIS MOTION FOR
17 ORDER TO COMPEL DISCOVERY UPON DEFENDANT(S) JOSEPH
18 CHUDY M.D et al PURSUANT TO RULE 37(9)(3) OF THE F.C.P.R.
19
20 (2) DEFENDANT(S) FAILED TO ANSWER PLAINTIFF'S REQUEST
21 FOR ADMISSIONS " PURSUANT TO RULE 36(9) OF THE F.C.P.R. FOR
22 THE PURPOSE OF ESTABLISHING TRUTH OF ANY MATTER, THE GEN-
23 UINESS OF ANY DOCUMENT FOR USE AT TRIAL, WHICH THE
24 DEFENDANT MAY "ADMIT" OR "DENY" AS REQUIRED.
25
26 (3) DEFENDANT (S) FAILED TO ANSWER "ADMISSIONS" PRO-
27 POUNDED UPON THE DEFENDANT(S) BY GIVING EVASIVE OR
28 INCOMPLETE ANSWERS, WITCH IS TO BE TREATED AS A

1

1  FAILURE TO ANSWER in DEFENDANTS RESPONSE (EX #1)

2

3  (4) IN PLAINTIFF'S ATTEMPT TO SAVE TIME & EXPENSE,

4  ON MAY 6TH, 2008, SERVED THE DEFENDANTS ATTORNEY

5  A REQUEST FOR ADMISSIONS (EX #2). IN THE CAPTION

6  IT IDENTIFIES THE DEFENDANTS AS CHUDY, JOSEPH et al.,

7  WHERE in THE ORIGINAL & 1ST AMENDED COMPLAINT LIST THE

8  OTHER DEFENDANTS AS CESAR SINWACO M.D., I. GREWAL

9  M.D., AND D. POMPAN M.D. ALL LICENSED MEDICAL

10  DOCTORS, ALL EMPLOYED AT THE COLIFORNIA TRAINING FAC-

11  ILITY in SOLEDAD, CA., AND ALL HAD DIRECT DEALINGS

12  WITH PLAINTIFF AND PLAINTIFF'S MEDICAL FILE in ONE

13  EXTENT OR ANOTHER.

14

15  (5) REQUEST FOR ADMISSIONS ARE BASED ON FACTS THAT ARE

16  LOCATED in PLAINTIFF'S CDC MEDICAL FILE, DOCUMENTS SUBMIT-

17  TED AS EXHIBITS in COMPLAINT, AND COMMON MEDICAL KNOW-

18  LEDGE & PRACTICES THAT FOUR MEDICAL PROFESSIONALS SHOULD

19  BE ABLE TO ASCERTAIN.

20

21  (6) DEFENDANTS COUNSEL ON JUNE 2ND, 2008, SUBPOENA C.S.-

22  A.T.F.'s LITIGATIONS COORDINATOR FOR MEDICAL & CENTRAL FILE

23  RECORDS OF PLAINTIFF'S MOVEMENT, AND ANY AND ALL RECORDS

24  PERTAINING TO (RT) SHOULDER PAIN, X-RAYS, MRI's, ETC

25  FROM JULY 1992 TO PRESENT DATE. (EX #3)

26

27  (7) DEFENDANTS COUNSEL in RESPONSE TO REQUEST FOR

28  ADMISSIONS IS ATTEMPTING TO HINDER PLAINTIFF'S DISCOVERY

2

PROOF OF SERVICE BY MAIL

I, RAYNARD B HILL, AM A RESIDENT OF A CALIFORNIA STATE PRISON IN KINGS COUNTY, AM OVER THE AGE OF EIGHTEEN (18), AND A PARTY TO THIS LEGAL ACTION. MY PRISON ADDRESS IS: CALIFORNIA SUBSTANCE ABUSE TREATMENT FACILITY, PO BOX 7100, CORCORAN, CA. 93212.

ON 4TH AUG 2008, I SERVED THE FOLLOWING DOCUMENTS:

MOTION ORDER TO COMPEL DISCOVERY UPON DEFENDANTS I. GREWAL, C. SINNACO, D. POMPAN & J. CANDY UPON THE PARTY(S) LISTED HEREIN BY PLACING A TRUE COPY(S), ENCLOSED IN A SEAL ENVELOP(S), WITH SUFFICIENT POSTAGE AFFIXED, INTO THE RECEPICAL PROVIDED FOR THE UNITED STATES MAIL SERVICE, DEPOSITED IN THE MANNER PRESCRIBED BY THE CDC, AT C.SATF, AND ADDRESSED AS FOLLOWS.

JENNIFER ADDAMS
DEPARTMENT OF JUSTICE
455 GOLDEN GATE AVE STE 11000
SAN FRANCISCO, CA 94102-7004

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE
SAN FRANCISCO, CA. 94102

THERE IS REGULAR DELIVERY SERVICE BY THE UNITED STATES POSTAL SERVICE BETWEEN THE TWO LOCATION.

I DECLARE, UNDER PENALTY OF PERJURY, THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT.

EXECUTED ON 4TH AUG, 2008

DECLARANT / SERVER

EXHIBIT __1__

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  PAUL T. HAMMERNESS
   Supervising Deputy Attorney General
3  JENNIFER C. ADDAMS
   Deputy Attorney General, State Bar No. 209355
4  455 Golden Gate Avenue, Suite 11000
   San Francisco, CA  94102-7004
5  Telephone:  (415) 703-5382
   Facsimile:  (415) 703-5480
6
   Attorneys for Defendants J. Chudy, M.D.; D. Pompan,
7  M.D.; I. Grewal, M.D.

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  **RAYNARD B. HILL, JR.,**                    Case No.  C 07-3165-CRB (PR)

12                                  Plaintiff,   **DEFENDANTS' RESPONSE TO**
                                                 **PLAINTIFF'S REQUEST FOR**
13                    v.                          **ADMISSIONS (SET ONE)**

14  **JOSEPH CHUDY, ET AL.,**

15                                 Defendants.

16

17  PROPOUNDING PARTY:    Plaintiff Raynard B. Hill

18  RESPONDING PARTY:     Defendants J. Chudy, M.D.; D. Pompan, M.D.; I. Grewal, M.D.

19  SET NO.:              1

20                    **PRELIMINARY STATEMENT**

21

22        Defendants have not yet fully completed the investigation of the facts relating to this case

23  and have not yet fully completed discovery in this action. All of the responses contained herein

24  are based solely upon information and documents which are presently available to, and

25  specifically known by Defendants and disclose only those contentions which presently occur to

26  Defendants. It is anticipated that further discovery, independent investigation, legal research and

27  analysis will supply additional facts and lead to additions, changes, and variations from the

28  answers herein.

1    The following responses are given without prejudice to the right to produce evidence or

2  witnesses which Defendants may later discover.  Defendants accordingly reserve the right to

3  change any and all responses herein as additional facts are ascertained, witnesses identified and

4  legal research is completed.  The responses contained herein are made in good faith in an attempt

5  to supply as much factual information and as much specification of legal contention as is

6  presently known and should in no way prejudice Defendants in relation to further discovery and

7  proceedings.

8

9  REQUEST FOR ADMISSION NO. 1:

10    Is it true, CTF medical records show upon the plaintiff arrival in 2002, staff was aware of

11  plaintiff's re-injury and pain in Rt. shoulder?

12  RESPONSE TO REQUEST FOR ADMISSION NO. 1:

13    Objection, this request is not specifically addressed to any individual defendant. Subject

14  to and without waiving this objection, and as it can be answered by J. Chudy, M.D., deny.

15

16  REQUEST FOR ADMISSION NO. 2:

17    Is it true, that the basic x-ray does not show damage to tendons, ligiments [sic], or tissue

18  damage?

19  RESPONSE TO REQUEST FOR ADMISSION NO. 2:

20    Objection, this request is not specifically addressed to any individual defendant and it is

21  vague and ambiguous as to the terms "basic x-ray."  Subject to and without waiving this

22  objection, and as it can be answered by J. Chudy, M.D., deny.

23

24  REQUEST FOR ADMISSION NO. 3:

25    Is it true, the responsibility of any physician administering medication or treatment to a

26  patient should thoroughly review patients medical file?

27  RESPONSE TO REQUEST FOR ADMISSION NO. 3:

28    Objection, this request is not specifically addressed to any individual defendant. Subject

2

1  to and without waiving this objection, and as it can be answered by J. Chudy, M.D., deny.

2

3  REQUEST FOR ADMISSION NO. 4:

4      Is it true, that any patient who has been in pain from an injury continuously [sic] for

5  many years is to be considered a cronic [sic] care patient?

6  RESPONSE TO REQUEST FOR ADMISSION NO. 4:

7      Objection, this request is not specifically addressed to any individual defendant.  Subject

8  to and without waiving this objection, and as it can be answered by J. Chudy, M.D., deny.

9

10  REQUEST FOR ADMISSION NO. 5:

11      Is it true, that plaintiff's injury was mis-diagnosis [sic] causing delays in medical care and

12  treatment for numerous years?

13  RESPONSE TO REQUEST FOR ADMISSION NO. 5:

14      Objection, this request is not specifically addressed to any individual defendant, vague

15  and ambiguous as to the term "numerous years" and is indefinite as to time.  Subject to and

16  without waiving this objection, and as it can be answered by J. Chudy, M.D., deny.

