1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  PAUL T. HAMMERNESS
   Supervising Deputy Attorney General
3  JENNIFER C. ADDAMS, State Bar No. 209355
   Deputy General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
5   Telephone:    (415) 703-5382
    Facsimile:     (415) 703-5480
6   Email:  Jennifer.Addams@doj.ca.gov

7  Attorneys for Defendants J. Chudy, M.D.;
   D. Pompan, M.D.; and I. Grewal, M.D.

8

9            IN THE UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  **RAYNARD B. HILL, JR.,** | Case No. C 07-3165-CRB (PR) |
| 13                                    Plaintiff, | **DECLARATION OF JENNIFER C. ADDAMS IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL RESPONSES TO REQUEST FOR ADMISSIONS** |
| 14            v. | |
| 15  **JOSEPH CHUDY, et al.,** | |
| 16                                  Defendants. | |
| 17 | Hearing:       None |
| 18 | The Honorable Charles R. Breyer |

19      I, Jennifer C. Addams, declare:

20      1.    I am a Deputy Attorney General for the State of California and attorney of record for

21  defendants J. Chudy, M.D., D. Pompan, M.D., and I. Grewal, M.D.  If called upon to testify, I

22  could and would competently testify as to the facts within this declaration, based on my personal

23  knowledge.

24      2.    On June 10, 2008, I received plaintiff Raynard B. Hill's Request for Admissions

25  Propounded Upon the Defendants.  These requests were not specifically directed toward any one

26  individual.

27  ///

28  ///

Dec of Jennifer Addams in Support of Opposition to Motion to Compel       *HILL,  Raynard B. v. Joseph Chudy, et al.*
C 07-3165-CRB (PR)

1

3.    On June 16, 2008, I filed a motion for a protective order requesting that the court order stay discovery until after the motion for summary judgment was ruled upon.  On July 7, 2008, the court denied this motion.

4.    I immediately prepared responses to plaintiff's discovery.  Because the discovery was not specifically directed to one defendant, I contacted Defendant J. Chudy, M.D., to respond because, as the Medical Director, I believed him to have information that would be the most relevant to the plaintiff.

5.    Although the requests were compound and not directed to any one individual, instead of objecting to the entire set as a whole, I worked with Dr. Chudy to respond completely to the intelligible requests.  I did this because I did not want to hinder the briefing schedule for the motion for summary judgment.

6.    A true and correct copy of Defendant Dr. Chudy's Responses to Plaintiff's Request for Admissions is attached hereto and incorporated herein as Exhibit A.

7.    I never received any attempt by plaintiff to meet and confer regarding any alleged inadequacies in Dr. Chudy's responses to his request for admissions.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and accurate.

Executed this 12th day of August, 2008, at San Francisco, California.


*/s/ Jennifer C. Addams*
_____
Jennifer C. Addams

40272592.wpd
SF2008401759

Dec of Jennifer Addams in Support of Opposition to Motion to Compel          *HILL, Raynard B. v. Joseph Chudy, et al.*
C 07-3165-CRB (PR)

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **_HILL,  Raynard B. v. Joseph Chudy, et al._**

No.    **C 07-3165-CRB (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On August 12, 2008, I served the attached **DECLARATION OF JENNIFER C. ADDAMS IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL RESPONSES TO REQUEST FOR ADMISSIONS, Exhibit A,** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

> Raynard B. Hill, Jr.
> H-43428
> California Substance Abuse Treatment Facility
> F3-B-126 Low
> P.O. Box 7100
> Corcoran, CA 93212-7100

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 12, 2008, at San Francisco, California.

| | |
|---|---|
| C. Deuel | _/s/ C. Deuel_ |
| Declarant | Signature |

40272760.wpd