IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYNARD B. HILL, | ) | |
|     Plaintiff(s), | ) | No. C 07-3165 CRB (PR) |
| vs. | ) | ORDER |
| JOSEPH CHUDY, et al., | ) | (Docs # 23 & 25) |
|     Defendant(s). | ) | |

    For the reasons set forth in defendants' opposition papers, plaintiff's second motion (doc # 23) for an order compelling discovery is DENIED as improper and premature.

    Plaintiff's accompanying motion (doc # 25) for judgment on the pleadings against defendant Dr. Cesar Sinnaco is also DENIED. Sinnaco has not been served because he is no longer at the Correctional Training Facility ("CTF").

    Good cause appearing, the filing deadline for plaintiff's opposition to defendants' motion for summary judgment is extended to September 30, 2008. No further extension of time will be granted.

SO ORDERED.

DATED: Sept. 03, 2008

                                  CHARLES R. BREYER
                                  United States District Judge

G:\PRO-SE\CRB\CR.07\Hill, R1.or4.wpd