PROOF OF SERVICE BY MAIL

**FILED**

SEP 1 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I RAYMARD B. HILL, AM A RESIDENT OF A CALIFORNIA STATE OF KINGS COUNTY, AM OVER THE AGE OF EIGHTEEN (18), AND A PARTY IN THIS LEGAL ACTION, MY ADDRESS IS: CALIFORNIA SUBSTANCE ABUSE TREATMENT FACILITY, P.O. BOX 7100, CORCORAN, CA. 93212

ON 6TH SEPT 2008, I SERVED THE FOLLOWING DOCUMENTS:

OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGEMENT, & DECLARATION OF PLAINTIFF.

UPON THE PARTY(S) LISTED HEREIN BY PLACING A TRUE COPY(S), ENCLOSED IN A SEALED ENVELOPE(S), WITH SUFFICIENT POSTAGE AFFIXED, INTO THE RECEPTICAL PROVIDED FOR THE UNITED STATES MAIL SERVICE, DEPOSITED IN THE MANNER PRESCRIBED BY THE CDC, AT CSATF, AND ADDRESSED AS FOLLOWS

U S DISTRICT COURT
NORTHERN DIST OF CA.
450 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102
ATTN: DIST. COURT CLERK

U S ATTORNEY GEN. OFF.
JENNIFER ADDAMS
455 GOLDEN GATE AVE STE 11000
SAN FRANCISCO, CA. 94102-7004

THERE IS REGULAR DELIVERY SERVICE BY THE UNITED STATES POSTAL SERVICE BETWEEN THE TWO LOCATIONS.

I DECLARE UNDER THE PENALTY OF PERJURY, THAT THE FOREMENTIONED IS TRUE AND CORRECT.

EXECUTED ON 6TH SEPT, 2008

DECLARANT / SERVER

1  RAYNARD B. HILL H43438
2  CSATF, F3-285 Low
   PO BOX 7100
3  CORCORAN, CA. 93212

4

5              UNITED STATES DISTRICT COURT
6           NORTHERN DISTRICT OF CALIFORNIA

7

8  HILL, RAYNARD B.                CASE NO: C 07-3165 CRB (PR)
            PLAINTIFF,
9

10 V.                             OPPOSITION TO DEFENDANTS
                                   MOTION FOR SUMMARY JUDGE-
11                                 MENT & DECLARATION OF PLAINTIFF.
12 CHUOY, JOSEPH, ET AL.
            DEFENDANT.
13

14

15 PLAINTIFF HEREBY OPPOSES:

16

17 1) I RAYNARD B. HILL, PLAINTIFF IN THE ABOVE ENTITLED
18 ACTION HEREBY OPPOSES DEFENDANT (S) MOTION FOR SUM-
19 MARY JUDGEMENT PURSUANT TO RULE 56 OF THE F.R.C.P.
20 OPPOSITION IS SUPPORTED BY "STATEMENTS OF GENUINE
21 ISSUES" OF DISPUTED FACTS, "MEMORADUM OF POINTS
22 AND AUTHORITIES", AND "PLAINTIFF'S DECLARATION.

23

24 2) DISPUTED FACTS LISTED IN STATEMENT OF GENUINE
25 ISSUES ARE SUPPORTED BY AUTHENTICATED DOCUMENTS,
26 ADMISSIONS, AND INTERROGATORIES THAT WAS / WAS NOT
27 ANSWERED, OR WAS "ADMITTED TO, OR DENIED SHOWING
28 GENUINE ISSUE OF MATERIAL FACTS FOR TRIAL.

3) PLAINTIFF ASK THE COURT, BASED ON THE ABOVE MENTION-
ED DOCUMENTS, AND POINTS & AUTHORITIES TO DENY THE
DEFENDANTS MOTION FOR SUMMARY JUDGEMENT, AND
SET FORTH THE ABOVE ENTITLED ACTION FOR TRIAL.

4) PLAINTIFF HAVE READ THE MOTION. AND TO THE BEST
OF MY KNOWLEGE, INFORMATION, AND BELIEF FORMED BY
REASONABLE INQUIRY, IT IS WELL GROUNDED IN FACT, AND
WARRANTED BY EXSISTING LAW, AND IS NOT INTERPOSED FOR
ANY IMPROPER PURPOSE, SUCH AS TO HARASS, CAUSE UN-
NECESSARY DELAYS, OR NEEDLESS INCREASE IN COST OF
LITIGATION

    I DECLARE UNDER THE PENALTY OF PERJURY THAT
ALL OF THE ABOVE MENTIONED IS TRUE & CORRECT.

DATE: Sept 6TH, 2008



RAYNARD B. HILL, PLAINTIFF IN PRO SE

2

CASE:                                                        PAGE

587, 106 SCT. 1348, 89 LEd 2d 538 (1986)

McGUCKIN V SMITH 974 F2d 1050 & 59 (9TH CIR 1991)        6

MILTER V BEORN 896 F2d 848, 853 & 53 (4TH CIR 1990)      7

RUNNELS V ROSENDALE 499 F2d 733                           6

SHAPLEY V NAVADA BOARD PRISON Comm'is 766 F2d 404 & 07 (9TH CIR 1985) 6

WHITE V GREGORY 1 F3d 267, 270 (4TH CIR 1993)            7

WILSON V SEITER 501 US 299                                5

WOOD V HOUSEWRIGHT 900 F 2d 1332 & 35 (9TH CIR 1990)     6
"
"
"
"
"
"
"
"
"
"
"
"
"

4

MEMORANDUM POINTS AND AUTHORITIES

1) On Nov 17, 2001 Plaintiff Reinjured RT Shoulder Arthroscopy Surgery Repair Done in San Luis Obispo, CA.

2) Upon arrival to C.T.F. in Soledad CA. in 2002, Defendants and Medical Staff was aware of Plaintiff's Injury Due To Request for Medical Care and Medical File.

3) Defendants Gave Plaintiff X-Ray(s), And Prescribed Ibruprophen / Motrin, And Denied or Delayed any other Inquiry into the Injury, or Medical Care of Plaintiff causing unnecessary and wanton infliction of Pain, irreparable Damage of RT Shoulder, Resulting in Cruel and Unusual Punishment in Violation of the 8TH Amendment of The U.S. Constitution.

4) There's Genuine Issues of Material Facts in Dispute, the Defendants violated Plaintiff's Constitutional Rights, Therefore, The Plaintiff Ask The Court to Deny The Defendants Motion For Summary Judgement, And Set above entitled Action For Trial.

## A. Rule 56(c) Summary Judgement

1) Opposition To Summary Judgement must Go Beyond The Assertions and Allegations of the Pleading and Set Forth Specific Facts By Producing Competent

5

1  EVIDENCE THAT SHOWS A GENUINE ISSUE FOR TRIAL.

2     Celotex Corp V Catrett Supra 477 US AT 324

3        Leer V Murphy 844 F2d 628, 631 (9th Cir. 1988)

4

5  2) An Issue is Genuine if there's Sufficient Evident-

6  iary Basis on which A Reasonable Jury Could Find For

7  The moving Party.

8     Anderson V Liberty Lobby Inc 477 US 242 & 49, 106 SCt 2505

9

10  3) Factual Dispute is Material if it might effect the

11  Outcome of the Suit under Governing Law. Id at 248.

12

13  4) Inferences To Be Drawn From the underlying Facts must

14  Be Viewed in Light most Favorable To the Non-moving Party.

15     Matsushita Elect. Ind. Co. V Zenith Radio Corp 475 US 574 &

16        587, 106 SCt 1348, 89 LEd 2d 538 (1986)

17

18  B. Statements of Law:

19

20  1) A Requisite State of Mind may Be manifested By officials

21  Response To Inmates Medical Needs, or By Denial, Delay, or

22  interference with Prescribed HealthCare. Unnecessary and

23  Wanton infliction of Pain Constitutes Cruel and Unusual Pun-

24  ishment which is Prohibited By The 8th Amendment.