17

18  REQUEST FOR ADMISSION NO. 6:

19      Is it true, after x-ray and no findings, plaintiff was still in cronic [sic] pain, isn't standard

20  procedure is to order an M.R.I.?

21  RESPONSE TO REQUEST FOR ADMISSION NO. 6:

22      Objection, this request is not specifically addressed to any individual defendant, indefinite

23  as to time and is vague and ambiguous as to prevent an intelligent response.  Subject to and

24  without waiving this objection, and as it can be answered by J. Chudy, M.D., unable to admit or

25  deny.

26

27  REQUEST FOR ADMISSION NO. 7:

28      Is it true, from 3-14-03 - 9-8-06 plaintiff was given massive amounts of motrin/ibuprofen

3

DEFENDANTS' RESPONSE TO PLAINTIFF'S REQUEST FOR ADMISSIONS (SET ONE)

1 | tabs by CTF medical staff?

2 | RESPONSE TO REQUEST FOR ADMISSION NO. 7:

3 |     Objection, this request is not specifically addressed to any individual defendant and is

4 | vague and ambiguous as to the term "massive amounts." Subject to and without waiving this

5 | objection, and as it can be answered by J. Chudy, M.D., deny.

6 |

7 | REQUEST FOR ADMISSION NO. 8:

8 |     Is it true, plaintiff sent numerous CDC 7362 medical request forms stating pain

9 | medication given is not effective and in extreme pain?

10 | RESPONSE TO REQUEST FOR ADMISSION NO. 8:

11 |     Objection, this request is not specifically addressed to any individual defendant, is

12 | indefinite as to time and vague and ambiguous as to the term "numerous." Subject to and

13 | without waiving this objection, and as it can be answered by J. Chudy, M.D., admit that plaintiff

14 | submitted CDC 7362 forms.

15 |

16 | REQUEST FOR ADMISSION NO. 9:

17 |     Is it true, that its common knowledge in the medical field, that excessive amounts of

18 | ibuprofen/motrin given to a patient is potential to cause some to liver or organs of patient?

19 | RESPONSE TO REQUEST FOR ADMISSION NO. 9:

20 |     Objection, this request is not specifically addressed to any individual defendant, indefinite

21 | as to time and is unintelligible as to prevent an intelligent response. Subject to and without

22 | waiving this objection, and as it can be answered by J. Chudy, M.D., unable to admit or deny.

23 |

24 | REQUEST FOR ADMISSION NO. 10:

25 |     Is it true, that the delays, denials, picking and choosing which patient will see the doctor

26 | is due to overcrowding the prison?

27 | RESPONSE TO REQUEST FOR ADMISSION NO. 10:

28 |     Objection, this request is not specifically addressed to any individual defendant, indefinite

DEFENDANTS' RESPONSE TO PLAINTIFF'S REQUEST FOR ADMISSIONS (SET ONE)

1  as to time and vague and ambiguous as to the term "picking and choosing." Subject to and

2  without waiving this objection, and as it can be answered by J. Chudy, M.D., deny.

3

4  REQUEST FOR ADMISSION NO. 11:

5      Is it true, that those patients in cronic [sic] pain and need a stronger medication for injury

6  until procedure can be performed, are placed in a pain management program, where medication

7  is issued by the medical dept. daily?

8  RESPONSE TO REQUEST FOR ADMISSION NO. 11:

9      Objection, this request is not specifically addressed to any individual defendant, indefinite

10  as to time and vague and ambiguous as to the term "chronic." Subject to and without waiving

11  this objection, and as it can be answered by J. Chudy, M.D., deny.

12

13  REQUEST FOR ADMISSION NO. 12:

14     Is it true, due to the inadequate equipment and unavailability of the M.R.I. trailer at the

15  time, was a contributing factor in plaintiff's being denied or delayed medical treatment to his rt.

16  shoulder, after doctor's order on 4/17/05?

17  RESPONSE TO REQUEST FOR ADMISSION NO. 12:

18     Objection, this request is not specifically addressed to any individual defendant. Subject

19  to and without waiving this objection, and as it can be answered by J. Chudy, M.D., deny.

20

21  REQUEST FOR ADMISSION NO. 13:

22     Is it true, that upon a doctor placing an order of treatment for a patient, that it's his/her

23  duty and responsibility to assure that the patient receives that ordered treatment?

24  RESPONSE TO REQUEST FOR ADMISSION NO. 13:

25     Objection, this request is not specifically addressed to any individual defendant, is

26  indefinite as to time and is vague and ambiguous as to the term "duty and responsibility."

27  Subject to and without waiving this objection, and as it can be answered by J. Chudy, M.D.,

28  deny.

1 | REQUEST FOR ADMISSION NO. 14:

2 |     Is it true, that the Chief Medical Officer oversees, supervise, approve, and denys [sic] all

3 | request of treatment of patients placed by doctor's that are under his/her control?

4 | RESPONSE TO REQUEST FOR ADMISSION NO. 14:

5 |     Objection, this request is not specifically addressed to any individual defendant, is

6 | compound and is indefinite as to time.  Subject to and without waiving this objection, and as it

7 | can be answered by J. Chudy, M.D., deny.

8 |

9 | REQUEST FOR ADMISSION NO. 15:

10 |     Is it true, on 7-13-06 orthopedic Dr. Pompan was approved by U.R.C. to perform rotator

11 | cuff repair on plaintiff's rt shoulder?

12 | RESPONSE TO REQUEST FOR ADMISSION NO. 15:

13 |     Objection, this request is not specifically addressed to any individual defendant.  Subject

14 | to and without waiving this objection, and as it can be answered by J. Chudy, M.D., deny.

15 |

16 | REQUEST FOR ADMISSION NO. 16:

17 |     Is it true that on 9-8-06 Plaintiff was transfered [sic] out of CTF in Soledad, CA., to CCI

18 | in Tehachapi, CA.?

19 | RESPONSE TO REQUEST FOR ADMISSION NO. 16:

20 |     Objection, this request is not specifically addressed to any individual defendant.  Subject

21 | to and without waiving this objection, and as it can be answered by J. Chudy, M.D., admit that

22 | plaintiff was transferred on September 8, 2006.

23 |

24 | REQUEST FOR ADMISSION NO. 17:

25 |     Is it true, that after 2 yrs of complaining that medication was ineffective, on 4-4-05 meds

26 | dosage was increased to 800 mg, and then on 8-25-05 was reduced without any type of

27 | treatment?

28 | ///

6

DEFENDANTS' RESPONSE TO PLAINTIFF'S REQUEST FOR ADMISSIONS (SET ONE)

1 | RESPONSE TO REQUEST FOR ADMISSION NO. 17:

2 |     Objection, this request is not specifically addressed to any individual defendant. Subject

3 | to and without waiving this objection, and as it can be answered by J. Chudy, M.D., deny.

4 |

5 | REQUEST FOR ADMISSION NO. 18:

6 |     Exhibit #1, CDC 602 Appeal 66# CTF-C-05-01422, filed 5-2-05.

7 | RESPONSE TO REQUEST FOR ADMISSION NO. 18:

8 |     Objection, this request is not specifically addressed to any individual defendant and is

9 | unintelligible as to prevent an intelligent response. Subject to and without waiving this

10 | objection, because it is unintelligible, unable to admit or deny.

11 |

12 | REQUEST FOR ADMISSION NO. 19:

13 |     Exhibit #2, CDC602 Appeal C06# CTF-N-06-02486, filed 6-26-6.

14 | RESPONSE TO REQUEST FOR ADMISSION NO. 19:

15 |     Objection, this request is not specifically addressed to any individual defendant and is

16 | unintelligible as to prevent an intelligent response. Subject to and without waiving this

17 | objection, because it is unintelligible, unable to admit or deny.

18 |

19 | REQUEST FOR ADMISSION NO. 20:

20 |     CDC 7221, Physician Orders, Medication Log & Mar sheet for self administered

21 | medications Ex #3.

22 | RESPONSE TO REQUEST FOR ADMISSION NO. 20:

23 |     Objection, this request is not specifically addressed to any individual defendant and is

24 | unintelligible as to prevent an intelligent response. Subject to and without waiving this

25 | objection, because it is unintelligible, unable to admit or deny.

26 |

27 | REQUEST FOR ADMISSION NO. 21:

28 |     CDC 7362 Health Care Services Request dated 2/05, 3/05, 8/05, 11/05 Ex #4.

DEFENDANTS' RESPONSE TO PLAINTIFF'S REQUEST FOR ADMISSIONS (SET ONE)

1    RESPONSE TO REQUEST FOR ADMISSION NO. 21:

2        Objection, this request is not specifically addressed to any individual defendant and is

3    unintelligible as to prevent an intelligent response. Subject to and without waiving this

4    objection, because it is unintelligible, unable to admit or deny.

5

6    REQUEST FOR ADMISSION NO. 22:

7        Exhibit #5, CDC 7243 Heathcare Services Physician Request for Service dated 4/05,

8    6/05, 1/06, 7/06.

9    RESPONSE TO REQUEST FOR ADMISSION NO. 22:

10       Objection, this request is not specifically addressed to any individual defendant and is

11   unintelligible as to prevent an intelligent response. Subject to and without waiving this

12   objection, because it is unintelligible, unable to admit or deny.