25     Estelle V Gamble 429 US 104 (1976), 97 SCt 285

26     Wilson V Seiter 501 US 299

27

28  2) There's Two elements in Deliberate Indifference. 1. The

SERIOUSNESS OF THE MEDICAL NEED. 2. THE Nature of DEFENDANTS RESPONSE TO THAT NEED. A MEDICAL NEED IS SERIOUS IF FAILURE TO TREAT RESULTS in FURTHER INJURY, OR CAUSE UNNECESSARY AND WANTON INFLICTION OF PAIN, AND EFFECTS INDIVIDUALS DAILY ACTIVITIES

   McGuckin V Smith 974 F.2d 1050 & 59 (9TH CIR 1991)

3) BY ESTABLISHING THE EXSISTANCE OF A SERIOUS MEDICAL NEED, SATISFIES THE OBJECTIVE REQUIREMENT FOR PROVING A 8TH AMENDMENT VIOLATION.

   FARMER V BRENNAN 511 US 825 & 834, 114 SCt 1970 (1994).

4) WHEN A PRISON OFFICIAL DENY, DELAY, OR INTENSIONALLY INTERFERE WITH MEDICAL TREATMENT, OR BY WAY THE PRISON OFFICIAL PROVIDE MEDICAL CARE, VIOLATES 8TH AMENDMENT.

   HUTCHINSON V US 838 F.2d 390, 393 & 94 (9TH CIR 1988)

5) IF DELAY WAS HARMFUL:
      BERRY V BUNNELL 39 F3d 1056 & 57 (9TH CIR 1994)
      WOOD V HOUSEWRIGHT 900 F.2d 1332 & 35 (9TH CIR 1990)
      SHAPLEY V NEVADA PRISON COMM'R'S 766 F.2d 404 & 07 (9TH CIR 1985)

6) OFFICIAL PURPOSEFULLY IGNORED, OR FAILED TO RESPOND TO PLAINTIFFS PAIN OR MEDICAL NEEDS.
      JEFFERIES V BLOCK 940 F SUPP 1509

7) FAILURE TO PROVIDE REQUIRED MEDICAL CARE, EVEN WITHOUT INTENT TO CAUSE PAIN, AND UNJUSTIFIED REFUSAL TO PROVIDE MEDICATION

1  IN COURSE OF TREATMENT, MAY CONSTITUTE A VIOLATION OF
2  CONSTITUTIONAL RIGHTS.

3      RUNNEL V ROSENDALE 499 F2d 733.

4

5  8) WHEN THREE OR MORE DOCTORS FAILED TO ACT REASONABLY
6  TO PLAINTIFF'S PAIN AND LIMITED MOTION TO RT SHOULDER, CONSTI-
7  TUTES ACTION FOR A CLAIM, WHEN SURGERY WAS REQUIRED.

8      MILTER V BEORN 896 F2d 848, 852 & 53 (4TH CIR 1990)

9

10  9) WHEN OFFICIALS ARE SUBJECTIVELY AWARE OF RISK, AND DOES
11  NOTHING TO PREVENT THE RESULTING HARM.

12      JEFFERS V GOMEZ 267 F3d 895

13

14  10) WHEN PRESCRIBED TREATMENT OF PLAINTIFF WAS DENIED, OR
15  DELAYED FOR WEEKS, MONTHS, EVENTUALLY YEARS.

16      HARRIS V COWETA CO. GA. 21 F3d 388 & 394 (11TH CIR 1994)

17

18  11) WHEN PRISON OFFICIALS HAD ACTUAL KNOWLEGE, AND PAIN WAS
19  PREVENTABLE, SHOULD BE HELD LIABLE WHEN RISH IS OBVIOUS, &
20  A REASONABLE PRISON OFFICIAL WOULD HAVE NOTICED.

21      DE ROSIER V MORAN 949 F2d 15, 19 (1ST CIR 1991)

22

23  12) INDIVIDUAL CAPACITY SUITS AGAINST PRISON OFFICIALS ARE UP-
24  HELD; STATE PRISON OFFICIALS HAS NOT ABSOLUTELY IMMUNE
25  FROM PERSONAL LIABILITY

26      WHITE V GREGORY 1 F3d 267, 270 (4TH CIR 1993)

27  "

28  "

8

# C. STATEMENTS OF FACTS.

THE FOLLOWING ARE DOCUMENTED FACTS IN MEDICAL FILE OF PLAINTIFF WHICH WAS TRANSFERED WITH PLAINTIFF FROM CMC, CCI, TO CTF SOLEDAD IN 2002, SHOWING KNOWLEGE OF INJURY.

1) ON 9-21-00, PLAINTIFF HAD A RT. ROTATOR CUFF REPAIR AT CMC IN SAN LUIS OBISPO.  Ex # 1

2) ON 11-20-01 & 4-10-02 X-RAYS WAS TAKEN DUE TO A RE-INJURY AND PAIN IN RT SHOULDER.  Ex #2

3) PLAINTIFF REFFERED TO ORTHOPEDIC ON 2-14-02 FOR RT. SHOULDER PAIN.  Ex #3

4) PLAINTIFF FILED AN CDC 602 APPEAL LOG# CMC-E-02-00514 REQUESTING M.R.I. DUE TO DENIAL OF MEDICAL CARE. Ex#4

5) ON 2-26-02 & 3-26-02 PLAINTIFF HAD DR'S VISITS CONCERN-ING PAIN IN RT SHOULDER, REFER FOR ANOTHER X-RAY  Ex#5

6) ON 4-30-02 DR'S VISIT FOR PAIN & MOTION OF RT SHOULDER, RETURN IN 2mos. CONCIDER INJECTIONS.  Ex#6

7) ON 6-10-02 STATES DR'S VISIT PRETAINING TO Nov 17TH INCI-DENT CAUSING PAIN & LOSS OF MOTION, ORDER X-RAY  Ex# 7

FROM 2002-2004 AND AGAIN FROM 2004-2005. CTF

1  INTENSIONALLY, DENIED PLAINTIFF A REASONABLE AMOUNT OF
2  MEDICAL CARE, PRESCRIBING NO MEDICATION FOR PAIN, NO MRI
3  TO ID INJURY, AND NO RESPONSE TO PLAINTIFF REQUEST FOR
4  MEDICAL CARE WAS MADE, CAUSING CRUEL AND UNUSUAL PUN-
5  ISHMENT, AND UNNECESSARY & WANTON INFLICTION OF PAIN IN
6  VIOLATION OF THE 8TH AMENDMENT OF THE U.S. Constitution.