13

14   REQUEST FOR ADMISSION NO. 23:

15       Exhibit #6, x-rays performed on 6-17-02 & 3-10-05.

16   RESPONSE TO REQUEST FOR ADMISSION NO. 23:

17       Objection, this request is not specifically addressed to any individual defendant and is

18   unintelligible as to prevent an intelligent response. Subject to and without waiving this

19   objection, because it is unintelligible, unable to admit or deny.

20

21   REQUEST FOR ADMISSION NO. 24:

22       Exhibit #&, Salinas Valley Radiologist M.R.I. on 11-21-05, Kern Radiology Medical

23   Group MRI on 9-12-07.

24   RESPONSE TO REQUEST FOR ADMISSION NO. 24:

25       Objection, this request is not specifically addressed to any individual defendant and is

26   unintelligible as to prevent an intelligent response. Subject to and without waiving this

27   objection, because it is unintelligible, unable to admit or deny.

28

8

1  REQUEST FOR ADMISSION NO. 25:

2      Exhibit #8, U.C. Davis Health System Consultation by Dr. Jeffery L. Tanji:11-3-06.

3  RESPONSE TO REQUEST FOR ADMISSION NO. 25:

4      Objection, this request is not specifically addressed to any individual defendant and is

5  unintelligible as to prevent an intelligent response. Subject to and without waiving this

6  objection, because it is unintelligible, unable to admit or deny.

7

8  REQUEST FOR ADMISSION NO. 26:

9      Exhibit #9, Dr. Marshall S. Lewis orthopedic surgeon consultation report 10-29-07.

10  RESPONSE TO REQUEST FOR ADMISSION NO. 26:

11      Objection, this request is not specifically addressed to any individual defendant and is

12  unintelligible as to prevent an intelligent response. Subject to and without waiving this

13  objection, because it is unintelligible, unable to admit or deny.

14

15  REQUEST FOR ADMISSION NO. 27:

16      Exhibit #10, Watson Laboratories Inc., Manufacture of ibuprofen 3-6-07.

17  RESPONSE TO REQUEST FOR ADMISSION NO. 27:

18      Objection, this request is not specifically addressed to any individual defendant and is

19  unintelligible as to prevent an intelligent response. Subject to and without waiving this

20  objection, because it is unintelligible, unable to admit or deny.

21

22  REQUEST FOR ADMISSION NO. 28:

23      Exhibit #11, Foundation Laboratory, Blood Test 6-27-07.

24  RESPONSE TO REQUEST FOR ADMISSION NO. 28:

25      Objection, this request is not specifically addressed to any individual defendant and is

26  unintelligible as to prevent an intelligent response. Subject to and without waiving this

27  objection, because it is unintelligible, unable to admit or deny.

28

DEFENDANTS' RESPONSE TO PLAINTIFF'S REQUEST FOR ADMISSIONS (SET ONE)

1    REQUEST FOR ADMISSION NO. 29:

2         Exhibit #12, Dr. Marshall S. Lewis. Ortho. Surgeon Re-evaluation & Recommendation 2-

3    8-08.

4    RESPONSE TO REQUEST FOR ADMISSION NO. 29:

5         Objection, this request is not specifically addressed to any individual defendant and is

6    unintelligible as to prevent an intelligent response.  Subject to and without waiving this

7    objection, because it is unintelligible, unable to admit or deny.

8

9              Dated:   July 9, 2008

10                                           EDMUND G. BROWN JR., Attorney General
                                              of the State of California
                                             PAUL T. HAMMERNESS
11                                            Supervising Deputy Attorney General

12                              By:   _____

13                                        JENNIFER C. ADDAMS
                                          Deputy Attorney General
14                                       Attorneys for Defendants J. Chudy, M.D.; D.
                                         Pompan, M.D.; I. Grewal, M.D.
15    SF2008401759

16    20121512.wpd

17

18

19

20

21

22

23

24

25

26

27

28

10

**RAYNARD E. HILL, JR., v. JOSEPH CHUDY, ET AL.**
**U.S.D.C. CASE NO C 07-3165-CRB (PR)**

VERIFICATIONS WILL FOLLOW IN A SUBSEQUENT
MAILING.

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **HILL,  Raynard B. v. Joseph Chudy, et al.**

No.:   **C 07-3165-CRB (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of a older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004.

On July 14, 2008, I served the attached **Defendant's Response to Plaintiff's Request for Admissions (Set One)** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:


Raynard B. Hill, Jr.
H-43428
California Substance Abuse Treatment
Facility
F3-B-126 Low
P.O. Box 7100
Corcoran, CA 93212-7100



I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 14, 2008, at San Francisco, California.


|                              |                        |
| ---------------------------- | ---------------------- |
| Louise Denish                |                        |
| Declarant                    | Signature              |

20122989.wpd

# EXHIBIT __2__

PROOF OF SERVICE BY MAIL

1

2    I, *Raynard B Hill* am a resident of a California State Prison in

3    Kern County, am over the age of eighteen (18), and am        a party to this

4    legal action. My prison address is: California Correctional Institution, P.O.

5    Box 1031, Tehachapi, CA 93581.

6    On 6TH MAY 2008, I served the following documents:

7    *REQUEST FOR ADMISSION*

8    _____

9    upon the party(s) listed herein by placing a true copy(s), enclosed in a

10   sealed envelope(s), with sufficient postage affixed, into the receptical

11   provided for the United States Mail Service, deposited in the manner prescribed

12   by the GDC, at the California Correctional Institution and addressed as follows:

13   JOSEPH CHUDY MD.            I. GREWAL MD.

14   CALIFORNIA TRAINING FACILITY   CALIFORNIA TRAINING FACILITY

15   HWY 101 NORTH                 HWY 101 NORTH

16   PO BOX 686                    PO BOX 686

     SOLEDAD, CA. 93960-0686       SOLEDAD, CA. 93960-0686

17

18   CESAR SINNACO MD.           DR POMPAN MD, ORTHOPEDIC

19   CALIFORNIA TRAINING FACILITY   CALIFORNIA TRAINING FACILITY

20   HWY 101 NORTH                 HWY 101 NORTH

     PO BOX 686                    PO BOX 686

21   SOLEDAD, CA. 93960-0686       SOLEDAD, CA. 93960-0686

     There is regular delivery service by the United States Postal Service

22   between the two locations.

23   I declare, under penalty of perjury, that the foregoing information is

24   true and correct.

25   Executed on 6TH MAY 200 8

26

27                              Declarant / Server

1  Raynard B. Hill H43428
2  FAC 2, Dorm 6, BED 4/Low
   California Correctional Institution
3  PO Box 608
   Tehachapi, CA. 93581-0608
4

5

6              United States District Court
7            Northern District of California

8  ┌─────────────────────────────┐
9  │ Hill, Raynard B.             │      Case No. C07-3165 CRB (PR)
   │            Plaintiff,        │
10 │                             │
   │                             │      Request For Admission
11 │ v.                          │       Rule 36(a) of F.C.P.R.
   │                             │
12 │                             │
13 │ Chudy, Joseph et. al.       │
   │            Defendant.       │
14 │                             │
15 └─────────────────────────────┘

16

17

18      I, Raynard B. Hill a Prisoner at the California
19  Correctional Institution in Tehachapi, CA., is the Plaintiff
20  in the above entitled action, is filing an "Request
21  For Admission" Pursuant to Rule 36(a) of the F.C.
22  P.R., for the Purpose of Establishing Truth of
23  any matter, and the Genuineness of any Doc-
24  umentation, which the Defendant my "Admit" or
25  "Deny" as Required.
26  "
27  "



COURT PAPER
State of California
Std. 113 (Rev. 3-95)

OSP 98 10924

1) Is it True, CTF Medical Records show upon the Plaintiff Arrival in 2002, Staff was aware of Plaintiffs Re-injury and Pain in Rt. Shoulder?

2) Is it True, that the Basic X-Ray Does Not Show Damage to Tendons, Ligiments, or Tissue Damage?

3) Is it True, the Responsibility of any Physician Administering Medication or Treatment to a Patient, Should thoroughly Review Patients Medical file?

4) Is it True, that any Patient who Has Been in Pain from an Injury Continueously For many Years is to be Concidered a Cronic Care Patient?

5) Is it True, that Plaintiff's Injury was Mis-Diagnosis, causing Delays in Medical Care and Treatment for Numerous Years?

6) Is it True, after X-Ray and No findings, Plaintiff was still in Cronic Pain, isn't Standard Procedure is to Order an M.R.I.?

7) Is it True, From 3-14-03 - 9-8-06 Plaintiff was Given Massive Amounts of Motrin / Ibuprufen Tabs. by CTF Medical Staff?



COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV 3-95)
OSP 98 10924

8) IS IT TRUE, PLAINTIFF SENT NUMEROUS COC 7362 MEDICAL REQUEST FORMS STATING PAIN MEDICATION GIVEN IS NOT EFFECTIVE, AND IN EXTREME PAIN?

9) IS IT TRUE, THAT IT'S COMMON KNOWLEDGE IN THE MEDICAL FIELD, THAT EXCESSIVE AMOUNTS OF IBUPROFEN / MOTRIN GIVEN TO A PATIENT IS POTENTIAL TO CAUSE SOME TO LIVER OR ORGANS OF PATIENT?