7
8  8) ON 8-29-02 DR's VISIT REGARDING MRI ON RT SHOULDER
9    EX # 8

10
11  9) ON 2-23-04 PRESCRIBED PAIN MEDICATION "NAPROXEN"
12  250 MG WHICH MEANS OFFICIALS HAD KNOWLEDGE AND AWARE
13  OF PLAINTIFF'S PAIN, BEFORE DATE MEDS WAS PRESCRIBED. EX# 9

14
15  10) ON 9-16-04 PLAINTIFF FILED A CDC 7362 MEDICAL REQUEST
16  FOR FOLLOW UP DUE TO PAIN IN RT SHOULDER. EX # 10

17
18  11) ON 2-22-05 FILED A CDC 7362 MEDICAL REQUEST &
19  STATE "SHOULDER PROBLEMS SINCE 11-17-01"  EX # 11

20
21  12) ON 3-7-05 DR SINNACO'S PHYSICIANS ORDERS X-RAY OF
22  RT SHOULDER & MOTRIN, 600MG ON 4-4-05 REFER TO ORTHOPEDIC
23  POMDAN & MOTRIN 800 MG.  EX # 12

24
25  13) ON 3-7-05 & 4-4-05 CDC 7230 DR. SINNACO'S INTERDISCIPLI-
26  NARY PROGRESS NOTES. LIST SURGERY IN 2000, ANOTHER INJURY
27  IN 2001, XR (2002), SHOWING HAD KNOWLEDGE OF. EX # 13

28

14) ON 3-10-05 X-RAY SHOW NOTHING NEW / POST SUR-GERY CHANGES  Ex # 14

15) ON 3-23-05, CDC 7362 MEDICAL REQUEST FORM ASK-ING FOR FOLLOW-UP ON X-RAY, HEARD NOTHING, AND STILL IN PAIN  EX # 15

16) ON 4-4-05 DR SINNACO ORDER AN MRI OF PLAINTIFF RT SHOULDER, AND STATED "ANOTHER INJURY 2001, X R - NO CHANGE, BUT FINALLY ORDERED M.R.I.  EX # 16

17) ON 6-21-05 DR's VISIT COMPLAINED OF PAIN AND NO M.R.I. & RE-ORDER OF M.R.I  EX # 17

18) AFTER NUMEROUS DELAYS FOR MRI, DR SINNACO 6-21-05 DOCTORS ORDER REQUESTING MRI AT CORCORON AS RECOMMENDED BY ORTHOPEDIC.  EX # 18

19) ON 7-13-05 DR SINNACO, AFTER CONSULT WITH DR. POMPAN FILED ORDER REQUESTING ARTHOSCOPY OF RT ROTATOR REPAIR BY DR. POMPAN.  EX # 19

20) ON 8-11-05 PLAINTIFF FILED AN CDC 7362 FOR 800mG IBRUPROPHEN FOR PAIN IN RT. SHOULDER. STILL NO MRI, NO MEDICATION FOR PAIN, UNJUSTIFIED DELAYS IN MEDICAL TREAT-MENT.  EX # 20

21) ON 8-26-05, A CDC 7221 PHYSICIANS ORDER PRESCRIBED

11

1  THE SAME INEFFECTIVE 600 mg MOTRIN, REDUCED FROM THE
2  800 MG MOTRIN, WHEN NO TYPE OF TREATMENT HAS BEEN DONE
3  AND AWARE OF INEFFECTIVE MEDS. EX # 21

5  22) ON 8-1-08 in DR CHUDY SUPPLEMENTAL RESPONSE TO
6  PLAINTIFF'S 1ST SET OF INTERROGATORIES STATES MRI TRAILER
7  COMES TO CTF TWICE WEEKLY. EX # 22,
8       ON 10-21-08 CHIEF APPEALS OFFICER N. GRANNIS OF
9  SACRAMENTO STATES MRI TRAILER STARTED COMING TO
10  CTF ON 9-21-05, UNABLE TO SCHEDULE I/m HILL DUE TO
11  BACKLOG, FIRST REQUEST FOR MRI WAS 4-4-05 EX # 22
12      AND DR CHUDY ADMISS THAT HE'S RESPONSIBLE FOR ALL
13  CLINICAL OPERATIONS, INCLUDING FOLLOW UP EVALUATIONS EX # 22

15  23.) 11-13-05 CDC 7362 HEALTH CARE REQUEST STATING
16  STILL in PAIN, NO MRI    EX # 23

18  24) ON 11-21-05 SALINES VALLEY RADIOLOGIST (MRI)
19  SHOW GOOD DEAL OF SMALL FRAGMENTS, SIGNALS, NOT SURE
20  OF TEARS.    EX # 24

22  25) ON 1-9-06 DR. SINNACO REFERRED BACK TO ORTHOPEDIC
23  POMPAN, DISREGARDED PLEA FOR MEDICATION, PRESCRIBED 600
24  MG. MOTRIN.   EX # 25

26  26) ON 1-9-06 DR SINNACO ORDER REFERRING PLAINTIFF TO
27  ORTHOPEDIC DR POMPAN, WITH RECOMMENDATION OF ARTHO-
28  SCOPY TO RT ROTATOR CUFF   EX # 26



COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)

OSP 98 10924

27) 5-3-06, Doctor's visit with Dr Grewal, Complained of Pain & ineffective Medication, Disregarded, Renewed ineffective 600 MG Motrin   EX # 27

28) In Response to Admissions Set 1, Question #15 of Chudy, Pompan, Grewal, & Sinnaco Denies that URC Approved Dr Pompan to Perform Rotator Cuff Repair on RT. Shoulder of Plaintiff on 7-13-06.  EX # 28

On 7-13-06 URC Approved Rotator Cuff Repair by Dr. Pompan. Just Another False Response to Admissions Requested in Discovery   EX # 28

29) In Response to Set #1 Admissions, Question # 3, Dr's Chudy, Grewal, Sinnaco & Pompan Denies it's necessary, or the Responsibility of the Doctor to Review a Patients Medical File Before Administering Medication or Treatment. Which verify why Defendants claim of not Being aware of injury until 2005, and why Plaintiff Has Been Denied & Delayed medical Care since 2002, Causing unnecessary & Wanton Infliction of Pain, Resulting in Cruel and Unusual Punishment, in Violation of the 8th Amendment   EX # 29

30) In Motion For Summary Judgement filed By the Defendants on Page 8, Lines 20-24, Physicians Didn't Find Surgery To Be an Emergency, Due to Denying Plaintiff an MRI To Identify Plaintiff Injury, To Prescribe the Appropriate Treatment For Plaintiff's Severe Pain which

1  REQUIRED SURGERY THAT WAS PERFORMED ON 4-16-08 EX-
2  # 30

4  31) IN RESPONSE TO ADMISSIONS SET 2, QUESTION # 37, THE
5  DEFENDANTS ADMITS THAT CTF HAVE A PAIN MANAGEMENT
6  PROGRAM, BUT DENIED PLAINTIFF'S MEDICAL TREATMENT,
7  WITH TOTAL DISREGARD OF PLAINTIFF'S PAIN, AND RIGHTS
8  TO BE FREE OF UNNECESSARY PAIN & SUFFERING WHEN
9  HAVING KNOWLEDGE OF INJURY, AND DOES NOTHING TO
10 ABATE IT.  EX # 31