10) IS IT TRUE, THAT THE DELAYS, DENIALS, PICKING AND CHOOSING WHICH PATIENT WILL SEE THE DOCTOR IS DUE TO OVERCROWDING OF THE PRISON?

11) IS IT TRUE, THAT THOSE PATIENTS IN CRONIC PAIN AND NEED A STRONGER MEDICATION FOR INJURY UNTIL PROCEDURE CAN BE PERFORMED, ARE PLACED IN A PAIN MANAGEMENT PROGRAM, WHERE MEDICATION IS ISSUED BY THE MEDICAL DEPT. DAILY?

12) IS IT TRUE, DUE TO THE INADEQUATE EQUIPMENT AND UNAVAILABILITY OF THE M.R.I. TRAILER AT THE TIME, WAS A CONTRIBUTING FACTOR IN PLAINTIFF'S BEING DENIED OR DELAYED MEDICAL TREATMENT TO HIS RT. SHOULDER, AFTER DOCTOR'S ORDER ON 4/17/05

13) IS IT TRUE, THAT UPON A DOCTOR PLACING AN ORDER OF TREATMENT FOR A PATIENT, THAT IT'S HIS/



COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)

OSP 98 10924

1  HER DUTY AND RESPONSIBILITY TO ASSURE THAT THE
2  PATIENT RECIEVES THAT ORDERED TREATMENT?

3
4  14) IS IT TRUE, THAT THE CHIEF MEDICAL OFFICER OVER-
5  SEES, SUPERVISE, APPROVE, AND DENYS ALL REQUEST
6  OF TREATMENT OF PATIENTS PLACED BY DOCTOR'S THAT
7  ARE UNDER HIS/HER CONTROL?

8
9  15) IS IT TRUE, ON 7-13-06 ORTHOPEDIC DR POMPAN
10 WAS APPROVED BY U.R.C. TO PERFORM ROTATOR CUFF RE-
11 PAIR ON PLAINTIFF'S RT SHOULDER?

12
13 16) IS IT TRUE, THAT ON 9-8-06 PLAINTIFF WAS
14 TRANSFERED OUT OF CTF IN SOLEDAD, CA., TO CCI
15 IN TEHACHAPI, CA.?

16
17 17) IS IT TRUE, THAT AFTER 2YRS OF COMPLAINING
18 THAT MEDICATION WAS INEFFECTIVE, ON 4-4-05 MEDS
19 DOSAGE WAS INCREASED TO 800MG, AND THEN ON 8-
20 26-05 WAS REDUCED WITHOUT ANY TYPE OF TREAT-
21 MENT?

22
23 18) EXHIBIT #1, CDC 602 APPEAL LOG# CTF-C-05-
24 01422, FILED 5-2-05.

25
26 19) EXHIBIT #2, CDC 602 APPEAL LOG# CTF-N-06-
27 02486, FILED 6-26-6



COURT PAPER
STATE OF CALIFORNIA
STD 113 (REV 3-95)

OSP 98 10924

20) CDC 7221, PHYSICIAN ORDERS, MEDICATION LOG,
& MAR SHEET FOR SELF ADMINISTERED MEDICATIONS EX#3

21) CDC 7362 HEALTH CARE SERVICES REQUEST DATED
2/05, 3/05, 8/05, 11/05  EX# 4

22) EXHIBIT #5, CDC 7243 HEALTH CARE SERVICES
PHYSICIAN REQUEST FOR SERVICE DATED 4/05, 6/05, 1/06, 7/06.

23) EXHIBIT #6, X-RAYS PERFORMED ON 6-17-02 &
3-10-05

24) EXHIBIT #7, SALINAS VALLEY RADIOLOGIST MRI ON
11-21-05, KERN RADIOLOGY MEDICAL GROUP MRI
ON 9-12-07

25) EXHIBIT #8, UC DAVIS HEALTH SYSTEM CONSULT-
ATION BY DR JEFFERY L. TANJI, 11-3-06

26) EXHIBIT #9, DR MARSHALL S. LEWIS ORTHOPEDIC
SURGEON CONSULTATION REPORT 10-29-07

27) EXHIBIT #10, WATSON LABORATORIES INC., MANUFACT-
URE OF IBUPROFEN 3-6-07

28) EXHIBIT #11, FOUNDATION LABORATORY, BLOOD
TEST 6-27-07



COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV 3-95)

OSP 98 10924

1   29) _EXHIBIT # 12_, DR. MARSHALL S. LEWIS. ORTHO.

2   SURGEON RE-EVALUATION & RECOMENDATION 2-8-08.

3

4   I DECLARE UNDER THE PENALTY OF PERJURY THAT

5   ALL OF THE ABOVE MENTIONED AND DOCUMENTS LISTED

6   IS TRUE & CORRECT, AND BROUGHT FORTH PENDING THE

7   ABOVE ENTITLED ACTION, AND NOT INTERPOSED FOR ANY

8   IMPROPER PURPOSE.

9

10   DATE: May 6TH, 2008

11

12

13

14                    RAYNARD B. HILL, PLAINTIFF PRO SE.

15

16

17

18

19

20

21

22

23

24

25

26

27

**EXHIBIT 1**

**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12/87)

*2ND LEVEL*

Location: Institution/Parole Region
1. JUN 13 2005

2.

Log No. 05 - 0 1 4 2 2

Category D - 1

2. JUL 2 0 2005

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|-----------|------------------|
| HILL, R. B. | H43428 | TEXTILES | LA-205L |

A. Describe Problem: CTF MEDICAL DEPT & PHYSICIAN DR SINNACO, REFUSE TO TAKE THE APPROPRIATE STEPS TO GIVE TREATMENT OR THE MEDICAL ATTENTION NECESSARY TO ELLEVIATE INJURY TO RT SHOULDER, & CRONIC PAIN, DUE TO SHOULDER, RT ARM HAS BECOME USELESS AND IN CONSENT PAIN FOR THE PAST FEW YEARS, DOCTORS KEEP FEEDING ME WITH IBUPROFEN 200,600, & 800 mg, WHICH I INFORMED THE DOCTORS DO NOTHING FOR THE PAIN, INJURY IS NOT TO A BONE, (X-RAY SHOW) BUT TO LIGMENT, TENDON OR MUSCLE DAMAGE.

If you need more space, attach one additional sheet.              SEE ADD PG #1

B. Action Requested: NEED TO SEE A SPECIALIST TO PERFORM M.R.I OR SCOPE, TO IDENTIFY THE INJURY TO RT SHOULDER THAT IS CAUSING ME ALL OF THIS PAIN.

Inmate/Parolee Signature: Raynard B. Hill                Date Submitted: 5-2-05

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

*BYPASS*

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

*BYPASS*

RECEIVED   AUG 10 2005

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim.

RECEIVED    RECEIVED    RECEIVED    RECEIVED
MAY 10 2005    JUN 10 2005    OCT 12 2005    JUN 27 2005
CTF APPEALS    CTF APPEALS    CTF APPEALS    CTF APPEALS
JUN 21 2005

CDC Appeal Number: 05 - 0 1 4 2 2

ADDITIONAL PG #1

On 9-20-00, I had Surgery to Repair my RT Shoulder Rotator Cuff Repair. Due to a Fall at CMC-East.

On 11-17-01 During an incident at CMC with Staff, RT Shoulder was Reinjured.

On or about the First couple of months in 2002, X-Rays was taken Due to pain. Subscribed Motrin and Stated no change, But pain continue to Get worst.

After numerous vistits for pain, and Given Ibuprofen 600mg. Dr Sinnaco ordered X-Rays for 3-10-05

On 4-4-05 for Review of X-Ray, Dr Sinnaco Stated X-Ray shows no change, Subscribed 800mg Ibuprofen ē Referred to Orthopedic.

Whatever is wrong with my Shoulder and pain is Beyond an Ibuprofen Solution, And if Doctors Here at CTF are not Qualified to Handle this Type of Injury as Dr Sinnaco Stated, I need to See an Specialist A.S.A.P. to stop this on-going pain. Seen no one as of this Date ē Thanks.

Date: 5-2-05

Raymond O'Hill

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
CORRECTIONAL TREATMENT FACILITY

# Memorandum

## Date:     June 7, 2005

To:     HILL, II43428

Subject:   **CTF APPEAL LOG # CTF-C-05-01422**
**FIRST LEVEL RESPONSE**

**ISSUE:**   Your CDC 602 indicates that you have an injury to your right shoulder. You feel that Dr. Sinnaco and the Medical Department at CTF – Soledad, have refused to take the appropriate steps to give treatment and medical attention to your injury. You allege your right arm has become useless and is in constant pain. You state the past few years that the doctors keep feeding you Ibuprofen and it does nothing. You also state the injury is not to a bone but to a ligament, tendon or muscle damage. September 20, 2000 you had surgery to repair your right shoulder rotator cuff due to a fall at CMC-East. You also state that November 17, 2001 during an incident at CMC with staff your right shoulder was re-injured. 2002 x-rays were taken due to the pain and the prescribed medications did not change anything. Dr. Sinnaco, CTF ordered x-rays March 10, 2005. April 4, 2005 review of the x-rays showed no change and you were referred to orthopedic. You feel that whatever is wrong with your shoulder and pain is beyond Ibuprofen and if doctors at CTF are not qualified to handle this injury then you need a specialist ASAP. You also state, as of May 2, 2005 you have not seen anyone.