12 32) IN RESPONSE TO 1ST SET OF ADMISSIONS, QUESTION # 13,
13 DEFENDANTS CHUDY, POMPAN, GREWAL & SINNACO DENIES
14 ANY RESPONSIBILITY TO ASSURE THEIR PATIENTS RECIEVE
15 THE TREATMENT THEY ORDER, WITH DISREGARD TO THE
16 PATIENTS HEALTH, PAIN, OR MEDICAL CARE OF AN INJURY,
17 CONTRIBUTING TO THE DENIAL AND DELAY OF THE PLAINTIFF
18 'S TREATMENT.  EX # 32

20 33) IN DEFENDANTS MOTION FOR SUMMARY JUDGEMENT
21 PAGE 4, LINE 14-17 STATES A FALSE ALLEGATION THAT PLAIN-
22 TIFF WAS MOVED TO VACAVILLE. AS THE REASON NOT SCHED-
23 ULING SURGERY.  EX # 33
24    BUT RESPONSE TO ADMISSIONS, SET 1, QUESTION # 16 DO
25 STATE THAT PLAINTIFF TRANSFER OUT OF CTF ON 9-8-06
26 SHOWING AND CONFIRMING DENIAL & DELAYS WAS UNJUST-
27 IFIED  EX # 33

28



COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 98 10924

14

34) ON 6-14-07 AT CCI IN TEHACHAPI, DR. JAMES HELNER WAS THE FIRST DOCTOR TO PRESCRIBE TYLENOL w/ CODEINE 30 MG 2 TABS 3X DAILY TO RELIEVE PAIN OF RT SHOULDER, CONTRIDICTING DR CHUDY's FALSE STATEMENT IN SUMMARY JUDGEMENT THAT PLAINTIFF WAS GIVEN CODEINE AT CTF. EX# 34

35) ON 11-3-06 UC DAVIS DOCTOR JEFFERY L. TANSi TELE-MEDICINE REPORT TO CMO HAROLD TATE MD STATING PRO-BABLE ROTATOR CUFF REPAIR OF RE-TEAR, RECOMMENDING ARTHOSCOPY OF RT. ROTATOR CUFF. EX# 35

36) ON 9-12-07 KERN RADIOLOGIST CONDUCTED THE MRI THAT SHOW & STATES PROBABLE COMPLETE TEARS WITH TENDON RETRACTION, AND CEPHALIC MIGRATION OF THE HUMERAL HEAD  EX# 36

37) ON 4-16-08 ORTHOPEDIC DR. LEWIS PERFORMED ARTHOSCOPY ON RT SHOULDER AT HIS TEHACHAPI CLINIC IN TEHACHAPI. IN PRE-SURGERY EVALUATION ON 2-8-08 DR MARSHALL S. LEWIS STATES DEGRADED STUDY, PROBA-BLE COMPLETE TEARS OF TENDON WITH RETRACTION & CEPHALIC MIGRATION OF THE HUMERAL HEAD. "IRREPAIRABLE" WITH IMPINGEMENT SYNDROME IN RT SHOULDER, NO REPAIR BUT ANOTHER PROCEDURE WILL BE DONE TO ELIMINATE PAIN & MOTION BY DEBRIDEMENT OF THE SUBACROMIAL BURSA & RO-TATOR CUFF, RESECTION OF CORACOACROMIAL LIGAMENT AND POSSIBLE RESECTION AT THE DISTAL END OF THE RT CLAVICLE.  EX# 37

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)

OSP 98 10924

Declaration of THE Plaintiff
Raynard B. Hill H43428 in Pro Se.

(1) On 11-17-01 I Reinjured my RT. Rotator Cuff Repair, that was Done in 2000, at CMC. By A By A Dr E. Harway M.D.

Upon Transfer To CTF with medical file, CTF was Aware or Should've Been Aware of my medical condition and needs.

2) After Request for medical Help Due To Pain, on or about 8-29-02 at CTF, Had A Doctor's visit concerning Need for MRI on Shoulder (RT). From this Date Forward, CTF Doctors & Medical Dept. Denied and failed To Respond To Any of THE Request for medical Help Due To THE Pain I was Going Through.

3) THE Defendant(s) state that they had No Knowledge of my Shoulder Problem. But on 2-23-04 Doctor Did Prescribe me THE Pain Medication "Naproxen" showing that THE subject of Having No Knowledge was False.

4) On 9-16-04 & 2-22-05 I Put in medical Request To Medical Dept, Recieving No Reply until 3-7-05 When Dr Sinnaco order X-Rays & Prescribed 600 mg Motrin

5) On 4-4-05 I was Referred To Orthopedic Dr Pompan and Prescribed 800 mg of Motrin for THE Pain Increase And Listing Again Surbery in 2000, and Another Injury In 2001.

6) After Several Request for Some Type of Treatment To elleviate THE Pain, Dr. Sinnaco Order/ Request of Service

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 98 10924

1   FOR AN MRI ON MY RT SHOULDER, THEN THERE WAS DENIALS
2   AND DELAYS AFTER DELAYS. ON 6-21-05 MRI HAD TO BE
3   RE-ORDERED
4   7) ON 7-13-05 AFTER CONSULT WITH DR. POMPAN, AN ORDER
5   REQUESTING ARTHOSCOPY OF RT ROTATOR CUFF REPAIR BY DR.
6   POMPAN, BUT STILL NO MRI TO IDENTIFY THE INJURY.
7   8) FROM 8-11-05 - 11-21-05 PLAINTIFF STILL IN EXTREME
8   PAIN, LOSS OF MOTION IS APPARENT, AND STILL NO MRI.
9   9) ON 11-21-05 I FINALLY GOT A MRI WHICH SHOWED
10  A GOOD DEAL OF SMALL FRAGMENTS, SIGNALS, AND WAS NOT
11  SURE OF A TEAR.
12  10) FROM 11-21-05 - 1-9-06 STILL IN GREAT DEAL OF PAIN,
13  A SECOND ORDER FOR ARTHOSCOPY OF RT SHOULDER WAS
14  RECOMMENDED
15  11) ON 5-3-06 HAD A DOCTOR'S VISIT WITH DR. GREWAL,
16  AND EXPLAINED TO HIM THE PAIN I'M IN, THAT I HAVE
17  NOT RECIEVED MY SURGERY, AND "NEED SOME KIND OF
18  HELP FOR THIS PAIN UNTIL I GET THE SURGERY". He DIS-
19  REGARDED MY PLEA FOR HELP, AND PRESCRIBED THE SAME
20  600 MG MOTIN AND TOLD ME TO GET OUT !
21  12) IN RESPONSE TO THE FIRST & SECOND SET OF AD-
22  MISSIONS, AND SUPPLEMENTAL RESPONSE TO FIRST SET OF
23  INTERROGATORIES, THE DEFENDANTS STATED NUMEROUS FALSE
24  RESPONSES, WHERE THEIR OWN STATEMENTS & MEDICAL
25  FILE DOCUMENTS WILL **CONTRIDICT** THEM.
26  13) IN RESPONSE TO THE FIRST SET OF AMISSIONS ALL OF THE
27  DENIED THAT AS A DOCTOR, ITS HIS RESPONSIBILY OR IS NEC-
28  ESSARY TO REVIEW A PATIENTS FILE BEFORE ADMINISTERING



COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)