You are requesting to see a specialist to perform a MRI or Scope to identify the injury to your right shoulder that is causing you all of this pain.

**APPEAL RESPONSE:** X-rays were taken June 17, 2002. Upon review of your medical file since June 2002 the first notation of problems with your right shoulder is February 22, 2005. You noted on your CDC 7362 "shoulder problems since November 17, 2001". Dr. Sinnaco examined you March 7, 2005 and prescribed appropriate medications.

Dr. Sinnaco examined you again April 4, 2005. You were prescribed appropriate medication and referred to Orthopedics. It is approximately a 15-30 working day waiting period as of this date. X-rays were taken of the right shoulder March 10, 2005. Once you have been re-evaluated, the specialist will then determine if an MRI or Scope is medically necessary. Your request to see a specialist is **granted.**

STATE OF CALIFORNIA

CORRECTIONAL TRAINING FACILITY
PAGE 2

**APPEAL DECISION:** Your First Level appeal has been **granted** in accordance with the policy and procedures as set forth in CCR Title 15 and DOM.

If you are dissatisfied with this decision, you may appeal to the Director's Level by completing section "H" on your appeal form, and submitting it by mail within 15 days of receipt of this response.

K. Dennis, SSA
Medical Appeals Coordinator

Kyle B. Sather, DDS
Chief Dental Officer

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
CORRECTIONAL TREATMENT FACILITY

# Memorandum

Date:   July 11, 2005

To:     HILL, H43428

Subject:  **CTF APPEAL LOG # CTF-C-05-01422-2**
         **SECOND LEVEL RESPONSE**

**ISSUE:**   Your CDC 602 indicates that you have an injury to your right shoulder. You feel that Dr. Sinnaco and the Medical Department at CTF – Soledad, have refused to take the appropriate steps to give treatment and medical attention to your injury. You allege your right arm has become useless and is in constant pain. You state the past few years that the doctors keep feeding you Ibuprofen and it does nothing. You also state the injury is not to a bone but to a ligament, tendon or muscle damage. September 20, 2000 you had surgery to repair your right shoulder rotator cuff due to a fall at CMC-East. You also state that November 17, 2001 during an incident at CMC with staff your right shoulder was re-injured. 2002 x-rays were taken due to the pain and the prescribed medications did not change anything. Dr. Sinnaco, CTF ordered x-rays March 10, 2005. April 4, 2005 review of the x-rays showed no change and you were referred to orthopedic. You feel that whatever is wrong with your shoulder and pain is beyond Ibuprofen and if doctors at CTF are not qualified to handle this injury then you need a specialist ASAP. You also state, as of May 2, 2005 you have not seen anyone.

You are requesting to see a specialist to perform a MRI or Scope to identify the injury to your right shoulder that is causing you all of this pain.

**APPEAL RESPONSE:** X-rays were taken June 17, 2002. Upon review of your medical file since June 2002 the first notation of problems with your right shoulder is February 22, 2005. You noted on your CDC 7362 "shoulder problems since November 17, 2001". Dr. Sinnaco examined you March 7, 2005 and prescribed appropriate medications.

Dr. Sinnaco examined you again April 4, 2005. You were prescribed appropriate medication and referred to Orthopedics. It is approximately a 15-30 working day waiting period as of this date. X-rays were taken of the right shoulder March 10, 2005. Once you have been re-evaluated, the specialist will then determine if an MRI or Scope is medically necessary. Your request to see a specialist was **granted**.

Dr. Pompan examined you June 21, 2005. Dr. Pompan recommended a MRI and Dr. Sinnaco ordered the MRI June 21, 2005. CSP is unable to schedule MRI's due to the large backlog of patients. CTF Soledad has made arrangements for a Mobile MRI Unit to come to CTF. You have been scheduled and will be ducated for your MRI within 15 - 30 working days.

**STATE OF CALIFORNIA**

**CORRECTIONAL TRAINING FACILITY**
**PAGE 2**

**APPEAL DECISION:** Your Second Level appeal has been **granted** in accordance with the policy and procedures as set forth in CCR Title 15 and DOM.

If you are dissatisfied with this decision, you may appeal to the Director's Level by completing section "H" on your appeal form, and submitting it by mail within 15 days of receipt of this response.

**Michael L. Friedman, MD**
**Chief Medical Officer**

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**INMATE APPEALS BRANCH**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



October 1, 2005

Hill, CDC #H-43428
Correctional Training Facility
P.O. Box 686
Soledad, CA  93960

Re: Institution Appeal Log #CTF-C-05-01422 Medical

Dear Mr. Hill:

The Inmate Appeals Branch has received your correspondence regarding the above matter.  It has been forwarded to the Appeals Coordinator at your location for further review.  They will contact you directly in order to further resolve your appeal issues.  It is expected that you will receive a response by October 31, 2005.

N. GRANNIS, Chief
Inmate Appeals Branch

****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE****

STATE OF CALIFORNIA – DEPARTMENT OF CORRECTIONS AND REHABILITATION            ARNOLD SCHWARZENEGGER, GOVENOR

**DIVISION OF ADULT OPERATIONS**
**CORRECTIONAL TRAINING FACILITY**
P. O. Box 686
Soledad, CA 93960



October 21, 2005


Inmate Appeals Branch
P.O. Box 942883
Sacramento, CA 94283-0001

RE:  HILL, CDC #H43428 Institution Appeal Log #CTF-C-05-01422 Medical

N. Grannis, Chief:

Dr. Pompan, Orthopedic Specialist evaluated Inmate Hill June 21, 2005.    Dr. Pompan
recommended a MRI of his right shoulder.  CTF Physician, Dr. Sinnaco ordered the MRI June 21,
2005.  A Mobile MRI Unit started coming to CTF-Soledad September 21, 2005.  Before that date
we were unable to schedule Inmate Hill due to the backlog at CSP Hospital and contract issues
with other outside specialists for this service.  I have verified with S. Morris, RN who is in charge of
scheduling all MRI's that Inmate Hill is on the list and it will be approximatly 60-90 working days
for his MRI of the right shoulder to be completed.  The mobile unit completes approximately 10
MRI's each visit.   Inmate Hill will be re-evaluated by Dr. Pompan within 30-60 days of the
completed MRI.



K. Dennis, SSA
Medical Appeals Analyst

RECEIVED
OCT 28 2005
INMATE APPEALS
BRANCH

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**INMATE APPEALS BRANCH**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



January 15, 2006

Hill, CDC #H-43428
Correctional Training Facility
P.O. Box 686
Soledad, CA  93960

Re:

Dear Mr. Hill:

The enclosed documents are being returned to you for the following reasons:

Your appeal was granted at the institutional level. There is no unresolved issue to be reviewed at the Director's Level of Review.

Your assigned counselor, the Appeals Coordinator, or your Parole Agent can answer any questions you may have regarding the appeals process. Library staff can help you obtain any addresses you need.

N. GRANNIS, Chief
Inmate Appeals Branch

---

****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE****

**EXHIBIT** 2

STATE OF CALIFORNIA

**INMATE/PAROLEE APPEAL FORM**

CDC 602 (12/87)

Location: Institution/Parole Region CTF-N

Log No. 06-02486    Category 8-

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|-----------|------------------|
| HILL, R. B | H-43428 | FABRIC PRODUCTS | LA-255L |

**A. Describe Problem:** § 832.5 Citizen's Complaint Against Medical Staff at CTF North Medical Dept., Dr. C. Sinnaco; & Dr Pompan Are in Violation of the following Dept of Corrections Rules & Regulations, Civil & Constitutional Rights. Title 15. Sec 3350 (a)(1)&(4), Sec 3350.1 (d) (1)(2)(B)(1-5), Sec 3350.2 (a)(b). Respectfully "Medical Treatment, Authorized & Prescribed Treatment By Doctors & Off-Sit Health Care Treatment, Deliberate Indifference to Prisoner's Medical Needs, and Delay in Treatment for Non-Medical Reasons.

If you need more space, attach one additional sheet.    (See Additional PG #1)

**B. Action Requested:** ① Proper Medication to Numb the Pain of RT Shoulder, ② Orthoscopy Surgery to RT shoulder, ③ Documentation showing Change To Treatment & Medical Care in Timely manner ④ Reprimand To Medical Dept & Dr Sinnaco for indifference, To Prisoner's Medical Needs"

Inmate/Parolee Signature: *Raymond B. Hill*    Date Submitted: 6/23/06

**C. INFORMAL LEVEL (Date Received:** _____ )

Staff Response: _____

**BYPASS**

Staff Signature: _____    Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

**BYPASS**

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: 06-02486

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: JUL 2 8 2006    Due Date: SEP 1 1 2006

Interviewed by: _____

_Discuss the referral for arthroscopy_
_and possible repair rotator cuff 7/13/06_
_approved by mbc committee 9 recheck c_
_adequate therapy, c Motrin 600mg_
_qid until 11/3/06_

Staff Signature: _____    Title: MD    Date Completed: 8/18/06

Division Head Approved:
Signature: _Joe Mather_    Title: CMO    Returned: AUG 3 0 2006
Date to Initiate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.    (TRANSFERRED TO CCI-II 9-8-06)

(1) ON OR ABOUT 8-23-06 I WAS ONCE AGAIN DUCATED TO CTF Central
TO SEE ORTHOPEDIC Dr POMPAN, WHO INFORMED ME THAT IN THE NEAR future
HE WILL GET ME IN FOR ORTHOSCOPIC SURGERY. AND STILL AFTER COMPLAINING
OF SEVERE PAIN, ONLY 600 mL MOTRIN IS GIVEN, WHICH IS NOT ADEQUATE.