OSP 98 10924

2

1  MEDICATION OR TREATMENT, WHEN FILE IS ON HAND. WHICH
2  GIVES REASON WHY DOCTOR'S SAY THEY WERE UNAWARE
3  OF INJURY, AND WHY I WAS DENIED AND DELAYED THE
4  THE APPROPRIATE MEDICATION AND TREATMENT, WHICH
5  IS AN UNJUSTIFIED DELY, UNNECESSARY PAIN & SUFFERING,
6  RESULTING IN CRUEL & UNUSUAL PUNISHMENT IN VIOLAT-
7  ION OF THE 8TH AMENDMENT.
8  14) DEFENDANT STATED THEY DIDN'T FIND SURGERY TO BE
9  AN EMERGENCY AND DISREGARDED MY PAIN. THEY ALSO
10 ADMIT THEY HAVE A PAIN MANAGEMENT PRO-, BUT DENIED
11 ME THE RELIEF.
12 15) IN RESPONSE TO ADMISSION ALL OF THE DEFENDANTS DENY
13 ANY RESPONSIBILITY TO ASSURE THEIR PATIENTS RECIEVE
14 THE TREATMENT THEY ORDER. SHOWING A TOTAL DISREGARD
15 TO THE LEVEL OF CARE RECIEVED.
16 16) IN DEFENDANTS MOTION OF SUMMARY JUDGEMENT THEY
17 STATE A FALSE ASSERTION THAT I MOVED TO VACAVILLE AS
18 REASON NOT RECIEVING SURGERY, WHEN BY THEIR OWN AD-
19 MISSION I LEFT CTF ON 9-8-06
20 17) ANOTHER FALSE STATEMENT WAS THAT THEY GAVE ME
21 THE APPROPRIATE MEDICATION, CODEINE (A OPIATE). RECORDS
22 SHOW THAT I DIDN'T RECIEVE CODEINE UNTIL I WAS
23 AT CCI IN TEHACHAPI, CA. ON 6-14-07. FROM DR. HEL-
24 MER
25 18) THE APPROPRIATE MEDICATION AND TREATMENT WAS GROSSLY
26 DENIED OR DELAYED CAUSING UNNECESSARY PAIN AND SUF-
27 FERING. 2000 SURGERY WAS A TOTAL FAILURE PER DR.
28 LEWIS WHO ALSO STATE CUFF DEGRADATION & SEVERE RETRACTION



COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)

OSP 98 10924

3

1 | IN OPERATIVE REPORT WHICH AT THIS MOMENT I'M TRY-
2 | ING TO OBTAIN.

4 | I DECLARE UNDER THE PENALTY OF PERJURY THAT TO
5 | THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEFS,
6 | THAT ALL SAID ABOVE IS TRUE & CORRECT.

9 | Date: SEPT 6TH, 2008

13 | Raynard B Hill
14 | RAYNARD B. HILL, PLAINTIFF IN PRO SE.



COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 98 10924

4

**EXHIBIT 1**

DEPARTMENT OF CORRECTIONS                          STATE OF CALIFORNIA

DATE OF SURGERY:            9-21-00

SURGEON:                    ELANA HARWAY, M.D.

PREOPERATIVE DIAGNOSIS:     RIGHT ROTATOR CUFF TEAR.

POSTOPERATIVE DIAGNOSIS:    RIGHT ROTATOR CUFF TEAR.

NAME OF OPERATION:          RIGHT SHOULDER OPEN SUBACROMIAL DECOMPRESSION,
                            ACROMIOCLAVICULAR JOINT RESECTION, AND ROTATOR
                            CUFF REPAIR.

OPERATIVE PROCEDURE:        Informed consent was obtained from the
                            patient.  The patient was taken to the
operating room and placed supine on the operating table.  General
endotracheal anesthesia was induced.  Ancef 1 gram IV piggyback was given.
The right arm and shoulder were then prepped and draped in sterile fashion.
The area of the acromioclavicular joint, lateral border of the acromion and
clavicle were outlined with a marking pen and 20 cc. of 2% lidocaine with
epinephrine was placed into the area for hemostasis.  An 8 cm. longitudinal
incision was made centered over the anterior border of the acromion and
clavicular.  Electrocautery was then used to divide the subcutaneous
tissues.  The area of the deltoid was then found and divided with
electrocautery.  A cuff of deltoid was then created over the acromion, and
this was taken down over the anterior aspect of the acromion with
electrocautery.  The subacromial bursa was then seen.  It was very
hypertrophic.  There were abundant loose bodies present within the inflamed
bursa and these were removed with a Mayo scissor.  The undersurface of the
acromion was seen to be hypertrophic.  The acromioclavicular joint had
abundant arthritis.  There was eburnated bone seen and a large spur on the
lateral border of the clavicle.  A subacromial decompression was then
performed with an oscillating saw and a pineapple bur.  The arthritic
acromioclavicular joint was burred clean and the lateral clavicular spur was
removed with the pineapple bur.  The rotator cuff was then seen.  The muscle
was swollen and had a bulbous edge.  The tear was easily identified.  Two
suture anchors were placed and, using a #2 Vicryl, the rotator cuff was sewn
closed and reinforced with a number of 0-Vicryl sutures.  A watertight
closure was obtained.  The deltoid cuff was then repaired with an 0-Vicryl
suture.

*(Continued....)*

                                        CDC NO:    **H-43428**

                                        NAME:      **HILL, Raynard**

**CALIFORNIA MEN'S COLONY**
**REPORT OF OPERATION — Outpatient**      DOB:
CDC-7205

                                                              00318


d/r/t: 9/21/00/co

                                        CDC NO:    **H-43428**

                                        NAME:      **HILL, Raynard**

**CALIFORNIA MEN'S COLONY**
**REPORT OF OPERATION — Outpatient**      DOB:
CDC-7205

                                                              00319

**EXHIBIT 2**

## LABORATORY REPORTS

PLACE TOP OF REPORT #3 HERE

PLACE TOP OF REPORT #2 HERE

## DEPARTMENT OF CORRECTIONS
### CMC-EAST HOSPITAL

**Name:** HILL, RAYMOND          **CDC#:** H-43428     **Room:** AD SEG          **Age:** 3/10/60

**Date Taken:** 4/10/02       **Date Read:** 04/10/02      **Ordering M.D.:** PERRIN

### RADIOGRAPHIC REPORT:

RIGHT SHOULDER:   Comparison is made with prior films from November 20, 2001.
Metallic suture anchors are again noted in the right humeral head.  Widening of
the right acromioclavicular joint remains apparent.  There is a deformity along
the superolateral aspect of the humeral head which could be related to residual
compression from previously reduced anterior dislocation.  No significant
changes noted from November 20, 2001.