Signature: _Raymond B. Hill_    Date Submitted: 9/5/06

Second Level    ☐ Granted    ☑ P. Granted    ☐ Denied    ☐ Other

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: SEP 0 8 2006    Due Date: OCT 0 6 2006
☐ See Attached Letter

Signature: _____    Date Completed: _____
Warden/Superintendent Signature: _____    Date Returned to Inmate: SEP 2 7 2006

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

AS OF TODAY 11/7/06, CDC MEDICAL, SPECIFICLY CTF & CCI
MEDICAL DEPARTMENTS HAVE NOT GIVEN ME ANY MEDICAL TREATMENT
TO ELEVIATE PAIN OR ADEQUATE MEDICAL ATTENTION IN A TIMELY
FASHION. SINCE 2002 I'VE BEEN IN EXTREME PAIN, AS WELL AS MY RT
SHOULDER COMING OUT ON ME. I'VE HAD DOCTOR'S ORDERS WHICH HAVE BEEN
IGNORED FOR MONTHS & YEARS. * SECOND LEVEL IS BACK DATING RESPONSE!!

Signature: _Raymond B. Hill_    Date Submitted: 11/7/06

For the Director's Review, submit all documents to:    Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other
☐ See Attached Letter    Date: _____

CDC 602 (12/87)

ADDITIONAL PG. 1

As Records will show Due to Reinjury to RT Shoulder Rottor Cuff Surgery on 11-17-01, Since Arrival to CTF in Soledad, I've complained about Severe & Cronic Pain throughout the Past (4) four Years to CTF Medical Dept & Dr. Sinnaco.

I've Been Forced to ingest Motrin 600 mg & 800 mg Continuously from 2002-Present To elliminate the Pain, But after complaint,

After complaint that Motrin was not affective. And need a M.R.I; Request was Denied, Due to X-Rays Doesn't show any Tissue Damage.

Finally after 3yrs, a Physician Order for M.R.I. on 6/21/05 And it took another 5 mos to actually Recieve it on 11/21/05. Through Dr. Pompan Orthopenic.

Approx 4 months Later, after M.R.I reviewed By Ortho Dr. Pompan, He orders Orthoscopy Surgery to RT Shoulder.

Finally on 7/13/06, over 4yrs Later, U.R.C. Approves Rotator Cuff Repair (Orthoscopy) By Dr. Pompan, I've Put Numerous Request Stating my Pain is Severe and the Motrin is ineffective.

Why when a Physician Gives a Prescribed Medical Order, that it is ignored, For munths or Years.

Due to the Massive Amount of Motrin I've taken, I Don't know If it may Have cause other Damage to my Body.

*Raymond B. Williams*

6/23/06

over→

Ordered Prescribed Medication Motrin
Dr. Sinnaco M.D.

| | |
|---|---|
| 3/1/2002 | Motrin 600 mg w/ Refills |
| 4/14/2003 | "         "         " |
| 1/12/2004 | "         "         " |
| 1/7/2005 | w/ Body         " |
| 1/4/2005 | Motrin 800 mg "  Refills |
| 3/2/2005 | Motrin 600 mg w/ Refills |
| 1/9/2006 | "         "         " |
| 5/3/2006 | "         "         " |
| I 10/8/06 | "    "    exp 11/7/06 |
| 4/ | 880    w/ refills |

### Physician's Medical Treatment Orders

| | |
|---|---|
| 2/1/2002 | X-Ray (RT Shoulder) |
| 3/7/2005 | X-Ray |
| 6/21/2005 | Ortho Dr Pompan Order MRI |
| 11/21/2005 | Recieved M.R.I. |
| 1/9/2006 | Dr Sinnaco Refferal To Orthopedic Dr. Pompan |
| 3/7/2006 | Ortho Dr. Pompan Orders Orthoscopy Surgery RT Shoulder |
| 7/13/2006 | URC Approves Rotator Cuff Repair By Dr Pompan |
| 11/13/06 | OCI Tele-Ortho Dr Sinnaco order Orthoscopy |

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**INMATE APPEALS BRANCH**
1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



January 29, 2007

HILL, CDC #H-43428
California Correctional Institution
P.O. Box 1031
Tehachapi, CA  93581

Re: Institution Appeal Log #CTF 06-02486 Medical

Dear Mr. HILL:

The enclosed documents are being returned to you for the following reasons:

An appellant must submit the appeal within 15 working days of the event or decision being appealed, or of receiving a lower level decision in accordance with CCR 3084.6(c).

Your assigned counselor, the Appeals Coordinator, or your Parole Agent can answer any questions you may have regarding the appeals process.  Library staff can help you obtain any addresses you need.

N. GRANNIS, Chief
Inmate Appeals Branch

****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE****

## INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE HILL, H43428                                        Date: September 11, 2006
Current Housing: NOLAT2000000255L

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: CTF-N-06-02486

ASSIGNED STAFF REVIEWER: M E D I C A L
APPEAL ISSUE: MEDICAL
DUE DATE: 10/06/2006

Inmate HILL, this acts as a notice to you that your appeal has been sent to the above staff
for SECOND level response. If you have any questions, contact the above staff member.
If dissatisfied, you have 15 days from the receipt of the response to forward your appeal
for THIRD level review. Third level appeals are to be mailed directly to:

Chief of Inmate Appeals
Department of Corrections
P. O. Box 942883
Sacramento, CA  94283-0001

J. Aboytes, CCII / P.G. Dennis, CCII
Appeals Coordinators,
Correctional Training Facility

*Appeals Coordinator at CCI*

**STATE OF CALIFORNIA**
GA-22 (9/92)

## INMATE REQUEST FOR INTERVIEW

**DEPARTMENT OF CORRECTIONS**

Appeals Coord. CCI

| DATE | | | | CDC NUMBER |
|------|--|--|--|------------|
| 10/29/06 | | HILL, R.B | | H43428 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | |
|---------|------------|-----------------|------------|--|
| Lev II, BLD 2 | 81 Low | A1A Unassigned | FROM | TO |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS | |
|--|------------------|--|
| | FROM | TO |

### Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

I Have NOT Recieved Back my Loo2 Medical Appeal Log# CTF-N-06-02486. Due Date was 10/6/06. CTF Appeal Coordinators are CCII D. Aboytes & CCII P.G. Dennis. Could you please Check on This
THANK You

| INTERVIEWED BY | DATE |
|----------------|------|
| | 10-31-06 |

DISPOSITION  You need to contact the appeals office at CTI

Cory

✴ Sent To CTF on 10/30/06

---

**STATE OF CALIFORNIA**
GA-22 (9/92)

## INMATE REQUEST FOR INTERVIEW

**DEPARTMENT OF CORRECTION**

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|------|----|--------|------------|
| 10/30/06 | (CTF) Appeals Coordinator | HILL, R.B | H43428 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | |
|---------|------------|-----------------|------------|--|
| Lev II Dorm 2 | 81 Low | A1A Unassigned | FROM | TO |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS | |
|--|------------------|--|
| | FROM | TO |

### Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Appeal Due Date: 10/6/06, Log# CTF-N-06-02486. Response To 1 stem the Second Level is overdue. Please Respond To This Request for interview by Telephone, OR send Appeal Response To me At CCI ASAP.
THANK You

| INTERVIEWED BY | DATE |
|----------------|------|
| | |

DISPOSITION

STATE OF CALIFORNIA                                DEPARTMENT OF CORRECTIONS AND REHABILITATION
                                                                        CORRECTIONAL TRAINING FACILITY - SOLEDAD

# Memorandum

**Date:**    September 23, 2006

**To:**    HILL, H43428

**Subject:**    **CTF APPEAL LOG # CTF-N-06-02486**
**SECOND LEVEL RESPONSE**

**ISSUE:**    Your CDC 602 indicates that you are requesting proper medication to numb the pain of your right shoulder, surgery and documentation of treatment and medical care in timely manner. You are also requesting Dr. Sinnaco and the Medical Department be reprimanded for indifference to your medical needs.

**APPEAL RESPONSE:**    Dr. Parkinson interviewed you August 15, 2006 at the 1st Level of your CDC 602. You were advised you were referred to orthopedics for consultation of possible repair of the right shoulder July 13, 2006. Your medications were current and appropriate.

You were transferred September 8, 2006 to CCI. Due to this transfer CTF Medical is unable to provide treatment recommendations.

**APPEAL DECISION:**    Your Second Level appeal has been **partially granted** in accordance with the policy and procedures as set forth in CCR Title 15 and DOM.

If you are dissatisfied with this decision, you may appeal to the Director's Level by completing section "H" on your appeal form, and submitting it by mail within 15 days of receipt of this response.