IMPRESSION:  No significant change.

file                    Date:      04/10/02

2

# EXHIBIT 3

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 2/14/02 | 1300 | | ① refer to ortho re: ® shoulder & 5th digit ① hand |
| | | | ② IBUPROFEN 400 mg ⊤ TID. |
| | | | RX ONLY ⊤ food X 90 days |
| | | | M Horenstein M |
| | | | Noted 2/14 02 ① PM □□□ SH |

ALLERGIES: NKA    INSTITUTION: CMC-E    ROOM/WING: 4/320

CDC NUMBER, NAME (LAST, FIRST, MI)
H 43428
Hill, Raynard
3-10-60

Confidential
client information
See W & I Code, Sections 4514 and
5328

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)
STATE OF CALIFORNIA        OSP 00  35617        DEPARTMENT OF CORRECTIONS

00053
3

**EXHIBIT 4**

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

| Location: Institution/Parole Region | Log No. | Category |
|---|---|---|
| CMC-E | 1. 62-00514 | 8 b |
| 2. | 2. | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME Hill, R.B. | NUMBER H43428 | ASSIGNMENT | UNIT/ROOM NUMBER ASU 4320 |
|---|---|---|---|

**A. Describe Problem:** ON 11-17-01 STAFF REINJURED MY RT SHOULDER WHICH I HAD A SURGICAL PROCEDURE HERE AT CMC. ON 11-27-01 DR. HARVEY KNOWING MY COMPLAINT, STATED MRI MAY BE NEEDED. SINCE THEN NOTHING HAS BEEN DONE, PAIN HAS INCREASED, AND FINGER PAIN FROM POSSIBLE NERVE DAMAGE IS PRESENT. SO DUE TO THE PAIN, AND LACK OF THE FOLLOW-UP WHICH IS STATED IN FILE, I HAD TO FILL OUT THE SICK-CALL SLIP AS A REMINDER OF PROBLEM, BUT ONLY RECIEVED MOTRIN, WHICH DOES ELEVIATE THE PAIN OR PROBLEM.

If you need more space, attach one additional sheet.

**B. Action Requested:** THAT THESE INJURIES ARE SERIOUSLY LOOKED INTO, THAT MRI IS SCHEDULED TO FIND THE PROBLEM WITH SHOULDER & FINGER, AND THAT I NOT BE CHARGED, OR REFUNDED CO-PAYMENT DUE TO PROCEDURES THAT SHOULD'VE BEEN DONE LONG AGO

Inmate/Parolee Signature: *Raymond B. Hill*          Date Submitted: 2-19-02

**C. INFORMAL LEVEL** (Date Received: _____ )

Staff Response:

BYPASS

Staff Signature: _____          Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS

Signature: _____          Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

FEB 25 2002

CMC APPEALS OFFICE

00789
4

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

BYPASS

_____

_____

_____

_____

_____

Staff Signature: _____ Title: _____ Date Completed: _____
Division Head Approved:                                      Returned
Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

BYPASS

_____

_____

Signature: _____ Date Submitted: _____

Second Level    ☐ Granted    ☑ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: **FEB 2 5 2002**    Due Date: **APR 0 8 2002**
☐ See Attached Letter                                                                          **APR 0 8 2002**

Signature: _____    Date Completed: 4/25/02
Warden/Superintendent Signature _____ R. MEYERS, MD, HCM    Date Returned to Inmate: **MAY 0 1 2002**

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

For the Director's Review, submit all documents to:  Director of Corrections
                                                     P.O. Box 942883
                                                     Sacramento, CA 94283-0001
                                                     Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter
                                                     Date: _____

CDC 602 (12/87)

00790

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

*California Men's Colony*

# *MEMORANDUM*

APPEAL RESPONSE LEVEL:        SECOND

DATE:                         Monday, April 22, 2002

TO:                           HILL, RAYNARD

CDC #:                        H43428

APPEAL LOG #:                 CMC-E-02-00514

ISSUE APPEALED:               Surgical Issues

INMATE INTERVIEW:

Dr. Perrin, orthopedic specialist, interviewed you on 3/26/02, regarding the issue of this appeal.

PROBLEM DESCRIPTION / ACTION REQUESTED:

Hill, Raymond H-43428: In your written appeal, signed 2/19/02, you ask that your shoulder and little finger injuries be "seriously looked into," that you have an MRI to find problems with your shoulder and finger, that you not be charged a copayment fee, and that you receive a refund of the copayment already charged for the 2/14/02 clinic visit.

APPEAL RESPONSE:

You were evaluated by Dr. Perrin in CMC's orthopedic clinic on 3/26/02, regarding your shoulder and finger complaints. Dr. Perrin ordered new x-rays of your shoulder and a follow-up visit is scheduled for 5-6 weeks after the 3/26/02 visit. An MRI is not indicated at this time and will not be obtained. You have been informed that no treatment is indicated for your left 5th finger, but that the finger problem is likely to improve over time, probably over the next 6 months.

This appeal is partially granted in that you have received requested follow-up evaluation regarding your shoulder and finger complaints. A decision has been made to administratively waive copayment for the clinic visit of 2/14/02.

APPEAL DECISION: Partially Granted

R. MEYERS, M.D.                                      Date
Health Care Manager

RM:EG:bv

Page 1 of 1

00791

EXHIBIT __5__

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 2·26·02 | | | X ray ⓁR 5th finger. |
| | | ② | Refer STAT ORTHO. |
| | | | Post-Op pain swelling |
| | | | ⓁR 5th finger |
| | | | Post-op pain ⓇR shoulder |
| | | | STAT Sd Wilson 2/26/02 1700 [signature] |
| 3/26/02 | | | X ray 2 views ⓇR shoulder before |
| | | | 5 mo |
| | | | visit |
| | | | RTC 5·6 weeks |
| | | | noted B Duncan |

| ALLERGIES: | INSTITUTION: | ROOM/WING: |
|---|---|---|
| NKA | CMC-C | 4/320 |

CDC NUMBER, NAME (LAST, FIRST, MI)

H43420
Hill, Raymond
3-10-60

Confidential
client information
See W & I Code, Sections 4514 and
5328

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)
STATE OF CALIFORNIA        OSP 00 35617        DEPARTMENT OF CORRECTIONS

00052

5

# EXHIBIT 6

| TE | TIME | |
|---|---|---|

4-30-02  **CMC ORTHO CLINIC**  RTC 3-26-02

Rt. shoulder

Much better — ® shoulder elevation 160° passive 120° active

c/o pain c̄ rep shoulder

X-ray, Bone anchors in humeral head.

A. Improved

P. Con't exercises

RTC 2 mos to check ROM & consider cortisone injection

6-5-02  Seen IVB [illegible] screening — tb card [illegible] pain
.5-4-02, ō current concerns ō ccms — [illegible]

6/10/02  S  42 yo B/M S/P Rotator cuff surgery past year
Still has pain in the arm. Claims to have been hit by a
c/o Nov 17 & since then claims pain. Claims can't have his arms
"go all the way back" Not as flexible. Has pain in shoulder. See
2219 dated 11/17/01. No pathology noted. No interested MRI— no flares
Osteoarthritis. Also wants Chrono for soft shoes, [illegible]
O  B 134/88  76  14  97.5  Wants double
cuffing
(Can't)

| INSTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MI) |
|---|---|---|---|

H 43420

Hill Raymond

3-10-60

**PHYSICIAN'S PROGRESS NOTES**

CDC 7230 (7/90)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

# EXHIBIT 7

| DATE | TIME | |
|------|------|---|
| 6/10/02 | | (Cont) |

Full rotary ROM both shoulder symmetrically
Full extension + elevation s pain. i/M noted to put on
shirt s any problem using Ⓡ arm while engaged in conversation
Can grap hands behind back s problem. Oblique symmetric.
Scar noted on Ⓡ shoulder

A │ No limitation of motion on
P │ Does not require doville cuffing
X rays shoulder + feet
E │ Advised