Joseph Chudy, M.D.
Chief Medical Officer (A)

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA  94283-0001

## DIRECTOR'S LEVEL APPEAL DECISION

Date:  **JUN 1 2 2007**

In re:  Hill, H-43428
California Correctional Institution
P.O. Box 1031
Tehachapi, CA  93581

IAB Case No.: 0615535          Local Log No.: CTF  06-02486

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner B. Sullivan, Staff Services Manager I.   All submitted documentation and supporting arguments of the parties have been considered.

**I   APPELLANT'S ARGUMENT:**  It is the appellant's position that he has a complaint against medical staff at Correctional Training Facility (CTF), North Facility.  He states they have not properly treated the pain he has in his right shoulder since his surgery four years ago.  He says he has been given Motrin but it has been ineffective.  He has complained many times.  He says he asked for a magnetic resonance imaging (MRI) but it was denied because x-rays did not show anything.  He says finally after three years, a physician ordered an MRI and it took another five months to receive it.  Four months later, the MRI was reviewed and Dr. Pompan ordered arthroscopy surgery for the appellant's right shoulder.  On July 13, 2006, rotator cuff repair was approved.  In the interim the appellant is in extreme pain.  He asks for proper medication to numb the pain in his right shoulder.  He asks for the surgery and for documentation of treatment and medical care in a timely manner.  He also requests that Dr. Sinnaco and the medical department be reprimanded for indifference to his medical needs.

**II   SECOND LEVEL'S DECISION:**  The reviewer found that Dr. Parkinson interviewed the appellant on August 15, 2006, at the First Level of Review.  The appellant was advised that he was referred to orthopedics for consultation of possible repair of the right shoulder.  The appellant transferred to California Correctional Institution (CCI) on September 8, 2006.  Due to this transfer, the CTF medical staff are unable to provide treatment recommendations.  The appeal is granted in part at the Second Level of Review.

**III   DIRECTOR'S LEVEL DECISION:**  Appeal is denied.

**A.  FINDINGS:**  At the Director's Level of Review, the appellant continues to state the medical departments at CTF and CCI have not given him any medical treatment to alleviate the pain.  He says that since 2002 he has been in extreme pain and his right shoulder goes out on him.  He says he has had doctors' orders which have been ignored for months.

The appellant transferred to CCI on September 8, 2006.  On June 8, 2007, the examiner spoke to the Medical Appeals Analyst at CCI, J. Zanchi, to inquire as to the appellant's healthcare at CCI.  It was learned that the appellant received a telemedicine orthopedic appointment on November 3, 2006.  He was seen via telemedicine by University of California at Davis Medical Center Doctor Tanji.  The appellant was provided with information at the appointment and he indicated that he understood.  In addition, Ms. Zanchi provided the examiner with a list of medications the appellant has received for the last nine months.  The appellant has consistently received Ibuprofen 800 milligrams (mg) for pain and is also currently receiving Tylenol with Codeine (30 mg) for pain.

It is evident the appellant is receiving doctor care at CCI and medications on a regular basis.  The institution shall only provide medical services for inmates which are based on medical necessity and supported by outcome data as effective medical care.  The appellant is advised that each practitioner determines, at the time of treatment, the extent of treatment for the health care problem.  The appellant has not provided a compelling argument to warrant modification of the decision reached by the institution.

HILL, H-43428
CASE NO. 0615535
PAGE 2

**B. BASIS FOR THE DECISION:**
California Code of Regulations, Title 15, Section: 3350, 3354, 3391

**C. ORDER:** No changes or modifications are required by the institution.

This decision exhausts the administrative remedy available to the appellant within CDCR.

N. GRANNIS, Chief
Inmate Appeals Branch

cc:    Warden, CCI
       Health Care Manager, CCI
       Appeals Coordinator, CCI
       Medical Appeals Analyst, CCI
       Appeals Coordinator, CTF
       Medical Appeals Analyst, CTF

EXHIBIT _3_

# TABLE of DR's PRESCRIBED MEDS ( MOTRIN / IBRUPROPHEN )

| DATE | AMT | AMT DOSAGE | PRESCRIBED DOCTOR / PRISON |
|------|-----|------------|----------------------------|
| 3-14-03 | 1x3 | 600 mG | O. KRISHNA MD / CTF |
| 8-12-04 | 90 DAY | " " | A. ROSENTHAL / " |
| 3-7-05 | 30 DAY | " " | C. SINNACO / " |
| 4-4-05 | 90 Day | 800 mG | " " / " |
| 8-26-05 | 90 Day | 600 mG | " " / " |
| 12-2-05 | 7 DAYS | 400 mG | H. AUNG MD / CTF |
| 12-5-05 | 21 TBB | 400 mG | C. SINNACO / CTF |
| 1-9-06 | 90 Day | 600 mG | " " / CTF |
| 1-24-06 | 42 TAB | " " | " " / " |
| 2-15-06 | 42 TAB | " " | " " / " |
| 3-15-06 | 42 " | " " | " " / " |
| 5-4-06 | 56 " | " " | I. GREWAL MD / CTF |
| 5-27-06 | 56 " | " " | " " / " |
| 6-19-06 | 56 " | " " | " " / " |
| 7-18-06 | 56 " | " " | " " / " |
| 8-10-06 | 56 " | " " | " " / " |
| 8-29-06 | 56 " | " " | " " / " |
| 9-13-06 | 90 " | " " | " " / " |
| 4-6-07 | 44 " | 800 mG | AFIA. SCHAILK MD / CCI |
| // | | | |

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 6/10 | | | X-ray ℞ Shoulder |
| | | | X-ray Both feet |
| | | | meds 6/10/0v M.D. |
| | | | MDE - Vismas neur for asthma med. |
| 9/8/08 | | | Albuterol Inhaler 11 puff bid X 90D |
| | | | Beclovent Inhaler 11 puff bid X 90D |

ALLERGIES:

INSTITUTION

ROOM/WING

CDC NUMBER, NAME (LAST, FIRST, MI)

H 43420
Hill, Raymond
3-10-60

Confidential
client information
See W & I Code, Sections 4514 and 5328

## PHYSICIAN'S ORDERS

CDC 7221 (2/06)

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 3/14/03 | 1015 | ① | Sudafed 60 mg p. qid PRN x10d |
| | | ② | Atrovent MDI 2 puffs qid PRN } |
| | | ③ | Beclovent MDI 3 puffs bid } 90 days |
| | | ④ | Motrin 600 mg po tid PRN x 10 days |
| | | | ⑤ _____ DMN |
| 4/10/03 | | | Nebulizer treatment c̄ Albuterol now c̄ 3cc NSS |
| | | | Dispense Albuterol Inhaler and Atrovent inhaler today. |
| | | | Artificial tears c̄ OTT ou PRN } x |
| | | | Ctm 4 mg PO BID PRN } 90 day |

C. Krishna, M.D.
Staff Physician & Surgeon
CTF, P.O. Box 686
Soledad, CA 93960

| ALLERGIES | NKA | INSTITUTION CTF-N | ROOM/WING LB/120ᵘ |
|---|---|---|---|

CDC NUMBER, NAME (LAST, FIRST, MI)

Hill
H43428

Confidential
client information
See W & I Code, Sections 4514 and
5328

**PHYSICIAN'S ORDERS**

CDC 7221 (8/00)
STATE OF CALIFORNIA      OSP 00  35617      DEPARTMENT OF CORRECTIONS

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 3-7-05 | | | 1) Beard chrono. |
| | | | 2) Albuterol MDI, II puffs QID PRN |
| | | | 3) Aerobid MDI, II puffs BID    ⟩ X 90 d |
| | | | 4) CTM 4 mg p.o. BID |
| | | | 5) Artificial tears, gtt. I O.U. QID |
| | | | 6) XR ® shoulder. |
| | | | 7) Motrin, 600 mg p.o. BID p.c. PRN X 30 d |
| | | | C. SINNA ⊕, M |
| | | | Send to pt. Chevis ↑ |
| 4-4-05 | | | 1) Refer to Orthopedics |
| | | | 2) ↑ Motrin to 800 mg p.o. BID p.c. PRN ⟩ X 30 d |
| | | | 3) Prilosec, 20 mg p.o. QD |
| | | | C. SINNA ⊕, M |
| | | | noted pt chart 4/4/05 1530 |

| ALLERGIES: NKA | INSTITUTION: CTF | ROOM/WING: L3-320 U |
|---|---|---|

CDC NUMBER, NAME (LAST, FIRST, MI)

HILL

H-43428

Confidential
client information
See W & I Code, Sections 4514 and 5328

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)
STATE OF CALIFORNIA        OSP 00  35617        DEPARTMENT OF CORRECTIONS

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 1-9-06 | | | 1) Refer back to Dr. Program |
| 1/9/06 | 1340 | | 2) Motrin, 600 mg p-o- TID p.c PRN X 90d. |
| | | | M TB C SINNA OO |
| 5/2/06 | 14:40 | | Medication Renewal |
| | | | Albuterol Medihaler it puffs QID PRN   X 90. days |
| | | | Aerobid it puffs BID |
| | | | (Not seen) |
| | | | mu |
| | | | H. Puy |
| | | | NOTED By Resmulean LVN  5/2/06  1440 |