7-5-02  1/00 NOT SEEN. MD F to discuss
need for return med

7/8/02 @ S  42 y/o B/M needs a new inhaler. Asthma X years. Uses BD
O  Vst 138/88  91  14  93²  SpO₂ 100%  PFM 300-not needed
98²↑98  Lung - b/lat diffuse wheeze
91↑93  Reg rhythm
100↑

A │ Asthma
P │ Refill meds
E │ Counseled re use

**PHYSICIAN'S PROGRESS NOTES**

| INSTITUTION | PHYSICIAN | ROOM NO | CDC NUMBER, NAME (LAST, FIRST, MI) |
|-------------|-----------|---------|-----------------------------------|
| | | | Hill |
| | | | H 43420 |

CDC  7230 (7/90)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 6/10/0 | | | X-ray (R) Shoulder |
| | | | X-ray Brlt feet |
| | | | _illegible_ 6/10/0 _illegible_ |
| | | | MDE - _illegible_ n _illegible_ for asthma med. |
| 7/8/0 | | | Albuterol Inhaler " / puff bid X 90 d. |
| | | | Beclovent Inhaler " / puff bid X 90 d |

ALLERGIES:            INSTITUTION            ROOM/WING

Confidential
client information
See W & I Code, Sections 4514 and
5328

CDC NUMBER, NAME (LAST, FIRST, MI)

H 43420
Hill, Raymond
3-10-60

**PHYSICIAN'S ORDERS**

CDC 7221 (9/00)
STATE OF CALIFORNIA        OSP 00  35617        DEPARTMENT OF CORRECTIONS

EXHIBIT _8_

| DATE | TIME | |
|------|------|---|
| 8/24/05 | | *[handwritten clinical notes, illegible]* |

INTERDISCIPLINARY PROGRESS NOTES

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Hill
H43428

00161

8

# EXHIBIT __9__

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 2-25-04 | | | Naproxyn 250 mgpo b.i.d. |
| | | | pc PRN 30 dy |
| | | | r Daylar |



ALLERGIES: *NFTA*   INSTITUTION *CTF-N*   ROOM/WING *LA3ZZ*

Confidential
client information
See W & I Code, Sections 4514 and
5328

CDC NUMBER, NAME (LAST, FIRST, MI)

*Hill*

*H434Z8*

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)
STATE OF CALIFORNIA        OSP 00  35617        DEPARTMENT OF CORRECTIONS

00044
9

EXHIBIT 10

№ 742983

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME *Hu R. B.* | CDC NUMBER *H43428* | HOUSING *LA-32246* |
|---|---|---|
| PATIENT SIGNATURE *Leonard B Hill* | | DATE *9-16-04* |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) *follow-up.*

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.) |

| PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE | |
|---|---|
| Date / Time Received: *9/16/04  1140* | Received by: *Hlu, Lvn* |
| Date / Time Reviewed by RN: | Reviewed by: |

S:                                    Pain Scale:  1  2  3  4  5  6  7  8  9  10

O:  T: *98⁹*  P: *80*  R: *18*  BP: *138/80*  WEIGHT: *238*

A:

P:

☐ **See Nursing Encounter Form**

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☒ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|
| | | |

CDC 7362 (Rev. 03/04)    Original – Unit Health Record    Yellow – Inmate (if copayment applicable)    Pink – Inmate Trust Office (if copayment applicable)    Gold – Inmate

00168

# EXHIBIT  11

3/7/05

№ 206182

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☒

| NAME Hill, R. B | CDC NUMBER H43428 | HOUSING LB-320 UP |
|---|---|---|
| PATIENT SIGNATURE: Maynard B Hill | | DATE 2-22-05 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)  Need Refill of Asthma & Allergy Medication & Renewal of Standing Orders exp 12-04 Medications Albuterol & Aerobid Inhalers    Thank You Chlorpheniramine & Artificial Tears Shoulder Problems since 11-17-01

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.) |

| PART II:  TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE | |
|---|---|
| Date / Time Received: | Received by: |
| Date / Time Reviewed by RN: | Reviewed by: |

S:                               Pain Scale:   1   2   3   4   5   6   7   8   9   10

O:  T: 98.6 P: 70  R: 18  BP: 154/72 WEIGHT: 232 lbs
3/7/05 1050

A:

P:
☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME  COMPLETED |

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

EXHIBIT 12

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication<br>(Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 3-7-05 | | | 1) Beard chrono. |
| | | | 2) Albuterol MDI, īī puffs QID PRN |
| | | | 3) Aerobid MDI, īī puffs BID } X90d. |
| | | | 4) CTM 4 mg p.o. BID |
| | | | 5) Artificial Tears, gtt. ī o.u. QID |
| | | | 6) XR ® shoulder. |
| | | | 7) Motrin, 600mg p.o. BID p.c. PRN X 30d |
| | | | C. SINNACO, M |
| | | | Cop. Send to pt movies |
| 4-4-05 | | | 1) Refer to Orthopedics |
| | | | 2) △ Motrin to 800 mg. p.o. BID p.c. PRN } X 30 d |
| | | | 3) Prilosec, 20 mg p.o. QD |
| | | | noted Rebert 4/4/05 1530 |
| | | | C. SINNA co, M |

| ALLERGIES: NKA | INSTITUTION: C T F | ROOM/WING: L3-320U |
|---|---|---|

CDC NUMBER, NAME (LAST, FIRST, MI)

HILL

H-43428

Confidential
client information
See W & I Code, Sections 4514 and
5328

**PHYSICIAN'S ORDERS**

CDC 7221 (2/90)
STATE OF CALIFORNIA          OSP 00 35617          DEPARTMENT OF CORRECTIONS

00039

12

# EXHIBIT 13

| DATE | TIME | |
|------|------|---|
| 3-7-05 | S | i) Renew beard chrono |
| | | ii) Shoulder pain |
| EPRP 2009 | | H/o - Rotator cuff surgery 2000, Surg. 1999 or 2000. |
| | | - Another injury 2001. |
| | | O - Face - + PERRLA |
| | | Shoulders - ® anterior scar |
| | | - ® abduct 95° |
| | | - Distal NV intact / Motors equally strong. |
| | | A - DJD, ® shoulder |
| | | - Mild Preexisting Asthma |
| | | - PERRLA |
| | | P i) S.O. |

Cesar Sinnaco, M.D.
STAFF PHYSICIAN & SURGEON
CTF - SOLEDAD

| | | |
|------|------|---|
| 4-4-05 | | F/U ® shoulder. Original DJI - ~~1999~~ mar '00. |
| | | DO Surg. late 2000 |
| | | Another inj. - Nov. 2001 → XR (2002) - No Δ. |
| | | Says after surgery - 75% improvement in ROM |
| | | At present, ROM about 50% compared to before surg. |
| | | P i) Will get Ortho. opinion. |

Cesar L. Sinnaco, M.D.
Physician and Surgeon, CTF

INSTITUTION: CTF    HOUSING UNIT: LB-320U

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

HILL
H-43428

00163

EXHIBIT __14__

**X-RAY REPORT**

### DEPARTMENT OF CORRECTIONS
### CORRECTIONAL TRAINING FACILITY

| NAME: | CDC #: | CELL: | DOB: | DATE: |
|---|---|---|---|---|
| HILL, R. | H-43428 | LB 320 | 3/10/60 | 3/10/05 |

**EXAM REQUESTED:**
**RIGHT SHOULDER**

**CLINICAL DATA:**

**REFERRING PHYSICIAN:**
**C. SINNACO, M.D.**

**RADIOGRAPHIC REPORT:**

**RIGHT SHOULDER:** Multiple views of the right shoulder are obtained on 3/10/05.

There is no evidence of any acute fracture or dislocation. The patient is status post surgery with two radiopaque densities overlying the humeral head similar with the previous examination. There is no evidence of calcific tendonitis.