**ALLERGIES:** NKA

**INSTITUTION:** CTF-N

**ROOM/WING:** L-A-256L

Confidential
client information
See W & I Code, Sections 4514 and 5328

**CDC NUMBER, NAME (LAST, FIRST, MI)**

Hill

H434 28

## PHYSICIAN'S ORDERS

CDC 7221 (2/00)
STATE OF CALIFORNIA    OSP 00  35617    DEPARTMENT OF CORRECTIONS

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 5/3/16 | | | ① Aerobid cinder ππ Puff BID |
| 1:40 PM | | | ② Albuterol + cinder ππ Puff q 4 hours prn |
| | | | ③ CTM. 4mg BID — prn |
| | 6 | | ④ Artificial Tears T drop — TID — ou — prn |
| months | | | ⑤ Motrin — 600mg QID DU — P — prn |
| | | | noted 5/3/06 1345 |

*J. Grewal, M.D.*
*Staff Physician and Surgeon*
*CTF Soledad*

| ALLERGIES: NKA | INSTITUTION: LA-255 | ROOM/WING: |
|---|---|---|

CDC NUMBER, NAME (LAST, FIRST, MI)

Hill
H43428

Confidential
client information
See W & I Code, Sections 4514 and
5328

## PHYSICIAN'S ORDERS

CDC 7221 (2/00)
STATE OF CALIFORNIA        OSP 05 90611        DEPARTMENT OF CORRECTIONS

Case 5:07-cv-03165-CRB   Document 23   Filed 06/09/2008   Page 53 of 58

HILL, R
LA2-255L          MAY 05 2006   DR: GREWAL     H-43428
781086- 0              RPH: MN        MFG: 60
CHLORPHENIRAMINE TAB 4MG              QTY: 28
1 TAB 2 TIMES DAILY AS
NEEDED
START: 05/04/06                    STOP: 10/31/06

HILL, R
LA2-255L          MAY 05 2006   DR: GREWAL     H-43428
781088- 0              RPH: MN        MFG: UR
ARTIFICIAL TEARS 15ML O/S            QTY:
1 DROP TO BOTH EYES 3
TIMES DAILY AS NEEDED
START: 05/04/06                    STOP: 10/31/06

HILL, R
LA2-255L          MAY 05 2006   DR: GREWAL     H-43428
781090- 0              RPH: MN        MFG: PA
IBUPROFEN 600MG TAB                  QTY: 56
1 TAB 4 TIMES DAILY AFTER
MEALS AS NEEDED
START: 05/04/06                    STOP: 10/31/06

HILL, R
LA2-255L          MAY 05 2006   DR: AUNG.H     H-43428
780908- 0              RPH: MN        QTY: ZZ
ALBUTEROL INHALER 17GM
2 PUFFS 4 TIMES A DAY AS
NEEDED 1/21DAYS                     STOP: 03/02/06
START: 05/04/06

HILL, R
LA2-255L          MAY 05 2006   DR: AUNG.H     H-43428
780909- 0              RPH: MN        MFG: SC
AEROBID-M INHALER 7GM                QTY:
2 PUFFS 2 TIMES DAILY
1/21DAYS                            STOP: 03/02/06
START: 05/04/06

HILL, R
LA2-255L          MAY 20 2006   DR: GREWAL     H-43428
781050- 1              RPH: MN        MFG: PA
IBUPROFEN 600MG TAB                  QTY: 56
1 TAB 4 TIMES DAILY AFTER
MEALS AS NEEDED.
START: 06/27/06                    STOP: 10/31/06

HILL, R
LA2-255L                        DR: GREWAL     H-43428
781084- 1              RPH: MN        MFG: SC
AEROBID-M INHALER 7GM                QTY: 1
2 PUFFS 2 TIMES DAILY.
1/21DAYS
START: 05/19/06                    STOP: 10/31/06

HILL, R
LA2-255L                        DR: GREWAL     H-43428
781085- 1              RPH: MN
ALBUTEROL INHALER 17GM               MFG:
2 PUFFS EVERY 4 HRS AS
NEEDED.1/21DAYS
START: 05/19/06                    STOP: 10/31/06

HILL, R
LA2-255L                        DR: GREWAL     H-43428
781086- 1              RPH: MN
CHLORPHENIRAMINE TAB 4MG             MFG: 60
1 TAB 2 TIMES DAILY AS               QTY: 28
NEEDED
START: 05/27/06                    STOP: 10/31/06

NAME: _____   CDC NUMBER: _____   HOUSING: _____

CTF SOLEDAD

```
HILL, R                                    B-43428
LA2-255L                    DR: GREWAL
781090- 2         RPH: MN           MFG: PA
IBUPROFEN 600MG TAB                 QTY: 56
1 TAB 4 TIMES DAILY AFTER   6/20/06
MEALS AS NEEDED.
START: 06/19/06             VB    STOP: 10/31/06
```

```
HILL, R                                    E-43428
LA2-255L                    DR: GREWAL
781086- 2         RPH: MN           MFG: GO
CHLORPHENIRAMINE TAB 4MG            QTY: 28
1 TAB 2 TIMES DAILY AS      6/20/06
NEEDED
START: 06/19/06             VB    STOP: 10/31/06
```

NAME: _____  CDC NUMBER: _____  HOUSING: _____

CTF SOLEDAD

8/3/06

(medical dr. - N(A),

(see 736e)

(S) W/o Br. Asthma Allergic
Rhinitis, Ch. Pain Lt.
Shoulder

— Need Rx renewed.

Or- Lungs — clear, her ....

A ⊗   A Abone

PO 80

*I. Grewal, M.D.*
*Staff Physician and Surgeon*
*CTF Soledad*

| | | |
|---|---|---|
| 7-13-06 | URC approves Rotator Cuff repair By Dr. Pompan. | |

C. SINNA

7/18/06   "602" inmate not seen - Called from yard

1400   Seen by orthopedist  3/7/06  Dx ⊕

Rotr Cuff tear Vs Shap spasms

— 1 —

| INSTITUTION | HOUSING UNIT | |
|---|---|---|
| CTF N | LA 255 V | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |

**INTERDISCIPLINARY PROGRESS NOTES**

Hill
H43428

**DC 7230** (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

HILL, E
LA2-255L
781086- 3          RPH:  SH          DR:  GREWAL          H-43428
CHLORPHENIRAMINE TAB 4MG                          MFG:  GO
1 TAB 2 TIMES DAILY AS                            QTY:  28
NEEDED
START:  07/18/06                          STOP:  10/31/06

HILL, E
LA2-255L
781084- 2          RPH:  SH          DR:  GREWAL          H-43428
AEROBID-M INHALER 7GM                            MFG:  SC
2 PUFFS 2 TIMES DAILY.                           QTY:  1
1/21DAYS
START:  07/18/06                          STOP:  10/31/06

HILL, E
LA2-255L
781085- 2          RPH:  SH          DR:  GREWAL          H-43428
ALBUTEROL INHALER 17GM                           MFG:  EZ
2 PUFFS EVERY 4 HRS AS                           QTY:  1
NEEDED.1/21DAYS
START:  07/18/06                          STOP:  10/31/06

HILL, E
LA2-255L
781090- 3          RPH:  SH          DR:  GREWAL          H-43428
IBUPROFEN 600MG TAB                              MFG:  PA
1 TAB 4 TIMES DAILY AFTER                        QTY:  56
MEALS AS NEEDED.
START:  07/18/06                          STOP:  10/31/06

NAME: _____   CDC NUMBER: _____   HOUSING: _____

CTF SOLEDAD

Case 5:05-cv-00165-CRB   Document 29   Filed 08/01/2005   Page 57 of 58

H-43428

| | |
|---|---|
| HILL, E<br>LA2-255L<br>781086-4        RPH: KN<br>CHLORPHENIRAMINE TAB 4MG<br>1 TAB 2 TIMES DAILY AS<br>NEEDED<br>START: 08/10/06<br><br>DR: GREWAL<br>MFG: GO<br>QTY: 28<br><br>8/10/06<br>STOP: 10/31/06 | HILL, E<br>LA2-255L<br>781090-4        RPH: KN<br>IBUPROFEN 600KG TAB<br>1 TAB 4 TIMES DAILY AFTER<br>MEALS AS NEEDED.<br>START: 08/10/06<br><br>DR: GREWAL   H-43428<br>MFG: PA<br>QTY: 56<br><br>8/10/06<br>STOP: 10/31/06 |
| | |
| | |
| | |
| | |
| | |
| | |

NAME: _____   CDC NUMBER: _____   HOUSING: _____

CTF SOLEDAD

Case 5:06-cv-05455-JF Document 1 Filed 09/07/2006 Page 58 of 58

| | |
|---|---|
| HILL, R            H-43428<br>LA2-255L<br>781098-5    RPH: MN    MFG: PA<br>                    QTY: 56<br>IBUPROFEN 600MG TAB<br>1 TAB 4 TIMES DAILY AFTER<br>MEALS AS NEEDED.<br>START: 08/29/06     STOP: 10/31/06 | |
| HILL, R            H-43428<br>LA2-255L    DR: GREWAL<br>781086-5    RPH: MN    MFG: GO<br>                    QTY: 28<br>CHLORPHENIRAMINE TAB 4MG<br>1 TAB 2 TIMES DAILY AS<br>NEEDED<br>START: 08/29/06     STOP: 10/31/06 | |
| | |
| | |
| | |
| | |
| | |
| | |

NAME: _____     CDC NUMBER: _____     HOUSING: _____

CTF SOLEDAD