**IMPRESSION:**

**NO ACUTE ABNORMALITY IS IDENTIFIED. POST SURGICAL CHANGES ARE PRESENT AS NOTED.**

| 3/10/05 | G. FALKOFF, M.D. | GF/cjw |
|---|---|---|
| DATE READ | RADIOLOGIST | 3/14/05 |

00231

EXHIBIT 15

4/4/05

№ 187944

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☒

NAME *Hill, R.B.*    CDC NUMBER *H43428*    HOUSING *2A-255L*

PATIENT SIGNATURE *Raymond B Hill*    DATE *3-23-05*

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) *Would Like a Follow-up on X-rays Taken on 3-10-05 of Rt Shoulder which was Re-injured on 11-17-01. Had a previous Rotator cuff Surgery, and After Several Attempts to Get Treatment, Injury has Been Disregarded, and Now in Cronic Pain & on Medication.*

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.) |

| PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE | |
|---|---|
| Date / Time Received: | Received by: |
| Date / Time Reviewed by RN: | Reviewed by: |

S:                                    Pain Scale:  1  2  3  4  5  6  7  8  9  10

O: T: 97⁵  P: 80  R: 16  BP: 130/86  WEIGHT: 231  J. Faffuto 4-4-05

A:

P:

☐ **See Nursing Encounter Form**

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

00164

15

# EXHIBIT 16

STATE OF CALIFORNIA

**HEALTH CARE SERVICES**
**PHYSICIAN REQUEST FOR SERVICES**
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

DEPARTMENT OF CORRECTIONS

| PATIENT NAME Hill | CDC NUMBER H73428 | INSTITUTION |
|---|---|---|
| DATE OF BIRTH 3-10-60 | EPRD DATE 2009 | GENDER |

PRINCIPLE DIAGNOSIS ® Shoulder Pain, S/P Rotator Cuff Repair    ICD-9 CODE    CPT CODE(S)

REQUESTED SERVICE(S) Orthopedics Dr. Pompan    # OF DAYS RECOMMENDED

*Please circle all that apply:*   **Diagnostic Procedure/Consultation**    **Outpatient/Inpatient**    **Initial/Follow-up**

Requested Treatment/Service is:   **EMERGENT**    **URGENT**    (**ROUTINE**)

*For the purpose of retrospective review,* if emergent or urgent, please justify: _____

Proposed Provider: _____    Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity *(briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant):* DOI - Mar 2000   MRI - Full thickness Rotator Cuff Tear.
DOS - Sept 21, 2000
Another injury - Nov 2001, XR - No changes.

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME C.L. Sinnaco M.D. | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE 4/17/05 |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE | DATE 4-4-05 | Utilization management tracking #: D4 0514 DP 1970 |

DATE OF CONSULTATION 6/4/05    PRINTED NAME OF CONSULTANT Pompan

FINDINGS: _____

RECOMMENDATIONS: MRI ® _____

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: _____

| CONSULTANT SIGNATURE | DATE 6/4/05 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE | Hill, |
| PCP SIGNATURE | DATE | H#73428 |

**Attach Progress Note page for additional information.**
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN - TO UHR, PENDING ORIGINAL
CANARY - CONSULTANT
PINK - UM
GOLD - SPECIALTY SCHEDULER

PHYSICIAN REQUEST FOR SERVICES (RFS)    CDC 7243 (Rev. 11/02)

16

EXHIBIT 17

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| | | | *MRI* |
| 6/1/05 | | | MRI ® shoulder shoulder |
| | | | |
| Noted Snow PRN 6/21/05 62 1320 | | | *(illegible)* |
| | | | |
| 6-21-05 | 1500 | | 1) MRI as above. Please give PRS #, chart to S. di Leon. |
| | | | 1520 |
| | | | C. SINNAH |
| | | | *(illegible)* RN 6/21/05 |

ALLERGIES:                    INSTITUTION:  CTF N              ROOM/WING: LA·25SL

CDC NUMBER, NAME (LAST, FIRST, MI)

Hill
H43420

Confidential
client information
See W & I Code, Sections 4514 and
5328

### PHYSICIAN'S ORDERS

CDC 7221 (3/00)
STATE OF CALIFORNIA          OSP 00 35617          DEPARTMENT OF CORRECTIONS

00038

| DATE | TIME |
|------|------|
| | |

ortho

6/4/07

INTERDISCIPLINARY PROGRESS NOTES

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

INSTITUTION: CTF N

HOUSING UNIT: LA-255L

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Hill

HH 3428

00162

17

# EXHIBIT 18

STATE OF CALIFORNIA

*1099ed*

**HEALTH CARE SERVICES**
**PHYSICIAN REQUEST FOR SERVICES**
(To be completed by requesting Physician and forwarded to Utilization Management Unit)   No LA 255L

DEPARTMENT OF CORRECTIONS

| PATIENT NAME HILL, RAYNARD | CDC NUMBER H43428 | INSTITUTION CTF |
| --- | --- | --- |

| DATE OF BIRTH 6L 3-10-60 | EPRD DATE 2009 | GENDER |

| PRINCIPLE DIAGNOSIS S/P Rotator Cuff Repair (B | ICD-9 CODE | CPT CODE(S) |
| --- | --- | --- |

| REQUESTED SERVICE(S) MRI at Corcoran as Recomm. by Ortho. | # OF DAYS RECOMMENDED |
| --- | --- |

*Please circle all that apply:* Diagnostic Procedure/Consultation     Outpatient/Inpatient     Initial/Follow-up

Requested Treatment/Service is:     EMERGENT     URGENT     (ROUTINE)

*For the purpose of retrospective review,* if emergent or urgent, please justify: _____

Proposed Provider: Corcoran     Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity *(briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant):*  DOI — Nov 2000
POS/Repair — Sept 2000
Another injury — Nov 2001   XR — no change

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): NSAIDs

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME C. Sinnato M.D. | (APPROVED) AUTHORIZED / DENIED / DEFERRED BY Dr N. Dey | DATE 6-27-05 |
| --- | --- | --- |

| REQUESTING PHYSICIAN SIGNATURE | DATE 6-21-05 | Utilization management tracking # 0405 14 0P 2747 |
| --- | --- | --- |

| DATE OF CONSULTATION | PRINTED NAME OF CONSULTANT |
| --- | --- |

FINDINGS: MRI done 12/21/04 _____

RECOMMENDATIONS: _____

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: _____

| CONSULTANT SIGNATURE | DATE 12/21/05 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
| --- | --- | --- |
| ETA RN SIGNATURE Muller 78 | DATE 11/21/08 | |
| PCP SIGNATURE | DATE | |

**Attach Progress Note page for additional information.**
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT
PINK - UM
GOLD - SPECIALTY SCHEDULER

6/27/05: Orig to Sandy

Rcvd 8/23/05 — MRS Screen completed
No MRI Travel yet

PHYSICIAN REQUEST FOR SERVICES (RFS)     CDC 7243 (Rev. 11/02)

V/21/04 copy

18